## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IMPORTANT NOTICE REGARDING TELEPHONE PROCEEDINGS**

The telephonic proceeding will be held via the AT&T dial-in number listed below.

**Dial in phone number: 888-363-4734**
**Access Code: 4745199**

        s/ Marilyn J. Horan
        Marilyn J. Horan
        United States District Judge