IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| | JURY TRIAL DEMANDED |
| Defendants. | |

## ENTRY OF APPEARANCE

To:  The Clerk of Court and all parties of record:

Kindly enter the appearance of Jean E, Novak, Esquire, and Strassburger McKenna Gutnick & Gefsky as counsel for Defendants, Simon Arias, III, Arias Agencies, S.A. Arias Holdings, LLC, in this action.

Respectfully submitted,

STRASSBURGER McKENNA GUTNICK & GEFSKY

By: /s/ Jean E. Novak
   Jean E. Novak
   PA ID No. 69490
   Four Gateway Center, Suite 2200
   444 Liberty Avenue
   Pittsburgh, PA  15222
   Telephone:  (412) 281-5423
   Facsimile:  (412) 281-8264
   E-mail:  jnovak@smgglaw.com

*Counsel for Defendants, Simon Arias, III, Arias Agencies, S.A. Arias Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Entry of Appearance* was served this 13th day of June 2022, via electronic mail on the following:

Amy N. Williams, Esquire
Williamson Law LLC
Law and Finance
429 Fourth Avenue, Suite 300
Pittsburgh, PA  15219
412-600-8862
awilliamson@awilliamsonlaw.com

*Counsel for Plaintiff, Renee Zinsky*

STRASSBURGER McKENNA GUTNICK
& GEFSKY

By: /s/ Jean E. Novak
Jean E. Novak
PA ID No. 69490