IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | ) |
|       Plaintiff, | ) Civil Action No. 2:22-cv-547-MJH |
| v. | ) Electronically Filed |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ) Jury Trial Demanded |
|       Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ARIAS AGENCIES AND S.A. ARIAS HOLDINGS, LLC, PURSUANT TO FED. R. CIV. P. 7.1 AND LCvR 7.1**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant Arias Agencies ("Arias Agencies") and Defendant S.A. Arias Holdings, LLC ("Arias Holdings") hereby certifies that no parent corporation or publicly held corporation owns 10% or more of their stock.

Further, pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Arias Agencies and Arias Holdings in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public.

Date: June 13, 2022

STRASSBURGER McKENNA
GUTNICK & GEFSKY

By: /s/Jean E. Novak
Jean E. Novak
PA I.D. No. 69490
jnovak@smgglaw.com
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
(412) 281-5423

(412) 281-8264 (fax)
*Counsel for Arias Agencies and Arias Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Corporate Disclosure Statement of Defendants Arias Agencies, and S.A. Arias Holding, LLC, Pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1* was served this 13th day of June 2022, via electronic mail on the following:

Amy N. Williams, Esquire
Williamson Law LLC
Law and Finance
429 Fourth Avenue, Suite 300
Pittsburgh, PA  15219
412-600-8862
awilliamson@awilliamsonlaw.com

***Counsel for Plaintiff, Renee Zinsky***

STRASSBURGER McKENNA GUTNICK
& GEFSKY


By: /s/ Jean E. Novak
     Jean E. Novak
     PA ID No. 69490