IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, ) | Civil Action No.: 2:22-CV-547 |
| ) | |
| Plaintiff, ) | NOTICE OF APPEARANCE |
| ) | |
| v. ) | |
| ) | |
| MICHAEL RUSSIN, RUSSIN ) | |
| FINANCIAL, RUSSIN GROUP, ) | |
| SIMON ARIAS, III, ARIAS AGENCIES, ) | |
| S.A. ARIAS HOLDINGS, LLC, ) | |
| AMERICAN INCOME LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. | |

To the Clerk of Court and all parties of record:

Kindly enter the appearance of Benjamin D. Webb, Esquire, and Cozza Law Group PLLC as counsel for Defendants Michael Russin, Russin Financial, and Russin Group in the above-captioned action.

Respectfully submitted,

Cozza Law Group PLLC

s/Benjamin D. Webb
Benjamin D. Webb, Esquire
PA I.D. No. 328170
400 Holiday Drive, Suite 210
Pittsburgh, Pennsylvania 15220
(412) 294-8444
bwebb@cozzalaw.com
*Counsel for Defendants Michael Russin, Russin Financial, and Russin Group*