IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Electronically Filed |
| MICHAEL RUSSIN, RUSSIN | ) | |
| FINANCIAL, RUSSIN GROUP, | ) | |
| SIMON ARIAS, III, ARIAS AGENCIES, | ) | |
| S.A. ARIAS HOLDINGS, LLC, | ) | |
| AMERICAN INCOME LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | | |
| Defendants. | | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS RUSSIN FINANCIAL AND RUSSIN
GROUP PURSUANT TO FED R. CIV. P. 7.1. AND LCvR 7.1**

Pursuant to Fed. R. Civ. P. 7.1., the undersigned counsel for Defendant Russin Financial and Defendant Russin Group hereby certifies that no parent corporation or publicly held corporation owns 10% more of their stock. Defendant Russin Financial is not an incorporated entity.

Further, pursuant to LCvR of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Russin Financial and Defendant Russin Group certifies that there are no parent corporations, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public.

Date: June 13, 2022                                      Respectfully submitted,

                                                         Cozza Law Group PLLC

                                                         _s/Benjamin D. Webb_

Benjamin D. Webb, Esquire
PA I.D. No. 328170
400 Holiday Drive, Suite 210
Pittsburgh, Pennsylvania 15220
(412) 294-8444
bwebb@cozzalaw.com
*Counsel for Defendants Michael Russin, Russin Financial, and Russin Group*
