IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action No. 2:22-cv-547(MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| Defendants. | |

### [PROPOSED] ORDER GRANTING DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE

And now, this _____ day of _____, 20__, upon consideration of Defendant American Income Life Insurance Company's Motion to Compel Arbitration and Stay the Case, Defendant's Memorandum in Support thereof, Plaintiffs' Opposition, and Defendant's Reply, it is hereby ordered that Defendant's Motion is GRANTED. Plaintiff may pursue her claims against Defendant American Income Life Insurance Company solely in arbitration pursuant to her Agent Contract which contains an arbitration agreement.

Pursuant to 9 U.S.C. § 3, all other proceedings including discovery in this action are STAYED, pending final resolution of Defendant's Motion and the completion of any arbitral proceeding pursued by Plaintiff pursuant to her Agent Contract.

_____
The Honorable Marilyn J. Horan
United States District Court Judge