# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AUSTIN BRUCE, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:18-CV-0258-G |
| AMERICAN INCOME LIFE INSURANCE COMPANY, ET AL., | ) ) ) | |
| Defendants. | ) | |

### ORDER

Before the court are the defendants' motions to compel arbitration (docket entries 10, 11). The motions are **GRANTED**. In an effort to manage this court's docket more efficiently, this case will be **ADMINISTRATIVELY CLOSED**. If further proceedings in this case are needed, the case may be reopened, without prejudice, upon the motion of either party. The right to reopen shall continue until 30 days after the issuance of the arbitrator's decision.

   SO ORDERED.

July 27, 2018.

                              _____
                              A. JOE FISH
                              **Senior United States District Judge**