# EXHIBIT 3

| **CLERK'S NOTICE** | DOCKET NUMBER<br><br>1881CV00261 | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|
| CASE NAME:<br>Chris Samuel, on behalf of Himself and all others similarly situated vs. Serur Agencies Management, Inc. et al | | Michael A. Sullivan, Clerk of Court<br>Middlesex County |
| TO:<br>Diane Marjorie Saunders, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>One Boston Place<br>Suite 3500<br>Boston, MA 02108 | | COURT NAME & ADDRESS<br>Middlesex County Superior Court - Woburn<br>200 Trade Center<br>Woburn, MA 01801 |

You are hereby notified that on 06/17/2019 the following entry was made on the above referenced docket:

Endorsement on Motion for special motion to dismiss (#5.0): and compel individual arbitration: Other action taken Motion is allowed in that this case is stayed for one year, at that time absent action by a party, this case will be restored to the active docket. The reason the court decides this motion in this fashion is that the court finds that this result is not required and is discretionary. (2) The superior court decisions cited are not similar to this case.

| DATE ISSUED<br>06/17/2019 | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br>Hon. John T Lu | SESSION PHONE#<br>(781)939-2748 |
|---|---|---|