IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547(MJH) |
| Plaintiff, | |
| vs. | The Honorable Marilyn J. Horan |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

**TABLE OF CONTENTS FOR EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S <u>MOTION TO COMPEL ARBITRATION AND STAY THE CASE</u>**

# TABLE OF CONTENTS FOR EXHIBITS

| Exhibit # | Description |
|---|---|
| 1 (*Gamble Decl. Ex. 1*) | American Income Life Insurance Company Agent Contract Signed by Renee Zinsky |
| 2 (*Dana Decl. Ex. 1*) | Memorandum Opinion in *Berry et al v. Am. Income Life Ins. Co. et al.*, No. 2:20-00110-LPL (W.D. PA. September 20, 2020) |
| 3 (*Dana Decl. Ex. 2*) | Order granting Motion to Compel Arbitration, *Bruce v. Am. Income Life Ins. Co. et al.*, No. 3:18-CV-00258-G-BT (N.D. Tex. June 27, 2018) |
| 4 (*Dana Decl. Ex. 3*) | Clerk's Notice of Order granting Motion to Dismiss and to Compel Arbitration, *Samuel v. Serur Agencies Mgmt., et al.*, No. 1881CV00261 (Mass. Super. Ct. June 17, 2019) |