IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547 (MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for American Income Life Insurance Company, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

Globe Life Inc.

Respectfully submitted,

**POST & SCHELL, P.C.**

By: /s/*Andrea M. Kirshenbaum*
 Andrea M. Kirshenbaum
 (Pa. Bar No. 88030)
 Four Penn Center
 1600 John F. Kennedy Blvd, 14th Floor
 Philadelphia, PA 19103
 Tel: (215) 587-1126
 Fax: (412) 227-9065

 Rachel E. Lutz (Pa. Bar No. 315462)
 One Oxford Centre
 301 Grant Street, Suite 3010
 Pittsburgh, Pennsylvania 15219
 Tel: (412) 227-8887
 Fax: (412) 227-9065
 Email:  akirshenbaum@PostSchell.com
   rlutz@PostSchell.com

 **KING & SPALDING LLP**
 Albert Giang (Cal. Bar No. 224332)
 James A. Unger (Cal. Bar No. 325115)
 633 West Fifth Street, Suite 1600
 Los Angeles, California 90071
 Tel: (213) 218-4002
 Fax: (213) 443-4310
 Email: agiang@kslaw.com
   junger@kslaw.com

 Anne R. Dana (NY Bar No. 5011366)
 1185 Avenue of the Americas
 34th Floor
 New York, NY 10036
 Tel: (212) 556-2100
 Email:  adana@kslaw.com

 *Pro Hac Vice Forthcoming*

 *Attorneys for*
 *American Income Life Insurance Company*

Dated:  June 13, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following person(s):

Amy Williamson, Esquire
WILLIAMSON LAW
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
awilliamson@awilliamsonlaw.com

*Attorney for Plaintiff Renee Zinsky*

Jean E. Novak, Esquire
STRASSBURGER MCKENNA GUTNICK AND GEFSKY
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
jnovak@smgglaw.com

*Attorney for Defendants
Simon Arias, III, Arias Agencies and S.A. Holdings, LLC*

Benjamin D. Webb, Esquire
COZZA LAW GROUP
510 Washington Avenue
Carnegie, PA 15106
bwebb@cozzalaw.com

*Attorney for Defendants
Michael Russin, Russin Group, LLC and Russin Financial*

Dated: June 13, 2022          */s/Andrea M. Kirshenbaum*
                              Andrea M. Kirshenbaum