IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547-MJH |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED<br><br>JURY TRIAL DEMANDED |
| Defendants. | |

## MOTION OF SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, TO JOIN AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE

Defendants Simon Arias, III, Arias Agencies, and S.A. Arias Holdings, LLC ("Arias Defendants"), by and through their undersigned counsel, hereby join and adopt as if fully set forth herein American Income Life Insurance Company's Motion to Compel Arbitration and to Stay the Case. A Brief on behalf of the Arias Defendants, as well as a proposed Order, is filed contemporaneously.

Arias Defendants further join and adopt as if fully set forth herein American Income Life Insurance Company's Brief in Support of the Motion to Compel Arbitration and to Stay the Case.

Respectfully submitted,

STRASSBURGER McKENNA GUTNICK & GEFSKY

By: /s/ Jean E. Novak
Jean E. Novak
PA ID No. 69490
Four Gateway Center, Suite 2200

444 Liberty Avenue  
Pittsburgh, PA  15222  
Telephone:  (412) 281-5423  
Facsimile:  (412) 281-8264  
E-mail:  jnovak@smgglaw.com

*Counsel for Defendants, Simon Arias, III, Arias Agencies, S.A. Arias Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion of Simon Arias, III, Arias Agencies, and S.A. Arias Holdings, LLC to Join Motion of American Income Life Insurance Company to Compel Arbitration and to Stay the Case* was served this 13th day of June 2022, via electronic notification by the CM/ECF system to all counsel and/or parties of record.

Amy N. Williams, Esquire
Williamson Law LLC
Law and Finance
429 Fourth Avenue, Suite 300
Pittsburgh, PA  15219
412-600-8862
awilliamson@awilliamsonlaw.com

*Counsel for Plaintiff, Renee Zinsky*

STRASSBURGER McKENNA GUTNICK
& GEFSKY

By: /s/ Jean E. Novak
Jean E. Novak
PA ID No. 69490