**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547-MJH |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this _____day of_____ 2022 upon consideration of the joinder motion (and related memorandum of law) filed on behalf of Defendants Simon Arias, III, Arias Agencies, and S.A. Arias Holdings, LLC ("Arias Defendants), the joinder motion is GRANTED, and the Arias Defendants are joined to Motion of American Income Life Insurance Company to Compel Arbitration and to Stay the Case (and its related memorandum of law).

By:_____ J.