IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Electronically Filed |
| | ) | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ) | |
| Defendants. | | |

## MOTION OF MICHAEL RUSSIN, RUSSIN FINANCIAL, AND RUSSIN GROUP TO JOIN AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE

Defendants Michael Russin, Russin Financial, and Russin Group ("Russin Defendants") by and through their undersigned counsel, hereby join and adopt as if fully set forth herein American income Life Insurance Company's Motion to Compel Arbitration and Stay the Case. Russin Defendants further join and adopt as if fully set forth herein in American Life Insurance Company's Memorandum of Law in Support of its Motion to Compel Arbitration and Stay the Case.

Respectfully submitted,

Cozza Law Group PLLC

*s/Benjamin D. Webb*
Benjamin D. Webb, Esquire
PA I.D. No. 328170
400 Holiday Drive, Suite 210
Pittsburgh, Pennsylvania 15220
(412) 294-8444

bwebb@cozzalaw.com
*Counsel for Defendants Michael Russin, Russin Financial, and Russin Group*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Motion of the Russin Defendants to Join Motion of American Income Life Insurance Company to Compel Arbitration and to Stay the Case has been sent via the CM/ECF system to all counsel and/or parties of record.

                                                  Cozza Law Group PLLC

                                                  */s/Benjamin D. Webb*
                                                  Benjamin D. Webb, Esquire