IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action No.: 2:22-CV-547 |
| Plaintiff, | |
| v. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _____ day of _____ 2022, upon consideration the motion to join and brief in support thereof, filed on behalf of Defendants Michael Russin, Russin Financial, and Russin Group ("Russin Defendants"), the motion to join is hereby GRANTED, and the Russin Defendants are joined to the Motion of American Income Life Insurance Company to Compel Arbitration and to Stay the Case (and its related memorandum of law).

By: _____ J.