IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547 (MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

**DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY THE CASE**

Pursuant to the Standing Order and Procedures on Civil Practice, ECF No. 3, Defendant American Income Life Insurance Company ("Defendant AIL"), respectfully moves this Court for an extension of time to file a Reply Memorandum of Law in further support of its Motion to Compel Arbitration and Stay the Case. In support of this Motion, Defendant AIL states as follows:

1. On June 13, 2022, Defendant AIL filed a Motion to Compel Arbitration and Stay the Case and a Brief in Support of its Motion. ECF Nos. 17, 18.

2. On the same date, Defendants Simon Arias, III, Arias Agencies, S.A. and Arias Holdings, LLC joined in Defendant AIL's Motion. ECF Nos. 20-21.

3. Defendants Michael Russin, Russin Financial and Russin Group also have joined in the Motion. ECF Nos. 22-23.

4. On June 29, 2022, Plaintiff filed a Response to Defendant AIL's Motion to Compel Arbitration and Stay the Case and Remaining Defendants' Joinders To Same. ECF No. 24. On

June 30, 2022, Plaintiff filed a Brief In Support of Plaintiff's Response to Defendant, American Income Life Insurance Company's Motion To Compel Arbitration And Stay Case And Joinders To Same.  ECF No. 25.

5. Under the Standing Order and Procedures on Civil Practice, ECF No. 3, AIL has 7 days to submit its Reply Brief.

6. Given the impending July 4th holiday weekend, Defendant AIL respectfully requests that it be given until July 14, 2022 to file its Reply Brief.

7. Defendant AIL has discussed the Motion with all other parties and all other parties consent to Defendant AIL's motion.

WHEREFORE, Defendant American Income Life Insurance Company respectfully requests that this Honorable Court enter the Order attached hereto.

Respectfully submitted,

POST & SCHELL, P.C.

Dated:  July 1, 2022    By: /s/Andrea M. Kirshenbaum
  Andrea M. Kirshenbaum
  (Pa. Bar No. 88030)
  Four Penn Center
  1600 John F. Kennedy Blvd, 14th Floor
  Philadelphia, PA 19103
  Tel: (215) 587-1126
  Fax: (412) 227-9065

  Rachel E. Lutz (Pa. Bar No. 315462)
  One Oxford Centre
  301 Grant Street, Suite 3010
  Pittsburgh, Pennsylvania 15219
  Tel: (412) 227-8887
  Fax: (412) 227-9065
  Email:  akirshenbaum@PostSchell.com
    rlutz@PostSchell.com

  **KING & SPALDING LLP**
  Albert Giang (Cal. Bar No. 224332)

James A. Unger (Cal. Bar No. 325115)
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Tel: (213) 218-4002
Fax: (213) 443-4310
Email: agiang@kslaw.com
junger@kslaw.com

Anne R. Dana (NY Bar No. 5011366)
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: (212) 556-2100
Email:  adana@kslaw.com

*Pro Hac Vice Forthcoming*

*Attorneys for American Income Life Insurance Company*

## CERTIFICATE OF SERVICE

I, Andrea Kirshenbaum, hereby certify that the foregoing Unopposed Motion of Defendant American Income Life Insurance Company For Extension Of Time To File A Reply Memorandum Of Law In Further Support Of Its Motion To Compel Arbitration And Stay The Case was electronically filed with the Court and is available for viewing and downloading from the CM/ECF System and thereby has been served upon the following counsel of record, electronically:

Amy Williamson, Esquire
WILLIAMSON LAW
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
awilliamson@awilliamsonlaw.com

*Attorney for Plaintiff Renee Zinsky*


Jean E. Novak, Esquire
STRASSBURGER MCKENNA GUTNICK AND GEFSKY
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
jnovak@smgglaw.com

*Attorney for Defendants
Simon Arias, III, Arias Agencies and S.A. Holdings, LLC*


Benjamin D. Webb, Esquire
COZZA LAW GROUP
510 Washington Avenue
Carnegie, PA 15106
bwebb@cozzalaw.com

*Attorney for Defendants
Michael Russin, Russin Group, LLC and Russin Financial*


Dated: July 1, 2022                    *s/Andrea M. Kirshenbaum*
                                        Andrea M. Kirshenbaum