## **CERTIFICATE OF CONFERRAL**

     I, Andrea Kirshenbaum, as counsel for the movant, Defendant AIL, hereby certifies that I have made good faith efforts to confer with the non-moving parties to determine whether they consent or oppose the foregoing Motion for Extension of Time to File a Reply Memorandum of Law in Further Support of its Motion to Compel Arbitration and Stay the Case.  Defendants Simon Arias, III, Arias Agencies, S.A. Holdings, LLC, Michael Russin, Russin Group, LLC, and Russin Financial consent to AIL's Motion For Extension Of Time To File A Reply Memorandum Of Law In Further Support Of Its Motion To Compel Arbitration And Stay The Case.  Plaintiff Renee Zinsky also consents to Defendant AIL's Motion.


Dated: July 1 2022                                  *s/Andrea M. Kirshenbaum*
                                                            Andrea M. Kirshenbaum