IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547 (MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY THE CASE**

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant American Income Life Insurance Company's Motion for Extension of Time to File a Reply, it is hereby ORDERED that Defendant American Income Life Insurance Company may file a Reply Memorandum of Law in Further Support of its Motion to Compel Arbitration and Stay the Case on or before July 14, 2022.

BY THE COURT:

_____
The Honorable Marilyn J. Horan
United States District Judge