IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547 (MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

ORDER GRANTING DEFENDANT AMERICAN INCOME LIFE INSURANCE
COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF
ITS MOTION TO COMPEL ARBITRATION AND STAY THE CASE

AND NOW, this 1st day of July, 2022, upon consideration of Defendant American Income Life Insurance Company's Motion for Extension of Time to File a Reply, it is hereby ORDERED that Defendant American Income Life Insurance Company may file a Reply Memorandum of Law in Further Support of its Motion to Compel Arbitration and Stay the Case on or before July 14, 2022.

BY THE COURT:

_____
The Honorable Marilyn J. Horan
United States District Judge