IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547-MJH |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| | JURY TRIAL DEMANDED |
| Defendants. | |

## MOTION OF SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, TO JOIN AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE

Defendants Simon Arias, III, Arias Agencies, and S.A. Arias Holdings, LLC ("Arias Defendants"), by and through their undersigned counsel, hereby join and adopt as if fully set forth herein American Income Life Insurance Company's Motion to Compel Arbitration and to Stay the Case. A Brief on behalf of the Arias Defendants, as well as a proposed Order, is filed contemporaneously.

Arias Defendants further join and adopt as if fully set forth herein American Income Life Insurance Company's Brief in Support of the Motion to Compel Arbitration and to Stay the Case.

Respectfully submitted,

STRASSBURGER McKENNA GUTNICK & GEFSKY

By:   /s/ Jean E. Novak
    Jean E. Novak
    PA ID No. 69490
    Four Gateway Center, Suite 2200

444 Liberty Avenue
Pittsburgh, PA  15222
Telephone:  (412) 281-5423
Facsimile:  (412) 281-8264
E-mail:  jnovak@smgglaw.com

*Counsel for Defendants, Simon Arias, III, Arias Agencies, S.A. Arias Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion of Simon Arias III, Arias Agencies, S.A. Arias Holdings, LLC to Join American Income Life Insurance Company's Motion to Compel Arbitration and Stay the Case** was served this 1st day of July 2022 via CM/ECF system to all counsel and/or parties of record:

Amy N. Williams, Esquire
Williamson Law LLC
Law and Finance
429 Fourth Avenue, Suite 300
Pittsburgh, PA  15219
412-600-8862
awilliamson@awilliamsonlaw.com

**Attorney for Plaintiff, Renee Zinsky**

Benjamin D. Webb, Esquire
COZZA LAW GROUP
510 Washington Avenue
Carnegie, PA 15106
bwebb@cozzalaw.com

**Attorney For Defendants
Michael Russin, Rssin Group, LLC and Russin Financial**

Andre M. Kirshenbaum, Esquire
Post & Schell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd. 14th Floor
Philadelphia, PA  19103
akirshenbaum@PostSchell.com

Rachel E. Lutz, Esquire
Post & Schell, P.C.
301 Oxford Centre Suite 310
Pittsburgh, PA  15219
rlutz@PostSchell.com

>Albert Giang, Esquire
>James A. Unger, Esquire
>King & Spalding LLP
>633 West Fifth Street, Suite 1600
>Los Angeles, CA 90071
>agiang@kslaw.com
>junger@kslaw.com
>
>Anne R. Dana, Esquire
>King & Spalding LLP
>1185 Avenue of Americas
>34th Floor
>New York, NY 10036
>adana@kslaw.com
>
>**Attorney For Defendants**
>**American Income Life Insurance Company**

        STRASSBURGER McKENNA GUTNICK
        & GEFSKY

        By: /s/ Jean E. Novak
            Jean E. Novak
            PA ID No. 69490