IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547-MJH |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| | JURY TRIAL DEMANDED |
| Defendants. | |

**MOTION OF SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, TO JOIN MOTION OF AMERICAN INCOME LIFE INSURANCE COMPANY FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF TO COMPEL ARBITRATION AND TO STAY THE CASE**

Defendants Simon Arias, III, Arias Agencies, and S.A. Arias Holdings, LLC ("Arias Defendants"), by and through their undersigned counsel, hereby join and adopt as if fully set forth herein Motion of American Income Life Insurance Company for Extension of Time to File Reply Memorandum of Law in Further Support of Motion of to Compel Arbitration and to Stay the Case.

Respectfully submitted,

STRASSBURGER McKENNA GUTNICK & GEFSKY

By: /s/ Jean E. Novak
Jean E. Novak
PA ID No. 69490
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA  15222
Telephone: (412) 281-5423
Facsimile: (412) 281-8264

E-mail:  jnovak@smgglaw.com

*Counsel for Defendants, Simon Arias, III, Arias Agencies, S.A. Arias Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion of Simon Arias III, Arias Agencies, S.A. Arias Holdings, LLC to Join Motion of American Income Life Insurance Company for Extension of Time to File Reply Memorandum of Law in Further Support of Motion of to Compel Arbitration and to Stay the Case** was served this 5th day of July 2022, via CM/ECF system to all counsel and/or parties of record:

Amy N. Williams, Esquire
Williamson Law LLC
Law and Finance
429 Fourth Avenue, Suite 300
Pittsburgh, PA  15219
412-600-8862
awilliamson@awilliamsonlaw.com

**Counsel for Plaintiff, Renee Zinsky**

Benjamin D. Webb, Esquire
COZZA LAW GROUP
510 Washington Avenue
Carnegie, PA 15106
bwebb@cozzalaw.com

**Attorney For Defendants
Michael Russin, Russin Group, LLC and Russin Financial**


Andre M. Kirshenbaum, Esquire
Post & Schell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd. 14thFloor
Philadelphia, PA  19103
akirshenbaum@PostSchell.com

Rachel E. Lutz, Esquire
Post & Schell, P.C.
301 Oxford Centre Suite 310
Pittsburgh, PA  15219
rlutz@PostSchell.com

                              Albert Giang, Esquire
                            James A. Unger, Esquire
                            King & Spalding LLP
                     633 West Fifth Street, Suite 1600
                            Los Angeles, CA  90071
                            agiang@kslaw.com
                            junger@kslaw.com


                            Anne R. Dana, Esquire
                            King & Spalding LLP
                         1185 Avenue of Americas
                                34th Floor
                            New York, NY  10036
                            adana@kslaw.com


                                            STRASSBURGER McKENNA GUTNICK
                                                      & GEFSKY


                                   By: /s/ Jean E. Novak
                                        Jean E. Novak
                                        PA ID No. 69490