**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

RENEE ZINSKY,                                          Civil Action

         Plaintiff,                                    No. 2:22-cv-547-MJH

   vs.

MICHAEL RUSSIN, RUSSIN FINANCIAL,
RUSSIN GROUP, SIMON ARIAS, III, ARIAS
AGENCIES, S.A. ARIAS HOLDINGS, LLC,
AMERICAN INCOME LIFE INSURANCE
COMPANY,

        Defendants.

## ORDER OF COURT

AND   NOW,   this   _____5th_____ day   of ____July_____ 2022   upon

consideration of the joinder motion filed on behalf of Defendants Simon Arias, III, Arias

Agencies, and S.A. Arias Holdings, LLC ("Arias Defendants), the joinder motion is

GRANTED, and the Arias Defendants are joined to Motion of American Income Life

Insurance Company for Extension of Time to File Reply Memorandum of Law in Further

Support of Motion of to Compel Arbitration and to Stay the Case.

By: _*Marilyn J Horan*_ J.