IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547 (MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly entry my appearance on behalf of Defendant, American Income Life Insurance Company, in the above-captioned matter.

                                         Respectfully submitted,

                                         **POST & SCHELL, P.C.**

Dated:  July 12, 2022                        */s/ Rachel E. Lutz*
                                                        RACHEL E. LUTZ, ESQUIRE
                                                         PA. Bar No. 315462
                                                         One Oxford Centre
                                                         301 Grant Street, Suite 3010
                                                        Pittsburgh, PA 15219
                                                        rlutz@postschell.com
                                                         Phone: (412) 506-6356
                                                        Facsimile: (412) 227-9065

                                                        *Attorney for Defendant*
                                                        *American Income Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following person(s):

Amy Williamson, Esquire
WILLIAMSON LAW
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
awilliamson@awilliamsonlaw.com

*Attorney for Plaintiff Renee Zinsky*

Jean E. Novak, Esquire
STRASSBURGER MCKENNA GUTNICK AND GEFSKY
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
jnovak@smgglaw.com

*Attorney for Defendants
Simon Arias, III, Arias Agencies and S.A. Holdings, LLC*

Benjamin D. Webb, Esquire
COZZA LAW GROUP
510 Washington Avenue
Carnegie, PA 15106
bwebb@cozzalaw.com

*Attorney for Defendants
Michael Russin, Russin Group, LLC and Russin Financial*

Dated: July 12, 2022            *s/Rachel E. Lutz*
                                RACHEL E. LUTZ, ESQUIRE