IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No.2:22-cv-547 |
| vs. | |
| | Judge Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. HOLDING AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | JURY TRIAL DEMANDED |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2022, upon consideration of the foregoing, Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED. Plaintiff shall file her Second Amended Complaint on or before _____.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge