# **<u>EXHIBIT A</u>**



## Sexual Harassment Disputes or Sexual Assault Disputes:

Effective March 3, 2022, federal legislation was enacted (H.R. 4445, S. 2342) which provides that no predispute arbitration agreement shall be valid or enforceable with respect to a case that relates to sexual harassment disputes or sexual assault disputes as defined by the law, unless the party alleging claims of sexual harassment or sexual assault elects to  have the predispute arbitration agreement enforced. *See* Chapter 4 of the Federal Arbitration Act. We presume that by filing your Demand for Arbitration alleging claims of sexual harassment or sexual assault you are evidencing your election to arbitrate these claims.

© 2022 American Arbitration Association, Inc.

# **EXHIBIT B**



# **<u>EXHIBIT C</u>**



# **EXHIBIT D**



# **EXHIBIT E**



.ıl AT&T 🤶                 9:21 AM                      🎧 ▬

RUSSIN_CEO
**Posts**                                          **Follow**

                                                      

5,427 likes

russin_ceo Testosterone.

-

Men. Go get it checked

-

Picture on the left 2 years ago. Tired, depressed, mental health struggles, fat in weird places, mental fog, trouble putting muscle on, low stamina, beta tendencies like excessive online gaming and alcoholism. Insecurity masked by faux machoism. Can't sleep without a lethal dose of Advil PM. 215lbs of curdled milk.

-

On the right. Muscular. Strong as an ox. Full of energy. Full of vitality. Gains muscle easily. Sheds fat easily. Altering physique is much easier. Sleeps like a rock. Wakes up rested. High stamina. Insane focus. Alpha tendencies like eating raw liver, chopping wood and having a strong relationship with God. Genuine confidence. 240lbs of sex drive and violence. @__g.russin ;)

-

 

---

.ıl AT&T 🤶                 9:21 AM                      🎧 ▬

RUSSIN_CEO
**Posts**                                          **Follow**

⟨                                                         ⟩

5,427 likes

russin_ceo Testosterone.

-

Men. Go get it checked

-

Picture on the left 2 years ago. Tired, depressed, mental health struggles, fat in weird places, mental fog, trouble putting muscle on, low stamina, beta tendencies like excessive online gaming and alcoholism. Insecurity masked by faux machoism. Can't sleep without a lethal dose of Advil PM. 215lbs of curdled milk.

-

On the right. Muscular. Strong as an ox. Full of energy. Full of vitality. Gains muscle easily. Sheds fat easily. Altering physique is much easier. Sleeps like a rock. Wakes up rested. High stamina. Insane focus. Alpha tendencies like eating raw liver, chopping wood and having a strong relationship with God. Genuine confidence. 240lbs of sex drive and violence. @__g.russin ;)

-

The world wants us weak. The world wants us men to be soylent amoebas sitting in front of a screen consuming only fans content and fast food. Weak men are easy to control. Weak men can't fight back. The rise of the matriarchy in the form of pseudo feminism and medical state will likely need stamped out with violence. Nobody is afraid of a man shaped like a beehive with two sticks in the sides. Listen here skippy, real women don't want men with dad bods. Not when sh*t hits the fan.

-

Get your levels tested. Hit up @_dynamichealth  there's literally no excuse for some of you to look the way you look it's an insult to our creator.

View all 9 comments

December 4, 2021

  

# **EXHIBIT F**



# EXHIBIT G



# EXHIBIT H



# EXHIBIT I



# **<u>EXHIBIT J</u>**



**Michael R Russin**
Apr 30 · 🌐

Your time is coming





# **EXHIBIT K**



# **EXHIBIT L**



# **<u>Exhibit M</u>**



# EXHIBIT N



# **<u>Exhibit O</u>**

# VIRGO +
# GARNET

May 9, 2022

To whom it may concern:

My name is Anne Zacharias.  I am the owner of Virgo and Garnet, a retail store at Ross Park Mall in Ross Township, PA.  Renee Zinsky is employed at Virgo and Garnet as the Store Manager.

Over the weekend on the Virgo and Garnet Instagram page we received some direct messages from a former employer of Ms. Zinsky.  Please see the attached screenshots of these messages.

Upon reading these messages, as a business owner I am concerned for the safety of Ms. Zinsky, my other employees, and myself, as he states he knows where she works and plans on sending, "a few of my friends to pick up what I like this week!"

I would greatly appreciate any assistance you can provide in protecting our employees and our store.

Sincerely,

Anne Zacharias

8:50

 **Michael R Russin**
mrussin_ceo

  

### Is Michael R Russin still bothering you?                            ✕

Thank you for reporting this account. You may want to restrict this person to protect yourself from hurtful messages.

Learn how restrict works

 Hi! Super interested in some Of your pieces! I notice you follow me pretty closely :)

 Hello?

 I notice actually, you've been following me very, very closely for quite some time.

SAT 9:17 PM

 No worries, you're right by Starbucks in Ross Park (great location btw) so I can just have a few of my friends pick up what I like this week!

Tap and hold to react

 Message...    

# EXHIBIT P



# **EXHIBIT Q**



# **Exhibit R**



# **EXHIBIT S**



# **<u>Exhibit T</u>**

7:33

5GE

< **Michael R Russin** 🔍



👍 1

Like | Comment | Share

Michael R Russin ⋯
Jul 31 · 🌐

Aggression is a gift.

Don't let the feminine HR world tell you otherwise

👍❤️ 34          4 comments  1 share

Like | Comment | Share



Michael R Russin ⋯
Jul 31 · 🌐

Home | Friends | Feeds | Notifications | Menu

# EXHIBIT U



# EXHIBIT V



# EXHIBIT W



# **Exhibit X**

