IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No.2:22-cv-547 |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. HOLDING AMERICAN INCOME LIFE INSURANCE COMPANY, | Judge Horan |
| Defendants. | JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, this 28th day of October, 2022, upon consideration of the foregoing, Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED. Plaintiff shall file her Second Amended Complaint on or before November 4, 2022.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge