IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | Judge Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | JURY TRIAL DEMANDED |

**MOTION TO EXTEND DISCOVERY DEADLINE**

AND NOW, comes the Plaintiff, Renee Zinsky, by and through undersigned counsel and requests the Court extend the discovery deadline in this case and avers as follows:

1. Pursuant to this Court's Order of September 7, 2022 discovery is scheduled to close February 28, 2023. [Doc. No. 44.]

2. The parties have diligently conducted discovery but are unable to complete discovery by the Court deadline.

3. Additional discovery in the form of depositions and/or third-party subpoenas is necessary to properly complete discovery in this matter.

4. For example, third party subpoenas are necessary to authenticate certain documents and information as well as clarify conflicting representations by Russin.

5. In addition, Plaintiff's counsel has reached out to counsel for Arias Agencies on multiple occasions in an attempt to schedule the deposition of a key witness, Natalie D'Achilles. To date, Ms. D'Achilles' availability has not been provided.

6. Therefore, plaintiff's counsel is requesting a 45-day extension in order to complete discovery in this matter.

7. Defense counsel does not consent to an extension of discovery in this matter.

8. No party will be prejudice by the extension of the discovery deadline.

WHEREFORE, Plaintiff's counsel respectfully requests this Court grant a 45-day extension to complete discovery in this matter.

                                                   Respectfully submitted,

                                                   /s/ *Amy N. Williamson*
                                                 Amy N. Williamson, Esq.
                                                 Pa.I.D. No. 90657
                                                 Williamson Law LLC
                                                 Law and Finance Building
                                                 429 Fourth Avenue, Suite 300
                                                 Pittsburgh PA 15219
                                                 412-600-8862
                                                 awilliamson@awilliamsonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify on this 21st day of February, 2023 I electronically served a copy of the foregoing **Motion to Extend Discovery Deadline** via the CM/ECF system which will send notification of such filing.

/s/ *Amy N. Williamson*
Amy N. Williamson, Esq.