IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | Judge Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2023 upon consideration of the foregoing, Plaintiff's Motion to Extend Discovery is hereby GRANTED. Discovery shall be completed by April 14, 2023.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge