IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | Judge Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | JURY TRIAL DEMANDED |

**PLAINTIFF'S AMENDED MOTION TO EXTEND DISCOVERY DEADLINE**

AND NOW, comes the Plaintiff, Renee Zinsky, by and through undersigned counsel and requests the Court extend the discovery deadline in this case and avers as follows:

1.  Pursuant to this Court's Order of September 7, 2022 discovery is scheduled to close February 28, 2023. [Doc. No. 44.]

2.  On or about February 21, 2023, Plaintiff filed a contested Motion to Extend Discovery Deadline alleging, *inter alia*, as follows: a) The parties have diligently conducted discovery but are unable to complete discovery by the Court deadline; b) Additional discovery in the form of depositions, including but not limited to that of a key witness, Natalie D'Achilles, and/or third-party subpoenas is necessary to properly complete discovery; and c) No party will be prejudice by the extension of the discovery deadline. [Doc. No. 53.]

1

3. On or about February 22, 2023, this Honorable Court entered an Order stating that "Any response to Plaintiff's Motion to Extend Discovery shall be filed on or before March 1, 2023." [Doc. No. 54.]

4. On or about February 24, 2023, Insider, an online news publication, published an article referencing the instant litigation. Susan Antilla, *The Industry #MeToo Forgot*, Insider, February 24, 2023, https://www.insider.com/globe-life-insurance-lawsuit-american-income-arias-agency-toxic-workplace-2023-1. *See* copy of said article attached hereto as **Exhibit "A"** (illustrations omitted).

5. The article makes a variety of representations that relate to Plaintiff's claims including but not limited to the following;

> One of Globe Life's top insurance agencies is a toxic cesspool of sexual abuse, hard drugs, and violence, a lawsuit alleges.
>
> ....
>
> A former agent filed an explosive lawsuit against Arias and other parties, alleging a pattern of unchecked sexual assault and harassment at his agency. The claims about one of Arias' top lieutenants are graphic — scenes of him masturbating in front of a female direct report; an image he sent her of his own erection. But there is no sign of tension poolside.
>
> ....
>
> In interviews with Insider, the plaintiff and 14 other former agents described Arias Agencies as a cesspool of sexual harassment, violence, and drug abuse — particularly at the headquarters in Pennsylvania.
>
> ....
>
> Several former female agents found the aggressive, masculine culture unnerving, especially given what they described as the open use of cocaine, steroids, male enhancement drugs, and other controlled substances — a culture that is also detailed in the complaint.
>
> ....
>
> One former agent told Insider she was worried she'd made a big mistake early on, when her boss commented about her large breasts in front of colleagues, calling her

"Jugs." Another woman who worked there told Insider she was compared to dog puke. Senior managers called men in the office "studs" and "stallions," according to the lawsuit; women were called "sluts," "bitches," and "whores."

....

A fourth female agent, this one based at an office in another state, said there was so much open cocaine use at a May 2019 convention that she moved out of the company-paid room she shared with another agent. "I thought everyone was going to jail," she said.

....

One former agent who started in 2021, the one whose boss called her "Jugs," said her manager told her in front of colleagues, "You need to put your tits away because they're so distracting." Another told Insider that when she entered her boss's office in 2017, he would often greet her with an invitation to "come suck my dick." It was "an everyday thing you kind of ignored," she said.

....

A male manager who worked in the Wexford office said sexual misconduct was just a part of the culture: "It wasn't anything you'd bat an eye at."

....

As of 2003, AIL offered sexual harassment training only to employees, not to its 2,300 agents, according to a summary judgment in an earlier sexual harassment lawsuit. Haworth did not respond when Insider asked whether AIL agents today get such training; several agents who worked at Arias recently said they did not receive it.

....

Zinsky tells me that after she asked Russin for a promotion, she received another lewd Snapchat message from him, this one saying she'd get promoted only if she and her fiancé, now her wife, would "blow me at the same time."

....

She recounts a time when she says he got her alone in a room, pressed her against a wall, and tried to stick his tongue down her throat. She tells me about two occasions when she believes she was fed a date rape drug, in one case waking up in a hotel room at a company event in Cranberry, Pennsylvania, in a panic, only to see three colleagues — a woman and two men — having a threesome. "I was so scared," she says. "I said, 'I can't feel my legs.'"

   ....

   Another of Zinsky's colleagues described her opening up to him over time about several of these incidents. "She was very distraught," he recalls. "She broke down and lost it and told me. We talked almost every day about it."

*Id.*

   6. Since, Plaintiff has been contacted by multiple individuals who appear to have information reasonably calculated to lead to admissible evidence relative to the instant litigation.  For example, one individual sent Plaintiff an electronic message which stated, in part, as follows:

> **You don't know me but I've never been more proud of someone I don't know ... I work at Arias. And have for a long time ... This place has been a cult since day one. ... The amount of times there have been unwanted hugs or being pressured to smile ... And of course everything else in your lawsuit.**

*See* copy of electronic message attached hereto as **Exhibit "B"** (emphasis added).

   7. Also, on February 24, 2023, Simon Arias, owner of Arias Agencies, testified that he had no knowledge as to numerous key issues, including but not limited to corporate policies relating to sexual harassment and drugs and alcohol.  Mr. Arias testified that his assistant, Natalie D'Achilles, would have knowledge of same. For example,

   **Ms. Williamson**
   There's. You may have answered this before, and that's fine if so. But to be clear, during the whether it's the training process or the or the onboarding process or the agents provide d with the collective bargaining agreement. At some point.

   **The Witness**
   I would have to check with. Staff are pretty confident that they are, but I would have to check.

   **....**

   **The Witness**
   My go to person to check with that. Usually I would ask **Natalie**.

   ....

**Ms. Williamson**
And how about otherolicies. Is there a point in that process where the agents are provided with policies or guidelines?

....

**Ms. Williamson**
Are you familiar with any policies that I corporate policies for mail.

**The Witness**
They get emailed out if I see some policies, they email them out to us, we email them out to other s, sometimes certain policies. Again, I would check with I would ask Natalie.

. . . .

**Ms. Williamson**
Oc are those emailed out to new agents or are they e mailed out on a regular basis?

**The Witness**
I would want to ask **Natalie**.

**Ms. Williamson**
Do you know what policies that would entail? I don't. Okay. Are those policies posted anywhere

**The Witness**
I'm not sure.

**Ms. Williamson**
So that was with regard to. How about with regard to and I asked you before about the union, how about with regard to areas, agencies, does various agencies have specific poli cies?

**The Witness**
I would check with **Natalie**. I'm not sure.

*See* select portion of Auto-Draft Transcript of Simon Arias III's deposition testimony attached hereto as

**Exhibit "C" (emphasis added)**.

    8.     For the above referenced reasons, Plaintiff is amending her request for a 45 day extension in order to complete discovery in this matter.

    9.     Defense counsel does not consent to an extension of discovery in this matter.

10. Plaintiff will be prejudice in her prosecution of the instant claims as to Defendant, Michael Russin, without the opportunity to conduct additional depositions and/or third-party subpoenas.

11. No party will be prejudice by the extension of the discovery deadline.

WHEREFORE, Plaintiff's counsel respectfully requests this Court grant a 45-day extension to complete discovery in this matter.

    Respectfully submitted,

/s/ *Amy N. Williamson*
Amy N. Williamson, Esq.
Pa.I.D. No. 90657
Williamson Law LLC
Law and Finance Building
429 Fourth Avenue, Suite 300
Pittsburgh PA 15219
412-600-8862 awilliamson@awilliamsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on this 26 day of February, 2023 I electronically served a copy of the foregoing **MOTION TO EXTEND DISCOVERY DEADLINE** via the CM/ECF system which will send notification of such filing.

/s/ *Amy N. Williamson*_____
Amy N. Williamson, Esq.