## CERTIFICATE OF CONFERRAL

I, Benjamin D. Webb, as counsel for the movant, Defendant, Michael Russin, hereby certify that I have made good faith efforts to confer with the non-moving party to determine whether she consents or opposes the foregoing Motion for Extension of Time to File a Response to Plaintiff's Amended Motion to Extend Discovery Deadlines. On February 28, 2023, I sent counsel for the Plaintiff correspondence via electronic mail requesting her consent for this extension. I also left a voicemail for Plaintiff's counsel. Counsel for Plaintiff has not responded.

Dated: February 28, 2023                                          *s/Benjamin D. Webb*
                                                                  Benjamin D. Webb