IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN | ) | |
| FINANCIAL, RUSSIN GROUP, | ) | |
| SIMON ARIAS, III, ARIAS AGENCIES, | ) | |
| S.A. ARIAS HOLDINGS, LLC, | ) | Electronically Filed |
| AMERICAN INCOME LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | | |
| Defendants. | | |

**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL RUSSIN'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED MOTION TO EXTEND DISCOVERY DEADLINES**

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant Michael Russin's Motion for Extension of Time to File a Response to Plaintiff's Amended Motion to Extend Discovery Deadlines, it is hereby ORDERED that Defendant Michael Russin may file a Response to Plaintiff's Amended Motion to Extend Discovery Deadlines on or before March 6, 2023.

BY THE COURT:

_____
The Honorable Marilyn J. Horan
United States District Judge