IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | Electronically Filed |
| Defendants. | | |

## ORDER GRANTING DEFENDANT MICHAEL RUSSIN'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED MOTION TO EXTEND DISCOVERY DEADLINES

AND NOW, this 28th day of February, 2023, upon consideration of Defendant Michael Russin's Motion for Extension of Time to File a Response to Plaintiff's Amended Motion to Extend Discovery Deadlines, it is hereby ORDERED that Defendant Michael Russin may file a Response to Plaintiff's Amended Motion to Extend Discovery Deadlines on or before March 6, 2023.

BY THE COURT:

The Honorable Marilyn J. Horan
United States District Judge