IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN | ) | |
| FINANCIAL, RUSSIN GROUP, | ) | |
| SIMON ARIAS, III, ARIAS AGENCIES, | ) | |
| S.A. ARIAS HOLDINGS, LLC, | ) | Electronically Filed |
| AMERICAN INCOME LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | | |
| Defendants. | | |

## [PROPOSED] ORDER DENYING PLAINTIFF'S AMENDED MOTION TO EXTEND DISCOVERY DEADLINES

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff's Motion to Amend Discovery Deadlines and Defendant Michael Russin's Response to Plaintiff's Amended Motion to Extend Discovery Deadlines and Brief in Support thereof, it is hereby ORDERED that Plaintiff's Amended Motion to Extend Discovery Deadlines is DENIED.

BY THE COURT:

_____
The Honorable Marilyn J. Horan
United States District Judge