IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | CIVIL ACTION |
| Plaintiff, | No. 2:22-cv-547 |
| v. | Judge Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. HOLDING AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendant. | JURY TRIAL DEMANDED |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff Renee Zinsky, through her undersigned counsel, makes her initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures and the Court's scheduling order.

**I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

**A.   Liability**

1. Renee Zinsky
   5023 Sutton Place
   Wexford, PA 15090

   Plaintiff has information concerning the allegations in her complaint.

2. Malorie Fry
   5023 Sutton Place
   Wexford, PA 15090

   Ms. Fry has information concerning the allegations in Plaintiff's complaint.

3. Michael Russin
   11 Noble Lane
   Windham, ME 04062

   Mr. Russin is believed to have information concerning the allegations in Plaintiff's complaint.

4. Geneva Russin
   11 Noble Lane
   Windham, ME 04062

   Mrs. Russin is believed to have information concerning Defendant, Michael Russin's inappropriate behavior toward Plaintiff and other females.


EXHIBIT A

| | | |
|---|---|---|
| 5. | Simon Arias<br>103 Indian Meadow Drive<br>Mars, PA 16046 | Mr. Arias is believed to have information regarding Defendant Michael Russin's hiring/employment with AIL/Arias Agencies, termination of Mr. Russin, Plaintiff's reports of fraud, sexual harassment and sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |
| 4. | Chrissy Vansuch<br>14612 Mirabelle Vista Circle<br>Tampa, FL 33626<br>813-475-4839 | Ms. Vansuch is believed to have information regarding Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |
| 5. | Natalie D'Achilles<br>150 Lake Drive<br>Wexford, PA 15090<br>724-612-3361 | Mrs. D'Achilles is believed to have information regarding Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |
| 6. | Katie McCabe<br>150 Lake Drive<br>Wexford, PA 15090<br>412-848-6722 | Ms. McCabe is believed to have information regarding Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |
| 7. | Steven Greer<br>1200 Wooded Acres<br>Waco, TX 76710 | Mr. Greer is believed to have information regarding Mr. Russin's employment, Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' policies and procedures regarding same. |
| 8. | David Zophin<br>1200 Wooded Acres<br>Waco, TX 76710 | Mr. Zophin is believed to have information regarding Mr. Russin's employment, Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' policies and procedures regarding same. |
| 9. | Debbie Gamble<br>1200 Wooded Acres<br>Waco, TX 76710 | Ms. Gamble is believed to have information regarding Mr. Russin's employment, Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |