Contains Confidential Information
Transcript of Michael Russin
January 16, 2023                                    56

```
 1    is that right?
 2         A   I believe so.
 3         Q   Okay.  Is it 10 percent every year?
 4         A   Yes.
 5         Q   And then after 10 years, you're 100
 6    percent vested?
 7         A   Correct.
 8         Q   So how many years did you work at AIL?
 9         A   Nine.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25             MR. WEBB:   Yeah.   Amy, just to the extent
```


EXHIBIT
B

Contains Confidential Information
Transcript of Michael Russin
January 16, 2023                                              57

```
1    we're going to talk about the separation -- any

2    separation agreement, like I indicated in my

3    discovery responses, I would just ask that you

4    guys sign a protective order -- stipulation for a

5    motion for protective order on that.

6         MS. WILLIAMSON:  Okay.  Do you want to do

7    that now?

8         MR. WEBB:  I mean, we can.  I was going

9    to -- I signed the one that Gene sent over.  I

10   mean, it's going to have the same terms as that

11   one.  So, I mean, if you want me to --

12        THE WITNESS:  Can I use the restroom real

13   quick while you guys do that?

14        MS. WILLIAMSON:  Yeah.  Sure.  We don't --

15   I think -- nothing is pending, right?  There's not

16   a question pending.

17        (Recess.)

18   BY MS. WILLIAMSON:

19     Q  Okay.  I am going to jump back a minute

20   here.  Do you have any Snapchat accounts?

21     A  Yes, yes.  I do have a Snapchat account.

22     Q  I don't know what the right lingo is.

23   What's the profile name or account name?

24     A  I think it's something ridiculous that I

25   made like 10 years ago.  It's Tree Table Chair,
```

Contains Confidential Information
Transcript of Michael Russin
January 16, 2023                                    230

1    agency --

2        Q   Okay.  So you --

3        A   -- get leads, and don't talk to her.

4        Q   Okay.

5        A   I said okay.

6        Q   So where -- what was your understanding of

7    where -- who she would be coded to at that point?

8        A   The agency.

9        Q   Excuse me.  I thought it had to be some

10   individual.

11       A   No.  You could be coded to the agency,

12   like, just a floater under Simon.

13       Q   I see.  Okay, okay.  And then did you talk

14   to Simon about the incident going forward?

15       A   No.

16       Q   Not at all?

17       A   Not until he flew to Portland the day that

18   I parted ways with AIL.

19       Q   Okay.  You never had any further

20   conversations with him about it?

21       A   Not that I can recall.

22       Q   Okay.  How about with Natalie Price?

23       A   Yes.  She sent me over an incident report

24   to sign, which I did not sign because it was BS.

25       Q   Did you produce that to your attorneys?

```
1       A  I don't have access to it anymore.  They

2   wiped my Arias account.  That's where it was.

3       Q  When you say it was BS, why do you say

4   that?

5       A  Well, the message that she produced wasn't

6   what was said.  So the incident report was worded

7   in such a way, Hey, I did this.  I regret my

8   actions.  I understand the disciplinary action

9   being taken against me.  Sign here.  And I said I

10  didn't say that, so I'm not signing this.

11      Q  Okay.  Did Natalie -- strike that.

12         Is Natalie Price the Natalie D'Achille the

13  same person?

14      A  Yes.

15      Q  Okay.  Did she -- did Natalie ask for a

16  statement from you about the -- about what Renee

17  reported?

18      A  Yes.  I believe so.

19      Q  Okay.  Was that something that was

20  recorded?

21      A  I think I typed something up and sent it

22  over.

23      Q  Okay.  Do you still have that?

24      A  Like I said, they wiped my e-mail in

25  February.  So that's all --
```

1      Q   Okay.  I didn't know if you saved it to,

2   like, a personal account or anything.

3      A   I honestly didn't realize it was going to

4   come to this.

5      Q   Right.

6      A   I never saw Renee doing this ever in a

7   million years, ever.  It wasn't even a concern to

8   me.  I thought she was just mad because I kicked

9   her off -- removed her from me working with her.

10     Q   Okay.

11     A   I thought she was just mad, you know.

12  This was her way of getting back at me.  I had no

13  reason to save anything.

14     Q   Gotcha.  Did Natalie ask you for any --

15  any documents or information other than the

16  statement?

17     A   No.

18     Q   Did anybody else at Arias ask you for

19  additional information?

20     A   No.

21     Q   Did Natalie contact anybody else at Arias

22  about the incident?

23     A   Not to my knowledge.

24     Q   Okay.  How did you communicate back to

25  Natalie that you thought the incident report was