To: Michael Russin and attorney Benjamin D. Webb via bwebb@cozzalaw.com
From: Susan Antilla, reporter for Insider.com

Nov. 10, 2022

Re: Article about Globe Life, AIL and the workplace culture at Arias Agencies

I am working on an article for Insider.com about Globe Life, AIL and Arias Agencies. In the story, I will be discussing allegations against you that appeared in a complaint filed in Federal court in Pittsburgh by Renee Zinsky. I also will be including other information about you that is not in the Zinsky complaint.

Kindly respond to the questions below by 5 p.m. on Nov. 17, 2022. You can reach me at susan.antilla1@gmail.com. Thank you.

1. Zinsky told me that you drove her to a quiet parking lot and grabbed her arm forcefully and put her hand on your crotch. She says she pulled her hand away and reminded you that she was in a serious relationship. After that, she said, you selected a porn video on your phone and masturbated in the driver's seat. She said that when you were finished, you had her reach in the back to find something to wipe yourself off. Please comment on Zinsky's allegation.
    a. She told me that variations on this occurred at least 7 more times while she worked at Arias. Please comment.
    b. She said that on one occasion, You took the back of her head and shoved her face into your crotch. Please comment.
2. Zinsky said that she asked you for a promotion and that, in response, you said she'd only get a promotion if you and her fiance, who is a woman, "blow me at the same time." Please comment on this allegation.
3. Zinsky said that you sent her a Snapchat message that was a photo of you naked, with an erection. Why did you send that to Zinsky? Was this appropriate behavior for a supervisor?
4. Zinsky said that you once got her alone in a room, pressed her against a wall and tried to stick your tongue down her throat. Please comment.
5. Zinsky said that she believes you twice gave her a date rape drug and that in one of those instances, she woke up in a hotel room at a company event and couldn't feel her legs. Please comment.
6. In 2019, one Arias agent threw another agent through a door in the Wexford office – an argument over one agent taking food from another agent. You and other managers received video copies of the incident. One of your reports said that you showed your team the video and that you thought it was hilarious. Please comment on this incident. Did you show the video to your team? Did you think the video was funny?



EXHIBIT
C

7. I have heard a recording of you speaking to your team during which you tell them "I'm a fucking psycho and anybody with a fucking brain could see that." Is that an appropriate way to speak to your reports?
8. Did Globe and AIL fire you in February of 2022?
9. Do you continue to work for Arias Agency and/or AIL as a consultant?
    a. If so, what is the nature of the work you are doing?
    b. Have you re-applied for an insurance license? (I no longer see your name when I check regulatory records).
10. Do you regularly visit the Arias office in Maine?
11. You have been posting threatening photos and messages on social media. I have seen photos, for example, of animals menacing one another. You also posted an Instagram photo of you next to your dog, and said that if anyone interfered with your ability to care for the child you and your wife are expecting, you would "peel the skin off their face and take out their eyeballs" and feed them to your dog.
    a. Was this posting aimed at Zinsky or her lawyer, or both of them?
        i. If not, who were you referring to?
    b. On Facebook, you had a conversation with another former Arias employee and said you would be "chewing the whores up in court." Was this a reference to Zinsky, her lawyer, or both Zinsky and her lawyer?
12. Zinsky's lawyer told me that Judge Horan told your lawyer that she was appalled by your conduct (on social media) and suggested that you were making Zinsky's case for her. Two days after that, you posted a photo of yourself on Facebook with the caption "War Ready." Was this a reference to Zinsky's lawsuit?

##