

Benjamin Webb <bwebb@cozzalaw.com>

---

## deadline journalist inquiry re Zinsky v Russin

---

**Benjamin Webb** <bwebb@cozzalaw.com>                   Fri, Jan 20, 2023 at 8:22 AM
To: Susan Antilla <susan.antilla1@gmail.com>
Cc: Rocco Cozza <rcozza@cozzalaw.com>

Hello Ms. Antilla,

Mr. Russin will not be providing comments in response to your questions in the midst of pending litigation.

You should be aware that Mr. Russin's deposition testimony regarding his separation from AIL is confidential per the terms of a pending stipulated protective order executed by counsel for the parties, including Ms. Williamson. To the extent you intend to publish the information provided to you that is covered by said protective order, we will seek the appropriate remedy for the same.

Best,

Benjamin Webb

> On Jan 17, 2023, at 10:29 PM, Susan Antilla <susan.antilla1@gmail.com> wrote:
>
> Hello Mr. Webb,
> [Quoted text hidden]
>
>
>
> Susan Antilla
> 917-592-4022
> susan.antilla1@gmail.com
> http://susanantilla.com/
> @antillaview     https://www.linkedin.com/in/susanantilla/
>
>
> Investigative journalist and author of the #MeToo book on Wall Street sex harassment: Tales From the Boom-Boom Room: The Landmark Legal Battles that Exposed Wall Street's Shocking Culture of Sexual Harassment
>
>
>
>
>> On Nov 17, 2022, at 5:00 PM, Benjamin Webb <bwebb@cozzalaw.com> wrote:
>>
>> Ms. Antilla, we received your request for comment and forwarded a copy of the same to Mr. Russin. Mr. Russin will not be providing comments on your questions in the midst of pending litigation. However, he takes the claims asserted by Ms. Zinsky seriously, and we are in the position to zealously defend our client's position and bring to light additional facts regarding the plaintiff's allegations via the appropriate legal process.
>>
>> Best,
>>
>>> On Thu, Nov 10, 2022 at 8:51 PM Susan Antilla <susan.antilla1@gmail.com> wrote:
>>> Dear Mr. Webb,



EXHIBIT F

 **Gmail**

Benjamin Webb <bwebb@cozzalaw.com>

## Protective Order

**Benjamin Webb** <bwebb@cozzalaw.com>      Thu, Jan 19, 2023 at 10:39 AM
To: Amy Williamson <awilliamson@awilliamsonlaw.com>
Cc: Rocco Cozza <rcozza@cozzalaw.com>

Amy,

I left you a voicemail this morning. I spoke with Jean yesterday and she indicated that she was having trouble reaching you regarding the final protective order. Apparently her emails to you had been bouncing back.

Please let me know (if you receive this) if there is another email address we should be attempting to reach you at.

Additionally, I have some serious concerns about your conduct following Mr. Russin's deposition. I have been notified that you have supplied information to Susan Antilla regarding Mike's deposition testimony about his separation from AIL. This is exactly the information that I indicated to you in the deposition was confidential (I even requested the court reporter to make such a designation on the record).

You made representations at the deposition that you intended to comply with the pending stipulated protective order and we relied on those statements in good faith in moving forward with Mr. Russin's testimony. Frankly, I am shocked to see you take these actions in light of our discussions and your execution of the stipulation. At this time, we are considering all available remedies.

I intend to make Ms. Antilla aware of the pending stipulated protective order. Please contact me if you would like to discuss.

Thanks.

--

**Benjamin D. Webb, Esq.**
Associate Attorney, Cozza Law Group PLLC

---

A   400 Holiday Drive, Suite 210, Pittsburgh, PA 15220
O   412-294-8444   C (724) 875-9394

E   bwebb@cozzalaw.com   W   cozzalaw.com

IRS Circular 230 Disclosure. To ensure compliance with requirements imposed by the IRS, we inform you that the federal tax advice (if any) contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C.A. Sections 2510-2521. It contains confidential information for the addressee and may be protected by the attorney-client privilege. It is prohibited to read, copy, retain or disseminate this communication unless you are the intended addressee. If you receive this e-mail by error, please contact the sender by reply e-mail or by phone at 412-294-8444. Please delete the email and it's attachments from your computer. Receipt by anyone other than the proper recipient is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.