

March 6, 2023

Benjamin D. Webb, Esq.
Cozza Law Group PLLC
4000 Holiday Drive, Suite 210
Pittsburgh, PA 15220
bwebb@cozzalaw.com

*SENT VIA EMAIL*

        Re:    *Zinksy v. Russin et al.*
               No. 2:22-cv-547
               Plaintiff's Third Supplemental Discovery Responses

Dear Mr. Webb,

Please allow this correspondence to supplement Plaintiff's discovery responses. More specifically, Plaintiff's Supplemental Answer to Defendant Russin's Interrogatory No. 1 is as follows:

**<u>PLAINTIFF'S THIRD SUPPLEMENTAL ANSWER to DEFENDANT RUSSIN'S INTERROGATORY No. 1:</u>**

In addition to the 54 witnesses previously identified in Plaintiff's Initial Disclosures and discovery responses, Plaintiff identifies the following 2 witness who have knowledge of Defendant Russin's unethical and inappropriate behavior while working for American Income Life Insurance Company ("AIL"): 1) Ashley Hutson, and 2) Madison Marie.

Also, please note that my letter dated March 3, 2023 mistakenly identified a portion of the supplemental documents as [ZINSKY001712 - ZINSKY000910]. In fact, those documents are labelled as [ZINSKY001712 - ZINSKY001792]. I apologize for any confusion in that regard.

                                            Sincerely,

                                            */s/Amy N. Williamson, Esq.*