

# EXHIBIT "D"