

# EXHIBIT "E"