

February 8, 2023

Benjamin D. Webb, Esq.
Cozza Law Group PLLC
4000 Holiday Drive, Suite 210
Pittsburgh, PA 15220
bwebb@cozzalaw.com

*SENT VIA EMAIL*

        Re:    *Zinksy v. Russin et al.*
                No. 2:22-cv-547
                Plaintiff's Supplemental Responses to Defendant's Request for Production of Documents

Dear Mr. Webb,

Please allow this correspondence to supplement Plaintiff's Response to Defendant Michael Russin's Request No. 1 for Production of Documents. More specifically, Plaintiff's Supplemental Response to Defendant's Request for Production No. 1 is as follows:

A. **Documents**
   1. ZINSKY000784 - ZINSKY000910
   2. ZINSKY000911 - ZINSKY001037
   3. ZINSKY001038 – ZINSKY001167
   4. ZINSKY001168 – ZINSKY001293
   5. ZINSKY001294 – ZINSKY001419
   6. ZINSKY001420 – ZINSKY001565
   7. ZINSKY001566 – ZINSKY001711

B. **Video Recordings**

| | | | |
|---|---|---|---|
| 1. 10 Referrals | 46. JA Renewals | 91. Russin Beer Pong | 136. Tristan Loyalty |
| 2. 2021 Recognition Meeting | 47. Jackson 500k | 92. Russin Bloody Post | 137. Tristan Party Not College |
| 3. AA 67mo income | 48. Jackson 800k | 93. Russin Breast Milk | 138. Tristan Team Celebration |
| 4. AA Jax | 49. Jackson 1099 | 94. Russin Dell Chant | 139. Tristan Warrior |
| 5. AD $1M Record Week | 50. Jackson Dlabik Rindt Wexford | 95. Russing Driving | 140. Vena AIL Convention |
| 6. AD Andre Record Week | 51. Jackson I'm Not Fing Playing | 96. Russing F Around Find Out | 141. Who They Work For Now |
| 7. AD Apologize to Nobody | 52. Jackson Rookie MGA 2021 | 97. Russin Gilbert | 142. Work Schedule |

429 Fourth Ave. Ste. 300, Pittsburgh, Pennsylvania 15219 | awilliamson@awilliamsonlaw.com

| | | | |
|---|---|---|---|
| 8. AD Brody Simon | 53. Jeremiah Warrior Tattoo | 98. Russin IV | 143. Yocca Arias |
| 9. AD Loyalty | 54. Jeremiah RF Takeover | 99. Russin Limo | 144. Zophin AA |
| 10. AD Recruiting | 55. KH AIL | 100. Russin Meeting 1099 | 145. Zophin Arias |
| 11. AD Weekly Income | 56. KH Arias | 101. Russin Office Car | |
| 12. Agency Meeting | 57. KH LI | 102. Russing Office Drinking Game | |
| 13. AIL 2019 Convention | 58. Lambo Giveaway | 103. Russin Office Manager Meeting | |
| 14. AIL 2022 Vegas | 59. LDS 2022 | 104. Russin Office Team Meeting | |
| 15. AIL Company Overview | 60. Male Football Meeting | 105. Russin Phone Session | |
| 16. AIL Residuals | 61. Maria Joe Call Night | 106. Russin Pieface | |
| 17. AIL SGA of the Year | 62. Maserati Giveaway | 107. Russin Saving Careers | |
| 18. AIL Vegas 2022 | 63. Monday Meetings | 108. Russin Simon Britton | |
| 19. AK on College | 64. Office Dancing | 109. Russin Strip Club | |
| 20. Arias Club | 65. Office Dodgeball | 110. Russin Tate Women | |
| 21. Arias MMA | 66. Office Fighter | 111. Russin Wearing Eyeliner | |
| 22. Banned | 67. Office Games | 112. Russin You Can't Keep a Fing Team | |
| 23. Blake Tomblin Training | 68. Office Meeting | 113. Russin You Know I Keep it Real | |
| 24. Boxing | 69. Party Grindcast | 114. RZ Income $10k/wk | |
| 25. Call Night Dancing | 70. Pens Game Leadership | 115. Shazier Agency | |
| 26. Call Night | 71. People Won't Agree With You | 116. Simon Agency Meeting | |
| 27. Dawgcheck Arias Giveaway | 72. Real Talk | 117. Simon Boys Chant | |
| 28. Dawgcheck Chant Bar | 73. Renee Mal | 118. Simon Erie Office | |
| 29. Dawgcheck Chant LDS | 74. RF 3 Individuals | 119. Simon Fly High | |
| 30. Dawgcheck Chant Meeting | 75. RF AA Family | 120. Simon Mentor Meeting | |
| 31. Dell Grind | 76. RF Bribe | 121. Simon On Recruiting | |
| 32. Dlabik Taking Souls | 77. RF Exec Mgmt | 122. Simon Pay the Cost | |
| 33. Dlabik Work Schedule | 78. RF Hunger Games | 123. Simon RR | |
| 34. Dlabik Office Celebration | 79. RF Office Golf | 124. Simon Serur Agency | |
| 35. Drinking With Boss | 80. RF Race | 125. Simon's Story | |
| 36. Dylan Culture Nggr Btch | 81. RF Waxing Punishment | 126. Sleeping in Office | |
| 37. Dylan Culture Sept 2021 | 82. Rindt 9-9 | 127. Sleeper | |
| 38. Everybody Would Be Doin It | 83. Rindt 1099 | 128. Spencer $45k Contest | |
| 39. Exec Council May 2021 | 84. Rindt Wolf Wallstreet | 129. Spencer Geyer Prize | |
| 40. Growth Bonuses | 85. Rudolph RGA | 130. Spencer Lambo | |
| 41. HSM First 365 | 86. Rudolph Story | 131. Spencer Rudolph | |
| 42. HSM March Madness | 87. Russin Agency Meeting | 132. Specer Testimonials | |
| 43. I Hated the Training | 88. Russin Apology | 133. The Joker | |
| 44. I'm a Psycho | 89. Russin Arias Boat Party | 134. Tristan Labron | |
| 45. It's Real Money Dawg | 90. Russin Arias Studs | 135. Tristan Let's Go Baby | |

429 Fourth Ave. Ste. 300, Pittsburgh, Pennsylvania 15219 | awilliamson@awilliamsonlaw.com

Similar to Plaintiff's Initial Disclosures and initial discovery responses, you will receive a Google Drive link where the above referenced documents and information can be accessed. Please let me know if you have any technical issues accessing these supplemental documents and recorded videos.

The ongoing onslaught of new information and witnesses that I continue to receive on a consistent basis has revealed a myriad of inconsistencies in Jeremiah Russin's testimony as well as your client's pleadings and testimony. As one example, the above referenced information includes photographic evidence of your client engaged in sexual acts with one of his subordinate female agents (which Mr. Russin denied). Similarly, there is droves of evidence of workplace violence, hate speech, drug abuse, sexual harassment, sexual assault, and other legal claims at the hands of Michael Russin and Simon Arias. At best, it makes your client's "story" of "playing an aggressive male character on tv" incredible. At worst, it is evidence that Mr. Russin has perjured himself on more than one occasion. In any case, the evidence also continues to reveal significant inconsistencies between your client's testimony and representations from American Income Life Insurance Company and Arias Agencies.

For these reasons, I intend to conduct further discovery to include additional depositions and third-party subpoenas. Please advise if you are agreeable to a 45-day extension of discovery. If I do not hear back from you by 5:00pm EST on Friday, February 10th, I will proceed with present a Motion to Extend Discovery to Judge Horan in that regard.

Sincerely,

*/s/Amy N. Williamson, Esq.*

429 Fourth Ave. Ste. 300, Pittsburgh, Pennsylvania 15219 | awilliamson@awilliamsonlaw.com