IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | Electronically Filed |
| Defendants. | | |

### ORDER GRANTING DEFENDANT MICHAEL RUSSIN'S MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES

AND NOW, this 20th day of March, 2023, upon consideration of Defendant Michael Russin's Motion for Leave to Serve Additional Interrogatories, it is hereby ORDERED that Defendant Russin's motion is GRANTED. It is hereby further ORDERED that on or before April 20, 2023, Plaintiff will respond to Defendant Russin's Second Set of Interrogatories.

BY THE COURT:

*Marilyn J. Horan*
The Honorable Marilyn J. Horan
United States District Judge