IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action No. 2:22-cv-247-MJH |
| Plaintiff, | |
| v. | Judge Horan |
| MICHAEL RUSSIN, et al., | |
| Defendant. | JURY TRIAL DEMANDED |

### AFFIDAVIT OF MATTHEW MAMROS

I, Mattew Mamros, hereby state the following:

1. I am a former insurance agent for American Income Life Insurance Company and Arias Agencies.

2. I worked with Plaintiff, Renee Zinsky, and Defendant, Michael Russin.

3. I have firsthand knowledge of facts relevant to this matter.

4. On or about March 8, 2023, Defendant Russin threatened me via Instagram messenger stating as follows:

> *Are you prepared for violence?*
> *...*
> *All this time you spend at 2am sending emails – do you ever think of the safety of your children?*
> *...*
> *Oh no wait this isn't the old hag*
> *...*
> *This is the young liar*

I declare under penalty of perjury that the following is true and correct.

Date: April 21, 2023

*DocuSigned by:*
*Matthew Mamros*
4D654C81CFAB4E5...
Matthew Mamros