**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | Judge Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | JURY TRIAL DEMANDED |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2023 upon consideration of the foregoing, Plaintiff's Motion for Contempt as to Defendant Russin is hereby GRANTED. As a result of Defendant Russin's failure to obey this Honorable Court's order and/or decree to cease and desist threatening and harassing conduct against Plaintiff, Defendant Russin is hereby sanctioned as follows:

a. The facts as designated in Plaintiff's Second Amended Complaint is deemed as established for purposes of this matter;
b. Defendant Russin is prohibited from opposing the designated facts pursuant to Plaintiff's Second Amended Complaint;
c. Defendant Russin shall be punished by imprisonment not to exceed six months and/or fine not to exceed $1,000.00;
d. Reasonable attorney's fees and costs related to the preparation of this Motion for Contempt in the amount of $2,000.00; and,
e. Any other relief this Court deems appropriate.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge