IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | CIVIL ACTION |
| Plaintiff, | No. 2:22-cv-547 |
| v. | Judge Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. HOLDING AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendant. | JURY TRIAL DEMANDED |

### PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff Renee Zinsky, through her undersigned counsel, makes her initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures and the Court's scheduling order.

**I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

**A.   Liability**

1. Renee Zinsky
   5023 Sutton Place
   Wexford, PA 15090

   Plaintiff has information concerning the allegations in her complaint.

2. Malorie Fry
   5023 Sutton Place
   Wexford, PA 15090

   Ms. Fry has information concerning the allegations in Plaintiff's complaint.

3. Michael Russin
   11 Noble Lane
   Windham, ME 04062

   Mr. Russin is believed to have information concerning the allegations in Plaintiff's complaint.

4. Geneva Russin
   11 Noble Lane
   Windham, ME 04062

   Mrs. Russin is believed to have information concerning Defendant, Michael Russin's inappropriate behavior toward Plaintiff and other females.


EXHIBIT A

| | | |
|---|---|---|
| 5. | Simon Arias<br>103 Indian Meadow Drive<br>Mars, PA 16046 | Mr. Arias is believed to have information regarding Defendant Michael Russin's hiring/employment with AIL/Arias Agencies, termination of Mr. Russin, Plaintiff's reports of fraud, sexual harassment and sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |
| 4. | Chrissy Vansuch<br>14612 Mirabelle Vista Circle<br>Tampa, FL 33626<br>813-475-4839 | Ms. Vansuch is believed to have information regarding Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |
| 5. | Natalie D'Achilles<br>150 Lake Drive<br>Wexford, PA 15090<br>724-612-3361 | Mrs. D'Achilles is believed to have information regarding Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |
| 6. | Katie McCabe<br>150 Lake Drive<br>Wexford, PA 15090<br>412-848-6722 | Ms. McCabe is believed to have information regarding Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |
| 7. | Steven Greer<br>1200 Wooded Acres<br>Waco, TX 76710 | Mr. Greer is believed to have information regarding Mr. Russin's employment, Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' policies and procedures regarding same. |
| 8. | David Zophin<br>1200 Wooded Acres<br>Waco, TX 76710 | Mr. Zophin is believed to have information regarding Mr. Russin's employment, Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' policies and procedures regarding same. |
| 9. | Debbie Gamble<br>1200 Wooded Acres<br>Waco, TX 76710 | Ms. Gamble is believed to have information regarding Mr. Russin's employment, Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |

| | | |
|---|---|---|
| 10. | Soyla Villareal<br>1200 Wooded Acres<br>Waco, TX 76710 | Ms. Villareal is believed to have information regarding the Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' policies and procedures regarding same. |
| 11. | Janet Hendrick<br>Phillips Murrah<br>710 Rawlins Street, Suite 900<br>Dallas, TX 75219 | Ms. Hendrick is believed to have information regarding Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' investigation of Plaintiff's complaints, AIL's termination of Mr. Russin. |
| 12. | Logan Blackmore<br>700 S Stonebridge Drive<br>McKinney, TX 75070 | Ms. Blackmore is believed to have information regarding Plaintiff's reports of fraud, sexual harassment/sexual assault, Defendants' response(s) thereto, Defendants' investigation of Plaintiff's complaints. |
| 13. | Jeremiah Russin<br>11 Noble Lane<br>Windham, ME 04062 | Mr. Russin is believed to have information regarding the employment and termination of Michael Russin, ownership, business, and operations of Russin Financial |
| 14. | Chris Gilbert<br>Bridgeville, PA | Mr. Gilbert is believed to have information regarding the employment and termination of Michael Russin, unethical and inappropriate behavior of Mr. Russin, and the business and operations of Russin Financial |
| 15. | Brendan Gilbert<br>Carnegie, PA | Mr. Gilbert is believed to have information regarding Mr. Russin's inappropriate behavior, business and operations of Russin Financial |
| 16. | Cameron Labrie<br>Portland, ME | Mr. Labrie is believed to have information regarding Mr. Russin's unethical and inappropriate behavior, business and operations of Russin Financial |
| 17. | Ray Salmon<br>Saegertown, PA | Mr. Salmon is believed to have information regarding sexual harassment/assault by Mr. Russin, Mr. Russin's inappropriate behavior, business and operations of Russin Financial |

| | | |
|---|---|---|
| 18. | Travis Vaughn<br>Erie, PA | Mr. Vaughn is believed to have information regarding the employment of Mr. Russin, Mr. Russin's unethical and inappropriate behavior, business and operations of Russin Financial |
| 19. | Maria Folino<br>1565 Hastings Mill Road<br>Pittsburgh, PA 15241 | Ms. Folino is believed to have information regarding Mr. Russin's unethical and inappropriate behavior, business and operations of Russin Financial |
| 20. | Joe Lamb<br>Wexford, PA | Mr. Lamb is believed to have information regarding Mr. Russin's unethical and inappropriate behavior, business and operations of Russin Financial |
| 21. | Shannon Vaughn<br>931 Benton Avenue<br>Pittsburgh, PA 15212 | Ms. Vaughn is believed to have information regarding Mr. Russin's inappropriate behavior, business and operations of Russin Financial |
| 22. | Charles Ferarri<br>North Versailles, PA | Mr. Ferrari is believed to have information regarding Mr. Russin's unethical and inappropriate behavior including but not limited to recent threats of violence |
| 23. | Brian Welsh<br>Kennedy, PA | Mr. Welsh is believed to have information regarding Mr. Russin's inappropriate behavior |
| 24. | David Burkes<br>New Castle, PA 16101 | Mr. Burkes is believed to have information regarding Mr. Russin's inappropriate and unethical behavior |
| 25. | Tyler Szpakowski<br>Pittsburgh, PA 15216 | Mr. Szarkowski is believed to have information regarding Mr. Russin's inappropriate and unethical behavior |
| 26. | Christina Quillen<br>Miami, FL | Ms. Quillen is believed to have information regarding Mr. Russin's inappropriate and unethical behavior, and Mr. Russin's termination |

## INTERROGATORIES

1. State the full name, age, address, and telephone number of the person answering these interrogatories.

ANSWER:

Renee Zinsky
5023 Sutton Place
Wexford PA 15090
28 yrs old

2. Identify each and every person that Plaintiff believes has knowledge of any facts on which Plaintiff bases any allegations in the Complaint, stating as to each such person the facts about which he or she purportedly has knowledge.

ANSWER:

See 26 witnesses (many of which are represented by Plaintiff's counsel) identified in Plaintiff's Initial Disclosures. In addition, Plaintiff identifies the following 17 witnesses:

1. Anne Zacharias – knowledge of Defendant Russin's harassment and threats directed to Plaintiff and Plaintiff's place of employment from November 2021 – present; knowledge of Plaintiff's reputation.

2. Dara-Lynn Hockman – knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Russin Financial, Arias Agencies and American Income Life Insurance Company. Ms. Hockman is represented by Plaintiff's counsel.

3. Abeni Mayfield – knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Arias Agencies and American Income Life Insurance Company; knowledge of Plaintiff's reputation. Ms. Mayfield is represented by Plaintiff's counsel.

4. Mikelle Mayfield - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Arias Agencies and American Income Life Insurance Company; knowledge of Plaintiff's reputation. Mr. Mayfield is represented by Plaintiff's counsel.

5. Melissa Ahrent - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Russin Financial, Arias Agencies and American Income Life Insurance Company; knowledge of Plaintiff's reputation. Ms. Ahrent is represented by Plaintiff's counsel.

6. Colin Bannister - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Russin Financial, Arias Agencies and American Income Life Insurance Company; knowledge of Plaintiff's reputation. Mr. Bannister is represented by Plaintiff's counsel.

7. David Haak - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Russin Financial, Arias Agencies and American Income Life Insurance Compan; knowledge of Plaintiff's reputation. Mr. Haak is represented by Plaintiff's counsel.

8. Julia Gogol - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Russin Financial, Arias Agencies and

American Income Life Insurance Company; knowledge of Plaintiff's reputation. Ms. Gogol is represented by Plaintiff's counsel.

9. Meggan Dipietro - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Russin Financial, Arias Agencies and American Income Life Insurance Company; knowledge of Plaintiff's reputation. Ms. Dipietro is represented by Plaintiff's counsel.

10. Nick Atallah - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Arias Agencies and American Income Life Insurance Company; knowledge of Plaintiff's reputation. Mr. Atallah is represented by Plaintiff's counsel.

11. Emily Fleming - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Arias Agencies and American Income Life Insurance Company; knowledge of Plaintiff's reputation. Ms. Fleming is represented by Plaintiff's counsel.

12. Terrek Ray - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Arias Agencies and American Income Life Insurance Company; knowledge of Plaintiff's reputation. Mr. Ray is represented by Plaintiff's counsel.

13. Aaron Oestenriter - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture at Russin Financial, Arias Agencies and American Income Life Insurance Company; knowledge of Plaintiff's reputation. Mr. Oestenriter is represented by Plaintiff's counsel.

14. Michele Crowe - knowledge of Defendant Russin's unethical and inappropriate behavior; knowledge of toxic work culture Arias Agencies and American Income Life Insurance Company. Ms. Crowe is represented by Plaintiff's counsel.

15. Officer Chuberko, Ross Township Police Department – knowledge of Plaintiff's vandalized vehicle.

16. Mark Zinsky – knowledge of Plaintiff's allegations contained in her Complaints and other pleadings; knowledge of Plaintiff's reputation.

17. Eric Fisher, Esq. – knowledge of Plaintiff's allegations contained in her Complaints and other pleadings.

3. Identify each and every individual, other than Plaintiff's attorneys, with whom Plaintiff has spoken regarding any of the allegations in this lawsuit, including communications concerning any individual's actual or potential participation in this lawsuit, and for each such person identified, describe in detail the extent or nature of the conversation and state the date of the conversation, the persons involved in the conversation, and whether Plaintiff has any documents, notes, or other writings referring or relating to the conversation. Produce copies of all such documents with Plaintiff's answers to these Interrogatories.

ANSWER:

1. Mallory Fry – See Plaintiff's Answer No. 2.
2. Mark Zinsky – See Plaintiff's Answer No. 2
3. Anne Zacharias – See Plaintiff's Answer No. 2.