IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | Electronically Filed |
| Defendants. | | |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR CONTEMPT

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff's Motion for Contempt and Defendant Michael Russin's Response to Plaintiff's Motion for Contempt, it is hereby ORDERED that Plaintiff's Motion for Contempt is DENIED.

BY THE COURT:

_____
The Honorable Marilyn J. Horan
United States District Judge