

Planet Depos®
We Make It *Happen*™

# Transcript of Reneé Margaret Zinsky

**Date:** January 13, 2023
**Case:** Zinsky -v- Russin, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Reneé Margaret Zinsky

1 (1 to 4)

January 13, 2023

---

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3     - - - - - - - - - - - - - -x
 4   RENEE ZINSKY,                :
 5          Plaintiff,            :
 6       v.                       :  Civil Action No.
 7   MICHAEL RUSSIN, RUSSIN       :  2:22-cv-547
 8   FINANCIAL, RUSSIN GROUP,     :
 9   SIMON ARIAS, III, ARIAS      :
10   AGENCIES, S.A. ARIAS         :
11   HOLDINGS, LLC, AMERICAN      :
12   INCOME LIFE INSURANCE        :
13   COMPANY,                     :
14          Defendants.           :
15     - - - - - - - - - - - - - -x
16
17        Deposition of RENEÉ MARGARET ZINSKY
18           Pittsburgh, Pennsylvania
19           Friday, January 13, 2023
20                9:22 a.m.
21
22
23   Job No.: 476914
24   Pages: 1 - 168
25   Reported By: Amelia Bowlen, FAPR, RDR, CRR, CRC
```

**Page 2**

```
 1      Deposition of RENEÉ MARGARET ZINSKY, held at
 2   the offices of:
 3
 4
 5        COZZA LAW GROUP PLLC
 6        400 Holiday Drive
 7        Suite 210
 8        Pittsburgh, Pennsylvania 1220
 9        (412)790-2789
10
11
12
13
14      Pursuant to notice, before Amelia Bowlen,
15   Registered Diplomate Reporter, Certified Realtime
16   Reporter, and Notary Public in and for the
17   Commonwealth of Pennsylvania.
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFF:
 3        AMY N. WILLIAMSON, ESQUIRE
 4        WILLIAMSON LAW LLC
 5        Law and Finance Building
 6        429 Fourth Avenue, Suite 300
 7        Pittsburgh, Pennsylvania 15219
 8        (412)932-2744
 9
10   ON BEHALF OF THE DEFENDANTS:
11        BENJAMIN D. WEBB, ESQUIRE
12        ROCCO E. COZZA, ESQUIRE
13        COZZA LAW GROUP PLLC
14        400 Holiday Drive
15        Suite 210
16        Pittsburgh, Pennsylvania 1220
17        (412)790-2789
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1              C O N T E N T S
 2
 3   EXAMINATION OF RENEÉ MARGARET ZINSKY      PAGE
 4   By Mr. Webb                                 5
 5
 6   TIME ON THE RECORD:  3 hours 8 minutes
 7
 8              E X H I B I T S
 9        (Attached to transcript.)
10   NUMBER                                    PAGE
11   Exhibit 1  Text messages: Russin00139,     44
12             00140, 00142, 00143, 00144,
13             00145, 00149, 00151, 00152,
14             00154, 00156, 00157, 00161,
15             00163, 00170, 00172, 00177,
16             00178, 00189
17   Exhibit 2  Messages, Russin00102 - 00103   58
18   Exhibit 3  Video                          115
19   Exhibit 4  Russin00012 - 00013            129
20   Exhibit 5  Zinsky000001                   132
21   Exhibit 6  Video, Russin00052             135
22   Exhibit 7  Video, Russin00048
23   Exhibit 8  Video, Russin00051             140
24   Exhibit 9  Video, Russin00055             143
25
```

Transcript of Reneé Margaret Zinsky
January 13, 2023

2 (5 to 8)

---

**5**

1        P R O C E E D I N G S
2   Whereupon,
3         RENEÉ MARGARET ZINSKY,
4   being first duly sworn or affirmed to testify to
5   the truth, the whole truth, and nothing but the
6   truth, was examined and testified as follows:
7       EXAMINATION BY COUNSEL FOR THE DEFENDANTS
8   BY MR. WEBB:
9   Q   Reneé, we met briefly.  My name is Ben
10   Webb.  I represent Michael Russin in the lawsuit
11   you filed against him.  This is my colleague
12   Rocco.  He might be asking you questions today as
13   well, but we'll try to keep it spliced so you're
14   not answering both of us or anything like that.
15       Have you ever had your deposition taken
16   before?
17   A   No.
18   Q   Just some ground rules before we get
19   started.  We have a court reporter, Amy, here.
20   Because she's taking down everything we say, let's
21   try not to talk over each other.  You might
22   anticipate something that I'm going to say and try
23   to answer it before I'm done, but just try to wait
24   until the question is over and that way she can
25   get a clear record.

**6**

1       Because she's taking down everything, all
2   your answers will have to be verbal.  So no shakes
3   of the head, nods, uh-huh, nu-huhs.  Yes or nos
4   would be best.  If you don't know anything I ask
5   today, I don't know is a fine response.  I'm not
6   asking you to guess at anything or anything like
7   that.
8       What else?  If you need a break at any
9   time, just let me know.
10   A   Okay.
11   Q   I'm happy to stop.  If we have a question
12   on the table when you need a break, just answer
13   that question and then we can take a break after
14   that.  And then this is unrelated, but we can stop
15   at lunchtime.  We have lunch coming.
16       MR. WEBB:  I don't know if you and Rocco
17   already talked about that, but...
18       MS. WILLIAMSON:  No, we haven't.  We'll see
19   how it goes.  She has to go to work still in the
20   afternoon.  We'll just see.  I mean, I appreciate
21   that, but we'll take it as it comes.
22       MR. COZZA:  What time do you anticipate
23   having to stop?
24       MS. WILLIAMSON:  12:30.
25       MR. COZZA:  Yeah, we'll definitely have to

**7**

1   schedule a second day.
2       MS. WILLIAMSON:  Yeah, okay.
3   BY MR. WEBB:
4   Q   All right.  With that, let's get starred.
5   What's your full name?
6   A   Reneé Margaret Zinsky.
7   Q   And what's your date of birth?
8   A   3/22/1994.
9   Q   What's your current address?
10   A   5023 Sutton Place Extension, and that's
11   Wexford, P.A., 15090.
12   Q   How long have you lived at that address?
13   A   About four years.
14   Q   Does anyone else live there with you?
15   A   My wife, Mallory Fry.
16   Q   Where did you live before that?
17   A   I had been living with my parents
18   momentarily until we found an apartment to move
19   into.
20   Q   When did you move into this address, the
21   Wexford address?
22   A   I believe it was around July of 2018 --
23   2018.
24   Q   Okay.  Are you married?
25   A   Yes.

**8**

1   Q   I think you said your wife.  You said
2   Mallory Fry is her name?
3   A   Yes.
4   Q   How long have you guys been married?
5   A   Three months now.
6   Q   Congratulations.
7   A   Thank you.
8   Q   Where did you guys get married at?
9   A   The Gardens -- no, that was actually our
10   other one.  In Renfrew, P.A., it was like a little
11   barn.  The Stables of Connoquenessing is what it's
12   called, a long word.
13   Q   A tough word to say, too.
14   A   Yeah, yeah.
15   Q   Okay.  And did you say when that was,
16   three months ago?
17   A   Yeah.
18   Q   What was the --
19   A   October 15th.
20   Q   That's a nice time to get married.  I got
21   married in October as well.
22   A   It was perfect.
23   Q   Where did you go to high school?
24   A   Pine Richland.
25   Q   What year did you graduate?

**9**

1    A 2012.
2    Q We're the same age. Do you have any
3    college background?
4    A I went to CCAC for about a year just to
5    kind of figure out what I wanted to do, and then I
6    stepped away because I still wasn't sure and just
7    worked.
8    Q Was that just -- was that the year after
9    you graduated high school?
10    A Yes.
11    Q Do you have any other formal training?
12    A No, no.
13    Q Have you ever been arrested?
14    A Yes, back in 2017.
15    Q What for?
16    A I was in New York City, and I had my
17    license to carry in Pennsylvania, but I was in New
18    York. I didn't know -- I wasn't 100% familiar
19    with all of the laws, and, basically, I thought I
20    was doing the right thing by handing over my
21    stuff, you know, and telling them this is my
22    situation, I'm so sorry, and they were super nice,
23    but they were like, unfortunately, we have to take
24    you in.
25    Q Okay. What were you charged with?

**10**

1    A It ended up all getting dismissed.
2    Q Okay.
3    A So I was never charged with anything.
4    Q What were you in New York for?
5    A My wife took me to -- well, my girlfriend
6    at the time took me to see New York for the first
7    time ever.
8    Q Did you go at Christmastime?
9    A Yes.
10    Q Nice.
11    A It was supposed to be the best trip ever,
12    and it turned into the worst, so.
13    Q Things have a way of happening like that.
14    A Needless to say, we have yet to go back to
15    New York, the two of us.
16    Q Okay. Are you on any medications today
17    that would affect your ability to answer
18    questions?
19    A No, so.
20    MR. COZZA: Can I ask a question? Why did
21    you have a handgun in New York?
22    THE WITNESS: Well, like I said, I have my
23    license to carry in Pennsylvania. I wasn't 100%
24    familiar with the New York laws. So when we went
25    there, it was kind of like a spur of the moment

**11**

1    trip. She woke me up early that morning and we
2    left, and it was like pack a bag, we're going to New
3    York.
4    MR. COZZA: Okay.
5    THE WITNESS: So I grabbed my bags, and in
6    my backpack I always carried my firearm on me, and
7    when we got there, you know, I tried to schedule a
8    nice trip for both of us to go in Rockefeller.
9    MR. COZZA: Did you ever take your handgun
10    on any other trips with you?
11    THE WITNESS: It was always with me, so
12    anywhere I went.
13    MR. COZZA: So across state lines you've
14    taken it, other than just New York?
15    THE WITNESS: I had recently just got my
16    license to carry, so probably not. That was
17    probably the first trip that I had gone.
18    MR. COZZA: Where exactly were you arrested
19    in New York, what location?
20    THE WITNESS: Near Rockefeller.
21    MR. COZZA: Is that like outside, outside of
22    the building?
23    THE WITNESS: Yeah. Well, yes, yeah. They
24    let us go, actually. Whenever we were inside the
25    building, they were like, oh, just go back to your

**12**

1    hotel and put it back, put it in the safe and you
2    guys can come back, and so that's what we went to
3    do. So when we went to leave the building and head
4    back there, they --
5    MR. COZZA: So you attempted to go into
6    Rockefeller Center with your handgun; is that
7    correct?
8    THE WITNESS: Yes, sir.
9    MR. COZZA: And then you went through, and
10    they --
11    THE WITNESS: With my backpack, but, yes.
12    MR. COZZA: With your backpack, and they
13    found it. And what happened then?
14    THE WITNESS: Well, they didn't find it. I
15    gave it to them before even going through the metal
16    detector.
17    MR. COZZA: Okay.
18    THE WITNESS: They were -- like I said, they
19    were super nice. The manager or somebody came down,
20    and she was like just head back to your hotel and
21    put it in the safe and you guys can come back any
22    time before 11:00.
23    MR. COZZA: Okay.
24    THE WITNESS: And so that's what we went to
25    go do, and when we stepped outside to head back to

13

1 our hotel, there were two guys out there that were
2 like, hey, can you come with us, can you talk to us.
3     MR. COZZA:  Okay.  Were you there to meet
4 anybody else when you were in New York?
5     THE WITNESS:  No, no.  It was strictly just
6 she bought a hotel on Black Friday for us.  It was
7 strictly just to show me New York City because I had
8 never been.
9     MR. COZZA:  Okay.  There was no other
10 intention of that trip?
11     THE WITNESS:  No, sir.
12     MR. COZZA:  Okay.
13 BY MR. WEBB:
14    Q  Okay.  Have you reviewed any documents in
15 anticipation of your deposition today?
16    **A  I don't think so, no.**
17    Q  Okay.  And have you spoken with anybody
18 else other than Amy in preparation of today?
19    **A  I spoke to my wife, my parents, the**
20 **manager of the store that I work at, and that's**
21 **it.**
22    Q  What did you talk to your parents about?
23    **A  Just told them what was going on, filled**
24 **them in with everything that's going on in my**
25 **life.  Pretty standard.  You know, I didn't go**

14

1 **into too much detail, but just let them know.**
2     MS. WILLIAMSON:  I'm sorry.  Ben, you're
3 asking about in preparation for the deposition,
4 right?
5     MR. WEBB:  Oh, yes.
6     MS. WILLIAMSON:  Just to be clear, I don't
7 know -- I'm not trying to -- he's talking about --
8 it's not necessarily just anybody you talked to,
9 like if it was in preparation for this.
10 BY MR. WEBB:
11    Q  To get ready for the deposition today.
12    **A  Oh, I talked to her.**
13    Q  Other than your lawyer.
14    **A  Oh, oh, just to -- I'm sorry.  I**
15 **apologize.  Just for today, I just talked to her.**
16    Q  Okay.
17    **A  Sorry about that.**
18    Q  That's okay.  That's one of the other
19 things I didn't mention.  If you don't understand
20 the question or it's not clear to you, just ask me
21 to repeat it.
22    **A  Okay.**
23    Q  Happy to try to clear that up.  So I want
24 to start with your employment.  So are you
25 currently employed?

15

1    **A  Yes.**
2    Q  Where at?
3    **A  I am the manager of Virgo  Garnet, which**
4 **is a store in the mall, and I also am a lead**
5 **courier for a hospice company where we deliver**
6 **medication to -- life-sustaining medications.**
7    Q  Okay.  Let's start with -- you said it was
8 Virgo  Garnet?
9    **A  Yes.**
10    Q  Which mall is that in?
11    **A  Ross Park Mall.**
12    Q  Okay.  How long have you been employed
13 there?
14    **A  Since September of 2021.**
15    Q  What are your job duties?
16    **A  I manage the back end stuff where, you**
17 **know, I make sure things are in stock.  Anything**
18 **the store needs, I go and get.  I run the**
19 **schedule.  Sometimes I'm in the store working,**
20 **depending on if no one can come in or just to get**
21 **myself hours in there, you know.  That's pretty**
22 **much it.**
23    Q  Do you -- as part of your job, do you have
24 access to their social media accounts?
25    **A  Yes.**

16

1    Q  Okay.  Do you follow Mr. Russin on those
2 accounts?
3    **A  No.**
4    Q  Do you know if the store follows Mr.
5 Russin, anybody else who runs the account?
6    **A  Not that I know of.**
7     MR. COZZA:  Have you ever viewed Mr.
8 Russin's account through that social media platform?
9     THE WITNESS:  No.
10     MR. COZZA:  Okay.  How often do you access
11 their social media?  Not too often now that the --
12 especially now that the store is, unfortunately,
13 closing in the near future.  I really don't go on
14 there.  What social media accounts do you have
15 access to?
16     THE WITNESS:  Mine?
17     MR. COZZA:  I mean on the store's, what
18 platforms?
19     THE WITNESS:  They just have one, Instagram
20 and Facebook, but they don't even -- we use -- like
21 they have, Virgo  Garnet has, a Facebook account,
22 but that's never really accessed.
23     MR. COZZA:  So any time you access their
24 Instagram account, you never viewed Mr. Russin's
25 social media?

17

1      THE WITNESS: Correct.
2      MR. COZZA: Do you know if anyone from the
3  store has viewed that social media account to view
4  Mr. Russin's social media?
5      THE WITNESS: I'm not sure.
6  BY MR. WEBB:
7      Q You said the store's closing. When's it
8  closing?
9      **A Probably at the end of this month,**
10 **unfortunately.**
11     Q They just going out of business? Are they
12 moving locations?
13     **A They're just going out of business. The**
14 **mall hiked up the rent to 10 grand a month, and**
15 **the owner was like it just doesn't make sense for**
16 **us to stay here.**
17     Q Okay. Are you paid hourly or salary?
18     **A Hourly.**
19     Q How much do you make an hour?
20     **A 18.**
21     Q How many hours do you work a week?
22     **A It's typically about 30.**
23     MR. COZZA: Do you make any commission on
24 top of that or is it just purely hourly?
25     THE WITNESS: We did make commission last

18

1  holiday, but that was it, so, no.
2      MR. COZZA: How much commission did you make
3  off that?
4      THE WITNESS: Probably like -- probably in
5  total about a thousand dollars.
6  BY MR. WEBB:
7      Q Okay. And what was the name of the other
8  job you currently have?
9      **A I'm a lead courier for -- it's called**
10 **Rover -- to me it's just Rover 3PL. I don't know**
11 **what the 3PL stands for, to be honest with you,**
12 **but it's a hospice job where we just take**
13 **life-sustaining medications to these patients,**
14 **either to their home or to nursing homes or**
15 **community centers.**
16     Q Is it -- do you have to use your own
17 vehicle for the travel or do they provide you with
18 a vehicle?
19     **A I use my own vehicle, yes.**
20     MR. COZZA: What type of vehicle do you own?
21     THE WITNESS: Now I have a Lexus.
22     MR. COZZA: How long have you owned that
23 vehicle for?
24     THE WITNESS: Only a couple months. I got
25 it back in September, beginning of September, I

19

1  believe.
2  BY MR. WEBB:
3      Q What kind of Lexus is it?
4      **A It's a 2016 ES350.**
5      MR. COZZA: Did you purchase it or lease it?
6      THE WITNESS: Lease it -- oh, well not lease
7  it. I have a loan on it with my dad.
8      MR. COZZA: What are the loan payments?
9      THE WITNESS: 400, 450 a month.
10     MR. COZZA: You said something about your
11 dad.
12     THE WITNESS: Yeah, my dad and I are on it
13 together.
14     MR. COZZA: So he's a co-signer on the note?
15     THE WITNESS: Yes.
16 BY MR. WEBB:
17     Q Is your dad -- is that Mark Zinsky?
18     **A Yes.**
19     Q Are you paid hourly or salary at that job?
20     **A I'm 1099 with that job. So I get paid**
21 **like a fixed rate.**
22     Q Okay.
23     **A Yeah.**
24     Q What's that rate?
25     **A In total, if I do both runs, I make about**

20

1  **200.**
2      Q Per day?
3      **A Yes, depending on their stats.**
4      Q Are you reimbursed for mileage and gas?
5      **A No, sir.**
6      MR. COZZA: How many days a week do you
7  roughly work?
8      THE WITNESS: A lot. Pretty much every day
9  except for Sunday for the most part.
10     MR. COZZA: For this Rover 3PL?
11     THE WITNESS: Yeah.
12     MR. COZZA: So you're working every day
13 there plus 30 hours a week?
14     THE WITNESS: Yeah.
15 BY MR. WEBB:
16     Q Does either job provide you with benefits?
17     **A No.**
18     Q No 401(k), no health plan?
19     **A No.**
20     Q Okay. When did you start at Rover 3PL?
21     **A This year, July. I want to say like July**
22 **or August. I could probably find the exact month**
23 **or day in my phone somewhere, but...**
24     Q And that's 2022?
25     **A Yeah, this year -- or, yes, this past**

Transcript of Reneé Margaret Zinsky
January 13, 2023

21

1  year, sorry.  I'm still not used to it being 2023.
2      Q  And when did you start at Virgo  Garnet?
3      A  September, beginning of September of 2021.
4      Q  2021?
5      A  Yes.
6      Q  Okay.  And where did you work immediately
7  before you started at Virgo  Garnet?
8      A  I worked for Arias Agencies.
9      Q  Okay.  When did you -- was there a gap
10  between when you stopped working for Arias and
11  when you started at Virgo or did you start up
12  immediately?
13     A  There was a little gap.  I kind of -- I
14  kind of completely halted work right around when I
15  e-mailed Simon to try and talk to him about
16  everything that was going on.
17     Q  When was that?
18     A  August of 2020.
19     Q  2020 or 2021?
20     A  2021 -- wait, yeah, 2021.
21     Q  If you guys get cold, too, just let me
22  know.
23     A  That's why I'm keeping this on.
24     Q  The temperature in here fluctuates so
25  much.

22

1      A  It's a little chilly.
2      Q  Okay.  So before Virgo  Garnet, you were
3  employed by Arias.  Let's start back at the
4  beginning for the Arias employment.
5      A  Okay.
6      Q  So when were you first contracted by AIL
7  or Arias?
8      A  It was a weird process because I got
9  recruited like beginning of December of 2018.
10  That's when I started to look into getting my life
11  insurance license.  I think that same month was
12  when I met with Mike at Walnut Grill.  You know,
13  we talked about the job.
14       He gave me -- I wasn't doing too well on
15  the exam, so he gave me kind of a push, some tips,
16  and, you know, told me I'd have 50K in my bank
17  account by the end of 2019 and I would be MGA and
18  all of these great things.  So it kind of
19  motivated me even harder to get the exam finished.
20       I think I finally passed the exam in
21  February.  It took me a few tries.  I wasn't the
22  best ever at taking tests, and I officially
23  started in March my training.
24     Q  Okay.  The exam, was it just a licensing
25  exam?

23

1      A  Yes, for the state.
2      Q  For life insurance?
3      A  Yeah, the state licensing insurance exam.
4      Q  Did you have to take a course or anything
5  in preparation for it or is it just something that
6  you --
7      A  Yeah.  We had to use this schooling or
8  course called XCEL.  It was just X-C-E-L, XCEL
9  Solutions, I believe, and that's where we did
10  practice exams.  They gave us all of the
11  information to study, and then from there we had
12  to pass like a practice state exam, and then we
13  could schedule our actual one.
14     Q  So you said you started your training in,
15  you said, March of 2019?
16     A  Yes.
17     Q  Okay.  And at that time, what position did
18  you hold?
19     A  I was just an agent.
20       MR. COZZA:  Can I ask you one question about
21  that?  So once you passed the exam, did you have to
22  go through any formal background check process?
23       THE WITNESS:  Not that I -- not that they
24  disclosed to me, no.
25       MR. COZZA:  You never filled out any

24

1  paperwork to run a criminal background check or any
2  type of clearances to sell life insurance?
3       THE WITNESS:  Not that I know of.  It was
4  very -- like I went in then.  Kellie actually --
5  Kellie Hoffman was actually who met with me.
6       She laid out the renewal big picture, which
7  was really what attracted me to the job was the
8  whole renewal thing.  You know, this is how much
9  you're going to make as an agent to start, and she
10  was like just sign all of this paperwork, and I
11  mean, to this day, I will make sure to thoroughly
12  read everything, but that was just like very much
13  sign this and you're ready to go.
14       MR. COZZA:  Was anybody at the agency aware
15  of your arrest in New York at the time?
16       THE WITNESS:  Not that I know of.  I
17  don't -- I'm not sure.
18       MR. COZZA:  Okay.
19       THE WITNESS:  Like I said, it was completely
20  dismissed, and I don't even think it's even
21  considered on my record, so.
22       MR. COZZA:  So your testimony is there's no
23  formal record in New York of this arrest?
24       THE WITNESS:  I don't believe.  I'm pretty
25  sure.  I mean, I didn't get charged with anything

25

1   and the judge said everything was dismissed and they
2   let me go, so.
3       MR. COZZA:  So you actually appeared before
4   a judge?
5       THE WITNESS:  Yes.
6       MR. COZZA:  How long were you detained in
7   New York to appear before a judge?
8       THE WITNESS:  Like a day.
9       MR. COZZA:  Were you held in a cell or were
10  you held at a police station?
11      THE WITNESS:  Yes, I was held in a cell.
12      MR. COZZA:  And the charge was for the
13  firearm without a carry permit in New York?
14      THE WITNESS:  Yes.
15      MR. COZZA:  And you said, just to clarify,
16  no one at Arias knew, that you're aware of, about
17  this arrest or about this record or it wasn't part
18  of your background check?
19      THE WITNESS:  Not that I know of.
20      MR. COZZA:  Okay.
21      THE WITNESS:  I mean, you know, I had my
22  license to carry again after that.
23      MR. COZZA:  Sure.
24      THE WITNESS:  So I would assume, you know,
25  they have to do a background check when you get your

26

1   license to carry again or you buy any firearm, so
2   there were no issues.  So I'm assuming that's not on
3   there.
4   BY MR. WEBB:
5       Q  Okay.  So while you were employed as an
6   agent, can you describe those job duties for me?
7       **A  We had to wake up at 8:00.  Typically, we**
8   **would have to be in the office by 9:00.  And then**
9   **it was pretty much strictly phone calls, phone**
10  **calls, phone calls to set appointments for the**
11  **next two days, which were your field days.**
12  **So Monday we would call for**
13  **Tuesday/Wednesday, and then Thursday, we would**
14  **call for field days Friday/Saturday, and so it was**
15  **just calling these union leads, and we would try**
16  **to set appointments for them, and that was -- that**
17  **was pretty much it, and then we would go meet with**
18  **the clients.**
19      Q  Where do your leads come from?
20      **A  They're all different unions throughout**
21  **Pennsylvania and Ohio.  Whatever states, you know,**
22  **we were licensed with, we could get leads in.  So**
23  **from my knowledge it was just -- at least the way**
24  **it was depicted to me at first was these people**
25  **requested this information, they wanted to hear**

27

1   **from us.  Shortly after calling, I found out that**
2   **wasn't necessarily the case, but these were all**
3   **union members who had no-cost benefits through**
4   **AIL.**
5       Q  So they're part of different like -- for
6   example, like the ironworkers union, like unions
7   like that, and they had benefits through AIL, and
8   you would sell it to the members of the union?
9       **A  Yeah.  We would get them their no-cost**
10  **benefits and then we would talk about getting**
11  **permanent benefits added on.**
12      Q  Okay.
13      MR. COZZA:  When you said you had to wake up
14  at 8:00 --
15      THE WITNESS:  Yes, sir.
16      MR. COZZA:  -- is that part of the written
17  job description?
18      THE WITNESS:  It was highly encouraged.
19      MR. COZZA:  Who encouraged that?
20      THE WITNESS:  Mike, Simon, pretty much all
21  of the top dog people at AIL.  It was, you know, you
22  eat -- they liked to say, you eat, breathe, shit
23  AIL.  That was like their main line.
24      MR. COZZA:  Did they ever tell you you have
25  to wake up at 8:00 a.m.?

28

1       THE WITNESS:  Oh, yeah.
2       MR. COZZA:  And they told you you have to be
3   in the office by 9:00?
4       THE WITNESS:  Yes.
5       MR. COZZA:  Who told you that?
6       THE WITNESS:  Mike, Michael.  I mean,
7   firsthand Mike, but then I would see, you know,
8   Simon talk about it in all of his agency meetings
9   very often, so I then realized it was just kind of
10  everyone followed this rule.
11  BY MR. WEBB:
12      Q  Was there any discipline if you didn't get
13  there by 9:00?
14      **A  Oh, yeah, you'd get ridiculed.  You would**
15  **be called weak, pathetic, bad asses, lazy.**
16      MR. COZZA:  Was your compensation ever
17  changed because of not showing up?
18      THE WITNESS:  Not necessarily.  Our
19  compensation -- not necessarily.  It's just our
20  leads would change or we would get less leads or we
21  would get no leads.
22      MR. COZZA:  So if you didn't show up at 9:00
23  one day, you would get less leads?
24      THE WITNESS:  Yeah, yeah.
25      MR. COZZA:  Give me an example of how that

29

1 would happen.
2     THE WITNESS:  Hey, you get 100 leads this
3 week.  This is just, you know, a broad example, but
4 you get 100 leads this week.  Next week you're
5 getting 50.  That's kind of how it --
6     MR. COZZA:  And that only ever happened if
7 you didn't show up at 9:00?
8     THE WITNESS:  No.  It happened if you did
9 anything that wasn't along the lines of doing
10 nothing but work.
11     MR. COZZA:  Did they ever guarantee you an
12 amount of leads you would receive every week?
13     THE WITNESS:  It was 100 to 150 was what
14 was --
15     MR. COZZA:  Was there some written guarantee
16 that they would give you that many leads a week?
17     THE WITNESS:  Yes, at least that's what I
18 looked at whenever I sat down with Kellie Hoffman.
19     MR. COZZA:  Did you disclose that in your
20 initial disclosures or your response to our request
21 for documents?
22     THE WITNESS:  I'm not sure.
23     MR. COZZA:  Well, if you have that document,
24 we'd like to see that.
25     THE WITNESS:  Okay.

30

1 BY MR. WEBB:
2    Q  Tell me about your comp structure while
3 you were an agent.
4    A  So I was told I would get paid for
5 training, which I did not.
6    Q  Do you know of anybody that got paid for
7 training?
8    A  No, no.  It seemed to be a very common
9 thing that people would get very mad about.
10    Q  When you say training, what was the
11 training?  Take me through the training process.
12    A  We had to ride out with another
13 experienced agent for X amount of weeks.  It kind
14 of varied depending on when you felt you were
15 ready to move out on your own or when that person
16 felt that they were ready for you to go out on
17 your own.
18        So you would have to ride out with them,
19 go to the appointments.  Sometimes they would tell
20 us to run a certain half of the presentation.
21 Sometimes they would say don't -- don't do
22 anything at all and just sit there and listen to
23 me.  That was -- that was the training pretty
24 much.
25    Q  How long was your training?

31

1    A  Probably about two weeks total.
2     MR. COZZA:  And you said they told you you
3 would be compensated.  Was that written anywhere
4 that you would be compensated for training?
5     THE WITNESS:  I want to say it was written
6 on the sheet that Kellie showed me when I initially
7 sat down and came in to officially be onboarded or
8 whatever.
9     MR. COZZA:  Okay.
10     THE WITNESS:  I'm not exactly sure.
11     MR. COZZA:  Do you have those sheets
12 available or did you disclose those documents?
13     THE WITNESS:  I'm not sure.
14     MR. COZZA:  If you have them, we'd like to
15 see those as well.
16     THE WITNESS:  Okay.
17 BY MR. WEBB:
18    Q  All right.  So you said your training was
19 about two weeks.  Had you already signed the
20 contract to start at AIL and then your training
21 started after that?
22    A  Yeah.
23    Q  Okay.  Did you have another job at that
24 time?
25    A  No.

32

1    Q  All right.  So I kind of cut you off
2 there.
3    A  That's all right.
4    Q  Tell me about your comp structure
5 following training.  So now you're an agent.
6 Training is done.  What does that look like?
7    A  It was always laid out that we'd make
8 about 50% of what we'd sell.  So if we sold like a
9 $1,900 ALP policy, which was an annualized life
10 premium -- or what did I say, 1,900?  If we did a
11 thousand, let's just make it simple, we would make
12 about 500 of that.
13    Q  Okay.
14     MR. COZZA:  Was that a one-time payment for
15 that?
16     THE WITNESS:  Yeah, we got paid weekly.
17 Every Friday, typically.
18     MR. COZZA:  So you got paid on Friday for
19 any annual life premiums you sold in the prior week?
20     THE WITNESS:  Correct, and then the renewal
21 structure I never really 100% understood.  I just
22 understood it was based on your retention.  So if you
23 did well and kept all your policies on the book and,
24 essentially, people liked you, your renewals would
25 start to grow.

Transcript of Reneé Margaret Zinsky
January 13, 2023

---

**33**

1    I had asked multiple times to explain
2  exactly how that -- you know, to many people,
3  exactly how that worked, but no one ever seemed to
4  really fully understand it, but --
5       MR. COZZA: Who did you ask?
6       THE WITNESS: I asked Mike. I asked Simon.
7  I asked Tommy Vena when he was still under Arias.
8  BY MR. WEBB:
9    Q  Who is Tommy Vena?
10   **A  He was another RGA that was working with**
11  **Simon at the time, and then he went and started**
12  **his own agency.**
13   Q  What did you ask Mike and Simon about the
14  renewals?
15   **A  Just exactly -- like how exactly they**
16  **worked, how I build them, other than just keeping**
17  **my policies on, just how they build it.**
18   Q  And what did they say to you?
19   **A  It was usually just focus on your**
20  **retention, keeping it above 80%, and you'll start**
21  **to see your renewals hit within a few months if**
22  **you do well, depending on how much business you**
23  **write, which I wrote about 80,000 -- 70,000 to**
24  **80,000 in my first year. It wasn't even a full**
25  **year. So my renewals started to build pretty**

---

**34**

1  **quick.**
2    Q  Okay. We'll come back to your income, but
3  what -- so you started there as an agent. What
4  team were you on at that point?
5    **A  Mike Russin's.**
6    Q  He was the immediate -- the immediate
7  person above you?
8    **A  The immediate person above me was Kellie,**
9  **but our like -- we were team Russin.**
10   Q  What about, I think his name was, Sam
11  Boyle? Were you never on Sam's team?
12   **A  No, there was never -- no, it was always**
13  **whoever the RGA is, that's the team that you're**
14  **on.**
15   Q  Sure, but, so -- correct me if I'm wrong,
16  so you have state agent?
17   **A  RGA.**
18   Q  RGA, GA?
19   **A  MGA.**
20   Q  MGA, GA agent?
21   **A  SA agent.**
22   Q  SA agent. So you would have been agent.
23  Would that have put Sam Boyle as your supervising
24  agent?
25   **A  No. Kellie was technically my -- Kellie**

---

**35**

1  **was technically the SA, the supervising agent, and**
2  **then it went to Sam, who was the MGA, I believe.**
3  **He was either a GA or MGA. Actually, I think he**
4  **was just a GA at the time and then Mike was the**
5  **MGA at the time.**
6    Q  Okay.
7       MR. COZZA: During your time as an agent,
8  you said you had to be in the office. So you
9  started as an agent, what year was it, 2019?
10      THE WITNESS: Yes.
11      MR. COZZA: Okay, and you said you had to be
12  in the office. That was a requirement to be in the
13  office, correct?
14      THE WITNESS: Oh, yeah.
15      MR. COZZA: So did you ever work from home
16  during that time?
17      THE WITNESS: No.
18      MR. COZZA: You're aware you disclosed your
19  2019 tax returns to us, correct?
20      THE WITNESS: Yes.
21      MR. COZZA: And you claimed on your tax
22  return that you derived 70% of your income from
23  working from home.
24      THE WITNESS: On my tax return --
25      MR. COZZA: Yeah.

---

**36**

1       THE WITNESS: -- for 2019?
2       MR. COZZA: You claimed a home office
3  deduction and you claimed 70% of your income was
4  derived from working from home. So which one is
5  true?
6       THE WITNESS: I mean, I'm not exactly sure.
7  We worked -- if we had -- we were always told how to
8  write things off on taxes, what to do when you're
9  filing taxes for 1099. This was my first 1099 job.
10 I had no idea like what it even like entailed when
11 it came to taxes. So everything I did, Mike pretty
12 much taught me.
13      MR. COZZA: But you understand that it's
14 your tax return, correct?
15      THE WITNESS: Yeah, absolutely.
16      MR. COZZA: And it's your obligation to make
17 sure you're reporting truthful information to the
18 IRS?
19      THE WITNESS: Yeah, absolutely.
20      MR. COZZA: So that's the question. You
21 claimed your requirement was to be in the office and
22 all of this time you have a claim that 70% of your
23 income that year was derived working from home. So
24 I'm trying to understand how -- those two just don't
25 add up to me.

37

1    THE WITNESS: I mean, I worked 90 hours a
2 week. Even when I wasn't in the office, I was at
3 home working. You can ask my wife. I was always on
4 the phone, always in GroupMes, because we had to
5 respond to GroupMe messages. So what the job
6 required, I guess, if you look at it, yes, I did
7 work from home all of the time.
8    MR. COZZA: How many hours a week were you
9 in the office?
10    THE WITNESS: At least 50, I would assume.
11 No, because we were in field, and field was driving.
12 So if you hear me say field, that's just us driving.
13    MR. COZZA: So between field and office, how
14 many hours a week was that?
15    THE WITNESS: Oh, my God.
16    MR. COZZA: Out of the 90 you claimed you
17 worked.
18    THE WITNESS: 50, 60, I think.
19    MR. WEBB: I'm going to turn the heat up in
20 here a little bit. My hands are icy.
21    MR. COZZA: I'm always hot. So you said
22 60 hours a week roughly was between the office and
23 field?
24    THE WITNESS: Yeah, probably. With how much
25 I worked, it honestly is like -- it's like a blur in

38

1 a way.
2 BY MR. WEBB:
3    Q  Okay. So you had Kellie that was directly
4 above you, Sam Boyle above her, and Mike is MGA.
5    Who of those people did you report to?
6 Did you have to report to anybody?
7    **A  Typically, I reported to Mike. I -- me**
8 **and Kellie didn't really start off on the best**
9 **foot. She during our training kind of went into**
10 **some stuff, and it seemed like she was really into**
11 **the stuff that she went into, and it wasn't along**
12 **with my morals and who I was, really, so...**
13    Q  What does that mean? Can you explain that
14 to me?
15    **A  So she disclosed to me while we were**
16 **training very openly that, you know, this was a**
17 **place of -- what's that movie called? Oh, I can't**
18 **think of the movie, but sex is encouraged with the**
19 **men in the workplace. You know, we're going to**
20 **see a lot of partying, drugs. We're going to have**
21 **so much fun. It's going to be a blast.**
22    **Pretty much just kind of -- it was very**
23 **much -- like I would go to type in a GroupMe, for**
24 **instance, on a day that we didn't do that well,**
25 **and she would be like, don't say anything, you**

39

1 know, Mike gets very pissed off when we don't
2 write business. He'll probably be over my house
3 tonight and throw me against the wall. That was
4 like his favorite thing to do, I guess, whenever
5 they would --
6    Q  Kellie, so Kellie Hoffman told you this?
7    **A  Yes.**
8    Q  Because I think it's Kellie Wegley now.
9    MS. WILLIAMSON: Go ahead and finish your
10 sentence.
11    **A  Yeah, I was just saying like it was very**
12 **much -- if we did bad, Mike used Kellie as his**
13 **anger -- you know, I'm going to let out my anger**
14 **on her, and she seemed to be about it. So I kind**
15 **of just was like, okay, this is nothing I really**
16 **have to worry about, because I'm gay, for one,**
17 **and, two, I'm just here to do my job and make**
18 **money. So I kind of just ignored it and put it to**
19 **the back of my head.**
20    **From there, though, I didn't really have**
21 **much respect for her and going to her as my higher**
22 **up really wasn't -- I tried to not need to go to**
23 **anyone, to be honest with you. I just kind of did**
24 **my thing and didn't really talk to many people at**
25 **first.**

40

1    MR. COZZA: You stated a moment ago that
2 this didn't align with your morals.
3    THE WITNESS: Correct.
4    MR. COZZA: What do you define your morals
5 as in that situation?
6    THE WITNESS: I mean, Mike was dating
7 Geneva. So hearing -- hearing the things that
8 Kellie told me she was doing, I mean, it sounded
9 like a movie. It sounded like things that I saw in
10 a movie.
11    So, you know, doing a bunch of drugs and
12 getting wasted and being sexually -- having our
13 boss, a boss, make sexual advances towards you.
14 Like to me it was like, okay, that's nothing I'm
15 going to get into.
16    I guess I shouldn't say morals. That was
17 nothing that I even really had to worry about,
18 because, again, I am gay, and, you know, it was
19 like, okay, if that's your thing, you do you, but
20 I'm going to do my job and just try and steer clear
21 of all of that.
22    MR. COZZA: So this was in 2019.
23 Essentially, at that point in time you weren't into
24 using drugs?
25    THE WITNESS: I smoked weed, but that's

41

1 about it.
2     MR. COZZA:  Any other types of drugs at that
3 time?
4     THE WITNESS:  No, sir.
5 BY MR. WEBB:
6     Q  Have you ever done Adderall?
7     **A  I'm prescribed Adderall.  I've never done**
8 **it like.**
9     MR. COZZA:  When you were in New York
10 carrying a handgun, were you there to sell or
11 procure any type of illegal substances?
12     THE WITNESS:  No.
13     MR. COZZA:  Okay.
14 BY MR. WEBB:
15     Q  You stated that Miss -- I'm going to call
16 her Miss Hoffman.  I'm aware that it's Wegley now,
17 I think, but --
18     **A  Yeah.**
19     Q  -- you stated that Miss Hoffman was having
20 sex in the workplace and that was not something
21 that you aligned with.  Have you ever had sex with
22 a co-worker?
23     MS. WILLIAMSON:  Object.  That's not exactly
24 what she said, but go ahead.
25     **A  No.**

42

1     MR. COZZA:  So your testimony is you've
2 never had any type of sexual relationship with a
3 co-worker?
4     THE WITNESS:  No.
5 BY MR. WEBB:
6     Q  Have you ever sent inappropriate text
7 messages to a co-worker?
8     **A  I don't know.  I don't think so.**
9     Q  Have you ever asked a co-worker to send
10 you inappropriate pictures?
11     **A  No, not that I --**
12     MS. WILLIAMSON:  Just to be clear, when you
13 say co-worker, are you talking her boss, her
14 supervisors, or are you talking about a peer?
15     Q  I'm talking about anyone employed by AIL
16 or Arias while you worked there.
17     **A  Yes.**
18     Q  Okay.  Do you know Brittany Saraceno?
19     **A  Yeah.**
20     Q  Did you ever ask Miss Saraceno for
21 pictures of herself?
22     **A  No.**
23     Q  Just a second.  I have a whole bunch of
24 exhibits.  I apologize for that while I flip
25 through these.

43

1     **A  That's okay.**
2     Q  Okay.  I'm going to show you a series of
3 text messages.  It's my understanding these text
4 messages are between you and Miss Saraceno.
5     **A  Okay.**
6     Q  You can flip through that and let me know
7 once you've had a chance to review them.
8     MR. WEBB:  They're Exhibits 139 --
9     MS. WILLIAMSON:  You mean Bates number?
10     MR. WEBB:  Yeah, the exhibit number is in
11 the bottom right-hand corner.  I apologize that
12 they're not in order.  Like I said, I was --
13     MS. WILLIAMSON:  Wait.  The exhibit number
14 or Bates number?
15     MR. WEBB:  The Bates number in the bottom
16 right.
17     MS. WILLIAMSON:  Okay.  139, did you say?
18     MR. WEBB:  Yeah, 139, 140, and she can -- if
19 you want to share those with your attorney when
20 you're done so that she doesn't have to flip the
21 whole way through.
22     THE REPORTER:  Is this going to be an
23 exhibit?
24     MR. WEBB:  Yes.
25     THE REPORTER:  Do you want to tell me what

44

1 the Bates numbers are so I can find them later to
2 mark it?
3     MR. WEBB:  Yes, that's probably best.  It's
4 139, 140, 142, 143, 144, 145, 149, 151, 152, 154,
5 156, 157, 161, 163, 170, 172, 177, 178, 189.
6     THE REPORTER:  All right.
7     MR. WEBB:  Thank you, and do you just want
8 to mark this series of Bates numbers as Exhibit 1?
9     THE REPORTER:  Yes.
10     (Zinsky Deposition Exhibit 1 was marked
11 for identification and is attached to the
12 transcript.)
13     MS. WILLIAMSON:  How are these organized?
14     MR. WEBB:  Yeah, I don't have them in an
15 exact order.
16     MS. WILLIAMSON:  That's okay.  Should I just
17 disregard the order?
18     MR. WEBB:  Yeah, the order is not -- I
19 apologize.
20     MS. WILLIAMSON:  Okay.  I'm not trying to
21 criticize.  I'm just curious.
22     MR. WEBB:  No, no.  That extra hour in the
23 morning, you never realize how important that is.
24     MS. WILLIAMSON:  I understand.  Exhibits can
25 take so much time.

Transcript of Reneé Margaret Zinsky
January 13, 2023

---

45

1       MR. WEBB:  Do you want me to make a copy of
2  those so they're in order and you can look at them?
3       MS. WILLIAMSON:  No, we can share.  I was
4  just trying to figure out how you used them.
5       MR. WEBB:  I just wanted to still give you
6  guys them.  I know they're not in order.
7       MS. WILLIAMSON:  I'm not here to judge.
8       THE WITNESS:  Okay.
9  BY MR. WEBB:
10    Q  Do those text messages look familiar to
11 you?
12    **A  A lot of them look like texts that he sent**
13 **to her, a conversation that they had together.**
14    Q  Who is he?
15    **A  Mike and her.  They were pretty close.**
16    Q  So it's your testimony that these are not
17 text messages between you and Miss Saraceno that
18 are identified in Exhibit 1?
19    **A  Yeah.  I mean, a lot of them don't even**
20 **look familiar to her like --**
21    MS. WILLIAMSON:  Can I ask a question?  Are
22 these all one text?  If you don't know, that's okay.
23    MR. WEBB:  Yeah, I don't know.
24    MS. WILLIAMSON:  I don't know if that would
25 help.

---

46

1  BY MR. WEBB:
2     Q  The messages don't show a date.  So I was
3  going to ask you.  Do you know the date these
4  messages were exchanged?
5     **A  I don't even know that I sent these.**
6     Q  Okay.
7     **A  I mean, some of them, you know, me asking**
8  **about training and stuff, would make sense, but**
9  **like a lot of them were some that she showed to me**
10 **from her and Mike's conversation.  I mean, that's**
11 **where I'm a little bit confused but...**
12    Q  Can I see those for a second?  I should
13 have had everything in the same order.  Okay.  Can
14 you see at the top of the messages, it says RZ?
15    **A  Yeah.**
16    Q  Is that accurate?
17    **A  Yeah, it says RZ.**
18    Q  And below that it says Reneé?
19    **A  Yeah.**
20    Q  Okay.  Who was Brittany Saraceno?
21    **A  She worked in -- she was out of the Philly**
22 **office, close friends of Mike.  Mike knew her**
23 **somehow, and she ended up coming -- coming on**
24 **board under Team Russin.**
25    Q  Okay.  And were you her superior at any

---

47

1  point?
2     **A  No.**
3     Q  Okay.
4     **A  She was on the -- she was in the Philly --**
5  **on the Philly side of things.**
6     Q  Okay.  She was never your agent while you
7  were a supervising agent?
8     **A  No.  If she was, that's complete news to**
9  **me, but the only people I had under me were**
10 **Pittsburgh people.**
11    Q  Okay.  At any time were you on Beth Evans'
12 team?
13    **A  Towards the end of working for AIL, yes,**
14 **but Brittany was long gone by that point.**
15    Q  Okay.
16    MR. COZZA:  Who is your phone carrier?
17    THE WITNESS:  Verizon.
18    MR. COZZA:  How long have you had Verizon?
19    THE WITNESS:  For a couple years, two years.
20    MR. COZZA:  Did you have Verizon at the time
21 in 2019 when you were at AIL?
22    THE WITNESS:  I think so, yes.
23    MR. COZZA:  Did you ever provide your phone
24 records from -- we'll provide the dates we need the
25 phone records from to show text messages sent and

---

48

1  received.
2     THE WITNESS:  Yeah, I can probably do that.
3     MR. COZZA:  We'll send a follow-up to that.
4     THE WITNESS:  Okay.
5  BY MR. WEBB:
6     Q  I want to point you to Exhibit 1 again,
7  Bates No. 170.  Can you read the first text
8  message at the top there in blue?
9     **A  Like you took home 61 grand in a month.**
10    Q  Okay.  And then immediately above that, is
11 there a chart identifying income?
12    **A  Yes.**
13    Q  Okay.  And who's the first name listed on
14 the chart?
15    **A  Well, that's what we wrote.**
16    Q  Okay, that's not the income?
17    **A  Yeah.**
18    Q  Okay.  Who's the first name listed on the
19 chart?
20    **A  Reneé Zinsky.**
21    Q  Okay.  Take a look at Exhibit 1, Bates No.
22 Russin 00177.  Can you read through that message
23 from start to finish aloud?
24    **A  Do you wanna get on Zoom?**
25    Q  That's okay, sorry.

---

Transcript of Reneé Margaret Zinsky
January 13, 2023

49

1    A  That's okay.  Do you wanna get on Zoom and
2  do it together?  I do but can't.  I need to be
3  able to do it by myself because the day of the
4  exam, I won't have you, ya know, but I have really
5  good memorization skills, so once I do it a few
6  times, I'll be passing.  Okay, that's fine.  Just
7  wanted to offer.  Let me know if there's anything
8  I can do to help.  She said, love you.  Grrr, I am
9  sad.  I can't flirt with you LOL.  She said,
10  Reneé, cut it out, but like when you do come here,
11  I'm gonna wanna do a lot of fuckin' things to you.
12    Q  Is that a text message between you and
13  Miss Saraceno?
14    A  Not one that I recall.
15    Q  Okay.  Is it your testimony that somebody
16  took your phone and sent these messages on your
17  behalf?
18    A  Either that or -- I mean, who's to say
19  they didn't change my, you know -- change
20  somebody's name up there.  It's pretty easy to
21  change a contact name.  You know, Mike -- Mike
22  showed us how to change all kinds of things when
23  it came down to how to make sure -- like Mike was
24  very good at, this is how you cover your tracks
25  and buy followers on social media and stuff like

50

1  that, so, I mean, who's to say -- this doesn't
2  look familiar to me whatsoever, so.
3    Q  Okay.
4    A  Possibly.  I mean, there are plenty of
5  times I left my phone in the office and went to
6  the bathroom or went upstairs.
7    MR. COZZA:  Was your phone password
8  protected?
9    THE WITNESS:  No.
10  BY MR. WEBB:
11    Q  Is it password protected right now?
12    A  Yeah.
13    MR. COZZA:  When did that change?  Why did
14  you start password protecting it?
15    THE WITNESS:  When I got a new phone, I
16  just -- it asked me when I started it up and I put a
17  stupid little number code in there.
18    MR. COZZA:  We'll definitely request the
19  phone records prior to the second deposition.
20    MR. WEBB:  I think those were included in
21  our initial request, any text messages.  Not the
22  phone records, but any text messages that might
23  exist.  So to the extent that those weren't
24  produced, I'd appreciate it if you have them.
25    THE WITNESS:  Yeah, everything I have I

51

1  produced to Amy.  I don't even think I still have
2  Brittany's contact information.
3    MR. COZZA:  That's why we request the phone
4  records from Verizon to show sent and received text
5  messages from your phone line.
6    MS. WILLIAMSON:  I assume that will be via a
7  subpoena.
8    MR. COZZA:  Yeah, yeah, we'll get a
9  subpoena.
10    MS. WILLIAMSON:  I mean, I'm sure we'll be
11  doing a lot of...
12  BY MR. WEBB:
13    Q  Let me see back where we were.  Okay, so
14  how long were you in the position of an agent?
15    A  Three months.
16    Q  Who promoted you?
17    A  Mike.
18    Q  What were you promoted to?
19    A  Supervising agent.
20    Q  Who was your GA?
21    A  I think it was still Kellie when she got
22  promoted to GA.
23    Q  What happened to Sam Boyle?  Was he no
24  longer?
25    A  I think he got promoted to MGA at that

52

1  time.
2    Q  So if he was your MGA, were you still on
3  Mike's team at that point?
4    A  Yeah, because Mike had gotten promoted to
5  RGA.  Mike had a title of MGA and RGA.  I don't
6  really know how that works, but, yeah.
7    MR. COZZA:  When you get promoted from agent
8  to supervising agent, you say Mike promoted you.
9  Did he get to choose and just say, hey, you're now a
10  supervising agent, or were there certain things you
11  had to do to reach that level of supervising agent?
12    THE WITNESS:  I had to show dedication and
13  production.  So, I mean, I worked my butt off and
14  wrote a good bit of business, and it was kind of
15  undeniable to promote me.
16    MR. COZZA:  Were there any written
17  qualifications to move from agent to supervising
18  agent to general agent and then move up through the
19  ranks?  Were there any written qualifications or
20  objective standards that had to be met or is it just
21  I can pick who I want even if they write less
22  business than another person?
23    THE WITNESS:  I'm pretty sure it was -- I
24  don't think that there -- if there were written
25  qualifications, I wasn't aware of it.  I just was

53

1  told what to do and followed it.  So I don't think
2  so.
3       MR. COZZA:  So your testimony is you never
4  received any documentation to show what it would
5  take to go from an agent to a supervising agent to a
6  general agent?  You were never provided any
7  documentation of that?
8       THE WITNESS:  I might have.  It's very
9  possible I was given some paperwork that stated
10  that, but I'm -- you know, I just was excited for
11  the job.  So I was just like let's go, let's rock.
12  BY MR. WEBB:
13       Q  So you're promoted to SA or supervising
14  agent.  During what time period were you a
15  supervising agent?
16       **A  Probably until mid -- mid to early/late**
17  **2020.**
18       MS. WILLIAMSON:  Wait, I'm sorry.  What was
19  the question again?
20       MR. WEBB:  How long was she a supervising
21  agent?
22       MS. WILLIAMSON:  Excuse me.
23       **A  It was really weird because Mike had to**
24  **hit certain requirements.  Again, I don't really**
25  **understand at all, but he had to hit certain**

54

1  **requirements when it came to promotions and who**
2  **you promoted.**
3       **So I was an SA, and then I don't know what**
4  **month it was in 2020, but he was like I need to**
5  **promote another GA.  I got promoted to GA, and at**
6  **that time, mind you, I had started receiving**
7  **renewals.  So my renewals were already well over**
8  **1,000 a month.  Sometimes I was even getting**
9  **3,000.**
10       **So he gave me this GA promotion, and my**
11  **renewals kind of just disappeared, and then I went**
12  **to say I was GA until -- I want to say he**
13  **promoted -- he then put me back to SA so that way**
14  **I could become -- I could, you know, compete to**
15  **become number one supervising agent of the year.**
16  **I don't know exactly what month -- what months**
17  **that all changed.**
18       **But 2020 was when I got -- 2020 was when I**
19  **got number two supervising agent.  So I ended**
20  **up -- most of 2020 I was a supervising agent.**
21  **That was like -- to my knowledge, that's what I**
22  **was.  My title changed at one point to meet a**
23  **requirement, but eventually I was put back to an**
24  **SA because I didn't even have enough team -- I**
25  **didn't have enough people under me to even become**

55

1  a GA.
2       MR. COZZA:  When you say that, is that a
3  requirement that you have to have so many people?
4       THE WITNESS:  I mean, Mike laid it out that
5  it was.  Like you'd have to have at least five
6  people under you to be in an actual GA deal, which
7  I never had.  I never had that.  So getting that GA
8  promotion really didn't even make any sense really,
9  but it was just sign this contract because we have
10  to -- we have to hit this requirement by Simon.
11       MR. COZZA:  So you knew the requirements of
12  being a GA, but you testified you didn't know the
13  requirements to be an SA?
14       THE WITNESS:  No, no, no.  I didn't know
15  requirements -- I mean, Mike telling me I want you
16  to have at least five people under you to be a GA.
17  I guess that -- I don't know, to me that's not --
18       MR. COZZA:  Well, was that a requirement or
19  just something Mike made up?
20       THE WITNESS:  It wasn't written.  To my
21  knowledge, it wasn't written on a piece of paper
22  shown in front of me.
23       MR. COZZA:  Did you ever sign a contract?
24  You said you signed a contract when you became a GA.
25       THE WITNESS:  Yes, you always had to sign

56

1  contracts.
2       MR. COZZA:  What was inside the contract?
3       THE WITNESS:  I didn't even get a chance to
4  read it.  It was sent to me in an e-mail, and I got
5  a fun phone call.  Me and my colleague Joe Lamb got
6  fired-up phone calls from Mike telling us to just
7  fucking sign them.
8       MR. COZZA:  So your testimony is you didn't
9  read it?
10       THE WITNESS:  Correct.
11       MR. WEBB:  Do I have a copy of that
12  agreement?  Was that produced?
13       MS. WILLIAMSON:  Oh, I'm sorry.  Are you
14  asking her?
15       MR. WEBB:  Yeah, sorry.
16       MS. WILLIAMSON:  Okay.  I don't know that we
17  have it.  I can double check and am happy to provide
18  it, but we don't -- I don't believe we have copies
19  of all of her contracts.
20       MR. WEBB:  Okay.
21       MS. WILLIAMSON:  There's a contract that was
22  attached to the Complaint.
23       MR. WEBB:  Mm-hmm.
24       MS. WILLIAMSON:  I don't recall if that was
25  GA, though.  So that's what we have.

Transcript of Reneé Margaret Zinsky
January 13, 2023

15 (57 to 60)

57

1     MR. WEBB:  I think it was her original
2  contract, but I can't recall.
3     MS. WILLIAMSON:  I think so, too.  I'm not
4  sure, but I produced the contract that we have.
5     MR. WEBB:  Okay.
6  BY MR. WEBB:
7    Q  What were your duties as a supervising
8  agent?
9    **A  Pretty much the exact same as an agent.  I**
10 **would field train every once in awhile.  I would**
11 **take agents out with me.  That was really the only**
12 **thing that would change.  So I would take agents**
13 **out with me and show them how to do the job, and**
14 **that was about it.**
15    Q  Were you in charge of training those
16  agents?  Is that what you mean when you say take
17  them out with me.
18    **A  Yeah, I mean, everybody trained.  I mean,**
19 **we had training phone calls.  We had training**
20 **meetings.  We had so many different trainings that**
21 **were done.  But when it came to field training, I**
22 **was one of the -- once you become an SA, you**
23 **become a field trainer, too.**
24    MR. COZZA:  So you would take agents in the
25  car with you in, I'm assuming, your vehicle?

58

1    THE WITNESS:  Yes.
2    MR. COZZA:  And where would you take them?
3    THE WITNESS:  To whatever appointments we
4  had.
5    MR. COZZA:  And they would sit in on the
6  appointment with you?
7    THE WITNESS:  Mm-hmm.
8    MR. COZZA:  And kind of watch how you do
9  things?
10    THE WITNESS:  Yeah, or they would run it,
11  depending how comfortable they were.
12    MR. COZZA:  Okay.
13  BY MR. WEBB:
14    Q  Did you ever train a Marissa
15  Critchfield -- Critchlow, excuse me, Critchlow?
16    **A  No, I don't remember that name.**
17    Q  Okay.
18    **A  I actually have until 1:30, by the way.  I**
19 **don't know if that's helpful.**
20    MR. COZZA:  Thank you.
21    MR. WEBB:  So these are Bates Nos. Russin
22  00102 and Russin 00103
23    (Zinsky Deposition Exhibit 2 was marked
24  for identification and is attached to the
25  transcript.)

59

1    Q  These are pictures of a Snapchat group, I
2  believe it's MoneyBadger$$Global.
3    MS. WILLIAMSON:  GroupMe, do you mean?
4    MR. WEBB:  It looks like Snapchat.  It says
5  Snapchat, if I'm not mistaken.
6    MS. WILLIAMSON:  Oh, sorry.
7  BY MR. WEBB:
8    Q  Do you recognize those messages?
9    **A  No, but, I mean -- no, but it looks like**
10 **my name.**
11    Q  What is the MoneyBadger$$Global Snapchat
12  group?  I think it's different than the GroupMe,
13  obviously, but...
14    **A  Yeah.  We had to be in these snap groups**
15 **along with GroupMes, and they were just Snapchat**
16 **groups that people would post.  Mike encouraged us**
17 **to post things in the field as well as just goofy**
18 **stuff.  So anything goofy that we were doing or**
19 **really just anything, this was our Snapchat group**
20 **to send it to.**
21    Q  Okay.  And do you see at the top of, is
22  that, 102, it looks like a message.  I can't make
23  out the name at the top, but it says I can't wait
24  to meet you.  I feel like we're already BFFs.  Is
25  that what it says at the top there?

60

1    **A  That's what it says, yes.**
2    Q  And then can you just read from there down
3  until after your statement?
4    **A  Just make out already.  Hell, yes.  I**
5 **said, let's make out.  I think that's my name, and**
6 **then Emily said, I got you.**
7    Q  Okay.  And were all of the people in this
8  group message co-workers?
9    **A  Yes, not -- I mean, some of them were out**
10 **of the Erie office, it looks like.  Some of them**
11 **were out of -- just actually what's in it.  They**
12 **were all out of the Erie office.**
13    Q  Okay.
14    **A  At least what's being shown, except for**
15 **Doug.**
16    Q  They are all AIL employees or contractors?
17    **A  Yes.**
18    Q  Okay.  So at what point were you no longer
19  a supervising agent and then promoted to general
20  agent?  Can you put a timeframe on that?
21    **A  Like officially a general agent?  Like**
22 **because I went from SA to GA to SA to GA, and then**
23 **I think I got promoted -- or I got demoted back to**
24 **an SA.  I think I went from SA to GA.  GA I think**
25 **I was promoted to that March or -- no, probably**

61

1 like April.
2      I don't know.  It's so hard to say.  It
3 was like a very spur of the moment thing.  It
4 wasn't anything that I even was prepared for or
5 expecting to happen.  It was -- so to give you a
6 date, I --
7      Q  When you say March or April, was that
8 2021?
9      A  2020.
10     Q  2020.
11     A  It was definitely not March.  It was
12 definitely a little later in the year.
13     Q  Okay.  Can you describe for me the
14 difference in job duties between supervising agent
15 and general agent?
16     A  Literally nothing.
17     Q  How about difference in pay?
18     A  Our pay went up from -- it went to like
19 72% commission instead of 65, I think.
20     Q  It was 65% commission when you were a
21 supervising agent and then it went up to 72% when
22 you were a general agent?
23     A  Yes.
24         MR. COZZA:  You testified earlier that when
25 you became a general agent, your residuals stopped.

62

1 Why?
2      THE WITNESS:  I don't know.  I sent multiple
3 e-mails about that, asking like, hey, where are my
4 renewals, where are they, where are they, and it was
5 kind of just like pushed to the side, pushed to the
6 side, and I was also told I was ungrateful for even
7 asking where they are because I should just be happy
8 that I'm a GA.
9      But to me, I would have -- and I stated it
10 multiple times.  I would have rather stayed an SA
11 and continued to receive my renewals because at
12 least, you know, I was getting the work that I had
13 paid -- you know, I had worked so hard for.
14         MR. COZZA:  Sure.  Did GAs lose renewals?
15 Is that part of becoming a GA, you lose renewals?
16 Are you stating you were the only one that you're
17 aware of that lost renewals?
18         THE WITNESS:  No, it was -- you were always
19 supposed to keep your renewals no matter your
20 promotion.  I don't know if I was the only one.
21 Kellie -- actually, I had asked multiple people.
22 You know, I had asked Kellie, I asked Sam, I asked
23 Mike why this happened, and the way they laid it out
24 was it was normal for this to happen because your
25 commission goes up, and you just have to give it a

63

1 few months and you'll start to see your renewals
2 come back.
3      Again, I was frustrated because I was like I
4 shouldn't even have this GA position.  I just want
5 to stay an SA, and there was never really a
6 reasoning as to why that was happening.
7         MR. COZZA:  When you said you e-mailed
8 people, who did you e-mail?
9         THE WITNESS:  I e-mailed Mike.  I believe I
10 e-mailed Rachel, his executive assistant, just the
11 two of them, because if I went anywhere else, I
12 would get -- I would get screamed at, so.
13         MR. COZZA:  Your compensation came from AIL,
14 correct?
15         THE WITNESS:  I believe so, yes.
16         MR. COZZA:  Did you ever e-mail anyone from
17 AIL to ask them about the pay structure?
18         THE WITNESS:  No.  I was always told I had
19 to go directly to Mike about anything like that.
20         MR. COZZA:  Who told you that?
21         THE WITNESS:  Mike.
22         MR. COZZA:  Did anybody else ever tell you
23 that?
24         THE WITNESS:  I mean, Mike was who we were
25 always supposed to listen to and follow, so, no.

64

1         MR. COZZA:  So when you said you were
2 always -- who you were supposed to listen to and
3 follow, is that something Mike told you or someone
4 else told you?
5         THE WITNESS:  Whoever our MGA/RGA was was
6 our God, essentially.  That's who we had to listen
7 to and do everything that they said.
8         MR. COZZA:  How was that made known to you?
9         THE WITNESS:  Agency meetings, meetings in
10 general, one-on-one meetings.
11         MR. COZZA:  So in those agency meetings,
12 what did they say about your RGA or MGA is your God
13 or whoever you're supposed to go to, who said that?
14         THE WITNESS:  Simon.
15         MR. COZZA:  Okay.  What exactly did he say?
16         THE WITNESS:  Pretty much like your RGA is
17 there for a reason, and this is your key to
18 everything.  So, I mean, pretty much this is who you
19 go to and don't bother me unless, you know, it's
20 something extremely extreme, and that was pretty
21 much it.  I mean, it was just follow your RGA and
22 everything they tell you to do.
23         MR. COZZA:  Did he ever tell you not to
24 e-mail anyone at American Income Life about your
25 compensation?

Transcript of Reneé Margaret Zinsky
January 13, 2023

65

1    THE WITNESS: I mean, we were always told
2  there was no -- there was no one to e-mail. HR
3  wasn't a thing. There was no -- there was no one to
4  go to, so if we had any serious issues, to go
5  directly to Simon himself.
6    MR. COZZA: And who told you that?
7    THE WITNESS: Simon or Mike.
8    MR. COZZA: In your contract, was there any
9  contact information with anybody?
10    THE WITNESS: Not that I know of, no.
11    MR. COZZA: Did you ever contact anyone at
12  AIL with anything regarding your pay structure or
13  any issues?
14    THE WITNES: I think I contacted somebody
15  about my health insurance that I was getting, and I
16  might have sent an e-mail. I don't even have access
17  to my work e-mails anymore, but I might have sent an
18  e-mail to somebody about my pay because no one would
19  give me an answer, but I don't know for sure.
20    MR. COZZA: Okay. So you may have contacted
21  someone. You contacted them for health insurance
22  you're sure of?
23    THE WITNESS: Yeah.
24    MR. COZZA: But you're not sure whether you
25  spoke to them about your compensation?

66

1    THE WITNESS: Correct.
2    MS. WILLIAMSON: Object to the form of the
3  question. That's not what she said, but go ahead.
4    THE WITNESS: Yeah, I just -- you know, I'm
5  not sure -- when it came to compensation, we were
6  always told to go to Simon or Mike or whoever our
7  RGA was. They know all about our compensation.
8  Like that's -- I'm not 100%. I might have. I might
9  have sent -- I probably did because, you know, I was
10  frustrated. I probably e-mailed people.
11    MR. COZZA: Are you aware of any response
12  you ever received from anybody at AIL?
13    THE WITNESS: Probably. I know about the
14  insurance. Probably. I wish I could go back into
15  my e-mail and look, but I don't know for sure.
16 BY MR. WEBB:
17    Q  As a general -- so as a general agent,
18  what MGA were you under?
19    A  I think at that point I was just directly
20  under Mike. I think.
21    MR. COZZA: Was Mike also the RGA at the
22  time or was there a different RGA?
23    THE WITNESS: No, he was also the RGA.
24    MR. COZZA: So when you were a GA, your
25  testimony is you reported to Mike both as the MGA

67

1  and the RGA?
2    THE WITNESS: Yes.
3    MR. COZZA: The entire time when you were a
4  GA?
5    THE WITNESS: I believe so. I know Sam --
6  Sam and Kellie went and did like their own thing
7  under Mike. So I believe that's when I got put
8  directly under Mike along with a couple other agents
9  as well.
10 BY MR. WEBB:
11    Q  What was your -- in 2019, your first year
12  as an agent, what was your gross annual income
13  that year?
14    A  78,000, I think, or 80,000.
15    Q  That was your income before expenses?
16    A  Yes, sorry.
17    Q  2020?
18    A  109.
19    Q  Okay. And what was your income in 2021?
20    A  Oh, man, I think it was like -- I don't
21  even remember. I think it was like 40,
22  30-something.
23    Q  Okay, all right. Talk to me about the
24  process of your separation from AIL.
25    MS. WILLIAMSON: Object to the form of the

68

1  question. She's still employed by them.
2    MR. WEBB: Okay. I was not aware of that.
3  BY MR. WEBB:
4    Q  Tell me about your current employment with
5  AIL. What position do you hold?
6    A  I think I'm just still an agent.
7    Q  Do you actively work as an agent for AIL
8  or is it just a position that you still have?
9    A  It's just a position I still have.
10    MR. COZZA: And that's under an independent
11  contractor agreement?
12    THE WITNESS: Yes.
13    MR. COZZA: Is that contract for a certain
14  duration or is it terminable by either party at any
15  time?
16    MS. WILLIAMSON: To the extent that you
17  know, you can answer.
18    MR. COZZA: To the extent you know.
19    THE WITNESS: I don't -- I don't know.
20    MR. COZZA: Why are you still an agent with
21  them?
22    THE WITNESS: Well, I mean, when I initially
23  went to Simon about everything, I was still -- you
24  know, I was hoping to continue to eventually get out
25  of the slump that I was in and go back to doing what

69

1  I was doing, which was being very successful.
2      Why I'm still an agent?  You know, I guess
3  there's still a part of me that has slight hope for
4  eventually going back and doing some work.  But,
5  also, after seeing nothing be done, you know, Mike's
6  still actively doing whatever he's doing, I don't
7  know.  I don't know.
8      I don't know if I would go back there at
9  this point, like actively work for them.  I was also
10 receiving, you know, my health insurance, which came
11 to a stop, so ever since -- I don't know why.  I
12 don't really have an answer.  I don't know why I'm
13 still...
14     MR. COZZA:  Do you receive any compensation
15 under that agreement?
16     THE WITNESS:  No.
17     MR. COZZA:  When was the last time you
18 received compensation under that agreement?
19     THE WITNESS:  2021.  Other than my health
20 insurance, you mean?
21     MR. COZZA:  Yes, other than your health
22 insurance.
23     THE WITNESS:  Probably 2021, like end of
24 2021.  August of 2021.  July, July of 2021, I
25 believe.

70

1      MR. COZZA:  Okay.
2  BY MR. WEBB:
3      Q  So you're no longer receiving residuals
4  from sales you made prior to 2021?
5      **A  Yeah.  I haven't seen residuals since I**
6  **got that promotion.  Maybe I got a couple hundred**
7  **here and there, but...**
8      MR. COZZA:  Do you believe you're still
9  entitled to residuals because this contract is still
10 in effect?
11     THE WITNESS:  Yeah, yes.
12     MR. COZZA:  How much residuals do you
13 believe you're entitled to?
14     THE WITNESS:  I mean, I would think at least
15 1,500 to -- I mean, I was making -- for a minute, I
16 was making about 2,500 to 3K a month in residuals,
17 and then it just went away like that.
18     So, I mean, at least 1,500, 2,000 would be
19 great, because I worked really hard for that, so.
20     MR. COZZA:  Do residuals stop when an
21 individual cancels their life insurance policy?
22     THE WITNESS:  Yes, to my knowledge, if --
23 yeah.
24     MR. COZZA:  Are you aware whether people you
25 would have received residuals on still have policies

71

1  with AIL?
2      THE WITNESS:  Of my clients?
3      MR. COZZA:  Yes.
4      THE WITNESS:  Yeah, there's still -- there's
5  still a good bit of policies on the books under me,
6  I'm sure.
7      MR. COZZA:  How do you know that's for sure?
8      THE WITNESS:  I mean, I kept really good
9  relationships with a lot of my clients.  You know, I
10 had a lot of their phone numbers saved.  They would
11 call me if they needed anything.  I almost developed
12 friendships or, you know, a nice relationship with a
13 lot of these people, so.
14     MR. COZZA:  When was the last time you spoke
15 to any of your clients?
16     THE WITNES:  A couple months ago, maybe like
17 a month or two ago I heard.
18     MR. COZZA:  Who did you speak to?
19     THE WITNESS:  I had a Stephanie Herd reach
20 out to me.  She was a client.  She had some issues
21 with her policy and I talked to her.
22     MR. COZZA:  When she called you about her
23 policy, what did you tell her to do?
24     THE WITNESS:  To contact home office.
25     MR. COZZA:  Who else did you speak to?

72

1      THE WITNESS:  I talked to -- I don't know
2  for sure, honestly, who.  I just have had random --
3  I can't think of their last name.  I had clients in
4  Maine.  This is sad.  I should probably remember
5  their name.
6      MS. WILLIAMSON:  If you don't know, just say
7  you don't know.
8      THE WITNESS:  Yeah, I don't know.  I'm
9  sorry, I'm sorry.
10     MR. COZZA:  So you're not aware of, other
11 than this Stephanie that you stated, whether any of
12 your clients still maintain insurance policies with
13 AIL?
14     MS. WILLIAMSON:  Object to the form of the
15 question.  That's not what she said.
16     MR. COZZA:  Are you aware of any of your
17 clients that you stated you were receiving residuals
18 for still have insurance policies with AIL?
19     THE WITNESS:  Yes, I would think so.  Any
20 time any of my clients had issues, they would
21 contact me.
22     MR. COZZA:  You said you think so.  Do you
23 know for certain?
24     THE WITNESS:  No, I don't know for certain.
25     MR. COZZA:  Okay.

Transcript of Reneé Margaret Zinsky
January 13, 2023

73

1  BY MR. WEBB:
2      Q  When did you go speak with Simon about the
3  issues that you've alleged in your Complaint?
4      A  At the beginning of August, I believe, of
5  2021.
6      Q  At that time, were you still coded to Mike
7  Russin's team?
8      A  Yes.
9      Q  What position did you hold at that time?
10     A  Supervising agent.
11     Q  And it was your -- scratch that.  But did
12  you request to be changed from a GA back to a
13  supervising agent at that time?
14     A  No.  I never -- no, I never wanted to be
15  switched around, in general.  If anything, I just
16  wanted to keep my SA at the time.
17     Q  All right.  So tell me about the
18  conversation that you had with Simon in August of
19  2021.
20     A  So he had me come in his office door.  I
21  sat down.  He asked me what was wrong.  I pretty
22  much instantly started crying, and I laid out for
23  him text messages I received.  I laid out for him
24  fraud that I had experienced, certain people
25  getting promotions or getting applauded for doing

74

1  things that were in my eyes completely unethical.
2      You know, I showed him the text -- the
3  message from Mike saying that the only way I can
4  get a position is if me and my wife blow him at
5  the same time.
6      Q  When you received that message from Mike,
7  did you believe he was serious?
8      MS. WILLIAMSON:  Are you done with your
9  answer?  If you're not done, finish your answer.
10  But that's okay.  I don't mean to interrupt, but
11  make sure you're done with your answer.
12     A  Yeah, so, you know, I pretty much just
13  laid out for him a lot of what was going on, and I
14  came to him because I had some sort of respect for
15  Simon.  You know, I didn't want to go to the
16  extremes of doing anything.  I wanted to continue
17  to work.  I wanted to get back to making good
18  money, but I also didn't want to continue to see
19  certain people get held up there on a pedestal
20  that I knew were doing not the best things.
21     So, you know, I talked to him about all of
22  that, and he pretty much was like, I'm going to
23  look into this, and we'll get this taken care of,
24  left it at he was coding me directly to him and
25  that Mike would get -- the way he made it seem was

75

1  Mike was going to get terminated.  I mean, it
2  was -- you know, he said, we'd handle it.  But the
3  way he made it seem to me was kind of like
4  repercussions would be had -- would be held for
5  him, and that was that pretty much.
6      Q  You mentioned that you brought to his
7  attention a Snapchat message from Mike saying that
8  if you and your wife blow him you could be
9  promoted to, is it, MGA?
10     A  Yes.
11     Q  MGA.  When did you receive that message?
12     A  Beginning of 2020, I think or, I believe,
13  middle.
14     Q  Of 2020?
15     A  Yeah, I think so.
16     Q  Okay.
17     A  Yeah, for sure.
18     Q  All right.  So you waited 20 months from
19  when you received that message until your
20  conversation with Simon to bring it to his
21  attention?
22     A  That's -- yeah, I mean, that sounds -- I
23  mean, I don't know for sure if it was the
24  beginning of 2020.  I'd have to --
25     Q  Was it sometime in 2020?

76

1      A  Maybe.  Maybe middle or end of 2020.  It
2  might even have been the beginning of 2021.  I'm
3  not -- I'm not 100% sure on dates.
4      Q  You allege in your Complaint that you were
5  sexually assaulted, the victim of battery, and
6  forced to stay in Mike's car against your will,
7  among other things.
8      Did you bring any of that to Simon's
9  attention during this meeting?
10     A  Yes.
11     Q  Okay.  What did you tell him?
12     A  I didn't go into detail, like heavy
13  detail, but I told him that -- that Mike would
14  insist on having one-on-ones with us and, you
15  know, a good bit of them entailed us going in the
16  car and driving to a spot, some sort of parking
17  lot, and being put in very uncomfortable
18  situations.  Like I said, I didn't go into too
19  much detail with Simon.
20     Q  What did Simon say?  Sorry, I didn't mean
21  to cut you off.
22     A  That's okay.  It almost was like, you
23  know, the way I would think a CEO or whatever,
24  state general agent -- the way I would think
25  somebody would respond to that was not exactly the

77

1 response I got.  It was almost like he wasn't
2 surprised by it.  But, you know, he was like
3 that's terrible.  I'm sorry you went through that,
4 and we'll look into that.  Essentially that.
5 That's what it all summed up to.
6     MR. COZZA:  Did you ever in this meeting
7 with Simon say that -- actually state the words you
8 were assaulted by Mike?
9     THE WITNESS:  I might have.  I might have.
10 I don't remember.
11     MR. COZZA:  Are you sure?
12     THE WITNESS:  I don't --
13     MR. COZZA:  Can you for certain say that you
14 stated to Simon that you were assaulted or battered
15 by Mike?
16     THE WITNESS:  I mean, I told him I was put
17 in horrible situations by Mike.  He seemed to know
18 what I meant by that and wasn't surprised by that,
19 so it was kind of like a say no more, I know where
20 we're going with this kind of vibe I got from him.
21     MR. COZZA:  Did you use the word horrible or
22 uncomfortable like you just testified to a few
23 moments ago?
24     THE WITNESS:  I don't remember.
25     MS. WILLIAMSON:  To the extent you can

78

1 recall, you can answer the question.
2     THE WITNESS:  Yeah, I don't remember exactly
3 the words I used.
4     MR. COZZA:  Did you ever tell Simon that you
5 were kept against your will, that you couldn't leave
6 a situation with Mike, you were forcibly kept
7 against your will?
8     THE WITNESS:  I believe so, but I don't know
9 for sure.
10     MR. COZZA:  You also said in your meeting
11 with Simon, you stated there was fraud.
12     THE WITNESS:  Yes.
13     MR. COZZA:  Obviously, fraud is a -- you
14 know, has legal implications of the term.  So what
15 were you alleging here?
16     THE WITNESS:  You know, agents signing up
17 people that didn't want to be signed up.  Agents
18 having clients agree to things without them fully
19 knowing what they were agreeing to.  You know,
20 things like that.  I mean, as simple as that.
21     MR. COZZA:  Did any of your clients ever
22 sign up for something -- to the extent you're aware
23 of, sign up for something they didn't understand
24 what they were signing up for?
25     THE WITNESS:  Yes.  In Maine, that was a

79

1 prime example.  A client in Maine, she dealt with
2 Brent Henderson.  They found out that all of a
3 sudden their password was changed for their AIL
4 log-in and they started having an excessive amount
5 of money come out that they didn't agree to.
6     I had got their lead probably like a week
7 after Brent had it.  So when I reached out to them,
8 they started talking to me and told me all of this
9 stuff, and I said, can you put it in an e-mail, and
10 they sent it to me in an e-mail, and I sent it to
11 Mike and Mike did nothing, so.
12     MR. COZZA:  You also state in the meeting
13 you brought to Simon's attention some unethical
14 behavior.  What did you bring to his attention?
15     THE WITNESS:  The unethical -- like doing
16 things in unethical ways, essentially, is what I
17 meant by that.
18     MR. COZZA:  Can you explain that more?
19     THE WITNESS:  Like asking a client any sort
20 of question just to get them to say yes, and then,
21 you know, the next day they'd be calling pissed off
22 because they all of a sudden just got drawn for 50
23 bucks, another 50 bucks or another hundred dollars.
24     MR. COZZA:  Did you ever engage in any of
25 these unethical behaviors you stated to Simon?

80

1     THE WITNESS:  Absolutely not.
2     MR. COZZA:  Did you ever commit any of the
3 acts that you deemed to be fraud?
4     THE WITNESS:  No.
5     MR. COZZA:  So you never signed your clients
6 up for anything that they were unaware they were
7 signing up for?
8     THE WITNESS:  (Nods head.)
9     MR. COZZA:  You never misled a client in any
10 way, shape or form?
11     THE WITNESS:  Absolutely not.  Everything I
12 taught was what I...
13     MR. COZZA:  So are you testifying that you
14 were never taught to commit fraud or to do anything
15 unethical because you only just said you do what you
16 were taught?
17     THE WITNESS:  I meant like -- I'm sorry.
18 Everything that I learned from my state exam, what
19 insurance is, that's -- that's what I went about
20 with my clients.
21     Everything else, you know, say this instead
22 of that, whatever it might be, no, I -- I did not do
23 anything unethical with any of my clients.
24     MR. COZZA:  So anything you were ever told
25 by anyone at Arias or AIL to say to clients that you

Transcript of Reneé Margaret Zinsky
January 13, 2023

**81**

1  deemed to be unethical or potentially fraudulent,
2  you did not engage in?
3      THE WITNESS:  Correct.
4      MR. COZZA:  And if we asked every one of
5  your clients, they would testify to that?
6      THE WITNESS:  I -- yeah.
7  BY MR. WEBB:
8      Q  Let's talk -- you mentioned that when you
9  spoke to Simon, you told him about the car rides
10 that Mike, I believe you testified, made you go
11 on.  Tell me about those.
12     **A  I'm sorry.  Can you repeat that?**
13     Q  Yeah.  Tell me about the car rides that
14 you allege Mike made you go on.
15     **A  So it depended on the day.  It depended on**
16 **what he wanted to talk about.  We would get in the**
17 **car.  He would either drive to a beer distributor**
18 **to get his alcoholic slushy or sometimes we would**
19 **go to Nakama first and we would eat or whatever it**
20 **might be, and it always ended up with going in a**
21 **parking lot and -- do I have to go into detail**
22 **about all of this?**
23     Q  Yeah, I mean, I know it's uncomfortable,
24 but, you know, we have allegations here in this
25 lawsuit, serious allegations, of assault and

**82**

1  battery and false imprisonment.  So I apologize
2  that I have to ask you these questions, but I just
3  need to get to the bottom of the facts.
4      **A  Okay.  So when we would go to Nakama, for**
5  **instance, you know, afterwards we are driving.**
6  **You know, he would just be like, we're going to go**
7  **talk about work and lay things out, and it would**
8  **always start that way.  It would always seem to**
9  **start that way, but then he would always veer it**
10 **to his erection that he had, and the most common**
11 **question was what are you going to do?  Are you**
12 **going to do anything about this or what are you**
13 **going to do about this, and I would always say**
14 **nothing.**
15     **Any sort of -- but in a respectful way,**
16 **because any sort of -- if I -- if I didn't seem**
17 **loyal, if I came off like I was weirded out or**
18 **questioning things, my job was on the line.  So at**
19 **least that was the way it was made to seem, to**
20 **seem towards me.**
21     **He would -- you know, multiple times he**
22 **grabbed -- he would aggressively grab my wrist,**
23 **put my hand on his crotch, ask me if I felt**
24 **anything, if it did anything for me.  There were a**
25 **few times that he grabbed me by my neck and would**

**83**

1  **shove my face in his crotch.**
2      Q  Do you want me to get some tissues?
3      MR. WEBB:  You have some.  Thank you.
4      MR. COZZA:  Did Mr. Russin know that you
5  were gay, as you stated previously?
6      THE WITNESS:  Yes.
7      MR. COZZA:  In any of these instances where
8  he grabbed you or forcibly grabbed your wrist, as
9  you testified to, or your head, did you report it to
10 the police?
11     THE WITNESS:  No.
12     MR. COZZA:  Did you report it to anyone
13 after the fact?
14     THE WITNESS:  No.
15     MR. COZZA:  Were you ever -- on these car
16 rides, you said you went to beer distributors and
17 Nakama.  I assume Mike got out of the car to get an
18 alcoholic slushy.  You claimed you were false
19 imprisoned.  Did you not attempt to leave at that
20 point in time?
21     THE WITNESS:  I had tried to open the door,
22 you know, before.  I think he had the child lock on.
23     MR. COZZA:  What date was this?
24     THE WITNESS:  I don't know the date.  I
25 mean, this happened so, so often.

**84**

1  BY MR. WEBB:
2      Q  How many times?
3      **A  At least ten.**
4      MR. COZZA:  Your testimony is at least ten
5  times you were in a car with Mike where you couldn't
6  leave?
7      THE WITNES:  Correct, correct.
8      MR. COZZA:  But in those times --
9      THE WITNESS:  To me, yes, correct.
10     MR. COZZA:  In those same car rides, though,
11 you said you would go to Nakama.  So you would,
12 obviously, leave the car and go into a public place,
13 correct?
14     THE WITNESS:  Yes.
15     MR. COZZA:  And you went out to the beer
16 distributor on some of these car rides, correct?
17     THE WITNESS:  Yes.
18     MR. COZZA:  So you were left alone in the
19 car, correct?
20     THE WITNESS:  Yes.
21     MR. COZZA:  When was the last time you were
22 in the car with Mike that you felt you couldn't
23 leave on a specific date?
24     THE WITNESS:  May of 2020.  May or July of
25 2020.

Transcript of Reneé Margaret Zinsky
January 13, 2023

---

85

1    MR. COZZA:  What exact date?
2    THE WITNESS:  I don't know the exact date.
3  That would be impeccable if I knew all of the exact
4  dates of complete misery.
5  BY MR. WEBB:
6    Q  Just so I'm clear, you know, there's
7  allegations in here that Mike kept you against
8  your will and assaulted you in his vehicle.
9    **A  Yes.**
10   Q  And you can't give me an exact date of
11 when that happened?
12   **A  May of 2020 is a prime example.**
13   Q  Do you have a week?  Do you have -- can
14 you give me a date?
15   **A  No, no.  Mind you, I think --**
16    MR. COZZA:  I mean, we need to know which
17 dates it actually occurred on.
18    MS. WILLIAMSON:  To the extent that you
19 recall.
20    THE WITNESS:  Yeah, May of 2020 was probably
21 the most recent.  A lot of this I wanted to forget.
22 So, yes, dates I don't -- I don't know the exact
23 dates because they were horrible times in my life.
24 So, yes, I don't know the exact date.  I apologize.
25 BY MR. WEBB:

---

86

1    Q  Do you want to take a five-minute break?
2    **A  No.**
3    MS. WILLIAMSON:  If you do --
4    THE WITNESS:  Let's go.
5    MS. WILLIAMSON:  Whatever you want to do.
6  Would you rather go --
7    THE WITNESS:  Not right now.
8    MS. WILLIAMSON:  Whatever you want to do.
9    THE WITNESS:  I'd rather just --
10    MR. COZZA:  If you want a break, just let us
11 know.
12 BY MR. WEBB:
13   Q  Water, you got water.  All right, so you
14 took the car rides with Mr. Russin.  Tell me where
15 you guys went.
16   **A  Park, parking lots.**
17   Q  Where at, which park?
18   **A  Pine Park.**
19   Q  Were there any other cars parked near the
20 car?
21   **A  No.  It was typically always wherever**
22 **there wasn't people, wherever there was not many**
23 **cars, wherever there was not many -- anyone**
24 **around, that's where we would go.**
25   Q  And this was after you would go to Nakama;

---

87

1  then you would drive to --
2    **A  Yeah, I mean --**
3    Q  -- Pine Park parking lot?
4    **A  Yes.  It's not like we would always go to**
5  **Nakama.  That was just, you know, a few instances.**
6    Q  Where else would you go?
7    **A  There was a time we went, you know -- just**
8  **me and Mike, you mean?**
9    Q  Mm-hmm.
10   **A  Really, any parking lot.  There were,**
11 **parking lots near Nakama, behind buildings.**
12   Q  Did you ever ask Mike if you guys could go
13 on a ride?
14   **A  Yeah, a couple times.  I mean, any time**
15 **I -- yes, but it was always for -- like I just**
16 **genuinely wanted to talk about work things, and**
17 **Mike always -- always insisted that we did our**
18 **one-on-one -- anyone did one-on-ones in his car,**
19 **and we would go on a ride because he had his**
20 **Maserati and it was so cool.**
21   **So, yes, when I had stuff I genuinely**
22 **wanted to talk about and go over when it came to**
23 **work, yes, I would.**
24   Q  Did you ever request to go on a ride after
25 a time that you were assaulted?  So, for instance,

---

88

1  maybe that wasn't worded the best.  After the
2  first time you were assaulted on a ride with Mike,
3  had you asked him after that date to go on a ride
4  at any point?
5    **A  Maybe, maybe.**
6    MR. COZZA:  You testified you went on
7  roughly ten car rides with Mike; is that correct?
8    THE WITNESS:  Yes.
9    MR. COZZA:  And out of those ten car rides,
10 how many do you believe, if you can remember, that
11 you requested?
12    THE WITNESS:  Maybe like two, three.
13    MR. COZZA:  And out of the -- so assuming
14 it's two for argument's sake, out of the other
15 eight, how many times did you go to Nakama or a beer
16 distributor or some other place before you went to a
17 private parking area?
18    THE WITNESS:  Six, five or six.  This stuff
19 is so hard to --
20    MS. WILLIAMSON:  Don't guess.  If you
21 remember, that's fine, but if you don't know, that's
22 fine.
23    THE WITNESS:  Yeah, I don't know.
24 BY MR. WEBB:
25   Q  The times that you did go to Nakama or to

---

89

1  the beer distributor or to a restaurant first, if
2  it wasn't Nakama, who paid for those lunches, if
3  it was lunch?
4      **A  A good bit of the time, Mike would pay for**
5  **them.**
6      MR. COZZA:  When you went to the Nakama or
7  any other place, did you ever tell anybody in those
8  establishments you were being held against your
9  will?
10     THE WITNESS:  No.
11 BY MR. WEBB:
12     Q  Did you ever tell anyone when you got back
13 to work that you were held against your will?
14     **A  No.  I didn't want to lose my job.**
15     MR. COZZA:  Did Mike ever tell you you were
16 being held against your will?
17     THE WITNESS:  I mean, by child locking the
18 door.
19     MS. WILLIAMSON:  I'm sorry, the question was
20 did he tell you that you were?
21     MR. COZZA:  Did he ever tell you, did he
22 ever state to you, that you cannot leave, or you're
23 being held against your will; I'm holding you
24 against your will; you cannot leave this vehicle?
25     THE WITNESS:  Yes.  There were at least two

90

1  times where I went to open the door and said I would
2  just walk back or I would just figure out a ride or
3  something like that, and he would say, no, and then
4  he'd start freaking out and ask why I was freaking
5  out.
6  BY MR. WEBB:
7      Q  Were you ever physically restrained in the
8  car?
9      **A  No.**
10     MR. COZZA:  When were those two times?
11     THE WITNESS:  May of 2020.
12     MR. COZZA:  But you don't know an exact
13 date, you testified earlier?
14     THE WITNESS:  No.  Like I said my goal still
15 to this day is to forget about everything that
16 happened at AIL.
17 BY MR. WEBB:
18     Q  I just have a few more questions on this
19 part of it.  Other than on the car rides, are you
20 alleging that there were any other instances of
21 nonconsensual sexual contact by Mr. Russin?
22     **A  No, contact, not that I know of.  Yes,**
23 **there was a time at Sam Boyle's house where we had**
24 **a call session, and Mike insisted on having this**
25 **meeting with him and the inner circle, and it was**

91

1      **about a -- something I had said to one of his**
2  **close friends, which was -- do you need me to like**
3  **tell you what that all was?**
4      Q  Mm-hmm.
5      **A  Mike -- Mike was very pushy on being at**
6  **meetings and being at this, and me and a couple**
7  **people went out to dinner, and I had said**
8  **something like I think it's kind of BS that he**
9  **insists and like yells at us to go to these**
10 **meetings but he hasn't been to one in awhile, so I**
11 **just think it's like bullshit.**
12     **And his friend went and told him that, and**
13 **then at a call session he had this meeting in**
14 **Sam's bedroom because he could close the door and**
15 **be secluded from everybody else.  There was**
16 **probably five of us in there, I think.  We had**
17 **this meeting.  It was like 45 minutes to an hour**
18 **long, and then he asked everybody to leave so he**
19 **could talk to just me.**
20     **He had to go to the bathroom, asked me to**
21 **come hold it for him.  I didn't.  I sat there.**
22 **When he came out, he was like, you know I love**
23 **you.  You know I care about you, and you know I**
24 **just want you to be successful.  You know, just**
25 **common things that he said to everyone.  And he**

92

1      **made an advance at me to try and make out with me**
2  **where I then kind of pushed him back and said,**
3  **we're in Sam's bedroom, like this is not**
4  **appropriate, and I ended up walking out of the**
5  **room.**
6      Q  When was that?
7      **A  End of 2019, I believe.**
8      Q  Where does Sam Boyle live, generally?  I
9  don't need his address.
10     **A  No, that's okay.  Like Pine Township area.**
11     Q  Did you tell anybody about this instance?
12     **A  No.**
13     Q  Okay.
14     MR. COZZA:  On the times you claimed that
15 you were held against your will, did you ever miss
16 work because of this?
17     THE WITNESS:  No.  Missing work meant
18 missing out on leads or getting ridiculed or made
19 fun of.  So, no, I pretty much always was working,
20 no matter what.
21 BY MR. WEBB:
22     Q  You said that -- and, sorry, this is to
23 circle back, but while I have it, you said that
24 Virgo   Garnet is closing soon.  Is there anything
25 stopping you from working with AIL again since

93

1   you're still contracted to them?
2       A  I don't know.  I'm aware of things being
3   said about me to other agents that were there.  So
4   I -- what's stopping me, I guess, is just -- I
5   mean, I guess, no.  I guess nothing necessarily is
6   stopping me.  Sorry.
7           MR. COZZA:  So you currently aren't earning
8   income with AIL right now just because of the
9   situation and things --
10          THE WITNESS:  With everything going on, yes.
11          MR. COZZA:  -- you're choosing not to?
12          THE WITNESS:  Correct.
13          MS. WILLIAMSON:  I'm going to object to the
14  form of the question.  Go ahead.
15  BY MR. WEBB:
16      Q  In your interrogatory responses, you
17  indicate that Mr. Russin not supplied you with GHB
18  against your will in August of 2019.  Can you
19  provide for me the date in August when that
20  happened?
21      A  Whenever we had gone to LDS.  It was at
22  the leadership development seminar.  I don't know
23  exactly what -- we were at a -- it was a hotel in
24  Cranberry.
25      Q  Do you know which hotel?

94

1       A  I want to say the Marriott.
2       Q  Is that the one right off like 79 and 228?
3       A  Yeah.
4       Q  In the corner there?
5       A  Yes, I think so.  I don't know for sure if
6   that was the hotel, but I know it was in
7   Cranberry.  There's a frickn' million hotels in
8   Cranberry.
9       Q  What is LDS?
10      A  Leadership development seminar.
11      Q  What is that?
12      A  Anyone who had a leadership position could
13  be -- could go to this seminar where you learned
14  from the best of the best and went through
15  intense -- like from morning till evening, you
16  went through like an intense seminar where, you
17  know, certain leaders got up there and taught us
18  how they did things or would give us motivational
19  talk.
20      Q  Do you remember who spoke at that event?
21      A  Oh, my God, it was probably like 50 to 100
22  different people.  Travis Vaughn, Tommy Vena,
23  Simon, Britton Costa, Brody Evanson.  I mean, the
24  list goes on.
25      Q  Were they all AIL employees --

95

1       A  Yes.
2       Q  -- or contractors?
3       A  Yes.
4           MR. COZZA:  And in these leadership
5   development -- leadership development seminars; is
6   that correct?
7           THE WITNESS:  Yes.
8           MR. COZZA:  Did they ever -- you testified
9   earlier that agents were engaged in unethical and
10  fraudulent behavior.
11          THE WITNESS:  Mm-hmm.
12          MR. COZZA:  That's what people were told to
13  do.  Did anyone at this leadership development
14  seminar ever tell anybody in this seminar to engage
15  in behavior or the tactics that you deemed earlier
16  were unethical and fraudulent?
17          THE WITNESS:  I am not sure.  I don't think
18  so.  I don't -- I don't think so.  A lot of what
19  they talked about was things like -- like Simon got
20  to meet with John Maxwell.  So he would talk about
21  his experiences with John Maxwell and everything he
22  learned from him.  Tommy Vena got to meet with this
23  person.  A lot of it was, honestly, stuff that in --
24  didn't really even seem like it would relate, but
25  made to seem normal because this was the business

96

1   world.
2           This was my first job, mind you, like this,
3   so I didn't know what was normal and what wasn't,
4   but, yeah, it was -- it was mainly like talking
5   about books that they read or things like that.
6           MR. COZZA:  So is it your testimony that
7   none of the speakers at these leadership development
8   seminars encouraged or spoke about engaging in
9   behaviors that you deemed and told Simon in this
10  August of 2022 meeting that were unethical or
11  fraudulent?
12          THE WITNESS:  2021, but --
13          MR. COZZA:  2021, I'm sorry.
14          MS. WILLIAMSON:  I'm sorry.  Do you mean at
15  the actual event or ever?
16          MR. COZZA:  At the actual leadership event.
17  At the actual leadership event, all of these leaders
18  from AIL were there to speak to all of you?
19          THE WITNESS:  Yes.
20          MR. COZZA:  Is it your testimony that none
21  of them told anybody to engage in any behavior that
22  you stated to Simon in that meeting were unethical
23  or fraudulent?
24          THE WITNESS:  I don't think.  I don't think
25  so.  I truly don't know.  I don't know.

97

1  BY MR. WEBB:
2      Q  So was the leadership development seminar,
3  was it a whole weekend?
4      A  Yes.
5      Q  Okay.  And did everybody that was
6  attending stay in the Marriott or another hotel
7  nearby in Cranberry?
8      A  For the most part, yes, unless you -- I
9  guess some people got to go home to their
10  significant others, but it was highly encouraged
11  that we stayed in the hotel so we could all team
12  bond together.
13     Q  Okay.  Did you share a room with anyone?
14     A  No.
15     Q  So you allege, like I said, in the
16  Complaint that Mr. Russin supplied you with GHB
17  without your knowledge in August of 2019 the
18  weekend of the seminar.  Tell me the facts
19  surrounding that.
20     A  Well, we went to a bar/restaurant that
21  Simon had rented out or however it works.  We had
22  food.  We had some drinks.  We went back to the
23  hotel.
24         Kellie was like, come get my -- come get
25  your hairspray, because I let her borrow my

98

1  hairspray.  I went and got my hairspray and, I
2  mean, next thing you know I don't -- I don't
3  really remember much other than waking up, being
4  completely terrified, and my pants being around my
5  ankles, and on the other bed was Albie, Wegley and
6  Kellie having a threesome.
7      Q  Who was the -- you said, Albie, Wegley.
8  John Wegley?
9      A  Yes, sorry, and Kellie Hoffman, and it was
10  to my knowledge -- it was made apparent to me
11  later the next day that Mike had given us a
12  present of GHB, which is -- which in their eyes
13  was like so amazing and --
14     Q  What is GHB?
15     A  I honestly don't even know.  I don't -- I
16  don't know what it is.  It's -- I know it was a
17  liquid that he -- that you could put in people's
18  drinks or that he would put in his mouth.  I mean,
19  it was like a common thing that him and his wife
20  did a lot.  They would get it from Albie.  Albie
21  would mail it to them.
22     Q  Had you ever taken GHB before?
23     A  No.
24     MR. COZZA:  What about after that incident?
25  Have you ever taken it afterwards?

99

1      THE WITNESS:  No, knowingly, no.
2  BY MR. WEBB:
3      Q  You just testified that when you came to,
4  Albie Serur -- is that how you say his last name?
5      A  Yes.
6      Q  Albie Serur, John Wegley and Kellie Wegley
7  were in the room having a threesome.  Was Mike
8  Russin in the room?
9      A  At the time he was not.  I don't remember
10  really anything of that night.  It was --
11     Q  Why is it your belief that Mr. Russin
12  supplied you with the GHB?
13     A  Because he told us.
14     Q  Could it have been anyone else?
15     A  No.  He literally asked me if I had a
16  great time last time night, and that if I liked
17  his present that he dropped in my drink.  I told
18  him --
19     Q  Could it have been Albie Serur that --
20     MS. WILLIAMSON:  Go ahead finish your
21  answer.
22     Q  Oh, I'm sorry.  Apologies.
23     A  That's okay.  I mean, I don't see why Mike
24  would ask me if I liked his present that he gave
25  me in my drink or my surprise, present.  I'm

100

1  pretty sure he used the word present.  I don't
2  know why he would ask me that if it was Albie that
3  did it.  They both used it all of the time, so.
4      Q  Can you say for sure that it was Mike
5  Russin that put the GHB in your drink?
6      A  Yes, unless he lied to me, but, yes.
7      Q  He told you that he put it in your drink?
8      A  Oh, yeah.
9      Q  He said --
10     MS. WILLIAMSON:  That's what she said.
11     THE WITNESS:  Yeah, that's what I said.
12     MR. COZZA:  You used the term GHB.
13     THE WITNESS:  Yeah, that is what I said.
14     MR. COZZA:  Mike didn't -- did Mr. Russin
15  state to you I put GHB your drink?
16     THE WITNESS:  Yes.
17     MR. COZZA:  So he used the term -- you just
18  said he put a present in your drink.  So now your
19  testimony is --
20     THE WITNESS:  Yeah, because there was, you
21  know --
22     MR. COZZA:  I'm trying to understand.  Let
23  me finish the question.
24     MS. WILLIAMSON:  I understand, but she's
25  not -- she didn't say that's every single word that

101

1  he ever said.  So it's not contradicting.
2       MR. COZZA:  Let me ask the question.
3       MR. WEBB:  Her testimony's different.
4       MR. COZZA:  Did Mr. Russin state to you on
5  that next day that I put GHB into your drink?
6       THE WITNESS:  Yes.
7  BY MR. WEBB:
8    Q  Did anyone else hear him say that?
9    A  Kellie Hoffman.
10      MR. COZZA:  So Kellie Hoffman will testify
11 to the same thing?
12      THE WITNESS:  I mean, I don't know.  They're
13 very, very close, so probably not, but that's like
14 her -- the two of them are like each other's
15 kryptonite is the way she would explain it, so.
16      MS. WILLIAMSON:  Well, she worked for him.
17      THE WITNESS:  Yeah, she worked for him and
18 they were very close, and she still works for him,
19 so probably not considering she probably wants to
20 continue to have a job as well.
21      MR. COZZA:  Understanding she would be under
22 oath, though, so she would be perjuring herself if
23 she --
24      MRS. WILLIAMSON:  Sure.
25      THE WITNESS:  Yeah, sure.

102

1       MR. COZZA:  So the second question I have
2  is:  Did you report this to the police?
3       THE WITNESS:  No, I did not.  I wanted to
4  keep my job.
5       MR. COZZA:  Well, but that's not the
6  question.  So you didn't report it to the police.
7  Was there a toxicology report?
8       THE WITNESS:  No.  You know, that next day,
9  we had to go to a seminar, another seminar, so we
10 had to sit through the seminar all day until the
11 evening.
12      MR. COZZA:  How do you know it was GHB?
13      THE WITNESS:  Because he told me.
14      MR. COZZA:  But he could have just said
15 that.  If there was no toxicology report to
16 corroborate what you're stating, that there was an
17 actual drug, how do you know that?
18      THE WITNESS:  I don't know why somebody
19 would tell you that they're drugging you.  I don't
20 know why he would lie about that, why he would even
21 tell me that then.
22      MR. COZZA:  So prior to that, then, you've
23 never taken GHB?
24      THE WITNESS:  Correct.
25      MR. COZZA:  You had no idea what the effects

103

1  of GHB were?
2       THE WITNESS:  Correct.
3       MR. COZZA:  So you're just assuming that
4  because Mike stated to you he gave you GHB, that's
5  exactly what happened, although there was no
6  toxicology report, no police report?
7       THE WITNESS:  Yeah, I had never felt the way
8  I had felt ever in my entire life.  I had zero
9  control of my -- anything.  I felt paralyzed from
10 the neck down when I woke up.  So, yeah, when he
11 told me that, it kind of -- again, like why would
12 that -- why, I don't know.  I guess I never
13 questioned it.  He was very open about it, like it
14 was cool.
15      MR. COZZA:  When you woke up, how long were
16 you paralyzed for?
17      THE WITNESS:  Probably at least a few hours.
18 I just kind of -- I couldn't move.
19      MR. COZZA:  Did you lay in the bedroom with
20 the threesome that was happening for those few
21 hours?
22      THE WITNESS:  Yeah, I couldn't move.  I
23 could not walk.
24      MR. COZZA:  Did you state anything to them?
25 I'm assuming -- did the threesome last those three

104

1  hours while you were --
2       THE WITNESS:  It lasted for the majority of
3  the time from what I remember.
4       MR. COZZA:  Did you state anything to them
5  while they were engaging in this sexual act about
6  you being paralyzed?
7       THE WITNESS:  I couldn't move.  I couldn't
8  really speak too much.  I just kind of was in and
9  out of it.  I think I might have said like, guys, I
10 can't feel anything, but they weren't -- they didn't
11 really acknowledge me, so.
12 BY MR. WEBB:
13   Q  Did you engage in the sex acts with them?
14      MS. WILLIAMSON:  To the extent you recall.
15   A  Not that I recall.
16      MS. WILLIAMSON:  Do you mean voluntarily or
17 do you mean at all?
18      MR. WEBB:  Just in general.
19   A  Not that I -- not that I recall.
20   Q  You said you laid there paralyzed for
21 three hours.  Around what time of day was that?
22   A  It was the middle of the night.  It was
23 like, I don't know, 3:00, 4:00 a.m.
24   Q  When you finally regained the ability to
25 move, did you call anybody, text anybody?

105

1    A  No.  My first instinct -- I didn't have --
2  we weren't allowed to have our significant others
3  there unless you were an MGA.  So my girlfriend
4  was at home.  My first thing was just getting out
5  and going up to my room.
6    Q  Do you know the room number that this took
7  place in?
8    A  No, I don't know.
9    Q  Did you call Mike Russin?
10   A  No, no.
11   Q  When you finally regained the ability to
12  speak and move --
13   A  Did I call him?
14   Q  -- did you call Mike?
15   A  No, I don't think so.  It was like -- no.
16   Q  Okay.  How much had you had to drink that
17  night?
18   A  Two drinks, three drinks max.
19   Q  What were the drinks?
20   A  Probably a Tito's and tonic.
21   Q  What time did you start drinking?
22   A  Whatever time -- 6:00, maybe, I think we
23  got there, so 6:30.
24   Q  When you went to Kellie's room, you
25  testified, to get hairspray, excuse me, were you

106

1  intoxicated at that point?
2    A  No.  I mean, I had a couple drinks, but
3  not like I was -- not like I was to the point
4  where I was stumbling and couldn't walk.
5    Q  Would you consider yourself tipsy?
6    A  Yeah, I was a little bit tipsy.
7    Q  What time was that when you went to her
8  room?
9    A  I don't know, 8:00, 8:30.
10   Q  So between 6:00 and 8:00 p.m., you guys
11  drank at the bar, and then that's when you went to
12  the room?
13   A  We ate food.  We ate dinner.
14   Q  What did you have to eat?
15   A  It was like a buffet style, so I had like
16  a couple wings and maybe a few slices of pizza.
17  It was an Italian place.
18   Q  What was the restaurant?
19   A  Bellisario's, I think.  Somewhere near
20  Soergel's in Wexford.
21   Q  Rocco asked if you had a toxicology report
22  done, but just to clear up, did you ever treat at
23  the hospital for this incident?
24   A  For that incident in particular, no.
25    MR. COZZA:  Just to be clear, your testimony

107

1  today is the only reason you believe you were given
2  GHB that night is because Mr. Russin stated exactly
3  to you that he put GHB in your drink?
4    MS. WILLIAMSON:  Objection to the form of
5  the question.  You can answer to the extent that you
6  know.
7    THE WITNESS:  Yeah, I mean, he told me that,
8  so I guess so.
9  BY MR. WEBB:
10   Q  Did anyone witness him put GHB in your
11  drink, to your knowledge?
12   A  I think Kellie.  Kellie thought it was
13  awesome, so.
14   Q  She told you she witnessed it, though?
15   A  Yes.
16   Q  What did she say?
17   A  Yeah, he put GHB in your drink.  Like we
18  all did it.  I mean, it was something that they
19  all did all of the time.
20   Q  Where did the GHB come from?
21   A  Albie.  I don't know anything more than
22  that, but I just knew that he would get packages
23  from Albie, and they had to be home for when they
24  arrived.
25   Q  So if the GHB came from Albie and Albie

108

1  was present in the room when you came to, could it
2  not be possible that he was the one that supplied
3  you with the GHB?
4    MS. WILLIAMSON:  Objection, asked and
5  answered.
6    Q  You can answer.
7    A  I don't -- I don't know.  I don't think he
8  did.  No, he did not.
9    Q  Not whether he did.  Could it be possible?
10   A  No.
11   Q  Okay.  I'll move on to you allege in your
12  Complaint in March of 2020 that you were, again,
13  administered GHB without your knowledge.  Tell me
14  about that incident.
15   A  We went to Nakama.
16   Q  Who is we?
17   A  Mike and I.
18   Q  Just you and Mike?
19   A  Yes.  It was like 5:00 in the afternoon,
20  5:00, 6:00.
21   Q  Do you know what day of the week it was?
22   A  No, I do not.
23   Q  Do you know the date?
24   A  May the -- March 9th.  March -- sometime
25  early March, I think.

109

1    Q  Okay.
2    A  We were only there for like an hour,
3  hour-and-a-half maybe tops.  I just remember being
4  driven back to the office, immediately going to
5  the bathroom, and I had never been so messed up in
6  my entire life.
7        One of my other co-workers came in, she
8  said, and the lights were off.  So I'd, obviously,
9  been in there for awhile, and I was just on the
10  ground unable to move with throw-up around the
11  floor, around me.  Again, something I had never
12  experienced in my life.  I couldn't really do
13  anything, couldn't function, and my brother-- my
14  friend -- my brother -- my friend Joe and Maria,
15  one of them drove my car --
16    Q  Who is Joe?
17    A  Joe is another colleague.
18    Q  What's his last name?
19    A  Joe Lamb.
20    Q  Who is Maria?
21    A  Maria Folino.
22    Q  Does she work at AIL?
23    A  She did, yes.
24    Q  Okay, sorry, continue.
25    A  That's okay.  It was not late.  It was a

110

1  weekday, and I -- they took me home.  They carried
2  me up the steps.  My wife put me in the bathroom,
3  in the tub, and, I mean, she was terrified.  She'd
4  never seen me like that, and then I eventually
5  passed out.  I was --
6    Q  You said a co-worker came in to check on
7  you.  Who was that?
8    A  Maria.
9    Q  Okay.  Did anybody else see you in the
10  office after you got back and were incapacitated?
11    A  I don't -- I mean, possibly.  It was
12  like -- you know, people were still working.  It
13  was like 6:00, 6:30.  So, possibly, but I don't
14  even know.
15    Q  You said you guys had gone to Nakama.
16  What did you have to drink at Nakama?
17    A  I think I had just a Tito's and tonic.
18    Q  What time of day was it?
19    A  Like 5:00.
20    Q  And then you went straight from Nakama
21  back to the office?
22    A  I think so.  To my knowledge, yes.
23    Q  Was Mike driving?
24    A  Yes.
25        MR. COZZA:  Who paid for dinner that night.

111

1        THE WITNESS:  I don't even know what
2  happened towards the end of that meal.  So I don't
3  even think we ate.  I think we just had a drink or
4  two.
5        MR. COZZA:  Who paid for the drinks?
6        THE WITNESS:  Probably --
7        MS. WILLIAMSON:  If you know.
8        THE WITNESS:  I don't know.
9        MS. WILLIAMSON:  If you don't know, that's
10  fine.
11        THE WITNESS:  I don't know.
12  BY MR. WEBB:
13    Q  Did you ever pay for dinner and drinks
14  when you and Mike went together?
15    A  I mean, I've paid for things, yes.
16    Q  Did you say you didn't have food?  I'm
17  sorry if you already answered that.
18    A  Yeah, I don't -- I don't think so.  We
19  might have had an appetizer, but not that I can --
20  I don't think we really ate much.
21    Q  Did you report this incident to anyone?
22    A  Other than to the people that saw it
23  happen firsthand, no.
24    Q  And by that you mean Joe and --
25    A  Joe and Maria, yes.

112

1    Q  Maria.  What did you tell them?
2    A  That I have no idea what happened to me
3  and that I was scared to death.
4    Q  Did you tell them that you thought you
5  were administered GHB without your knowledge?
6    A  Yes.
7    Q  What makes you think Mike Russin
8  administered you GHB?
9    A  Because one minute I was fine and the next
10  minute I wasn't and he was the only person with
11  me.
12    Q  Had you taken any other medication that
13  day?
14    A  No.
15    Q  Had you had any drinks before you went to
16  Nakama?
17    A  No.
18    Q  Had you had anything to eat that day
19  before you went to Nakama?
20    A  Yes.
21    Q  What did you have to eat?
22    A  I had a nice breakfast.
23    Q  What did you have for breakfast?
24    A  Am I supposed to -- am I supposed to --
25        MS. WILLIAMSON:  If you know.  If you don't,

Transcript of Reneé Margaret Zinsky
January 13, 2023

113

1  say you don't know.
2  **A No, I don't know. I don't know.**
3  Q Did you have lunch?
4  **A Yeah, probably, yeah.**
5  Q Do you know what you had for lunch?
6  **A Probably either Taco Bell or Jersey Mike's**
7  **or Jimmy John's. You know, those are the local**
8  **places we always ordered from.**
9  Q Did you report this incident to the
10 police?
11 **A No, like I wanted to -- I wanted to keep**
12 **my job.**
13 Q Did you treat at the hospital for this
14 incident?
15 **A On the -- like two days after, I think, a**
16 **day or two after, I went to the hospital, yes,**
17 **because I still was not feeling okay.**
18 Q Did they run tests?
19 **A I believe so.**
20 MS. WILLIAMSON: If you know. If you don't
21 know, that's fine.
22 **A I don't know for sure.**
23 Q Which hospital was it?
24 **A UPMC Passavant.**
25 Q Was there a tox report done, toxicology

114

1  report?
2  **A I don't know.**
3  MR. WEBB: I assume that would be in the
4  UPMC records once we're able to get them.
5  MS. WILLIAMSON: I mean, I don't -- yeah.
6  MR. WEBB: I still don't have those
7  authorizations, by the way.
8  MS. WILLIAMSON: I was actually going to do
9  them here, but we'll get them to you either -- the
10 signed verification and authorizations.
11 MR. WEBB: I can print and you can sign them
12 if that works.
13 THE WITNESS: That's fine.
14 MS. WILLIAMSON: We can do them here. It
15 doesn't matter, but I haven't seen them, to answer
16 your question.
17 BY MR. WEBB:
18 Q To your knowledge, what were you diagnosed
19 with?
20 **A I wasn't really -- I don't even think -- I**
21 **don't know if I was diagnosed with anything. They**
22 **gave me fluids, and I don't know.**
23 Q I'm going to show you a video. I just
24 want you to tell me whether this is from that
25 hospital visit.

115

1  **A Okay.**
2  Q I'm just going to pull it up.
3  MR. WEBB: These were videos that I think
4  you provided us during initial disclosures, Amy,
5  just for your knowledge.
6  (Zinsky Deposition Exhibit 3 was marked
7  for identification and is attached to the
8  transcript.)
9  Q Is this from the date of that incident,
10 this video? I don't think there's any sound with
11 this, but I'll turn it up anyway.
12 (Video playing.)
13 **A Maybe, maybe.**
14 Q Do you know who took that video?
15 **A It might have been one of my friends,**
16 **Matt, slash colleague.**
17 Q Who is Matt?
18 **A Matt Mamros, he was another colleague of**
19 **mine.**
20 Q How do you spell the last name?
21 **A M-a-m-r-o-s.**
22 Q Okay. Why would he have taken you to the
23 hospital?
24 **A Because I think we were riding out**
25 **together to go to appointments, and I told him I**

116

1  **didn't feel good so we -- like I still wasn't**
2  **feeling good and I was not okay, and he said,**
3  **let's go to the hospital. So he came with me**
4  **because he was already in my car.**
5  Q Did anyone tell you that Mike administered
6  GHB to you in March 2020?
7  **A No.**
8  MR. COZZA: And this hospital visit was two
9  days after the incident you're claming, correct?
10 THE WITNESS: A day or two. I don't know
11 for sure. It was within a day or two.
12 MR. WEBB: I just want to see if I have any
13 more related to the car rides and then we can take
14 like a 15-minute break, Amy, if that's okay with
15 you.
16 MS. WILLIAMSON: I'm sorry. I thought you
17 were asking her, yeah.
18 MR. WEBB: Okay.
19 MS. WILLIAMSON: Whatever you want to do,
20 Reneé. I mean, unless if it's easier for you to
21 keep going, then we can keep going.
22 MR. WEBB: I kind of just need a quick break
23 to just go and get refreshed, if that's okay. We'll
24 be quick.
25 MR. COZZA: I believe in your Complaint you

117

1   allege that on one of these car rides Mr. Russin
2   made you watch a pornographic video. Is that
3   correct?
4       THE WITNESS: Mm-hmm.
5       MR. COZZA: Do you remember what that video
6   was of, what it was about?
7       THE WITNESS: No. He would always just
8   bring up porn, in general. Any porn that he found
9   arousing for the time.
10      MR. COZZA: Did you ever -- on these car
11  rides, did you ever have discussions about your
12  relationship problems with your then fiancee or
13  girlfriend?
14      THE WITNESS: No, not like anything serious,
15  no. I mean, we would have our standard issues here
16  and there. I was pretty much all work and nothing
17  else. So we had our issues about that, but, no.
18      MR. COZZA: Did you ever have a discussion
19  with Mr. Russin about needing to spice up your sex
20  life with you or with your significant other?
21      THE WITNESS: No.
22      MR. COZZA: Did you ever show Mr. Russin a
23  pornographic video of two women together using that
24  as a way to spice up your relationship in one of
25  these car rides?

118

1       THE WITNESS: Absolutely not.
2       MR. COZZA: Just to be clear, so that your
3   testimony is you never showed him on your phone any
4   pornographic videos?
5       THE WITNESS: Correct.
6       MR. COZZA: So if we subpoena the web
7   history of your phone, that would be -- on any of
8   these car rides, there would never be a pornographic
9   site on his web history?
10      THE WITNESS: I would think so, yeah.
11  BY MR. WEBB:
12      Q   You allege that he shared -- was it on his
13  phone?
14      A   Yes.
15      Q   I believe you also allege in your
16  Complaint that Mr. Russin forced you to watch him
17  masturbate in the car while he watched
18  pornography. Did he take his clothes off in the
19  car?
20      A   He would just unbutton his pants.
21      Q   In the front seat?
22      A   Yes.
23      Q   Are his windows tinted?
24      A   Yes.
25      Q   Were there any other cars around?

119

1       A   Not that I can recall, no.
2       Q   How did he force you to watch?
3       A   I mean, it's not like he, you know, put
4   clamps on my eyes. You know, a lot of times, I
5   would end up just sitting like this against the
6   window, looking out the window. It was -- it
7   seemed like it was the sole fact that I was there
8   in his presence while he was doing it.
9       Q   Would he masturbate to completion?
10      A   Yes.
11      Q   How did he clean up?
12      A   Tissues in his car that he would have.
13      MR. COZZA: Did you ever tell anybody about
14  these masturbation incidents?
15      THE WITNESS: Maria and I kind of went
16  through things. I don't know if she had exact
17  issues. But I was afraid to talk to anyone about
18  anything that was happening because I was having
19  success for the most part with the job, and I had --
20  I had promised to my fiancee, my girlfriend,
21  whatever she was at the time, that I would provide
22  for us because she had student loans and she was
23  moving over here, and so my focus was just I needed
24  to keep a job and I needed to make good money.
25      MR. COZZA: So you said at that point, and

120

1   this was 2019, 2020, you made 78,000, I believe you
2   testified to in '19 and a little over 108,000, I
3   think it was that you testified to, and so that was
4   successful to you? That's what you deemed
5   successful? I'm just clarifying some things.
6       THE WITNESS: Yes.
7       MR. COZZA: Okay. And then in those
8   instances where Mr. Russin, which you allege
9   masturbated in the car, did he ever tell you you
10  cannot leave the car --
11      THE WITNESS: I tried to.
12      MR. COZZA: -- or I will physically harm
13  you?
14      THE WITNESS: I mean, he would -- he
15  would --
16      MS. WILLIAMSON: I'm sorry. Are you asking
17  her if he said those words?
18      MR. COZZA: No. I'm asking if he ever
19  indicated to her that you cannot leave the car or
20  some physical harm will occur to you.
21      THE WITNESS: I mean, he had told me a
22  couple times that he would kill me if I ever left
23  AIL.
24  BY MR. WEBB:
25      Q   When did he say that?

121

1    A He told me once at Stack'd when we went up
2 to eat. He's told me -- I mean, he told me in a
3 few meetings -- not meetings, but in just a few
4 conversations in his office, just you're never
5 leaving here. You know that, right?
6    Q Was it your opinion at that time that he
7 was being serious?
8    A Yes, I mean, he looked pretty serious.
9    MR. COZZA: So your belief was that if you
10 left AIL, he would literally commit a crime of
11 murder?
12    THE WITNESS: Oh, yeah.
13    MR. COZZA: Okay. And you didn't report
14 this at any time?
15    THE WITNESS: Correct.
16    MR. COZZA: And you continued to work with
17 him and spend time with him and speak to him and
18 maintain a friendship with him after all these; is
19 that correct?
20    THE WITNESS: Mm-hmm.
21    MR. COZZA: Okay.
22 BY MR. WEBB:
23    Q You also allege in your Complaint -- I
24 believe it was in the interrogatory responses,
25 that Mr. Russin forced you to watch him have sex

122

1 with another AIL subordinate while on one of these
2 car rides. Please identify that individual.
3    A Maria Folino.
4    Q He had sex with Maria Folino when you were
5 in the car?
6    A Yes.
7    Q What was the date?
8    A We were driving back from Erie. I was
9 actually driving.
10    Q Who's car were you driving?
11    A Kellie Hoffman's.
12    Q What was the date?
13    A Beginning of 2020, I believe.
14    Q Can you give me a month?
15    A No.
16    Q Was the sex consensual?
17    A Yes.
18    MS. WILLIAMSON: I'm sorry, the sex with
19 Maria?
20    Q The sex with between Mr. --
21    MS. WILLIAMSON: To the extent that you
22 know.
23    A To the extent that I know, yes. I mean, I
24 don't know for sure.
25    Q Did she indicate at any time please stop,

123

1 stop having sex with her?
2    A I mean, she seemed uncomfortable.
3    Q What does that mean?
4    A From what I could see, she didn't seem
5 like it was a thrilling time for her. It just
6 kind of seemed like she was going with the flow.
7    Q Was the not thrilling time an indication
8 of nonconsent or is that maybe indicative of the
9 sex itself?
10    A I don't know.
11    MR. COZZA: Did you ever hear the word no?
12    MS. WILLIAMSON: From who?
13    THE WITNESS: From Maria.
14    THE WITNESS: I don't know. I don't know.
15    MR. COZZA: And you testified that you were
16 driving the car at the time, correct?
17    THE WITNESS: Yes.
18    MR. COZZA: Did you not stop the car, go to
19 a police station; you just continued to drive while
20 these two were having sex in the car?
21    THE WITNESS: I did what I was told to do.
22    MR. COZZA: Who told you to do that?
23    THE WITNESS: Michael Russin.
24    MR. COZZA: So Mike told you. So you didn't
25 feel any obligation that this person was having what

124

1 you may have deemed nonconsensual sex to do anything
2 about it, even though you were in control of
3 vehicle?
4    You could unlock the doors; you could stop
5 the vehicle; you could get out of the car at any
6 point in time; but you did none of that, even though
7 Mike was indisposed at the time having sex with this
8 individual in the back seat?
9    THE WITNESS: I mean, I --
10    MS. WILLIAMSON: Asked and answered. You
11 can answer. You can answer if you want.
12    THE WITNESS: I mean, like I said, I did
13 what I was told.
14    MR. COZZA: Did he tell you, you cannot stop
15 the car?
16    THE WITNESS: Yeah.
17    MR. COZZA: And what would happen if you
18 stopped the car?
19    THE WITNESS: I have no idea. I didn't want
20 to find out.
21    MR. COZZA: But he didn't tell you what
22 would happen; he just said don't stop the car?
23    THE WITNESS: He was very aggressive, so.
24    MR. COZZA: What do you mean by aggressive?
25    MS. WILLIAMSON: With threats of killing

125

1   you?
2       THE WITNESS: Threats of killing me?
3       MR. COZZA: Did he say -- in that moment,
4   did he say I will kill you?
5       THE WITNESS: Probably, yes.
6       MR. WEBB: Probably or yes?
7       MR. COZZA: Probably or yes, which is it?
8       MS. WILLIAMSON: If you know. If you don't
9   know, don't guess.
10      THE WITNESS: I don't know. I don't know.
11      MR. COZZA: But it is true, just to be
12  clear, you were driving the car at the time,
13  correct? Is that correct?
14      THE WITNESS: Yes.
15      MR. COZZA: And you had control to unlock
16  the doors, correct?
17      THE WITNESS: Yes.
18      MR. COZZA: And you had the ability to pull
19  the car off the side of the road?
20      THE WITNESS: Yeah, like I said I did what I
21  was --
22      MR. COZZA: It was not a self-driving
23  vehicle?
24      MS. WILLIAMSON: Asked and answered.
25      MR. WEBB: That question was not asked.

126

1       MR. COZZA: But you did not go to a police
2   station?
3       THE WITNESS: I wanted to keep my job.
4       MR. COZZA: I understand what you're stating
5   when you draw assumptions here. I'm asking: Did
6   you go to a police station?
7       MS. WILLIAMSON: Asked and answered.
8       MR. WEBB: You can answer it.
9       THE WITNESS: I just wanted to keep my job.
10      MR. COZZA: Did you go to -- did you tell
11  anybody about this incident?
12      MS. WILLIAMSON: Asked and answered.
13      THE WITNESS: Like I said, no, I wanted to
14  keep my job.
15      MR. WEBB: Let's take a 15-minute break.
16      (A recess was taken.)
17  BY MR. WEBB:
18      Q So just to get back into this here, you're
19  aware that your attorney took the deposition of
20  Geneva Russin?
21      A Yes.
22      Q Geneva testified at her deposition that
23  you had sold her drugs at one point. Is that
24  true?
25      A No.

127

1       Q Okay. She testified that you guys had
2   done drugs together. Is that true?
3       A We had smoked weed together before, yes.
4       Q What about cocaine?
5       A Yes.
6       Q Any other drugs?
7       A No.
8       Q What about Vyvanse?
9       MS. WILLIAMSON: Sorry, what's the word?
10      MR. WEBB: Vyvanse.
11      MS. WILLIAMSON: Vyvanse? I don't know that
12  word.
13      MR. WEBB: I don't know how it's pronounced,
14  but that's how I would pronounce it.
15  V-i-v-a-n-s-y-e, I think. I don't know how to spell
16  it. I can look it up.
17      MS. WILLIAMSON: No, that's okay. Maybe I
18  missed that in her depo.
19      A Did I ever do -- no.
20      Q Okay. Are you aware that your attorney
21  took Jeremiah Russin's deposition?
22      A Yes.
23      Q Jeremiah testified that he personally
24  witnessed you selling drugs in the office. Is
25  that true?

128

1       A No.
2       Q He also testified that he personally
3   witnessed you doing drugs in office. Is that
4   true?
5       A No.
6       Q Have you ever done drugs in the office?
7       A I don't -- I don't know.
8       Q And have you ever sold drugs to another
9   co-worker?
10      A No.
11      MR. COZZA: Have you ever sold drugs to
12  anyone?
13      THE WITNESS: No.
14      MR. COZZA: Have you ever given drugs to
15  anyone?
16      THE WITNESS: Weed, yes.
17      MR. COZZA: Cocaine, have you ever given
18  cocaine to anybody?
19      THE WITNESS: I don't know.
20      MR. COZZA: What about any prescription
21  drugs?
22      THE WITNESS: No. I don't -- no, no.
23      MR. WEBB: These are -- is it Exhibit 4?
24      THE REPORTER: Yes, Exhibit 4.
25      MR. WEBB: Russin 0012 and 0013.

Transcript of Reneé Margaret Zinsky
January 13, 2023

129

1      (Zinsky Deposition Exhibit 4 was marked
2   for identification and is attached to the
3   transcript.)
4   BY MR. WEBB:
5      Q  I'm going to show you two text messages
6   between you and Mike Russin. Can you just take a
7   look at those for me? I'll move this out of your
8   way.
9      **A  Okay.**
10     Q  Does that look like a conversation you had
11  with Mike Russin?
12     **A  I think so.**
13     Q  Okay. Can I -- I'm sorry. Can I look at
14  those? I should have had a separate copy for you?
15     **A  That's okay.**
16     Q  Okay. Can you start at this blue yes and
17  then read down to the bottom.
18     **A  Just like all of it?**
19     Q  Yeah.
20     **A  Mal is finishing her eyeliner. Then I'll
21  be in there like swimwear. Do you need any addy
22  or are you good? I'd take one. Okay for you.
23  Got. Thank you. You got it. Where are you?
24  Coming. Bro. I'm coming. Dude.**
25     Q  And what is an addy?

130

1      **A  Adderall, I would assume.**
2      Q  And were you offering Mike Russin an
3   Adderall in this text exchange?
4      **A  Typically he would always tell me to give
5   him Adderall.**
6      Q  But in this text exchange, were you
7   offering him an Adderall?
8      **A  I don't know.**
9      Q  Okay. So by reading that, you can't
10  determine whether or not you offered to give him
11  an addy?
12     **A  Correct, I don't know.**
13        MR. COZZA:  Did you say previously you have
14  never given anybody prescription drugs?
15        THE WITNESS:  Yes, I did say that to you.
16  BY MR. WEBB:
17     Q  And then on Russin 0013, Exhibit 4,
18  there's a picture that you sent to Mr. Russin. It
19  looks like there's two blue pills. Can you read
20  from after the picture to the bottom of the text?
21     **A  I got these out for you guys and then all
22  hell broke loose. I'm so sorry. Tomorrow let's
23  all hang up. Down for whatever if you're up for
24  it. Sorry to bring some drama on your night. I
25  love you. Thank you both for being the greatest.**

131

1   **Miss you a lot, man.**
2      Q  What are the -- what are the blue pills in
3   the picture?
4      **A  I'm not -- Adderall, I guess. I don't
5   know.**
6         MS. WILLIAMSON:  Don't guess. If you know,
7   you can answer.
8      **A  Sorry. I don't -- I don't know.**
9      Q  Okay. Then just below that, you say, I
10  got these out for you guys and then all hell broke
11  loose. You can't recall what you got out for
12  them?
13     **A  No.**
14        MR. COZZA:  You said previously you have a
15  prescription for Adderall, correct?
16        THE WITNESS:  Yes.
17        MR. COZZA:  Do you know what your Adderall
18  pills that you take look like?
19        THE WITNESS:  They change. It depends on
20  whatever the pharmacy has in stock.
21        MR. COZZA:  Have you seen Adderall pills
22  that look like the ones that are in that text
23  message?
24        THE WITNESS:  Maybe, maybe.
25     Q  Let's see -- where's my -- there they are.

132

1         MR. COZZA:  Did you ever take any drugs at
2   work-sponsored events outside of the office?
3         THE WITNESS:  Other than weed, no.
4         MR. COZZA:  Have you ever taken cocaine?
5         MS. WILLIAMSON:  Do you mean -- I'm sorry.
6         MR. COZZA:  At a work-sponsored event
7   outside of the office.
8         MS. WILLIAMSON:  Physically outside of the
9   office?
10        MR. COZZA:  Physically outside of the
11  office, yes.
12        THE WITNESS:  Like just -- no, I smoked
13  weed, yeah.
14        MS. WILLIAMSON:  Other than what we talked
15  about already, I assume?
16        MR. COZZA:  Yeah, any type of -- cocaine?
17        THE WITNESS:  No.
18        MR. COZZA:  Any ecstasy?
19        THE WITNESS:  No.
20  BY MR. WEBB:
21     Q  Any drugs that were not prescribed to you?
22     **A  No.**
23        (Zinsky Deposition Exhibit 5 was marked
24  for identification and is attached to the
25  transcript.)

Transcript of Reneé Margaret Zinsky
January 13, 2023

133

1    Q I'm going to show you a picture that your
2 counsel produced in your initial disclosures. Do
3 you recognize this photo?
4    **A Yes.**
5    Q Exhibit 5, Russin -- Zinsky 00001. What
6 is that a picture of?
7    **A It appears to be Michael Russin naked.**
8    Q Okay. Was this picture sent from Michael
9 Russin's Snapchat to you?
10   **A Yes.**
11   Q Okay. So he took that photo and sent a
12 Snapchat of himself naked to you directly?
13   **A Yes.**
14   Q Okay. When was this photo sent?
15   **A I don't know, April or May of 2019.**
16   Q Did you take a screen shot of the photo?
17   **A I took a picture of it, yes.**
18   Q Why did you take a picture of it?
19   **A Because it caught me off guard, and it was**
20 **my boss, and it felt like it was something not**
21 **okay, so I took a picture of it.**
22   Q Have you ever asked to see Mr. Russin
23 naked?
24   **A No.**
25   Q Have you ever seen Mr. Russin naked

134

1 outside of that photograph?
2    **A Yes, the multiple times he -- yes.**
3    Q Okay. You said multiple times. Can you
4 identify the times?
5    **A The multiple times in his car where he**
6 **would either unbutton his pants or pull his pants**
7 **down.**
8    MR. COZZA: Did you ever report receiving
9 that photo to anybody?
10   THE WITNESS: No.
11   MR. COZZA: Did you ever show it to anybody?
12   THE WITNESS: I don't think so. I don't
13 know.
14   MR. COZZA: When you said you saw --
15 Mr. Webb said you saw Mr. Russin naked on multiple
16 occasions. Full body naked?
17   THE WITNESS: Not full body naked, no.
18 BY MR. WEBB:
19   Q I'm going to show you a series of videos.
20   MR. WEBB: So, Amy, we'll start with Exhibit
21 6, and we'll start with Russin 00052.
22   THE REPORTER: And is there audio with this?
23   MR. WEBB: I think there is audio.
24 Actually, I don't think there's words so you don't
25 have to worry about it.

135

1    (Zinsky Deposition Exhibit 6 was marked
2 for identification and is attached to the
3 transcript.)
4    Q So you testified earlier that you had
5 never engaged in activities in the office that you
6 would describe as, I guess, in opposite of your
7 morality?
8    **A I didn't testify --**
9    MS. WILLIAMSON: Object to the form of the
10 question.
11   Q Okay. Did you testify earlier that the
12 things that went on in the AIL office were not in
13 line with your morals?
14   **A That was in regards to the fraud.**
15   Q Okay.
16   **A But, yeah, a lot of things that went on**
17 **were things that I had never been exposed to**
18 **before.**
19   Q Okay. Did you ever engage in any
20 inappropriate office conduct?
21   **A Only what Mike told us to engage in.**
22   Q Okay. So if Mike told you to behave
23 inappropriately in the office, that's the only
24 time you would do so?
25   **A Yeah, pretty much, I mean. Yeah, most of**

136

1 **everything we did was to boost our culture and**
2 **boost the way we look and be these fun, goofy**
3 **weirdos that make a lot of money.**
4    Q Okay. So I'm going to --
5    MR. WEBB: Did you say 5?
6    THE REPORTER: 6.
7    MR. WEBB: Exhibit 6, which is marked as
8 Russin 00052.
9    (Video playing)
10   **A Yeah. It was a callout. Mike was taking**
11 **that video.**
12   Q Can you describe for me what's appearing
13 that video?
14   **A Some callout for not hitting the amount of**
15 **calls that we had to make.**
16   Q So when you didn't hit the amount of
17 calls you had to make, a co-worker of yours would hump
18 you?
19   **A It depended on the callout. They changed**
20 **all of the time.**
21   Q And that was conduct that you would say
22 was appropriate for the office?
23   MS. WILLIAMSON: Object to the form of the
24 question.
25   Q Would you consider that conduct

137

1 appropriate for the office?
2    **A This was my first real --**
3    Q Just a yes or no.
4    **A No.**
5       MR. WEBB: This is Exhibit 7, Russin 000048.
6  This one does have sound.
7       (Zinsky Deposition Exhibit 7 was marked
8  for identification and is attached to the
9  transcript.)
10 BY MR. WEBB:
11    Q I'm going to play this.
12    (Video playing.)
13    Q Does this video look familiar to you?
14    **A No. It looks like somebody was taking it**
15 **of me. There I was miserable making calls.**
16    Q Can you describe what you were doing at
17 the beginning of the video?
18    **A I have no idea, being weird.**
19    Q Okay.
20    **A Being a weirdo.**
21    Q It looks to me like you're patting at --
22       MR. WEBB: I'll try to get the volume louder
23 for you, Amy. Here, let me bring it closer to you
24 so you can hear volume and then I'll bring it back.
25 I'll bring it closer to you to extent you haven't

138

1  heard it.
2       Is it not coming out? What's going on? I
3  wanted to try to connect it to the TV earlier, but I
4  just was already running behind. There's where it
5  starts?
6       MS. WILLIAMSON: For what it's worth, I had
7  a hard time hearing it on my computer.
8  BY MR. WEBB:
9    Q It appears to me that the sound says Rach,
10 come pat it. Was that accurate, Reneé?
11       MS. WILLIAMSON: I'm sorry. What did you
12 say? It says what?
13       MR. WEBB: Rach, come pat it.
14       MS. WILLIAMSON: Oh.
15 BY MR. WEBB:
16    Q I mean, I can bring it closer and turn
17 the volume up. If we can't get it, I can go get
18 headphones or something.
19    **A Yeah, I don't know. I don't know. I**
20 **don't know, but I don't know what I -- I don't**
21 **know what I even am saying there.**
22    Q Does it look like to you from this video
23 that you are patting your vagina?
24    **A No.**
25    Q You wouldn't say that at the beginning of

139

1  this video you are taking your hand and patting
2  yourself on the vagina?
3    **A I mean, I wasn't touching anything, so,**
4  **no, it looks like my hand wasn't even on my**
5  **vagina.**
6    Q Okay. Are you making the motion like
7  you're going to pat your vagina?
8    **A If you want to call it that, I guess so.**
9       MR. COZZA: What would you call it?
10       THE WITNESS: I don't know. I don't even
11 know what video's --
12       MR. COZZA: That's you in the video,
13 correct?
14       THE WITNESS: Yes, that's me in the video,
15 but I don't know what that video is.
16       MR. COZZA: This is you in the video,
17 correct?
18       THE WITNESS: Yeah, that's me.
19       MR. COZZA: And you can't identify what
20 you're doing in this video?
21       THE WITNESS: No.
22       MR. COZZA: Okay. Is your hand, is your
23 right hand, in the video in a patting motion toward
24 your vagina?
25       Whether it's touching your vagina or not is

140

1  not the issue. Are you moving your right hand in a
2  manner as to -- forward and back towards and away
3  from your vagina.
4       MS. WILLIAMSON: Asked and answered.
5       MR. COZZA: That wasn't asked and answered.
6  You can answer it.
7       THE WITNESS: I don't know.
8  BY MR WEBB:
9    Q Okay. Is that the AIL office?
10    **A Yes.**
11    Q Would you agree with me that patting your
12 vagina in the office is not appropriate workplace
13 conduct, yes or no?
14    **A Yes.**
15    Q All right. I'm going to play another
16 video.
17       MR. WEBB: This is Exhibit 8. It's Russin
18 00051 is the Bates number. This one does have sound
19 and you should be able to hear it.
20       (Russin Deposition Exhibit 8 was marked
21 for identification and is attached to the
22 transcript.)
23       (Video playing.)
24 BY MR. WEBB:
25    Q Is that you in the blue shirt?

141

1    A  It's green, but, yes.
2    Q  Green shirt.  My wife always says that I
3  get colors wrong, too, but I think that's blue.
4       MS. WILLIAMSON:  I'd call it teal.
5       MR. WEBB:  Teal, okay.
6    Q  A shade of greenish-blue?
7       MS. WILLIAMSON:  Turquoise.
8    A  Yes.
9    Q  Is that in the AIL office?
10   A  Yes.
11   Q  Who's the other woman in the video?
12   A  Janine.
13   Q  What's Janine's last name?
14   A  Bonet.
15   Q  How do you spell that?  If you don't know,
16  that's okay.  Like French Bonet, B-o-n-e-t, okay.
17  What would you describe is occurring in this
18  video?
19   A  Us just being -- I don't know.  We're just
20  being goofy.
21   Q  Okay.  You're just being goofy?
22   A  Yeah.  We were just talking about -- I
23  don't even know what we're talking about,
24  something.
25   Q  Do you physically grope her breast there

142

1  in the video?
2    A  No.
3    Q  What would you describe that as?
4    A  We were doing something weird.  I don't
5  know.
6    Q  Did you make contact with her breast?
7    A  Not that it looks like.
8       MS. WILLIAMSON:  Where do you see that?
9    A  Yeah, I don't know where you see that.
10   Q  Right there.
11   A  That's her -- it looks like her arm that I
12  touched, her arm.
13   Q  Okay.  You said this was in the AIL
14  workplace, right?
15   A  Yep.
16   Q  And would you consider this appropriate
17  workplace conduct?
18   A  I mean, in that workplace, yeah.
19   Q  Okay, and this conduct was --
20   A  -- anywhere else, I guess.
21   Q  This was conduct that you personally felt
22  was appropriate for the workplace?
23      MS. WILLIAMSON:  For that workplace?  Are
24  you asking her that workplace or any workplace?
25   A  For that workplace, yeah, it was normal

143

1  for stuff like that.
2    Q  Any workplace.
3    A  This was my first business job, so how
4  everything went on in there was what I knew a
5  workplace should look like.
6    Q  Okay.
7       MR. WEBB:  I'm going to play another video.
8  Exhibit 9, it's Russin 00055
9       (Zinsky Deposition Exhibit 9 what's
10  marked for identification and is attached to the
11  transcript.)
12      (Video playing.)
13  BY MR. WEBB:
14   Q  Is this you in the video?
15   A  Yeah, I was being held down, gripped
16  tightly by Mike.
17   Q  What were you doing while he was holding
18  you?
19   A  Humping him, it looks like.
20   Q  Okay, just one second.  I'm just going to
21  mark my place for when we come back.  I still have
22  some more stuff, but I just want to move on to
23  something else.
24      Okay.  Remind me again when you and
25  Mallory Fry were married.  October of '22?

144

1    A  October, mm-hmm.
2    Q  Did you ever tell Mallory before you guys
3  were married anything about Michael Russin's
4  behavior in the workplace?
5    A  I don't know.
6    Q  You can't recall any conversations that
7  you had regarding Mike Russin at all or just
8  regarding his behavior in the workplace?
9    A  I mean, Mike Russin -- like regarding his
10  behavior.
11   Q  So you never spoke about, you know, this
12  alleged sexual assault with your fiancee?
13   A  Not immediately, no.
14   Q  When did you tell her?
15   A  I don't know the exact date.
16   Q  Was it before you were married?
17   A  I don't know.
18   Q  What did you tell her?
19   A  Pretty much everything, broke down to her.
20   Q  What did she say?
21   A  She was there for me, that she loved me
22  and that she can't believe that I went through the
23  things that I went through and just being a
24  supportive whatever she was, fiancee, wife.
25   Q  Did you ever have any affairs while you

Transcript of Reneé Margaret Zinsky
January 13, 2023

145

1 and Mallory were together?
2    A  No.
3    Q  Has Mallory had any affairs?
4    A  No.
5        MR. COZZA:  How long have the two of you
6 been together?
7        THE WITNESS:  Five years.
8        MR. COZZA:  Five years.
9        THE WITNESS:  A little over five years now.
10 BY MR. WEBB:
11    Q  I'm going to circle back to some stuff we
12 were talking about earlier.  So I apologize for
13 jumping around.
14    A  That's all right.
15    Q  Okay.  So I want to talk to you about your
16 claims for wage loss that you've made.  So in your
17 second amended Complaint you state that as a
18 result of the sexual assault by Mr. Russin you
19 suffered lost wages.  Describe to me how you were
20 forced to lose wages by Mr. Russin's supposed
21 behavior.
22    A  I broke down over time and ended up not
23 being able to perform like I was.
24        MR. COZZA:  Did you ever take time off work
25 because of this?

146

1        THE WITNESS:  No.  I just wasn't all there
2 when it came down to running appointments.
3 BY MR. WEBB:
4    Q  And when did that start?
5    A  Probably like the middle of -- I really
6 started to decline probably end of 2020.
7    Q  When you say decline, what do you mean?
8    A  Become mentally unstable.  I was not okay.
9 So when it came down to being able to meet with
10 clients and be happy like I used to be able to do,
11 I wasn't able to do that.
12    Q  When did you stop taking appointments at
13 AIL or stop working in the capacity as an agent?
14    A  July of 2021, I think.  Around there, June
15 or July.
16    Q  So between July of '21 -- and I think
17 September is when you started at Virgo  Garnet?
18    A  Yes.
19    Q  So between July and September, were you
20 unemployed?
21    A  No.
22    Q  Other than the fact that this contract was
23 still in place?
24    A  Oh, yes.
25    Q  You earned no income during that time?

147

1    A  Correct.  I don't think so.
2    Q  Okay.
3        MR. COZZA:  Did you ever file for
4 unemployment?
5        THE WITNESS:  There was like a -- when COVID
6 happened, there was a contractor --
7        MR. COZZA:  Let me restate the question.
8 From July of '21 to September of '21.
9        THE WITNESS:  No, we couldn't file for
10 unemployment.
11        MR. COZZA:  You didn't file for
12 unemployment, okay.
13 BY MR. WEBB:
14    Q  Aside from Virgo  Garnet and Rover 3PL --
15 3PL?
16    A  Yeah.
17    Q  Did you apply to any other jobs?
18    A  I did some work on movie productions.  I
19 worked on Pale Blue Eye.
20    Q  What is that?
21    A  A movie that Christian Bale was in.
22    Q  Was it filmed in Pittsburgh?
23    A  Yes.
24    Q  And that was between July and September of
25 '21?

148

1    A  Yeah.  I did that -- I mean, it was -- I
2 did it through -- into 2022 as well.
3    Q  How much money did you make from that?
4    A  Like a few thousand dollars.  I don't know
5 for sure.  Just enough to make sure bills were
6 paid and stuff.
7    Q  How did you get that job?
8    A  Through a a -- through a friend, Christine,
9 Christina.  She had nothing to do with AIL, but
10 that's somebody I talked to, and, hey, come and
11 help out, so I did.
12    Q  Did you have any other sources of income
13 between July of '21 and September of '22?
14    A  Not that I can recall, no.
15    Q  What about from July '21 until the
16 present, other than Virgo  Garnet and Rover 3PL
17 and AIL?
18    A  Yes, Nillam Logistics, which was just
19 another courier company where we picked up COVID
20 tests from production sites and took them to labs.
21    Q  Can you spell that for me?
22    A  N-i-l-l-a-m, Nillam Logistics.
23    Q  How long did you work there?
24    A  I'm technically still contracted with
25 them, so until present.

Transcript of Reneé Margaret Zinsky
January 13, 2023

38 (149 to 152)

149

1    Q  How were you paid?
2    A  Just weekly direct deposit or -- yeah --
3    no, that job was every other week.  I'm sorry.
4    Q  What was your rate?
5    A  Flat rate, $100 a pickup.
6    Q  How many pickups did you do approximately?
7    A  Like in a day, like per day?
8    Q  Yeah, per day.
9    A  Typically, one or two.
10   Q  And how many months did you work for
11   Nillam?  You're still contracted there, but how
12   many were you active for?
13   A  Probably like six -- probably like --
14   probably like four or five.
15   Q  And how many days a week?
16   A  Typically five.  It kind of varied when
17   they needed tests done or not.  It was up in the
18   air.  It varied every day.
19   Q  Aside from those four jobs, Pale Blue Eye,
20   Nillam, Rover 3LP --
21   A  Virgo  Garnet.
22   Q  -- Virgo  Garnet, any other jobs?
23   A  No.
24       MR. COZZA:  Did you have any other sources
25   of unreported income?

150

1        THE WITNESS:  No.
2    BY MR. WEBB:
3    Q  Have you ever previously suffered from any
4    mental health disorders?
5    A  No.  I have anxiety.
6    Q  Is it diagnosed?
7    A  Yes.
8    Q  When were you diagnosed with anxiety?
9    A  Gosh, I don't know.
10   Q  By your PCP?
11   A  Yes.
12   Q  Who is your PCP?
13   A  Dr. Federoff, Susan Federoff.
14   Q  Where's she out of?
15   A  Wexford.
16   Q  What's the practice?
17   A  It was Dr. Federoff.  Now it's like Martin
18   Gregorio is the guy who took over.
19   Q  Are you on any medication for anxiety?
20   A  Yes.
21   Q  What is it?
22   A  Lexapro.
23   Q  For how long have you been taking Lexapro?
24   A  I don't -- I don't know.
25   Q  Have you been taking it since before 2018?

151

1    A  I don't know.
2    Q  Can you put a range, the last five years,
3    the last ten years?
4    A  The last four to five years.
5    Q  Any other medication for mental illness,
6    such as anxiety, depression, bipolar?
7    A  The only other medication is as needed for
8    anxiety and it was Hydroxyzine.  I think it's
9    like --
10   Q  How often do you take that?
11   A  Just as needed.  So recent -- recently,
12   I've been taking it every night.  But, really,
13   just when I feel an anxiety attack coming on or
14   extra anxious, that's when I take it.
15   Q  The Lexapro, were you on that the entire
16   time you were employed at AIL?
17   A  I don't know when I got prescribed it, but
18   if I got it before then, then, yeah.  I mean, I
19   take my medication as directed, so.
20   Q  Were there any times between 2019 and 2021
21   when you stopped taking your Lexapro?
22   A  No.
23   Q  Can you estimate for me on a weekly basis
24   how many times you take -- I didn't get the --
25   A  Hydroxyzine.

152

1    Q  Hydroxyzine.
2    A  Do you need me to spell it?
3    Q  No, that's okay.  I'm just going to guess.
4    A  How often I take it in a week?
5    Q  Yeah, if you can just estimate.
6    A  On average, like two nights maybe.
7    Q  How long have you been taking that two
8    nights per week?
9    A  Probably since 2021, end of 2021.
10   Q  Okay.  And is that when you first started
11   taking the Hydroxyzine?
12   A  No.  That's when I first started taking it
13   more regularly.
14   Q  Prior to 2021, about how often per week
15   did you take Hydroxyzine?
16   A  Maybe two times a month, maybe.  I mean,
17   it varied, you know, whenever.
18       MR. COZZA:  How about the Adderall, how
19   often do you take that?
20       THE WITNESS:  Every day.
21   BY MR WEBB:
22   Q  Are any of these medications that you
23   cannot drink alcohol on?
24   A  No, not that I was ever told.
25   Q  Do you drink alcohol while you're on

153

1  Lexapro?
2  **A  No, I really don't drink at all.**
3  Q  What about between 2019 and July of 2021,
4  did you ever drink while you were on Lexapro?
5  **A  I would have a drink or two, yes, but**
6  **never anything excessive.**
7  MR. COZZA:  Were you ever intoxicated during
8  2019 to 2021?
9  THE WITNESS:  No.  I've never been a big
10  drinker.
11  MR. COZZA:  What is the most amount of
12  drinks you can remember having in an evening?
13  THE WITNESS:  Like dating back to like --
14  MR. COZZA:  '19 to '21, 2019 to 2021.
15  THE WITNESS:  Oh, three.
16  BY MR WEBB:
17  Q  Have you ever drank while you're on
18  Hydroxyzine?
19  **A  No.**
20  Q  How about Adderall?
21  **A  No, no.**
22  MR. COZZA:  You stated that Lexapro is a
23  daily medication, correct?
24  THE WITNESS:  Lexapro, yes.
25  MR. COZZA:  And you testified you never

154

1  drank when you were on Lexapro, correct?
2  THE WITNESS:  No.  I said I'd have two or
3  three.  He just asked Hydroxyzine.
4  MR. COZZA:  So you have drank when you're on
5  Lexapro, but you have not had drinks while you were
6  on Hydroxyzine or Adderall is your testimony; is
7  that right?
8  THE WITNESS:  I think.
9  MR. COZZA:  Let me rephrase that.  So your
10  testimony is you have drank while taking Lexapro,
11  correct?
12  THE WITNESS:  Yes.
13  MR. COZZA:  And you have not ever drank
14  while on Hydroxyzine or Adderall?
15  THE WITNESS:  Yes.  I guess whenever you
16  take Adderall every day -- so let me rephrase that.
17  When you're prescribed something every day and you
18  have a couple drinks, a drink or two, then, yes.
19  Adderall, yes.  Hydroxyzine, no.
20  MR. COZZA:  Is Adderall, to your knowledge,
21  something that should not be taken with alcohol?
22  THE WITNESS:  Not that I was ever made known
23  of.
24  MR. COZZA:  Are there any warning labels on
25  your bottles that you're aware of?

155

1  THE WITNESS:  I don't think so.  I don't
2  know.
3  BY MR. WEBB:
4  Q  Who was your PCP in 2018?  Was it still
5  Federoff?
6  **A  Yeah.**
7  Q  And she's been your PCP from then until
8  present?
9  **A  Mm-hmm.**
10  Q  Okay.  Have you treated with any other
11  specialists for mental health issues 2018 to
12  present?
13  **A  I have a therapist.**
14  Q  Who is your therapist?
15  **A  Desliee Smith.**
16  Q  Where does she work out of?
17  **A  Cranberry Psychological Center.**
18  Q  How long have you been going to Miss Smith
19  or Dr. Smith?
20  **A  A couple months.**
21  Q  So end of 2022?
22  **A  Like middle to end, maybe.**
23  Q  And you're still treating with her?
24  **A  Yeah.**
25  MS. WILLIAMSON:  I'm sorry.  I object to the

156

1  form of the question.  She said a couple months.  I
2  mean, we're not --
3  MR. WEBB:  I'll rephrase it.
4  MS. WILLIAMSON:  Okay.
5  Q  You started treating with Miss Smith,
6  Dr. Smith, at the end of '22, November or
7  December, and you're still treating with her now?
8  **A  Yeah.**
9  Q  Okay.  Are there any other specialists
10  that you're treating with for mental health
11  issues?
12  **A  No.  There were a few times I had tried to**
13  **find a psychologist.  I actually had an**
14  **appointment with somebody at Wexford Counseling**
15  **and Wellness Center, I think is what it is called,**
16  **but it was virtual and the connection was terrible**
17  **and I got super frustrated, and I got off of it.**
18  **But, no, other than that, no.**
19  Q  How many days a week have you been
20  treating with Miss Smith -- Dr. Smith?  I'm going
21  to get it right one of these times, Dr. Smith.
22  **A  It was about once a week.  I was supposed**
23  **to see her today, actually, but I had to move it.**
24  MR. COZZA:  Is the therapist -- is she a
25  psychologist or psychiatrist or is she a licensed

Transcript of Reneé Margaret Zinsky
January 13, 2023

157

1  therapist or are you aware?
2      THE WITNESS:  I don't know.  I just go to
3  whoever I --
4      MR. COZZA:  You're not aware if she's
5  actually a psychologist or psychiatrist or just like
6  someone with a master's degree or a licensed
7  therapist?
8      THE WITNESS:  I know she has a lot of stuff
9  under her, but I don't know the specifics of it.
10     MR. COZZA:  And then the Wexford -- what was
11 the name of the place, the Wexford --
12     THE WITNESS:  Counseling and Wellness
13 Center.
14     MR. COZZA:  When did you make that
15 appointment?
16     THE WITNESS:  God, I don't know.  I don't
17 know.  It was sometime in 2022.
18     MR. COZZA:  Do you have a record of the
19 confirmation of that appointment?
20     THE WITNESS:  Possibly, but I'm not sure.
21     MR. WEBB:  I think that might have been
22 indicated in the --
23     MS. WILLIAMSON:  We listed it.
24     MR. WEBB:  Yeah, I think it was listed.
25     MR. COZZA:  But there was no -- you went to

158

1  no psychologists or specialists for mental health
2  between 2019 and 20 -- before 2022?
3      THE WITNESS:  Other than my doctor, I don't
4  think so.
5  BY MR WEBB:
6      Q  You said that Dr. Federoff prescribes you
7  with Lexapro, Hydroxyzine and Adderall.  Does she
8  prescribe you with any other medications?
9      **A  Like including like when I was sick?**
10     Q  Mm-hmm.
11     **A  I mean, probably when I got sick.**
12     Q  In the last -- since 2019 until now.
13     **A  Like antibiotics when I'm sick, yeah.**
14     Q  Have you treated with her for any other
15 injuries between 2019 and present?
16     **A  No, I don't think so.**
17     MR. COZZA:  No physical injuries, no -- how
18 often -- let me rephrase that question.  How often
19 did you see your PCP between 2019 and 2021?
20     THE WITNESS:  Well, I go for a yearly
21 checkup.  I get blood work done.  I have a BRCA1
22 gene, so I go get stuff done for that.
23 BY MR. WEBB:
24     Q  What is that?
25     **A  I'm high risk for breast and ovarian**

159

1  cancer.
2      MR. COZZA:  Did you ever during that 2019 to
3  '21 period, other than your annual checkup or blood
4  work, go to your PCP for any physical injury or any
5  other ailment?
6      THE WITNESS:  Probably.  I think so.
7  BY MR WEBB:
8      Q  What would else would you have treated
9  with her for?
10     MR. COZZA:  If you remember.
11     **A  I don't know, if I had a sore throat or,**
12 **you know, just a sickness.**
13     Q  You allege in your Complaint that Mr.
14 Russin's actions caused you to suffer from severe
15 emotional distress.  Describe to me how that
16 distress has impacted your daily life.
17     **A  I am an anxious person on a daily -- like**
18 **severely anxious, more anxious than I've ever**
19 **been.  It's caused problems, you know, to the**
20 **point where I'm just questioning things at home.**
21     **I'm just -- I don't sleep very well.  I**
22 **have flashbacks.  I have -- there was a time --**
23 **there were times where I told Mallory I wanted to**
24 **kill myself.**
25     Q  When was that?

160

1      **A  Probably like the majority of 2021.  The**
2  **majority of 2021 I was severely depressed.**
3      MR. COZZA:  Was that ever reported to a
4  suicide hotline?
5      THE WITNESS:  She -- no.  She threatened it
6  a couple times.
7  BY MR. WEBB:
8      Q  Did you report that to your doctor?
9      **A  Yes.**
10     Q  Which doctor?
11     **A  Dr. Federoff.**
12     MR. COZZA:  So that would be in the medical
13 records, I assume then.
14     THE WITNESS:  I would hope so.
15     MR. COZZA:  You said you've been treating
16 for anxiety for quite sometime, correct, or you said
17 you've been diagnosed with anxiety for at least four
18 or five years, if I remember correctly?
19     THE WITNESS:  Yes.
20 BY MR. WEBB:
21     Q  Have you ever threatened to commit suicide
22 prior to that instance?
23     **A  No.**
24     MR. COZZA:  When you say that you -- that it
25 caused you to question things.  What does that mean?

161

1    THE WITNESS:  Like I just was an overly
2  anxious person.  Like I would have anxiety attacks
3  here and there turned into I would have an anxiety
4  attack at least once a day.  So I guess questioning
5  things isn't -- questioning why I was having
6  anxiety, questioning myself, like questioning life,
7  questioning what is normal in life and what is not,
8  questioning life in general.
9  BY MR. WEBB:
10   Q  Did you tell anyone else about these
11 thoughts of self-harm and depression, other than
12 Mallory and your doctor?
13   **A  No, I don't -- no.**
14   Q  Okay.  How did your struggle with mental
15 health from 2021 to present affect your daily
16 life?  Did it limit your ability to complete
17 tasks, things around the home?
18   **A  I just had no motivation to do anything.**
19 **I was like super into going to the gym.  Zero**
20 **motivation to go to the gym.**
21    MR. COZZA:  When was the last time you've
22 been to the gym?
23    THE WITNESS:  Actually, a couple days ago.
24 BY MR. WEBB:
25   Q  New Year's resolution?

162

1    **A  Yeah, yeah.  Why wife is actually --**
2    MS. WILLIAMSON:  Don't tell Mike Russin
3  about New Year's resolutions.
4    **A  My wife is a fitness instructor, so like,**
5  **you know, it's kind of hard to -- she's good at**
6  **giving me that push, but...**
7    Q  Where does she work at?
8    **A  She works for Row House corporate.**
9    Q  Where's that?
10   **A  Well, she's a master coach for Row House**
11 **corporate.  She works at Row House on McKnight**
12 **Road.**
13   Q  Okay.
14   **A  And she's also a bartender.**
15   Q  Where at?
16   **A  House of a Thousand Beers.**
17    MR. COZZA:  When did you start going back to
18 the gym?
19    THE WITNESS:  This year.
20    MS. WILLIAMSON:  Object to the form of the
21 question.
22    MR. COZZA:  Did you start going back to the
23 gym prior to the time you just mentioned?
24    THE WITNESS:  No.
25    MR. COZZA:  So that was the first time you'd

163

1  went to the gym in how long?
2    THE WITNESS:  Months.
3    MR. COZZA:  How often --
4    THE WITNESS:  I mean, I would make
5  appearances at the gym here and there, but I
6  wouldn't actually do too much because I just wasn't
7  motivated.  I'd show up and maybe walk on the
8  treadmill, but that was it.
9    MR. COZZA:  Okay.
10 BY MR. WEBB:
11   Q  Have you been on vacations since July of
12 2021?
13   **A  I think so.**
14   Q  Where to?
15   **A  I don't know when I went to -- I mean, we**
16 **have a beach house in Florida, my family.**
17   Q  What part of Florida?
18   **A  St. Augustine.**
19   Q  Nice.  My Dad has a place in Ponce Inlet,
20 just south of Daytona.
21   **A  Yeah.**
22   Q  Have you been there since July of 2021?
23   **A  I think we went this past -- I'm pretty**
24 **sure we went this past year.  I want to say maybe**
25 **in June.**

164

1    Q  Did you and Mallory go on a honeymoon?
2    **A  No, not yet.  We meant to do that at the**
3  **end of this year.**
4    Q  You mentioned Colorado.  When did you go
5  to Colorado?
6    **A  I think it was September of 2021.**
7    Q  Who did you go with?
8    **A  My wife.  My wife, my fiancee at the time.**
9    Q  If you went to St. Augustine in June of
10 '22, who did you go with?
11   **A  Mallory.**
12   Q  Would your dad have been there, too?
13   **A  No.**
14   Q  What did you guys do in St. Augustine?
15   **A  Hit the beach, go into downtown**
16 **St. Augustine, eat food.  Just relax, try to**
17 **relax.  That's about it.**
18   Q  How about in Colorado?
19   **A  Hiked, ate.  Hiked and ate.**
20   Q  What part of Colorado?
21   **A  We stayed in Estes, Estes Park, which is**
22 **like right by the Rocky Mountains, which we are**
23 **going back to Colorado in June.  I don't know if**
24 **that's relevant, but I might as well tell you guys**
25 **that now.**

Transcript of Reneé Margaret Zinsky
January 13, 2023

165

1     Q  Other than that, going to Colorado in
2  June, do you have any other trips planned for this
3  year?
4     A  Not yet.  We're trying to plan a trip out
5  of the country for the honeymoon.  We just don't
6  know exactly where, which place we want to go to
7  yet.
8     Q  Have you narrowed it down?
9     A  Well, so I really want to go to St.
10 Lucia.  She wants to go to Greece.  I want to go
11 to Greece, too.  She wants to go.  We might just
12 flip a coin, honestly, and see which one we should
13 do first.
14    MR. WEBB:  I think this is kind of a good
15 natural stopping point, if I'm going to be honest.
16    MS. WILLIAMSON:  Okay.
17    MR. COZZA:  Yeah, I was going to say the
18 same thing.
19    THE REPORTER:  Amy, do you need a copy of
20 the transcript?
21    MS. WILLIAMSON:  Yeah, whenever.
22    THE REPORTER:  Ben, I'm assuming you also
23 need the transcript.
24    MR. WEBB:  Yeah, please.
25    (Off the record at 12:52 p.m.)

166

1          ACKNOWLEDGEMENT OF DEPONENT
2     I, RENEÉ MARGARET ZINSKY, do hereby
3  acknowledge that I have read and examined the
4  foregoing testimony, and the same is a true, correct
5  and complete transcription of the testimony given by
6  me, and any corrections appear on the attached
7  Errata sheet signed by me.
8
9  _____ _____
10    (DATE)          (SIGNATURE)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

167

1     CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2     I, Amelia Bowlen, Registered Diplomate
3  Reporter and Certified Realtime Reporter, the
4  officer before whom the foregoing deposition was
5  taken, do hereby certify that the foregoing
6  transcript is a true and correct record of the
7  testimony given; that said testimony was taken by
8  me stenographically and thereafter reduced to
9  typewriting under my supervision; and that I am
10 neither counsel for or related to, nor employed by
11 any of the parties to this case and have interest,
12 financial or otherwise, in its outcome.
13    IN WITNESS WHEREOF, I have hereunto set my
14 hand and affixed my notarial seal this 17th day
15 of January, 2023.
16 My commission expires July 19, 2024.
17
18
19
20
21 AMELIA BOWLEN, RDR, CRR
22 NOTARY PUBLIC IN AND FOR
23 THE COMMONWEALTH OF PENNSYLVANIA
24
25

Transcript of Reneé Margaret Zinsky
January 13, 2023

43

**A**

**ability**
10:17, 104:24,
105:11, 125:18,
161:16
**able**
49:3, 114:4,
140:19, 145:23,
146:9, 146:10,
146:11
**above**
33:20, 34:7,
34:8, 38:4,
48:10
**absolutely**
36:15, 36:19,
80:1, 80:11,
118:1
**access**
15:24, 16:10,
16:15, 16:23,
65:16
**accessed**
16:22
**account**
16:5, 16:8,
16:21, 16:24,
17:3, 22:17
**accounts**
15:24, 16:2,
16:14
**accurate**
46:16, 138:10
**acknowledge**
104:11, 166:3
**acknowledgement**
166:1
**across**
11:13
**act**
104:5
**action**
1:6
**actions**
159:14
**active**
149:12

**actively**
68:7, 69:6,
69:9
**activities**
135:5
**acts**
80:3, 104:13
**actual**
23:13, 55:6,
96:15, 96:16,
96:17, 102:17
**actually**
8:9, 11:24,
24:4, 24:5,
25:3, 35:3,
58:18, 60:11,
62:21, 77:7,
85:17, 114:8,
122:9, 134:24,
156:13, 156:23,
157:5, 161:23,
162:1, 163:6
**add**
36:25
**added**
27:11
**adderall**
41:6, 41:7,
130:1, 130:3,
130:5, 130:7,
131:4, 131:15,
131:17, 131:21,
152:18, 153:20,
154:6, 154:14,
154:16, 154:19,
154:20, 158:7
**address**
7:9, 7:12,
7:20, 7:21, 92:9
**addy**
129:21, 129:25,
130:11
**administered**
108:13, 112:5,
112:8, 116:5
**advance**
92:1
**advances**
40:13

**affairs**
144:25, 145:3
**affect**
10:17, 161:15
**affirmed**
5:4
**affixed**
167:14
**afraid**
119:17
**after**
6:13, 9:8,
25:22, 27:1,
31:21, 60:3,
69:5, 79:7,
83:13, 86:25,
87:24, 88:1,
88:3, 98:24,
110:10, 113:15,
113:16, 116:9,
121:18, 130:20
**afternoon**
6:20, 108:19
**afterwards**
82:5, 98:25
**again**
25:22, 26:1,
40:18, 48:6,
53:19, 53:24,
63:3, 92:25,
103:11, 108:12,
109:11, 143:24
**against**
5:11, 39:3,
76:6, 78:5,
78:7, 85:7,
89:8, 89:13,
89:16, 89:23,
89:24, 92:15,
93:18, 119:5
**age**
9:2
**agencies**
1:10, 21:8
**agency**
24:14, 28:8,
33:12, 64:9,
64:11

**agent**
23:19, 24:9,
26:6, 30:3,
30:13, 32:5,
34:3, 34:16,
34:20, 34:21,
34:22, 34:24,
35:1, 35:7,
35:9, 47:6,
47:7, 51:14,
51:19, 52:7,
52:8, 52:10,
52:11, 52:17,
52:18, 53:5,
53:6, 53:14,
53:15, 53:21,
54:15, 54:19,
54:20, 57:8,
57:9, 60:19,
60:20, 60:21,
61:14, 61:15,
61:21, 61:22,
61:25, 66:17,
67:12, 68:6,
68:7, 68:20,
69:2, 73:10,
73:13, 76:24,
146:13
**agents**
57:11, 57:12,
57:16, 57:24,
67:8, 78:16,
78:17, 93:3,
95:9
**aggressive**
124:23, 124:24
**aggressively**
82:22
**ago**
8:16, 40:1,
71:16, 71:17,
77:23, 161:23
**agree**
78:18, 79:5,
140:11
**agreeing**
78:19
**agreement**
56:12, 68:11,

Transcript of Reneé Margaret Zinsky
January 13, 2023                                      44

69:15, 69:18
**ahead**
39:9, 41:24,
66:3, 93:14,
99:20
**ail**
22:6, 27:4,
27:7, 27:21,
27:23, 31:20,
42:15, 47:13,
47:21, 60:16,
63:13, 63:17,
65:12, 66:12,
67:24, 68:5,
68:7, 71:1,
72:13, 72:18,
79:3, 80:25,
90:16, 92:25,
93:8, 94:25,
96:18, 109:22,
120:23, 121:10,
122:1, 135:12,
140:9, 141:9,
142:13, 146:13,
148:9, 148:17,
151:16
**ailment**
159:5
**air**
149:18
**albie**
98:5, 98:7,
98:20, 99:4,
99:6, 99:19,
100:2, 107:21,
107:23, 107:25
**alcohol**
152:23, 152:25,
154:21
**alcoholic**
81:18, 83:18
**align**
40:2
**aligned**
41:21
**all**
6:1, 7:4, 9:19,
10:1, 22:18,

23:10, 24:10,
26:20, 27:2,
27:20, 28:8,
30:22, 31:18,
32:1, 32:3,
32:23, 36:22,
37:7, 40:21,
44:6, 45:22,
49:22, 53:25,
54:17, 56:19,
60:7, 60:12,
60:16, 66:7,
67:23, 73:17,
74:21, 75:18,
77:5, 79:2,
79:8, 79:22,
81:22, 85:3,
86:13, 91:3,
94:25, 96:17,
96:18, 97:11,
100:3, 102:10,
104:17, 107:18,
107:19, 117:16,
121:18, 129:18,
130:21, 130:23,
131:10, 136:20,
140:15, 144:7,
145:14, 146:1,
153:2
**allegations**
81:24, 81:25,
85:7
**allege**
76:4, 81:14,
97:15, 108:11,
117:1, 118:12,
118:15, 120:8,
121:23, 159:13
**alleged**
73:3, 144:12
**alleging**
78:15, 90:20
**allowed**
105:2
**almost**
71:11, 76:22,
77:1
**alone**
84:18

**along**
29:9, 38:11,
59:15, 67:8
**aloud**
48:23
**alp**
32:9
**already**
6:17, 31:19,
54:7, 59:24,
60:4, 111:17,
116:4, 132:15,
138:4
**also**
15:4, 62:6,
66:21, 66:23,
69:5, 69:9,
74:18, 78:10,
79:12, 118:15,
121:23, 128:2,
162:14, 165:22
**although**
103:5
**always**
11:6, 11:11,
32:7, 34:12,
36:7, 37:3,
37:4, 37:21,
55:25, 62:18,
63:18, 63:25,
64:2, 65:1,
66:6, 81:20,
82:8, 82:9,
82:13, 86:21,
87:4, 87:15,
87:17, 92:19,
113:8, 117:7,
130:4, 141:2
**amazing**
98:13
**amelia**
1:25, 2:14,
167:2, 167:21
**amended**
145:17
**american**
1:11, 64:24
**among**
76:7

**amount**
29:12, 30:13,
79:4, 136:14,
136:16, 153:11
**amy**
3:3, 5:19,
13:18, 51:1,
115:4, 116:14,
134:20, 137:23,
165:19
**anger**
39:13
**ankles**
98:5
**annual**
32:19, 67:12,
159:3
**annualized**
32:9
**another**
30:12, 31:23,
33:10, 52:22,
54:5, 79:23,
97:6, 102:9,
109:17, 115:18,
122:1, 128:8,
140:15, 143:7,
148:19
**answer**
5:23, 6:12,
10:17, 65:19,
68:17, 69:12,
74:9, 74:11,
78:1, 99:21,
107:5, 108:6,
114:15, 124:11,
126:8, 131:7,
140:6
**answered**
108:5, 111:17,
124:10, 125:24,
126:7, 126:12,
140:4, 140:5
**answering**
5:14
**answers**
6:2
**antibiotics**
158:13

Transcript of Reneé Margaret Zinsky
January 13, 2023                                              45

| | | | |
|---|---|---|---|
| **anticipate**<br>5:22, 6:22<br>**anticipation**<br>13:15<br>**anxiety**<br>150:5, 150:8,<br>150:19, 151:6,<br>151:8, 151:13,<br>160:16, 160:17,<br>161:2, 161:3,<br>161:6<br>**anxious**<br>151:14, 159:17,<br>159:18, 161:2<br>**any**<br>6:8, 9:2, 9:11,<br>10:16, 11:10,<br>12:21, 13:14,<br>16:23, 17:23,<br>23:22, 23:25,<br>24:1, 26:1,<br>28:12, 32:19,<br>41:2, 41:11,<br>42:2, 46:25,<br>47:11, 50:21,<br>50:22, 52:16,<br>52:19, 53:4,<br>53:6, 55:8,<br>65:4, 65:8,<br>65:13, 66:11,<br>68:14, 69:14,<br>71:15, 72:11,<br>72:16, 72:19,<br>72:20, 76:8,<br>78:21, 79:19,<br>79:24, 80:2,<br>80:9, 80:23,<br>82:15, 82:16,<br>83:7, 86:19,<br>87:10, 87:14,<br>88:4, 89:7,<br>90:20, 96:21,<br>112:12, 112:15,<br>115:10, 116:12,<br>117:8, 118:3,<br>118:7, 118:25,<br>121:14, 122:25,<br>123:25, 124:5, | 127:6, 128:20,<br>129:21, 132:1,<br>132:16, 132:18,<br>132:21, 135:19,<br>142:24, 143:2,<br>144:6, 144:25,<br>145:3, 147:17,<br>148:12, 149:22,<br>149:24, 150:3,<br>150:19, 151:5,<br>151:20, 152:22,<br>154:24, 155:10,<br>156:9, 158:8,<br>158:14, 159:4,<br>165:2, 166:6,<br>167:11<br>**anybody**<br>13:4, 13:17,<br>14:8, 16:5,<br>24:14, 30:6,<br>38:6, 63:22,<br>65:9, 66:12,<br>89:7, 92:11,<br>95:14, 96:21,<br>104:25, 110:9,<br>119:13, 126:11,<br>128:18, 130:14,<br>134:9, 134:11<br>**anymore**<br>65:17<br>**anyone**<br>7:14, 17:2,<br>39:23, 42:15,<br>63:16, 64:24,<br>65:11, 80:25,<br>83:12, 86:23,<br>87:18, 89:12,<br>94:12, 95:13,<br>97:13, 99:14,<br>101:8, 107:10,<br>111:21, 116:5,<br>119:17, 128:12,<br>128:15, 161:10<br>**anything**<br>5:14, 6:4, 6:6,<br>10:3, 15:17,<br>23:4, 24:25,<br>29:9, 30:22, | 38:25, 49:7,<br>59:18, 59:19,<br>61:4, 63:19,<br>65:12, 71:11,<br>73:15, 74:16,<br>80:6, 80:14,<br>80:23, 80:24,<br>82:12, 82:24,<br>92:24, 99:10,<br>103:9, 103:24,<br>104:4, 104:10,<br>107:21, 109:13,<br>112:18, 114:21,<br>117:14, 119:18,<br>124:1, 139:3,<br>144:3, 153:6,<br>161:18<br>**anyway**<br>115:11<br>**anywhere**<br>11:12, 31:3,<br>63:11, 142:20<br>**apartment**<br>7:18<br>**apologies**<br>99:22<br>**apologize**<br>14:15, 42:24,<br>43:11, 44:19,<br>82:1, 85:24,<br>145:12<br>**apparent**<br>98:10<br>**appear**<br>25:7, 166:6<br>**appearances**<br>163:5<br>**appeared**<br>25:3<br>**appearing**<br>136:12<br>**appears**<br>133:7, 138:9<br>**appetizer**<br>111:19<br>**applauded**<br>73:25<br>**apply**<br>147:17 | **appointment**<br>58:6, 156:14,<br>157:15, 157:19<br>**appointments**<br>26:10, 26:16,<br>30:19, 58:3,<br>115:25, 146:2,<br>146:12<br>**appreciate**<br>6:20, 50:24<br>**appropriate**<br>92:4, 136:22,<br>137:1, 140:12,<br>142:16, 142:22<br>**approximately**<br>149:6<br>**april**<br>61:1, 61:7,<br>133:15<br>**area**<br>88:17, 92:10<br>**aren't**<br>93:7<br>**argument's**<br>88:14<br>**arias**<br>1:9, 1:10,<br>21:8, 21:10,<br>22:3, 22:4,<br>22:7, 25:16,<br>33:7, 42:16,<br>80:25<br>**arm**<br>142:11, 142:12<br>**around**<br>7:22, 21:14,<br>73:15, 86:24,<br>98:4, 104:21,<br>109:10, 109:11,<br>118:25, 145:13,<br>146:14, 161:17<br>**arousing**<br>117:9<br>**arrest**<br>24:15, 24:23,<br>25:17<br>**arrested**<br>9:13, 11:18 |

Transcript of Reneé Margaret Zinsky
January 13, 2023                                                    46

**arrived**
107:24
**aside**
147:14, 149:19
**asked**
33:1, 33:6,
33:7, 42:9,
50:16, 62:21,
62:22, 73:21,
81:4, 88:3,
91:18, 91:20,
99:15, 106:21,
108:4, 124:10,
125:24, 125:25,
126:7, 126:12,
133:22, 140:4,
140:5, 154:3
**asking**
5:12, 6:6,
14:3, 46:7,
56:14, 62:3,
62:7, 79:19,
116:17, 120:16,
120:18, 126:5,
142:24
**assault**
81:25, 144:12,
145:18
**assaulted**
76:5, 77:8,
77:14, 85:8,
87:25, 88:2
**asses**
28:15
**assistant**
63:10
**assume**
25:24, 37:10,
51:6, 83:17,
114:3, 130:1,
132:15, 160:13
**assuming**
26:2, 57:25,
88:13, 103:3,
103:25, 165:22
**assumptions**
126:5
**ate**
106:13, 111:3,

111:20, 164:19
**attached**
4:9, 44:11,
56:22, 58:24,
115:7, 129:2,
132:24, 135:2,
137:8, 140:21,
143:10, 166:6
**attack**
151:13, 161:4
**attacks**
161:2
**attempt**
83:19
**attempted**
12:5
**attending**
97:6
**attention**
75:7, 75:21,
76:9, 79:13,
79:14
**attorney**
43:19, 126:19,
127:20
**attracted**
24:7
**audio**
134:22, 134:23
**august**
20:22, 21:18,
69:24, 73:4,
73:18, 93:18,
93:19, 96:10,
97:17
**augustine**
163:18, 164:9,
164:14, 164:16
**authorizations**
114:7, 114:10
**available**
31:12
**avenue**
3:6
**average**
152:6
**aware**
24:14, 25:16,

35:18, 41:16,
52:25, 62:17,
66:11, 68:2,
70:24, 72:10,
72:16, 78:22,
93:2, 126:19,
127:20, 154:25,
157:1, 157:4
**away**
9:6, 70:17,
140:2
**awesome**
107:13
**awhile**
57:10, 91:10,
109:9

**B**

**b-o-n-e-t**
141:16
**back**
9:14, 10:14,
11:25, 12:1,
12:2, 12:4,
12:20, 12:21,
12:25, 15:16,
18:25, 22:3,
34:2, 39:19,
51:13, 54:13,
54:23, 60:23,
63:2, 66:14,
68:25, 69:4,
69:8, 73:12,
74:17, 89:12,
90:2, 92:2,
92:23, 97:22,
109:4, 110:10,
110:21, 122:8,
124:8, 126:18,
137:24, 140:2,
143:21, 145:11,
153:13, 162:17,
162:22, 164:23
**background**
9:3, 23:22,
24:1, 25:18,
25:25
**backpack**
11:6, 12:11,

12:12
**bad**
28:15, 39:12
**bag**
11:2
**bags**
11:5
**bale**
147:21
**bank**
22:16
**bar**
97:20, 106:11
**barn**
8:11
**bartender**
162:14
**based**
32:22
**basically**
9:19
**basis**
151:23
**bates**
43:9, 43:14,
43:15, 44:1,
44:8, 48:7,
48:21, 58:21,
140:18
**bathroom**
50:6, 91:20,
109:5, 110:2
**battered**
77:14
**battery**
76:5, 82:1
**beach**
163:16, 164:15
**became**
55:24, 61:25
**because**
5:20, 6:1, 9:6,
13:7, 22:8,
28:17, 37:4,
37:11, 39:8,
39:16, 40:18,
49:3, 52:4,
53:23, 54:24,

55:9, 60:22,
62:7, 62:11,
62:24, 63:3,
63:11, 65:18,
66:9, 70:9,
70:19, 74:14,
79:22, 80:15,
82:16, 85:23,
87:19, 91:14,
92:16, 93:8,
95:25, 97:25,
99:13, 100:20,
102:13, 103:4,
107:2, 112:9,
113:17, 115:24,
116:4, 119:18,
119:22, 133:19,
145:25, 163:6

**become**
54:14, 54:15,
54:25, 57:22,
57:23, 146:8

**becoming**
62:15

**bed**
98:5

**bedroom**
91:14, 92:3,
103:19

**been**
7:17, 8:4,
9:13, 13:8,
15:12, 34:22,
76:2, 91:10,
99:14, 99:19,
109:5, 109:9,
115:15, 135:17,
145:6, 150:23,
150:25, 151:12,
152:7, 153:9,
155:7, 155:18,
156:19, 157:21,
159:19, 160:15,
160:17, 161:22,
163:11, 163:22,
164:12

**beer**
81:17, 83:16,

84:15, 88:15,
89:1

**beers**
162:16

**before**
2:14, 5:16,
5:18, 5:23,
7:16, 12:15,
12:22, 21:7,
22:2, 25:3,
25:7, 67:15,
83:22, 88:16,
98:22, 112:15,
112:19, 127:3,
135:18, 144:2,
144:16, 150:25,
151:18, 158:2,
167:4

**beginning**
18:25, 21:3,
22:4, 22:9,
73:4, 75:12,
75:24, 76:2,
122:13, 137:17,
138:25

**behalf**
3:2, 3:10,
49:17

**behave**
135:22

**behavior**
79:14, 95:10,
95:15, 96:21,
144:4, 144:8,
144:10, 145:21

**behaviors**
79:25, 96:9

**behind**
87:11, 138:4

**being**
5:4, 21:1,
40:12, 55:12,
60:14, 69:1,
76:17, 89:8,
89:16, 89:23,
91:5, 91:6,
93:2, 98:3,
98:4, 104:6,

109:3, 121:7,
130:25, 137:18,
137:20, 141:19,
141:20, 141:21,
143:15, 144:23,
145:23, 146:9

**belief**
99:11, 121:9

**believe**
7:22, 19:1,
23:9, 24:24,
35:2, 56:18,
59:2, 63:9,
63:15, 67:5,
67:7, 69:25,
70:8, 70:13,
73:4, 74:7,
75:12, 78:8,
81:10, 88:10,
92:7, 107:1,
113:19, 116:25,
118:15, 120:1,
121:24, 122:13,
144:22

**bell**
113:6

**bellisario's**
106:19

**below**
46:18, 131:9

**ben**
5:9, 14:2,
165:22

**benefits**
20:16, 27:3,
27:7, 27:10,
27:11

**benjamin**
3:11

**best**
6:4, 10:11,
22:22, 38:8,
44:3, 74:20,
88:1, 94:14

**beth**
47:11

**between**
21:10, 37:13,

37:22, 43:4,
45:17, 49:12,
61:14, 106:10,
122:20, 129:6,
146:16, 146:19,
147:24, 148:13,
151:20, 153:3,
158:2, 158:15,
158:19

**bffs**
59:24

**big**
24:6, 153:9

**bills**
148:5

**bipolar**
151:6

**birth**
7:7

**bit**
37:20, 46:11,
52:14, 71:5,
76:15, 89:4,
106:6

**black**
13:6

**blast**
38:21

**blood**
158:21, 159:3

**blow**
74:4, 75:8

**blue**
48:8, 129:16,
130:19, 131:2,
140:25, 141:3,
147:19, 149:19

**blur**
37:25

**board**
46:24

**body**
134:16, 134:17

**bond**
97:12

**bonet**
141:14, 141:16

**book**
32:23

books
71:5, 96:5
boost
136:1, 136:2
borrow
97:25
boss
40:13, 42:13,
133:20
both
5:14, 11:8,
19:25, 66:25,
100:3, 130:25
bother
64:19
bottles
154:25
bottom
43:11, 43:15,
82:3, 129:17,
130:20
bought
13:6
bowlen
1:25, 2:14,
167:2, 167:21
boyle
34:11, 34:23,
38:4, 51:23,
92:8
boyle's
90:23
brca1
158:21
break
6:8, 6:12,
6:13, 86:1,
86:10, 116:14,
116:22, 126:15
breakfast
112:22, 112:23
breast
141:25, 142:6,
158:25
breathe
27:22
brent
79:2, 79:7

briefly
5:9
bring
75:20, 76:8,
79:14, 117:8,
130:24, 137:23,
137:24, 137:25,
138:16
brittany
42:18, 46:20,
47:14
brittany's
51:2
britton
94:23
bro
129:24
broad
29:3
brody
94:23
broke
130:22, 131:10,
144:19, 145:22
brother
109:14
brother-
109:13
brought
75:6, 79:13
bs
91:8
bucks
79:23
buffet
106:15
build
33:16, 33:17,
33:25
building
3:5, 11:22,
11:25, 12:3
buildings
87:11
bullshit
91:11
bunch
40:11, 42:23

business
17:11, 17:13,
33:22, 39:2,
52:14, 52:22,
95:25, 143:3
butt
52:13
buy
26:1, 49:25

**C**

call
26:12, 26:14,
41:15, 56:5,
71:11, 90:24,
91:13, 104:25,
105:9, 105:13,
105:14, 139:8,
139:9, 141:4
called
8:12, 18:9,
23:8, 28:15,
38:17, 71:22,
156:15
calling
26:15, 27:1,
79:21
callout
136:10, 136:14,
136:19
calls
26:9, 26:10,
56:6, 57:19,
136:15, 136:16,
137:15
came
12:19, 31:7,
36:11, 49:23,
54:1, 57:21,
63:13, 66:5,
69:10, 74:14,
82:17, 87:22,
91:22, 99:3,
107:25, 108:1,
109:7, 110:6,
116:3, 146:2,
146:9
can't
38:17, 49:2,

49:9, 57:2,
59:22, 59:23,
72:3, 85:10,
104:10, 130:9,
131:11, 138:17,
139:19, 144:6,
144:22
cancels
70:21
cancer
159:1
cannot
89:22, 89:24,
120:10, 120:19,
124:14, 152:23
capacity
146:13
car
57:25, 76:6,
76:16, 81:9,
81:13, 81:17,
83:15, 83:17,
84:5, 84:10,
84:12, 84:16,
84:19, 84:22,
86:14, 86:20,
87:18, 88:7,
88:9, 90:8,
90:19, 109:15,
116:4, 116:13,
117:1, 117:10,
117:25, 118:8,
118:17, 118:19,
119:12, 120:9,
120:10, 120:19,
122:2, 122:5,
122:10, 123:16,
123:18, 123:20,
124:5, 124:15,
124:18, 124:22,
125:12, 125:19,
134:5
care
74:23, 91:23
carried
11:6, 110:1
carrier
47:16

Transcript of Reneé Margaret Zinsky
January 13, 2023                                                        49

carry
9:17, 10:23,
11:16, 25:13,
25:22, 26:1
carrying
41:10
cars
86:19, 86:23,
118:25
case
27:2, 167:11
caught
133:19
caused
159:14, 159:19,
160:25
ccac
9:4
cell
25:9, 25:11
center
12:6, 155:17,
156:15, 157:13
centers
18:15
ceo
76:23
certain
30:20, 52:10,
53:24, 53:25,
68:13, 72:23,
72:24, 73:24,
74:19, 77:13,
94:17
certificate
167:1
certified
2:15, 167:3
certify
167:5
chance
43:7, 56:3
change
28:20, 49:19,
49:21, 49:22,
50:13, 57:12,
131:19
changed
28:17, 54:17,

54:22, 73:12,
79:3, 136:19
charge
25:12, 57:15
charged
9:25, 10:3,
24:25
chart
48:11, 48:14,
48:19
check
23:22, 24:1,
25:18, 25:25,
56:17, 110:6
checkup
158:21, 159:3
child
83:22, 89:17
chilly
22:1
choose
52:9
choosing
93:11
christian
147:21
christina
148:9
christine
148:8
christmastime
10:8
circle
90:25, 92:23,
145:11
city
9:16, 13:7
civil
1:6
claim
36:22
claimed
35:21, 36:2,
36:3, 36:21,
37:16, 83:18,
92:14
claims
145:16

claming
116:9
clamps
119:4
clarify
25:15
clarifying
120:5
clean
119:11
clear
5:25, 14:6,
14:20, 14:23,
40:20, 42:12,
85:6, 106:22,
106:25, 118:2,
125:12
clearances
24:2
client
71:20, 79:1,
79:19, 80:9
clients
26:18, 71:2,
71:9, 71:15,
72:3, 72:12,
72:17, 72:20,
78:18, 78:21,
80:5, 80:20,
80:23, 80:25,
81:5, 146:10
close
45:15, 46:22,
91:2, 91:14,
101:13, 101:18
closer
137:23, 137:25,
138:16
closing
16:13, 17:7,
17:8, 92:24
clothes
118:18
co-signer
19:14
co-worker
41:22, 42:3,
42:7, 42:9,

42:13, 110:6,
128:9, 136:17
co-workers
60:8, 109:7
coach
162:10
cocaine
127:4, 128:17,
128:18, 132:4,
132:16
code
50:17
coded
73:6
coding
74:24
coin
165:12
cold
21:21
colleague
5:11, 56:5,
109:17, 115:16,
115:18
college
9:3
colorado
164:4, 164:5,
164:18, 164:20,
164:23, 165:1
colors
141:3
come
12:2, 12:21,
13:2, 15:20,
26:19, 34:2,
49:10, 63:2,
73:20, 79:5,
91:21, 97:24,
107:20, 138:10,
138:13, 143:21,
148:10
comes
6:21
comfortable
58:11
coming
6:15, 46:23,

129:24, 138:2,
151:13
**commission**
17:23, 17:25,
18:2, 61:19,
61:20, 62:25,
167:16
**commit**
80:2, 80:14,
121:10, 160:21
**common**
30:8, 82:10,
91:25, 98:19
**commonwealth**
2:17, 167:23
**community**
18:15
**comp**
30:2, 32:4
**company**
1:13, 15:5,
148:19
**compensated**
31:3, 31:4
**compensation**
28:16, 28:19,
63:13, 64:25,
65:25, 66:5,
66:7, 69:14,
69:18
**compete**
54:14
**complaint**
56:22, 73:3,
76:4, 97:16,
108:12, 116:25,
118:16, 121:23,
145:17, 159:13
**complete**
47:8, 85:4,
161:16, 166:5
**completely**
21:14, 24:19,
74:1, 98:4
**completion**
119:9
**computer**
138:7

**conduct**
135:20, 136:21,
136:25, 140:13,
142:17, 142:19,
142:21
**confirmation**
157:19
**confused**
46:11
**congratulations**
8:6
**connect**
138:3
**connection**
156:16
**connoquenessing**
8:11
**consensual**
122:16
**consider**
106:5, 136:25,
142:16
**considered**
24:21
**considering**
101:19
**contact**
49:21, 51:2,
65:9, 65:11,
71:24, 72:21,
90:21, 90:22,
142:6
**contacted**
65:14, 65:20,
65:21
**continue**
68:24, 74:16,
74:18, 101:20,
109:24
**continued**
62:11, 121:16,
123:19
**contract**
31:20, 55:9,
55:23, 55:24,
56:2, 56:21,
57:2, 57:4,
65:8, 68:13,

70:9, 146:22
**contracted**
22:6, 93:1,
148:24, 149:11
**contractor**
68:11, 147:6
**contractors**
60:16, 95:2
**contracts**
56:1, 56:19
**contradicting**
101:1
**control**
103:9, 124:2,
125:15
**conversation**
45:13, 46:10,
73:18, 75:20,
129:10
**conversations**
121:4, 144:6
**cool**
87:20, 103:14
**copies**
56:18
**copy**
45:1, 56:11,
129:14, 165:19
**corner**
43:11, 94:4
**corporate**
162:8, 162:11
**correct**
12:7, 17:1,
32:20, 34:15,
35:13, 35:19,
36:14, 40:3,
56:10, 63:14,
66:1, 81:3,
84:7, 84:9,
84:13, 84:16,
84:19, 88:7,
93:12, 95:6,
102:24, 103:2,
116:9, 117:3,
118:5, 121:15,
121:19, 123:16,
125:13, 125:16,

130:12, 131:15,
139:13, 139:17,
147:1, 153:23,
154:1, 154:11,
160:16, 166:4,
167:6
**corrections**
166:6
**correctly**
160:18
**corroborate**
102:16
**costa**
94:23
**could**
20:22, 23:13,
26:22, 54:14,
66:14, 75:8,
87:12, 91:14,
91:19, 94:12,
94:13, 97:11,
98:17, 99:14,
99:19, 102:14,
103:23, 108:1,
108:9, 123:4,
124:4, 124:5
**couldn't**
78:5, 84:5,
84:22, 103:18,
103:22, 104:7,
106:4, 109:12,
109:13, 147:9
**counsel**
5:7, 133:2,
167:10
**counseling**
156:14, 157:12
**country**
165:5
**couple**
18:24, 47:19,
67:8, 70:6,
71:16, 87:14,
91:6, 106:2,
106:16, 120:22,
154:18, 155:20,
156:1, 160:6,
161:23

Transcript of Reneé Margaret Zinsky
January 13, 2023

51

courier
15:5, 18:9,
148:19
course
23:4, 23:8
court
1:1, 5:19,
167:1
cover
49:24
covid
147:5, 148:19
cranberry
93:24, 94:7,
94:8, 97:7,
155:17
crc
1:25
crime
121:10
criminal
24:1
critchfield
58:15
critchlow
58:15
criticize
44:21
crotch
82:23, 83:1
crr
1:25, 167:21
crying
73:22
culture
136:1
curious
44:21
current
7:9, 68:4
currently
14:25, 18:8,
93:7
cut
32:1, 49:10,
76:21

**D**

dad
19:7, 19:11,

19:12, 19:17,
163:19, 164:12
daily
153:23, 159:16,
159:17, 161:15
date
7:7, 46:2,
46:3, 61:6,
83:23, 83:24,
84:23, 85:1,
85:2, 85:10,
85:14, 85:24,
88:3, 90:13,
93:19, 108:23,
115:9, 122:7,
122:12, 144:15,
166:10
dates
47:24, 76:3,
85:4, 85:17,
85:22, 85:23
dating
40:6, 153:13
day
7:1, 20:2,
20:8, 20:12,
20:23, 24:11,
25:8, 28:23,
38:24, 49:3,
79:21, 81:15,
90:15, 98:11,
101:5, 102:8,
102:10, 104:21,
108:21, 110:18,
112:13, 112:18,
113:16, 116:10,
116:11, 149:7,
149:8, 149:18,
152:20, 154:16,
154:17, 161:4,
167:14
days
20:6, 26:11,
26:14, 113:15,
116:9, 149:15,
156:19, 161:23
daytona
163:20

deal
55:6
dealt
79:1
death
112:3
december
22:9, 156:7
decline
146:6, 146:7
dedication
52:12
deduction
36:3
deemed
80:3, 81:1,
95:15, 96:9,
120:4, 124:1
defendants
1:14, 3:10, 5:7
define
40:4
definitely
6:25, 50:18,
61:11, 61:12
degree
157:6
deliver
15:5
demoted
60:23
depended
81:15, 136:19
depending
15:20, 20:3,
30:14, 33:22,
58:11
depends
131:19
depicted
26:24
depo
127:18
deponent
166:1
deposit
149:2
deposition
1:17, 2:1,

5:15, 13:15,
14:3, 14:11,
44:10, 50:19,
58:23, 115:6,
126:19, 126:22,
127:21, 129:1,
132:23, 135:1,
137:7, 140:20,
143:9, 167:4
depressed
160:2
depression
151:6, 161:11
derived
35:22, 36:4,
36:23
describe
26:6, 61:13,
135:6, 136:12,
137:16, 141:17,
142:3, 145:19,
159:15
description
27:17
desliee
155:15
detail
14:1, 76:12,
76:13, 76:19,
81:21
detained
25:6
detector
12:16
determine
130:10
developed
71:11
development
93:22, 94:10,
95:5, 95:13,
96:7, 97:2
diagnosed
114:18, 114:21,
150:6, 150:8,
160:17
difference
61:14, 61:17

Transcript of Reneé Margaret Zinsky
January 13, 2023

52

**different**
26:20, 27:5,
57:20, 59:12,
66:22, 94:22,
101:3
**dinner**
91:7, 106:13,
110:25, 111:13
**diplomate**
2:15, 167:2
**direct**
149:2
**directed**
151:19
**directly**
38:3, 63:19,
65:5, 66:19,
67:8, 74:24,
133:12
**disappeared**
54:11
**discipline**
28:12
**disclose**
29:19, 31:12
**disclosed**
23:24, 35:18,
38:15
**disclosures**
29:20, 115:4,
133:2
**discussion**
117:18
**discussions**
117:11
**dismissed**
10:1, 24:20,
25:1
**disorders**
150:4
**disregard**
44:17
**distress**
159:15, 159:16
**distributor**
81:17, 84:16,
88:16, 89:1
**distributors**
83:16

**district**
1:1, 1:2
**doctor**
158:3, 160:8,
160:10, 161:12
**document**
29:23
**documentation**
53:4, 53:7
**documents**
13:14, 29:21,
31:12
**dog**
27:21
**doing**
9:20, 22:14,
29:9, 40:8,
40:11, 51:11,
59:18, 68:25,
69:1, 69:4,
69:6, 73:25,
74:16, 74:20,
79:15, 119:8,
128:3, 137:16,
139:20, 142:4,
143:17
**dollars**
18:5, 79:23,
148:4
**done**
5:23, 32:6,
41:6, 41:7,
43:20, 57:21,
69:5, 74:8,
74:9, 74:11,
106:22, 113:25,
127:2, 128:6,
149:17, 158:21,
158:22
**door**
73:20, 83:21,
89:18, 90:1,
91:14
**doors**
124:4, 125:16
**double**
56:17
**doug**
60:15

**down**
5:20, 6:1,
12:19, 29:18,
31:7, 49:23,
60:2, 73:21,
103:10, 129:17,
130:23, 134:7,
143:15, 144:19,
145:22, 146:2,
146:9, 165:8
**downtown**
164:15
**dr**
150:13, 150:17,
155:19, 156:6,
156:20, 156:21,
158:6, 160:11
**drama**
130:24
**drank**
106:11, 153:17,
154:1, 154:4,
154:10, 154:13
**draw**
126:5
**drawn**
79:22
**drink**
99:17, 99:25,
100:5, 100:7,
100:15, 100:18,
101:5, 105:16,
107:3, 107:11,
107:17, 110:16,
111:3, 152:23,
152:25, 153:2,
153:4, 153:5,
154:18
**drinker**
153:10
**drinking**
105:21
**drinks**
97:22, 98:18,
105:18, 105:19,
106:2, 111:5,
111:13, 112:15,
153:12, 154:5,

**154:18**
**drive**
2:6, 3:14,
81:17, 87:1,
123:19
**driven**
109:4
**driving**
37:11, 37:12,
76:16, 82:5,
110:23, 122:8,
122:9, 122:10,
123:16, 125:12
**dropped**
99:17
**drove**
109:15
**drug**
102:17
**drugging**
102:19
**drugs**
38:20, 40:11,
40:24, 41:2,
126:23, 127:2,
127:6, 127:24,
128:3, 128:6,
128:8, 128:11,
128:14, 128:21,
130:14, 132:1,
132:21
**dude**
129:24
**duly**
5:4
**duration**
68:14
**during**
35:7, 35:16,
38:9, 53:14,
76:9, 115:4,
146:25, 153:7,
159:2
**duties**
15:15, 26:6,
57:7, 61:14

**E**

**e-mail**
56:4, 63:8,

Transcript of Reneé Margaret Zinsky
January 13, 2023

53

63:16, 64:24,
65:2, 65:16,
65:18, 66:15,
79:9, 79:10
**e-mailed**
21:15, 63:7,
63:9, 63:10,
66:10
**e-mails**
62:3, 65:17
**each**
5:21, 101:14
**earlier**
61:24, 90:13,
95:9, 95:15,
135:4, 135:11,
138:3, 145:12
**early**
11:1, 53:16,
108:25
**earned**
146:25
**earning**
93:7
**easier**
116:20
**easy**
49:20
**eat**
27:22, 81:19,
106:14, 112:18,
112:21, 121:2,
164:16
**ecstasy**
132:18
**effect**
70:10
**effects**
102:25
**eight**
88:15
**either**
18:14, 20:16,
35:3, 49:18,
68:14, 81:17,
113:6, 114:9,
134:6
**else**
6:8, 7:14,

13:4, 13:18,
16:5, 63:11,
63:22, 64:4,
71:25, 80:21,
87:6, 91:15,
99:14, 101:8,
110:9, 117:17,
142:20, 143:23,
159:8, 161:10
**emily**
60:6
**emotional**
159:15
**employed**
14:25, 15:12,
22:3, 26:5,
42:15, 68:1,
151:16, 167:10
**employees**
60:16, 94:25
**employment**
14:24, 22:4,
68:4
**encouraged**
27:18, 27:19,
38:18, 59:16,
96:8, 97:10
**end**
15:16, 17:9,
22:17, 47:13,
69:23, 76:1,
92:7, 111:2,
119:5, 146:6,
152:9, 155:21,
155:22, 156:6,
164:3
**ended**
10:1, 46:23,
54:19, 81:20,
92:4, 145:22
**engage**
79:24, 81:2,
95:14, 96:21,
104:13, 135:19,
135:21
**engaged**
95:9, 135:5
**engaging**
96:8, 104:5

**enough**
54:24, 54:25,
148:5
**entailed**
36:10, 76:15
**entire**
67:3, 103:8,
109:6, 151:15
**entitled**
70:9, 70:13
**erection**
82:10
**erie**
60:10, 60:12,
122:8
**errata**
166:7
**es**
19:4
**especially**
16:12
**esquire**
3:3, 3:11, 3:12
**essentially**
32:24, 40:23,
64:6, 77:4,
79:16
**establishments**
89:8
**estes**
164:21
**estimate**
151:23, 152:5
**evans**
47:11
**evanson**
94:23
**even**
12:15, 16:20,
22:19, 24:20,
33:24, 36:10,
37:2, 40:17,
45:19, 46:5,
51:1, 52:21,
54:8, 54:24,
54:25, 55:8,
56:3, 61:4,
62:6, 63:4,

65:16, 67:21,
76:2, 95:24,
98:15, 102:20,
110:14, 111:1,
111:3, 114:20,
124:2, 124:6,
138:21, 139:4,
139:10, 141:23
**evening**
94:15, 102:11,
153:12
**event**
94:20, 96:15,
96:16, 96:17,
132:6
**events**
132:2
**eventually**
54:23, 68:24,
69:4, 110:4
**ever**
5:15, 9:13,
10:7, 10:11,
11:9, 16:7,
22:22, 27:24,
28:16, 29:6,
29:11, 33:3,
35:15, 41:6,
41:21, 42:6,
42:9, 42:20,
47:23, 55:23,
58:14, 63:16,
63:22, 64:23,
65:11, 66:12,
69:11, 77:6,
78:4, 78:21,
79:24, 80:2,
80:24, 83:15,
87:12, 87:24,
89:7, 89:12,
89:15, 89:21,
89:22, 90:7,
92:15, 95:8,
95:14, 96:15,
98:22, 98:25,
101:1, 103:8,
106:22, 111:13,
117:10, 117:11,

Transcript of Reneé Margaret Zinsky
January 13, 2023

54

117:18, 117:22,
119:13, 120:9,
120:18, 120:22,
123:11, 127:19,
128:6, 128:8,
128:11, 128:14,
128:17, 132:1,
132:4, 133:22,
133:25, 134:8,
134:11, 135:19,
144:2, 144:25,
145:24, 147:3,
150:3, 152:24,
153:4, 153:7,
153:17, 154:13,
154:22, 159:2,
159:18, 160:3,
160:21
**every**
20:8, 20:12,
29:12, 32:17,
57:10, 81:4,
100:25, 149:3,
149:18, 151:12,
152:20, 154:16,
154:17
**everybody**
57:18, 91:15,
91:18, 97:5
**everyone**
28:10, 91:25
**everything**
5:20, 6:1,
13:24, 21:16,
24:12, 25:1,
36:11, 46:13,
50:25, 64:7,
64:18, 64:22,
68:23, 80:11,
80:18, 80:21,
90:15, 93:10,
95:21, 136:1,
143:4, 144:19
**exact**
20:22, 44:15,
57:9, 85:1,
85:2, 85:3,
85:10, 85:22,

85:24, 90:12,
119:16, 144:15
**exactly**
11:18, 31:10,
33:2, 33:3,
33:15, 36:6,
41:23, 54:16,
64:15, 76:25,
78:2, 93:23,
103:5, 107:2,
165:6
**exam**
22:15, 22:19,
22:20, 22:24,
22:25, 23:3,
23:12, 23:21,
49:4, 80:18
**examination**
4:3, 5:7
**examined**
5:6, 166:3
**example**
27:6, 28:25,
29:3, 79:1,
85:12
**exams**
23:10
**except**
20:9, 60:14
**excessive**
79:4, 153:6
**exchange**
130:3, 130:6
**exchanged**
46:4
**excited**
53:10
**excuse**
53:22, 58:15,
105:25
**executive**
63:10
**exhibit**
4:11, 4:17,
4:18, 4:19,
4:20, 4:21,
4:22, 4:23,
4:24, 43:10,

43:13, 43:23,
44:8, 44:10,
45:18, 48:6,
48:21, 58:23,
115:6, 128:23,
128:24, 129:1,
130:17, 132:23,
133:5, 134:20,
135:1, 136:7,
137:5, 137:7,
140:17, 140:20,
143:8, 143:9
**exhibits**
42:24, 43:8,
44:24
**exist**
50:23
**expecting**
61:5
**expenses**
67:15
**experienced**
30:13, 73:24,
109:12
**experiences**
95:21
**expires**
167:16
**explain**
33:1, 38:13,
79:18, 101:15
**exposed**
135:17
**extension**
7:10
**extent**
50:23, 68:16,
68:18, 77:25,
78:22, 85:18,
104:14, 107:5,
122:21, 122:23,
137:25
**extra**
44:22, 151:14
**extreme**
64:20
**extremely**
64:20

**extremes**
74:16
**eye**
147:19, 149:19
**eyeliner**
129:20
**eyes**
74:1, 98:12,
119:4

**F**

**face**
83:1
**facebook**
16:20, 16:21
**fact**
83:13, 119:7,
146:22
**facts**
82:3, 97:18
**false**
82:1, 83:18
**familiar**
9:18, 10:24,
45:10, 45:20,
50:2, 137:13
**family**
163:16
**fapr**
1:25
**favorite**
39:4
**february**
22:21
**federoff**
150:13, 150:17,
155:5, 158:6,
160:11
**feel**
59:24, 104:10,
116:1, 123:25,
151:13
**feeling**
113:17, 116:2
**felt**
30:14, 30:16,
82:23, 84:22,
103:7, 103:8,

Transcript of Reneé Margaret Zinsky
January 13, 2023

55

103:9, 133:20,
142:21
**few**
22:21, 33:21,
49:5, 63:1,
77:22, 82:25,
87:5, 90:18,
103:17, 103:20,
106:16, 121:3,
148:4, 156:12
**fiancee**
117:12, 119:20,
144:12, 144:24,
164:8
**field**
26:11, 26:14,
37:11, 37:12,
37:13, 37:23,
57:10, 57:21,
57:23, 59:17
**figure**
9:5, 45:4, 90:2
**file**
147:3, 147:9,
147:11
**filed**
5:11
**filing**
36:9
**filled**
13:23, 23:25
**filmed**
147:22
**finally**
22:20, 104:24,
105:11
**finance**
3:5
**financial**
1:8, 167:12
**find**
12:14, 20:22,
44:1, 124:20,
156:13
**fine**
6:5, 49:6,
88:21, 88:22,
111:10, 112:9,

113:21, 114:13
**finish**
39:9, 48:23,
74:9, 99:20,
100:23
**finished**
22:19
**finishing**
129:20
**firearm**
11:6, 25:13,
26:1
**fired-up**
56:6
**first**
5:4, 10:6,
11:17, 22:6,
26:24, 33:24,
36:9, 39:25,
48:7, 48:13,
48:18, 67:11,
81:19, 88:2,
89:1, 96:2,
105:1, 105:4,
137:2, 143:3,
152:10, 152:12,
162:25, 165:13
**firsthand**
28:7, 111:23
**fitness**
162:4
**five**
55:5, 55:16,
88:18, 91:16,
145:7, 145:8,
145:9, 149:14,
149:16, 151:2,
151:4, 160:18
**five-minute**
86:1
**fixed**
19:21
**flashbacks**
159:22
**flat**
149:5
**flip**
42:24, 43:6,

43:20, 165:12
**flirt**
49:9
**floor**
109:11
**florida**
163:16, 163:17
**flow**
123:6
**fluctuates**
21:24
**fluids**
114:22
**focus**
33:19, 119:23
**folino**
109:21, 122:3,
122:4
**follow**
16:1, 63:25,
64:3, 64:21
**follow-up**
48:3
**followed**
28:10, 53:1
**followers**
49:25
**following**
32:5
**follows**
5:6, 16:4
**food**
97:22, 106:13,
111:16, 164:16
**foot**
38:9
**force**
119:2
**forced**
76:6, 118:16,
121:25, 145:20
**forcibly**
78:6, 83:8
**foregoing**
166:4, 167:4,
167:5
**forget**
85:21, 90:15

**form**
66:2, 67:25,
72:14, 80:10,
93:14, 107:4,
135:9, 136:23,
156:1, 162:20
**formal**
9:11, 23:22,
24:23
**forward**
140:2
**found**
7:18, 12:13,
27:1, 79:2,
117:8
**four**
7:13, 149:14,
149:19, 151:4,
160:17
**fourth**
3:6
**fraud**
73:24, 78:11,
78:13, 80:3,
80:14, 135:14
**fraudulent**
81:1, 95:10,
95:16, 96:11,
96:23
**freaking**
90:4
**french**
141:16
**frickn**
94:7
**friday**
1:19, 13:6,
26:14, 32:17,
32:18
**friend**
91:12, 109:14,
148:8
**friends**
46:22, 91:2,
115:15
**friendship**
121:18
**friendships**
71:12

front
55:22, 118:21
frustrated
63:3, 66:10,
156:17
fry
7:15, 8:2,
143:25
fuckin
49:11
fucking
56:7
full
7:5, 33:24,
134:16, 134:17
fully
33:4, 78:18
fun
38:21, 56:5,
92:19, 136:2
function
109:13
future
16:13

**G**

ga
34:18, 34:20,
35:3, 35:4,
51:20, 51:22,
54:5, 54:10,
54:12, 55:1,
55:6, 55:7,
55:12, 55:16,
55:24, 56:25,
60:22, 60:24,
62:8, 62:15,
63:4, 66:24,
67:4, 73:12
gap
21:9, 21:13
gardens
8:9
garnet
15:3, 15:8,
16:21, 21:2,
21:7, 22:2,
92:24, 146:17,

147:14, 148:16,
149:21, 149:22
gas
20:4, 62:14
gave
12:15, 22:14,
22:15, 23:10,
54:10, 99:24,
103:4, 114:22
gay
39:16, 40:18,
83:5
gene
158:22
general
52:18, 53:6,
60:19, 60:21,
61:15, 61:22,
61:25, 64:10,
66:17, 73:15,
76:24, 104:18,
117:8, 161:8
generally
92:8
geneva
40:7, 126:20,
126:22
genuinely
87:16, 87:21
getting
10:1, 22:10,
27:10, 29:5,
40:12, 54:8,
55:7, 62:12,
65:15, 73:25,
92:18, 105:4
ghb
93:17, 97:16,
98:12, 98:14,
98:22, 99:12,
100:5, 100:12,
100:15, 101:5,
102:12, 102:23,
103:1, 103:4,
107:2, 107:3,
107:10, 107:17,
107:20, 107:25,
108:3, 108:13,

112:5, 112:8,
116:6
girlfriend
10:5, 105:3,
117:13, 119:20
give
28:25, 29:16,
45:5, 61:5,
62:25, 65:19,
85:10, 85:14,
94:18, 122:14,
130:4, 130:10
given
53:9, 98:11,
107:1, 128:14,
128:17, 130:14,
166:5, 167:7
giving
162:6
go
6:19, 8:23,
10:8, 10:14,
11:8, 11:24,
11:25, 12:5,
12:25, 13:25,
15:18, 16:13,
23:22, 24:13,
25:2, 26:17,
30:16, 30:19,
38:23, 39:9,
39:22, 41:24,
53:5, 53:11,
63:19, 64:13,
64:19, 65:4,
66:3, 66:6,
66:14, 68:25,
69:8, 73:2,
74:15, 76:12,
76:18, 81:10,
81:14, 81:19,
81:21, 82:4,
82:6, 84:11,
84:12, 86:4,
86:6, 86:24,
86:25, 87:4,
87:6, 87:12,
87:19, 87:22,
87:24, 88:3,

88:15, 88:25,
91:9, 91:20,
93:14, 94:13,
97:9, 99:20,
102:9, 115:25,
116:3, 116:23,
123:18, 126:1,
126:6, 126:10,
138:17, 157:2,
158:20, 158:22,
159:4, 161:20,
164:1, 164:4,
164:7, 164:10,
164:15, 165:6,
165:9, 165:10,
165:11
goal
90:14
god
37:15, 64:6,
64:12, 94:21,
157:16
goes
6:19, 62:25,
94:24
going
5:22, 11:2,
12:15, 13:23,
13:24, 17:11,
17:13, 21:16,
24:9, 37:19,
38:19, 38:20,
38:21, 39:13,
39:21, 40:15,
40:20, 41:15,
43:2, 43:22,
46:3, 69:4,
74:13, 74:22,
75:1, 76:15,
77:20, 81:20,
82:6, 82:11,
82:12, 82:13,
93:10, 93:13,
105:5, 109:4,
114:8, 114:23,
115:2, 116:21,
123:6, 129:5,
133:1, 134:19,

136:4, 137:11,
138:2, 139:7,
140:15, 143:7,
143:20, 145:11,
152:3, 155:18,
156:20, 161:19,
162:17, 162:22,
164:23, 165:1,
165:15, 165:17
**gone**
11:17, 47:14,
93:21, 110:15
**gonna**
49:11
**good**
49:5, 49:24,
52:14, 71:5,
71:8, 74:17,
76:15, 89:4,
116:1, 116:2,
119:24, 129:22,
162:5, 165:14
**goofy**
59:17, 59:18,
136:2, 141:20,
141:21
**gosh**
150:9
**gotten**
52:4
**grab**
82:22
**grabbed**
11:5, 82:22,
82:25, 83:8
**graduate**
8:25
**graduated**
9:9
**grand**
17:14, 48:9
**great**
22:18, 70:19,
99:16
**greatest**
130:25
**greece**
165:10, 165:11

**green**
141:1, 141:2
**greenish-blue**
141:6
**gregorio**
150:18
**grill**
22:12
**gripped**
143:15
**grope**
141:25
**gross**
67:12
**ground**
5:18, 109:10
**group**
1:8, 2:5, 3:13,
59:1, 59:12,
59:19, 60:8
**groupme**
37:5, 38:23,
59:3, 59:12
**groupmes**
37:4, 59:15
**groups**
59:14, 59:16
**grow**
32:25
**grrr**
49:8
**guarantee**
29:11, 29:15
**guard**
133:19
**guess**
6:6, 37:6,
39:4, 40:16,
55:17, 69:2,
88:20, 93:4,
93:5, 97:9,
103:12, 107:8,
125:9, 131:4,
131:6, 135:6,
139:8, 142:20,
152:3, 154:15,
161:4
**guy**
150:18

**guys**
8:4, 8:8, 12:2,
12:21, 13:1,
21:21, 45:6,
86:15, 87:12,
104:9, 106:10,
110:15, 127:1,
130:21, 131:10,
144:2, 164:14,
164:24
**gym**
161:19, 161:20,
161:22, 162:18,
162:23, 163:1,
163:5

---
**H**
---

**hairspray**
97:25, 98:1,
105:25
**half**
30:20
**halted**
21:14
**hand**
82:23, 139:1,
139:4, 139:22,
139:23, 140:1,
167:14
**handgun**
10:21, 11:9,
12:6, 41:10
**handing**
9:20
**handle**
75:2
**hands**
37:20
**hang**
130:23
**happen**
29:1, 61:5,
62:24, 111:23,
124:17, 124:22
**happened**
12:13, 29:6,
29:8, 51:23,
62:23, 83:25,

85:11, 90:16,
93:20, 103:5,
111:2, 112:2,
147:6
**happening**
10:13, 63:6,
103:20, 119:18
**happy**
6:11, 14:23,
56:17, 62:7,
146:10
**hard**
61:2, 62:13,
70:19, 88:19,
138:7, 162:5
**harder**
22:19
**harm**
120:12, 120:20
**he'll**
39:2
**head**
6:3, 12:3,
12:20, 12:25,
39:19, 80:8,
83:9
**headphones**
138:18
**health**
20:18, 65:15,
65:21, 69:10,
69:19, 69:21,
150:4, 155:11,
156:10, 158:1,
161:15
**hear**
26:25, 37:12,
101:8, 123:11,
137:24, 140:19
**heard**
71:17, 138:1
**hearing**
40:7, 138:7
**heat**
37:19
**heavy**
76:12
**held**
2:1, 25:9,

**25:10**, 25:11,
74:19, 75:4,
89:8, 89:13,
89:16, 89:23,
92:15, 143:15
**hell**
60:4, 130:22,
131:10
**help**
45:25, 49:8,
148:11
**helpful**
58:19
**henderson**
79:2
**herd**
71:19
**here**
5:19, 17:16,
21:24, 37:20,
39:17, 45:7,
49:10, 70:7,
78:15, 81:24,
85:7, 114:9,
114:14, 117:15,
119:23, 121:5,
126:5, 126:18,
137:23, 161:3,
163:5
**hereby**
166:2, 167:5
**hereunto**
167:13
**herself**
42:21, 101:22
**hey**
13:2, 29:2,
52:9, 62:3,
148:10
**high**
8:23, 9:9,
158:25
**higher**
39:21
**highly**
27:18, 97:10
**hiked**
17:14, 164:19

**himself**
65:5, 133:12
**history**
118:7, 118:9
**hit**
33:21, 53:24,
53:25, 55:10,
136:16, 164:15
**hitting**
136:14
**hoffman**
24:5, 29:18,
39:6, 41:16,
41:19, 98:9,
101:9, 101:10
**hoffman's**
122:11
**hold**
23:18, 68:5,
73:9, 91:21
**holding**
89:23, 143:17
**holdings**
1:11
**holiday**
2:6, 3:14, 18:1
**home**
18:14, 35:15,
35:23, 36:2,
36:4, 36:23,
37:3, 37:7,
48:9, 71:24,
97:9, 105:4,
107:23, 110:1,
159:20, 161:17
**homes**
18:14
**honest**
18:11, 39:23,
165:15
**honestly**
37:25, 72:2,
95:23, 98:15,
165:12
**honeymoon**
164:1, 165:5
**hope**
69:3, 160:14

**hoping**
68:24
**horrible**
77:17, 77:21,
85:23
**hospice**
15:5, 18:12
**hospital**
106:23, 113:13,
113:16, 113:23,
114:25, 115:23,
116:3, 116:8
**hot**
37:21
**hotel**
12:1, 12:20,
13:1, 13:6,
93:23, 93:25,
94:6, 97:6,
97:11, 97:23
**hotels**
94:7
**hotline**
160:4
**hour**
17:19, 44:22,
91:17, 109:2
**hour-and-a-half**
109:3
**hourly**
17:17, 17:18,
17:24, 19:19
**hours**
4:6, 15:21,
17:21, 20:13,
37:1, 37:8,
37:14, 37:22,
103:17, 103:21,
104:1, 104:21
**house**
39:2, 90:23,
162:8, 162:10,
162:11, 162:16,
163:16
**however**
97:21
**hr**
65:2

**hump**
136:17
**humping**
143:19
**hundred**
70:6, 79:23
**hydroxyzine**
151:8, 151:25,
152:1, 152:11,
152:15, 153:18,
154:3, 154:6,
154:14, 154:19,
158:7

--- I ---

**icy**
37:20
**idea**
36:10, 102:25,
112:2, 124:19,
137:18
**identification**
44:11, 58:24,
115:7, 129:2,
132:24, 135:2,
137:8, 140:21,
143:10
**identified**
45:18
**identify**
122:2, 134:4,
139:19
**identifying**
48:11
**ignored**
39:18
**iii**
1:9
**illegal**
41:11
**illness**
151:5
**immediate**
34:6, 34:8
**immediately**
21:6, 21:12,
48:10, 109:4,
144:13

impacted
159:16
impeccable
85:3
implications
78:14
important
44:23
imprisoned
83:19
imprisonment
82:1
inappropriate
42:6, 42:10,
135:20
inappropriately
135:23
incapacitated
110:10
incident
98:24, 106:23,
106:24, 108:14,
111:21, 113:9,
113:14, 115:9,
116:9, 126:11
incidents
119:14
included
50:20
including
158:9
income
1:12, 34:2,
35:22, 36:3,
36:23, 48:11,
48:16, 64:24,
67:12, 67:15,
67:19, 93:8,
146:25, 148:12,
149:25
independent
68:10
indicate
93:17, 122:25
indicated
120:19, 157:22
indication
123:7

indicative
123:8
indisposed
124:7
individual
70:21, 122:2,
124:8
information
23:11, 26:25,
36:17, 51:2,
65:9
initial
29:20, 50:21,
115:4, 133:2
initially
31:6, 68:22
injuries
158:15, 158:17
injury
159:4
inlet
163:19
inner
90:25
inside
11:24, 56:2
insist
76:14
insisted
87:17, 90:24
insists
91:9
instagram
16:19, 16:24
instance
38:24, 82:5,
87:25, 92:11,
160:22
instances
83:7, 87:5,
90:20, 120:8
instantly
73:22
instead
61:19, 80:21
instinct
105:1
instructor
162:4

insurance
1:12, 22:11,
23:2, 23:3,
24:2, 65:15,
65:21, 66:14,
69:10, 69:20,
69:22, 70:21,
72:12, 72:18,
80:19
intense
94:15, 94:16
intention
13:10
interest
167:11
interrogatory
93:16, 121:24
interrupt
74:10
intoxicated
106:1, 153:7
ironworkers
27:6
irs
36:18
issue
140:1
issues
26:2, 65:4,
65:13, 71:20,
72:20, 73:3,
117:15, 117:17,
119:17, 155:11,
156:11
italian
106:17
itself
123:9

J

janine
141:12
janine's
141:13
january
1:19, 167:15
jeremiah
127:21, 127:23

jersey
113:6
jimmy
113:7
job
1:23, 15:15,
15:23, 18:8,
18:12, 19:19,
19:20, 20:16,
22:13, 24:7,
26:6, 27:17,
31:23, 36:9,
37:5, 39:17,
40:20, 53:11,
57:13, 61:14,
82:18, 89:14,
96:2, 101:20,
102:4, 113:12,
119:19, 119:24,
126:3, 126:9,
126:14, 143:3,
148:7, 149:3
jobs
147:17, 149:19,
149:22
joe
56:5, 109:14,
109:16, 109:17,
109:19, 111:24,
111:25
john
95:20, 95:21,
98:8, 99:6
john's
113:7
judge
25:1, 25:4,
25:7, 45:7
july
7:22, 20:21,
69:24, 84:24,
146:14, 146:15,
146:16, 146:19,
147:8, 147:24,
148:13, 148:15,
153:3, 163:11,
163:22, 167:16
jumping
145:13

**june**
146:14, 163:25,
164:9, 164:23,
165:2

### K

**k**
20:18
**keep**
5:13, 62:19,
73:16, 102:4,
113:11, 116:21,
119:24, 126:3,
126:9, 126:14
**keeping**
21:23, 33:16,
33:20
**kellie**
24:4, 24:5,
29:18, 31:6,
34:8, 34:25,
38:3, 38:8,
39:6, 39:8,
39:12, 40:8,
51:21, 62:21,
62:22, 67:6,
97:24, 98:6,
98:9, 99:6,
101:9, 101:10,
107:12, 122:11
**kellie's**
105:24
**kept**
32:23, 71:8,
78:5, 78:6, 85:7
**key**
64:17
**kill**
120:22, 125:4,
159:24
**killing**
124:25, 125:2
**kind**
9:5, 10:25,
19:3, 21:13,
21:14, 22:15,
22:18, 28:9,
29:5, 30:13,

32:1, 38:9,
38:22, 39:14,
39:18, 39:23,
52:14, 54:11,
58:8, 62:5,
75:3, 77:19,
77:20, 91:8,
92:2, 103:11,
103:18, 104:8,
116:22, 119:15,
123:6, 149:16,
162:5, 165:14
**kinds**
49:22
**knew**
25:16, 46:22,
55:11, 74:20,
85:3, 107:22,
143:4
**knowing**
78:19
**knowingly**
99:1
**knowledge**
26:23, 54:21,
55:21, 70:22,
97:17, 98:10,
107:11, 108:13,
110:22, 112:5,
114:18, 115:5,
154:20
**known**
64:8, 154:22
**kryptonite**
101:15

### L

**labels**
154:24
**labs**
148:20
**laid**
24:6, 32:7,
55:4, 62:23,
73:22, 73:23,
74:13, 104:20
**lamb**
56:5, 109:19

**last**
17:25, 69:17,
71:14, 72:3,
84:21, 99:4,
99:16, 103:25,
109:18, 115:20,
141:13, 151:2,
151:3, 151:4,
158:12, 161:21
**lasted**
104:2
**late**
53:16, 109:25
**later**
44:1, 61:12,
98:11
**law**
2:5, 3:4, 3:5,
3:13
**laws**
9:19, 10:24
**lawsuit**
5:10, 81:25
**lawyer**
14:13
**lay**
82:7, 103:19
**lazy**
28:15
**lds**
93:21, 94:9
**lead**
15:4, 18:9,
79:6
**leaders**
94:17, 96:17
**leadership**
93:22, 94:10,
94:12, 95:4,
95:5, 95:13,
96:7, 96:16,
96:17, 97:2
**leads**
26:15, 26:19,
26:22, 28:20,
28:21, 28:23,
29:2, 29:4,
29:12, 29:16,

92:18
**learned**
80:18, 94:13,
95:22
**lease**
19:5, 19:6
**least**
26:23, 29:17,
37:10, 55:5,
55:16, 60:14,
62:12, 70:14,
70:18, 82:19,
84:3, 84:4,
89:25, 103:17,
160:17, 161:4
**leave**
12:3, 78:5,
83:19, 84:6,
84:12, 84:23,
89:22, 89:24,
91:18, 120:10,
120:19
**leaving**
121:5
**left**
11:2, 50:5,
74:24, 84:18,
120:22, 121:10
**legal**
78:14
**less**
28:20, 28:23,
52:21
**let's**
5:20, 7:4,
15:7, 22:3,
32:11, 53:11,
60:5, 81:8,
86:4, 116:3,
126:15, 130:22,
131:25
**level**
52:11
**lexapro**
150:22, 150:23,
151:15, 151:21,
153:1, 153:4,
153:22, 153:24,

Transcript of Reneé Margaret Zinsky
January 13, 2023

61

154:1, 154:5,
154:10, 158:7
**lexus**
18:21, 19:3
**license**
9:17, 10:23,
11:16, 22:11,
25:22, 26:1
**licensed**
26:22, 156:25,
157:6
**licensing**
22:24, 23:3
**lie**
102:20
**lied**
100:6
**life**
1:12, 13:25,
22:10, 23:2,
24:2, 32:9,
32:19, 64:24,
70:21, 85:23,
103:8, 109:6,
109:12, 117:20,
159:16, 161:6,
161:7, 161:8,
161:16
**life-sustaining**
15:6, 18:13
**lights**
109:8
**liked**
27:22, 32:24,
99:16, 99:24
**limit**
161:16
**line**
27:23, 51:5,
82:18, 135:13
**lines**
11:13, 29:9
**liquid**
98:17
**list**
94:24
**listed**
48:13, 48:18,

157:23, 157:24
**listen**
30:22, 63:25,
64:2, 64:6
**literally**
61:16, 99:15,
121:10
**little**
8:10, 21:13,
22:1, 37:20,
46:11, 50:17,
61:12, 106:6,
120:2, 145:9
**live**
7:14, 7:16,
92:8
**lived**
7:12
**living**
7:17
**llc**
1:11, 3:4
**loan**
19:7, 19:8
**loans**
119:22
**local**
113:7
**location**
11:19
**locations**
17:12
**lock**
83:22
**locking**
89:17
**log-in**
79:4
**logistics**
148:18, 148:22
**lol**
49:9
**long**
7:12, 8:4,
8:12, 15:12,
18:22, 25:6,
30:25, 47:14,
47:18, 51:14,

53:20, 91:18,
103:15, 145:5,
148:23, 150:23,
152:7, 155:18,
163:1
**longer**
51:24, 60:18,
70:3
**look**
22:10, 32:6,
37:6, 45:2,
45:10, 45:12,
45:20, 48:21,
50:2, 66:15,
74:23, 77:4,
127:16, 129:7,
129:10, 129:13,
131:18, 131:22,
136:2, 137:13,
138:22, 143:5
**looked**
29:18, 121:8
**looking**
119:6
**looks**
59:4, 59:9,
59:22, 60:10,
130:19, 137:14,
137:21, 139:4,
142:7, 142:11,
143:19
**loose**
130:22, 131:11
**lose**
62:14, 62:15,
89:14, 145:20
**loss**
145:16
**lost**
62:17, 145:19
**lot**
20:8, 38:20,
45:12, 45:19,
46:9, 49:11,
51:11, 71:9,
71:10, 71:13,
74:13, 76:17,
81:21, 85:21,

87:3, 87:10,
95:18, 95:23,
98:20, 119:4,
131:1, 135:16,
136:3, 157:8
**lots**
86:16, 87:11
**louder**
137:22
**love**
49:8, 91:22,
130:25
**loved**
144:21
**loyal**
82:17
**lucia**
165:10
**lunch**
6:15, 89:3,
113:3, 113:5
**lunches**
89:2
**lunchtime**
6:15

---
**M**
---
**m-a-m-r-o-s**
115:21
**mad**
30:9
**made**
55:19, 64:8,
70:4, 74:25,
75:3, 81:10,
81:14, 82:19,
92:1, 92:18,
95:25, 98:10,
117:2, 120:1,
145:16, 154:22
**mail**
98:21
**main**
27:23
**maine**
72:4, 78:25,
79:1
**mainly**
96:4

Transcript of Reneé Margaret Zinsky
January 13, 2023

62

maintain
72:12, 121:18
majority
104:2, 160:1,
160:2
make
15:17, 17:15,
17:19, 17:23,
17:25, 18:2,
19:25, 24:9,
24:11, 32:7,
32:11, 36:16,
39:17, 40:13,
45:1, 46:8,
49:23, 55:8,
59:22, 60:4,
60:5, 74:11,
92:1, 119:24,
136:3, 136:15,
136:17, 142:6,
148:3, 148:5,
157:14, 163:4
makes
112:7
making
70:15, 70:16,
74:17, 137:15,
139:6
mal
129:20
mall
15:4, 15:10,
15:11, 17:14
mallory
7:15, 8:2,
143:25, 144:2,
145:1, 145:3,
159:23, 161:12,
164:1, 164:11
mamros
115:18
man
67:20, 131:1
manage
15:16
manager
12:19, 13:20,
15:3

manner
140:2
many
17:21, 20:6,
29:16, 33:2,
37:8, 37:14,
39:24, 55:3,
57:20, 84:2,
86:22, 86:23,
88:10, 88:15,
149:6, 149:10,
149:12, 149:15,
151:24, 156:19
march
22:23, 23:15,
60:25, 61:7,
61:11, 108:12,
108:24, 108:25,
116:6
margaret
1:17, 2:1, 4:3,
5:3, 7:6, 166:2
maria
109:14, 109:20,
109:21, 110:8,
111:25, 112:1,
119:15, 122:3,
122:4, 122:19,
123:13
marissa
58:14
mark
19:17, 44:2,
44:8, 143:21
marked
44:10, 58:23,
115:6, 129:1,
132:23, 135:1,
136:7, 137:7,
140:20, 143:10
married
7:24, 8:4, 8:8,
8:20, 8:21,
143:25, 144:3,
144:16
marriott
94:1, 97:6
martin
150:17

maserati
87:20
master
162:10
master's
157:6
masturbate
118:17, 119:9
masturbated
120:9
masturbation
119:14
matt
115:16, 115:17,
115:18
matter
62:19, 92:20,
114:15
max
105:18
maxwell
95:20, 95:21
maybe
70:6, 71:16,
76:1, 88:1,
88:5, 88:12,
105:22, 106:16,
109:3, 115:13,
123:8, 127:17,
131:24, 152:6,
152:16, 155:22,
163:7, 163:24
mcknight
162:11
meal
111:2
mean
6:20, 16:17,
24:11, 24:25,
25:21, 28:6,
36:6, 37:1,
38:13, 40:6,
40:8, 43:9,
45:19, 46:7,
46:10, 49:18,
50:1, 50:4,
51:10, 52:13,
55:4, 55:15,

57:16, 57:18,
59:3, 59:9,
60:9, 63:24,
64:18, 64:21,
65:1, 68:22,
69:20, 70:14,
70:15, 70:18,
71:8, 74:10,
75:1, 75:22,
75:23, 76:20,
77:16, 78:20,
81:23, 83:25,
85:16, 87:2,
87:8, 87:14,
89:17, 93:5,
94:23, 96:14,
98:2, 98:18,
99:23, 101:12,
104:16, 104:17,
106:2, 107:7,
107:18, 110:3,
110:11, 111:15,
111:24, 114:5,
116:20, 117:15,
119:3, 120:14,
120:21, 121:2,
121:8, 122:23,
123:2, 123:3,
124:9, 124:12,
124:24, 132:5,
135:25, 138:16,
139:3, 142:18,
144:9, 146:7,
148:1, 151:18,
152:16, 156:2,
158:11, 160:25,
163:4, 163:15
meant
77:18, 79:17,
80:17, 92:17,
164:2
media
15:24, 16:8,
16:11, 16:14,
16:25, 17:3,
17:4, 49:25
medical
160:12

**medication**
15:6, 112:12,
150:19, 151:5,
151:7, 151:19,
153:23
**medications**
10:16, 15:6,
18:13, 152:22,
158:8
**meet**
13:3, 26:17,
54:22, 59:24,
95:20, 95:22,
146:9
**meeting**
76:9, 77:6,
78:10, 79:12,
90:25, 91:13,
91:17, 96:10,
96:22
**meetings**
28:8, 57:20,
64:9, 64:10,
64:11, 91:6,
91:10, 121:3
**members**
27:3, 27:8
**memorization**
49:5
**men**
38:19
**mental**
150:4, 151:5,
155:11, 156:10,
158:1, 161:14
**mentally**
146:8
**mention**
14:19
**mentioned**
75:6, 81:8,
162:23, 164:4
**message**
48:8, 48:22,
49:12, 59:22,
60:8, 74:3,
74:6, 75:7,
75:11, 75:19,

**messages**
4:11, 4:17,
37:5, 42:7,
43:3, 43:4,
45:10, 45:17,
46:2, 46:4,
46:14, 47:25,
49:16, 50:21,
50:22, 51:5,
59:8, 73:23,
129:5
**messed**
109:5
**met**
5:9, 22:12,
24:5, 52:20
**metal**
12:15
**mga**
22:17, 34:19,
34:20, 35:2,
35:3, 35:5,
38:4, 51:25,
52:2, 52:5,
64:5, 64:12,
66:18, 66:25,
75:9, 75:11,
105:3
**michael**
1:7, 5:10,
28:6, 123:23,
133:7, 133:8,
144:3
**mid**
53:16
**middle**
75:13, 76:1,
104:22, 146:5,
155:22
**might**
5:12, 5:21,
50:22, 53:8,
65:16, 65:17,
66:8, 76:2,
77:9, 80:22,
81:20, 104:9,
111:19, 115:15,

157:21, 164:24,
165:11
**mike**
22:12, 27:20,
28:6, 28:7,
33:6, 33:13,
34:5, 35:4,
36:11, 38:4,
38:7, 39:1,
39:12, 40:6,
45:15, 46:22,
49:21, 49:23,
51:17, 52:4,
52:5, 52:8,
53:23, 55:4,
55:15, 55:19,
56:6, 59:16,
62:23, 63:9,
63:19, 63:21,
63:24, 64:3,
65:7, 66:6,
66:20, 66:21,
66:25, 67:7,
67:8, 73:6,
74:3, 74:6,
74:25, 75:1,
75:7, 76:13,
77:8, 77:15,
77:17, 78:6,
79:11, 81:10,
81:14, 83:17,
84:5, 84:22,
85:7, 87:8,
87:12, 87:17,
88:2, 88:7,
89:4, 89:15,
90:24, 91:5,
98:11, 99:7,
99:23, 100:4,
100:14, 103:4,
105:9, 105:14,
108:17, 108:18,
110:23, 111:14,
112:7, 116:5,
123:24, 124:7,
129:6, 129:11,
130:2, 135:21,
135:22, 136:10,

143:16, 144:7,
144:9, 162:2
**mike's**
46:10, 52:3,
69:5, 76:6,
113:6
**mileage**
20:4
**million**
94:7
**mind**
54:6, 85:15,
96:2
**mine**
16:16, 115:19
**minute**
70:15, 112:9,
112:10, 116:14,
126:15
**minutes**
4:6, 91:17
**miserable**
137:15
**misery**
85:4
**misled**
80:9
**miss**
41:15, 41:16,
41:19, 42:20,
43:4, 45:17,
49:13, 92:15,
131:1, 155:18,
156:5, 156:20
**missed**
127:18
**missing**
92:17, 92:18
**mistaken**
59:5
**mm-hmm**
56:23, 58:7,
87:9, 91:4,
95:11, 117:4,
121:20, 144:1,
155:9, 158:10
**moment**
10:25, 40:1,

61:3, 125:3
**momentarily**
7:18
**moments**
77:23
**monday**
26:12
**money**
39:18, 74:18,
79:5, 119:24,
136:3, 148:3
**moneybadger$$glo-bal**
59:2, 59:11
**month**
17:9, 17:14,
19:9, 20:22,
22:11, 48:9,
54:4, 54:8,
54:16, 70:16,
71:17, 122:14,
152:16
**months**
8:5, 8:16,
18:24, 33:21,
51:15, 54:16,
63:1, 71:16,
75:18, 149:10,
155:20, 156:1,
163:2
**morality**
135:7
**morals**
38:12, 40:2,
40:4, 40:16,
135:13
**more**
77:19, 79:18,
90:18, 107:21,
116:13, 143:22,
152:13, 159:18
**morning**
11:1, 44:23,
94:15
**most**
20:9, 54:20,
82:10, 85:21,
97:8, 119:19,

135:25, 153:11
**motion**
139:6, 139:23
**motivated**
22:19, 163:7
**motivation**
161:18, 161:20
**motivational**
94:18
**mountains**
164:22
**mouth**
98:18
**move**
7:18, 7:20,
30:15, 52:17,
52:18, 103:18,
103:22, 104:7,
104:25, 105:12,
108:11, 109:10,
129:7, 143:22,
156:23
**movie**
38:17, 38:18,
40:9, 40:10,
147:18, 147:21
**moving**
17:12, 119:23,
140:1
**much**
14:1, 15:22,
17:19, 18:2,
20:8, 21:25,
24:8, 24:12,
26:9, 26:17,
27:20, 30:24,
33:22, 36:12,
37:24, 38:21,
38:22, 38:23,
39:12, 39:21,
44:25, 57:9,
64:16, 64:18,
64:21, 70:12,
73:22, 74:12,
74:22, 75:5,
76:19, 92:19,
98:3, 104:8,
105:16, 111:20,

117:16, 135:25,
144:19, 148:3,
163:6
**multiple**
33:1, 62:2,
62:10, 62:21,
82:21, 134:2,
134:3, 134:5,
134:15
**murder**
121:11
**myself**
15:21, 49:3,
159:24, 161:6

**N**

**n-i-l-l-a-m**
148:22
**nakama**
81:19, 82:4,
83:17, 84:11,
86:25, 87:5,
87:11, 88:15,
88:25, 89:2,
89:6, 108:15,
110:15, 110:16,
110:20, 112:16,
112:19
**naked**
133:7, 133:12,
133:23, 133:25,
134:15, 134:16,
134:17
**name**
5:9, 7:5, 8:2,
18:7, 34:10,
48:13, 48:18,
49:20, 49:21,
58:16, 59:10,
59:23, 60:5,
72:3, 72:5,
99:4, 109:18,
115:20, 141:13,
157:11
**narrowed**
165:8
**natural**
165:15

**near**
11:20, 16:13,
86:19, 87:11,
106:19
**nearby**
97:7
**necessarily**
14:8, 27:2,
28:18, 28:19,
93:5
**neck**
82:25, 103:10
**need**
6:8, 6:12,
39:22, 47:24,
49:2, 54:4,
82:3, 85:16,
91:2, 92:9,
116:22, 129:21,
152:2, 165:19,
165:23
**needed**
71:11, 119:23,
119:24, 149:17,
151:7, 151:11
**needing**
117:19
**needless**
10:14
**needs**
15:18
**neither**
167:10
**never**
10:3, 13:8,
16:22, 16:24,
23:25, 32:21,
34:11, 34:12,
41:7, 42:2,
44:23, 47:6,
53:3, 53:6,
55:7, 63:5,
73:14, 80:5,
80:9, 80:14,
102:23, 103:7,
103:12, 109:5,
109:11, 110:4,
118:3, 118:8,

121:4, 130:14,
135:5, 135:17,
144:11, 153:6,
153:9, 153:25
**new**
9:16, 9:17,
10:4, 10:6,
10:15, 10:21,
10:24, 11:2,
11:14, 11:19,
13:4, 13:7,
24:15, 24:23,
25:7, 25:13,
41:9, 50:15,
161:25, 162:3
**news**
47:8
**next**
26:11, 29:4,
79:21, 98:2,
98:11, 101:5,
102:8, 112:9
**nice**
8:20, 9:22,
10:10, 11:8,
12:19, 71:12,
112:22, 163:19
**night**
99:10, 99:16,
104:22, 105:17,
107:2, 110:25,
130:24, 151:12
**nights**
152:6, 152:8
**nillam**
148:18, 148:22,
149:11, 149:20
**no-cost**
27:3, 27:9
**nods**
6:3, 80:8
**nonconsensual**
90:21, 124:1
**nonconsent**
123:8
**none**
96:7, 96:20,
124:6

**normal**
62:24, 95:25,
96:3, 142:25,
161:7
**nos**
6:3, 58:21
**notarial**
167:14
**notary**
2:16, 167:1,
167:22
**note**
19:14
**nothing**
5:5, 29:10,
39:15, 40:14,
40:17, 61:16,
69:5, 79:11,
82:14, 93:5,
117:16, 148:9
**notice**
2:14
**november**
156:6
**nu-huhs**
6:3
**number**
4:10, 43:9,
43:10, 43:13,
43:14, 43:15,
50:17, 54:15,
54:19, 105:6,
140:18
**numbers**
44:1, 44:8,
71:10
**nursing**
18:14

**O**

**oath**
101:22
**object**
41:23, 66:2,
67:25, 72:14,
93:13, 135:9,
136:23, 155:25,
162:20

**objection**
107:4, 108:4
**objective**
52:20
**obligation**
36:16, 123:25
**obviously**
59:13, 78:13,
84:12, 109:8
**occasions**
134:16
**occur**
120:20
**occurred**
85:17
**occurring**
141:17
**october**
8:19, 8:21,
143:25, 144:1
**offer**
49:7
**offered**
130:10
**offering**
130:2, 130:7
**office**
26:8, 28:3,
35:8, 35:12,
35:13, 36:2,
36:21, 37:2,
37:9, 37:13,
37:22, 46:22,
50:5, 60:10,
60:12, 71:24,
73:20, 109:4,
110:10, 110:21,
121:4, 127:24,
128:3, 128:6,
132:2, 132:7,
132:9, 132:11,
135:5, 135:12,
135:20, 135:23,
136:22, 137:1,
140:9, 140:12,
141:9
**officer**
167:4

**offices**
2:2
**officially**
22:22, 31:7,
60:21
**often**
16:10, 16:11,
28:9, 83:25,
151:10, 152:4,
152:14, 152:19,
158:18, 163:3
**oh**
11:25, 14:5,
14:12, 14:14,
19:6, 28:1,
28:14, 35:14,
37:15, 38:17,
56:13, 59:6,
67:20, 94:21,
99:22, 100:8,
121:12, 138:14,
146:24, 153:15
**ohio**
26:21
**onboarded**
31:7
**once**
23:21, 43:7,
49:5, 57:10,
57:22, 114:4,
121:1, 156:22,
161:4
**one**
8:10, 14:18,
15:20, 16:19,
23:13, 23:20,
25:16, 28:23,
33:3, 36:4,
39:16, 45:22,
49:14, 54:15,
54:22, 57:22,
62:16, 62:20,
65:2, 65:3,
65:18, 81:4,
91:1, 91:10,
94:2, 108:2,
109:7, 109:15,
112:9, 115:15,

Transcript of Reneé Margaret Zinsky
January 13, 2023

66

117:1, 117:24,
122:1, 126:23,
129:22, 137:6,
140:18, 143:20,
149:9, 156:21,
165:12
**one-on-one**
64:10, 87:18
**one-on-ones**
76:14, 87:18
**one-time**
32:14
**ones**
131:22
**only**
18:24, 29:6,
47:9, 57:11,
62:16, 62:20,
74:3, 80:15,
107:1, 109:2,
112:10, 135:21,
135:23, 151:7
**open**
83:21, 90:1,
103:13
**openly**
38:16
**opinion**
121:6
**opposite**
135:6
**order**
43:12, 44:15,
44:17, 44:18,
45:2, 45:6,
46:13
**ordered**
113:8
**organized**
44:13
**original**
57:1
**other**
5:21, 8:10,
9:11, 11:10,
11:14, 13:9,
13:18, 14:13,
14:18, 18:7,

33:16, 41:2,
67:8, 69:19,
69:21, 72:10,
76:7, 86:19,
88:14, 88:16,
89:7, 90:19,
90:20, 93:3,
98:3, 98:5,
109:7, 111:22,
112:12, 117:20,
118:25, 127:6,
132:3, 132:14,
141:11, 146:22,
147:17, 148:12,
148:16, 149:3,
149:22, 149:24,
151:5, 151:7,
155:10, 156:9,
156:18, 158:3,
158:8, 158:14,
159:3, 159:5,
161:11, 165:1,
165:2
**other's**
101:14
**others**
97:10, 105:2
**otherwise**
167:12
**out**
9:5, 13:1,
17:11, 17:13,
23:25, 24:6,
27:1, 30:12,
30:15, 30:16,
30:18, 32:7,
37:16, 39:13,
45:4, 46:21,
49:10, 55:4,
57:11, 57:13,
57:17, 59:23,
60:4, 60:5,
60:9, 60:11,
60:12, 62:23,
68:24, 71:20,
73:22, 73:23,
74:13, 79:2,
79:5, 79:7,

82:7, 82:17,
83:17, 84:15,
88:9, 88:13,
88:14, 90:2,
90:4, 90:5,
91:7, 91:22,
92:1, 92:4,
92:18, 97:21,
104:9, 105:4,
110:5, 115:24,
119:6, 124:5,
124:20, 129:7,
130:21, 131:10,
131:11, 138:2,
148:11, 150:14,
155:16, 165:4
**outcome**
167:12
**outside**
11:21, 12:25,
132:2, 132:7,
132:8, 132:10,
134:1
**ovarian**
158:25
**over**
5:21, 5:24,
9:20, 39:2,
54:7, 87:22,
119:23, 120:2,
145:9, 145:22,
150:18
**overly**
161:1
**own**
18:16, 18:19,
18:20, 30:15,
30:17, 33:12,
67:6
**owned**
18:22
**owner**
17:15

| **P** |
| --- |

**pack**
11:2
**packages**
107:22

**page**
4:3, 4:10
**pages**
1:24
**paid**
17:17, 19:19,
19:20, 30:4,
30:6, 32:16,
32:18, 62:13,
89:2, 110:25,
111:5, 111:15,
148:6, 149:1
**pale**
147:19, 149:19
**pants**
98:4, 118:20,
134:6
**paper**
55:21
**paperwork**
24:1, 24:10,
53:9
**paralyzed**
103:9, 103:16,
104:6, 104:20
**parents**
7:17, 13:19,
13:22
**park**
15:11, 86:16,
86:17, 86:16,
87:3, 164:21
**parked**
86:19
**parking**
76:16, 81:21,
86:16, 87:3,
87:10, 87:11,
88:17
**part**
15:23, 20:9,
25:17, 27:5,
27:16, 62:15,
69:3, 90:19,
97:8, 119:19,
163:17, 164:20
**particular**
106:24

parties
167:11
party
68:14
partying
38:20
pass
23:12
passavant
113:24
passed
22:20, 23:21,
110:5
passing
49:6
password
50:7, 50:11,
50:14, 79:3
past
20:25, 163:23,
163:24
pat
138:10, 138:13,
139:7
pathetic
28:15
patients
18:13
patting
137:21, 138:23,
139:1, 139:23,
140:11
pay
61:17, 61:18,
63:17, 65:12,
65:18, 89:4,
111:13
payment
32:14
payments
19:8
pcp
150:10, 150:12,
155:4, 155:7,
158:19, 159:4
pedestal
74:19
peer
42:14

pennsylvania
1:2, 1:18, 2:8,
2:17, 3:7, 3:16,
9:17, 10:23,
26:21, 167:23
people
26:24, 27:21,
30:9, 32:24,
33:2, 38:5,
39:24, 47:9,
47:10, 54:25,
55:3, 55:6,
55:16, 59:16,
60:7, 62:21,
63:8, 66:10,
70:24, 71:13,
73:24, 74:19,
78:17, 86:22,
91:7, 94:22,
95:12, 97:9,
110:12, 111:22
people's
98:17
perfect
8:22
perform
145:23
period
53:14, 159:3
perjuring
101:22
permanent
27:11
permit
25:13
person
30:15, 34:7,
34:8, 52:22,
95:23, 112:10,
123:25, 159:17,
161:2
personally
127:23, 128:2,
142:21
pharmacy
131:20
philly
46:21, 47:4,

47:5
phone
20:23, 26:9,
26:10, 37:4,
47:16, 47:23,
47:25, 49:16,
50:5, 50:7,
50:15, 50:19,
50:22, 51:3,
51:5, 56:5,
56:6, 57:19,
71:10, 118:3,
118:7, 118:13
photo
133:3, 133:11,
133:14, 133:16,
134:9
photograph
134:1
physical
120:20, 158:17,
159:4
physically
90:7, 120:12,
132:8, 132:10,
141:25
pick
52:21
picked
148:19
pickup
149:5
pickups
149:6
picture
24:6, 130:18,
130:20, 131:3,
133:1, 133:6,
133:8, 133:17,
133:18, 133:21
pictures
42:10, 42:21,
59:1
piece
55:21
pills
130:19, 131:2,
131:18, 131:21

pine
8:24, 86:18,
87:3, 92:10
pissed
39:1, 79:21
pittsburgh
1:18, 2:8, 3:7,
3:16, 47:10,
147:22
pizza
106:16
place
7:10, 38:17,
84:12, 88:16,
89:7, 105:7,
106:17, 143:21,
146:23, 157:11,
163:19, 165:6
places
113:8
plaintiff
1:5, 3:2
plan
20:18, 165:4
planned
165:2
platform
16:8
platforms
16:18
play
137:11, 140:15,
143:7
playing
115:12, 136:9,
137:12, 140:23,
143:12
please
122:2, 122:25,
165:24
plenty
50:4
pllc
2:5, 3:13
plus
20:13
point
34:4, 40:23,

47:1, 47:14,
48:6, 52:3,
54:22, 60:18,
66:19, 69:9,
83:20, 88:4,
106:1, 106:3,
119:25, 124:6,
126:23, 159:20,
165:15
**police**
25:10, 83:10,
102:2, 102:6,
103:6, 113:10,
123:19, 126:1,
126:6
**policies**
32:23, 33:17,
70:25, 71:5,
72:12, 72:18
**policy**
32:9, 70:21,
71:21, 71:23
**ponce**
163:19
**porn**
117:8
**pornographic**
117:2, 117:23,
118:4, 118:8
**pornography**
118:18
**position**
23:17, 51:14,
63:4, 68:5,
68:8, 68:9,
73:9, 74:4,
94:12
**possible**
53:9, 108:2,
108:9
**possibly**
50:4, 110:11,
110:13, 157:20
**post**
59:16, 59:17
**potentially**
81:1
**practice**
23:10, 23:12,

150:16
**premium**
32:10
**premiums**
32:19
**preparation**
13:18, 14:3,
14:9, 23:5
**prepared**
61:4
**prescribe**
158:8
**prescribed**
41:7, 132:21,
151:17, 154:17
**prescribes**
158:6
**prescription**
128:20, 130:14,
131:15
**presence**
119:8
**present**
98:12, 99:17,
99:24, 99:25,
100:1, 100:18,
108:1, 148:16,
148:25, 155:8,
155:12, 158:15,
161:15
**presentation**
30:20
**pretty**
13:25, 15:21,
20:8, 24:24,
26:9, 26:17,
27:20, 30:23,
33:25, 36:11,
38:22, 45:15,
49:20, 52:23,
57:9, 64:16,
64:18, 64:20,
73:21, 74:12,
74:22, 75:5,
92:19, 100:1,
117:16, 121:8,
135:25, 144:19,
163:23

**previously**
83:5, 130:13,
131:14, 150:3
**prime**
79:1, 85:12
**print**
114:11
**prior**
32:19, 50:19,
70:4, 102:22,
152:14, 160:22,
162:23
**private**
88:17
**probably**
11:16, 11:17,
17:9, 18:4,
20:22, 31:1,
37:24, 39:2,
44:3, 48:2,
53:16, 60:25,
66:9, 66:10,
66:13, 66:14,
69:23, 72:4,
79:6, 85:20,
91:16, 94:21,
101:13, 101:19,
103:17, 105:20,
111:6, 113:4,
113:6, 125:5,
125:6, 125:7,
146:5, 146:6,
149:13, 149:14,
152:9, 158:11,
159:6, 160:1
**problems**
117:12, 159:19
**process**
22:8, 23:22,
30:11, 67:24
**procure**
41:11
**produced**
50:24, 51:1,
56:12, 57:4,
133:2
**production**
52:13, 148:20

**productions**
147:18
**promised**
119:20
**promote**
52:15, 54:5
**promoted**
51:16, 51:18,
51:22, 51:25,
52:4, 52:7,
52:8, 53:13,
54:2, 54:5,
54:13, 60:19,
60:23, 60:25,
75:9
**promotion**
54:10, 55:8,
62:20, 70:6
**promotions**
54:1, 73:25
**pronounce**
127:14
**pronounced**
127:13
**protected**
50:8, 50:11
**protecting**
50:14
**provide**
18:17, 20:16,
47:23, 47:24,
56:17, 93:19,
119:21
**provided**
53:6, 115:4
**psychiatrist**
156:25, 157:5
**psychological**
155:17
**psychologist**
156:13, 156:25,
157:5
**psychologists**
158:1
**public**
2:16, 84:12,
167:1, 167:22
**pull**
115:2, 125:18,

purchase
19:5
purely
17:24
pursuant
2:14
push
22:15, 162:6
pushed
62:5, 92:2
pushy
91:5
put
12:1, 12:21,
34:23, 39:18,
50:16, 54:13,
54:23, 60:20,
67:7, 76:17,
77:16, 79:9,
82:23, 98:17,
98:18, 100:5,
100:7, 100:15,
100:18, 101:5,
107:3, 107:10,
107:17, 110:2,
119:3, 151:2

**Q**

qualifications
52:17, 52:19,
52:25
question
5:24, 6:11,
6:13, 10:20,
14:20, 23:20,
36:20, 45:21,
53:19, 66:3,
68:1, 72:15,
78:1, 79:20,
82:11, 89:19,
93:14, 100:23,
101:2, 102:1,
102:6, 107:5,
114:16, 125:25,
135:10, 136:24,
147:7, 156:1,
158:18, 160:25,

162:21
questioned
103:13
questioning
82:18, 159:20,
161:4, 161:5,
161:6, 161:7,
161:8
questions
5:12, 10:18,
82:2, 90:18
quick
34:1, 116:22,
116:24
quite
160:16

**R**

rach
138:9, 138:13
rachel
63:10
random
72:2
range
151:2
ranks
52:19
rate
19:21, 19:24,
149:4, 149:5
rather
62:10, 86:6,
86:9
rdr
1:25, 167:21
reach
52:11, 71:19
reached
79:7
read
24:12, 48:7,
48:22, 56:4,
56:9, 60:2,
96:5, 129:17,
130:19, 166:3
reading
130:9

ready
14:11, 24:13,
30:15, 30:16
real
137:2
realize
44:23
realized
28:9
really
16:13, 16:22,
24:7, 32:21,
33:4, 38:8,
38:10, 38:12,
39:15, 39:20,
39:22, 39:24,
40:17, 49:4,
52:6, 53:23,
53:24, 55:8,
57:11, 59:19,
63:5, 69:12,
70:19, 71:8,
87:10, 95:24,
98:3, 99:10,
104:8, 104:11,
109:12, 111:20,
114:20, 146:5,
151:12, 153:2,
165:9
realtime
2:15, 167:3
reason
64:17, 107:1
reasoning
63:6
recall
49:14, 56:24,
57:2, 78:1,
85:19, 104:14,
104:15, 104:19,
119:1, 131:11,
144:6, 148:14
receive
29:12, 62:11,
69:14, 75:11
received
48:1, 51:4,
53:4, 66:12,

69:18, 70:25,
73:23, 74:6,
75:19
receiving
54:6, 69:10,
70:3, 72:17,
134:8
recent
85:21, 151:11
recently
11:15, 151:11
recess
126:16
recognize
59:8, 133:3
record
4:6, 5:25,
24:21, 24:23,
25:17, 157:18,
165:25, 167:6
records
47:24, 47:25,
50:19, 50:22,
51:4, 114:4,
160:13
recruited
22:9
reduced
167:8
refreshed
116:23
regained
104:24, 105:11
regarding
65:12, 144:7,
144:8, 144:9
regards
135:14
registered
2:15, 167:2
regularly
152:13
reimbursed
20:4
relate
95:24
related
116:13, 167:10

relationship
42:2, 71:12,
117:12, 117:24
relationships
71:9
relax
164:16, 164:17
relevant
164:24
remember
58:16, 67:21,
72:4, 77:10,
77:24, 78:2,
88:10, 88:21,
94:20, 98:3,
99:9, 104:3,
109:3, 117:5,
153:12, 159:10,
160:18
remind
143:24
renee
1:4
renewal
24:6, 24:8,
32:20
renewals
32:24, 33:14,
33:21, 33:25,
54:7, 54:11,
62:4, 62:11,
62:14, 62:15,
62:17, 62:19,
63:1
reneé
1:17, 2:1, 4:3,
5:3, 5:9, 7:6,
46:18, 48:20,
49:10, 116:20,
138:10, 166:2
renfrew
8:10
rent
17:14
rented
97:21
repeat
14:21, 81:12

repercussions
75:4
rephrase
154:9, 154:16,
156:3, 158:18
report
38:5, 38:6,
83:9, 83:12,
102:2, 102:6,
102:7, 102:15,
103:6, 106:21,
111:21, 113:9,
113:25, 114:1,
121:13, 134:8,
160:8
reported
1:25, 38:7,
66:25, 160:3
reporter
2:15, 2:16,
5:19, 43:22,
43:25, 44:6,
44:9, 128:24,
134:22, 136:6,
165:19, 165:22,
167:1, 167:3
reporting
36:17
represent
5:10
request
29:20, 50:18,
50:21, 51:3,
73:12, 87:24
requested
26:25, 88:11
required
37:6
requirement
35:12, 36:21,
54:23, 55:3,
55:10, 55:18
requirements
53:24, 54:1,
55:11, 55:13,
55:15
residuals
61:25, 70:3,

70:5, 70:9,
70:12, 70:16,
70:20, 70:25,
72:17
resolution
161:25
resolutions
162:3
respect
39:21, 74:14
respectful
82:15
respond
37:5, 76:25
response
6:5, 29:20,
66:11, 77:1
responses
93:16, 121:24
restate
147:7
restaurant
89:1, 97:20,
106:18
restrained
90:7
result
145:18
retention
32:22, 33:20
return
35:22, 35:24,
36:14
returns
35:19
review
43:7
reviewed
13:14
rga
33:10, 34:13,
34:17, 34:18,
52:5, 64:5,
64:12, 64:16,
64:21, 66:7,
66:21, 66:22,
66:23, 67:1
richland
8:24

ride
30:12, 30:18,
87:13, 87:19,
87:24, 88:2,
88:3, 90:2
rides
81:9, 81:13,
83:16, 84:10,
84:16, 86:14,
88:7, 88:9,
90:19, 116:13,
117:1, 117:11,
117:25, 118:8,
122:2
ridiculed
28:14, 92:18
riding
115:24
right
7:4, 9:20,
14:4, 21:14,
31:18, 32:1,
32:3, 43:16,
44:6, 50:11,
67:23, 73:17,
75:18, 86:7,
86:13, 93:8,
94:2, 121:5,
139:23, 140:1,
140:15, 142:10,
142:14, 145:14,
154:7, 156:21,
164:22
right-hand
43:11
risk
158:25
road
125:19, 162:12
rocco
3:12, 5:12,
6:16, 106:21
rock
53:11
rockefeller
11:8, 11:20,
12:6
rocky
164:22

Transcript of Reneé Margaret Zinsky
January 13, 2023

71

**room**
92:5, 97:13,
99:7, 99:8,
105:5, 105:6,
105:24, 106:8,
106:12, 108:1
**ross**
15:11
**roughly**
20:7, 37:22,
88:7
**rover**
18:10, 20:10,
20:20, 147:14,
148:16, 149:20
**row**
162:8, 162:10,
162:11
**rule**
28:10
**rules**
5:18
**run**
15:18, 24:1,
30:20, 58:10,
113:18
**running**
138:4, 146:2
**runs**
16:5, 19:25
**russin**
1:7, 1:8, 4:11,
4:17, 4:19,
4:21, 4:22,
4:23, 4:24,
5:10, 16:1,
16:5, 34:9,
46:24, 48:22,
58:21, 58:22,
83:4, 86:14,
90:21, 93:17,
97:16, 99:8,
99:11, 100:5,
100:14, 101:4,
105:9, 107:2,
112:7, 117:1,
117:19, 117:22,
118:16, 120:8,

121:25, 123:23,
126:20, 128:25,
129:6, 129:11,
130:2, 130:17,
130:18, 133:5,
133:7, 133:22,
133:25, 134:15,
134:21, 136:8,
137:5, 140:17,
140:20, 143:8,
144:7, 144:9,
145:18, 162:2
**russin's**
16:8, 16:24,
17:4, 34:5,
73:7, 127:21,
133:9, 144:3,
145:20, 159:14
**rz**
46:14, 46:17

## S

**sa**
34:21, 34:22,
35:1, 53:13,
54:3, 54:13,
54:24, 55:13,
57:22, 60:22,
60:24, 62:10,
63:5, 73:16
**sad**
49:9, 72:4
**safe**
12:1, 12:21
**said**
8:1, 10:22,
12:18, 15:7,
17:7, 19:10,
23:14, 23:15,
24:19, 25:1,
25:15, 27:13,
31:2, 31:18,
35:8, 35:11,
37:21, 41:24,
43:12, 49:8,
49:9, 55:24,
60:5, 60:6,
63:7, 64:1,

64:7, 64:13,
66:3, 72:15,
72:22, 75:2,
76:18, 78:10,
79:9, 80:15,
83:16, 84:11,
90:1, 90:14,
91:1, 91:7,
91:25, 92:2,
92:22, 92:23,
93:3, 97:15,
98:7, 100:9,
100:10, 100:11,
100:13, 100:18,
101:1, 102:14,
104:9, 104:20,
109:8, 110:6,
110:15, 116:2,
119:25, 120:17,
124:12, 124:22,
125:20, 126:13,
131:14, 134:3,
134:14, 134:15,
142:13, 154:2,
156:1, 158:6,
160:15, 160:16,
167:7
**sake**
88:14
**salary**
17:17, 19:19
**sales**
70:4
**sam**
34:10, 34:23,
35:2, 38:4,
51:23, 62:22,
67:5, 67:6,
90:23, 92:8
**sam's**
34:11, 91:14,
92:3
**same**
9:2, 22:11,
46:13, 57:9,
74:5, 84:10,
101:11, 165:18,
166:4

**saraceno**
42:18, 42:20,
43:4, 45:17,
46:20, 49:13
**sat**
29:18, 31:7,
73:21, 91:21
**saturday**
26:14
**saved**
71:10
**saw**
40:9, 111:22,
134:14, 134:15
**say**
5:20, 5:22,
8:13, 8:15,
10:14, 20:21,
27:22, 30:10,
30:21, 31:5,
32:10, 33:18,
37:12, 38:25,
40:16, 42:13,
43:17, 49:18,
50:1, 52:8,
52:9, 54:12,
55:2, 57:16,
61:2, 61:7,
64:12, 64:15,
72:6, 76:20,
77:7, 77:13,
77:19, 79:20,
80:21, 80:25,
82:13, 90:3,
94:1, 99:4,
100:4, 100:25,
101:8, 107:16,
111:16, 113:1,
120:25, 125:3,
125:4, 130:13,
130:15, 131:9,
136:5, 136:21,
138:12, 138:25,
144:20, 146:7,
160:24, 163:24,
165:17
**saying**
39:11, 74:3,

75:7, 138:21
**says**
46:14, 46:17,
46:18, 59:4,
59:23, 59:25,
60:1, 138:9,
138:12, 141:2
**scared**
112:3
**schedule**
7:1, 11:7,
15:19, 23:13
**school**
8:23, 9:9
**schooling**
23:7
**scratch**
73:11
**screamed**
63:12
**screen**
133:16
**seal**
167:14
**seat**
118:21, 124:8
**secluded**
91:15
**second**
7:1, 42:23,
46:12, 50:19,
102:1, 143:20,
145:17
**see**
6:18, 6:20,
10:6, 28:7,
29:24, 31:15,
33:21, 38:20,
46:12, 46:14,
51:13, 59:21,
63:1, 74:18,
99:23, 110:9,
116:12, 123:4,
131:25, 133:22,
142:8, 142:9,
156:23, 158:19,
165:12
**seeing**
69:5

**seem**
74:25, 75:3,
82:8, 82:16,
82:19, 82:20,
95:24, 95:25,
123:4
**seemed**
30:8, 33:3,
38:10, 39:14,
77:17, 119:7,
123:2, 123:6
**seen**
70:5, 110:4,
114:15, 131:21,
133:25
**self-driving**
125:22
**self-harm**
161:11
**sell**
24:2, 27:8,
32:8, 41:10
**selling**
127:24
**seminar**
93:22, 94:10,
94:13, 94:16,
95:14, 97:2,
97:18, 102:9,
102:10
**seminars**
95:5, 96:8
**send**
42:9, 48:3,
59:20
**sense**
17:15, 46:8,
55:8
**sent**
42:6, 45:12,
46:5, 47:25,
49:16, 51:4,
56:4, 62:2,
65:16, 65:17,
66:9, 79:10,
130:18, 133:8,
133:11, 133:14
**sentence**
39:10

**separate**
129:14
**separation**
67:24
**september**
15:14, 18:25,
21:3, 146:17,
146:19, 147:8,
147:24, 148:13,
164:6
**series**
43:2, 44:8,
134:19
**serious**
65:4, 74:7,
81:25, 117:14,
121:7, 121:8
**serur**
99:4, 99:6,
99:19
**session**
90:24, 91:13
**set**
26:10, 26:16,
167:13
**severe**
159:14
**severely**
159:18, 160:2
**sex**
38:18, 41:20,
41:21, 104:13,
117:19, 121:25,
122:4, 122:16,
122:18, 122:20,
123:1, 123:9,
123:20, 124:1,
124:7
**sexual**
40:13, 42:2,
90:21, 104:5,
144:12, 145:18
**sexually**
40:12, 76:5
**shade**
141:6
**shakes**
6:2

**shape**
80:10
**share**
43:19, 45:3,
97:13
**shared**
118:12
**she'd**
110:3
**sheet**
31:6, 166:7
**sheets**
31:11
**shirt**
140:25, 141:2
**shit**
27:22
**shortly**
27:1
**shot**
133:16
**should**
44:16, 46:12,
62:7, 72:4,
129:14, 140:19,
143:5, 154:21,
165:12
**shouldn't**
40:16, 63:4
**shove**
83:1
**show**
13:7, 28:22,
29:7, 43:2,
46:2, 47:25,
51:4, 52:12,
53:4, 57:13,
114:23, 117:22,
129:5, 133:1,
134:11, 134:19,
163:7
**showed**
31:6, 46:9,
49:22, 74:2,
118:3
**showing**
28:17
**shown**
55:22, 60:14

Transcript of Reneé Margaret Zinsky
January 13, 2023

73

sick
158:9, 158:11,
158:13
sickness
159:12
side
47:5, 62:5,
62:6, 125:19
sign
24:10, 24:13,
55:9, 55:23,
55:25, 56:7,
78:22, 78:23,
114:11
signature
166:10
signature-p1kal
167:19
signed
31:19, 55:24,
78:17, 80:5,
114:10, 166:7
significant
97:10, 105:2,
117:20
signing
78:16, 78:24,
80:7
simon
1:9, 21:15,
27:20, 28:8,
33:6, 33:11,
33:13, 55:10,
64:14, 65:5,
65:7, 66:6,
68:23, 73:2,
73:18, 74:15,
75:20, 76:19,
76:20, 77:7,
77:14, 78:4,
78:11, 79:25,
81:9, 94:23,
95:19, 96:9,
96:22, 97:21
simon's
76:8, 79:13
simple
32:11, 78:20

since
15:14, 69:11,
70:5, 92:25,
150:25, 152:9,
158:12, 163:11,
163:22
single
100:25
sir
12:8, 13:11,
20:5, 27:15,
41:4
sit
30:22, 58:5,
102:10
site
118:9
sites
148:20
sitting
119:5
situation
9:22, 40:5,
78:6, 93:9
situations
76:18, 77:17
six
88:18, 149:13
skills
49:5
slash
115:16
sleep
159:21
slices
106:16
slight
69:3
slump
68:25
slushy
81:18, 83:18
smith
155:15, 155:18,
155:19, 156:5,
156:6, 156:20,
156:21
smoked
40:25, 127:3,

132:12
snap
59:14
snapchat
59:1, 59:4,
59:5, 59:11,
59:15, 59:19,
75:7, 133:9,
133:12
social
15:24, 16:8,
16:11, 16:14,
16:25, 17:3,
17:4, 49:25
soergel's
106:20
sold
32:8, 32:19,
126:23, 128:8,
128:11
sole
119:7
solutions
23:9
some
5:18, 22:15,
29:15, 38:10,
46:7, 46:9,
53:9, 60:9,
60:10, 69:4,
71:20, 74:14,
76:16, 79:13,
83:2, 83:3,
84:16, 88:16,
97:9, 97:22,
120:5, 120:20,
130:24, 136:14,
143:22, 145:11,
147:18
somebody
12:19, 49:15,
65:14, 65:18,
76:25, 102:18,
137:14, 148:10,
156:14
somebody's
49:20
somehow
46:23

someone
64:3, 65:21,
157:6
something
5:22, 19:10,
23:5, 41:20,
55:19, 64:3,
64:20, 67:22,
78:22, 78:23,
90:3, 91:1,
91:8, 107:18,
109:11, 133:20,
138:18, 141:24,
142:4, 143:23,
154:17, 154:21
sometime
75:25, 108:24,
157:17, 160:16
sometimes
15:19, 30:19,
30:21, 54:8,
81:18
somewhere
20:23, 106:19
soon
92:24
sore
159:11
sorry
9:22, 14:2,
14:14, 14:17,
21:1, 48:25,
53:18, 56:13,
56:15, 59:6,
67:16, 72:9,
76:20, 77:3,
80:17, 81:12,
89:19, 92:22,
93:6, 96:13,
96:14, 98:9,
99:22, 109:24,
111:17, 116:16,
120:16, 122:18,
127:9, 129:13,
130:22, 130:24,
131:8, 132:5,
138:11, 149:3,
155:25

sort
74:14, 76:16,
79:19, 82:15,
82:16
sound
115:10, 137:6,
138:9, 140:18
sounded
40:8, 40:9
sounds
75:22
sources
148:12, 149:24
south
163:20
speak
71:18, 71:25,
73:2, 96:18,
104:8, 105:12,
121:17
speakers
96:7
specialists
155:11, 156:9,
158:1
specific
84:23
specifics
157:9
spell
115:20, 127:15,
141:15, 148:21,
152:2
spend
121:17
spice
117:19, 117:24
spliced
5:13
spoke
13:19, 65:25,
71:14, 81:9,
94:20, 96:8,
144:11
spoken
13:17
spot
76:16

spur
10:25, 61:3
st
163:18, 164:9,
164:14, 164:16,
165:9
stables
8:11
stack'd
121:1
standard
13:25, 117:15
standards
52:20
stands
18:11
starred
7:4
start
14:24, 15:7,
20:20, 21:2,
21:11, 22:3,
24:9, 31:20,
32:25, 33:20,
38:8, 48:23,
50:14, 63:1,
82:8, 82:9,
90:4, 105:21,
129:16, 134:20,
134:21, 146:4,
162:17, 162:22
started
5:19, 21:7,
21:11, 22:10,
22:23, 23:14,
31:21, 33:11,
33:25, 34:3,
35:9, 50:16,
54:6, 73:22,
79:4, 79:8,
146:6, 146:17,
152:10, 152:12,
156:5
starts
138:5
state
11:13, 23:1,
23:3, 23:12,

34:16, 76:24,
77:7, 79:12,
80:18, 89:22,
100:15, 101:4,
103:24, 104:4,
145:17
stated
40:1, 41:15,
41:19, 53:9,
62:9, 72:11,
72:17, 77:14,
78:11, 79:25,
83:5, 96:22,
103:4, 107:2,
153:22
statement
60:3
states
1:1, 26:21
stating
62:16, 102:16,
126:4
station
25:10, 123:19,
126:2, 126:6
stats
20:3
stay
17:16, 63:5,
76:6, 97:6
stayed
62:10, 97:11,
164:21
steer
40:20
stenographically
167:8
stephanie
71:19, 72:11
stepped
9:6, 12:25
steps
110:2
still
6:19, 9:6,
21:1, 33:7,
45:5, 51:1,
51:21, 52:2,

68:1, 68:6,
68:8, 68:9,
68:20, 68:23,
69:2, 69:3,
69:6, 69:13,
70:8, 70:9,
70:25, 71:4,
71:5, 72:12,
72:18, 73:6,
90:14, 93:1,
101:18, 110:12,
113:17, 114:6,
116:1, 143:21,
146:23, 148:24,
149:11, 155:4,
155:23, 156:7
stock
15:17, 131:20
stop
6:11, 6:14,
6:23, 69:11,
70:20, 122:25,
123:1, 123:18,
124:4, 124:14,
124:22, 146:12,
146:13
stopped
21:10, 61:25,
124:18, 151:21
stopping
92:25, 93:4,
93:6, 165:15
store
13:20, 15:4,
15:18, 15:19,
16:4, 16:12,
17:3
store's
16:17, 17:7
straight
110:20
strictly
13:5, 13:7,
26:9
structure
30:2, 32:4,
32:21, 63:17,
65:12

struggle
161:14
student
119:22
study
23:11
stuff
9:21, 15:16,
38:10, 38:11,
46:8, 49:25,
59:18, 79:9,
87:21, 88:18,
95:23, 143:1,
143:22, 145:11,
148:6, 157:8,
158:22
stumbling
106:4
stupid
50:17
style
106:15
subordinate
122:1
subpoena
51:7, 51:9,
118:6
substances
41:11
success
119:19
successful
69:1, 91:24,
120:4, 120:5
sudden
79:3, 79:22
suffer
159:14
suffered
145:19, 150:3
suicide
160:4, 160:21
suite
2:7, 3:6, 3:15
summed
77:5
sunday
20:9

super
9:22, 12:19,
156:17, 161:19
superior
46:25
supervising
34:23, 35:1,
47:7, 51:19,
52:8, 52:10,
52:11, 52:17,
53:5, 53:13,
53:15, 53:20,
54:15, 54:19,
54:20, 57:7,
60:19, 61:14,
61:21, 73:10,
73:13
supervision
167:9
supervisors
42:14
supplied
93:17, 97:16,
99:12, 108:2
supportive
144:24
supposed
10:11, 62:19,
63:25, 64:2,
64:13, 112:24,
145:20, 156:22
sure
9:6, 15:17,
17:5, 24:11,
24:17, 24:25,
25:23, 29:22,
31:10, 31:13,
34:15, 36:6,
36:17, 49:23,
51:10, 52:23,
57:4, 62:14,
65:19, 65:22,
65:24, 66:5,
66:15, 71:6,
71:7, 72:2,
74:11, 75:17,
75:23, 76:3,
77:11, 78:9,

94:5, 95:17,
100:1, 100:4,
101:24, 101:25,
113:22, 116:11,
122:24, 148:5,
157:20, 163:24
surprise
99:25
surprised
77:2, 77:18
surrounding
97:19
susan
150:13
sutton
7:10
swimwear
129:21
switched
73:15
sworn
5:4

**T**

table
6:12
taco
113:6
tactics
95:15
take
6:13, 6:21,
9:23, 11:9,
18:12, 23:4,
30:11, 44:25,
48:21, 53:5,
57:11, 57:12,
57:16, 57:24,
58:2, 86:1,
116:13, 118:18,
126:15, 129:6,
129:22, 131:18,
132:1, 133:16,
133:18, 145:24,
151:10, 151:14,
151:19, 151:24,
152:4, 152:15,
152:19, 154:16

taken
5:15, 11:14,
74:23, 98:22,
98:25, 102:23,
112:12, 115:22,
126:16, 132:4,
154:21, 167:5,
167:7
taking
5:20, 6:1,
22:22, 136:10,
137:14, 139:1,
146:12, 150:23,
150:25, 151:12,
151:21, 152:7,
152:11, 152:12,
154:10
talk
5:21, 13:2,
13:22, 21:15,
27:10, 28:8,
39:24, 67:23,
81:8, 81:16,
82:7, 87:16,
87:22, 91:19,
94:19, 95:20,
119:17, 145:15
talked
6:17, 14:8,
14:12, 14:15,
22:13, 71:21,
72:1, 74:21,
95:19, 132:14,
148:10
talking
14:7, 42:13,
42:14, 42:15,
79:8, 96:4,
141:22, 141:23,
145:12
tasks
161:17
taught
36:12, 80:12,
80:14, 80:16,
94:17
tax
35:19, 35:21,

taxes
36:8, 36:9,
36:11
teal
141:4, 141:5
team
34:4, 34:9,
34:11, 34:13,
46:24, 47:12,
52:3, 54:24,
73:7, 97:11
technically
34:25, 35:1,
148:24
tell
27:24, 30:2,
30:19, 32:4,
43:25, 63:22,
64:22, 64:23,
68:4, 71:23,
73:17, 76:11,
78:4, 81:11,
81:13, 86:14,
89:7, 89:12,
89:15, 89:20,
89:21, 91:3,
92:11, 95:14,
97:18, 102:19,
102:21, 108:13,
112:1, 112:4,
114:24, 116:5,
119:13, 120:9,
124:14, 124:21,
126:10, 130:4,
144:2, 144:14,
144:18, 161:10,
162:2, 164:24
telling
9:21, 55:15,
56:6
temperature
21:24
ten
84:3, 84:4,
88:7, 88:9,
151:3
term
78:14, 100:12,

100:17
terminable
68:14
terminated
75:1
terrible
77:3, 156:16
terrified
98:4, 110:3
testified
5:6, 55:12,
61:24, 77:22,
81:10, 83:9,
88:6, 90:13,
95:8, 99:3,
105:25, 120:2,
120:3, 123:15,
126:22, 127:1,
127:23, 128:2,
135:4, 153:25
testify
5:4, 81:5,
101:10, 135:8,
135:11
testifying
80:13
testimony
24:22, 42:1,
45:16, 49:15,
53:3, 56:8,
66:25, 84:4,
96:6, 96:20,
100:19, 106:25,
118:3, 154:6,
154:10, 166:4,
166:5, 167:7
testimony's
101:3
tests
22:22, 113:18,
148:20, 149:17
text
4:11, 42:6,
43:3, 45:10,
45:17, 45:22,
47:25, 48:7,
49:12, 50:21,
50:22, 51:4,

73:23, 74:2,
104:25, 129:5,
130:3, 130:6,
130:20, 131:22
texts
45:12
th
8:19, 167:14
thank
8:7, 44:7,
58:20, 83:3,
129:23, 130:25
therapist
155:13, 155:14,
156:24, 157:1,
157:7
thereafter
167:8
they'd
79:21
thing
9:20, 24:8,
30:9, 39:4,
39:24, 40:19,
57:12, 61:3,
65:3, 67:6,
98:2, 98:19,
101:11, 105:4,
165:18
things
10:13, 14:19,
15:17, 22:18,
36:8, 40:7,
40:9, 47:5,
49:11, 49:22,
52:10, 58:9,
59:17, 74:1,
74:20, 76:7,
78:18, 78:20,
79:16, 82:7,
82:18, 87:16,
91:25, 93:2,
93:9, 94:18,
95:19, 96:5,
111:15, 119:16,
120:5, 135:12,
135:16, 135:17,
144:23, 159:20,

160:25, 161:5,
161:17
think
8:1, 13:16,
22:11, 22:20,
24:20, 34:10,
35:3, 37:18,
38:18, 39:8,
41:17, 42:8,
47:22, 50:20,
51:1, 51:21,
51:25, 52:24,
53:1, 57:1,
57:3, 59:12,
60:5, 60:23,
60:24, 61:19,
65:14, 66:19,
66:20, 67:14,
67:20, 67:21,
68:6, 70:14,
72:3, 72:19,
72:22, 75:12,
75:15, 76:23,
76:24, 83:22,
85:15, 91:8,
91:11, 91:16,
94:5, 95:17,
95:18, 96:24,
104:9, 105:15,
105:22, 106:19,
107:12, 108:7,
108:25, 110:17,
110:22, 111:3,
111:18, 111:20,
112:7, 113:15,
114:20, 115:3,
115:10, 115:24,
118:10, 120:3,
127:15, 129:12,
134:12, 134:23,
134:24, 141:3,
146:14, 146:16,
147:1, 151:8,
154:8, 155:1,
156:15, 157:21,
157:24, 158:4,
158:16, 159:6,
163:13, 163:23,

Transcript of Reneé Margaret Zinsky
January 13, 2023

164:6, 165:14
**thoroughly**
24:11
**thought**
9:19, 107:12,
112:4, 116:16
**thoughts**
161:11
**thousand**
18:5, 32:11,
148:4, 162:16
**threatened**
160:5, 160:21
**threats**
124:25, 125:2
**three**
8:5, 8:16,
51:15, 88:12,
103:25, 104:21,
105:18, 153:15,
154:3
**threesome**
98:6, 99:7,
103:20, 103:25
**thrilling**
123:5, 123:7
**throat**
159:11
**through**
12:9, 12:15,
16:8, 23:22,
27:3, 27:7,
30:11, 42:25,
43:6, 43:21,
48:22, 52:18,
77:3, 94:14,
94:16, 102:10,
119:16, 144:22,
144:23, 148:2,
148:8
**throughout**
26:20
**throw**
39:3
**throw-up**
109:10
**thursday**
26:13

**tightly**
143:16
**till**
94:15
**time**
4:6, 6:9, 6:22,
8:20, 10:6,
10:7, 12:22,
16:23, 23:17,
24:15, 31:24,
33:11, 35:4,
35:5, 35:7,
35:16, 36:22,
37:7, 40:23,
41:3, 44:25,
47:11, 47:20,
52:1, 53:14,
54:6, 66:22,
67:3, 68:15,
69:17, 71:14,
72:20, 73:6,
73:9, 73:13,
73:16, 74:5,
83:20, 84:21,
87:7, 87:14,
87:25, 88:2,
89:4, 90:23,
99:9, 99:16,
100:3, 104:3,
104:21, 105:21,
105:22, 106:7,
107:19, 110:18,
117:9, 119:21,
121:6, 121:14,
121:17, 122:25,
123:5, 123:7,
123:16, 124:6,
124:7, 125:12,
135:24, 136:20,
138:7, 145:22,
145:24, 146:25,
151:16, 159:22,
161:21, 162:23,
162:25, 164:8
**timeframe**
60:20
**times**
33:1, 49:6,

50:5, 62:10,
82:21, 82:25,
84:2, 84:5,
84:8, 85:23,
87:14, 88:15,
88:25, 90:1,
90:10, 92:14,
119:4, 120:22,
134:2, 134:3,
134:4, 134:5,
151:20, 151:24,
152:16, 156:12,
156:21, 159:23,
160:6
**tinted**
118:23
**tips**
22:15
**tipsy**
106:5, 106:6
**tissues**
83:2, 119:12
**title**
52:5, 54:22
**tito's**
105:20, 110:17
**today**
5:12, 6:5,
10:16, 13:15,
13:18, 14:11,
14:15, 107:1,
156:23
**together**
19:13, 45:13,
49:2, 97:12,
111:14, 115:25,
117:23, 127:2,
127:3, 145:1,
145:6
**told**
13:23, 22:16,
28:2, 28:5,
30:4, 31:2,
36:7, 39:6,
40:8, 53:1,
62:6, 63:18,
63:20, 64:3,
64:4, 65:1,

65:6, 66:6,
76:13, 77:16,
79:8, 80:24,
81:9, 91:12,
95:12, 96:9,
96:21, 99:13,
99:17, 100:7,
102:13, 103:11,
107:7, 107:14,
115:25, 120:21,
121:1, 121:2,
123:21, 123:22,
123:24, 124:13,
135:21, 135:22,
152:24, 159:23
**tommy**
33:7, 33:9,
94:22, 95:22
**tomorrow**
130:22
**tonic**
105:20, 110:17
**tonight**
39:3
**took**
10:5, 10:6,
22:21, 48:9,
49:16, 86:14,
105:6, 110:1,
115:14, 126:19,
127:21, 133:11,
133:17, 133:21,
148:20, 150:18
**top**
17:24, 27:21,
46:14, 48:8,
59:21, 59:23,
59:25
**tops**
109:3
**total**
18:5, 19:25,
31:1
**touched**
142:12
**touching**
139:3, 139:25
**tough**
8:13

Transcript of Reneé Margaret Zinsky
January 13, 2023

78

toward
139:23
towards
40:13, 47:13,
82:20, 111:2,
140:2
township
92:10
tox
113:25
toxicology
102:7, 102:15,
103:6, 106:21,
113:25
tracks
49:24
train
57:10, 58:14
trained
57:18
trainer
57:23
training
9:11, 22:23,
23:14, 30:5,
30:7, 30:10,
30:11, 30:23,
30:25, 31:4,
31:18, 31:20,
32:5, 32:6,
38:9, 38:16,
46:8, 57:15,
57:19, 57:21
trainings
57:20
transcript
4:9, 44:12,
58:25, 115:8,
129:3, 132:25,
135:3, 137:9,
140:22, 143:11,
165:20, 165:23,
167:6
transcription
166:5
travel
18:17
travis
94:22

treadmill
163:8
treat
106:22, 113:13
treated
155:10, 158:14,
159:8
treating
155:23, 156:5,
156:7, 156:10,
156:20, 160:15
tried
11:7, 39:22,
83:21, 120:11,
156:12
tries
22:21
trip
10:11, 11:1,
11:8, 11:17,
13:10, 165:4
trips
11:10, 165:2
true
36:5, 125:11,
126:24, 127:2,
127:25, 128:4,
166:4, 167:6
truly
96:25
truth
5:5, 5:6
truthful
36:17
try
5:13, 5:21,
5:22, 5:23,
14:23, 21:15,
26:15, 40:20,
92:1, 137:22,
138:3, 164:16
trying
14:7, 36:24,
44:20, 45:4,
100:22, 165:4
tub
110:3
tuesday
26:13

turn
37:19, 115:11,
138:16
turned
10:12, 161:3
turquoise
141:7
tv
138:3
two
10:15, 13:1,
26:11, 31:1,
31:19, 36:24,
39:17, 47:19,
54:19, 63:11,
71:17, 88:12,
88:14, 89:25,
90:10, 101:14,
105:18, 111:4,
113:15, 113:16,
116:8, 116:10,
116:11, 117:23,
123:20, 129:5,
130:19, 145:5,
149:9, 152:6,
152:7, 152:16,
153:5, 154:2,
154:18
type
18:20, 24:2,
38:23, 41:11,
42:2, 132:16
types
41:2
typewriting
167:9
typically
17:22, 26:7,
32:17, 38:7,
86:21, 130:4,
149:9, 149:16

**U**

uh-huh
6:3
unable
109:10
unaware
80:6

unbutton
118:20, 134:6
uncomfortable
76:17, 77:22,
81:23, 123:2
undeniable
52:15
under
33:7, 46:24,
47:9, 54:25,
55:6, 55:16,
66:18, 66:20,
67:7, 67:8,
68:10, 69:15,
69:18, 71:5,
101:21, 157:9,
167:9
understand
14:19, 33:4,
36:13, 36:24,
44:24, 53:25,
78:23, 100:22,
100:24, 126:4
understanding
43:3, 101:21
understood
32:21, 32:22
unemployed
146:20
unemployment
147:4, 147:10,
147:12
unethical
74:1, 79:13,
79:15, 79:16,
79:25, 80:15,
80:23, 81:1,
95:9, 95:16,
96:10, 96:22
unfortunately
9:23, 16:12,
17:10
ungrateful
62:6
union
26:15, 27:3,
27:6, 27:8
unions
26:20, 27:6

united
1:1
unless
64:19, 97:8,
100:6, 105:3,
116:20
unlock
124:4, 125:15
unrelated
6:14
unreported
149:25
unstable
146:8
until
5:24, 7:18,
53:16, 54:12,
58:18, 60:3,
75:19, 102:10,
148:15, 148:25,
155:7, 158:12
upmc
113:24, 114:4
upstairs
50:6
use
16:20, 18:16,
18:19, 23:7,
77:21
using
40:24, 117:23
usually
33:19

**V**

v-i-v-a-n-s-y-e
127:15
vacations
163:11
vagina
138:23, 139:2,
139:5, 139:7,
139:24, 139:25,
140:3, 140:12
varied
30:14, 149:16,
149:18, 152:17
vaughn
94:22

veer
82:9
vehicle
18:17, 18:18,
18:19, 18:20,
18:23, 57:25,
85:8, 89:24,
124:3, 124:5,
125:23
vena
33:7, 33:9,
94:22, 95:22
verbal
6:2
verification
114:10
verizon
47:17, 47:18,
47:20, 51:4
via
51:6
vibe
77:20
victim
76:5
video
4:18, 4:21,
4:22, 4:23,
4:24, 114:23,
115:10, 115:12,
115:14, 117:2,
117:5, 117:23,
136:9, 136:11,
136:13, 137:12,
137:13, 137:17,
138:22, 139:1,
139:12, 139:14,
139:15, 139:16,
139:20, 139:23,
140:16, 140:23,
141:11, 141:18,
142:1, 143:7,
143:12, 143:14
video's
139:11
videos
115:3, 118:4,
134:19

view
17:3
viewed
16:7, 16:24,
17:3
virgo
15:3, 15:8,
16:21, 21:2,
21:7, 21:11,
22:2, 92:24,
146:17, 147:14,
148:16, 149:21,
149:22
virtual
156:16
visit
114:25, 116:8
volume
137:22, 137:24,
138:17
voluntarily
104:16
vyvanse
127:8, 127:10,
127:11

**W**

wage
145:16
wages
145:19, 145:20
wait
5:23, 21:20,
43:13, 53:18,
59:23
waited
75:18
wake
26:7, 27:13,
27:25
waking
98:3
walk
90:2, 103:23,
106:4, 163:7
walking
92:4
wall
39:3

walnut
22:12
wanna
48:24, 49:1,
49:11
want
14:23, 20:21,
31:5, 43:19,
43:25, 44:7,
45:1, 48:6,
52:21, 54:11,
54:12, 55:15,
63:4, 74:15,
74:18, 78:17,
83:2, 86:1,
86:5, 86:8,
86:10, 89:14,
91:24, 94:1,
114:24, 116:12,
116:19, 124:11,
124:19, 139:8,
143:22, 145:15,
163:24, 165:6,
165:9, 165:10
wanted
9:5, 26:25,
45:5, 49:7,
73:14, 73:16,
74:16, 74:17,
81:16, 85:21,
87:16, 87:22,
102:3, 113:11,
126:3, 126:9,
126:13, 138:3,
159:23
wants
101:19, 165:10,
165:11
warning
154:24
wasted
40:12
watch
58:8, 117:2,
118:16, 119:2,
121:25
watched
118:17

Transcript of Reneé Margaret Zinsky
January 13, 2023                                    80

water
86:13
way
5:24, 10:13,
26:23, 38:1,
43:21, 54:13,
58:18, 62:23,
74:3, 74:25,
75:3, 76:23,
76:24, 80:10,
82:8, 82:9,
82:15, 82:19,
101:15, 103:7,
114:7, 117:24,
129:8, 136:2
ways
79:16
we'll
5:13, 6:18,
6:20, 6:21,
6:25, 34:2,
47:24, 48:3,
50:18, 51:8,
51:10, 74:23,
77:4, 114:9,
116:23, 134:20,
134:21
we're
9:2, 11:2,
38:19, 38:20,
59:24, 77:20,
82:6, 92:3,
114:4, 141:19,
141:23, 156:2,
165:4
weak
28:15
web
118:6, 118:9
wednesday
26:13
weed
40:25, 127:3,
128:16, 132:3,
132:13
week
17:21, 20:6,
20:13, 29:3,

29:4, 29:12,
29:16, 32:19,
37:2, 37:8,
37:14, 37:22,
79:6, 85:13,
108:21, 149:3,
149:15, 152:4,
152:8, 152:14,
156:19, 156:22
weekday
110:1
weekend
97:3, 97:18
weekly
32:16, 149:2,
151:23
weeks
30:13, 31:1,
31:19
wegley
39:8, 41:16,
98:5, 98:7,
98:8, 99:6
weird
22:8, 53:23,
137:18, 142:4
weirded
82:17
weirdo
137:20
weirdos
136:3
wellness
156:15, 157:12
went
9:4, 10:24,
11:12, 12:2,
12:3, 12:9,
12:24, 24:4,
33:11, 35:2,
38:9, 38:11,
50:5, 50:6,
60:22, 60:24,
61:18, 61:21,
63:11, 67:6,
68:23, 70:17,
77:3, 80:19,
83:16, 84:15,

86:15, 87:7,
88:6, 88:16,
89:6, 90:1,
91:7, 91:12,
94:14, 94:16,
97:20, 97:22,
98:1, 105:24,
106:7, 106:11,
108:15, 110:20,
111:14, 112:15,
112:19, 113:16,
119:15, 121:1,
135:12, 135:16,
143:4, 144:22,
144:23, 157:25,
163:1, 163:15,
163:23, 163:24,
164:9
weren't
40:23, 50:23,
104:10, 105:2
western
1:2
wexford
7:11, 7:21,
106:20, 150:15,
156:14, 157:10,
157:11
whatever
26:21, 31:8,
58:3, 69:6,
76:23, 80:22,
81:19, 86:5,
86:8, 105:22,
116:19, 119:21,
130:23, 131:20,
144:24
whatsoever
50:2
when's
17:7
whenever
11:24, 29:18,
39:4, 93:21,
152:17, 154:15,
165:21
whereof
167:13

whereupon
5:2
wherever
86:21, 86:22,
86:23
whether
65:24, 70:24,
72:11, 108:9,
114:24, 130:10,
139:25
whoever
34:13, 64:5,
64:13, 66:6,
157:3
whole
5:5, 24:8,
42:23, 43:21,
97:3
wife
7:15, 8:1,
10:5, 13:19,
37:3, 74:4,
75:8, 98:19,
110:2, 141:2,
144:24, 162:1,
162:4, 164:8
williamson
3:3, 3:4, 6:18,
6:24, 7:2, 14:2,
14:6, 39:9,
41:23, 42:12,
43:9, 43:13,
43:17, 44:13,
44:16, 44:20,
44:24, 45:3,
45:7, 45:21,
45:24, 51:6,
51:10, 53:18,
53:22, 56:13,
56:16, 56:21,
56:24, 57:3,
59:3, 59:6,
66:2, 67:25,
68:16, 72:6,
72:14, 74:8,
77:25, 85:18,
86:3, 86:5,
86:8, 88:20,

89:19, 93:13,
96:14, 99:20,
100:10, 100:24,
101:16, 101:24,
104:14, 104:16,
107:4, 108:4,
111:7, 111:9,
112:25, 113:20,
114:5, 114:8,
114:14, 116:16,
116:19, 120:16,
122:18, 122:21,
123:12, 124:10,
124:25, 125:8,
125:24, 126:7,
126:12, 127:9,
127:11, 127:17,
131:6, 132:5,
132:8, 132:14,
135:9, 136:23,
138:6, 138:11,
138:14, 140:4,
141:4, 141:7,
142:8, 142:23,
155:25, 156:4,
157:23, 162:2,
162:20, 165:16,
165:21
**window**
119:6
**windows**
118:23
**wings**
106:16
**wish**
66:14
**within**
33:21, 116:11
**without**
25:13, 78:18,
97:17, 108:13,
112:5
**witnes**
65:14, 71:16,
84:7
**witnessed**
107:14, 127:24,
128:3

**woke**
11:1, 103:10,
103:15
**woman**
141:11
**women**
117:23
**word**
8:12, 8:13,
77:21, 100:1,
100:25, 123:11,
127:9, 127:12
**worded**
88:1
**words**
77:7, 78:3,
120:17, 134:24
**work**
6:19, 13:20,
17:21, 20:7,
21:6, 21:14,
29:10, 35:15,
37:7, 62:12,
65:17, 68:7,
69:4, 69:9,
74:17, 82:7,
87:16, 87:23,
89:13, 92:16,
92:17, 109:22,
117:16, 121:16,
145:24, 147:18,
148:23, 149:10,
155:16, 158:21,
159:4, 162:7
**work-sponsored**
132:2, 132:6
**worked**
9:7, 21:8,
33:3, 33:16,
36:7, 37:1,
37:17, 37:25,
42:16, 46:21,
52:13, 62:13,
70:19, 101:16,
101:17, 147:19
**working**
15:19, 20:12,
21:10, 33:10,

35:23, 36:4,
36:23, 37:3,
47:13, 92:19,
92:25, 110:12,
146:13
**workplace**
38:19, 41:20,
140:12, 142:14,
142:17, 142:18,
142:22, 142:23,
142:24, 142:25,
143:2, 143:5,
144:4, 144:8
**works**
52:6, 97:21,
101:18, 114:12,
162:8, 162:11
**world**
96:1
**worry**
39:16, 40:17,
134:25
**worst**
10:12
**worth**
138:6
**wouldn't**
138:25, 163:6
**wrist**
82:22, 83:8
**write**
33:23, 36:8,
39:2, 52:21
**written**
27:16, 29:15,
31:3, 31:5,
52:16, 52:19,
52:24, 55:20,
55:21
**wrong**
34:15, 73:21,
141:3
**wrote**
33:23, 48:15,
52:14

| X |
|---|

**x**
1:3, 1:15

**x-c-e-l**
23:8
**xcel**
23:8

| Y |
|---|

**ya**
49:4
**year**
8:25, 9:4, 9:8,
20:21, 20:25,
21:1, 33:24,
33:25, 35:9,
36:23, 54:15,
61:12, 67:11,
67:13, 162:19,
163:24, 164:3,
165:3
**year's**
161:25, 162:3
**yearly**
158:20
**years**
7:13, 47:19,
145:7, 145:8,
145:9, 151:2,
151:3, 151:4,
160:18
**yells**
91:9
**yep**
142:15
**york**
9:16, 9:18,
10:4, 10:6,
10:15, 10:21,
10:24, 11:3,
11:14, 11:19,
13:4, 13:7,
24:15, 24:23,
25:7, 25:13,
41:9
**yourself**
106:5, 139:2

| Z |
|---|

**zero**
103:8, 161:19

Transcript of Reneé Margaret Zinsky
January 13, 2023                                                    82

**zinsky**
1:4, 1:17, 2:1,
4:3, 4:20, 5:3,
7:6, 19:17,
44:10, 48:20,
58:23, 115:6,
129:1, 132:23,
133:5, 135:1,
137:7, 143:9,
166:2
**zoom**
48:24, 49:1

---

**$**

**$1,900**
32:9
**$100**
149:5

---

**0**

**00**
12:22, 26:7,
26:8, 27:14,
27:25, 28:3,
28:13, 28:22,
29:7, 104:23,
105:22, 106:9,
106:10, 108:19,
108:20, 110:13,
110:19
**000001**
4:20
**00001**
133:5
**000048**
137:5
**00012**
4:19
**00013**
4:19
**00048**
4:22
**00051**
4:23, 140:18
**00052**
4:21, 134:21,
136:8
**00055**
4:24, 143:8

**00102**
4:17, 58:22
**00103**
4:17, 58:22
**0012**
128:25
**0013**
128:25, 130:17
**00139**
4:11
**00140**
4:12
**00142**
4:12
**00143**
4:12
**00144**
4:12
**00145**
4:13
**00149**
4:13
**00151**
4:13
**00152**
4:13
**00154**
4:14
**00156**
4:14
**00157**
4:14
**00161**
4:14
**00163**
4:15
**00170**
4:15
**00172**
4:15
**00177**
4:15, 48:22
**00178**
4:16
**00189**
4:16

---

**1**

**1**
58:18

**1,000**
54:8
**1,500**
70:15, 70:18
**1,900**
32:10
**10**
17:14
**100**
9:18, 10:23,
29:2, 29:4,
29:13, 32:21,
66:8, 76:3,
94:21
**102**
59:22
**108,000**
120:2
**109**
67:18
**1099**
19:20, 36:9
**11**
12:22
**115**
4:18
**12**
6:24, 165:25
**1220**
2:8, 3:16
**129**
4:19
**13**
1:19
**132**
4:20
**135**
4:21
**139**
43:8, 43:17,
43:18, 44:4
**140**
4:23, 43:18,
44:4
**142**
44:4
**143**
4:24, 44:4

**144**
44:4
**145**
44:4
**149**
44:4
**15**
8:19, 116:14,
126:15
**150**
29:13
**15090**
7:11
**151**
44:4
**152**
44:4
**15219**
3:7
**154**
44:4
**156**
44:5
**157**
44:5
**161**
44:5
**163**
44:5
**168**
1:24
**17**
167:14
**170**
44:5, 48:7
**172**
44:5
**177**
44:5
**178**
44:5
**18**
17:20
**189**
44:5
**19**
120:2, 153:14,
167:16

Transcript of Reneé Margaret Zinsky
January 13, 2023                                                  83

| | | | |
|---|---|---|---|
| **1994**<br>7:8 | **2021**<br>15:14, 21:3,<br>21:4, 21:19,<br>21:20, 61:8,<br>67:19, 69:19,<br>69:23, 69:24,<br>70:4, 73:5,<br>73:19, 76:2,<br>96:12, 96:13,<br>146:14, 151:20,<br>152:9, 152:14,<br>153:3, 153:8,<br>153:14, 158:19,<br>160:1, 160:2,<br>161:15, 163:12,<br>163:22, 164:6 | **3,000**<br>54:9<br>**30**<br>6:24, 17:22,<br>20:13, 58:18,<br>67:22, 105:23,<br>106:9, 110:13<br>**300**<br>3:6<br>**350**<br>19:4<br>**3k**<br>70:16<br>**31p**<br>149:20<br>**3p1**<br>18:10, 18:11,<br>20:10, 20:20,<br>147:14, 147:15,<br>148:16 | **32:8, 37:10,**<br>37:18, 79:22,<br>79:23, 94:21<br>**500**<br>32:12<br>**5023**<br>7:10<br>**52**<br>165:25<br>**547**<br>1:7<br>**58**<br>4:17 |
| **2**<br>**2,000**<br>70:18<br>**2,500**<br>70:16<br>**20**<br>75:18, 153:14,<br>158:2<br>**200**<br>20:1<br>**2012**<br>9:1<br>**2016**<br>19:4<br>**2017**<br>9:14<br>**2018**<br>7:22, 7:23,<br>22:9, 150:25,<br>155:4, 155:11<br>**2019**<br>22:17, 23:15,<br>35:9, 35:19,<br>36:1, 40:22,<br>47:21, 67:11,<br>92:7, 93:18,<br>97:17, 120:1,<br>133:15, 151:20,<br>153:3, 153:8,<br>153:14, 158:2,<br>158:12, 158:15,<br>158:19, 159:2<br>**2020**<br>21:18, 21:19,<br>53:17, 54:4,<br>54:18, 54:20,<br>61:9, 61:10,<br>67:17, 75:12,<br>75:14, 75:24,<br>75:25, 76:1,<br>84:24, 84:25,<br>85:12, 85:20,<br>90:11, 108:12,<br>116:6, 120:1,<br>122:13, 146:6 | **2022**<br>20:24, 96:10,<br>148:2, 155:21,<br>157:17, 158:2<br>**2023**<br>1:19, 21:1,<br>167:15<br>**2024**<br>167:16<br>**21**<br>146:16, 147:8,<br>147:25, 148:13,<br>148:15, 153:14,<br>159:3<br>**210**<br>2:7, 3:15<br>**22**<br>1:7, 1:20, 7:8,<br>143:25, 148:13,<br>156:6, 158:2,<br>164:10<br>**228**<br>94:2<br>**2744**<br>3:8<br>**2789**<br>2:9, 3:17<br>**2:-cv**<br>1:7<br>**3**<br>**3**<br>104:23 | **4**<br>**4**<br>104:23<br>**40**<br>67:21<br>**400**<br>2:6, 3:14, 19:9<br>**401**<br>20:18<br>**412**<br>2:9, 3:8, 3:17<br>**429**<br>3:6<br>**44**<br>4:11<br>**45**<br>91:17<br>**450**<br>19:9<br>**476914**<br>1:23<br>**5**<br>**5**<br>108:19, 108:20,<br>110:19<br>**50**<br>22:16, 29:5, | **6**<br>**6**<br>105:22, 105:23,<br>106:10, 108:20,<br>110:13<br>**60**<br>37:18, 37:22<br>**61**<br>48:9<br>**65**<br>61:19, 61:20<br>**7**<br>**70**<br>35:22, 36:3,<br>36:22<br>**70,000**<br>33:23<br>**72**<br>61:19, 61:21<br>**78,000**<br>67:14, 120:1<br>**79**<br>94:2<br>**790**<br>2:9, 3:17<br>**8**<br>**8**<br>26:7, 27:14,<br>27:25, 106:9,<br>106:10<br>**80**<br>33:20 |

**80,000**
33:23, 33:24,
67:14

**9**

**9**
1:20, 26:8,
28:3, 28:13,
28:22, 29:7
**90**
37:1, 37:16
**932**
3:8
**9th**
108:24



# Transcript of Reneé Zinsky - Volume II

**Date:** February 22, 2023
**Case:** Zinsky -v- Russin, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

```
1         IN THE UNITED STATES OF DISTRICT COURT
2         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
3    -------------------------X
4    RENEE ZINSKY,            : Civil Action No.
5            Plaintiff,       : 2:22-cv-547
6         v.                  :
7    MICHAEL RUSSIN, RUSSIN   :
8    FINANCIAL, RUSSIN GROUP, :
9    SIMON ARIAS, III, ARIAS  :
10   AGENCIES, S.A., ARIAS    :
11   HOLDINGS, LLC, AMERICAN  :
12   INCOME LIFE INSURANCE    :
13   COMPANY,                 :
14           Defendants.      :
15   -------------------------X
16
17      DEPOSITION OF RENEE ZINSKY - VOLUME II
18            PITTSBURGH, PENNSYLVANIA
19          WEDNESDAY, FEBRUARY 22, 2023
20               8:30 a.m.
21
22   Job No.:  482261
23   Pages 169 - 367
24   Reported by:  Paula R. Mason
25
```

```
1              A P P E A R A N C E S
2
3    ON BEHALF OF PLAINTIFF:
4      AMY N. WILLIAMSON, ESQUIRE
5      WILLIAMSON LAW LLC
6      LAW AND FINANCE BUILDING
7      429 FOURTH AVENUE, SUITE 300
8      PITTSBURGH, PA 15219
9
10   ON BEHALF OF DEFENDANTS:
11     BENJAMIN D. WEBB, ESQUIRE
12     ROCCO COZZA, ESQUIRE
13     COZZA LAW GROUP, PLLC
14     400 HOLIDAY DRIVE
15     SUITE 210
16     PITTSBURGH, PA 15220
17     412-790-2789
18
19
20
21
22
23
24
25
```

```
1         Deposition of Renee Zinsky, held at the
2    offices of:
3
4         Cozza Law Group, PLLC
5         400 Holiday Drive
6         Suite 210
7         Pittsburgh, PA 15220
8
9
10
11
12         Pursuant to Notice, before Paula R. Mason,
13   Notary Public in and for the Commonwealth of
14   Pennsylvania.
15
16
17
18
19
20
21
22
23
24
25
```

```
1              C O N T E N T S
2    EXAMINATION OF RENEE ZINSKY         PAGE
3       By Mr. Webb                      174,341
4       By Ms. Williamson                245
5
6              E X H I B I T S
7    ZINSKY EXHIBIT                      PAGE
8      10    Text Message Screenshot     181
9      11    Text Message Screenshot     181
10     12    Text Message Screenshot     183
11     13    Text Message Screenshot     184
12     14    Text Message Screenshot     184
13     15    Text Message Screenshot     186
14     16    Text Message Screenshot     187
15     17    Text Message Screenshot     187
16     18    Message                     194
17     19    Message                     196
18     20    Message                     197
19     21    Message                     197
20     22    Message                     199
21     23    Message                     199
22     24    Message                     199
23     25    Message                     200
24     26    Message                     201
25     27    Message                     202
```

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

|  | E X H I B I T S |  |
|---|---|---|
| ZINSKY EXHIBIT | | PAGE |
| 28 | Message | 203 |
| 29 | Video - Not Attached | 243 |
| 30 | Video - Not Attached | 243 |
| 31 | Video - Not Attached | 244 |
| 32 | Video - Not Attached | 244 |
| 33 | Video - Not Attached | 244 |
| 34 | Video - Not Attached | 245 |

1  did you meet Mike Russin?
2      A  It was, I think, December of 2018.
3      Q  Okay.  How did you guys meet?
4      A  Simon had him call me and set up a time
5  to meet with him at Walnut Grill to talk to me
6  about the state exam and to give me, you know,
7  knowledge of the job; and also try to get, I
8  guess, help motivate to get me through the exam
9  because I was struggling.
10     Q  Okay.  And then did you and Mike
11 develop a personal friendship after that?
12     A  Yes.
13     Q  Okay.  Were you guys close?
14     A  I mean, we weren't friends, like,
15 everyday talking type friends.  But...
16     Q  Would you get together outside of work,
17 or was it just a work friendship?
18     A  Just mainly work friendship.
19     Q  Were you friends with his wife Geneva?
20     A  We were civil with each other.  We
21 weren't really -- yes.  Yeah, we'll go -- yes.
22     Q  Okay.  When was the last time you saw
23 Mike?
24     A  Beginning of 2021.
25     Q  Do you have a month?

1              P R O C E E D I N G S
2  Whereupon,
3              RENEE ZINSKY,
4  being first duly sworn or affirmed to testify to
5  the truth, the whole truth, and nothing but the
6  truth, was examined and testified as follows:
7       EXAMINATION ON BEHALF OF DEFENDANTS
8  BY MR. WEBB:
9      Q  Renee, we previously met in January.
10 So, it's good to see you again.
11     A  Great to you see you, Ben.
12     Q  I'm sure you feel that way.  I don't
13 think that we'll need the whole time today.  We'll
14 will try to get you out of here sooner than you
15 might have expected.
16        So, we'll just kind of jump back into
17 things.  We'll be jumping around a little bit,
18 just because we cut off last time, so it's not
19 going to be as cohesive as it was before.
20     A  Okay.
21     Q  Do you need me to go through the
22 deposition rules again?  You're good on that?
23     A  No, I'm good.
24     Q  All right.  So, I just want to start
25 with some background information again.  So, when

1      A  Probably.
2      Q  If you don't know, you don't have to
3  guess.
4      A  I'm not 100 percent sure of the month,
5  but it was towards the beginning of 2021, I
6  believe.
7      Q  Where did you see him?
8      A  He came to visit Pittsburgh.  He set up
9  a meeting with me.
10 BY MR. COZZA:
11     Q  Did he set up the meeting with you, or
12 did you set up the meeting with him?
13     A  He did.
14     Q  So, how did he set up that meeting with
15 you?
16     A  He texted me and told me he wanted to
17 meet with me and talked to me about getting me
18 back on track to my goals.
19     Q  So, the purpose was work-related?
20     A  Yes.
21 BY MR. WEBB:
22     Q  Okay.  When was the last time you saw
23 Geneva?
24     A  October of -- sometime in 2021.  I
25 think it was, like, July of 2021, I believe.

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1    Q   Was that at the --
2    A   **At the end of July.**
3    Q   Was that at the House of 1,000 Beers?
4    A   **Yes.**
5    Q   What did you guys meet there to talk
6  about?
7    A   **She asked if I could meet her there for**
8  **a couple of drinks because her cards were shut off**
9  **and she had nothing; and she was having a**
10 **breakdown because Mike had just told her -- had**
11 **just said a bunch of stuff to her that was**
12 **terrible.**
13   Q   I understand you guys met there to talk
14 about Geneva had an affair and that was the reason
15 for their fight, that's what you guys were talking
16 about?
17   A   **Yes.**
18   Q   Is that accurate?
19   A   **Yes.**
20   Q   Okay.  When you guys met, did you tell
21 Geneva about any of these claims that you have
22 against Mike?
23   A   **No, because at the time I didn't**
24 **have -- I didn't really know -- I was still**
25 **waiting to speak with Simon at that time.**

1    Q   Okay.
2  BY MR. COZZA:
3    Q   At that point in time when you spoke to
4  Geneva, you said you were waiting, so you didn't
5  tell Geneva about these claims, you said, because
6  you were waiting to speak to Simon about them?
7    A   **I told her -- when she was venting to**
8  **me, I kind of related to her and told her, like,**
9  **he's not a good person and told her little bit**
10 **about some of my experience.  I didn't go into**
11 **great detail with her.**
12   Q   What did you tell her about your
13 experiences?
14   A   **Just that I've seen him do and say**
15 **inappropriate things in many different scenarios**
16 **to women.  I didn't go into great depth.  I gave**
17 **her an example of, you know, the whole you and**
18 **your wife have to blow me at the same time, told**
19 **her about that.  And, I mean, I don't remember**
20 **exactly all that I discussed with her, but I**
21 **didn't go into crazy detail, but just enough that**
22 **she knew I knew.**
23   Q   Did you tell her about any of the
24 allegations you made in the Complaint, any of the
25 specific allegations?

1        MS. WILLIAMSON:  Object to the form of
2  the question.
3    Q   You allege specific incidents in the
4  Complaint that were false imprisoned, assaulted
5  and battered.  Did you tell Ms. Russin any of
6  these during this conversation?
7        MS. WILLIAMSON:  Object to the form of
8  the question.
9        MR. WEBB:  You can answer.
10       MS. WILLIAMSON:  Are you asking if she
11 used those words?
12       MR. COZZA:  I'm asking if she --
13 anything she alleged in the Complaint, did she
14 tell Ms. Russin about.
15 BY MR. COZZA:
16   Q   You know what you've alleged in your
17 Complaint, correct?
18   A   **Correct.  No, I don't believe so.  I**
19 **don't think so.**
20   Q   Okay.
21 BY MR. WEBB:
22   Q   Okay.  Up until the time you filed this
23 lawsuit, what did you think of Mike Russin,
24 generally?
25   A   **What did I think of him?  That he was**

1  **a -- I just feared him.  I didn't really think**
2  **much of him, I just feared him.**
3  BY MR. COZZA:
4    Q   Feared him in what sense?
5    A   **I feared ever making him mad in any**
6  **situation.  I feared losing my job.  I feared my**
7  **life.  I feared how he would tell me he could**
8  **control certain things.  He had power over certain**
9  **things.  I feared everything when it comes to**
10 **Mike.  So...**
11 BY MR. WEBB:
12   Q   Let me he show you a series of text
13 messages.
14       MR. WEBB:  We will mark this as Exhibit
15 1.  Actually, it won't be Exhibit 1 if we're going
16 to go from the last deposition.
17       How do you want to mark these?  Do you
18 want to try to continue or just restart --
19       MS. WILLIAMSON:  It doesn't matter.  I
20 mean, it seems like it would be easier to
21 continue, if we can.  Is it just as easy to
22 continue?
23       MR. WEBB:  Maybe we'll just start at
24 one and then when we're done we can just figure
25 out where we left of the last time and then

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1  renumber them or whatever.
2      COURT REPORTER:  We can do that, but
3  I'll just have to change everything in the
4  transcript.
5      MR. WEBB:  Let me find out where we
6  left off.
7      (Discussion off the record.)
8      (Exhibit 10 was marked for
9  identification and is attached to the transcript.)
10 BY MR. WEBB:
11     Q   This is a text message that was
12 produced to your attorney during discovery.
13     (Exhibit 11 was marked for
14 identification and is attached to the transcript.)
15     Q   Does that look familiar to you?
16     A   Possibly.  Probably.
17     Q   Is that your name at the top of the --
18     A   That's my name.
19     MS. WILLIAMSON:  Just say yes or no, if
20 you know.
21     A   Yes.
22     Q   Okay.  And can you read from --
23 starting at the bottom under the emojis to the
24 end?
25     A   "Can we be sister wives?  Yes.

1  jacuzzi doing lesbian shit, so just keep me
2  updated like you love me and want me to come out.
3  Lol.  Hahahahaha.  I'm dead serious, Michael, if
4  you go without hitting me up, I'll be forever sad
5  forever."
6      Q   You can stop there.
7      A   Okay.
8      Q   So, would you text somebody and tell
9  them you'll be sad forever if they don't hit you
10 up if you feared for your life?
11     A   With the way the relationship was,
12 yeah.
13     Q   Okay.  I will show you another text
14 message, Exhibit 12.
15     (Exhibit 12 was marked for
16 identification and is attached to the transcript.)
17     Q   Does that look familiar?
18     A   Possibly.
19     Q   And at the top there you state, "I
20 missed your face;" is that accurate.
21     A   This is to Mike?
22     Q   Yes.
23     A   Possibly.
24     Q   Okay.
25     MS. WILLIAMSON:  If you recall.

1  Laughing my ass off.  F-ya all dreams
2  accomplished."
3      Q   Can I have that back?  I will give it
4  to her.
5      (Witness hands document to counsel.)
6      Q   Would you ask Mike and his wife to be
7  sister wives if you feared for your life?
8      A   I mean, to go along with the keeping
9  everyone happy, yeah.  It definitely looks --
10 BY MR. COZZA:
11     Q   So, it's your testimony that to keep
12 Mike happy, you told him that you would be sister
13 wives, was the question?
14     MS. WILLIAMSON:  Objection to the form
15 of the question.
16     MR. WEBB:  You can answer.
17     MR. COZZA:  You can answer.
18     A   Yes.
19 BY MR. WEBB:
20     Q   I'm going to show you another text
21 message between you and Mike Russin.  Does this
22 look familiar to you?
23     A   Uh-huh.
24     Q   Can you read it from the top?
25     A   "Okay.  We're just chilling in the

1      THE WITNESS:  I don't know.
2      MS. WILLIAMSON:  Don't guess.
3  BY MR. WEBB:
4      Q   Would you text somebody that you feared
5  for your life from that you missed them?
6      A   Yeah.  With the relationship that we
7  had, yeah.
8      Q   Okay.  I will show you another one.
9  That will be Exhibit 13.
10     (Exhibit 13 was marked for
11 identification and is attached to the transcript.)
12     Q   Does that look familiar?
13     A   Yeah, maybe.
14     Q   And you wrote there in the middle, "I
15 love you" in all caps?
16     A   Yeah, I say I love you to a lot of
17 people.  So...
18     Q   But to Mike Russin specifically?
19     A   Possibly.
20     Q   Okay.  This will be Exhibit 14.
21     (Exhibit 14 was marked for
22 identification and is attached to the transcript.)
23     Q   Does this look familiar to you?
24     A   No.
25     Q   This message doesn't look familiar to

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1  you?
2      A  No.
3      Q  Can you read it from the top?
4      A  "I can't wait to hear.  Hey boss,
5  you've helped me out so much and I'm beyond
6  grateful for you.  I don't expect you to donate to
7  what I posted in GroupMe at all, but would you be
8  okay with me saying thank you and tagging you,
9  seeing if it'll get people to donate a little
10 towards it.  They lost pretty much everything
11 inside their home.  Yes, of course.  Thank you.
12 You are an incredible human being man.  Me posting
13 that got one donation so far, so thank you.
14 Better than nothing for them.  Awesome."
15     Q  Is that your name at the top of that
16 text message?
17     A  Yes, that's my name.
18     Q  And is it your testimony that you did
19 not send this or you just don't recall?
20     A  I don't recall it.
21     Q  Okay.
22 BY MR. COZZA:
23     Q  Did you ever post a donation link in a
24 GroupMe text message or in a GroupMe message?
25     A  Not that I recall.  I don't recall

1  that, but we were always doing donations.
2      Q  This would have been in March '21, is
3  the date?
4      A  Yeah, not that I remember.
5  BY MR. COZZA:
6      Q  Do you recall ever tagging Mr. Russin
7  and thanking him on social media for making a
8  donation?
9      A  No.
10     Q  "No," you didn't, or "no," you don't
11 recall?
12     A  No, I don't recall.
13     Q  Okay.
14 BY MR. WEBB:
15     Q  I'll show you a text message.  This is
16 Exhibit 15.
17        (Exhibit 15 was marked for
18 identification and is attached to the transcript.)
19     Q  Does this look familiar to you?
20     A  Possibly.
21        MS. WILLIAMSON:  Don't guess.
22     A  No.  I mean, this is two -- three years
23 ago, almost.  No -- yes.  Maybe.
24     Q  You don't have to guess.  If you don't
25 recall, I mean, you don't recall.

1      A  Okay.
2      Q  If can you read from halfway down where
3  it starts with "just"?
4      A  "Just wanted to say hello and I hope
5  all is well.  Miss you.  I miss you, too.  I'll
6  see you soon.  Yes, I am in need of your presence.
7  Also, I have a very embarrassing question to ask
8  you.  Laughing my ass off.  What's up?"
9      Q  And is that your name at the top of
10 this screen?
11     A  Yes.
12     Q  This will be Exhibit 16, another text
13 message between you and Mike.
14        (Exhibit 16 was marked for
15 identification and is attached to the transcript.)
16     Q  Does this look familiar to you?
17     A  Yeah.  Yes.
18     Q  Okay.  Is that your name at the top?
19     A  Yes.
20     Q  Okay.  This is Exhibit 17.
21        (Exhibit 17 was marked for
22 identification and is attached to the transcript.)
23     Q  Does this text look familiar to you?
24     A  No.
25     Q  Okay.  Is that your name at the top of

1  the screen?
2      A  Yes.
3      Q  We just went through some text messages
4  between you and Mike.  I mean, did you love Mike
5  Russin?
6      A  No, not -- no.  I had a -- he was my
7  boss, so I had to cater to what he expected from
8  us.
9      Q  So, you texted him that you loved him
10 just to cater to his needs?
11     A  Yes.
12     Q  Not because you loved him?
13     A  Not because I loved him, correct.
14 BY MR. COZZA:
15     Q  Did Mr. Russin ever tell you, you had
16 to text him to cater to his needs?
17     A  Yes.
18     Q  He told you you had to text him --
19     A  Yes.
20     Q  -- to tell him that you loved him?
21     A  Yes.
22     Q  As part of the job?
23     A  Yes.
24     Q  What was his exact statement?
25     A  That he expected us to show love,

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1  loyalty, respect to him on the daily. If we
2  didn't communicate with him often, we didn't show
3  him these things, if he felt anything was off
4  whatsoever when it came to the relationship or
5  loyalty, our job would be on the line.
6      Q  Did he have the ability to terminate
7  your contract with AIL?
8      A  From what he told me, yes.
9      Q  But in your contract -- you obviously
10 signed a contract, you're aware, did Mr. Russin
11 have the ability to terminate --
12         MS. WILLIAMSON: Calls for a legal
13 conclusion. I'll object to the form of the
14 questions.
15 BY MR. COZZA:
16     Q  Did you read your contract when you
17 signed it with AIL?
18         MS. WILLIAMSON: Asked and answered.
19     A  Yeah.
20     Q  Do you know what's in the contract?
21     A  Yes.
22     Q  Is there anywhere in that contract that
23 states that Mr. Russin has the ability to
24 terminate this agreement?
25         MS. WILLIAMSON: Asked and answered.

1  knowledge --
2      Q  Who did you see him terminate?
3      A  For example, Shannon Vaughn.
4      Q  What did you witness?
5      A  Him firing her.
6      Q  By his own volition or was he directed
7  to do that by someone else?
8      A  No. It was 100 percent his own
9  decision.
10     Q  How do you know this?
11     A  Because he made it very clear to every
12 single one of us that it was his decision and he
13 could take any one of us out at any time.
14     Q  What was his exact statement?
15     A  That we are all replaceable, and I will
16 take you out in a blink of an eye.
17     Q  And did he ever say he has the ability
18 to terminate contracts between individuals and
19 AIL?
20     A  Yes.
21     Q  When did he say this?
22     A  Towards the beginning of my career
23 there.
24     Q  When was that around, the date?
25     A  Probably March of -- March or April of

1      Q  You can answer.
2      A  I don't know.
3      Q  It doesn't.
4      A  I don't know. I answered already.
5         MR. WEBB: I don't believe you answered
6  that question.
7         MR. COZZA: I don't believe you've
8  answered that question. It's never been asked.
9         MS. WILLIAMSON: If you know the
10 answer. If you don't, that's fine?
11     A  I'm sorry, what did you ask me?
12 BY MR. COZZA:
13     Q  You stated that you read your contract,
14 you were of --
15         MS. WILLIAMSON: Objection to the
16 question. She never --
17         COURT REPORTER: Excuse me. Everyone
18 is talking on top of each other.
19 BY MR. COZZA:
20     Q  In your contract, does it state that
21 Mr. Russin has the ability to terminate this
22 agreement between you and AIL?
23     A  I'm not 100 percent
24 sure, but I have seen -- I had seen him terminate
25 other people from the business, so, to my

1  2019.
2      Q  Did anybody else witness this
3  statement?
4      A  Yes.
5      Q  Who?
6      A  Every single other employee that worked
7  there.
8      Q  So, your testimony is that --
9      A  Dave Hack, Colin Bannister, Aaron
10 Osterrieder, Shannon Vaughn, Kellie Hoffman, Nate
11 Sanso. I mean, you name it. David Burks. You
12 name it.
13     Q  But you did state that you read your
14 contract?
15         MS. WILLIAMSON: She never testified to
16 that.
17         MR. COZZA: She just stated that she
18 said that she read her contract, she understood
19 what was in her contract. She did.
20         MR. WEBB: We can read it back.
21     A  I wasn't given -- if we go -- I was
22 never really given any time to read my contracts.
23         MS. WILLIAMSON: Again, I said asked
24 and answered. You asked that last time multiple
25 times, and she answered that question already.

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1      MR. WEBB:  Okay, let's move on.  It's
2  not important anyway.
3  BY MR. WEBB:
4      Q   Did you like working for your team
5  under Mike?
6      A   For a short period of time.
7      Q   When did you stop enjoying it?
8      A   Probably when I was forced to start
9  going to team events.
10      Q   When was that?
11      A   End of 2019, around then.  Mid to end
12  of 2019 where he made it mandatory for managers to
13  go to team events.
14      Q   What events?
15      A   Anything that he -- from going to
16  clubs, going to play Top Golf, going to
17  restaurants.  Clubs were the main things.  Cavo
18  was the main club.  So, pretty much as soon as he
19  made that mandatory, I hated my life.
20      Q   Okay.  And you didn't like being on the
21  team after that, once the mandatory team events
22  were put in place, you no longer enjoyed working
23  on that team?
24      A   Correct.  I like some of the people
25  that I worked with, but that was about it.

1      Q   So, after the team events became
2  mandatory?
3      A   No.
4      MS. WILLIAMSON:  Object to the form of
5  the question.
6      A   Before then, it would be.
7  BY MR. COZZA:
8      Q   When did the team events become
9  mandatory?
10      A   Towards, like, the end of 2019, I
11  believe.
12  BY MR. WEBB:
13      Q   You just testified a few minutes ago
14  that it was February 2019 that the team events
15  started and became mandatory?
16      A   I did not say February.  I did not --
17  no, I did not testify to that.
18      Q   Okay.  That's fine.
19      A   If I said February, we need to go back
20  and something's not right.
21      Q   So, when did they become mandatory?  If
22  it wasn't February, when was it?
23      A   No, it was towards mid to end of 2019.
24  BY MR. COZZA:
25      Q   So, do you have a month -- a round

1      Q   Exhibit 18.  It's a screenshot from
2  MoneyBadgers Snapchat.
3      (Exhibit 18 was marked for
4  identification and is attached to the transcript.)
5      Q   Does that look familiar to you?
6      A   Possibly.  That was, like -- I mean,
7  it's Snapchat.  I know that.
8      Q   Does that say your name Renee in there
9  in yellow?
10      A   It says my name, yep.
11      Q   And can you read what it says under
12  your name towards the bottom?
13      A   "I'm so okay.  I'm so great.  You know
14  why.  Emily Garrett, because you is a money badge
15  girl.  Badger, fuck.  I'm celebrating being on
16  such an amazing fucking team."
17      When was that dated?
18      Q   It doesn't have a date on it.  I'm just
19  asking if you enjoyed being on the team?
20      A   Yeah, towards the beginning.
21      Q   Okay.  Do you recall when that message
22  was sent?
23      A   Just by looking at Martin and Emily
24  Garrett, it was beginning of -- it was probably,
25  like, mid 2019, I would assume.

1  about month?  Mid to end is a six-month period.
2      MS. WILLIAMSON:  If you know.  Don't
3  guess.
4      A   Possibly August/July.  I'm not 100
5  percent sure, but it was around then.
6      Q   Were you part of a GroupMe message
7  called MoneyBadgers?
8      A   Yep, we were all.
9      Q   What was your user name or handle,
10  however you want to call it?
11      A   I don't know.  Mike and Jerry handled
12  all of our names, so I don't really know.  I think
13  it was, like, something really stupid.
14      Q   Was it Boan Mahoney?
15      A   That sounds familiar.
16      Q   All right.  I'm going to show you a
17  series of text messages -- sorry, GroupMe messages
18  from the MoneyBadgers group message.
19      MR. WEBB:  This will be Exhibit 19.
20      (Exhibit 19 was marked for
21  identification and is attached to the transcript.)
22      Q   Does that say Boan Mahoney at the top?
23      A   That says that.
24      Q   Can you read what the message says?
25      A   "I'm so fucking wet about it."

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1    Q   What does that mean?
2    A   I don't even know.  I don't think I
3    even wrote that, to be honest with you.
4    Q   Okay.  So, it's your testimony that you
5    did not send that message?
6    A   Correct.
7    Q   I'll show you another one, Exhibit 20.
8        (Exhibit 20 was marked for
9    identification and is attached to the transcript.)
10   Q   Does that say Boan Mahoney at the top?
11   A   Yes.
12   Q   Can you read the message?
13   A   "I'm wet."
14   Q   What does that mean?
15   A   I have no idea.
16   Q   Did you send that message?
17   A   No.
18   Q   Okay.
19       MR. WEBB:  This will be Exhibit 21.
20       (Exhibit 21 was marked for
21   identification and is attached to the transcript.)
22   Q   Does that say Boan Mahoney at the top?
23   A   Yes.
24   Q   Can you read the message?
25   A   "You slut.  Fuck ya."

1    Q   Who's tagged in the message?
2    A   AIL Joe.
3    Q   Who is that?
4    A   Joe, I don't know.  Joe -- I don't know
5    his last name, but it could be one of the Joe's
6    that worked --
7        MS. WILLIAMSON:  If you know.
8    A   Yeah, I'm not sure.
9    Q   Who were some of the Joe's you worked
10   with?
11   A   Joe Lamb, Joe Crivelli.  There was,
12   like, two others, but I don't remember their last
13   names.
14   Q   Okay.  When did you work with Joe Lamb
15   and Joe Crivelli?
16   A   Pretty much the majority of my time
17   there.
18   Q   How do you spell Crivelli.
19   A   C-R-I-V-E-L-L-I, I think.  No -- I
20   don't know.
21   Q   If you don't know how to spell it,
22   that's fine.
23   A   I think that a completely wrong last
24   name, but yeah.
25       MR. WEBB:  This will be Exhibit 22.

1        (Exhibit 22 was marked for
2    identification and is attached to the transcript.)
3    Q   Does that say Boan Mahoney at the top?
4    A   It does.
5    Q   Can you read the message?
6    A   "You sexy man you, Ray Salmon."
7    Q   Did you send that message?
8    A   Not that I recall.
9    Q   Okay.
10       MR. WEBB:  This is Exhibit 23.
11       (Exhibit 23 was marked for
12   identification and is attached to the transcript.)
13   Q   Can you read those messages?
14   A   "One Wednesday.  Maria, I'm going to
15   slap you."
16   Q   Who sent the "Maria, I'm going to slap
17   you" message?
18   A   Boan Mahoney.
19   Q   Did you send that message?
20   A   I don't recall.
21   Q   Okay.
22       MR. WEBB:  This will be Exhibit 24.
23       (Exhibit 24 was marked for
24   identification and is attached to the transcript.)
25   Q   What's the user name at the top?

1    A   Boan Mahoney.
2    Q   Can you read the message?
3    A   "Lance hit me in the face."
4    Q   Did you send that message?
5    A   I don't think so.
6    Q   Who's Lance?
7        MS. WILLIAMSON:  Object to the form.
8    A   I'm not sure.
9    Q   Who is Lance that is in the text that
10   you just read to me?
11   A   Some kid that worked --
12       MS. WILLIAMSON:  If you know.
13   A   -- at AIL.  I don't know.
14   Q   You don't know his last name?
15   A   No.
16   Q   How long did you work with Lance?
17   A   I have no idea.
18       MR. WEBB:  This will be Exhibit 25.
19       (Exhibit 25 was marked for
20   identification and is attached to the transcript.)
21   Q   Start at top reading under Boan
22   Mahoney.
23   A   "Hany Mikhail, you slut.  I love you.
24   Happy birthday.  Happy Birthday.  I'm just gonna.
25   Hany, I didn't mean to call you a slut.  I'm

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1   dumb."
2        Interesting.
3        Q   Did you send this text message?
4        A   No, not that I recall.
5        MR. WEBB:  This will be Exhibit 26.
6        (Exhibit 26 was marked for
7   identification and is attached to the transcript.)
8        Q   Read it from the top.
9        A   "How was it, guys.  Be real.  Literally
10  everyone is hard and wet after it.  So wet.  Fire.
11  Perception was on point.  And you clearly were
12  transparent about the experience.  This is do or
13  die."
14       Q   Okay.  And what is "literally everyone
15  is hard and wet after it" mean?
16       A   I don't know.
17       Q   Did you send that message?
18       A   Not that I recall.
19       Q   So, none of these group messages that
20  I've shown you, you recall sending?
21       A   No.
22  BY MR. COZZA:
23       Q   But No. 19, you stated you were certain
24  that you did not send that message?
25       A   I don't know which No. -- I wasn't --

1        Q   Can you read that from the top?
2        A   A bunch of fire emojis.  "I'm gonna
3   sexually harass all of you, my God."
4        Q   What is the user name that sent that
5   message?
6        A   Boan Mahoney.
7        Q   Did you send that message?
8        A   Not that I recall.
9        Q   Okay.  Have you ever fabricated a claim
10  for sexual harassment?
11       A   Fabricated a claim?  No.
12       Q   Okay.
13       A   I don't know what that means, no.
14       Q   I'll show you --
15       MS. WILLIAMSON:  If you don't know, say
16  you don't know.
17       Q   Have you ever falsely claimed that you
18  were sexually harassed?
19       A   No.
20       Q   I'm going to show you Exhibit 28.  It's
21  a screenshot sent by Boan Mahoney into the group
22  chat.
23       (Exhibit 28 was marked for
24  identification and is attached to the transcript.)
25       Q   Can you read the post that was made by

1        Q   That's the first one you were showed,
2   you stated you were certain you did not send that
3   one, but you don't recall the rest of them; is
4   that your testimony today?
5        MS. WILLIAMSON:  If you want to see it
6   again?
7        THE WITNESS:  Can I see it again?
8        MR. WEBB:  Sure.
9        (Witness reviews document.)
10       A   Yeah, I don't -- I don't believe I sent
11  that.
12  BY MR. WEBB:
13       Q   So, you definitely didn't send that
14  one, but you're not sure about the other ones; is
15  that what your testimony is?
16       MS. WILLIAMSON:  Object to the form of
17  the question.
18       Q   I'm just asking what your testimony
19  was.
20       A   I don't recall really any of them, to
21  be honest with.
22       Q   Okay.  I will show you another message
23  dated August 23, 2019.
24       (Exhibit 27 was marked for
25  identification and is attached to the transcript.)

1   the user Renee Zinsky on that page?  Sorry, it's
2   small.  It's tough to read.
3        A   "The hostess tried to sexually harass
4   me in the bathroom.  All I asked for is for toilet
5   paper and it turned into her thinking I wanted
6   something more.  I'm disturbed by this place.  I
7   highly do not recommend anyone," and I don't know
8   what the rest of that is "going here."
9        Q   What is the place that the review is
10  left for?
11       A   Guy Fieri's Tequila Cocina.
12       Q   Okay.  And are the pictures in the Boan
13  Mahoney user name and the picture next to it Renee
14  Zinsky's name the same?
15       A   That's my name, yeah.
16       Q   Did you make this post?
17       A   Not that I remember.
18       Q   Okay.  Have you ever been to Guy
19  Fieri's Tequila Cocina?
20       A   No.
21       Q   So, why would your user name make a
22  review for that restaurant?
23       A   The only thing I could think of is very
24  often Mike would have us all put reviews on things
25  that he either had bad experiences of or his wife

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1  did.
2      Q   So, your claim is that Mike asked you
3  to make a post that you were sexually harassed at
4  Guy Fieri's?
5      A   Yes.
6  BY MR. COZZA:
7      Q   You just testified that you never made
8  a false claim of sexual harassment?
9      A   I've never seen that. I've never seen
10 that post. That does not look familiar to me
11 whatsoever.
12 BY MR. WEBB:
13     Q   But you just testified that Mike made
14 you make that post. So, that doesn't look
15 familiar or he made you made that post? Both 9 oh
16 object to the?
17         MS. WILLIAMSON: Objection to the form
18 of the question.
19     A   What I said was he often made us review
20 places that he had a bad experience at or that his
21 wife had a bad experience at. Sometimes he would
22 even go in and write them for us, just to be
23 funny.
24     Q   Okay.
25 BY MR. COZZA:

1      Q   Did he make you write that review?
2      A   I don't remember that review
3  whatsoever, so possibly.
4      Q   In your Second Amended Complaint you
5  allege that Mike Russin showed you his genitals
6  during a work meeting. Can you please identify
7  the date on which that occurred?
8      A   Which time? It was very often.
9      Q   Any dates?
10     A   March of 2019, April of 2019, May of --
11     Q   Where did this occur?
12         MS. WILLIAMSON: You can finish your --
13 if you're not done with your answer, finish your
14 answer.
15     A   May of 2019, probably August, I
16 believe, 2019. Definitely September.
17     Q   Describe to me how this occurred.
18     A   Typically he would have an erect penis
19 and he would either stand up or he would turn on
20 his chair and say, well, how does this make you
21 feel? It's pretty straight forward from there.
22     Q   Okay. Who did you report this to?
23     A   There was no one to report it to.
24     Q   Did you tell anybody about it?
25     A   No. Other than other people I have

1  experienced those things, no.
2      Q   Who else was there?
3      A   Maria Folino, Shannon Vaughn, Katie
4  Louis. She was a -- she was only there for a
5  short period of time, but she left real quick.
6  Joe Lamb.
7      Q   Is Maria Folino part of the other
8  lawsuit against AIL?
9          MS. WILLIAMSON: Object to the form of
10 the question.
11     A   I don't know. I don't know anything
12 about what she's doing.
13     Q   Okay. Where did this take place?
14     A   Where did what --
15     Q   These allegations that you're making
16 about Mike showing his erect penis.
17     A   In his office, in his car.
18     Q   You said it occurred during work
19 meetings. So, he had work meetings with the
20 entire group in his car?
21         MS. WILLIAMSON: If you're done with
22 your answer -- make sure you finish your answer.
23         MR. WEBB: Can I depose the witness,
24 Amy?
25         MS. WILLIAMSON: As long as she can

1  finish her answer. She's in the middle of her
2  answer and you interrupted her.
3      A   I'm sorry. Go ahead.
4      Q   Where did the work meetings occur?
5      A   Typically in his office.
6      Q   Okay. And that was at the Arias office
7  in Wexford?
8      A   Correct.
9      Q   What time of day was it?
10     A   Sometimes in the morning, sometimes in
11 the early afternoons.
12     Q   Were these just standard work meetings?
13 Were they meetings that happened every week?
14     A   Yeah, he would call at least two
15 meetings a day, it seemed.
16     Q   So, how did it happen, he took his
17 entire pants off in the office?
18     A   Not always, no. Sometimes it would
19 literally just be he had such a boner from taking
20 all of the Cialis that he took and it was just
21 very there. It was no secret.
22 BY MR. COZZA:
23     Q   Did he ever take his pants off in the
24 office?
25     A   He pulled his penis out a couple of

1  times.  He never took his pants completely off,
2  but...
3      Q   When did he pull his penis out?
4      A   August of 2019.
5      Q   Any date in August or just the month of
6  August.
7      A   No, I don't remember a specific date.
8  All I do is try to forget it all.  So, when it
9  comes to specific dates, I don't have that,
10  unfortunately.
11     Q   So, you don't have specific dates, is
12  your testimony.
13     A   Of when, correct.
14     Q   Okay.
15  BY MR. WEBB:
16     Q   We will move on now to your claims for
17  intrusion upon seclusion.  You allege that
18  Mr. Russin invaded your privacy.  Please describe
19  the manner in which Mike invaded your privacy?
20     A   He invaded, I mean --
21         MS. WILLIAMSON:  Object to the form of
22  the question.
23     Q   You can answer.
24     A   He invaded my privacy.  I mean, he
25  would touch -- he would grab my ass, that's kind

1      A   Virgo + Garnet.
2      Q   Did they go out of business recently?
3      A   Yes.
4      Q   Was Virgo + Garnet a public business,
5  anybody could show up there?
6      A   Yes.
7      Q   It was located in a public place?
8      A   Yes.
9      Q   Okay.  Was their Instagram account
10  public?
11     A   Yes.
12     Q   Okay.  You have alleged that he invaded
13  your privacy by making threats of violence.
14  Describe those to me.
15     A   Well, the one the constant Instagram
16  post of --
17     Q   Which Instagram post?
18     A   "Fuck around and find out.  You're
19  bitch.  You'll never succeed."  Holding a knife
20  up.  Numerous videos of --
21     Q   So, just --
22         MS. WILLIAMSON:  I'm sorry, can you let
23  her finish her sentence?
24     A   Numerous videos of him talking about
25  sexual assault, sexual harassment.  How women are

1  of invading my privacy, I would assume.  He would
2  grab my boobs.  He insisted on going through my
3  phone and making sure certain photos were deleted.
4      Q   Let me help you out here, point you in
5  the right direction.
6      A   Okay.
7  BY MR. COZZA:
8      Q   You are aware of the allegations you
9  allege in your Complaint, correct?
10     A   Correct.
11     Q   The specific things you've alleged,
12  that's correct?
13     A   Yes.
14     Q   Okay.
15  BY MR. WEBB:
16     Q   In your Complaint you alleged that Mike
17  invading your privacy by threatening to physically
18  appear or cause a physical appearance at your
19  place of employment.
20     A   Correct.
21     Q   Can you describe how that happened?
22     A   He messaged my work Instagram saying
23  that -- stating exactly where we were located in
24  mall, stating that.
25     Q   Which work?

1  liars, women this, women that.  It all was very
2  clear and directed towards everything that was
3  going on.
4      Q   Does he mention your name in any of
5  those posts?
6      A   Not directly, no.
7  BY MR. COZZA:
8      Q   Did he mention your name indirectly?
9      A   I mean, depends on what you call
10  indirectly.  I would say, yes.
11     Q   Did anyone come to you and say, these
12  post are directed towards you, or I believe these
13  posts are directed towards you?
14     A   Yes.
15  BY MR. WEBB:
16     Q   Who?
17     A   Chuck Ferrari, Joe Lamb, David Burks,
18  Shannon Vaughn.  Who else?  Chris Gilbert, Brandon
19  Gilbert, Christina Quillen, I think is her last
20  name.
21     Q   Let me ask you this:  How did you see
22  the posts?
23     A   His public account.
24     Q   So, you had to go out of your way to
25  look at the posts, nothing was sent to you by

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1  Mr. Russin?
2     A  I mean, people would tell me about it
3  and then post it, so, yeah, I would see them
4  because they're public.
5  BY MR. COZZA:
6     Q  But the question was:  Did Mr. Russin
7  ever send any of those posts directly to you?
8     A  No.
9  BY MR. WEBB:
10    Q  You've also alleged in your Complaint
11 that your privacy was invaded by Mr. Russin
12 publishing false statements or disparaging
13 statements about the Plaintiff to third parties,
14 such as your coworkers?
15    A  Correct.
16    Q  Describe those statements to me.
17    A  He had a meeting with all of his
18 managers and told them all to dig up as much dirt
19 on me as they could.  So, I mean, right there
20 is -- and that I'm a liar.  So, that's...
21    Q  When was this meeting?
22    A  Pretty much right after I filed the
23 lawsuit, from what I understand.
24    Q  Are you aware that when somebody is
25 sued, they may try to gather information to defend

1  Mike asked them for information?
2     A  Yeah.
3     Q  Okay.  In your Complaint you also
4  allege that Mr. Russin invaded your privacy by
5  sending you cryptic text messages or causes such
6  messages to be sent to you.  Can you describe
7  those to me?
8     A  I would randomly get hello messages or
9  a winky emoji.  Same exact messages she would get,
10 I would get.  I've never received anything like
11 that before, and Mike has been known for making
12 fake numbers and sending group messages, so it
13 kind of just -- put it altogether.
14    Q  So, you're just assuming that it was
15 Mike, you don't have any evidence that he sent the
16 messages?
17       MS. WILLIAMSON:  Objection to the form
18 of the question.
19 BY MR. COZZA:
20    Q  Do you have any evidence that these
21 messages were sent from Mr. Russin?
22       MS. WILLIAMSON:  Object to the form of
23 the question.
24       MR. COZZA:  It's a direct question.
25 You can answer it.

1  the claims against them?
2     A  I'm aware of that, but not in a way
3  to -- not in a way to tarnish somebody else's
4  character.
5     Q  Well, this is your claim for intrusion
6  upon seclusion, invasion of privacy.
7     A  Yes, but from what I understand, is he
8  also brought up the sexual assault and harassment
9  to them.
10    Q  Isn't it true that in order to gather
11 pertinent information about a case, he would have
12 to divulge what the case is about?
13       MS. WILLIAMSON:  Object to the form of
14 the question.
15    Q  You can answer.
16    A  I mean, no, I don't think so.  I don't
17 know -- I don't believe that that's necessarily
18 true, and I was -- I'm still employed with AIL, so
19 to go around and ask people for stuff like that
20 kind of ruins the whole me working there thing.
21    Q  You're aware that filing this Complaint
22 makes it public record, correct?
23    A  Correct.
24    Q  Okay.  So, anybody could have access to
25 what these claims are about, regardless of whether

1        MS. WILLIAMSON:  She already answered.
2        MR. COZZA:  She didn't answer the
3  question.
4        THE WITNESS:  I'm okay.
5  BY MR. WEBB:
6     Q  You can answer the question.
7     A  Not -- I don't even know.
8     Q  So, you're not -- you don't have any
9  evidence that Mike sent these messages to you?
10       MS. WILLIAMSON:  Object to the form of
11 the question.
12    A  In my eyes, I do.
13       MS. WILLIAMSON:  Asked and answered.
14    Q  What evidence do you have Mr. Russin
15 sent these messages to you?
16       MS. WILLIAMSON:  Asked and answered.
17       MR. COZZA:  She hasn't answered the
18 question.
19       MS. WILLIAMSON:  She just said he's
20 known to make fake numbers --
21       MR. COZZA:  We asked for, what direct
22 evidence do you have these messages were sent from
23 Mr. Russin?
24       MS. WILLIAMSON:  Again, asked and
25 answered.

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1    MR. COZZA:  Answer the question.
2    THE WITNESS:  I mean, I already
3 answered it.
4 BY MR. WEBB:
5    Q   Other than Mike previously supposedly
6 having done this, what other evidence do you have
7 that Mike sent these messages?
8    **A   I mean, I don't know.**
9    Q   Do you have Mike's phone number?
10   **A   Not anymore.**
11   Q   Okay.
12 BY MR. COZZA:
13   Q   When you were referring to she, you
14 were referring to your attorney was also receiving
15 messages?
16   **A   Correct.**
17   Q   Do you have any evidence, other than
18 what you stated previously, that those messages
19 sent from these numbers to your attorney were from
20 Mr. Russin?
21   **A   I mean, in my opinion, yes.**
22   Q   I'm not asking your opinion.  Do you
23 have any direct evidence -- any direct evidence to
24 support your claim --
25   MS. WILLIAMSON:  You're allowed to give

1    **A   I know what he's capable of, I know**
2 **what I've been told from him about what he's done**
3 **before, so that's my evidence, is his verbal words**
4 **to me that he will go above and beyond to do and**
5 **say and scare anyone that he has to do -- in any**
6 **way he has to do it.**
7    Q   Did Mr. Russin ever tell you that these
8 messages were sent from him?
9    **A   I don't talk to him, so...**
10   Q   Did anybody, any third party tell you
11 that these messages were sent from Mr. Russin?
12   **A   No third party told me that, no.**
13   Q   So, it is your assumption these were
14 sent from Mr. Russin?
15   MS. WILLIAMSON:  Object to the form of
16 the question.  Asked and answered.  I'm going to
17 tell you not to answer any further.  This is now
18 getting very unproductive.
19   MR. WEBB:  We'll move on.
20 BY MR. WEBB:
21   Q   You've alleged in your Complaint that
22 Mr. Russin invaded your privacy by vandalizing the
23 Plaintiff's car and/or causing the Plaintiff's car
24 to be vandalized.
25   When was your car vandalized?

1 your opinion.  Answer it however you want to
2 answer.
3    **A   In my opinion, yes, I do have evidence**
4 **from everything --**
5    Q   What is that evidence?
6    **A   -- from the way everything lined up.**
7 **I've never experienced anything like what I've**
8 **experienced since I filed the lawsuit --**
9    Q   You understand that evidence is a legal
10 standing --
11   MS. WILLIAMSON:  Let her answer the
12 question.  You're interrupting her answer.
13   MR. COZZA:  But she's not answering the
14 question.
15   MS. WILLIAMSON:  Let her answer the
16 question.  Maybe she'll answer it, if you let her
17 answer it.  Please let her finish the sentence.
18   **A   In my opinion, I have evidence, yes,**
19 **because I've never experienced before, I know what**
20 **Mike is capable, so, yes --**
21 BY MR. COZZA:
22   Q   And the question is:  What is the
23 evidence?  You said in your opinion you have
24 evidence.  What is the evidence?  Evidence is
25 something you have to establish.

1    **A   Last year, it was before September**
2 **because I got -- I got a new car because of it, so**
3 **August.**
4    Q   Okay.  Was there a police report?
5    **A   Yes.**
6    Q   Did you produce that with your
7 discovery?
8    MS. WILLIAMSON:  I requested -- no, I
9 did not.  I don't have it.
10 BY MR. COZZA:
11   Q   Do you have a copy of the police
12 report?
13   **A   I have the cop's number and his card**
14 **and everything.**
15   MS. WILLIAMSON:  We produced that.
16   THE WITNESS:  Yeah.
17   MR. WEBB:  I don't believe you did.
18   MS. WILLIAMSON:  It says Officer
19 Cherburko (phonetic) in the answers.
20 BY MR. COZZA:
21   Q   But you never received a copy of the
22 police report from this officer?
23   **A   Correct.**
24 BY MR. WEBB:
25   Q   What department was it?

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1      A   Ross Township Police.
2      Q   Okay.  Was anybody charged with
3  vandalizing your car?
4      A   No.
5      Q   Are there any witnesses?
6      A   No.
7      Q   Do you have a Ring doorbell or any
8  other video surveillance on your house?
9      A   No.
10     Q   Do you live by any businesses?
11     A   No.
12     Q   Are you in an apartment or a house?
13     A   It was an apartment.
14     Q   Does your apartment building have
15 surveillance cameras outside?
16     A   No. I wish.
17     Q   What's the name of the apartment
18 building?
19     A   Hickory Hills.
20     Q   Was your car parked on the street?
21     A   It was parked in its designated parking
22 spot.
23     Q   Was that on the street?
24     A   No. It's like a parking lot right
25 outside of the apartment complex.

1  three times in the office.
2      Q   Were there witnesses?
3      A   Joe, Maria, I think Doug was there as
4  well.
5      Q   Did anyone report that to anybody?
6      A   No, we weren't allowed to.  There was
7  no one to report to, that's the biggest things.
8  We didn't have -- it was made clear to us there
9  was no HR, there was no one to report things to.
10     Q   When you said it was made clear to you,
11 what do you mean by that?
12     A   Mike, Simon, they made it clear that
13 there was no HR or anyone to report it to.  And if
14 we have an issue, we go to Simon.  We can come to
15 Simon.
16     Q   Did you go to Simon about the choking
17 instances?
18     A   No, because him and Mike were very
19 close and still are to this day very close, so I
20 didn't feel comfortable.  I didn't have anyone to
21 go to.
22 BY MR. WEBB:
23     Q   In your Complaint you allege that
24 Mr. Russin defamed you.  Specifically you allege
25 that he defamed you by calling you a liar; is that

1      Q   I apologize if I've asked this:  Were
2  there any witnesses?
3      A   No.
4      Q   Okay.  What leads you to believe Mr.
5  Russin vandalized your car?
6      A   I have never had any vandalism done
7  before to my car.  Again, he has verbally told me
8  that he will go above and beyond to do whatever it
9  takes to scare or intimidate anyone who is coming
10 for him, or after him, or for what -- anything
11 that he has.  So, I kind of -- just with the
12 lawsuit, it kind of all just made sense.
13     Q   In your Complaint you allege that Mr.
14 Russin has employed threats and intimidation
15 tactics intended to cause you mental anguish.
16 Please describe that for me.
17     A   He told me he was going to kill me in
18 June of 2021 if I ever left, dead serious, no
19 joke, no laughing, no smirk of his smile.  He said
20 I knew too much, and if I ever left, he would kill
21 me.  So, there's that.  He had choked me out
22 multiple times as a joke, but it was not funny.
23 BY MR. COZZA:
24     Q   When? When did that occur?
25     A   In the office.  He did it at least

1  accurate?
2      A   Correct.
3      Q   Have you ever lied in your life?
4          MS. WILLIAMSON:  Object to the form of
5  the question.
6  BY MR. WEBB:
7      Q   Have you ever told a lie in your life?
8      A   Yeah.  Everyone's one told a lie in
9  their life.
10     Q   Okay.  You allege that Mr. Russin
11 called you a money-grubbing whore who was only
12 after his money.  Who did he say that to?
13     A   Chris Gilbert, Randy Gilbert, Christina
14 Quillen, Brent Henderson.  Everyone that was --
15 Kellie.  Everyone that was and is still working
16 for him.
17     Q   When did he say that?
18     A   Right after I filed the lawsuit.
19     Q   You allege that you suffered damages
20 because of these defamatory statements.  Describe
21 how you have been impacted because of these
22 statements?
23     A   I can't work there.
24     Q   Why?
25     A   Because he's completely tarnished my

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1  name to everyone.  I almost went and worked for
2  another RGA.  I've been -- people have tried to
3  recruit me and they end up saying, nevermind or
4  they'll just completely ghost me.
5  BY MR. COZZA:
6      Q   Who was trying to recruit you?
7      A   Chuck Ferrari, Tommy Vena -- what's his
8  name?  I can't think of his name.  Chad Potts.
9  Who else?  I can't think of his name, but -- yeah,
10 I mean they --
11     Q   And you still have your agent contract
12 with AIL?
13     A   Correct, correct.
14     Q   And they told you that they won't work
15 with you because Mike called you a money-grubbing
16 whore?
17     A   Correct.
18     Q   Who told that you?
19     A   Chuck Ferrari, Tommy Vena --
20     Q   Let's just go one by one.  Chuck
21 Ferrari said to you that I'm not going to work
22 with you because Mike said you're a money-grubbing
23 whore?
24     A   Yeah.
25     Q   He told you that?

1  with you because Mike said you were a
2  money-grubbing whore.  In what mode did he say
3  that?  Was it in person or over the phone?
4      A   It was over the phone, I believe, that
5  conversation was.
6      Q   Do you remember the date of that
7  conversation?
8      A   It was either December of 2021 or
9  January of 2022, I believe.  That's the best I can
10 do date-wise.
11     Q   And you can produce phone records that
12 show the time of that call with the phone number
13 that belongs to Chuck?
14     A   I think so.
15     Q   What about, Tommy is the second guy; is
16 that correct?
17     A   Yes.
18     Q   When did that conversation occur?
19     A   Around the same time, end of December,
20 beginning of January, I believe.
21     Q   Was it in person or over the phone?
22     A   Over the phone.
23     Q   Same thing, you could produce phone
24 records to verify that that phone conversation
25 happened?

1      A   Yes.
2      Q   Okay.  Who else?
3      A   Tommy Vena.
4      Q   And Tommy Vena told you he's not going
5  to work with you because Mike called you a
6  money-grubbing whore?
7      A   Yes.
8      Q   Who else?
9      A   I can't think of the names that were in
10 that --
11 BY MR. COZZA:
12     Q   Those first two conversations to start
13 with, Chuck was his first name?
14     A   Yes.
15     Q   When did that conversation occur?
16     A   Towards the end of 2021, I believe.
17     Q   Where did the conversation happen?
18     MS. WILLIAMSON:  Object to the form of
19 the question.
20     Q   Was the conversation in person?
21     A   I did talk to Chuck in person about it.
22 We communicated over multiple different -- I mean,
23 I think with Tommy it was GroupMe.
24     Q   Let's stay with Chuck.  So, with Chuck
25 you stated that he stated to you he would not work

1      A   I believe so, yes.
2  BY MR. WEBB:
3      Q   What did they say?  What did Chuck say?
4  Start with Chuck.
5      A   At first -- when we first initially
6  talked, it was like, we want you, you are a hard
7  worker, you know how to do the job the right way,
8  you know, just great compliments; and then it
9  turned into kind of ghosting me and then kind of
10 me finally being, like, what's up?  What's
11 happening?  And then them finally telling me what
12 they're hearing and how they can't have me on
13 their team.
14 BY MR. COZZA:
15     Q   How long did that recruitment
16 process -- start with Chuck, you said you had some
17 initial conversations.  When did that begin?
18     A   They probably were within a month or
19 two months total of, like, communicating a little
20 bit, and then the ghosting, and then finally
21 telling me what was up.
22     Q   Do you think that was the beginning of
23 2021; is that correct?
24     A   No, no, end of 2021, beginning of 2022.
25     Q   So, either December of 2021 or January

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1  of 2022, both of those recruitments happened in
2  that same time?
3      **A   Around then, yes.**
4      Q   Okay.  Did you have multiple
5  discussions with each of them?
6      **A   Yes.**
7      Q   Were they all over the phone?
8      **A   No.  At one point I was in a GroupMe**
9  **with Tommy Vena and a couple other guys that I**
10 **didn't know who they were.**
11     Q   Okay.
12     **A   But nothing was really even said over**
13 **the GroupMe, it was more so just motivational**
14 **posts.**
15     Q   In that GroupMe, what was your user
16 name?
17     **A   My name, Renee Zinsky, probably.**
18     Q   Do you know for certain, or you're not
19 sure?
20     **A   I don't know for certain.  I would**
21 **assume it's just my name.**
22     Q   Could it have been the Boan Mahoney?
23     **A   No.  No, I don't think so.**
24     Q   You don't think so, or you don't know?
25     **A   No.  I wasn't the one who gave myself**

1  Q   Millen, yes.  And you testified that at
2  Rover 3pl, you were working between five and six
3  days a week?
4      **A   Yes.**
5      Q   And you would make about $200 a day?
6      **A   Correct.**
7      Q   And it was the same -- pretty close for
8  Millen, right?
9      **A   Yes.**
10     Q   Okay.
11     **A   Well, yeah, Millen is way more -- like,**
12 **I haven't had active work with them recently, just**
13 **because they don't have many contracts going on**
14 **right now.**
15     Q   Okay.  Outside of those two, now that
16 your job at Virgo + Garnet's done, have you
17 applied for any other jobs?
18     **A   Oh, yeah, I apply every day.**
19 **BY MR. COZZA:**
20     Q   Where have you applied?
21     **A   There's this consulting company, it's**
22 **called RIG.  My previous owner of Virgo + Garnet**
23 **actually got me in touch with her.  So, I don't**
24 **really know much about it, I just know she was**
25 **looking for somebody for a leadership position.**

1  that name, so, no.  Whoever has control of the
2  **GroupMe, that GroupMe group can change the**
3  **people's names.  So...**
4      Q   Do you know when that name was changed?
5      **A   No.**
6      Q   Okay.
7  BY MR. WEBB:
8      Q   How much money did you make in 2022?
9      **A   Not -- I honestly don't know off the**
10 **top of my head, but not a lot compared to 2019 and**
11 **2021.**
12     Q   Did you file your taxes yet --
13     **A   No.**
14     Q   -- for '22?
15     **A   No.**
16 **BY MR. COZZA:**
17     Q   You just said in comparison to 2019 and
18 2021.  What happened in 2020?
19     **A   Or 2020, I'm sorry.**
20     Q   Okay, I just wanted to clarify.
21     **A   Yeah.**
22 **BY MR. WEBB:**
23     Q   You testified the last time we talked
24 that you work at Rover 3pl and --
25     **A   Virgo + Garnet and Millen.**

1  So, she's supposed to call me today.  I don't
2  know.  I don't know much until I talk to her.
3      Q   Are you working today?
4      **A   Yes, 1:00.**
5      Q   Any other jobs, other than RIG?
6      **A   I applied on Indeed.  Pretty much any**
7  **job that I see that the pay seems okay, I hit**
8  **apply with my resume on there.**
9      Q   Are Chuck Ferrari and Tommy Vena, are
10 they SGAs or are they RGAs?
11     **A   I don't know.**
12     Q   Not SGAs.  MGAS or RGAs.  Excuse me.
13     **A   Chuck, I'm not sure what his position**
14 **is.  Tommy, I think is an RGA and considered an**
15 **SGA, because he owns his own agency.**
16     Q   Okay.  And the other people that you
17 said wouldn't work with you, where were they in
18 the hierarchy?
19     **A   MGAs, I believe.**
20     Q   Okay.  Isn't it true you could still
21 work for AIL even if you aren't coded to an MGA or
22 an RGA?
23     **A   I could write business, yes, but I**
24 **have -- no, I don't.  No.  Physically and**
25 **mentally, no, I can't.**

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1    Q   You can't --
2        MR. COZZA:  Why?
3    Q   You can't because why?  Why can't you?
4        MS. WILLIAMSON:  Are you saying you
5    generally or you specifically?
6        MR. WEBB:  You, Renee Zinsky, why you
7    can no longer work for AIL?
8    A   For one, clearly they didn't take
9    anything that they told me they would take
10   seriously serious.  Mike is still actively working
11   for AIL and that is --
12   Q   How is Mike working for AIL?
13   A   How is he working for AIL?  He posts
14   all the time that he's doing consulting for them
15   and he's recruiting for them and he's doing this,
16   doing that.  So, why would I -- how would I
17   mentally be okay to go and work for a company
18   that's still employing the man that is known and
19   has been proven to do terrible things.
20   Q   Just so we're clear, your contract is
21   still in place there?
22   A   My contract is still in place, yes.
23   Q   Okay.
24       MR. WEBB:  Let's just take a
25   five-minute break.  I want to get some coffee and

1    her about the text messages, working 9 to 9, the
2    verbal abuse.  I told her about the sexual
3    harassment, the texts between Geneva and Mike.  I
4    don't remember what else, but pretty much all of
5    that stuff.
6    Q   Okay.  She said they're going to do an
7    investigation.  What happened after that?
8    A   They did the investigation and it was
9    concluded -- it was concluded that he should be
10   fired and my allegations were validated.
11   Q   Who told you that?
12   A   What's her name?  I don't think it was
13   Janet.  I can't remember.
14   Q   Logan Blackmore?
15   A   Yes, Logan Blackmore, I think.
16   Q   What did she tell you?
17   A   That the investigation was concluded
18   and that he was getting fired.
19   Q   Was this over the phone?
20   A   Yes, I believe so.
21   Q   Was there any formal written document
22   that you were provided with summarizing the
23   investigation and the findings?
24   A   Was that when --
25       MS. WILLIAMSON:  You can't ask me.

1    we'll finish up.  I don't think we'll have really
2    that much more, Amy.
3        MS. WILLIAMSON:  Okay.  I have some,
4    but...
5        (Off the record at 9:33 a.m.)
6        (Back on the record at 9:45 a.m.)
7    BY MR. WEBB:
8    Q   I just have a little bit more.  Give me
9    one second to get a couple things buttoned up
10   here.
11       All right.  Renee, just a few more
12   questions.  So, you previously stated that you
13   spoke with Janet Hendricks about your claims at
14   some point during this.
15       Tell me about your conversation with
16   Ms. Hendricks?
17   A   That was a close one.  I believe she
18   called me and I kind of gave her a summary of
19   everything that was going on; and then I believe
20   that's when she told me that there was going to be
21   an investigation and they would keep me updated.
22   Q   Okay.  You said you gave her a summary
23   of everything that was going on.  Can you tell me
24   specifics?
25   A   I told her about the picture.  I told

1        THE WITNESS:  Sorry.
2    A   I don't think so.  I didn't know if she
3    sent -- I don't think so.  I don't know.
4    Q   Did you talk to anybody else as part of
5    the investigation?
6    A   Debbie Gamble.
7    Q   What did you and Debbie talk about?
8    A   The same stuff as Janet.
9    Q   What did Debbie tell you?
10   A   That there was going to be an
11   investigation and that I would be talking to
12   Janet.  I think Debbie was the first person I
13   talked to, and then she got me in touch with
14   Janet, if I can remember correctly.
15   Q   Was this a telephone call?
16   A   Yes.
17   Q   Do you know when it was?
18   A   November or December of 2021, I
19   believe.
20   Q   Do you know when your call with
21   Ms. Blackmore was?
22   A   I think in January or February.
23   Q   Of 2022?
24   A   Yes.
25   Q   And how about with Janet?

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1      A   I think November or December of '21.
2      Q   Were any of the communications with
3  these three people written?
4      A   I think I had some emails, an email
5  exchange a little bit back and forth with either
6  Debbie or Janet, but I no longer have access to my
7  work email so I --
8      Q   How come you don't have access to that
9  anymore?
10     A   I have no idea.  We have been trying to
11  figure that out.
12     Q   Do you still get company benefits from
13  AIL?
14     A   I was getting my health insurance
15  reimbursed, but then that got taken away from me.
16     Q   How come?
17     A   I have no idea.
18     Q   Who have you reached out to regarding
19  that?
20     A   Her name is Sandra -- I have to look up
21  her last name.  Sandra something was who handling
22  the health insurance, and so I emailed her and she
23  was, like, you didn't meet the requirements or
24  something like that.  And I wasn't sure what she
25  was talking about.  And then I never heard from

1      A   No, it was from the work email.
2      Q   Then you lost access to that after this
3  conversation -- or sometime after the
4  conversation?
5      A   Yeah.
6          MS. WILLIAMSON:  I believe we produced
7  --
8          MR. WEBB:  I think I do have that
9  series of emails.
10  BY MR. WEBB:
11     Q   In your response to interrogatories,
12  you stated that you provided human resource with
13  droves of information regarding Mr. Russin's
14  conduct.  What information did you provide them as
15  part of the investigation?
16     A   I told them about the message about me
17  and my wife.  I told them about the dick
18  picture --
19     Q   I'm sorry, that was kind of a vague
20  question.  You already answered that.  What, like,
21  documents or other tangible things did you give
22  them as part of the investigation?
23     A   Just screenshots.  I sent them some
24  emails that I had.  Mainly screenshots and emails.
25     Q   Okay.  Anything else?

1  her since.
2      Q   Did she explain to you what the
3  requirements were or she just said you didn't meet
4  them?
5      A   She just said I didn't meet them.
6  BY MR. COZZA:
7      Q   Did you ever ask her what the
8  requirements were that you didn't meet?
9      A   Yeah.  Yeah, I told her I never heard
10  of needing requirements to get the health
11  insurance because at that point, I mean, I was
12  still -- at that point I was taking that hiatus a
13  little bit from actively writing business.  And I
14  was still getting it, and then all of the sudden,
15  it just went away.
16     Q   Did you, by chance, ask her to provide
17  a follow-up with the requirement that you would
18  need to meet to either re-engage the benefits or
19  to explain why you lost the benefits?
20     A   I believe so, yes.  I don't think she
21  responded.
22     Q   Was that via email?
23     A   Yes.
24     Q   And was that from your personal email
25  or your --

1      A   Not that I recall, no.
2      Q   Okay.  You stated that Mark Zinsky has
3  information regarding your claims.  What does Mark
4  know about your case?
5      A   Well, it's my dad, so he knows a lot.
6  But I haven't really gotten into -- vague details
7  about the sexual stuff because it is my dad and
8  I -- it's uncomfortable to talk about as it is.
9  He knows, obviously, that it has to do with sexual
10  harassment, sexual assault, but I never really
11  told him to the extent of how bad it really was,
12  just because it's uncomfortable.
13     Q   Okay.  So, he knows some specifics
14  about your allegations of assault and false
15  imprisonment.  Does he have any information
16  regarding your claim for damages?
17     A   Not that I know of.  I don't think so.
18     Q   Okay.  He wouldn't have any knowledge
19  of your mental health conditions or...
20     A   Oh.  I mean, I think he knows that I am
21  a mental mess, yeah.
22     Q   So, we ordered the medical records.
23  We're having trouble with a couple of places.  Can
24  you give me the address for your PCP, if you know
25  it, or at least the location, because she has

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1  several offices, I think, so I just want to make
2  sure --
3      A  It's in Wexford.
4      Q  It's the Wexford one?
5      A  Yeah.
6      Q  How about -- let me see which ones we
7  have first before I -- I believe we have the ones
8  from Cranberry Psych. So, the other ones would
9  be.
10     MS. WILLIAMSON: Can you send me
11  copies?
12     MR. WEBB: Yeah, yeah. The other ones
13  would be UPMC, Passavant and then Pittsburgh
14  Counseling?
15     A  Counseling & Wellness.
16     Q  Actually, scratch what I said earlier.
17  We have Counseling & Wellness. We don't have
18  Cranberry Psych. So, Cranberry Psych also has
19  several locations. Can you tell me which one --
20     A  Seven Fields.
21     Q  And was it Passavant in McCandless or
22  in Cranberry?
23     A  McCandless. I've been to both, but the
24  one for that, yeah, McCandless.
25     Q  Okay. Great. I'm going to play just a

1  restaurant or what bar that was.
2      Q  What city was it in?
3      A  St. Pete, I believe.
4      Q  Do you recall when this was taken?
5      A  The trip that he took us on for work in
6  January of 2021, I believe, or '20. I don't know.
7  2020 or 2021. I don't know what year.
8      Q  Okay. All right. So, that's you and
9  Mike in the video?
10     A  Yes.
11     Q  Okay.
12     MR. WEBB: And we can mark the first
13  one as Exhibit 29 the second one as Exhibit 30.
14     (Exhibits 29 and 30 were marked for
15  identification.)
16     (Video played.)
17     Q  Okay. Where is this video being taken?
18     A  In Mike's office, it looks like.
19     Q  Okay. And there is a Snapchat filter
20  on it, but is that you in the video right here? I
21  can see your hand tattoo?
22     A  Probably. Possibly, yeah.
23     Q  Okay. Same thing, it has a Snapchat
24  filter on it, but is that you?
25     A  I don't think so. I don't know.

1  few videos. So, I'll turn the sound up as loud as
2  I can.
3      (Video played.)
4      Q  So, it appears to be a Snapchat video.
5  I'll pause it. Does this look familiar to you?
6      A  It's the office.
7      Q  Okay. And is that your name in the top
8  left corner?
9      A  That's my name.
10     Q  Did you take this Snapchat?
11     A  Not that I recall.
12     Q  Do you know who is in the video?
13     A  I can't tell, no.
14     Q  Would it be Rachel?
15     A  It could be. She is an assistant.
16     (Video played.)
17     Q  Is that you in this video? Here, I
18  will pause it.
19     A  Yes.
20     Q  Maybe I'll pause it.
21     And who else is in the video?
22     A  Mike and some other random people in
23  Florida.
24     Q  Where was this at in Florida?
25     A  Oh, God, I don't even know what

1  Possibly.
2      (Video played.)
3      Q  And who else was in that video, other
4  than you?
5      A  Maria.
6      Q  Folino?
7      A  Yes.
8      Q  Was that in the office?
9      A  It looks like it, yes.
10     Q  I'll mark that one as 31.
11     (Exhibit 31 was marked for
12  identification.)
13     Q  This will be 32.
14     (Exhibit 32 was marked for
15  identification.)
16     Q  Again, Snapchat filter, is that you in
17  the video?
18     (Exhibit 33 was marked for
19  identification.)
20     A  Possibly, yeah. I think so.
21     (Video played.)
22     Q  Was that taken in the office?
23     A  I think so. I don't know. I couldn't
24  tell in that one.
25     Q  Again, Snapchat filter, is this you in

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1 the video? You see your hand tattoo there?
2    **A  Probably. Possibly.**
3    Q  Let me do it again.
4     (Video played.)
5     MR. WEBB: That was Exhibit 34.
6     (Exhibit 34 was marked for
7 identification.)
8    Q  Do you know if that video was taken in
9 the office?
10    **A  Maybe. It looks kind of like the**
11 **office.**
12    Q  Okay.
13     MR. WEBB: I don't think I have
14 anything else.
15     Rocco, do you have anything?
16     MR. COZZA: Not at this time, no.
17     EXAMINATION ON BEHALF OF PLAINTIFF
18 BY MS. WILLIAMSON:
19    Q  Okay. So, I'm just going to go over
20 some of the things we just talked about to make
21 sure that I'm clear on your testimony.
22     You, I believe previously today, talked
23 about meeting with Geneva Russin around July of
24 2021; does that sound right?
25    **A  Yes.**

1    Q  And when she -- you said that she --
2 because of all of the other times that Mike had
3 cheated on her, do you have any idea of what those
4 instances -- over what period of time those
5 instances occurred?
6    **A  She had mentioned Sam Woodward, knowing**
7 **about her. Pretty much ever since he's been at**
8 **AIL, she had named off multiple women she had**
9 **known him -- that he cheated on her with, and I**
10 **guess -- I don't know what drew -- what made her**
11 **officially want to be, like, I'm going to kind of**
12 **give him a taste of his own medicine and see how**
13 **he reacts, but she got to that point. And he**
14 **found out, posted it on social media, and then**
15 **she -- it was just kind of, like, everywhere.**
16 **Everyone was talking about it. And then she asked**
17 **me to meet because no one else was around.**
18    Q  Okay. Was she talking about leaving
19 him at that time in terms of their marriage?
20    **A  Yes. She asked me if I knew of any**
21 **divorce lawyers.**
22    Q  Okay. So, she was looking to you for
23 some kind of emotional support; is it fair to say?
24    **A  Yes.**
25    Q  So, when you said sister wives, you

1    Q  And can you explain more about how that
2 came about, how that meeting came about?
3    **A  She had told me that Mike -- she told**
4 **me that she had cheated on Mike because of all the**
5 **allegations -- or all the times that Mike had**
6 **cheated on her and she was fed up, and she wanted**
7 **to see how he would react because of all of the**
8 **times she's forgiven him. She didn't have**
9 **anything and she just needed to meet because he**
10 **was threatening to take her ring, take her money,**
11 **which he already shut off. So, it was kind of**
12 **just a, hey, I need a friend right now and I don't**
13 **have anyone else, can you please meet with me for**
14 **a drink and buy me a drink. So, I did.**
15    Q  Is it fair to say that she was -- or
16 can you describe her mental state at that time?
17    **A  She was crying the whole entire time.**
18 **She wore her sunglasses in the bar the whole time.**
19    Q  Okay. So, was she asking to be with
20 you as a friend?
21    **A  Yes.**
22    Q  Okay. So, the reason why that you guys
23 met wasn't just because she had an affair,
24 correct?
25    **A  Correct.**

1 had -- I'm sorry, Ben had shown you a text, I
2 think, that mentioned sister wives, and he asked
3 you some questions about that phrase.
4     Was that -- were you trying to be
5 supportive to her?
6    **A  Yeah.**
7    Q  And did you fear her at any time?
8    **A  Did I fear her?**
9    Q  Did you fear Geneva at any time?
10    **A  No. I felt bad for her.**
11    Q  Right. Did you say things to Mike
12 frequently to patronize him?
13    **A  Oh, yeah.**
14    Q  Did most people that worked for him say
15 things to him to patronize him?
16     MR. COZZA: Object to the form.
17    **A  Yes.**
18    Q  Did he often tell you that he loved
19 you?
20    **A  All the time. He finished every single**
21 **meeting with, I love you guys and I care about you**
22 **guys.**
23    Q  So, it wasn't just you, it was
24 everybody?
25    **A  Correct.**

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1    Q   Okay.  Can you give me some examples of
2  things people would do to patronize him?
3        MR. COZZA:  Object to the form.
4    A   He liked when -- he would ask us about
5  how he looked, if we noticed his muscles, telling
6  him we love him.  The loyalty thing.  Really any
7  acts of loyalty to him was needed every single
8  day.
9    Q   Is it fair -- I'm sorry.  Go ahead.
10   A   No, no, go ahead.
11   Q   Is it fair to say that you stroked his
12  ego often to patronize him?
13       MR. COZZA:  Object to the form.
14   A   Yes.
15   Q   Is it fair to say that you saw people
16  that you worked with do the same?
17   A   Yes, all the time.
18   Q   On a daily basis?
19   A   On a daily basis.
20   Q   Was he pretty open about having an ego?
21   A   Yes.
22   Q   In terms of things people would do to
23  patronize him, could that include things like
24  dressing up in diapers?
25   A   Yes, absolutely.

1    Q   Okay.  Like who?
2    A   Shannon Vaughn, for instance, is a
3  prime example.
4    Q   Okay.  And would he also threaten
5  people's jobs?
6    A   Yes.
7    Q   Would he punish people otherwise?
8    A   He would take leads from people, which
9  would then take money from them.  So, I mean, I
10  mean, yeah, that was, like, the worst instance --
11   Q   So, if you had leads -- I'm sorry, I
12  didn't mean to interrupt you.
13   A   No, no, no.
14   Q   So, if you had leads taken from you,
15  that directly impacted your compensation?
16   A   Oh, yeah, of course.  That's how we
17  made our money was off of the leads.
18   Q   And Mike was able to control the leads
19  at his sole discretion?
20   A   Yes.
21   Q   Did that ever happen to you?
22   A   Yes.
23   Q   Okay.  Tell me about that.
24   A   The most recent instance that I can
25  recall was when he called me in July and ripped

1    Q   Could that include being shot at by an
2  assault weapon?
3    A   Yes.
4    Q   Those were things that he asked people
5  to do to show loyalty to him?
6    A   Yes.  Waxing their legs, taking shots
7  out of belly buttons.
8    Q   Okay.
9    A   I mean, run around the building in your
10  underwear.
11   Q   Throwing pies in your face?
12   A   Yes.
13   Q   Like humiliating things?
14   A   Yes.
15   Q   Wearing bikinis in front of everybody?
16   A   And doing car washes.
17   Q   Okay.  And is that something that he
18  made people that worked for him do?
19   A   Yes, all the time.
20   Q   And if people don't patronize him, what
21  would happen?
22   A   Loyalty would be questioned, job would
23  be threatened.
24   Q   Did people lose their job?
25   A   Yes.

1  into me about working 9 to 9, and that's the only
2  schedule.  I logged in my Impact shortly after
3  that phone call and saw I was missing about 100
4  leads.  And he had told me that he took them from
5  me, so I'd have to figure it out.
6    Q   You said July.  Did you say a year?  Do
7  you know what year that was, what year you are
8  referring to?
9    A   2021, I believe.
10   Q   Okay.  You said he ripped into you?
11   A   Yeah.
12   Q   What was the reason he ripped into you?
13   A   Because I gave -- I allowed the
14  trainees to have a break at a different time of
15  the day than what he told me I could.
16   Q   Okay.  What was the break for?
17   A   So they could eat.
18   Q   So, you got in trouble for that?
19   A   Yes.
20   Q   And is it fair to say you lost income
21  as a result?
22   A   Absolutely.
23   Q   Okay.  Did you see that happen to other
24  people that you worked with?
25   A   Yes.

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1    Q    Can you give examples, or can you give
2    an example?
3       **A    It happened to Joe, it happened to**
4    **Maria, I believe it happened to Colin Bannister,**
5    **Ray Salmon.**
6    Q    They had leads taken from them?
7       **A    Yes.**
8    Q    By Mike?
9       **A    Yes.**
10   Q    Okay.  And was it because of -- or why
11   don't you tell me why, why did they have leads
12   taken from them by Mike?
13      **A    It depended on the scenario.  I mean,**
14   **if we weren't writing business or we didn't do**
15   **well, he would take leads and give them to**
16   **somebody else; or, I mean, if we didn't do a**
17   **call-out that we were required to do...**
18   Q    Okay.  When you say doing a call-out
19   that we were required to do, can you explain what
20   that means?
21      **A    Mike made a thing in the office called**
22   **call-outs, it was kind of like hazing, in a way,**
23   **and it was, like, if you didn't have five**
24   **appointments booked by the phone appointment, you**
25   **had to get parts of your legs waxed or you had to**

1    **go run outside and get shot by a metal BB gun,**
2    **taking shots out of belly buttons, running around.**
3    **I mean, those were the call-outs.  And it was just**
4    **related to if we didn't do something up to his**
5    **standards.**
6    Q    So, is that like a bet, in a way?  I
7    mean, is it something that you to bet -- that you
8    were forced to bet if you met a certain quota?
9       **A    Yes.**
10   Q    And the call-outs, whatever the nature
11   of the call-out was, it could vary from some of
12   those examples that you gave, is that what you're
13   saying?
14      **A    Yes, yes.**
15   Q    And those examples, did he have any say
16   as to what the call-outs were?
17      **A    Yes, all the time.**
18   Q    Please explain.
19      **A    And if they weren't up to his**
20   **standards, he would change it.**
21   Q    What do you mean "up to his standards"?
22   What were his standards?
23      **A    If it wasn't funny in his -- if it**
24   **wasn't funny enough or intense enough in his eyes,**
25   **he would change it.**

1    Q    Okay.  So, for example, is something
2    less intense a five dollar bet?
3       **A    Yes.**
4    Q    Okay.  So, the stakes -- he wanted the
5    stakes to be higher?
6       **A    Yeah.  It was like, we're going to**
7    **change it to, Colin, gets to pick a tattoo for**
8    **David if David loses, and he has to get tattoo.**
9    **There's no questions about it.**
10   Q    A permanent tattoo?
11      **A    Yes.**
12   Q    Okay.  So, people had to get permanent
13   tattoos if -- he made them get permanent tattoos
14   if they lost?
15      **A    Yeah, you had to do it.**
16   Q    Okay.  Or washing cars in a bikini?
17      **A    Right.**
18   Q    Or being shot at by Kellie?
19      **A    Correct.**
20   Q    Or running around the neighborhood in a
21   diaper.
22      **A    Yeah.  Car washes.**
23   Q    Was alcohol ever part of it?  Did you
24   ever have to drink?
25      **A    Yes.  Always.**

1    Q    Okay.  Can you explain?
2       **A    It would be get Iced three times if you**
3    **didn't -- which is, like, those Ice drinks, you**
4    **had to chug three of those if you didn't complete**
5    **it.  I mean, that was an option.**
6    Q    I'm sorry, I don't even know what an
7    Ice drink is.
8       **A    They're like Smirnoff Ices.  They're**
9    **just in a bottle and you have to chug it.  For**
10   **awhile, it was a, like, thing where you hid it in**
11   **a drawer, and if you opened up that drawer and it**
12   **was in there, you had to chug it.  It was, like, a**
13   **game.**
14   Q    That was according to Mike's direction?
15      **A    Yes.**
16   Q    And was that during work?
17      **A    Yes.**
18   Q    Okay.
19      **A    Alcohol was always involved during**
20   **work, pretty much 90 percent of the time.**
21   Q    Is that at Mike's direction?
22      **A    Yes.**
23   Q    Was that at -- was that during the call
24   sessions?
25      **A    Yes.**

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1    Q   Was that at the office?
2    **A   In the office or if it was at Sam's, we**
3    **would do it at Sam's, too.**
4    Q   How about off-site, meaning out of the
5    office?
6    **A   If we had team events, yeah.**
7    Q   Okay.  Where were some of the team
8    events?
9    **A   Cavo all of the time.  We did paintball**
10   **a couple of times.  Alcohol was involved in**
11   **paintball. Stacked, Nakama -- Nakama was a common**
12   **one.  I mean, you name it, we went.**
13   Q   Any strip clubs?
14   **A   Oh, yeah, strip clubs, too.**
15   **Cheerleaders -- I can't think of the one place.**
16   **Not Rick's Cabaret, but I think it was called**
17   **something else before it was called that.  But,**
18   **yes, strip clubs were always involved.**
19   Q   And were you forced to go?
20   **A   Yes.**
21   Q   Did you have -- what would happen if
22   you didn't go?
23   **A   Loyalty questioned.**
24   Q   And what did that entail?
25   **A   Essentially losing my job.**

1    enjoyed working on Mike's team --
2    **A   Uh-huh.**
3    Q   -- by Ben.  And I don't want to put
4    words in your mouth, but I think you said
5    something to the effect of you did at first, but
6    less going forward once some of these mandatory
7    events were mandated, for lack of a better word.
8    Were there instances at the beginning
9    of your career at AIL that you did not like as
10   well?
11   **A   Yeah, absolutely, when I received the**
12   **dick pic from Mike.**
13   Q   Okay.  When you say "dick pic," is that
14   the photo that -- of Mike that I believe is --
15   well, that you got via Snapchat from Mike of him
16   naked?
17   **A   Yes, yes.**
18   Q   Okay.  Is there any -- and you received
19   that via Snapchat; is that correct?
20   **A   Yes.**
21   Q   From Mike?
22   **A   Yes.**
23   Q   And that was early on in your career at
24   AIL?
25   **A   Correct.**

1    Q   Okay.  Or leads being taken?
2    **A   Yes.**
3    Q   What were some of the other punishments
4    that could -- or are there any other punishments
5    that he would give that would affect your income?
6    **A   He would threaten to take people off of**
7    **your team.  So, you made a commission off of**
8    **anyone who wrote under you as well, so he would**
9    **threaten to take that from you.  He did take**
10   **people off of me before, so that's -- I mean...**
11   Q   And you lost money as a result?
12   **A   Yes.**
13   Q   Did he do that with other people as
14   well?
15   **A   Yes.**
16   Q   Like who?
17   **A   He did it to Joe.  He did it to Maria.**
18   **I believe he did to Chris Gilbert at one point,**
19   **Dave Hack.  Who else?  Jack Gibbons, Doug -- Doug**
20   Holkem (phonetic).  He definitely did that to
21   Doug.
22   Q   Is Doug the one that got shot at, also?
23   **A   Yes.**
24   Q   Okay.  Previously today at least, you
25   were asked something to the effect of whether you

1    Q   Were there other instances early on in
2    your career at AIL that you did not enjoy?
3    **A   The sexual comments that were made to**
4    **me talking about my boobs, saying that I needed a**
5    **bigger ass, but it's still cute.  I mean, the**
6    **erect penis that he seemed to have all the time.**
7    **I mean, yeah, there were a lot of instances.**
8    Q   And you mentioned that he took Cialis
9    at work?
10   **A   Yes, a lot of --**
11   Q   Did you see it?
12   **A   Yes.**
13   Q   The Cialis?
14   **A   Yes.**
15   Q   Did he tell you that he took Cialis?
16   **A   Yes.**
17   Q   And do you know why he did that?
18   **A   It was just a thing that a bunch of the**
19   **guys did in the office.  I still, to this day,**
20   **will never understand why that's a thing.**
21   Q   Okay.  Did other people see him taking
22   Cialis?
23   **A   Yes.**
24   Q   Okay.  Like who?
25   **A   Shannon, Maria, Joe, Ryan Ohm, David**

1  Burks, Colin, Dave Hack, Jack Gibbons, James
2  Beernesser. I mean, everyone. It wasn't a
3  secret.
4      Q   Did you often see him doing other drugs
5  at work?
6          MR. COZZA:  Asked and answer.
7      A   Yes.
8          MS. WILLIAMSON:  Doing other drugs at
9  work was asked?
10         MR. COZZA:  In the previous deposition,
11 yes.
12     Q   Go ahead.
13     A   Yes, cocaine; Xanax was, like, his
14 favorite; weed. He did shrooms a couple of times
15 randomly. Adderall, Klonopin, I think is what
16 they're called. That was a big one, yes.
17     Q   And did he drink at work?
18     A   All the time.
19     Q   Like daily?
20     A   Yes.
21     Q   Was it -- how do you know that?
22     A   Slurred speech, his eyes would be
23 glossy, he would have pin-needle pupils.
24 Sometimes he'd be sweating. Sometimes he would
25 just have an anger/rage, like he was coming off of

1  a drug, almost it seemed like, shaking. I mean,
2  pretty much tell-tail signs of somebody who is on
3  something.
4      Q   Okay. Would he, like, stumble, or was
5  his gait affected ever?
6      A   Oh, yeah. Yeah. I mean, sometimes he
7  would just sit. I mean, he would stay seated a
8  lot, because as soon as he would stand up, it
9  would be very obvious that...
10     Q   Was it obvious to other people in the
11 office?
12     A   Yes.
13     Q   And when I say "in the office," I don't
14 necessarily -- other people at work, whether it be
15 in the office or at work events?
16     A   Yes, yes.
17     Q   Did other people say anything to you
18 about it?
19     A   Yes. It was a talked-about thing
20 throughout the office.
21     Q   Okay. Was his memory affected?
22     A   Yes.
23     Q   How so?
24     A   He would repeat himself often. He
25 would tell stories that he's told before or he

1  just told yesterday. He would say things and then
2  the next day not remember saying them, yeah. I
3  mean, there were very many times that he would
4  forget what he said or did the day before.
5      Q   So, frequently?
6      A   Yes.
7      Q   And you also saw him actually -- not
8  just the signs of the drugs, but you also saw him
9  --
10     A   Doing them, yes.
11     Q   -- doing them? Okay.
12         Did you ever see him trying to buy
13 drugs from people?
14     A   Yes.
15     Q   Okay.
16     A   Almost every day in the office.
17     Q   From whom?
18     A   Ryan Ohm, that was a common one.
19 Chuck, Chuck Ferrari. I mean, he would ask
20 everyone. It was never a secret. It would just
21 be like, do you know where to get coke? Do you
22 know where to get coke? Find me cocaine. I need
23 Adderall. Ryan I know you have Adderall, give me
24 Adderall. Stuff like that.
25     Q   How about from Chuck, do you know

1  what -- if you know, what did he try to buy from
2  Chuck?
3      A   Adderall, Klonopin, weed.
4      Q   Okay. Did he ever take your Adderall?
5      A   Oh, yeah.
6      Q   I'm sorry, let me back up. You were
7  prescribed Adderall, correct?
8      A   Yes.
9      Q   And would he often take your Adderall?
10     A   Yes, sometimes without me even knowing
11 because it was -- it's in my backpack.
12     Q   And he would just take it?
13     A   Yes.
14     Q   He knew where it was?
15     A   Yes.
16     Q   Okay. Previously Ben asked about a --
17 I think it was a text, I can't remember, actually,
18 but something that you may have written saying --
19 I don't know if it was a GroupMe or a text, I'm
20 sorry, but a reference to you celebrating being on
21 an amazing team.
22         Do you recall seeing that today?
23     A   Yes.
24     Q   Were you often told to write those kind
25 of things?

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1      A   Yes, all the time we had to.
2      Q   By whom?
3      A   By Mike.
4      Q   What did he say?
5      A   To make sure our culture was clear,
6   whether it was postings how great the team was and
7   just talking about the team and its amazing things
8   that happened in it, or buying Instagram followers
9   and likes so that our social media pages looked a
10   certain way because we had to give off a certain
11   image to be able to recruit people.
12      Q   So, it was for recruiting purposes,
13   mostly?
14      A   Yes.
15      Q   Would they often be lies?
16      A   Yes.
17      Q   Okay.  And he insisted that you did
18   that?
19      A   Yes.
20      Q   Did he insist other people do that,
21   also?
22      A   Yes, all the time.
23      Q   How about, like, reviews online, like
24   Glassdoor reviews, Indeed reviews -- I'm not sure
25   what all sites actually have reviews these days --

1      A   The workplace was good, we make a lot
2   of money, how great the culture is, we get to make
3   our own schedules.  That was, like, a funny --
4   really funny one to me because that was never the
5   case.  Stuff like that.
6      Q   And the Monday morning meetings that
7   were -- it's called an agency meeting, correct?
8      A   Uh-huh.
9      Q   That was an Arias Agency meeting,
10   right?
11      A   Yes.
12      Q   And oftentimes those were recorded and
13   videotaped, correct?
14      A   Yes.
15      Q   Were you asked to pose in certain ways
16   or act in certain ways for recruiting purposes?
17      A   Yes.
18      Q   Can you explain that?
19      A   In the video -- like, at the agency
20   meetings when the music was playing, we were asked
21   to play corn hole, dance, pretty much just look
22   like we're having the time of our life,
23   essentially.
24      Q   Is that what they said?
25      A   Yes.

1   but did he ever ask you to post fake reviews
2   online?
3      A   Yes, all the time.
4      Q   Okay.
5      A   For example, a tanning salon that
6   Geneva went to, he asked us to blow it up with
7   negative reviews.  I don't know exactly what
8   happened, but he told us to all do it.  And he
9   ended up getting Geneva, like, a free year of
10   tanning at this tanning salon.
11      Q   Okay.  So, he asked you to do negative
12   reviews for business that he could direct benefit
13   from?
14      A   I guess so, yes.
15      Q   Okay.  What about when -- I say
16   "Glassdoor," I'm thinking of reviews of your
17   employer.  Did he ever ask you to do reviews on
18   Glassdoor or on a website of your employer, of AIL
19   or Arias or Russin Financial?
20      A   They would tell us to go on and post
21   reviews about how great it is to work there.
22      Q   Were you allowed to be on it?
23      A   No.
24      Q   Okay.  What were you told that you had
25   to post?

1      Q   So, who said that?
2      A   Simon, Mike, Tommy Vena, pretty much
3   all of the top-dog workers there, that's what they
4   told us to do in order to recruit.  That's the
5   only way we would recruit.
6      Q   Did they tell you to fake it?
7      A   Yes.
8      Q   I think you mentioned earlier today
9   that you had nobody to report anything to in terms
10   of some of the allegations in your Complaint?
11      A   Correct.
12      Q   Are you -- who told you that -- who
13   told you that?  I'm sorry.
14      A   On multiple different occasions it was
15   made clear by Mike, and then it was all solidified
16   to me by Simon when I officially was, like, well,
17   I'm just going to shoot my shot here and go talk
18   to Simon about everything, and Simon said that
19   there is no HR and to not get a lawyer involved
20   and -- yeah.
21      Q   When you say "when I finally shoot my
22   shot and met with Simon," was that in August of
23   2021?
24      A   Yes.
25      Q   Okay.  And did you ask him if you could

1 meet with HR?
2    A  Yes.
3    Q  And he said, we don't have HR?
4    A  Correct.
5    Q  And he said they would just take care
6 of everything?
7    A  Yes.
8    Q  And he told you -- you said he told you
9 not to get an attorney?
10    A  Correct.
11    Q  Why?
12    A  Because it would affect him and the
13 business.
14    Q  Okay.
15    A  And, I mean, that was it.  That's what
16 he left it at, it would affect him and the
17 business.
18    Q  Okay.  Did you ever hear that before,
19 that you couldn't get an attorney?
20    A  Yes, from Mike.
21    Q  Okay.  What did Mike say?
22    A  That they do whatever it takes to
23 protect their legacy that they have built, and
24 they have ways around everything, they have
25 millions of dollars saved for lawsuits.  We're

1 out how to report it?
2    A  Yes.
3    Q  Okay.  And she is Simon's mom?
4    A  Yes.
5    Q  I'm not sure if it's Christie or
6 Crissy, but --
7    A  Yes.
8    Q  -- Mrs. Vansuch is Simon's mom?
9    A  Yes.
10    Q  Once you learned it was Simon's mom,
11 did you feel like that would be someone who would
12 have an unbiased --
13    A  Yeah, absolutely.  At that point, I
14 didn't -- I realized I had zero -- I pretty much
15 had zero options to do anything else, other than
16 to speak to an attorney.
17    Q  So, you felt that she was biased?
18    A  Yes, absolutely.  It's his mom.
19    Q  Did she work there?
20    A  No, no.
21    Q  Okay.  So, do you think it was, like, a
22 fake email address?
23    A  I mean, it bounced back, so, yeah, I
24 guess so.
25    Q  Okay.  But she was listed as the

1 1099, we'd never win.  I mean...
2    Q  Okay.  Did he actually ever threaten
3 you not to get a lawyer?
4    A  Yes.
5    Q  Okay.  And did he threaten other
6 people, too?
7    A  Yes.
8    Q  Did he say that at group meetings?
9    A  Yes, all the time.
10    Q  Okay.  Did you ever reach out to anyone
11 else at Arias in an attempt to report any of your
12 allegations in your Complaint?
13    A  I came across an email to send email
14 to -- I forget her name.  Christie, I can't think
15 of her name, but I tried sending an email.
16    Q  Christie, did you say?
17    A  I think was her name.  I later found
18 out it was Simon's mom.  Long story short, the
19 email bounced back.
20    Q  Okay.  Is it Vansuch; does that sound
21 familiar?
22    A  Yes, yes.
23    Q  When did you send her an email?
24    A  September of 2021, maybe, around then.
25    Q  Is that when you were trying to figure

1 resource to report HR issues?
2    A  Yes.
3    Q  Okay.  You mentioned -- or you were
4 asked about some of Mike Russin's posts that you
5 considered threats of violence; do you recall
6 saying that?
7    A  Yes.
8    Q  And that people would often tell you
9 about them --
10    A  Yes.
11    Q  -- is that correct?
12    A  Yes.
13    Q  Would that be some of the people -- I
14 think you mentioned Shannon --
15    A  Shannon --
16    Q  I'm sorry, go ahead.  Why don't you
17 just say who did?
18    A  Shannon, Joe, David Burks, David Hack,
19 Chris Gilbert, Christina Cohen.
20    Q  So, even if you weren't looking at Mike
21 Russin's posts, you could --
22    A  I then started looking at them because
23 they would tell me these things.
24    Q  Okay.  Even if you didn't look at them
25 for a period of time, you couldn't avoid seeing

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1 them, though, I assume?
2    A   Absolutely.
3    Q   Okay.  Did that cause you fear?
4    A   Yes.  It still causes me fear to this
5 day.
6    Q   Okay.  How has that affected your life?
7    A   How hasn't it affected my life?  I
8 barely have any motivation to leave my house.  My
9 job is my job right now, because I can stay in my
10 car 90 percent of the time and I'm confined to
11 myself and I'm not underneath anyone, really.  I
12 have emotional breakdowns at least once a day.  I
13 am constantly scared of -- I mean, it sounds --
14 I'll be in a grocery store and if I hear a weird
15 noise, like, I freak out.  I'm constantly pretty
16 much looking behind me whenever I go anywhere.
17 So, I mean, I'd say I'm -- you know, it's causing
18 a lot of issues at home.
19    Q   Okay.
20    A   Mentally, I'm not all there for my
21 wife.  You name it, it's a problem.
22    Q   Okay.
23    A   I don't go to the gym anymore because
24 I'm afraid of who I'll run into.
25    Q   And you mentioned that you're in your

1 just start screaming and you'd literally think he
2 was going to kill someone right there.  Yeah, I
3 mean...
4    Q   Did you see -- there was an incident, I
5 believe, in -- I can't remember if it was June or
6 July of 2020, that Ms. Russin posted on Facebook
7 Live while he was in a hotel.  Did you see that?
8    A   Yes.  Yeah, it was July, I believe.
9    Q   Of 2020?
10    A   Yeah, because I was at a Fourth of July
11 party when that happened.
12    Q   Okay.  How did you come across that
13 video?
14    A   It was Facebook Live.  People started
15 talking about it.  I think Joe actually texted me
16 and was, like, dude, go look at Facebook.  And I
17 went on Facebook and he was live and he was
18 barricaded in a hotel room saying he was going to
19 kill the cops that were right outside his door,
20 screaming at Geneva's dad, because Geneva and her
21 dad were outside of the -- yeah, he was flipping
22 out.  It was a huge ordeal.  He was clearly on
23 drugs and alcohol.
24    Q   Was he destroying any kind of property?
25    A   Yeah, he destroyed pretty much the

1 car alone at work now.  Is that because you feel
2 more safe there than being somewhere exposed?
3    A   Yeah, yeah.
4    Q   And did Mike know what kind of car you
5 drove --
6    A   Yes.
7    Q   -- before you got your current car?
8    A   Yes, all of -- pretty much everyone
9 knew what I drove.
10    Q   And he doesn't know what your current
11 car looks like?
12    A   I hope not.
13    Q   Okay.  Is that part of the reason why
14 you feel secure there?
15    A   Yes.
16    Q   Have you ever seen Mike get violent?
17    A   Yes.
18    Q   Can you explain.
19    A   Whether it's a meeting that he's -- he
20 rages out and throws something aggressively or
21 kicks something, putting me a chokehold and it be
22 a funny joke to him, to a point where I literally
23 couldn't breathe for a good minute.  And I wasn't
24 the only one he would do that to.  He would always
25 have anger outlashes.  He would just flip out and

1 whole hotel room.
2    Q   Okay.  Did other people see that?
3    A   Yes.
4    Q   Who else?
5    A   At least hundreds of people saw it
6 because it was talked about throughout the agency.
7    Q   Okay.
8    A   But somehow Simon got it taken down.
9    Q   Okay.  And he post a video --
10    A   Apologizing?
11    Q   Go ahead.
12    A   He posted a video trying to apologize
13 about it all and saying that he was intoxicated.
14 And that was, like, a few days later, I think,
15 or...
16    Q   So, you've actually seen him be
17 violent, not just threats, correct?
18    A   Correct.
19    Q   Okay.  And other people have as well?
20    A   Yes.
21    Q   Okay, let me see here.  Ben was asking
22 you questions about your knowledge of how
23 information is collected for a lawsuit; do you
24 recall that?
25    A   Yes.

Transcript of Reneé Zinsky - Volume II

Conducted on February 22, 2023

1    Q   Is that your understanding of what Mike
2  was doing when he met with his managers after you
3  filed your litigation?
4    A   No.
5    Q   Okay.  What's your understanding?
6    A   That he was telling them that I was
7  just a big fat liar and that he -- I mean, pretty
8  much just telling a bunch of lies about me, and
9  that he wanted to get as much shit on me as
10 possible.
11   Q   To get back at you?
12   A   Yeah.
13   Q   Okay.  That wasn't for collection of --
14 that wasn't for a collection -- sorry.  That
15 wasn't for collection of evidence for a lawsuit?
16   A   Correct.
17   Q   Okay.  And when he called you a big fat
18 liar or a liar --
19   A   Money-grubbing whore.
20   Q   -- or a money-grubbing whore, are those
21 just examples of things he calls you?
22   A   Yep.
23   Q   Okay.  And when he was talking about
24 you being a liar, with regard to what
25 specifically?

1    Q   What was your employer's reaction
2  whenever Mr. Russin contacted your employer?
3    A   She was highly alarmed.  She printed
4  out some -- the messages and put them in the back,
5  and we contacted mall security and let them know
6  what was going on.  And if he was seen in there,
7  he would be escorted out.
8    Q   When you say "we contacted mall
9  security" --
10   A   Ann.  Ann contacted mall security.
11   Q   Is that the owner of the store?
12   A   Yes.
13   Q   Did you ask her to do any of those
14 things?
15   A   No.
16   Q   Was she genuinely concerned for
17 herself?
18   A   Yes.
19   Q   And her store?
20   A   Yes.
21   Q   Did she believe that he might show up?
22   A   Yes.
23   Q   Intending to harm or threaten you?
24   A   Yes, to the point where she wouldn't
25 let me walk out to my car alone.

1    A   The sexual assault and harassment
2  was -- I mean, the fraud that I bought up.  Pretty
3  much all of it, from what I understand, he said I
4  just lied about all of it.
5    Q   So, he wasn't talking about whether
6  you've ever lied in your life?
7    A   Correct.
8    Q   Okay.
9    A   It was just to a specific -- that
10 specific topic.
11   Q   And these were people that reported
12 directly up to Mike, correct?
13   A   Yes, his subordinates.
14   Q   Ben previously asked you about whether
15 there were any witnesses to or with regard to your
16 vandalized vehicle; do you recall that?
17   A   Yes.
18   Q   And I believe you said no.  Did anybody
19 else witness the actual vandalism, not the act of?
20   A   My wife.  My wife saw it.  The owner of
21 the store saw it.
22   Q   Of what store?
23   A   Virgo + Garnet.
24   Q   Oh, okay.  Your employer?
25   A   Yes.

1    Q   So, how did you walk out?
2    A   She would have another employee there
3  with me to walk.
4    Q   Okay.
5    A   Or I would have to park somewhere with
6  a camera.  Because we had a back employee
7  entrance, but after those messages, I parked in,
8  like, the main -- the main parking lot because
9  there were cameras everywhere.
10   Q   Okay.  And she hung pictures of him up
11 in the store?
12   A   She put a picture of him up, yes, just
13 so the other employees knew what to look for.
14   Q   Okay.  Did anybody else ever tell you
15 about being sexually assaulted by Mr. Russin?
16   A   Yes.
17   Q   Who?
18   A   Maria Folino.
19   Q   What did she say?
20   A   That --
21   Q   I'm listening.
22   A   That she was -- she was put -- she
23 had -- she was put in many similar situations as
24 to what I was put in, that he would grip her wrist
25 so tight that -- which is the same thing that

1 happened to me, and literally forcibly place our
2 hands on his crotch. Sometimes he would grab you
3 by the throat and force -- well, I guess it would
4 be technically at your back and he would squeeze
5 the back of your neck and he would forcibly shove
6 your face into his crotch. We both experienced
7 that, so we would talk about that.
8     Q   Did you witness her receiving Snapchats
9 or any kind of messages from Mr. Russin to meet
10 with him one on one?
11    A   Yes, all the time.
12    Q   Did she witness you receiving those
13 messages?
14    A   Yes. So did Joe, Shannon.
15    Q   And those were the one-on-one meetings
16 where these events occurred; is that correct?
17    A   Yes, yes.
18    Q   And I think you previously testified
19 that it would often happen in the car, correct?
20    A   Yes.
21    Q   In his car?
22    A   Yes.
23    Q   Did he ever attempt to meet with you at
24 work anywhere else?
25    A   Yes, in the mat room. He would try to

1     Q   Did you see those messages that she got
2 from him?
3     A   Yes.
4     Q   Did she see those messages you got from
5 him?
6     A   Yes.
7     Q   Did you guys sit beside each other?
8     A   Yes, very often.
9     Q   So, would you often talk about it as
10 real time when you received the messages?
11    A   Yes.
12    Q   What did you say to each other?
13    A   Take one for the team.
14    Q   Did she, quote-unquote, take one for
15 the team?
16    A   Yes.
17    Q   Okay. Did she -- was that something
18 that she enjoyed?
19    A   No.
20    Q   Okay. Is taking one for the team, at
21 least colloquially, I interpret that to mean
22 something you might not want to do?
23    A   Correct.
24    Q   Okay. Do you know any other occasions
25 where she took one for the team?

1 get us to go into the mat room with him multiple
2 different times. You can't get in there unless
3 you know the code.
4     Q   What's the mat room? What's that mean?
5     A   Where they all wrestle. It's literally
6 a mat room where all the guys go and wrestle
7 that's in the office.
8     Q   Okay. When you say "the guys," is
9 that -- do girls --
10    A   Simon, Mike. I've never seen any
11 females in there wrestling.
12    Q   Okay. But that's in the actual Wexford
13 office?
14    A   Yes.
15    Q   Okay. And Mike would try to get you to
16 go in there?
17    A   Yes.
18    Q   How did he try to get you to go in
19 there?
20    A   He would message us and ask us to go in
21 there with him. I mean, he was very
22 straightforward. It was just, want to go into the
23 mat room, or winky face mat room.
24    Q   Okay. When you say "us," who is "us"?
25    A   Maria, me.

1     A   Yeah. When we went to Nakama and Mike
2 insisted on going to a hotel room. I told them I
3 couldn't and I needed to go back to my car
4 immediately, so Mike gave Joe his Maserati keys
5 and Joe drove me back to my car. And when he went
6 to go pick her up, she -- I mean, her hair was wet
7 like she just took a shower. And it wasn't until,
8 like, a year later that she admitted to me that
9 they did have sex. And, you know, I asked her,
10 why didn't you just leave with me? And she said
11 because she didn't want to make him mad.
12    Q   Was she afraid of him?
13    A   Oh, yeah, absolutely. We all were.
14    Q   When was that? You said you went to
15 Nakama and a hotel?
16    A   Yes.
17    Q   When was that?
18    A   August of 2019, I think.
19    Q   Okay. And so you saw her in the hotel
20 with him?
21    A   Yes.
22    Q   And was he driving?
23    A   He drove us there, yes.
24    Q   You and Joe and her?
25    A   Yes.

1    Q   Was that the plan for the night?  Did
2  you know you were going to a hotel?
3    A   No, we were just supposed to go get
4  dinner.
5    Q   Did that happen on other occasions when
6  he was driving?
7    A   Yes.
8    Q   Tell me about that.
9    A   I mean, there were numerous times that
10  we would just -- we were just supposed to get
11  lunch and then it would turn into an hour at this
12  beer distributor that gives you to-go drinks and
13  he had to get margaritas and he would show up -- I
14  mean, it was never, like, we're going here and
15  that's it, it was always, like, now we're going to
16  go here, now we're going to go to the strip club.
17       Like, I won a trip out for my
18  production.  They took me to a fight.  And it was
19  me, Kellie, John Wagley, Nate Sanso and Mike.  We
20  went to the fight and then afterwards it was
21  insisted that we went to a strip club that night.
22  So, there we go, we went to the strip club.
23    Q   Did you want to go to the strip club?
24    A   No.
25    Q   Did you want to go the fight?

1  granular, but when you say run train or whatever,
2  I'm not sure exactly what that phrase is, is that
3  what that means?
4    A   Have sex with every single stripper or
5  every single woman that was in there, yes.
6    Q   Did he tell you about having sex with
7  other strippers?
8    A   Yes.
9    Q   Okay.  Can you tell me about those
10  instances.
11    A   I know in West Virginia there was a big
12  "what happens in West Virginia stays in West
13  Virginia," but it was -- that stuff always got
14  out.  So, I guess they went to a strip club and
15  threesomes happened and -- I mean, he talked about
16  it all the time that he was a savage and he loves
17  sex, money and drugs and those -- I mean, he said
18  that all the time, so it was...
19    Q   Well-known?
20    A   Yeah.
21    Q   Did he tell other people about having
22  sex with strippers?
23    A   Yes.
24    Q   Did other people see it?
25    A   Yes.

1    A   I mean, not really, but it was -- I won
2  it, so I had to go.
3    Q   Okay.  Did you know that there was --
4  the strip club was part of the evening --
5    A   No.
6    Q   -- whenever you agreed to go to the
7  fight?
8    A   No.
9    Q   Okay.  What happened at the strip club?
10    A   Mike took out a lot of money.  He gave
11  us all ones.  Probably, like, 20 minutes into it,
12  he started to become, like, enraged and said he
13  wanted to -- he had to get the fuck out of there
14  because he was going to run a train on all of the
15  bitches in here.  And to me, it was, like,
16  alarming, but to Kellie and Nate it was, like,
17  just a normal thing, like we just got to leave now
18  and everything will be fine.  But he was so -- it
19  was so -- I mean, it was so weird.  It was just so
20  much anger about how he was just going to fuck
21  everyone in there, his exact words.
22    Q   As if he didn't have control of
23  himself?
24    A   Yes.
25    Q   Okay.  When you say -- I'm sorry to get

1    Q   Were there any other instances where
2  you were being driven by him and ended up at a
3  strip club without wanting to be?
4    A   In Florida.
5    Q   Okay.
6    A   We were in Florida.  We were just
7  supposed to go out -- we went to this fun bar,
8  they had corn hole and stuff like that.  And after
9  that concluded, it was, we're going to a strip
10  club now, and that's where we went.  There was no
11  ifs, ands or buts about it.  And I was in Florida,
12  so, you know, I didn't have much options.  And I
13  didn't have a car.  So...
14    Q   And he was driving?
15    A   Yes.
16    Q   And did you learn about it when you
17  were actually in the car and he was driving?
18    A   Yes.
19    Q   Okay.  So, you couldn't jump out in the
20  middle of the road?
21    A   No.
22    Q   Okay.  What happened -- did anything
23  noteworthy happen at that strip club?
24    A   Other than him blowing, like, at least
25  a thousand dollars there in a matter of less than

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1  an hour and drinking and blowing coke, that was
2  about it.
3      Q   Did you see him doing coke?
4      A   Oh, yeah.
5      Q   Did you see him doing coke often?
6      A   Yes, all the time.
7      Q   Did other people see him doing coke
8  often?
9      A   Yes.
10     Q   In the office?
11     A   Yes.
12     Q   Okay.  When you meet with Simon, you
13  talked about telling him about being uncomfortable
14  with Mike due to sexual misconduct; is that fair
15  to say?
16         MR. COZZA:  Asked and answered.
17     A   Yes.
18     Q   Did you also talk to Simon about other
19  concerns?
20     A   Yes.
21     Q   Okay.  Why don't you tell me?
22     A   The fraud.  I told him about the fraud
23  that I experienced and how anytime I ever brought
24  it up to Mike, it would get shut down.  And I was
25  just made as the problem child and just shut up

1      A   She had -- she had met with Brent
2  first, and then I had gotten her lead, like, a
3  week later, because that's how leads were going at
4  that time.  And then I reached out to her and she
5  was -- I mean, she opened up to me about her
6  previous experience.  She didn't understand -- she
7  didn't want to meet again.  You know, that was her
8  biggest thing.  She was, like, I just had a
9  meeting with somebody, but she brought up her
10  experience and how now 100 plus dollars is coming
11  out of her account more than what she ever agreed
12  upon.
13     Q   So, those were unauthorized charges?
14     A   Correct.
15     Q   And you said her password was changed?
16     A   Yes.
17     Q   Who changed her password?
18     A   I mean, she was under the impression
19  that Brent changed it because she never did.
20     Q   Without her authorization?
21     A   Yes.
22     Q   So, what was Simon's response to that?
23     A   That he would investigate it.
24     Q   And what was -- did you raise that to
25  Mike?

1  and focus on myself.  I told him about the
2  Snapchat picture.  I told him about the message
3  about holding back a promotion unless me and my
4  wife blow him.  I told him -- I pretty much told
5  him about everything, almost.  A lot of it.  What
6  I could in the short period of time I had with
7  him, I told him.
8      Q   Were you allotted a certain period of
9  time?
10     A   Yeah.  I mean, it's Simon.  He only
11  has, you know, like 45 minutes or whatever it was.
12     Q   When you say you told him about the
13  fraud, can you explain what you mean by that?
14     A   Like, for instance, Susan Shaw, who
15  came to me about all of these deductions coming
16  out of her bank account that she never agreed
17  upon, seeing her password change on her AIL
18  profile.  I told him about that and how she
19  specifically named Brent Henderson.  That's --
20     Q   Is that a customer -- or an AIL client?
21     A   Yes.
22     Q   Was she a client of yours?
23     A   Yes.
24     Q   So, she contacted you with those
25  concerns?

1      A   Yes.
2      Q   When did you raise it to Mike?
3      A   Like, shortly after it happened, I sent
4  him an email and I gave him all of the emails that
5  she sent me.  And he did absolutely nothing and
6  then told me to just shut up and focus on myself.
7      Q   Do you remember when that was?  You
8  said you emailed him shortly after it happened?
9      A   It was sometime in 2021, I believe.
10     Q   Okay.  Was there anywhere else that you
11  could report it to, that you knew of at the time?
12     A   No, no.
13     Q   Did you see -- witness any other fraud
14  or unethical practices?
15     A   I mean, yeah, all the time, especially
16  once it became virtual, it was, like, oh, the
17  client said yes, so we're just going to get them
18  this; and then if they want to cancel it, they can
19  and they'll eventually get a refund by the
20  company.
21     Q   Okay.  I don't want to put words in
22  your mouth, but are you saying something that
23  they're not authorizing, that the customer's not
24  authorizing?
25     A   Correct, it's a very common trend.

Transcript of Reneé Zinsky - Volume II

Conducted on February 22, 2023

1    Q    And is that something Mike would say?
2    A    Yes.
3    Q    Okay.  Can you think of any other
4  examples, if you can remember?
5    A    No, not off the top of my head.
6    Q    Was it common?
7    A    Yes, all the time.
8    Q    So, the example of the Shaw client, was
9  that just one example that came to you, that
10 wasn't the only example?
11   A    Yeah.  That was, like, my most -- that
12 was the one that I was, like, please, can you put
13 this all in writing and send it to me in an email
14 and I'll forward it to my boss.  So, she did it,
15 so I forwarded it to my boss thinking, like, okay,
16 now he can see I'm not just trying to cause
17 problems, these people are actually coming to me
18 about these things.  And he did nothing -- nothing
19 was done about it.  Like, that next morning, I'm
20 pretty sure he had Brent speak on the meeting
21 about how great he was doing.  And that was just,
22 like, a huge slap in the face.  It's like, why are
23 you...
24   Q    And did he promote Brett after that?
25   A    Yes.

1    Q    Okay.  And Brent has a criminal past,
2  correct?
3    A    Yes, he's a felon.
4    Q    Okay.  Did you ever tell Simon anything
5  about those types of business practices that you
6  witnessed before August of 2021?
7    A    Yes.  I had a phone call with him, he
8  asked me what was going on, what issues I was
9  running into.  I told him, and then five minutes
10 after me and Simon hung up, I get this call from
11 Mike just screaming at me, where I was in tears,
12 and he told me he doesn't give a fuck about my
13 tears and to buck the fuck up and stop being a
14 pussy and to do my fucking job like the old Renee.
15   Q    Okay.  So, what was he screaming at you
16 about?
17   A    Going to Simon and telling Simon about
18 my issues.
19   Q    So, you were in trouble for not -- for
20 going to Simon instead of him?
21   A    Correct, yeah, or really even raising
22 any issues at all.
23   Q    Okay.
24   A    Basically not taking blame.
25   Q    Was that considered disloyal, if you

1  went to somebody other than him?
2    A    Yes.
3    Q    Did he tell you guys -- well, did he
4  tell you that you were not loyal if you took any
5  concerns outside of the team?
6         MR. COZZA:  COZZA object to form.
7    A    Yes.
8    Q    Did he tell other people that as well?
9    A    Yes.
10   Q    Did he tell you guys that often?
11   A    Almost every day, if not every day.
12   Q    Did he ever use the word "cult"
13 whenever he made those kind of statements?
14   A    Oh, yeah.  He wanted it to be ran like
15 a cult, that had been stated almost once a week.
16   Q    What was your impression of what that
17 meant?
18   A    To be honest, I didn't really know much
19 about what a cult was, really.  I just knew it
20 was, like, something that was ran a certain way,
21 but...
22   Q    What do you mean by "ran a certain
23 way"?  I mean, things can be run all sorts of
24 ways, right?
25   A    True.

1    Q    So, how did you interpret that when he
2  said "I want this run like a cult"?
3    A    That we protect our leaders at all
4  costs, whether that means lying for them or -- I
5  mean, yeah, lying for them is the main thing.  We
6  protect them and if that gets -- or if we question
7  our leaders in any way, that's going against the
8  loyalty.
9    Q    Who do you mean by "our leaders"?
10   A    Simon, Mike -- Simon and Mike.
11   Q    Okay.
12   A    Or Sam, you know, anyone that was above
13 us.
14   Q    Okay.  Did he tell you to put that
15 before the interests of the company?
16   A    Yes.
17   Q    Before the interests of the customers?
18   A    Yes.
19   Q    He expressly said that?
20   A    Yes.
21   Q    When you say you were expected to lie
22 for them, can you think of any examples of that
23 occurring?
24   A    Kellie had to have a conversation with
25 Geneva because Geneva was, I guess -- I don't know

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

33 (297 to 300)

1  if she was concerned about Mike or something was
2  not right, and Kellie basically told him -- told
3  her that he was a saint.  And that, like, saved
4  their relationship because Kellie told her that
5  she has nothing to worry about and Mike is just
6  this great guy.
7      Q    With regard to him cheating on Geneva?
8      A    Yes, yes.
9      Q    Okay.  And Mike acknowledged that that
10 was a lie?
11     A    Yes.
12     Q    And did he reward Kellie for that?
13     A    Yes.
14     Q    How so?
15     A    Leads.
16     Q    Okay.  And did Kelly get promoted after
17 that?
18     A    Yes.
19     Q    Okay.  Previously in your deposition
20 you mentioned that you were expected to get up at
21 8:00 in the morning every morning?
22     A    Yes.
23     Q    Is that correct?
24     A    Yes.
25     Q    And it was mandatory that you be there

1  by 9:00?
2      A    Yes.
3      Q    What were the repercussions if you
4  weren't there -- well, what were the
5  repercussions, first, if you weren't up by 8:00?
6      A    Leads were taken from us.
7      Q    Okay.
8      A    Whether it was 20 leads, 200 leads.
9      Q    How would Mike know if you were up?
10     A    He would Facetime us.
11     Q    So he would call you --
12     A    Yes.
13     Q    -- at 8:00 in the morning?
14     A    Yes.
15     Q    Would he call other people at 8:00 in
16 the morning?
17     A    Yes.
18     Q    And what were the repercussions if you
19 weren't there by 9:00?
20     A    Leads taken or some sort of ridiculous
21 call-out would happen.
22     Q    Was there a lot of ridicule?
23     A    Oh, yeah.
24     Q    Humiliation?
25     A    Verbal abuse like none other.  Yeah,

1  humiliation.  I'll give an example, Maria had to
2  get down and in, like, a crab walk and walk
3  around -- like, she had to do this crab walk
4  thing, it was ridiculous, around the ping pong
5  table that's upstairs in the office, and she had
6  to do that until she literally couldn't go any
7  more.
8      Q    Okay.  Did he ever do anything to
9  people that were overweight, specifically?
10     A    Shannon, he would say some really
11 messed up things to her, just about how she needs
12 to go to the gym, she's fat, she would be so much
13 prettier if she wasn't fat, if she would lose the
14 weight.  He would tell her --
15     Q    Did he punish her differently?
16     A    Yeah.  He would have her do, like,
17 pushups or situps, squats, sit against the wall --
18 or whatever that's called, do that for at least a
19 minute.  I mean, it was all related around losing
20 weight.
21     Q    Was that public?
22     A    Yes.
23     Q    And she's one that got fired?
24     A    Yes.
25     Q    Did you actually witness him firing her

1  or how did you learn about that?
2      A    I think he did it over the phone, I
3  believe.  I think it was a phone call or a text
4  message or -- I think he just removed her from
5  GroupMe's at first, and then told her, like, she
6  was done and she's worthless to him.
7      Q    And he actually ended her employment?
8      A    Yes.
9      Q    Okay.  Did he tell that you?
10     A    Yes.
11     Q    Did she tell you that?
12     A    Yes.
13     Q    So, the word "coded" seems to be a term
14 of art, but I've heard -- I think there's been
15 some testimony about agents being coded to certain
16 managers; does that sound right?
17     A    Uh-huh.
18     Q    Who were you coded to?  Who have you
19 been coded to at AIL?  Let me put it that way.
20     A    Oh, God.  Well, it would happen so
21 randomly, so let me think here.  I started off
22 coded to, I think, Kellie; and then it was --
23 Kelly, Sam, then just -- I mean, we were always --
24 it's weird, because we were always coded to Mike.
25 Mike was the top of the leadership.

Transcript of Reneé Zinsky - Volume II

34 (301 to 304)

Conducted on February 22, 2023

1     Q   Okay.
2     A   So, regardless of who we were coded to,
3  Mike -- we were always coded to Mike.  But like
4  our direct -- our codes above us, I don't know how
5  to explain it.  It's so weird.  I was coded to
6  Jeremiah, then Beth Evans at the end.  She was my
7  last one.
8     Q   But you were always coded -- I think I
9  heard the word "up-line."  Your up-line has always
10 been -- you were always ultimately coded to Mike?
11    A   Yes.
12    Q   Was there any time before April of 2021
13 that you were not coded to Mike?
14    A   No.
15    Q   Did he ever tell you that you were not
16 coded to him?
17    A   No.
18    Q   Do you know why you had different
19 supervisors like the ones you just mentioned?
20    A   To my knowledge, it was always because
21 he had to hit certain coding requirements or
22 promotion requirements.
23    Q   Okay.  So, for example, do promotions
24 affect managers' bonuses?
25    A   Yes.  You get, like, a crazy bonus,

1  whatever he had to do for the requirements, he
2  would do.
3     Q   Okay.  So, for example, when you were
4  coded to Beth, I think you said near the end of --
5     A   Yeah.
6     Q   -- your career with him, at least, were
7  other people moved with you?
8     A   Yes.
9     Q   Like who?
10    A   Joe.  Joe, and I think we had a couple
11 of trainees.  I can't even remember their names
12 because they weren't around too long, but Joe, our
13 trainees, maybe Matt.  I don't remember when Matt
14 left.  And then Maria had left, she got recoded.
15 She asked to be recoded to another RGA.
16    Q   Do you know when, approximately, she
17 asked to be recoded to another RGA?
18    A   Sometime in 2021.  I don't know the
19 date.
20    Q   Who was she recoded to?
21    A   I think Brody Addison.
22    Q   And that was while Mike was still
23 employed --
24    A   Yes.
25    Q   -- by AIL and while you were still

1  apparently, for certain promotions.  I don't know,
2  I never got to that level to really understand it.
3  But, yes, there were five streams of income, they
4  would always say, and that's how you became a
5  millionaire, was having five streams of income.
6     Q   So, did it benefit him to move people
7  around?
8     A   Oh, yeah.
9     Q   Okay.  Were you ever told that you were
10 coded to different people because you did
11 something wrong?
12    A   No.
13    Q   Or that it was discipline related?
14    A   No.
15    Q   Or that he was disappointed in you or
16 anything regarding work?
17    A   No.
18    Q   Okay.  Did anybody else ever tell you
19 that?
20    A   No.
21    Q   Okay.  Were other people moved around
22 with you?
23    A   Yes.
24    Q   So, you weren't singled out?
25    A   No; everyone got moved.  I mean,

1  there?
2     A   Yes.
3     Q   Do you know why she asked to be
4  re-coded?
5     A   Because of Mike, because of her
6  experiences with Mike, not seeing any future ahead
7  for her there under him, and because she felt
8  uncomfortable.
9     Q   Because of some of the sexual assault
10 that you've testified to previously?
11    A   Yes.
12    Q   Okay.  And you mentioned that there
13 were people that weren't there very long.  Was the
14 turnover high?
15    A   Oh, yeah, yeah.  I mean, I have watched
16 probably at least 100 -- I'd say, like, 50 to 60
17 people come and go.
18    Q   Is that while you were under Mike?
19    A   Yes.
20    Q   When you say 50 or 60 people come and
21 go, did a lot of those people stay a short period
22 of time, is that what mean, and then left?
23    A   Yeah, or they'd get pissed because they
24 were told they'd paid for training or they didn't
25 get paid for training.

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

35 (305 to 308)

1    Q   Okay.
2    A   People that just couldn't afford to
3  stick around, people that were, like, this is not
4  normal, I'm going to leave.
5    Q   Was it ever related to Mike's behavior?
6        MR. WEBB:  Calls for speculation.
7    A   Yes.
8    Q   Okay.  Explain?
9    A   I mean, he wasn't shy on any of his
10  meetings and everyone had to be on those meetings,
11  so regardless of how new you were -- I mean, many
12  times agents would come in and they would
13  question, you know, why he was like that or it was
14  normal.
15   Q   Like what?  What do you mean?
16   A   Like, enraged.  That's the best way I
17  can explain his meetings, he was just engaged
18  with --
19   Q   And threatening?
20   A   Yes.
21   Q   Okay.  Threatening people's jobs?
22   A   Uh-huh.
23   Q   And so when people questioned that,
24  that were under you, what did you tell them?
25   A   Well, I -- I didn't really know what to

1    A   Correct.
2    Q   And that's what you were expected to
3  do?
4    A   Yes.
5    Q   Okay.  And does that include -- I think
6  you mentioned the trainee who wanted to eat lunch?
7    A   Yeah.  Cory Bruit, yes.
8    Q   Okay.  Did he leave?
9    A   Yes.
10   Q   Why did he leave?
11       MR. WEBB:  Calls for speculation.
12   Q   To the extent that you know.  I'm not
13  asking you to speculate, but if you know why he
14  left?
15   A   Yeah, because of Mike.  I mean, he made
16  that very clear, it was because of Mike and he was
17  uncomfortable with his management skill or his
18  management style.
19   Q   Was he uncomfortable with his
20  personality?
21   A   Yes.
22       MR. WEBB:  Calls for speculation.
23   Q   To the extent that you know.  I mean,
24  to the extent that you know that.
25   A   Yes.

1  tell them, but it was kind of just, like, just
2  keep your head down and do the job, try not to
3  focus on it, you know, what I could say without it
4  somehow turning on to me not being loyal.
5    Q   Right.
6    A   So, it was kind of, like, I didn't have
7  much I could say that I felt safe to say, I should
8  say.
9    Q   Did he tell you to lie to them?
10   A   Yes.
11   Q   Did he tell you that he lied to his
12  team about his supervisors?
13   A   Yes.  Casey Kunash (phonetic), to be
14  exact.
15   Q   Okay.  What did he say?
16   A   Just that he made Casey Kunash look
17  like a saint because -- and he wasn't.  He was
18  apparently not the best human being, but because
19  it's his leader, he would die for his team and
20  do and say whatever he has to, to protect them or
21  make them look good.
22   Q   By "make them look good," you don't
23  mean, like, give them credit for the things that
24  they're doing, you're saying straight up lie and
25  misrepresent facts?

1    Q   Did other people tell you that?
2    A   Yes.
3    Q   Like who?
4    A   Kashia (phonetic), her name was, she
5  was a trainee at the time.  All of the -- that
6  training group that came in, they were all super
7  not into how Mike talked or his meetings.
8  Christina Cohen, she, like -- I mean, same thing,
9  she questioned it all the time.
10   Q   Do you know if that's why she left?
11   A   Who, Kashia or --
12   Q   Any of those people that you just said.
13   A   Yes.
14   Q   Did they tell you that?
15   A   Yes.
16   Q   Did anybody else tell you that's why
17  they left?
18   A   Because of Mike?
19   Q   Right.
20   A   Yes.
21   Q   Who else?
22   A   Who didn't leave because of Mike?
23  Colin, Dave Hack, Joe, Steph -- Stephanie, she
24  left for a while.
25   Q   I'm sorry, Stephanie who?

1      A   Stephanie Hoerz.
2      Q   Hoerz, okay.
3      A   Who else? I mean, Maria, did I say
4  her? I don't know if I said her.
5      Q   They all told you this?
6      A   All of the trainees pretty much that
7  were coming in.
8      Q   They all told you that's specifically
9  why, because of the way he behaved?
10      A   Yes, 100 percent.
11      Q   And Stephanie now works for him,
12  correct?
13      A   Yes.
14      Q   They had a sexual relationship at one
15  point, correct?
16      A   Yes.
17      Q   Who else? I think you mentioned Maria,
18  Sam Woodward, you said, he had a sexual
19  relationship with?
20      A   Yes. Dara Lynn (phonetic).
21      Q   What's Dara Lynn's last name?
22      A   Hackman, I think, or Hoffman.
23      Q   Are all of those people his
24  subordinates?
25      A   Yes. Brittany Saraceno, Christie Jalk

1      Q   Okay. When you were recoded to
2  Jeremiah, you said, at one point --
3      A   Uh-huh.
4      Q   -- what was the reason -- were you
5  given a reason for that?
6      A   No. It was just Mike wanted to try
7  something new, so he recoded a bunch of people to
8  Jeremiah.
9      Q   Okay. Was that to help him become an
10  MGA?
11      A   Oh, yeah.
12      Q   So, was that the reason you were given?
13      A   Yes.
14      Q   And that would benefit Jeremiah and
15  him?
16      A   Yeah.
17      Q   Okay.
18      A   Jerry, essentially, doesn't have to do
19  anything to get paid.
20      Q   Okay. And so it wasn't just you that
21  was recoded to Jeremiah?
22      A   Correct.
23      Q   Who else?
24      A   Me, Joe, Maria. I can't think if Matt
25  was there still or not. There was another Matt.

1  or Yalk (phonetic).
2      Q   Did she ask to be recoded?
3      A   Yes.
4      Q   So, she was coded to him at one point
5  and then asked to be moved off his team?
6      A   Yes.
7      Q   Who did she -- who was she recoded to
8  after that?
9      A   I think Matt Diolis (phonetic). I'm
10  not 100 percent sure.
11      Q   Okay. What about Ray Salmon?
12      A   Yes, he told me directly that he had
13  sexual experiences with Mike.
14      Q   What did he say?
15      A   That Mike raped him.
16      Q   So, they weren't consensual?
17      A   No.
18      Q   Did he tell you anything about being
19  drugged?
20      A   Yes, he was drugged with GHB. Another
21  agent actually saw it happened as well.
22      Q   They saw it firsthand?
23      A   Right.
24      Q   Mike drugging Ray.
25      A   Yes.

1      Q   Matt Mamrose (phonetic)?
2      A   Yes. There was another Matt, I forget
3  his last name. A John, John Marchese. Marchese,
4  I think is his last name. He was recoded to him.
5  I mean, I'm pretty sure, like, everyone was, for
6  the most part, recoded to Jeremiah.
7      Q   Okay. Were you there when he was
8  demoted, when Jeremiah was demoted?
9      A   No, I don't think I was there.
10      Q   I mean, were you still under Russin?
11  If you don't know, that's okay.
12      A   I don't know.
13      Q   Okay. You previously testified that
14  Kellie Hoffman would say things to you like, don't
15  make Mike mad because he would get pissed off and
16  come to my house and throw me up against the wall;
17  do you remember testifying to that?
18      A   Yes.
19      Q   Can you explain what she meant by that?
20  Do you know what she meant by that?
21      A   She lived in the same apartment
22  complex, like, a few doors down from each other,
23  and they would -- he would aggressively come have
24  sex with her.
25      Q   Okay. So, that was a sexual thing?

1    A   Yes.

2    Q   He didn't just go throw her up against
3 the wall, it was to have sex?

4    A   Yes.

5    Q   Okay.  And you said Mike used Kelly to
6 get out his anger.  Is that in a sexual way?

7    A   Yes.

8    Q   Okay.  Were there people -- did they
9 include other people in their sexual encounters?

10    MR. COZZA:  Calls for speculation.

11    Q   To the extent that you know.  I'm only
12 asking what you know.

13    A   Yes.

14    Q   Okay.  What did she tell you about --
15 you mentioned that she talked to you about the
16 culture when you first started, at least.  I don't
17 know, maybe it was beyond that, but I'm just
18 talking about when you guys were first training
19 when you first trained with her.

20    A   Uh-huh.

21    Q   And can you elaborate more about what
22 she said to you in that regard?

23    A   That it's a male-dominated business, us
24 women need to stick together.  She has a bunch of
25 knowledge of all of the top dogs cheating on their

1 wives or their fiancées.  It's a very common
2 thing.  Everyone does drugs here.  It's like --
3 she related it to Wolf on Wall Street.  I mean,
4 very much that.  And if...

5    Q   Did she tell you that she kept records
6 about it?

7    A   Yes, she had some sort of book that she
8 kept with everyone -- I never got to see the box,
9 but she had a book that she had all of this stuff
10 on all of these people.

11    Q   Do you know why she kept the book?

12    A   I'm not exactly sure, but I would...

13    Q   Did she say anything -- I'm not asking
14 to you speculate, but did she ever say anything to
15 you why she kept it?

16    A   No, not really, she just told me about
17 it.  It's interesting.

18    Q   Did you ever have any performance
19 issues while you were -- while you were coded
20 under Beth Evans?

21    A   I mean, I wasn't really writing
22 business, so -- because that was towards where I
23 was, like, at my wits' end with everything.

24    Q   Okay.  Did she ever tell you that she
25 had concerns about your performance?

1    A   No.

2    Q   Okay.  Do you recall being on a phone
3 call with her and Mike Russin around July of 2021?

4    A   Yes.

5    Q   Why don't you tell me about this
6 call?

7    A   Somehow he found out that I gave the
8 trainees a break and I told them that they didn't
9 have to work 8 -- or they didn't have to work 9 to
10 9, we could work something else out, because they
11 were already getting discouraged.

12    Q   Is this the trainee that wanted lunch?
13 Is this the same situation?

14    A   Yes.  It was, like, a training group.
15 There were a couple of people in the training
16 group.

17    Q   Okay.

18    A   And that I don't know how he found that
19 out exactly, but next thing you know, he texted
20 me, Beth and Twana, telling us to fucking answer
21 our phones and then never got a call.  I waited a
22 few minutes, and then the next thing you know, he
23 called me.  I didn't realize Beth and Twana were
24 on the phone.  I thought it was just him.  And he
25 literally just ripped into me about 9 to 9, I'm

1 pathetic.  I'm useless to him now and I'm clearly
2 never going to go back to the old Renee, that is
3 what he always referred it to.  And that he needed
4 to see me -- he needed to see more business out of
5 me.  And that was -- I was -- I pulled over on the
6 side of the road.  I was crying and then I went
7 home.

8    Q   Okay.  Was the impetus for the call the
9 trainee issue, though?

10    A   Yeah, it was about telling trainees
11 that they can have breaks when they couldn't have
12 breaks or working any other schedule, other than 9
13 to 9.

14    Q   Okay.  Did you talk to Beth after that?

15    A   Yeah, they called me, like, immediately
16 after and they apologized, because they felt
17 terrible.  They were, like, we didn't realize that
18 was what was going to happen.  They just felt
19 terrible because of everything he said to me.
20 So...

21    Q   Okay.  Did he take you off his team?

22    A   No, not that I know of.

23    Q   Okay.  Did he tell you he was taking
24 you off his team?

25    A   No.

Transcript of Reneé Zinsky - Volume II

Conducted on February 22, 2023

1    Q    Okay.  Did Beth or anybody else tell
2  you that?
3      A    No.
4      Q    Okay.  Do you recall, while you
5  reported to Mike -- do you recall at any time
6  while you reported to Mike, him having a podcast?
7      A    Yes.
8      Q    Okay.  Was that the Obsidian
9  Achievement podcast?
10     A    Yes.
11     Q    Tell me what you recall about that?
12     A    When he started, he told us we had to
13  listen to it and to comment on it to show that
14  there was engagement on his podcast.
15     Q    You mean like a public comment?
16     A    Yeah.
17     Q    So, a social media comment, not like a
18  verbal --
19     A    Or you could just go on -- I don't
20  know.  He uses, like, Podbean and some other --
21  what we listened to it on was called Podbean, and
22  you can, like, comment on the podcast on that.  I
23  don't know what that --
24     Q    On the actual app or online?
25     A    Yes.

1      Q    And did you guys do that?
2      A    Yes.  We were told we had to.
3      Q    Okay.  How often did you have to do
4  that?
5      A    Every day.
6      Q    Okay.  Do you recall the types of
7  topics they were talking about at that time?
8      A    Pretty much everything.  He would
9  relate it a lot to what our meetings were, so it
10  was kind of like -- it was kind of annoying
11  because we just had to listen to it again,
12  essentially.  But how to lead, certain examples of
13  things that went on in the office or whatever, and
14  how to write business.  I mean, it was always
15  stuff related to work, usually.
16     Q    Okay.  So, a lot of the things that you
17  heard on the podcast were a reiteration of what
18  you heard in your team meetings?
19     A    Correct.
20     Q    From him?
21     A    Yes.
22     Q    Did he ever mention to you that it was
23  fake?
24     A    No.
25     Q    Did he ever mention to you it was a

1  character he was playing?
2      A    No.
3      Q    Or a persona, a fake persona that he
4  had?
5      A    No.  He made it very clear that it was
6  100 percent all real stuff.
7      Q    Okay.  Did you ever have the
8  impression, when you were listening to it, that it
9  didn't sound like him?
10     A    No.
11     Q    Did it sound exactly like him?
12     A    Yes, literally word for word.
13     Q    And in terms of tone -- not just words,
14  but in terms of tone and conduct, did it sound the
15  same?
16     A    Uh-huh, yes.
17     Q    Did anybody ever say that -- anybody
18  other than Mike ever tell you that he was playing
19  a character?
20     A    No.
21     Q    Did anybody ever tell you that they had
22  that impression?
23     A    No.  I'm pretty sure on one of his
24  podcasts, he says he speaks from the heart.  So, I
25  mean...

1      Q    That's important.
2      A    And he always ended it the same, which
3  was, I love you guys and I care about you, which
4  is what he said to us every day after almost
5  everything.
6      Q    So, it was almost verbatim?
7      A    Yes.
8      Q    When you were re-coded to -- August of
9  2021, you were re-coded to Simon, correct?
10     A    Uh-huh.
11     Q    Was it your impression that you
12  would -- that was temporary or permanent?
13     A    Temporary.
14     Q    Okay.  So, what did you expect?
15     A    I expected to eventually go on to an
16  actual team.  Simon can't manage me.  Simon can't
17  give me the attention that is needed to grow your
18  own business.  So, I expected to eventually be put
19  under another RGA.
20     Q    So, was it your intention at that time
21  to continue to work and be productive at AIL?
22     A    Yes.
23     Q    Okay.  Did you ever tell Simon anything
24  like you wanted Mike to be fired or anything like
25  that?

1    A   No.  I don't think so.  I don't
2    remember, honestly.
3        Q   Okay.  Are you just saying that you
4    wanted to be recoded -- you didn't want to work
5    for him anymore because you were uncomfortable?
6        A   I just said I wanted -- yeah.  Yeah, I
7    was uncomfortable.  I wanted to go back -- I
8    wanted to make money again.  I -- yeah.  I mean, I
9    pretty much was just like, I don't -- that's why I
10   went to him in the first place about everything
11   was because I didn't want to have to do what we're
12   all doing right this second because it's
13   definitely not fun.
14       Q   So, was it ever your intention at that
15   point to file a lawsuit?
16       A   Absolutely not.  This has got nothing
17   --
18       Q   Did other people encourage you to file
19   a lawsuit at that time?
20       A   No.  I mean, my dad.  My dad told me I
21   should file a lawsuit.  He gave me an attorney to
22   speak with.  I don't even remember that attorney's
23   name.  He gave my, like, a couple tips, but I
24   insisted on going to Simon because I thought Simon
25   would do something about everything that happened.

1        Q   Did you actually request a ride or did
2    you request a meeting?
3        A   No, I requested a meeting.
4        Q   Okay.
5        A   It was never specifically a --
6        Q   Did you ever want to ride in Mike's
7    car?
8        A   No.
9        Q   Okay.  After the Facebook Live incident
10   and around the June/July 2021 time frame -- I'm
11   talking about Mike's Facebook Live video where he
12   was barricaded in the hotel?
13       A   Yes, I know.  Yes.
14       Q   Did Simon address that with the team at
15   all?
16       A   Yes.  He said that Mike was going to
17   rehab and that he couldn't return to work until he
18   was sober and completed rehab.
19       Q   Okay.  And so who was -- who was -- did
20   Simon tell you who would be manning the team?
21       A   Travis, Travis Vaughn.
22       Q   Travis Vaughn, okay.  Did you talk to
23   Travis at that time at all, or do you recall?
24       A   Like, about work?
25       Q   Yes.

1        Q   And you could return to work?
2        A   Right.
3        Q   When I say "return to work," I know
4    that you were still working there, but in terms of
5    being as productive as you had been?
6        A   Actually feeling like I could work,
7    yeah.
8        Q   Okay.  And feeling safe?
9        A   Yes.
10       Q   Okay.  Even though Simon told you not
11   to get an attorney you know, that comment aside,
12   after your meeting with Simon, was it still your
13   hope to remain at AIL and be a productive agent
14   there?
15       A   Yes.
16       Q   I think previously you testified about
17   how you had one-on-one meetings in Mike's car,
18   correct?
19       A   Yes.
20       Q   And I think that when asked you whether
21   you ever requested a ride in his car; do you
22   recall that?
23       A   Do I recall making that statement?
24       Q   Do you recall that testimony?
25       A   Yes.

1        A   Yes.
2        Q   Did he actually get involved?
3        A   Yeah.
4        Q   Okay.  Was it shortly thereafter that
5    Travis asked -- that Travis didn't want to be
6    partnered with Mike anymore?
7        A   I believe so, yes.
8        Q   Okay.  Did he ever say anything to you
9    about that?
10       A   Not me specifically, no.
11       Q   Okay.
12           MR. COZZA:  How much longer do you
13   have?  Can you take a break?
14           MS. WILLIAMSON:  You can take a break.
15   I don't think too much longer, but if you guys
16   want to stop now, we can.
17           MR. COZZA:  I just need two minutes.
18           MS. WILLIAMSON:  That's fine.
19           MR. COZZA:  We're going to have a lot
20   of follow-up questions, obviously.  But just give
21   me two minutes.
22           (Recess taken at 11:37 a.m.)
23           (Back on the record at 11:39 a.m.)
24   BY MS. WILLIAMSON:
25       Q   Do you have any knowledge about Mike

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

---

1  Russin administering date rape drugs to anybody
2  outside of AIL, meaning anybody that wasn't an AIL
3  employee or contractor?
4      A   **Yes, Maddy Christianson.**
5      Q   Who is that?
6      A   **Aaron's ex-girlfriend.**
7      Q   Who is Aaron.
8      A   **He was just another -- he was another**
9  **manager.**
10     Q   What's Aaron's last name?
11     A   Osterrieder.
12     Q   And did he sexually assault her?
13     A   **Yes.**
14     Q   Okay.  I'm sorry, let me make that more
15 clear:  Was it the same incident whenever he
16 administered the date rape drug and sexually
17 assaulted her, was it the same evening or the same
18 incident?
19     A   **Yes, yes.**
20     Q   When I say "date rape drug," would that
21 include GHB?
22     A   **Yes.**
23     Q   Did he often talk about GHB?
24     A   **All the time.**
25     Q   And in team meetings?

---

1      A   **Yeah, it was at the end of 2019.  Yep.**
2      Q   It was sometime around November of
3  2019; does that sound right?  I believe that's
4  what you said previously.
5      A   **Yes.**
6      Q   Did anybody witness you -- him pulling
7  you to the side at that time?
8      A   **Yes, everyone that was in -- yes.**
9      Q   Such as?
10     A   **Sam, Kellie, Wagely, Aaron.**
11     Q   Is that Aaron Osterrieder?
12     A   **Yes.  Nate Sanso.**
13     Q   Did he actually ask them to leave at
14 that point?
15     A   **Yes.**
16     Q   Okay.  And you previously testified to
17 Mike Russin drugging you at an LDS -- I think you
18 referred to it as an LDS -- I don't know if it was
19 a seminar or a conference?
20     A   **Yep.**
21     Q   And that was -- I believe you testified
22 it was August of 2019, correct?
23     A   **Yep.**
24     Q   If I represented to you that LDS
25 conference occurred on August 20th -- well, August

---

1      A   **Yes.**
2      Q   Did he talk about the effects of GHB,
3  meaning -- let me rephrase that.  I'm sorry -- the
4  physical effects of GHB or what he would
5  experience whenever he took?
6      A   **Yes.**
7      Q   Okay.  Is that part of how you
8  associated what you were experiencing?
9      A   **Yes.**
10     Q   And did you hear other people talking
11 about the physical effects they --
12     A   **Yes.**
13     Q   -- they felt?
14     A   **Yes.**
15     Q   Okay.  You mentioned you previously
16 testified to another non-consensual sexual
17 encounter with Mike Russin at Sam Boyle's home; do
18 you recall that?
19     A   **Yes.**
20     Q   I believe you said he pulled you aside
21 into the bathroom?
22     A   **Yes.**
23     Q   And do you recall the approximate date
24 of that?  I think -- I believe you said November
25 of 2019.

---

1  18th through August 20, 2019, would that sound
2  about right?
3      A   **Yes.**
4      Q   Okay.  And you -- it was at that time
5  that Kellie witnessed Mike telling you that he put
6  GHB in your drink?
7      A   **Yes.**
8      Q   Do you recall spending any time with
9  Carrie Hartman at that time?
10     A   **Yes.**
11     Q   Okay.  Why don't you tell me about
12 that?
13     A   **We ordered cheese fries -- we were**
14 **supposed to eat cheese fries when we got back to**
15 **the hotel; and the next thing, I don't know what**
16 **happened after that.**
17     Q   Okay.  Let me back up.  Who is Carrie
18 Hartman?  Is she an agent?
19     A   **She was an MGA.**
20     Q   Okay.  So, she was there as an agent as
21 well?
22     A   **Yeah.**
23     Q   And when you say "we ordered cheese
24 fries," is that when you were at the restaurant?
25     A   **We ordered, like, delivery to the hotel**

---

1 because we were hungry again.
2     Q   Okay.  So, you were at the hotel with
3 Carrie?
4     A   Yeah, I think so.
5     Q   All right.  And what happened after
6 that?
7     A   I needed my hairspray.  Kellie had
8 borrowed it.  I went into the hotel room.  I went
9 to the bathroom.  I came out, drank some of my
10 drink; and then before I knew it, I woke up at,
11 like, 3:00 or 4:00 -- 3:00 in the morning, maybe,
12 and Kellie and Wagley and Albi were having sex on
13 the other bed.
14     Q   And your pants were off?
15     A   Yeah.
16     Q   Okay.  And when you had your drink in
17 Kellie's room, was Mike in the room at that time?
18     A   Yes.
19     Q   And then he told you that he put the
20 GHB in there?
21     A   Yes.
22     Q   Okay.  And then you testified to
23 another incident whenever Mike drugged you, I
24 believe when you were drinking with him at Nakama?
25     A   Yes.

1     Q   Or you had a drink, I think you said?
2     A   Uh-huh.
3     Q   Okay.  That was March of 2020; is that
4 correct?
5     A   Yes.
6     Q   Around March 9, 2020; does that sound
7 about right?
8     A   Yes.
9     Q   Okay.  Were there any other incidents
10 when you -- Mike drugged you?
11     A   September, I believe, of 2020 when we
12 went to Top Golf.
13     Q   Okay.  Tell me about that.
14     A   Towards the end -- like, towards the
15 middle of the night I started to just feel similar
16 to how I was feeling the other instances.  It
17 wasn't, like, as intense.  I was obviously still
18 able to walk around, but I felt beyond messed up.
19 Especially at that point, I wasn't really drinking
20 that much.  I would have, like, a drink or two
21 drinks, maybe, max.  So, you know, it was just
22 kind of like a tunnel vision feeling where -- I
23 mean, yeah, tunnel vision feeling.  It was just
24 super weird.  You get kind of, like, hot flashes.
25 It was just really weird.  But the way I felt was

1 similar to those other previous instances.  And
2 then Mike said that he had given multiple people
3 GHB that day, too.
4     Q   Okay.  So, when you say -- so you went
5 to Top Golf.  Was that in Pittsburgh?
6     A   Yes.
7     Q   And who all went there?  Who was all
8 there; do you know recall?
9     A   It was, like, 20 of us.  I think like
10 everyone.  Joe --
11     Q   Whoever you can recall.
12     A   Jeremiah, Joe, Steph, Geneva, Mike,
13 Kellie -- I mean, everyone.
14     Q   Okay.
15     A   Everyone was there.
16     Q   Okay.  Is that the Top Golf that's, I
17 think, in Canonsburg?
18     A   Bridgeville, yes.
19     Q   Oh, okay.
20     A   Bridgeville.
21     Q   Was that a work-related event?
22     A   It was -- yeah, team event, yeah.
23     Q   Was it mandatory?
24     A   Yes.
25     Q   Were there any other instances where he

1 drugged you?
2     A   After that instance, not that I can
3 recall.
4     Q   Anytime.  It doesn't matter when.
5     A   Not that I can recall right now, no.
6     Q   Do you recall an incident when you went
7 to Dave & Buster's?
8     A   Oh, yeah, everyone got drugged that
9 night, too.
10     Q   Why don't you tell us about that?
11     A   November of 2019, we all went to Dave &
12 Buster's.  It was a mandatory team outing, and I
13 started having, like, a mass panic attack because
14 I wasn't feeling right.  And Kellie and Geneva
15 took me into the bathroom, told me that Mike put
16 GHB in all of our drinks, and just let it ride,
17 it's a great time.  But I had an anxiety attack
18 and was freaking out.  So...
19     Q   Did Geneva and Kellie do GHB with Mike
20 often at that time?
21     A   Yeah.
22     Q   Dave & Buster's, was that in
23 Pittsburgh?
24     A   Yes.
25     Q   I'm sorry, did you say who was there?

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

1    A    No.
2    Q    Who was there?
3    A    Some people that I don't even remember
4    their names, newer agents, Joe -- the typical,
5    literally everybody -- the typical people.
6    Q    Okay.  We don't know who the typical
7    people are, though, so just give us some names
8    that you recall.  If you can recall.  If you
9    can't, that's fine.
10    A    Jack Gibbons, Aaron, Joe, Maria.  I
11    don't know -- I don't remember if Jeremiah was
12    there.  Sam, Kellie, Maddy, I believe, was there.
13    Q    Who is Maddy?
14    A    Aaron's --
15    Q    Oh, Maddy, as in Madison?
16    A    Yeah.  I don't remember who else, but
17    there was, like, a good 20 of us.  Doug.  There
18    was a lot of us.
19    Q    Okay.  And did he tell you that he put
20    GHB in your drink at that time?
21    A    Yes.
22    Q    Okay.  Did you ever use Mike's phone?
23    A    No.  First of all, he had a passcode on
24    it, and he was never -- it was never like -- I
25    mean, his phone was like his baby.  I mean, he

1    A    Okay.  Is it possible -- we've talked a
2    lot about a Snapchat message where Mike wrote
3    something to the effect of you could be promoted
4    to MGA if you and Mal blew him or gave him oral
5    sex?
6    A    Right.
7    Q    Okay.  Do you recall that?
8    A    Yes.
9    Q    Okay.  Did he ever tell you he was
10    joking about that?
11    A    No.
12    Q    Was it your impression that he
13    was joking?
14    A    No.  No.  Yeah, it was not my
15    impression.  No.
16    Q    Okay.  What made you think that he was
17    not joking about that?
18    A    Well, he made me show him -- he made me
19    go through all of my photos and show him that I
20    deleted the screenshot.  He freaked out at me.
21    And I never got my promotion, which I was supposed
22    to have by the end of 2019.  So...
23    Q    I mean being forced to engage in
24    nonconsensual sex would probably add to that
25    conclusion, right?

1    never let his phone out of his site.
2    Q    Okay.  Then he used his phone to watch
3    pornography frequently?
4    A    Yes.
5    Q    Daily?
6    A    Yes.
7    Q    Did you ever use anybody's else phone
8    at work?
9    A    No.
10    Q    Is it possible that you could have sent
11    something to yourself from his phone?
12    A    No.  I didn't know -- I mean, no one
13    knew how to get into his phone, let alone -- there
14    would have been no time to even -- he had his
15    phone on him at all times.
16    Q    Okay.  Did you ever ask to use his
17    phone?
18    A    No.  I had my own phone.
19    Q    Did you ever not have a phone to use?
20    A    No.
21    Q    Okay.
22    A    I can't not have a phone.
23    Q    Could you do your job if you didn't
24    have a phone?
25    A    No.

1    A    Yes.
2    Q    Did he know that you took a screenshot
3    of that --
4    A    Yes.
5    Q    -- that particular -- hold on one
6    second.
7       Did he know that you took a screenshot
8    of that particular Snap message?  I'm not sure
9    what you call it, a snap or a snap message?
10    A    Yes, that's why he had me go through my
11    phone and show him that it was deleted.
12    Q    Okay.  In person?
13    A    Yes.
14    Q    Was that, like, the next day, or when
15    did that happen?
16    A    That night, I think, or the next
17    morning.
18    Q    Okay.  What did he say?
19    A    He made me come into his office.  It
20    was just the two us, and he forced me to take out
21    my phone and go through my photos.
22    Q    Okay.  Did that happen with the picture
23    of him naked as well?
24    A    Yes.
25    Q    That he made you come in and go through

337

1  photos?
2      A   Yes.
3      Q   Okay.  Do you know why?
4      A   I mean, apparently he didn't want me to
5  have those things.
6      Q   Right, okay.  And he was angry?
7      A   Yes.
8      Q   Okay.
9      A   Enraged.
10     Q   What made you take a screenshot of
11 those?
12     A   Because it just -- it was my boss and
13 it was weird, so I more so wanted to kind of be,
14 like, did I just see that right?  Is this really
15 happening?
16     Q   Right.  And the Snapchat, I think it
17 disappears within ten seconds; is that right?
18     A   Yes.
19     Q   So, you made that decision within ten
20 seconds, correct?
21     A   Yes.
22     Q   It wasn't something, like, you plotted
23 out?
24     A   Correct.
25     Q   Were there situations in the office

338

1  that made you uncomfortable with Mike that didn't
2  include him actually showing his penis, but that
3  were sexual comments or sexual behaviors?
4      A   Yeah.  He would always -- I mean, there
5  would be numerous times where he would grab my ass
6  or other women's asses.  There were numerous times
7  where he would just make sexual comments towards
8  us, talk about our weight, you know, whether or
9  not we were getting a little chunky or, you know,
10 stuff like that, yeah.
11     Q   How frequently?
12     A   Every day.
13     Q   Okay.  Did he actually touch you, like,
14 did he slap your butt or --
15     A   Yeah, all the time.
16     Q   You said he choked you?
17     A   Yes.
18     Q   So, that wasn't just with you, that was
19 with other females as well?
20     A   Yes.
21     Q   Okay.  Did he ever talk about his
22 mental health?
23     A   Yes.
24     Q   What did he say?
25     A   That he's bipolar.

339

1      Q   Did he talk any more about it or --
2      A   That therapy's for pussies.  He'll
3  never get on medication for it because it's all --
4  I don't know, some sort of political words that he
5  would say.
6      Q   What's that?  It was what?
7      A   Just some sort of ridiculous political
8  reason as to why he isn't going to take meds.
9  Just ridiculous stuff would come out of his mouth
10 about it.  He knows he's bipolar, but he can
11 control it himself.
12     Q   Okay.  Did he ever tell you about
13 struggling with managing it?
14     A   No, because he was Mike.  He could
15 handle everything, apparently.
16     Q   Okay.  Was he hospitalized for mental
17 health while you worked for him?
18         MR. WEBB:  Calls for speculation.
19     Q   To the extent you know.
20     A   Yes, I believe right after the Facebook
21 Live video.
22     Q   Did he tell you that?
23     A   Yes.
24     Q   Did he tell other people that?
25     A   Yes, he told everyone that.  It was no

340

1  secret.
2      Q   Generally speaking, why did you end up
3  filing this lawsuit?
4      A   Because I had -- it was very apparent
5  to me that I had zero other options.  Nobody took
6  me seriously.  It was a big joke.  Nothing was
7  actually done about what I had said, and I
8  honestly couldn't sit back and continue to watch
9  other people go through what I went through and
10 experienced.  So, somebody had to...
11     Q   The other people that experienced the
12 things that you experienced, do you know why they
13 didn't speak up?
14     A   Fear.
15     Q   Did they tell you that?
16     A   Just like I feared to speak up for so
17 long.  Yeah.
18     Q   You continue to fear?
19     A   Every day.
20     Q   So, they actually told you --
21     A   Yes.
22     Q   -- they have told you that?
23     A   Yes.
24     Q   Okay.
25         MS. WILLIAMSON:  I think that's all I

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

44 (341 to 344)

341

1  have.  I'll have to go back, but go ahead, you
2  guys can go.
3      MR. WEBB:  We only got about 30 minutes
4  before we're out of seven hours anyways, so we'll
5  try to do this quickly.
6      EXAMINATION ON BEHALF OF DEFENDANTS
7  BY MR. WEBB:
8      Q   Are you aware that lying under oath is
9  perjury and it's a crime?
10     A   Uh-huh.  Yes.
11     Q   In your -- you verified your answers to
12 our interrogatories, correct?
13     A   I don't understand.
14     Q   You verified that the answers you gave
15 were truthful?
16     A   Yes.
17     Q   In your answers to our Interrogatory
18 No. 10, the question was, state the exact time,
19 date and location of the alleged occurrence giving
20 rise to your claims for assault, battery, false
21 imprisonment, potential infliction of emotional
22 distress.  Your answer was, on multiple --
23 regarding GHB, let me qualify that, your answer
24 was, on multiple occasions, including, but not
25 limited to August 19, 2019, and March 2020,

342

1  Defendant Russin put controlled substances in
2  Plaintiff's drink without her consent.  See also
3  Plaintiff's Amended Complaint.  In your Complaint
4  you state those dates as well.
5      Is there a reason why there's now
6  additional dates that you're alleging he put GHB
7  in your drink?
8      MS. WILLIAMSON:  Object to the form of
9  the question.  It says including, but not limited
10 to, so there's --
11     Q   So, you knew of them at the time you
12 answered this or --
13     A   No, I --
14     Q   -- you didn't know of them, or you
15 forgot about them?
16     A   Every single day I try to forget about
17 everything that happened to me.  I hate it.  It's
18 miserable to think about.  So, yeah, things come
19 up all the time that reenter my mind.
20     Q   Okay.  So, sometime between when you
21 sent these responses, I believe in January, and
22 today, you were able to recall additional
23 instances?
24     A   Correct.
25     Q   Okay.  How?

343

1      A   Unfortunately, memories just pop into
2  one's head and it's miserable, but it just
3  happens.
4      Q   Okay.  What is the exact date in
5  September of 2020 that you went to Top Golf?
6      A   It was September, that's all I know.
7      Q   So, you could remember that it's in
8  September, but you can't remember the date?
9      A   Correct.  I don't remember the exact
10 date.
11     Q   Okay.  You also testified in the first
12 round of your deposition in January, that there
13 were no other instances of non-consensual sexual
14 contact by Mr. Russin.  I'll read the quote to
15 you:  Mr. Webb, question:  I just have a few more
16 questions on this.  Other than the car rides, are
17 you alleging that there were any other instances
18 of non-consensual sexual contact by Mr. Russin?
19 Answer:  No, no contact, not that I know of.
20     So, now you're alleging that Mr. Russin
21 used to grab your ass -- excuse me, smack your ass
22 and touch you without your concept.  What's
23 changed between January and now?
24     A   Memories.
25     Q   Okay.

344

1      A   Memories that I pushed to the back of
2  my mind.
3      Q   So, after your first deposition, you
4  were able to come up with some additional contact?
5      MS. WILLIAMSON:  Object to the form of
6  the question.
7      A   I come up with -- things pop into my
8  mind every day.
9      MS. WILLIAMSON:  That's not what she
10 said.
11     Q   Okay.  Regarding the podcast that
12 Mr. Russin has, when did you begin having to
13 listen to that?
14     A   The moment it started up.  So, I don't
15 know, June of 2021, maybe, July/June.  I don't
16 know, sometime in 2021 when he started.
17     Q   Okay.  And at that time, you were still
18 coded on Mike's team?
19     A   Yep, I -- yep.
20     Q   When were coded to Simon?
21     A   August of --
22     MS. WILLIAMSON:  Asked and answered.
23     A   -- 2021.
24     Q   So, between June and August, you were
25 required to listen to his podcast?

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

45 (345 to 348)

345

1     A   Yep.
2     Q   Okay.
3     A   He might have started it a little
4  earlier in 2021.  I don't know the exact month,
5  but...
6     Q   Okay.  You testified a little bit ago
7  that you went to Simon because you wanted to start
8  making money again, and that had Simon --
9         MS. WILLIAMSON:  Object to the form of
10  the question.
11     Q   -- and that had Simon done something,
12  you would not have filed this lawsuit; is that
13  accurate?
14         MS. WILLIAMSON:  Object to the form of
15  the questions.  That's not what she said.
16     Q   Had Simon done something in response to
17  you bringing these claims to his attention, would
18  you have filed this lawsuit?
19         MS. WILLIAMSON:  Object to the form of
20  the question.  What do you mean by something?
21  What does that even mean?
22         MR. WEBB:  That's what she testified.
23  We can go back and look at the record.  That's
24  what she testified.
25         MS. WILLIAMSON:  Okay.

346

1     A   Had he done something?  I mean, I don't
2  know.  I don't know what I would have thought,
3  but, essentially, it was very obvious that I was a
4  joke and nobody was taking anything seriously.
5  So, my only other option was to file this lawsuit.
6     Q   You also testified that you went to him
7  because you wanted to make money again.  I'm sorry
8  if I'm paraphrasing, but that's --
9         MS. WILLIAMSON:  Object to the form of
10  the question.  She went to him for lots of reason.
11     A   Yeah, it wasn't just to make money, it
12  was because I didn't want to watch Mike continue
13  to do what he was doing to people.
14     Q   Did you go speak to Simon because you
15  wanted to make money again?
16         MS. WILLIAMSON:  Object to the form of
17  the question.
18         MR. COZZA:  Was one of the reasons
19  why --
20         MR. WEBB:  I'm not qualifying her
21  testimony.  I said, did you go talk to Simon
22  because you wanted to make money again?  That's
23  the question.
24         MS. WILLIAMSON:  It's a poor question,
25  that's why I'm objecting to the form.

347

1     A   Yeah, I don't even know how to answer
2  that, to be honest with you.
3  BY MR. COZZA:
4     Q   Was one of the reason why you went to
5  Simon, in addition to everything else, to make
6  more money?
7     A   Well, I wanted to go back to -- I
8  wanted to -- yeah, I wanted to work.  I wanted to
9  be able to work.
10  BY MR. WEBB:
11     Q   What was stopping you from working?
12     A   Michael Russin.
13         MS. WILLIAMSON:  Object.  Asked and
14  answered.
15     Q   So, is it fair to say that you filed
16  this lawsuit in order to make money?
17         MS. WILLIAMSON:  Objection to the form
18  of the questions.  Don't answer that question.
19         MR. WEBB:  She can answer the question.
20         MS. WILLIAMSON:  I'm telling her not
21  to, but you can take my advice or not?
22         THE WITNESS:  No, I'm not answering.
23         MS. WILLIAMSON:  That's not what she
24  said.  You're totally mischaracterizing her
25  testimony.

348

1         MR. COZZA:  Why did you file the
2  lawsuit?
3         MS. WILLIAMSON:  I just asked her that.
4         THE WITNESS:  I already answered that
5  question.
6         MS. WILLIAMSON:  Literally asked that
7  question.
8         THE WITNESS:  I wasn't taken seriously
9  and there was nothing being done about what I
10  spoke up about.
11         MR. COZZA:  So, is it your testimony
12  that to be taken seriously, that was one of the
13  reasons why you filed this lawsuit?
14         MS. WILLIAMSON:  Object to the form of
15  the question.  This is all asked and answered.
16  Don't answer any more of these.  I literally asked
17  that exact question.
18         MR. WEBB:  I didn't ask this
19  question -- I'm not asking her the same question
20  in order to get a --
21         (Spontaneous cross talk.)
22         COURT REPORTER:  Excuse me, everyone.
23         MS. WILLIAMSON:  That's the exact same
24  question I asked.  She can answer it, if she
25  wants.  I'm telling her not to, because she

349
1  already answered it, literally the exact same
2  words.
3  BY MR. COZZA:
4      Q   Back to the podcast, you said you were
5  required to comment daily on the podcast; is that
6  correct?
7      A   Correct.
8      Q   And did you do the daily comment
9  through Podbean; is that what it was?
10     A   Correct.
11     Q   And you're aware that this podcast --
12 most of them have zero comments on them, correct?
13     A   As of when I looked at them last, they
14 had comments.
15     Q   Okay.  Well, you should definitely look
16 again.
17     A   I will.  They're great to listen to.  I
18 don't know if you guys actually have or not.
19     Q   So, when was the last time you
20 traveled?
21     A   When was the last time I traveled?  I
22 don't know.  Not too long ago.  Last February,
23 maybe.  I don't know.
24     Q   Where did go?
25     A   Boston.

350
1      Q   Was this for business or pleasure?
2      A   It was for my wife and I to get away a
3  little bit and go visit where I used to live,
4  essentially.
5      Q   Have you traveled anywhere else --
6      A   No.
7      Q   -- since July of '21?
8      A   No, not that I -- I don't think so.
9      Q   Have you went out to dinner?
10     A   Yeah, I've gone out to dinner.
11     Q   Have you went out to clubs or concerts
12 or anything for entertainment purposes?
13     A   I've gone to a couple of concerts, but
14 that's about it.
15     Q   Have you been to -- have you been to
16 the gym?
17     A   Like, once.
18     Q   So, one time in the past two years
19 you've been --
20     A   Yeah.  I make my appearances here and
21 there when I'm ready to go back, and then
22 I see somebody from AIL, so I don't go --
23     Q   Let's clarify this.  When you say "make
24 your appearances," how many times have you been to
25 the gym in the past two years?

351
1      A   I have no idea.  I can't answer that
2  question.
3      Q   More than ten?
4      A   No, probably not, honestly.  But I
5  don't know.
6      Q   Okay.
7  BY MR. WEBB:
8      Q   Did you ever sign an employment
9  contract with the Russin Group?
10     A   No.
11     Q   Did you ever sign an employment
12 contract with Russin Financial?
13     A   I don't think so.  I don't know.
14     Q   Did you ever sign an employment
15 contract with Mike Russin?
16     A   I mean, I've signed contracts he handed
17 to me and told me I had to sign them.
18     Q   Have you signed an employment contract
19 where Mike Russin was your employer and you were
20 his employee?
21     A   I don't think so.  I don't know.  I
22 don't think so.  I don't know.
23 BY MR. COZZA:
24     Q   Did you disclose in discovery any
25 contracts that you may or may have signed with

352
1  Mike Russin?  You said you're not aware of any,
2  did you disclose any contract that you may have
3  signed with Mike Russin as your employer?
4      A   No, no.
5  BY MR. WEBB:
6      Q   You testified earlier that you were
7  aware of Mike -- or, excuse me, let me rephrase
8  that -- of, I believe it was Maria Folino taking
9  one for the team by going into the mat room with
10 Mike; is that accurate?
11     A   Yeah, or taking car rides, not just the
12 mat room.
13     Q   Did you ever go into the mat room with
14 Mike?
15     A   No.
16 BY MR. COZZA:
17     Q   You did state that he texted you to ask
18 you to go into the mat room, correct?
19     A   Yes.
20     Q   Did you produce those text messages?
21     MS. WILLIAMSON:  Objection.  I'm sorry,
22 go ahead.
23     A   I mean, all of his messages -- he was a
24 smart guy.  All of his messages were sent, for the
25 most part, over Snapchat message.

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

47 (353 to 356)

353

1    Q   So, you're saying it wasn't a text
2  message that he asked you to go into the mat room,
3  it was a Snapchat?
4    **A   I mean, yeah, my generation, we look at**
5  **Snapchat messages as just text messages.**
6    Q   Right.  So, what I'm asking is, is it
7  your testimony that the messages that Mike sent
8  you to go into the mat room were either via --
9  were they via text message or were they via
10 Snapchat?
11   **A   They could have been both.  They could**
12 **have been one or the other.**
13   Q   Okay.  And if they were in text, did
14 you disclose those messages?
15   **A   Yeah.  I mean, everything that I had,**
16 **I -- everything that I have.**
17 BY MR. WEBB:
18   Q   We don't have those message, so to the
19 extent you have them --
20   **A   So, they must not have been over text,**
21 **they must have been over Snapchat.**
22   Q   What about the text messages between
23 you and Maria regarding her taking one for the
24 team?
25   **A   We sat next to each other, so those**

354

1  **were all verbally communicated.**
2  BY MR. COZZA:
3    Q   Going back to that Florida trip you
4  spoke about, when was that?
5    **A   I don't know, January of 2021, I think,**
6  **or February.  I don't remember.**
7    Q   And you said you went to a strip club
8  --
9    **A   Yep.**
10   Q   -- with Mike and whoever else was
11 there, correct?
12   **A   Yep.**
13   Q   Could you leave the strip club?
14 Physically, were you able to leave the strip club
15 when you got there?
16   **A   I mean, I wouldn't have had any clue as**
17 **to where to go or where I was in the first place.**
18   Q   Did you know what hotel you were
19 staying at, at the time?
20   **A   Honestly, no.  I didn't have any**
21 **control over any of that.  I didn't even have my**
22 **own room.**
23   Q   So, your testimony is when you were in
24 Florida on this trip, you had no idea the hotel
25 you were staying in, the name of the hotel?

355

1    **A   In fact, I cannot tell you right now**
2  **where we stayed.  I didn't have my own room.**
3    Q   Did you have your phone with you?
4    **A   I think so.**
5    Q   Could have you called the police if you
6  felt like you were not able to leave?
7    **A   I mean...**
8        MS. WILLIAMSON:  Object to the form of
9  the question.  Calls for speculation.
10       MR. COZZA:  I'm asking her if she was
11 able to call the police from the phone.
12       MS. WILLIAMSON:  If she felt like --
13 she never testified she felt like she couldn't
14 leave.
15       MR. WEBB:  It's her own speculation.
16 It's not speculating somebody's else testimony.
17       MS. WILLIAMSON:  Okay, you can ask her
18 if she can answer or not.  I don't care.
19   **A   I was just being -- I had to be loyal,**
20 **so I couldn't leave.**
21 BY MR. COZZA:
22   Q   That was your impression, that you --
23   **A   No, it was a fact.  Loyalty, we could**
24 **never question the loyalty.**
25   Q   Could you have called an Uber?

356

1    **A   I mean, maybe.  I didn't have Uber, so**
2  **I guess maybe if I downloaded it and all.  But,**
3  **again, I would have been questioned as to why I**
4  **didn't want to be there, so I just had to put on a**
5  **smile.**
6  BY MR. WEBB:
7    Q   So, you may have been questioned about
8  why you wanted to be there, but nobody was forcing
9  you to stay there against your will?
10       MS. WILLIAMSON:  Object to the form of
11 the question.
12   Q   You can answer.
13   **A   I felt forced.**
14   Q   How?
15   **A   Because I was threatened so many times**
16 **about my job and making Mike angry in any way,**
17 **shape or form, so I just did whatever I could to**
18 **avoid making him angry.**
19   Q   Were there other people at the strip
20 club?
21       MS. WILLIAMSON:  Asked and answered.
22   **A   Yeah.**
23   Q   And if you felt in danger for your
24 life, could you have asked them for help?
25   **A   No, because we were all in the same**

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

357

1  **position of just wanting to make sure Mike wasn't**
2  **angry.**
3      Q   What about non-AIL employees? I assume
4  there were strippers there?
5      **A   I mean, yeah, there were strippers.**
6      Q   Employees that worked at the club?
7      **A   Mike was right next to me the whole**
8  **time, unfortunately, so I couldn't really do**
9  **anything.**
10     Q   Was he restraining you? Was he holding
11 you physically?
12     **A   No.**
13     Q   Okay. Is there anything in your AIL
14 contract that guaranteed you a certain amount of
15 leads?
16         MS. WILLIAMSON: Objection to the form
17 of the question.
18     **A   I don't know.**
19 **BY MR. COZZA:**
20     Q   I believe you testified that someone
21 told you that Mike had drugged Ray Salmon, is that
22 his name?
23     **A   Yes.**
24         MS. WILLIAMSON: Object to the form of
25 the question.

358

1      Q   Who told you that?
2          MS. WILLIAMSON: That's not what she
3  said.
4  BY MR. WEBB:
5      Q   Did someone tell you that Mike raped
6  Ray Salmon?
7          MS. WILLIAMSON: That's not what she
8  said.
9  BY MR. COZZA:
10     Q   That's the question: Did someone tell
11 you?
12     **A   Ray and I -- Ray himself had said that**
13 **he had been raped by Mike.**
14     Q   Did someone tell you that Ray Salmon
15 was drugged?
16     **A   Yes.**
17     Q   Who told you?
18     **A   Colin Bannister.**
19     Q   When did they tell you?
20     **A   I don't know. I don't know the dates**
21 **of these things.**
22     Q   I mean, you're making pretty serious
23 allegations.
24         MS. WILLIAMSON: To the extent that you
25 remember. If you don't remember, that's fine.

359

1  Don't guess, if you remember.
2      **A   Yeah, I don't know. I don't know. If**
3  **you've ever been through trauma, you would know**
4  **that trauma that you've been through, you try to**
5  **forget everything. So, when it comes to dates --**
6      Q   So, you're able to remember some dates,
7  but not all of the dates?
8          MS. WILLIAMSON: Let her finish the
9  answer, please.
10     **A   When it comes to dates, it's -- yeah, I**
11 **can remember some dates. Sometimes I don't**
12 **remember them right away and, you know, it's...**
13 **BY MR. WEBB:**
14     Q   You don't remember them until after
15 you've had a chance, in between depositions, to
16 recall them?
17         MS. WILLIAMSON: Objection to the form
18 of the question. Don't answer that question.
19     Q   When did this alleged rape of Rachel
20 Salmon happen, to your knowledge?
21     **A   I believe sometime in 2020.**
22 **BY MR. COZZA:**
23     Q   Did Ray tell you this in person or over
24 the phone?
25     **A   Both.**

360

1      Q   Do you remember when he told you this?
2      **A   Most recently was, like, July, I think,**
3  **of 2022.**
4      Q   Was that in person or over the phone?
5      **A   Over the phone.**
6      Q   So, there's a phone record of you
7  having a conversation with Ray or --
8          MS. WILLIAMSON: We produced texts.
9          THE WITNESS: Yeah.
10     Q   I'm just asking the question.
11     **A   It's all there.**
12     Q   When were you first diagnosed with an
13 anxiety disorder, which I believe you testified
14 prior to that you were? When were you diagnosed?
15     **A   I don't know. When I was at -- I don't**
16 **know. Sophomore year of high school, maybe. I**
17 **have no idea.**
18 **BY MR. WEBB:**
19     Q   Is that about 2010?
20     **A   Possibly. I don't know.**
21 **BY MR. COZZA:**
22     Q   And you testified that you witnessed
23 people taking -- including Mike, taking Cialis in
24 the office; is that correct?
25     **A   Yes, sir.**

361

1    Q   Did you see the prescription bottles?
2    **A   No.  It always came in, like, a baggy.**
3    Q   How did you know it was Cialis, other
4 than people telling you that's what it was?
5    **A   Because they all would talk about how**
6 **hard their penises were --**
7    Q   But --
8    **A   -- for hours.**
9    Q   Did you have any knowledge or any
10 information that the pills that you actually saw,
11 other than them telling you that they were
12 actually Cialis?
13    **A   No.  I've never taken Cialis, so I**
14 **don't know.**
15    MS. WILLIAMSON:  Other than their hard
16 penises that you saw?
17    THE WITNESS:  Yeah, other than their
18 penises --
19    MR. WEBB:  I mean, are you going to
20 testify for her, Amy?
21    THE WITNESS:  I mean, that's a fact.
22    MS. WILLIAMSON:  It's been asked and
23 answered.
24    MR. WEBB:  We're not asking you, we're
25 asking the deponent.

362

1    MR. COZZA:  The question is, she
2 explained to you she knows that these drugs are --
3    MS. WILLIAMSON:  I understand.  Just go
4 ahead.
5    MR. COZZA:  -- I'm asking her whether
6 she can identify, from looking at the pills --
7    MS. WILLIAMSON:  Go ahead.
8    THE WITNESS:  I mean, why would human
9 beings say that that's what they're taking if they
10 weren't taking it, you know?  I mean --
11 BY MR. COZZA:
12    Q   People say a lot of things.
13    **A   -- it doesn't make much sense.**
14    Q   People say a lot of things.
15    **A   I mean, all of their penises showed**
16 **that it was a fact.  So...**
17    Q   But again, you don't have any medical
18 evidence to support the fact that you state that
19 --
20    **A   I mean, I think if you brought a doctor**
21 **in here, I mean, I'm sure they would be able to**
22 **confirm --**
23    Q   But you aren't qualified to make that
24 determination by looking at a pill?
25    MS. WILLIAMSON:  Objection to the form

363

1 of the question.  Don't answer the question.
2 BY MS. WILLIAMSON:
3    Q   Are you a doctor?
4    MS. WILLIAMSON:  Object to the form of
5 the question.
6    **A   I'm not even answering.**
7    Q   Are you a pharmacist?
8    **A   I was a pharmacy tech.  So, yeah, I**
9 **know what pills look like.**
10    Q   When was that?
11    **A   Back in 2017 or '18.**
12 BY MR. COZZA:
13    Q   Did you have formal training for that?
14    **A   Yeah, absolutely.  I was a pharmacy**
15 **technician.**
16 BY MR. WEBB:
17    Q   Why did you quit that job?
18    MS. WILLIAMSON:  Object to the form of
19 the question.
20    Q   Did you quit that job?
21    **A   Yes.**
22    Q   When?
23    **A   I don't know.  I don't remember.  But I**
24 **don't think that's relevant.**
25    Q   How much did you make as a pharmacy

364

1 tech?
2    **A   Not much, that's probably why I quit.**
3    Q   How much is "not much"?
4    **A   Like 16 bucks an hour, maybe.**
5 BY MR. COZZA:
6    Q   Do you still have the qualifications to
7 be a pharmacy tech?
8    **A   Yeah.**
9 BY MR. WEBB:
10    Q   Do you have to retake a test?
11    **A   No.**
12    MS. WILLIAMSON:  Hold on one second.
13    (Discussion off the record.)
14 BY MR. WEBB:
15    Q   You testified earlier that in September
16 of 2020, Mike gave you GHB at Top Golf.  Did you
17 treat with a doctor after that?
18    **A   No, because I wasn't as sick as I was**
19 **the previous time.**
20    Q   Is there a toxicology report?
21    **A   No.**
22    Q   You testified that Mike drugged you
23 while you were at Dave & Buster's.  Did you treat
24 with a doctor after that?
25    **A   I don't remember.**

365

1      Q    Is there a toxicology report?
2      A    I don't think so.  I don't know.
3           MR. WEBB:  I don't have anything
4  further.  Rocco?
5           MR. COZZA:  I'm good.
6           MS. WILLIAMSON:  That's all.  I don't
7  have anything further.
8           We will read.
9           MR. WEBB:  I'll send you the videos
10 that go with it.
11          COURT REPORTER:  Do you have transcript
12 preferences?  Email?
13          MR. WEBB:  Email is fine.
14          MS. WILLIAMSON:  Yeah, email is fine.
15          (Off the record at 12:19 p.m.)
16
17
18
19
20
21
22
23
24
25

366

1           ACKNOWLEDGEMENT OF DEPONENT
2           I, RENEE ZINSKY, do hereby acknowledge
3  that I have read and examined the foregoing
4  testimony, and the same is a true, correct and
5  complete transcript of the testimony given by me
6  and any corrections appear on the attached Errata
7  sheet signed by me.
8
9  _____   _____
10    (DATE)              (SIGNATURE)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

367

1           CERTIFICATE OF REPORTER - NOTARY PUBLIC
2           I, Paula R. Mason, the officer before
3  whom the foregoing deposition was taken, do hereby
4  certify that the foregoing transcript is a true
5  and correct record of the testimony given; that
6  said testimony was taken by me and thereafter
7  reduced to typewriting under my direction; that
8  reading and signing was requested; and that I am
9  neither counsel for, related to, nor employed by
10 any of the parties to this case and have no
11 interest, financial or otherwise, in its outcome.
12          IN WITNESS WHEREOF, I have hereunto set
13 my hand and affixed my notarial seal this 5th day
14 of March, 2023.
15
16
17 _Paula Mason_____
18 My Commission Expires:  July 17, 2026.
19
20
21
22
23
24
25

## A

**aaron**
192:9, 325:7,
327:10, 327:11,
333:10
**aaron's**
325:6, 325:10,
333:14
**ability**
189:6, 189:11,
189:23, 190:21,
191:17
**able**
251:18, 265:11,
330:18, 342:22,
344:4, 347:9,
354:14, 355:6,
355:11, 359:6,
362:21
**above**
219:4, 222:8,
296:12, 301:4
**absolutely**
249:25, 252:22,
259:11, 271:13,
271:18, 273:2,
284:13, 292:5,
321:16, 363:14
**abuse**
235:2, 298:25
**access**
214:24, 237:6,
237:8, 239:2
**accomplished**
182:2
**according**
256:14
**account**
211:9, 212:23,
290:16, 291:11
**accurate**
177:18, 183:20,
224:1, 345:13,
352:10
**achievement**
317:9
**acknowledge**
366:2

**acknowledged**
297:9
**acknowledgement**
366:1
**across**
270:13, 275:12
**act**
267:16, 278:19
**action**
169:4
**active**
231:12
**actively**
233:10, 238:13
**acts**
249:7
**actual**
278:19, 282:12,
317:24, 320:16
**actually**
180:15, 231:23,
241:16, 263:7,
264:17, 265:25,
270:2, 275:15,
276:16, 288:17,
293:17, 299:25,
300:7, 310:21,
322:6, 323:1,
324:2, 327:13,
338:2, 338:13,
340:7, 340:20,
349:18, 361:10,
361:12
**add**
335:24
**adderall**
261:15, 263:23,
263:24, 264:3,
264:4, 264:7,
264:9
**addison**
303:21
**addition**
347:5
**additional**
342:6, 342:22,
344:4
**address**
240:24, 271:22,

323:14
**administered**
325:16
**administering**
325:1
**admitted**
284:8
**advice**
347:21
**affair**
177:14, 246:23
**affect**
258:5, 269:12,
269:16, 301:24
**affected**
262:5, 262:21,
273:6, 273:7
**affirmed**
174:4
**affixed**
367:13
**afford**
305:2
**afraid**
273:24, 284:12
**after**
175:11, 193:21,
195:1, 201:10,
201:15, 213:22,
222:10, 224:12,
224:18, 235:7,
239:2, 239:3,
252:2, 277:2,
280:7, 288:8,
292:3, 292:8,
293:24, 294:10,
297:16, 310:8,
316:14, 316:16,
320:4, 322:12,
323:9, 328:16,
329:5, 332:2,
339:20, 344:3,
359:14, 364:17,
364:24
**afternoons**
208:11
**afterwards**
285:20

**again**
174:10, 174:22,
174:25, 192:23,
202:6, 202:7,
216:24, 222:7,
244:16, 244:25,
245:3, 291:7,
318:11, 321:8,
329:1, 345:8,
346:7, 346:15,
346:22, 349:16,
356:3, 362:17
**against**
177:22, 207:8,
214:1, 296:7,
299:17, 312:16,
313:2, 356:9
**agencies**
169:10
**agency**
232:15, 267:7,
267:9, 267:19,
276:6
**agent**
225:11, 310:21,
322:13, 328:18,
328:20
**agents**
300:15, 305:12,
333:4
**aggressively**
274:20, 312:23
**ago**
186:23, 195:13,
345:6, 349:22
**agreed**
286:6, 290:16,
291:11
**agreement**
189:24, 190:22
**ahead**
208:3, 249:9,
249:10, 261:12,
272:16, 276:11,
304:6, 341:1,
352:22, 362:4,
362:7
**ail**
189:7, 189:17,

190:22, 191:19,
198:2, 200:13,
207:8, 214:18,
225:12, 232:21,
233:7, 233:11,
233:12, 233:13,
237:13, 247:8,
259:9, 259:24,
260:2, 266:18,
290:17, 290:20,
300:19, 303:25,
320:21, 322:13,
325:2, 350:22,
357:13
**alarmed**
279:3
**alarming**
286:16
**albi**
329:12
**alcohol**
255:23, 256:19,
257:10, 275:23
**allegations**
178:24, 178:25,
207:15, 210:8,
235:10, 240:14,
246:5, 268:10,
270:12, 358:23
**allege**
179:3, 206:5,
209:17, 210:9,
215:4, 222:13,
223:23, 223:24,
224:10, 224:19
**alleged**
179:13, 179:16,
210:11, 210:16,
211:12, 213:10,
219:21, 341:19,
359:19
**alleging**
342:6, 343:17,
343:20
**allotted**
290:8
**allowed**
217:25, 223:6,

252:13, 266:22
**almost**
186:23, 225:1,
262:1, 263:16,
290:5, 295:11,
295:15, 320:4,
320:6
**alone**
274:1, 279:25,
334:13
**along**
182:8
**already**
190:4, 192:25,
216:1, 217:2,
239:20, 246:11,
315:11, 348:4,
349:1
**also**
175:7, 187:7,
213:10, 214:8,
215:3, 217:14,
241:18, 251:4,
258:22, 263:7,
263:8, 265:21,
289:18, 342:2,
343:11, 346:6
**altogether**
215:13
**always**
186:1, 208:18,
255:25, 256:19,
257:18, 274:24,
285:15, 287:13,
300:23, 300:24,
301:3, 301:8,
301:9, 301:10,
301:20, 302:4,
316:3, 318:14,
320:2, 338:4,
361:2
**amazing**
194:16, 264:21,
265:7
**amended**
206:4, 342:3
**american**
169:11

**amount**
357:14
**amy**
171:4, 207:24,
234:2, 361:20
**ands**
288:11
**anger**
261:25, 274:25,
286:20, 313:6
**angry**
337:6, 356:16,
356:18, 357:2
**anguish**
222:15
**ann**
279:10
**annoying**
318:10
**another**
182:20, 183:13,
184:8, 187:12,
197:7, 202:22,
225:2, 280:2,
303:15, 303:17,
310:20, 311:25,
312:2, 320:19,
325:8, 326:16,
329:23
**answer**
179:9, 182:16,
182:17, 190:1,
190:10, 206:13,
206:14, 207:22,
208:1, 208:2,
209:23, 214:15,
215:25, 216:2,
216:6, 217:1,
218:1, 218:2,
218:11, 218:12,
218:15, 218:16,
218:17, 219:17,
261:6, 315:20,
341:22, 341:23,
343:19, 347:1,
347:18, 347:19,
348:16, 348:24,
351:1, 355:18,

356:12, 359:9,
359:18, 363:1
**answered**
189:18, 189:25,
190:4, 190:5,
190:8, 192:24,
192:25, 216:1,
216:13, 216:16,
216:17, 216:25,
217:3, 219:16,
239:20, 289:16,
342:12, 344:22,
347:14, 348:4,
348:15, 349:1,
356:21, 361:23
**answering**
218:13, 347:22,
363:6
**answers**
220:19, 341:11,
341:14, 341:17
**anxiety**
332:17, 360:13
**any**
177:21, 178:23,
178:24, 179:5,
180:5, 191:13,
192:22, 202:20,
206:9, 209:5,
212:4, 213:7,
215:15, 215:20,
216:8, 217:17,
217:23, 219:5,
219:10, 219:17,
221:5, 221:7,
221:10, 222:2,
222:6, 231:17,
232:5, 232:6,
235:21, 237:2,
240:15, 240:18,
247:3, 247:20,
248:7, 248:9,
249:6, 254:15,
257:13, 258:4,
259:18, 270:11,
273:8, 275:24,
278:15, 279:13,
281:9, 282:10,

283:24, 288:1,
292:13, 293:3,
294:22, 295:4,
296:7, 296:22,
299:6, 301:12,
304:6, 305:9,
308:12, 314:18,
316:12, 317:5,
324:25, 328:8,
330:9, 331:25,
339:1, 343:17,
348:16, 351:24,
352:1, 352:2,
354:16, 354:20,
354:21, 356:16,
361:9, 362:17,
366:6, 367:10
**anybody**
192:2, 206:24,
211:5, 214:24,
219:10, 221:2,
223:5, 236:4,
278:18, 280:14,
302:18, 308:16,
317:1, 319:17,
319:21, 325:1,
325:2, 327:6
**anybody's**
334:7
**anymore**
217:10, 237:9,
273:23, 321:5,
324:6
**anyone**
204:7, 212:11,
219:5, 222:9,
223:5, 223:13,
223:20, 246:13,
258:8, 270:10,
273:11, 296:12
**anything**
179:13, 189:3,
193:15, 207:11,
215:10, 218:7,
222:10, 233:9,
239:25, 245:14,
245:15, 246:9,
262:17, 268:9,

271:15, 288:22,
294:4, 299:8,
302:16, 310:18,
311:19, 314:13,
314:14, 320:23,
320:24, 324:8,
346:4, 350:12,
357:9, 357:13,
365:3, 365:7
**anytime**
289:23, 332:4
**anyway**
193:2
**anyways**
341:4
**anywhere**
189:22, 273:16,
281:24, 292:10,
350:5
**apartment**
221:12, 221:13,
221:14, 221:17,
221:25, 312:21
**apologize**
222:1, 276:12
**apologized**
316:16
**apologizing**
276:10
**app**
317:24
**apparent**
340:4
**apparently**
302:1, 306:18,
337:4, 339:15
**appear**
210:18, 366:6
**appearance**
210:18
**appearances**
350:20, 350:24
**appears**
242:4
**applied**
231:17, 231:20,
232:6
**apply**
231:18, 232:8

**appointment**
253:24
**appointments**
253:24
**approximate**
326:23
**approximately**
303:16
**april**
191:25, 206:10,
301:12
**aren't**
232:21, 362:23
**arias**
169:9, 169:10,
208:6, 266:19,
267:9, 270:11
**around**
174:17, 191:24,
193:11, 196:5,
211:18, 214:19,
227:19, 229:3,
245:23, 247:17,
250:9, 254:2,
255:20, 269:24,
270:24, 299:3,
299:4, 299:19,
302:7, 302:21,
303:12, 305:3,
315:3, 323:10,
327:2, 330:6,
330:18
**art**
300:14
**aside**
322:11, 326:20
**asked**
177:7, 189:18,
189:25, 190:8,
192:23, 192:24,
204:4, 205:2,
215:1, 216:13,
216:16, 216:21,
216:24, 219:16,
222:1, 247:16,
247:20, 248:2,
250:4, 258:25,
261:6, 261:9,

264:16, 266:6,
266:11, 267:15,
267:20, 272:4,
278:14, 284:9,
289:16, 294:8,
303:15, 303:17,
304:3, 310:5,
322:20, 324:5,
344:22, 347:13,
348:3, 348:6,
348:15, 348:16,
348:24, 353:2,
356:21, 356:24,
361:22
**asking**
179:10, 179:12,
194:19, 202:18,
217:22, 246:19,
276:21, 307:13,
313:12, 314:13,
348:19, 353:6,
355:10, 360:10,
361:24, 361:25,
362:5
**ass**
182:1, 187:8,
209:25, 260:5,
338:5, 343:21
**assault**
211:25, 214:8,
240:10, 240:14,
250:2, 278:1,
304:9, 325:12,
341:20
**assaulted**
179:4, 280:15,
325:17
**asses**
338:6
**assistant**
242:15
**associated**
326:8
**assume**
194:25, 210:1,
229:21, 273:1,
357:3
**assuming**
215:14

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023                54

**assumption**
219:13
**attached**
173:4, 173:5,
173:6, 173:7,
173:8, 173:9,
181:9, 181:14,
183:16, 184:11,
184:22, 186:18,
187:15, 187:22,
194:4, 196:21,
197:9, 197:21,
199:2, 199:12,
199:24, 200:20,
201:7, 202:25,
203:24, 366:6
**attack**
332:13, 332:17
**attempt**
270:11, 281:23
**attention**
320:17, 345:17
**attorney**
181:12, 217:14,
217:19, 269:9,
269:19, 271:16,
321:21, 322:11
**attorney's**
321:22
**august**
196:4, 202:23,
206:15, 209:4,
209:5, 209:6,
220:3, 268:22,
284:18, 294:6,
320:8, 327:22,
327:25, 328:1,
341:25, 344:21,
344:24
**authorization**
291:20
**authorizing**
292:23, 292:24
**avenue**
171:7
**avoid**
272:25, 356:18
**aware**
189:10, 210:8,

213:24, 214:2,
214:21, 341:8,
349:11, 352:1,
352:7
**away**
237:15, 238:15,
350:2, 359:12
**awesome**
185:14
**awhile**
256:10

**B**

**baby**
333:25
**back**
174:16, 176:18,
182:3, 192:20,
195:19, 234:6,
237:5, 264:6,
270:19, 271:23,
277:11, 279:4,
280:6, 281:4,
281:5, 284:3,
284:5, 290:3,
316:2, 321:7,
324:23, 328:14,
328:17, 340:8,
341:1, 344:1,
345:23, 347:7,
349:4, 350:21,
354:3, 363:11
**background**
174:25
**backpack**
264:11
**bad**
204:25, 205:20,
205:21, 240:11,
248:10
**badge**
194:14
**badger**
194:15
**baggy**
361:2
**bank**
290:16

**bannister**
192:9, 253:4,
358:18
**bar**
243:1, 246:18,
288:7
**barely**
273:8
**barricaded**
275:18, 323:12
**basically**
294:24, 297:2
**basis**
249:18, 249:19
**bathroom**
204:4, 326:21,
329:9, 332:15
**battered**
179:5
**battery**
341:20
**bb**
254:1
**became**
195:1, 195:15,
292:16, 302:4
**because**
174:18, 175:9,
177:8, 177:10,
177:23, 178:5,
188:12, 188:13,
191:11, 194:14,
213:4, 218:19,
220:2, 223:18,
224:20, 224:21,
224:25, 225:15,
225:22, 226:5,
227:1, 231:13,
232:15, 233:3,
238:11, 240:7,
240:12, 240:25,
246:4, 246:7,
246:9, 246:23,
247:2, 247:17,
252:13, 253:10,
262:8, 264:11,
265:10, 267:4,
269:12, 272:22,

273:9, 273:23,
274:1, 275:10,
275:20, 276:6,
280:6, 280:8,
284:11, 286:14,
291:3, 291:19,
296:25, 297:4,
300:24, 301:20,
302:10, 303:12,
304:5, 304:7,
304:9, 304:23,
306:17, 306:18,
307:15, 307:16,
308:18, 308:22,
309:9, 312:15,
314:22, 315:10,
316:16, 316:19,
318:11, 321:5,
321:11, 321:12,
321:24, 329:1,
332:13, 337:12,
339:3, 339:14,
340:4, 345:7,
346:7, 346:12,
346:14, 346:22,
348:25, 356:15,
356:25, 361:5,
364:18
**become**
195:8, 195:21,
286:12, 311:9
**bed**
329:13
**been**
186:2, 190:8,
204:18, 215:11,
219:2, 224:21,
225:2, 229:22,
233:19, 237:10,
241:23, 247:7,
295:15, 300:14,
300:19, 301:10,
322:5, 334:14,
350:15, 350:19,
350:24, 353:11,
353:12, 353:20,
353:21, 356:3,
356:7, 358:13,

359:3, 359:4,
361:22
**beer**
285:12
**beernesser**
261:2
**beers**
177:3
**before**
170:12, 174:19,
195:6, 215:11,
218:19, 219:3,
220:1, 222:7,
241:7, 257:17,
258:10, 262:25,
263:4, 269:18,
274:7, 294:6,
296:15, 296:17,
301:12, 329:10,
341:4, 367:2
**begin**
228:17, 344:12
**beginning**
175:24, 176:5,
191:22, 194:20,
194:24, 227:20,
228:22, 228:24,
259:8
**behalf**
171:3, 171:10,
174:7, 245:17,
341:6
**behaved**
309:9
**behavior**
305:5
**behaviors**
338:3
**behind**
273:16
**being**
174:4, 185:12,
193:20, 194:15,
194:19, 228:10,
243:17, 250:1,
255:18, 258:1,
264:20, 274:2,
277:24, 280:15,

288:2, 289:13,
294:13, 300:15,
306:4, 306:18,
310:18, 315:2,
322:5, 335:23,
348:9, 355:19
**beings**
362:9
**believe**
176:6, 176:25,
179:18, 190:5,
190:7, 195:11,
202:10, 206:16,
212:12, 214:17,
220:17, 222:4,
226:16, 227:4,
227:9, 227:20,
228:1, 232:19,
234:17, 234:19,
235:20, 236:19,
238:20, 239:6,
241:7, 243:3,
243:6, 245:22,
252:9, 253:4,
258:18, 259:14,
275:5, 275:8,
278:18, 279:21,
292:9, 300:3,
324:7, 326:20,
326:24, 327:3,
327:21, 329:24,
330:11, 333:12,
339:20, 342:21,
352:8, 357:20,
359:21, 360:13
**belly**
250:7, 254:2
**belongs**
227:13
**ben**
174:11, 248:1,
259:3, 264:16,
276:21, 278:14
**benefit**
266:12, 302:6,
311:14
**benefits**
237:12, 238:18,

238:19
**benjamin**
171:11
**beside**
283:7
**best**
227:9, 305:16,
306:18
**bet**
254:6, 254:7,
254:8, 255:2
**beth**
301:6, 303:4,
314:20, 315:20,
315:23, 316:14,
317:1
**better**
185:14, 259:7
**between**
182:21, 187:13,
188:4, 190:22,
191:18, 231:2,
235:3, 342:20,
343:23, 344:24,
353:22, 359:15
**beyond**
185:5, 219:4,
222:8, 313:17,
330:18
**biased**
271:17
**big**
261:16, 277:7,
277:17, 287:11,
340:6
**bigger**
260:5
**biggest**
223:7, 291:8
**bikini**
255:16
**bikinis**
250:15
**bipolar**
338:25, 339:10
**birthday**
200:24
**bit**
174:17, 178:9,

228:20, 234:8,
237:5, 238:13,
345:6, 350:3
**bitch**
211:19
**bitches**
286:15
**blackmore**
235:14, 235:15,
236:21
**blame**
294:24
**blew**
335:4
**blink**
191:16
**blow**
178:18, 266:6,
290:4
**blowing**
288:24, 289:1
**boan**
196:14, 196:22,
197:10, 197:22,
199:3, 199:18,
200:1, 200:21,
203:6, 203:21,
204:12, 229:22
**boner**
208:19
**bonus**
301:25
**bonuses**
301:24
**boobs**
210:2, 260:4
**book**
314:7, 314:9,
314:11
**booked**
253:24
**borrowed**
329:8
**boss**
185:4, 188:7,
293:14, 293:15,
337:12
**boston**
349:25

**both**
205:15, 229:1,
241:23, 281:6,
353:11, 359:25
**bottle**
256:9
**bottles**
361:1
**bottom**
181:23, 194:12
**bought**
278:2
**bounced**
270:19, 271:23
**box**
314:8
**boyle's**
326:17
**brandon**
212:18
**break**
233:25, 252:14,
252:16, 315:8,
324:13, 324:14
**breakdown**
177:10
**breakdowns**
273:12
**breaks**
316:11, 316:12
**breathe**
274:23
**brent**
224:14, 290:19,
291:1, 291:19,
293:20, 294:1
**brett**
293:24
**bridgeville**
331:18, 331:20
**bringing**
345:17
**brittany**
309:25
**brody**
303:21
**brought**
214:8, 289:23,

291:9, 362:20
**bruit**
307:7
**buck**
294:13
**bucks**
364:4
**building**
171:6, 221:14,
221:18, 250:9
**built**
269:23
**bunch**
177:11, 203:2,
260:18, 277:8,
311:7, 313:24
**burks**
192:11, 212:17,
261:1, 272:18
**business**
190:25, 211:2,
211:4, 232:23,
238:13, 253:14,
266:12, 269:13,
269:17, 294:5,
313:23, 314:22,
316:4, 318:14,
320:18, 350:1
**businesses**
221:10
**buster's**
332:7, 332:12,
332:22, 364:23
**buts**
288:11
**butt**
338:14
**buttoned**
234:9
**buttons**
250:7, 254:2
**buy**
246:14, 263:12,
264:1
**buying**
265:8

| C |
| --- |
c-r-i-v-e-l-l-i
198:19

**cabaret**
257:16
**call**
175:4, 196:10,
200:25, 208:14,
212:9, 227:12,
232:1, 236:15,
236:20, 252:3,
256:23, 294:7,
294:10, 298:11,
298:15, 300:3,
315:3, 315:6,
315:21, 316:8,
336:9, 355:11
**call-out**
253:17, 253:18,
254:11, 298:21
**call-outs**
253:22, 254:3,
254:10, 254:16
**called**
196:7, 224:11,
225:15, 226:5,
231:22, 234:18,
251:25, 253:21,
257:16, 257:17,
261:16, 267:7,
277:17, 299:18,
315:23, 316:15,
317:21, 355:5,
355:25
**calling**
223:25
**calls**
189:12, 277:21,
305:6, 307:11,
307:22, 313:10,
339:18, 355:9
**came**
176:8, 189:4,
246:2, 270:13,
290:15, 293:9,
308:6, 329:9,
361:2
**camera**
280:6
**cameras**
221:15, 280:9

**can't**
185:4, 224:23,
225:8, 225:9,
226:9, 228:12,
232:25, 233:1,
233:3, 235:13,
235:25, 242:13,
257:15, 264:17,
270:14, 275:5,
282:2, 303:11,
311:24, 320:16,
333:9, 334:22,
343:8, 351:1
**cancel**
292:18
**cannot**
355:1
**canonsburg**
331:17
**capable**
218:20, 219:1
**caps**
184:15
**car**
207:17, 207:20,
219:23, 219:25,
220:2, 221:3,
221:20, 222:5,
222:7, 250:16,
255:22, 273:10,
274:1, 274:4,
274:7, 274:11,
279:25, 281:19,
281:21, 284:3,
284:5, 288:13,
288:17, 322:17,
322:21, 323:7,
343:16, 352:11
**card**
220:13
**cards**
177:8
**care**
248:21, 269:5,
320:3, 355:18
**career**
191:22, 259:9,
259:23, 260:2,

303:6
**carrie**
328:9, 328:17,
329:3
**cars**
255:16
**case**
214:11, 214:12,
240:4, 267:5,
367:10
**casey**
306:13, 306:16
**cater**
188:7, 188:10,
188:16
**cause**
210:18, 222:15,
273:3, 293:16
**causes**
215:5, 273:4
**causing**
219:23, 273:17
**cavo**
193:17, 257:9
**celebrating**
194:15, 264:20
**certain**
180:8, 201:23,
202:2, 210:3,
229:18, 229:20,
254:8, 265:10,
267:15, 267:16,
290:8, 295:20,
295:22, 300:15,
301:21, 302:1,
318:12, 357:14
**certificate**
367:1
**certify**
367:4
**chad**
225:8
**chair**
206:20
**chance**
238:16, 359:15
**change**
181:3, 230:2,

254:20, 254:25,
255:7, 290:17
**changed**
230:4, 291:15,
291:17, 291:19,
343:23
**character**
214:4, 319:1,
319:19
**charged**
221:2
**charges**
291:13
**chat**
203:22
**cheated**
246:4, 246:6,
247:3, 247:9
**cheating**
297:7, 313:25
**cheerleaders**
257:15
**cheese**
328:13, 328:14,
328:23
**cherburko**
220:19
**child**
289:25
**chilling**
182:25
**choked**
222:21, 338:16
**chokehold**
274:21
**choking**
223:16
**chris**
212:18, 224:13,
258:18, 272:19
**christianson**
325:4
**christie**
270:14, 270:16,
271:5, 309:25
**christina**
212:19, 224:13,
272:19, 308:8

**chuck**
212:17, 225:7,
225:19, 225:20,
226:13, 226:21,
226:24, 227:13,
228:3, 228:4,
228:16, 232:9,
232:13, 263:19,
263:25, 264:2
**chug**
256:4, 256:9,
256:12
**chunky**
338:9
**cialis**
208:20, 260:8,
260:13, 260:15,
260:22, 360:23,
361:3, 361:12,
361:13
**city**
243:2
**civil**
169:4, 175:20
**claim**
203:9, 203:11,
205:2, 205:8,
214:5, 217:24,
240:16
**claimed**
203:17
**claims**
177:21, 178:5,
209:16, 214:1,
214:25, 234:13,
240:3, 341:20,
345:17
**clarify**
230:20, 350:23
**clear**
191:11, 212:2,
223:8, 223:10,
223:12, 233:20,
245:21, 265:5,
268:15, 307:16,
319:5, 325:15
**clearly**
201:11, 233:8,

275:22, 316:1
**client**
290:20, 290:22,
292:17, 293:8
**close**
175:13, 223:19,
231:7, 234:17
**club**
193:18, 285:16,
285:21, 285:22,
285:23, 286:4,
286:9, 287:14,
288:3, 288:10,
288:23, 354:7,
354:13, 354:14,
356:20, 357:6
**clubs**
193:16, 193:17,
257:13, 257:14,
257:18, 350:11
**clue**
354:16
**cocaine**
261:13, 263:22
**cocina**
204:11, 204:19
**code**
282:3
**coded**
232:21, 300:13,
300:15, 300:18,
300:19, 300:22,
300:24, 301:2,
301:3, 301:5,
301:8, 301:10,
301:13, 301:16,
302:10, 303:4,
310:4, 314:19,
344:18, 344:20
**codes**
301:4
**coding**
301:21
**coffee**
233:25
**cohen**
272:19, 308:8
**cohesive**
174:19

Transcript of Reneé Zinsky - Volume II
Conducted on February 22, 2023

58

coke
263:21, 263:22,
289:1, 289:3,
289:5, 289:7
colin
192:9, 253:4,
255:7, 261:1,
308:23, 358:18
collected
276:23
collection
277:13, 277:14,
277:15
colloquially
283:21
come
183:2, 212:11,
223:14, 237:8,
237:16, 275:12,
304:17, 304:20,
305:12, 312:16,
312:23, 336:19,
336:25, 339:9,
342:18, 344:4,
344:7
comes
180:9, 209:9,
359:5, 359:10
comfortable
223:20
coming
222:9, 261:25,
290:15, 291:10,
293:17, 309:7
comment
317:13, 317:15,
317:17, 317:22,
322:11, 349:5,
349:8
comments
260:3, 338:3,
338:7, 349:12,
349:14
commission
258:7, 367:18
common
257:11, 263:18,
292:25, 293:6,

314:1
commonwealth
170:13
communicate
189:2
communicated
226:22, 354:1
communicating
228:19
communications
237:2
company
169:13, 231:21,
233:17, 237:12,
292:20, 296:15
compared
230:10
comparison
230:17
compensation
251:15
complaint
178:24, 179:4,
179:13, 179:17,
206:4, 210:9,
210:16, 213:10,
214:21, 215:3,
219:21, 222:13,
223:23, 268:10,
270:12, 342:3
complete
256:4, 366:5
completed
323:18
completely
198:23, 209:1,
224:25, 225:4
complex
221:25, 312:22
compliments
228:8
concept
343:22
concerned
279:16, 297:1
concerns
289:19, 290:25,
295:5, 314:25

concerts
350:11, 350:13
concluded
235:9, 235:17,
288:9
conclusion
189:13, 335:25
conditions
240:19
conduct
239:14, 319:14
conference
327:19, 327:25
confined
273:10
confirm
362:22
consensual
310:16
consent
342:2
considered
232:14, 272:5,
294:25
constant
211:15
constantly
273:13, 273:15
consulting
231:21, 233:14
contact
343:14, 343:18,
343:19, 344:4
contacted
279:2, 279:5,
279:8, 279:10,
290:24
continue
180:18, 180:21,
180:22, 320:21,
340:8, 340:18,
346:12
contract
189:7, 189:9,
189:10, 189:16,
189:20, 189:22,
190:13, 190:20,
192:14, 192:18,

192:19, 225:11,
233:20, 233:22,
351:9, 351:12,
351:15, 351:18,
352:2, 357:14
contractor
325:3
contracts
191:18, 192:22,
231:13, 351:16,
351:25
control
180:8, 230:1,
251:18, 286:22,
339:11, 354:21
controlled
342:1
conversation
179:6, 226:15,
226:17, 226:20,
227:5, 227:7,
227:18, 227:24,
234:15, 239:3,
239:4, 296:24,
360:7
conversations
226:12, 228:17
cop's
220:13
copies
241:11
cops
275:19
copy
220:11, 220:21
corn
267:21, 288:8
corner
242:8
correct
179:17, 179:18,
188:13, 193:24,
197:6, 208:8,
209:13, 210:9,
210:10, 210:12,
210:20, 213:15,
214:22, 214:23,
217:16, 220:23,

224:2, 225:13,
225:17, 227:16,
228:23, 231:6,
246:24, 246:25,
248:25, 255:19,
259:19, 259:25,
264:7, 267:7,
267:13, 268:11,
269:4, 269:10,
272:11, 276:17,
276:18, 277:16,
278:7, 278:12,
281:16, 281:19,
283:23, 291:14,
292:25, 294:2,
294:21, 297:23,
307:1, 309:12,
309:15, 311:22,
318:19, 320:9,
322:18, 327:22,
330:4, 337:20,
337:24, 341:12,
342:24, 343:9,
349:6, 349:7,
349:10, 349:12,
352:18, 354:11,
360:24, 366:4,
367:5
**corrections**
366:6
**correctly**
236:14
**cory**
307:7
**costs**
296:4
**could**
177:7, 180:7,
191:13, 198:5,
204:23, 211:5,
213:19, 214:24,
227:23, 229:22,
232:20, 232:23,
242:15, 249:23,
250:1, 252:15,
252:17, 254:11,
258:4, 266:12,
268:25, 272:21,

290:6, 292:11,
306:3, 306:7,
315:10, 317:19,
322:1, 322:6,
334:10, 334:23,
335:3, 339:14,
343:7, 353:11,
354:13, 355:5,
355:23, 355:25,
356:17, 356:24
**couldn't**
244:23, 269:19,
272:25, 274:23,
284:3, 288:19,
299:6, 305:2,
316:11, 323:17,
340:8, 355:13,
355:20, 357:8
**counsel**
182:5, 367:9
**counseling**
241:14, 241:15,
241:17
**couple**
177:8, 208:25,
229:9, 234:9,
240:23, 257:10,
261:14, 303:10,
315:15, 321:23,
350:13
**course**
185:11, 251:16
**court**
169:1, 181:2,
190:17, 348:22,
365:11
**coworkers**
213:14
**cozza**
170:4, 171:12,
171:13, 176:10,
178:2, 179:12,
179:15, 180:3,
182:10, 182:17,
185:22, 186:5,
188:14, 189:15,
190:7, 190:12,
190:19, 192:17,

195:7, 195:24,
201:22, 205:6,
205:25, 208:22,
210:7, 212:7,
213:5, 215:19,
215:24, 216:2,
216:17, 216:21,
217:1, 217:12,
218:13, 218:21,
220:10, 220:20,
222:23, 225:5,
226:11, 228:14,
230:16, 231:19,
233:2, 238:6,
245:16, 248:16,
249:3, 249:13,
261:6, 261:10,
289:16, 295:6,
313:10, 324:12,
324:17, 324:19,
346:18, 347:3,
348:1, 348:11,
349:3, 351:23,
352:16, 354:2,
355:10, 355:21,
357:19, 358:9,
359:22, 360:21,
362:1, 362:5,
362:11, 363:12,
364:5, 365:5
**crab**
299:2, 299:3
**cranberry**
241:8, 241:18,
241:22
**crazy**
178:21, 301:25
**credit**
306:23
**crime**
341:9
**criminal**
294:1
**crissy**
271:6
**crivelli**
198:11, 198:15,
198:18

**cross**
348:21
**crotch**
281:2, 281:6
**crying**
246:17, 316:6
**cryptic**
215:5
**cult**
295:12, 295:15,
295:19, 296:2
**culture**
265:5, 267:2,
313:16
**current**
274:7, 274:10
**customer**
290:20
**customer's**
292:23
**customers**
296:17
**cut**
174:18
**cute**
260:5

|  D  |
| :-: |

**dad**
240:5, 240:7,
275:20, 275:21,
321:20
**daily**
189:1, 249:18,
249:19, 261:19,
334:5, 349:5,
349:8
**damages**
224:19, 240:16
**dance**
267:21
**danger**
356:23
**dara**
309:20, 309:21
**date**
186:3, 191:24,
194:18, 206:7,

209:5, 209:7,
227:6, 303:19,
325:1, 325:16,
325:20, 326:23,
341:19, 343:4,
343:8, 343:10,
366:10
**date-wise**
227:10
**dated**
194:17, 202:23
**dates**
206:9, 209:9,
209:11, 342:4,
342:6, 358:20,
359:5, 359:6,
359:7, 359:10,
359:11
**dave**
192:9, 258:19,
261:1, 308:23,
332:7, 332:11,
332:22, 364:23
**david**
192:11, 212:17,
255:8, 260:25,
272:18
**day**
208:9, 208:15,
223:19, 231:5,
231:18, 249:8,
252:15, 260:19,
263:2, 263:4,
263:16, 273:5,
273:12, 295:11,
318:5, 320:4,
331:3, 336:14,
338:12, 340:19,
342:16, 344:8,
367:13
**days**
231:3, 265:25,
276:14
**dead**
183:3, 222:18
**debbie**
236:6, 236:7,
236:9, 236:12,

237:6
**december**
175:2, 227:8,
227:19, 228:25,
236:18, 237:1
**decision**
191:9, 191:12,
337:19
**deductions**
290:15
**defamatory**
224:20
**defamed**
223:24, 223:25
**defend**
213:25
**defendant**
342:1
**defendants**
169:14, 171:10,
174:7, 341:6
**definitely**
182:9, 202:13,
206:16, 258:20,
321:13, 349:15
**deleted**
210:3, 335:20,
336:11
**delivery**
328:25
**demoted**
312:8
**department**
220:25
**depended**
253:13
**depends**
212:9
**deponent**
361:25, 366:1
**depose**
207:23
**deposition**
169:17, 170:1,
174:22, 180:16,
261:10, 297:19,
343:12, 344:3,
367:3

**depositions**
359:15
**depth**
178:16
**describe**
206:17, 209:18,
210:21, 211:14,
213:16, 215:6,
222:16, 224:20,
246:16
**designated**
221:21
**destroyed**
275:25
**destroying**
275:24
**detail**
178:11, 178:21
**details**
240:6
**determination**
362:24
**develop**
175:11
**diagnosed**
360:12, 360:14
**diaper**
255:21
**diapers**
249:24
**dick**
239:17, 259:12,
259:13
**die**
201:13, 306:19
**different**
178:15, 226:22,
252:14, 268:14,
282:2, 301:18,
302:10
**differently**
299:15
**dig**
213:18
**dinner**
285:4, 350:9,
350:10
**diolis**
310:9

**direct**
215:24, 216:21,
217:23, 266:12,
301:4
**directed**
191:6, 212:2,
212:12, 212:13
**direction**
210:5, 256:14,
256:21, 367:7
**directly**
212:6, 213:7,
251:15, 278:12,
310:12
**dirt**
213:18
**disappears**
337:17
**disappointed**
302:15
**discipline**
302:13
**disclose**
351:24, 352:2,
353:14
**discouraged**
315:11
**discovery**
181:12, 220:7,
351:24
**discretion**
251:19
**discussed**
178:20
**discussion**
181:7, 364:13
**discussions**
229:5
**disloyal**
294:25
**disorder**
360:13
**disparaging**
213:12
**distress**
341:22
**distributor**
285:12

**district**
169:1, 169:2
**disturbed**
204:6
**divorce**
247:21
**divulge**
214:12
**doctor**
362:20, 363:3,
364:17, 364:24
**document**
182:5, 202:9,
235:21
**documents**
239:21
**dogs**
313:25
**doing**
183:1, 186:1,
207:12, 233:14,
233:15, 233:16,
250:16, 253:18,
261:4, 261:8,
263:10, 263:11,
277:2, 289:3,
289:5, 289:7,
293:21, 306:24,
321:12, 346:13
**dollar**
255:2
**dollars**
269:25, 288:25,
291:10
**donate**
185:6, 185:9
**donation**
185:13, 185:23,
186:8
**donations**
186:1
**done**
180:24, 206:13,
207:21, 217:6,
219:2, 222:6,
231:16, 293:19,
300:6, 340:7,
345:11, 345:16,

346:1, 348:9
**door**
275:19
**doorbell**
221:7
**doors**
312:22
**doug**
223:3, 258:19,
258:21, 258:22,
333:17
**down**
187:2, 276:8,
289:24, 299:2,
306:2, 312:22
**downloaded**
356:2
**drank**
329:9
**drawer**
256:11
**dreams**
182:1
**dressing**
249:24
**drew**
247:10
**drink**
246:14, 255:24,
256:7, 261:17,
328:6, 329:10,
329:16, 330:1,
330:20, 333:20,
342:2, 342:7
**drinking**
289:1, 329:24,
330:19
**drinks**
177:8, 256:3,
285:12, 330:21,
332:16
**drive**
170:5, 171:14
**driven**
288:2
**driving**
284:22, 285:6,
288:14, 288:17

**drove**
274:5, 274:9,
284:5, 284:23
**droves**
239:13
**drug**
262:1, 325:16,
325:20
**drugged**
310:19, 310:20,
329:23, 330:10,
332:1, 332:8,
357:21, 358:15,
364:22
**drugging**
310:24, 327:17
**drugs**
261:4, 261:8,
263:8, 263:13,
275:23, 287:17,
314:2, 325:1,
362:2
**dude**
275:16
**due**
289:14
**duly**
174:4
**dumb**
201:1
**during**
179:6, 181:12,
206:6, 207:18,
234:14, 256:16,
256:19, 256:23

**E**

**each**
175:20, 190:18,
229:5, 283:7,
283:12, 312:22,
353:25
**earlier**
241:16, 268:8,
345:4, 352:6,
364:15
**early**
208:11, 259:23,

260:1
**easier**
180:20
**easy**
180:21
**eat**
252:17, 307:6,
328:14
**effect**
258:25, 259:5,
335:3
**effects**
326:2, 326:4,
326:11
**ego**
249:12, 249:20
**either**
204:25, 206:19,
227:8, 228:25,
237:5, 238:18,
353:8
**elaborate**
313:21
**else**
191:7, 192:2,
207:2, 212:18,
225:9, 226:2,
226:8, 235:4,
236:4, 239:25,
242:21, 244:3,
245:14, 246:13,
247:17, 253:16,
257:17, 258:19,
270:11, 271:15,
276:4, 278:19,
280:14, 281:24,
292:10, 302:18,
308:16, 308:21,
309:3, 309:17,
311:23, 315:10,
317:1, 333:16,
334:7, 347:5,
350:5, 354:10,
355:16
**else's**
214:3
**email**
237:4, 237:7,

238:22, 238:24,
239:1, 270:13,
270:15, 270:19,
270:23, 271:22,
292:4, 293:13,
365:12, 365:13,
365:14
**emailed**
237:22, 292:8
**emails**
237:4, 239:9,
239:24, 292:4
**embarrassing**
187:7
**emily**
194:14, 194:23
**emoji**
215:9
**emojis**
181:23, 203:2
**emotional**
247:23, 273:12,
341:21
**employed**
214:18, 222:14,
303:23, 367:9
**employee**
192:6, 280:2,
280:6, 325:3,
351:20
**employees**
280:13, 357:3,
357:6
**employer**
266:17, 266:18,
278:24, 279:2,
351:19, 352:3
**employer's**
279:1
**employing**
233:18
**employment**
210:19, 300:7,
351:8, 351:11,
351:14, 351:18
**encounter**
326:17
**encounters**
313:9

**encourage**
321:18
**end**
177:2, 181:24,
193:11, 195:10,
195:23, 196:1,
225:3, 226:16,
227:19, 228:24,
301:6, 303:4,
314:23, 327:1,
330:14, 335:22,
340:2
**ended**
266:9, 288:2,
300:7, 320:2
**engage**
335:23
**engaged**
305:17
**engagement**
317:14
**enjoy**
260:2
**enjoyed**
193:22, 194:19,
259:1, 283:18
**enjoying**
193:7
**enough**
178:21, 254:24
**enraged**
286:12, 305:16,
337:9
**entail**
257:24
**entertainment**
350:12
**entire**
207:20, 208:17,
246:17
**entrance**
280:7
**erect**
206:18, 207:16,
260:6
**errata**
366:6
**escorted**
279:7

**especially**
292:15, 330:19
**esquire**
171:4, 171:11,
171:12
**essentially**
257:25, 267:23,
311:18, 318:12,
346:3, 350:4
**establish**
218:25
**evans**
301:6, 314:20
**even**
197:2, 197:3,
205:22, 216:7,
229:12, 232:21,
242:25, 256:6,
264:10, 272:20,
272:24, 294:21,
303:11, 321:22,
322:10, 333:3,
334:14, 345:21,
347:1, 354:21,
363:6
**evening**
286:4, 325:17
**event**
331:21, 331:22
**events**
193:9, 193:13,
193:14, 193:21,
195:1, 195:8,
195:14, 257:6,
257:8, 259:7,
262:15, 281:16
**eventually**
292:19, 320:15,
320:18
**ever**
180:5, 185:23,
186:6, 188:15,
191:17, 203:9,
203:17, 204:18,
208:23, 213:7,
219:7, 222:18,
222:20, 224:3,
224:7, 238:7,

247:7, 251:21,
255:23, 255:24,
262:5, 263:12,
264:4, 266:1,
266:17, 269:18,
270:2, 270:10,
274:16, 278:6,
280:14, 281:23,
289:23, 291:11,
294:4, 295:12,
299:8, 301:15,
302:9, 302:18,
305:5, 314:14,
314:18, 314:24,
318:22, 318:25,
319:7, 319:17,
319:18, 319:21,
320:23, 321:14,
322:21, 323:6,
324:8, 333:22,
334:7, 334:16,
334:19, 335:9,
338:21, 339:12,
351:8, 351:11,
351:14, 352:13,
359:3
**every**
191:11, 192:6,
208:13, 231:18,
248:20, 249:7,
263:16, 287:4,
287:5, 295:11,
297:21, 318:5,
320:4, 338:12,
340:19, 342:16,
344:8
**everybody**
248:24, 250:15,
333:5
**everyday**
175:15
**everyone**
182:9, 190:17,
201:10, 201:14,
224:14, 224:15,
225:1, 247:16,
261:2, 263:20,
274:8, 286:21,

302:25, 305:10,
312:5, 314:2,
314:8, 327:8,
331:10, 331:13,
331:15, 332:8,
339:25, 348:22
**everyone's**
224:8
**everything**
180:9, 181:3,
185:10, 212:2,
218:4, 218:6,
220:14, 234:19,
234:23, 268:18,
269:6, 269:24,
286:18, 290:5,
314:23, 316:19,
318:8, 320:5,
321:10, 321:25,
339:15, 342:17,
347:5, 353:15,
353:16, 359:5
**everywhere**
247:15, 280:9
**evidence**
215:15, 215:20,
216:9, 216:14,
216:22, 217:6,
217:17, 217:23,
218:3, 218:5,
218:9, 218:18,
218:23, 218:24,
219:3, 277:15,
362:18
**ex-girlfriend**
325:6
**exact**
188:24, 191:14,
215:9, 286:21,
306:14, 341:18,
343:4, 343:9,
345:4, 348:17,
348:23, 349:1
**exactly**
178:20, 210:23,
266:7, 287:2,
314:12, 315:19,
319:11

**exam**
175:6, 175:8
**examination**
172:2, 174:7,
245:17, 341:6
**examined**
174:6, 366:3
**example**
178:17, 191:3,
251:3, 253:2,
255:1, 266:5,
293:8, 293:9,
293:10, 299:1,
301:23, 303:3
**examples**
249:1, 253:1,
254:12, 254:15,
277:21, 293:4,
296:22, 318:12
**exchange**
237:5
**excuse**
190:17, 232:12,
343:21, 348:22,
352:7
**exhibit**
172:7, 173:2,
180:14, 180:15,
181:8, 181:13,
183:14, 183:15,
184:9, 184:10,
184:20, 184:21,
186:16, 186:17,
187:12, 187:14,
187:20, 187:21,
194:1, 194:3,
196:19, 196:20,
197:7, 197:8,
197:19, 197:20,
198:25, 199:1,
199:10, 199:11,
199:22, 199:23,
200:18, 200:19,
201:5, 201:6,
202:24, 203:20,
203:23, 243:13,
244:11, 244:14,
244:18, 245:5,

245:6
**exhibits**
243:14
**expect**
185:6, 320:14
**expected**
174:15, 188:7,
188:25, 296:21,
297:20, 307:2,
320:15, 320:18
**experience**
178:10, 201:12,
205:20, 205:21,
291:6, 291:10,
326:5
**experienced**
207:1, 218:7,
218:8, 218:19,
281:6, 289:23,
340:10, 340:11,
340:12
**experiences**
178:13, 204:25,
304:6, 310:13
**experiencing**
326:8
**expires**
367:18
**explain**
238:2, 238:19,
246:1, 253:19,
254:18, 256:1,
267:18, 274:18,
290:13, 301:5,
305:8, 305:17,
312:19
**explained**
362:2
**exposed**
274:2
**expressly**
296:19
**extent**
240:11, 307:12,
307:23, 307:24,
313:11, 339:19,
353:19, 358:24
**eye**
191:16

**eyes**
216:12, 254:24,
261:22

**F**

**f-ya**
182:1
**fabricated**
203:9, 203:11
**face**
183:20, 200:3,
250:11, 281:6,
282:23, 293:22
**facebook**
275:6, 275:14,
275:16, 275:17,
323:9, 323:11,
339:20
**facetime**
298:10
**fact**
355:1, 355:23,
361:21, 362:16,
362:18
**facts**
306:25
**fair**
246:15, 247:23,
249:9, 249:11,
249:15, 252:20,
289:14, 347:15
**fake**
215:12, 216:20,
266:1, 268:6,
271:22, 318:23,
319:3
**false**
179:4, 205:8,
213:12, 240:14,
341:20
**falsely**
203:17
**familiar**
181:15, 182:22,
183:17, 184:12,
184:23, 184:25,
186:19, 187:16,
187:23, 194:5,

196:15, 205:10,
205:15, 242:5,
270:21
**far**
185:13
**fat**
277:7, 277:17,
299:12, 299:13
**favorite**
261:14
**fear**
248:7, 248:8,
248:9, 273:3,
273:4, 340:14,
340:18
**feared**
180:1, 180:2,
180:4, 180:5,
180:6, 180:7,
180:9, 182:7,
183:10, 184:4,
340:16
**february**
169:19, 195:14,
195:16, 195:19,
195:22, 236:22,
349:22, 354:6
**fed**
246:6
**feel**
174:12, 206:21,
223:20, 271:11,
274:1, 274:14,
330:15
**feeling**
322:6, 322:8,
330:16, 330:22,
330:23, 332:14
**felon**
294:3
**felt**
189:3, 248:10,
271:17, 304:7,
306:7, 316:16,
316:18, 326:13,
330:18, 330:25,
355:6, 355:12,
355:13, 356:13,

356:23
**females**
282:11, 338:19
**ferrari**
212:17, 225:7,
225:19, 225:21,
232:9, 263:19
**few**
195:13, 234:11,
242:1, 276:14,
312:22, 315:22,
343:15
**fiancées**
314:1
**fields**
241:20
**fieri's**
204:11, 204:19,
205:4
**fight**
177:15, 285:18,
285:20, 285:25,
286:7
**figure**
180:24, 237:11,
252:5, 270:25
**file**
230:12, 321:15,
321:18, 321:21,
346:5, 348:1
**filed**
179:22, 213:22,
218:8, 224:18,
277:3, 345:12,
345:18, 347:15,
348:13
**filing**
214:21, 340:3
**filter**
243:19, 243:24,
244:16, 244:25
**finally**
228:10, 228:11,
228:20, 268:21
**finance**
171:6
**financial**
169:8, 266:19,

351:12, 367:11
**find**
181:5, 211:18,
263:22
**findings**
235:23
**fine**
190:10, 195:18,
198:22, 286:18,
324:18, 333:9,
358:25, 365:13,
365:14
**finish**
206:12, 206:13,
207:22, 208:1,
211:23, 218:17,
234:1, 359:8
**finished**
248:20
**fire**
201:10, 203:2
**fired**
235:10, 235:18,
299:23, 320:24
**firing**
191:5, 299:25
**first**
174:4, 202:1,
226:12, 226:13,
228:5, 236:12,
241:7, 243:12,
259:5, 291:2,
298:5, 300:5,
313:16, 313:18,
313:19, 321:10,
333:23, 343:11,
344:3, 354:17,
360:12
**firsthand**
310:22
**five**
231:2, 253:23,
255:2, 294:9,
302:3, 302:5
**five-minute**
233:25
**flashes**
330:24

**flip**
274:25
**flipping**
275:21
**florida**
242:23, 242:24,
288:4, 288:6,
288:11, 354:3,
354:24
**focus**
290:1, 292:6,
306:3
**folino**
207:3, 207:7,
244:6, 280:18,
352:8
**follow-up**
238:17, 324:20
**followers**
265:8
**follows**
174:6
**force**
281:3
**forced**
193:8, 254:8,
257:19, 335:23,
336:20, 356:13
**forcibly**
281:1, 281:5
**forcing**
356:8
**foregoing**
366:3, 367:3,
367:4
**forever**
183:4, 183:5,
183:9
**forget**
209:8, 263:4,
270:14, 312:2,
342:16, 359:5
**forgiven**
246:8
**forgot**
342:15
**form**
179:1, 179:7,

182:14, 189:13,
195:4, 200:7,
202:16, 205:17,
207:9, 209:21,
214:13, 215:17,
215:22, 216:10,
219:15, 224:4,
226:18, 248:16,
249:3, 249:13,
295:6, 342:8,
344:5, 345:9,
345:14, 345:19,
346:9, 346:16,
346:25, 347:17,
348:14, 355:8,
356:10, 356:17,
357:16, 357:24,
359:17, 362:25,
363:4, 363:18
**formal**
235:21, 363:13
**forth**
237:5
**forward**
206:21, 259:6,
293:14
**forwarded**
293:15
**found**
247:14, 270:17,
315:7, 315:18
**fourth**
171:7, 275:10
**frame**
323:10
**fraud**
278:2, 289:22,
290:13, 292:13
**freak**
273:15
**freaked**
335:20
**freaking**
332:18
**free**
266:9
**frequently**
248:12, 263:5,

334:3, 338:11
**friend**
246:12, 246:20
**friends**
175:14, 175:15,
175:19
**friendship**
175:11, 175:17,
175:18
**fries**
328:13, 328:14,
328:24
**front**
250:15
**fuck**
194:15, 197:25,
211:18, 286:13,
286:20, 294:12,
294:13
**fucking**
194:16, 196:25,
294:14, 315:20
**fun**
288:7, 321:13
**funny**
205:23, 222:22,
254:23, 254:24,
267:3, 267:4,
274:22
**further**
219:17, 365:4,
365:7
**future**
304:6

--- G ---

**gait**
262:5
**gamble**
236:6
**game**
256:13
**garnet**
211:1, 211:4,
230:25, 231:22,
278:23
**garnet's**
231:16

**garrett**
194:14, 194:24
**gather**
213:25, 214:10
**gave**
178:16, 229:25,
234:18, 234:22,
252:13, 254:12,
284:4, 286:10,
292:4, 315:7,
321:21, 321:23,
335:4, 341:14,
364:16
**generally**
179:24, 233:5,
340:2
**generation**
353:4
**geneva**
175:19, 176:23,
177:14, 177:21,
178:4, 178:5,
235:3, 245:23,
248:9, 266:6,
266:9, 275:20,
296:25, 297:7,
331:12, 332:14,
332:19
**geneva's**
275:20
**genitals**
206:5
**genuinely**
279:16
**getting**
176:17, 219:18,
235:18, 237:14,
238:14, 266:9,
315:11, 338:9
**ghb**
310:20, 325:21,
325:23, 326:2,
326:4, 328:6,
329:20, 331:3,
332:16, 332:19,
333:20, 341:23,
342:6, 364:16
**ghost**
225:4

**ghosting**
228:9, 228:20
**gibbons**
258:19, 261:1,
333:10
**gilbert**
212:18, 212:19,
224:13, 258:18,
272:19
**girl**
194:15
**girls**
282:9
**give**
175:6, 182:3,
217:25, 234:8,
239:21, 240:24,
247:12, 249:1,
253:1, 253:15,
258:5, 263:23,
265:10, 294:12,
299:1, 306:23,
320:17, 324:20,
333:7
**given**
192:21, 192:22,
311:5, 311:12,
331:2, 366:5,
367:5
**gives**
285:12
**giving**
341:19
**glassdoor**
265:24, 266:16,
266:18
**glossy**
261:23
**go**
174:21, 175:21,
178:10, 178:16,
178:21, 180:16,
182:8, 183:4,
192:21, 193:13,
195:19, 205:22,
208:3, 211:2,
212:24, 214:19,
219:4, 222:8,

223:14, 223:16,
223:21, 225:20,
233:17, 245:19,
249:9, 249:10,
254:1, 257:19,
257:22, 261:12,
266:20, 268:17,
272:16, 273:16,
273:23, 275:16,
276:11, 282:1,
282:6, 282:16,
282:18, 282:20,
282:22, 284:3,
284:6, 285:3,
285:16, 285:22,
285:23, 285:25,
286:2, 286:6,
288:7, 299:6,
299:12, 304:17,
304:21, 313:2,
316:2, 317:19,
320:15, 321:7,
335:19, 336:10,
336:21, 336:25,
340:9, 341:1,
341:2, 345:23,
346:14, 346:21,
347:7, 349:24,
350:3, 350:21,
350:22, 352:13,
352:18, 352:22,
353:2, 353:8,
354:17, 362:3,
362:7, 365:10
**goals**
176:18
**god**
203:3, 242:25,
300:20
**going**
174:19, 180:15,
182:20, 193:9,
193:15, 193:16,
196:16, 199:14,
199:16, 203:20,
204:8, 210:2,
212:3, 219:16,
222:17, 225:21,

226:4, 231:13,
234:19, 234:20,
234:23, 235:6,
236:10, 241:25,
245:19, 247:11,
255:6, 259:6,
268:17, 275:2,
275:18, 279:6,
284:2, 285:2,
285:14, 285:15,
285:16, 286:14,
286:20, 288:9,
291:3, 292:17,
294:8, 294:17,
294:20, 296:7,
305:4, 316:2,
316:18, 321:24,
323:16, 324:19,
339:8, 352:9,
354:3, 361:19
**golf**
193:16, 330:12,
331:5, 331:16,
343:5, 364:16
**gone**
350:10, 350:13
**gonna**
200:24, 203:2
**good**
174:10, 174:22,
174:23, 178:9,
267:1, 274:23,
306:21, 306:22,
333:17, 365:5
**gotten**
240:6, 291:2
**grab**
209:25, 210:2,
281:2, 338:5,
343:21
**granular**
287:1
**grateful**
185:6
**great**
174:11, 178:11,
178:16, 194:13,
228:8, 241:25,

265:6, 266:21,
267:2, 293:21,
297:6, 332:17,
349:17
**grill**
175:5
**grip**
280:24
**grocery**
273:14
**group**
169:8, 170:4,
171:13, 196:18,
201:19, 203:21,
207:20, 215:12,
230:2, 270:8,
308:6, 315:14,
315:16, 351:9
**groupme**
185:7, 185:24,
196:6, 196:17,
226:23, 229:8,
229:13, 229:15,
230:2, 264:19
**groupme's**
300:5
**grow**
320:17
**guaranteed**
357:14
**guess**
175:8, 176:3,
184:2, 186:21,
186:24, 196:3,
247:10, 266:14,
271:24, 281:3,
287:14, 296:25,
356:2, 359:1
**gun**
254:1
**guy**
204:11, 204:18,
205:4, 227:15,
297:6, 352:24
**guys**
175:3, 175:13,
177:5, 177:13,
177:15, 177:20,

201:9, 229:9,
246:22, 248:21,
248:22, 260:19,
282:6, 282:8,
283:7, 295:3,
295:10, 313:18,
318:1, 320:3,
324:15, 341:2,
349:18
**gym**
273:23, 299:12,
350:16, 350:25

**H**

**hack**
192:9, 258:19,
261:1, 272:18,
308:23
**hackman**
309:22
**hahahahaha**
183:3
**hair**
284:6
**hairspray**
329:7
**halfway**
187:2
**hand**
243:21, 245:1,
367:13
**handed**
351:16
**handle**
196:9, 339:15
**handled**
196:11
**handling**
237:21
**hands**
182:5, 281:2
**hany**
200:23, 200:25
**happen**
208:16, 226:17,
250:21, 251:21,
252:23, 257:21,
281:19, 285:5,

288:23, 298:21,
300:20, 316:18,
336:15, 336:22,
359:20
**happened**
208:13, 210:21,
227:25, 229:1,
230:18, 235:7,
253:3, 253:4,
265:8, 266:8,
275:11, 281:1,
286:9, 287:15,
288:22, 292:3,
292:8, 310:21,
321:25, 328:16,
329:5, 342:17
**happening**
228:11, 337:15
**happens**
287:12, 343:3
**happy**
182:9, 182:12,
200:24
**harass**
203:3, 204:3
**harassed**
203:18, 205:3
**harassment**
203:10, 205:8,
211:25, 214:8,
235:3, 240:10,
278:1
**hard**
201:10, 201:15,
228:6, 361:6,
361:15
**harm**
279:23
**hartman**
328:9, 328:18
**hate**
342:17
**hated**
193:19
**hazing**
253:22
**he'll**
339:2

**head**
230:10, 293:5,
306:2, 343:2
**health**
237:14, 237:22,
238:10, 240:19,
338:22, 339:17
**hear**
185:4, 269:18,
273:14, 326:10
**heard**
237:25, 238:9,
300:14, 301:9,
318:17, 318:18
**hearing**
228:12
**heart**
319:24
**held**
170:1
**hello**
187:4, 215:8
**help**
175:8, 210:4,
311:9, 356:24
**helped**
185:5
**henderson**
224:14, 290:19
**hendricks**
234:13, 234:16
**here**
174:14, 204:8,
210:4, 234:10,
242:17, 243:20,
268:17, 276:21,
285:14, 285:16,
286:15, 300:21,
314:2, 350:20,
362:21
**hereby**
366:2, 367:3
**hereunto**
367:12
**herself**
279:17
**hey**
185:4, 246:12

**hiatus**
238:12
**hickory**
221:19
**hid**
256:10
**hierarchy**
232:18
**high**
304:14, 360:16
**higher**
255:5
**highly**
204:7, 279:3
**hills**
221:19
**himself**
262:24, 286:23,
339:11, 358:12
**hit**
183:9, 200:3,
232:7, 301:21
**hitting**
183:4
**hoerz**
309:1, 309:2
**hoffman**
192:10, 309:22,
312:14
**hold**
336:5, 364:12
**holding**
211:19, 290:3,
357:10
**holdings**
169:11
**hole**
267:21, 288:8
**holiday**
170:5, 171:14
**holkem**
258:20
**home**
185:11, 273:18,
316:7, 326:17
**honest**
197:3, 202:21,
295:18, 347:2

**honestly**
230:9, 321:2,
340:8, 351:4,
354:20
**hope**
187:4, 274:12,
322:13
**hospitalized**
339:16
**hostess**
204:3
**hot**
330:24
**hotel**
275:7, 275:18,
276:1, 284:2,
284:15, 284:19,
285:2, 323:12,
328:15, 328:25,
329:2, 329:8,
354:18, 354:24,
354:25
**hour**
285:11, 289:1,
364:4
**hours**
341:4, 361:8
**house**
177:3, 221:8,
221:12, 273:8,
312:16
**however**
196:10, 218:1
**hr**
223:9, 223:13,
268:19, 269:1,
269:3, 272:1
**huge**
275:22, 293:22
**human**
185:12, 239:12,
306:18, 362:8
**humiliating**
250:13
**humiliation**
298:24, 299:1
**hundreds**
276:5

hung
280:10, 294:10
hungry
329:1

**I**

ice
256:3, 256:7
iced
256:2
ices
256:8
idea
197:15, 200:17,
237:10, 237:17,
247:3, 351:1,
354:24, 360:17
identification
181:9, 181:14,
183:16, 184:11,
184:22, 186:18,
187:15, 187:22,
194:4, 196:21,
197:9, 197:21,
199:2, 199:12,
199:24, 200:20,
201:7, 202:25,
203:24, 243:15,
244:12, 244:15,
244:19, 245:7
identify
206:6, 362:6
ifs
288:11
ii
169:17
iii
169:9
image
265:11
immediately
284:4, 316:15
impact
252:2
impacted
224:21, 251:15
impetus
316:8

important
193:2, 320:1
impression
291:18, 295:16,
319:8, 319:22,
320:11, 335:12,
335:15, 355:22
imprisoned
179:4
imprisonment
240:15, 341:21
inappropriate
178:15
incident
275:4, 323:9,
325:15, 325:18,
329:23, 332:6
incidents
179:3, 330:9
include
249:23, 250:1,
307:5, 313:9,
325:21, 338:2
including
341:24, 342:9,
360:23
income
169:12, 252:20,
258:5, 302:3,
302:5
incredible
185:12
indeed
232:6, 265:24
indirectly
212:8, 212:10
individuals
191:18
infliction
341:21
information
174:25, 213:25,
214:11, 215:1,
239:13, 239:14,
240:3, 240:15,
276:23, 361:10
initial
228:17

initially
228:5
inside
185:11
insist
265:20
insisted
210:2, 265:17,
284:2, 285:21,
321:24
instagram
210:22, 211:9,
211:15, 211:17,
265:8
instance
251:2, 251:10,
251:24, 290:14,
332:2
instances
223:17, 247:4,
247:5, 259:8,
260:1, 260:7,
287:10, 288:1,
330:16, 331:1,
331:25, 342:23,
343:13, 343:17
instead
294:20
insurance
169:12, 237:14,
237:22, 238:11
intended
222:15
intending
279:23
intense
254:24, 255:2,
330:17
intention
320:20, 321:14
interest
367:11
interesting
201:2, 314:17
interests
296:15, 296:17
interpret
283:21, 296:1

interrogatories
239:11, 341:12
interrogatory
341:17
interrupt
251:12
interrupted
208:2
interrupting
218:12
intimidate
222:9
intimidation
222:14
intoxicated
276:13
intrusion
209:17, 214:5
invaded
209:18, 209:19,
209:20, 209:24,
211:12, 213:11,
215:4, 219:22
invading
210:1, 210:17
invasion
214:6
investigate
291:23
investigation
234:21, 235:7,
235:8, 235:17,
235:23, 236:5,
236:11, 239:15,
239:22
involved
256:19, 257:10,
257:18, 268:19,
324:2
issue
223:14, 316:9
issues
272:1, 273:18,
294:8, 294:18,
294:22, 314:19
it'll
185:9

**J**

jack
258:19, 261:1,

333:10
**jacuzzi**
183:1
**jalk**
309:25
**james**
261:1
**janet**
234:13, 235:13,
236:8, 236:12,
236:14, 236:25,
237:6
**january**
174:9, 227:9,
227:20, 228:25,
236:22, 243:6,
342:21, 343:12,
343:23, 354:5
**jeremiah**
301:6, 311:2,
311:8, 311:14,
311:21, 312:6,
312:8, 331:12,
333:11
**jerry**
196:11, 311:18
**job**
169:22, 175:7,
180:6, 188:22,
189:5, 228:7,
231:16, 232:7,
250:22, 250:24,
257:25, 273:9,
294:14, 306:2,
334:23, 356:16,
363:17, 363:20
**jobs**
231:17, 232:5,
251:5, 305:21
**joe**
198:2, 198:4,
198:11, 198:14,
198:15, 207:6,
212:17, 223:3,
253:3, 258:17,
260:25, 272:18,
275:15, 281:14,
284:4, 284:5,

284:24, 303:10,
303:12, 308:23,
311:24, 331:10,
331:12, 333:4,
333:10
**joe's**
198:5, 198:9
**john**
285:19, 312:3
**joke**
222:19, 222:22,
274:22, 340:6,
346:4
**joking**
335:10, 335:13,
335:17
**july**
176:25, 177:2,
196:4, 245:23,
251:25, 252:6,
275:6, 275:8,
275:10, 315:3,
323:10, 344:15,
350:7, 360:2,
367:18
**jump**
174:16, 288:19
**jumping**
174:17
**june**
222:18, 275:5,
323:10, 344:15,
344:24

### K

**kashia**
308:4, 308:11
**katie**
207:3
**keep**
182:11, 183:1,
234:21, 306:2
**keeping**
182:8
**kellie**
192:10, 224:15,
255:18, 285:19,
286:16, 296:24,

297:2, 297:4,
297:12, 300:22,
312:14, 327:10,
328:5, 329:7,
329:12, 331:13,
332:14, 332:19,
333:12
**kellie's**
329:17
**kelly**
297:16, 300:23,
313:5
**kept**
314:5, 314:8,
314:11, 314:15
**keys**
284:4
**kicks**
274:21
**kid**
200:11
**kill**
222:17, 222:20,
275:2, 275:19
**kind**
174:16, 178:8,
209:25, 214:20,
215:13, 222:11,
222:12, 228:9,
234:18, 239:19,
245:10, 246:11,
247:11, 247:15,
247:23, 253:22,
264:24, 274:4,
275:24, 281:9,
295:13, 306:1,
306:6, 318:10,
330:22, 330:24,
337:13
**klonopin**
261:15, 264:3
**knew**
178:22, 222:20,
247:20, 264:14,
274:9, 280:13,
292:11, 295:19,
329:10, 334:13,
342:11

**knife**
211:19
**knowing**
247:6, 264:10
**knowledge**
175:7, 191:1,
240:18, 276:22,
301:20, 313:25,
324:25, 359:20,
361:9
**known**
215:11, 216:20,
233:18, 247:9
**knows**
240:5, 240:9,
240:13, 240:20,
339:10, 362:2
**kunash**
306:13, 306:16

### L

**lack**
259:7
**lamb**
198:11, 198:14,
207:6, 212:17
**lance**
200:3, 200:6,
200:9, 200:16
**last**
174:18, 175:22,
176:22, 180:16,
180:25, 192:24,
198:5, 198:12,
198:23, 200:14,
212:19, 220:1,
230:23, 237:21,
301:7, 309:21,
312:3, 312:4,
325:10, 349:13,
349:19, 349:21,
349:22
**later**
270:17, 276:14,
284:8, 291:3
**laughing**
182:1, 187:8,
222:19

law
170:4, 171:5,
171:6, 171:13
lawsuit
179:23, 207:8,
213:23, 218:8,
222:12, 224:18,
276:23, 277:15,
321:15, 321:19,
321:21, 340:3,
345:12, 345:18,
346:5, 347:16,
348:2, 348:13
lawsuits
269:25
lawyer
268:19, 270:3
lawyers
247:21
lds
327:17, 327:18,
327:24
lead
291:2, 318:12
leader
306:19
leaders
296:3, 296:7,
296:9
leadership
231:25, 300:25
leads
222:4, 251:8,
251:11, 251:14,
251:17, 251:18,
252:4, 253:6,
253:11, 253:15,
258:1, 291:3,
297:15, 298:6,
298:8, 298:20,
357:15
learn
288:16, 300:1
learned
271:10
least
208:14, 222:25,
240:25, 258:24,

273:12, 276:5,
283:21, 288:24,
299:18, 303:6,
304:16, 313:16
leave
273:8, 284:10,
286:17, 305:4,
307:8, 307:10,
308:22, 327:13,
354:13, 354:14,
355:6, 355:14,
355:20
leaving
247:18
left
180:25, 181:6,
204:10, 207:5,
222:18, 222:20,
242:8, 269:16,
303:14, 304:22,
307:14, 308:10,
308:17, 308:24
legacy
269:23
legal
189:12, 218:9
legs
250:6, 253:25
lesbian
183:1
less
255:2, 259:6,
288:25
let's
193:1, 225:20,
226:24, 233:24,
350:23
level
302:2
liar
213:20, 223:25,
277:7, 277:18,
277:24
liars
212:1
lie
224:7, 224:8,
296:21, 297:10,

306:9, 306:24
lied
224:3, 278:4,
278:6, 306:11
lies
265:15, 277:8
life
169:12, 180:7,
182:7, 183:10,
184:5, 193:19,
224:3, 224:7,
224:9, 267:22,
273:6, 273:7,
278:6, 356:24
liked
249:4
likes
265:9
limited
341:25, 342:9
line
189:5
lined
218:6
link
185:23
listed
271:25
listen
317:13, 318:11,
344:13, 344:25,
349:17
listened
317:21
listening
280:21, 319:8
literally
201:9, 201:14,
208:19, 274:22,
275:1, 281:1,
282:5, 299:6,
315:25, 319:12,
333:5, 348:6,
348:16, 349:1
litigation
277:3
little
174:17, 178:9,

185:9, 228:19,
234:8, 237:5,
238:13, 338:9,
345:3, 345:6,
350:3
live
221:10, 275:7,
275:14, 275:17,
323:9, 323:11,
339:21, 350:3
lived
312:21
llc
169:11, 171:5
located
210:23, 211:7
location
240:25, 341:19
locations
241:19
logan
235:14, 235:15
logged
252:2
lol
183:3
long
200:16, 207:25,
228:15, 270:18,
303:12, 304:13,
340:17, 349:22
longer
193:22, 233:7,
237:6, 324:12,
324:15
look
181:15, 182:22,
183:17, 184:12,
184:23, 184:25,
186:19, 187:16,
187:23, 194:5,
205:10, 205:14,
212:25, 237:20,
242:5, 267:21,
272:24, 275:16,
280:13, 306:16,
306:21, 306:22,
345:23, 349:15,

353:4, 363:9

**looked**
249:5, 265:9,
349:13

**looking**
194:23, 231:25,
247:22, 272:20,
272:22, 273:16,
362:6, 362:24

**looks**
182:9, 243:18,
244:9, 245:10,
274:11

**lose**
250:24, 299:13

**loses**
255:8

**losing**
180:6, 257:25,
299:19

**lost**
185:10, 238:19,
239:2, 252:20,
255:14, 258:11

**lot**
184:16, 221:24,
230:10, 240:5,
260:7, 260:10,
262:8, 267:1,
273:18, 280:8,
286:10, 290:5,
298:22, 304:21,
318:9, 318:16,
324:19, 333:18,
335:2, 362:12,
362:14

**lots**
346:10

**loud**
242:1

**louis**
207:4

**love**
183:2, 184:15,
184:16, 188:4,
188:25, 200:23,
248:21, 249:6,
320:3

**loved**
188:9, 188:12,
188:13, 188:20,
248:18

**loves**
287:16

**loyal**
295:4, 306:4,
355:19

**loyalty**
189:1, 189:5,
249:6, 249:7,
250:5, 250:22,
257:23, 296:8,
355:23, 355:24

**lunch**
285:11, 307:6,
315:12

**lying**
296:4, 296:5,
341:8

**lynn**
309:20

**lynn's**
309:21

**M**

**mad**
180:5, 284:11,
312:15

**maddy**
325:4, 333:12,
333:13, 333:15

**made**
178:24, 191:11,
193:12, 193:19,
203:25, 205:7,
205:13, 205:15,
205:19, 222:12,
223:8, 223:10,
223:12, 247:10,
250:18, 251:17,
253:21, 255:13,
258:7, 260:3,
268:15, 289:25,
295:13, 306:16,
307:15, 319:5,
335:16, 335:18,

**loved**
336:19, 336:25,
337:10, 337:19,
338:1

**madison**
333:15

**mahoney**
196:14, 196:22,
197:10, 197:22,
199:3, 199:18,
200:1, 200:22,
203:6, 203:21,
204:13, 229:22

**main**
193:17, 193:18,
280:8, 296:5

**mainly**
175:18, 239:24

**majority**
198:16

**make**
204:16, 204:21,
205:3, 205:14,
206:1, 206:20,
207:22, 216:20,
230:8, 231:5,
241:1, 245:20,
265:5, 267:1,
267:2, 284:11,
306:21, 306:22,
312:15, 321:8,
325:14, 338:7,
346:7, 346:11,
346:15, 346:22,
347:5, 347:16,
350:20, 350:23,
357:1, 362:13,
362:23, 363:25

**makes**
214:22

**making**
180:5, 186:7,
207:15, 210:3,
211:13, 215:11,
322:23, 345:8,
356:16, 356:18,
358:22

**mal**
335:4

**male-dominated**
313:23

**mall**
210:24, 279:5,
279:8, 279:10

**mamrose**
312:1

**man**
185:12, 199:6,
233:18

**manage**
320:16

**management**
307:17, 307:18

**manager**
325:9

**managers**
193:12, 213:18,
277:2, 300:16,
301:24

**managing**
339:13

**mandated**
259:7

**mandatory**
193:12, 193:19,
193:21, 195:2,
195:9, 195:15,
195:21, 259:6,
297:25, 331:23,
332:12

**manner**
209:19

**manning**
323:20

**many**
178:15, 231:13,
263:3, 280:23,
305:11, 350:24,
356:15

**march**
186:2, 191:25,
206:10, 330:3,
330:6, 341:25,
367:14

**marchese**
312:3

**margaritas**
285:13

maria
199:14, 199:16,
207:3, 207:7,
223:3, 244:5,
253:4, 258:17,
260:25, 280:18,
282:25, 299:1,
303:14, 309:3,
309:17, 311:24,
333:10, 352:8,
353:23
mark
180:14, 180:17,
240:2, 240:3,
243:12, 244:10
marked
181:8, 181:13,
183:15, 184:10,
184:21, 186:17,
187:14, 187:21,
194:3, 196:20,
197:8, 197:20,
199:1, 199:11,
199:23, 200:19,
201:6, 202:24,
203:23, 243:14,
244:11, 244:14,
244:18, 245:6
marriage
247:19
martin
194:23
maserati
284:4
mason
169:24, 170:12,
367:2
mass
332:13
mat
281:25, 282:1,
282:4, 282:6,
282:23, 352:9,
352:12, 352:13,
352:18, 353:2,
353:8
matt
303:13, 310:9,

311:24, 311:25,
312:1, 312:2
matter
180:19, 288:25,
332:4
max
330:21
maybe
180:23, 184:13,
186:23, 218:16,
242:20, 245:10,
270:24, 303:13,
313:17, 329:11,
330:21, 344:15,
349:23, 356:1,
356:2, 360:16,
364:4
mccandless
241:21, 241:23,
241:24
meaning
257:4, 325:2,
326:3
means
203:13, 253:20,
287:3, 296:4
meant
295:17, 312:19,
312:20
media
186:7, 247:14,
265:9, 317:17
medical
240:22, 362:17
medication
339:3
medicine
247:12
meds
339:8
meet
175:1, 175:3,
175:5, 176:17,
177:5, 177:7,
237:23, 238:3,
238:5, 238:8,
238:18, 246:9,
246:13, 247:17,

269:1, 281:9,
281:23, 289:12,
291:7
meeting
176:9, 176:11,
176:12, 176:14,
206:6, 213:17,
213:21, 245:23,
246:2, 248:21,
267:7, 267:9,
274:19, 291:9,
293:20, 322:12,
323:2, 323:3
meetings
207:19, 208:4,
208:12, 208:13,
208:15, 267:6,
267:20, 270:8,
281:15, 305:10,
305:17, 308:7,
318:9, 318:18,
322:17, 325:25
memories
343:1, 343:24,
344:1
memory
262:21
mental
222:15, 240:19,
240:21, 246:16,
338:22, 339:16
mentally
232:25, 233:17,
273:20
mention
212:4, 212:8,
318:22, 318:25
mentioned
247:6, 248:2,
260:8, 268:8,
272:3, 272:14,
273:25, 297:20,
301:19, 304:12,
307:6, 309:17,
313:15, 326:15
mess
240:21
message
172:8, 172:9,

172:10, 172:11,
172:12, 172:13,
172:14, 172:15,
172:16, 172:17,
172:18, 172:19,
172:20, 172:21,
172:22, 172:23,
172:24, 172:25,
173:3, 181:11,
182:21, 183:14,
184:25, 185:16,
185:24, 186:15,
187:13, 194:21,
196:6, 196:18,
196:24, 197:5,
197:12, 197:16,
197:24, 198:1,
199:5, 199:7,
199:17, 199:19,
200:2, 200:4,
201:3, 201:17,
201:24, 202:22,
203:5, 203:7,
239:16, 282:20,
290:2, 300:4,
335:2, 336:8,
336:9, 352:25,
353:2, 353:9,
353:18
messaged
210:22
messages
180:13, 188:3,
196:17, 199:13,
201:19, 215:5,
215:6, 215:8,
215:9, 215:12,
215:16, 215:21,
216:9, 216:15,
216:22, 217:7,
217:15, 217:18,
219:8, 219:11,
235:1, 279:4,
280:7, 281:9,
281:13, 283:1,
283:4, 283:10,
352:20, 352:23,
352:24, 353:5,

353:7, 353:14,
353:22
**messed**
299:11, 330:18
**met**
174:9, 177:13,
177:20, 246:23,
254:8, 268:22,
277:2, 291:1
**metal**
254:1
**mga**
232:21, 311:10,
328:19, 335:4
**mgas**
232:12, 232:19
**michael**
169:7, 183:3,
347:12
**mid**
193:11, 194:25,
195:23, 196:1
**middle**
184:14, 208:1,
288:20, 330:15
**might**
174:15, 279:21,
283:22, 345:3
**mike's**
217:9, 243:18,
256:14, 256:21,
259:1, 305:5,
322:17, 323:6,
323:11, 333:22,
344:18
**mikhail**
200:23
**millen**
230:25, 231:1,
231:8, 231:11
**millionaire**
302:5
**millions**
269:25
**mind**
342:19, 344:2,
344:8
**minute**
274:23, 299:19

**minutes**
195:13, 286:11,
290:11, 294:9,
315:22, 324:17,
324:21, 341:3
**mischaracterizing**
347:24
**misconduct**
289:14
**miserable**
342:18, 343:2
**misrepresent**
306:25
**miss**
187:5
**missed**
183:20, 184:5
**missing**
252:3
**mode**
227:2
**mom**
270:18, 271:3,
271:8, 271:10,
271:18
**moment**
344:14
**monday**
267:6
**money**
194:14, 224:12,
230:8, 246:10,
251:9, 251:17,
258:11, 267:2,
286:10, 287:17,
321:8, 345:8,
346:7, 346:11,
346:15, 346:22,
347:6, 347:16
**money-grabbing**
225:22
**money-grubbing**
224:11, 225:15,
226:6, 227:2,
277:19, 277:20
**moneybadgers**
194:2, 196:7,
196:18

**month**
175:25, 176:4,
195:25, 196:1,
209:5, 228:18,
345:4
**months**
228:19
**more**
204:6, 229:13,
231:11, 234:2,
234:8, 234:11,
246:1, 274:2,
291:11, 299:7,
313:21, 316:4,
325:14, 337:13,
339:1, 343:15,
347:6, 348:16,
351:3
**morning**
208:10, 267:6,
293:19, 297:21,
298:13, 298:16,
329:11, 336:17
**most**
248:14, 251:24,
293:11, 312:6,
349:12, 352:25,
360:2
**mostly**
265:13
**motivate**
175:8
**motivation**
273:8
**motivational**
229:13
**mouth**
259:4, 292:22,
339:9
**move**
193:1, 209:16,
219:19, 302:6
**moved**
302:21, 302:25,
303:7, 310:5
**much**
180:2, 185:5,
185:10, 193:18,

198:16, 213:18,
213:22, 222:20,
230:8, 231:24,
232:2, 232:6,
234:2, 235:4,
247:7, 256:20,
262:2, 267:21,
268:2, 271:14,
273:16, 274:8,
275:25, 277:8,
277:9, 278:3,
286:20, 288:12,
290:4, 295:18,
299:12, 306:7,
309:6, 314:4,
318:8, 321:9,
324:12, 324:15,
330:20, 362:13,
363:25, 364:2,
364:3
**multiple**
192:24, 222:22,
226:22, 229:4,
247:8, 268:14,
282:1, 331:2,
341:22, 341:24
**muscles**
249:5
**music**
267:20
**must**
353:20, 353:21
**myself**
229:25, 273:11,
290:1, 292:6

_____
                **N**
_____
**nakama**
257:11, 284:1,
284:15, 329:24
**naked**
259:16, 336:23
**name**
181:17, 181:18,
185:15, 185:17,
187:9, 187:18,
187:25, 192:11,
192:12, 194:8,

194:10, 194:12,
196:9, 198:5,
198:24, 199:25,
200:14, 203:4,
204:13, 204:14,
204:15, 204:21,
212:4, 212:8,
212:20, 221:17,
225:1, 225:8,
225:9, 226:13,
229:16, 229:17,
229:21, 230:1,
230:4, 235:12,
237:20, 237:21,
242:7, 242:9,
257:12, 270:14,
270:15, 270:17,
273:21, 308:4,
309:21, 312:3,
312:4, 321:23,
325:10, 354:25,
357:22
**named**
247:8, 290:19
**names**
196:12, 198:13,
226:9, 230:3,
303:11, 333:4,
333:7
**nate**
192:10, 285:19,
286:16, 327:12
**nature**
254:10
**near**
303:4
**necessarily**
214:17, 262:14
**neck**
281:5
**need**
174:13, 174:21,
187:6, 195:19,
238:18, 246:12,
263:22, 313:24,
324:17
**needed**
246:9, 249:7,

260:4, 284:3,
316:3, 316:4,
320:17, 329:7
**needing**
238:10
**needs**
188:10, 188:16,
299:11
**negative**
266:7, 266:11
**neighborhood**
255:20
**neither**
367:9
**never**
190:8, 190:16,
192:15, 192:22,
205:7, 205:9,
209:1, 211:19,
215:10, 218:7,
218:19, 220:21,
222:6, 237:25,
238:9, 240:10,
260:20, 263:20,
267:4, 270:1,
282:10, 285:14,
290:16, 291:19,
302:2, 314:8,
315:21, 316:2,
323:5, 333:24,
334:1, 335:21,
339:3, 355:13,
355:24, 361:13
**nevermind**
225:3
**new**
220:2, 305:11,
311:7
**newer**
333:4
**next**
204:13, 263:2,
293:19, 315:19,
315:22, 328:15,
336:14, 336:16,
353:25, 357:7
**night**
285:1, 285:21,

330:15, 332:9,
336:16
**nobody**
268:9, 340:5,
346:4, 356:8
**noise**
273:15
**non-ail**
357:3
**non-consensual**
326:16, 343:13,
343:18
**nonconsensual**
335:24
**none**
201:19, 298:25
**normal**
286:17, 305:4,
305:14
**notarial**
367:13
**notary**
170:13, 367:1
**noteworthy**
288:23
**nothing**
174:5, 177:9,
185:14, 212:25,
229:12, 292:5,
293:18, 297:5,
321:16, 340:6,
348:9
**notice**
170:12
**noticed**
249:5
**november**
236:18, 237:1,
326:24, 327:2,
332:11
**number**
217:9, 220:13,
227:12
**numbers**
215:12, 216:20,
217:19
**numerous**
211:20, 211:24,

285:9, 338:5,
338:6
_____
O
_____
**oath**
341:8
**object**
179:1, 179:7,
189:13, 195:4,
200:7, 202:16,
205:16, 207:9,
209:21, 214:13,
215:22, 216:10,
219:15, 224:4,
226:18, 248:16,
249:3, 249:13,
295:6, 342:8,
344:5, 345:9,
345:14, 345:19,
346:9, 346:16,
347:13, 348:14,
355:8, 356:10,
357:24, 363:4,
363:18
**objecting**
346:25
**objection**
182:14, 190:15,
205:17, 215:17,
347:17, 352:21,
357:16, 359:17,
362:25
**obsidian**
317:8
**obvious**
262:9, 262:10,
346:3
**obviously**
189:9, 240:9,
324:20, 330:17
**occasions**
268:14, 283:24,
285:5, 341:24
**occur**
206:11, 208:4,
222:24, 226:15,
227:18
**occurred**
206:7, 206:17,

| | | | |
|---|---|---|---|
| 207:18, 247:5,<br>281:16, 327:25<br>**occurrence**<br>341:19<br>**occurring**<br>296:23<br>**october**<br>176:24<br>**off-site**<br>257:4<br>**office**<br>207:17, 208:5,<br>208:6, 208:17,<br>208:24, 222:25,<br>223:1, 242:6,<br>243:18, 244:8,<br>244:22, 245:9,<br>245:11, 253:21,<br>257:1, 257:2,<br>257:5, 260:19,<br>262:11, 262:13,<br>262:15, 262:20,<br>263:16, 282:7,<br>282:13, 289:10,<br>299:5, 318:13,<br>336:19, 337:25,<br>360:24<br>**officer**<br>220:18, 220:22,<br>367:2<br>**offices**<br>170:2, 241:1<br>**officially**<br>247:11, 268:16<br>**often**<br>189:2, 204:24,<br>205:19, 206:8,<br>248:18, 249:12,<br>261:4, 262:24,<br>264:9, 264:24,<br>265:15, 272:8,<br>281:19, 283:8,<br>283:9, 289:5,<br>289:8, 295:10,<br>318:3, 325:23,<br>332:20<br>**oftentimes**<br>267:12 | **oh**<br>205:15, 231:18,<br>240:20, 242:25,<br>248:13, 251:16,<br>257:14, 262:6,<br>264:5, 278:24,<br>284:13, 289:4,<br>292:16, 295:14,<br>298:23, 300:20,<br>302:8, 304:15,<br>311:11, 331:19,<br>332:8, 333:15<br>**ohm**<br>260:25, 263:18<br>**old**<br>294:14, 316:2<br>**once**<br>193:21, 259:6,<br>271:10, 273:12,<br>292:16, 295:15,<br>350:17<br>**one**<br>180:24, 184:8,<br>185:13, 191:12,<br>191:13, 197:7,<br>198:5, 199:14,<br>202:1, 202:3,<br>202:14, 206:23,<br>211:15, 223:7,<br>223:9, 224:8,<br>225:20, 229:8,<br>229:25, 233:8,<br>234:9, 234:17,<br>241:4, 241:19,<br>241:24, 243:13,<br>244:10, 244:24,<br>247:17, 257:12,<br>257:15, 258:18,<br>258:22, 261:16,<br>263:18, 267:4,<br>274:24, 281:10,<br>283:13, 283:14,<br>283:20, 283:25,<br>293:9, 293:12,<br>299:23, 301:7,<br>309:14, 310:4,<br>311:2, 319:23,<br>334:12, 336:5, | 346:18, 347:4,<br>348:12, 350:18,<br>352:9, 353:12,<br>353:23, 364:12<br>**one's**<br>343:2<br>**one-on-one**<br>281:15, 322:17<br>**ones**<br>202:14, 241:6,<br>241:7, 241:8,<br>241:12, 286:11,<br>301:19<br>**online**<br>265:23, 266:2,<br>317:24<br>**only**<br>204:23, 207:4,<br>224:11, 252:1,<br>268:5, 274:24,<br>290:10, 293:10,<br>313:11, 341:3,<br>346:5<br>**open**<br>249:20<br>**opened**<br>256:11, 291:5<br>**opinion**<br>217:21, 217:22,<br>218:1, 218:3,<br>218:18, 218:23<br>**option**<br>256:5, 346:5<br>**options**<br>271:15, 288:12,<br>340:5<br>**oral**<br>335:4<br>**ordeal**<br>275:22<br>**order**<br>214:10, 268:4,<br>347:16, 348:20<br>**ordered**<br>240:22, 328:13,<br>328:23, 328:25<br>**osterrieder**<br>192:10, 325:11, | 327:11<br>**other**<br>175:20, 190:18,<br>190:25, 192:6,<br>202:14, 206:25,<br>207:7, 217:5,<br>217:6, 217:17,<br>221:8, 229:9,<br>231:17, 232:5,<br>232:16, 239:21,<br>241:8, 241:12,<br>242:22, 244:3,<br>247:2, 252:23,<br>258:3, 258:4,<br>258:13, 260:1,<br>260:21, 261:4,<br>261:8, 262:10,<br>262:14, 262:17,<br>265:20, 270:5,<br>271:15, 276:2,<br>276:19, 280:13,<br>283:7, 283:12,<br>283:24, 285:5,<br>287:7, 287:21,<br>287:24, 288:1,<br>288:24, 289:7,<br>289:18, 292:13,<br>293:3, 295:1,<br>295:8, 298:15,<br>298:25, 302:21,<br>303:7, 308:1,<br>312:22, 313:9,<br>316:12, 317:20,<br>319:18, 321:18,<br>326:10, 329:13,<br>330:9, 330:16,<br>331:1, 331:25,<br>338:6, 338:19,<br>339:24, 340:5,<br>340:9, 340:11,<br>343:13, 343:16,<br>343:17, 346:5,<br>353:12, 353:25,<br>356:19, 361:3,<br>361:11, 361:15,<br>361:17<br>**others**<br>198:12 |

otherwise
251:7, 367:11
out
174:14, 180:25,
181:5, 183:2,
185:5, 191:13,
191:16, 208:25,
209:3, 210:4,
211:2, 211:18,
212:24, 222:21,
237:11, 237:18,
247:14, 250:7,
252:5, 254:2,
257:4, 270:10,
270:18, 271:1,
273:15, 274:20,
274:25, 275:22,
279:4, 279:7,
279:25, 280:1,
285:17, 286:10,
286:13, 287:14,
288:7, 288:19,
290:16, 291:4,
291:11, 302:24,
313:6, 315:7,
315:10, 315:19,
316:4, 329:9,
332:18, 334:1,
335:20, 336:20,
337:23, 339:9,
341:4, 350:9,
350:10, 350:11
outcome
367:11
outing
332:12
outlashes
274:25
outside
175:16, 221:15,
221:25, 231:15,
254:1, 275:19,
275:21, 295:5,
325:2
over
180:8, 226:22,
227:3, 227:4,
227:21, 227:22,

229:7, 229:12,
235:19, 245:19,
247:4, 300:2,
316:5, 352:25,
353:20, 353:21,
354:21, 359:23,
360:4, 360:5
overweight
299:9
own
191:6, 191:8,
232:15, 247:12,
267:3, 320:18,
334:18, 354:22,
355:2, 355:15
owner
231:22, 278:20,
279:11
owns
232:15

_____
          P
_____

pa
170:7, 171:8,
171:16
page
172:2, 172:7,
173:2, 204:1
pages
169:23, 265:9
paid
304:24, 304:25,
311:19
paintball
257:9, 257:11
panic
332:13
pants
208:17, 208:23,
209:1, 329:14
paper
204:5
paraphrasing
346:8
park
280:5
parked
221:20, 221:21,

280:7
parking
221:21, 221:24,
280:8
part
188:22, 196:6,
207:7, 236:4,
239:15, 239:22,
255:23, 274:13,
286:4, 312:6,
326:7, 352:25
particular
336:5, 336:8
parties
213:13, 367:10
partnered
324:6
parts
253:25
party
219:10, 219:12,
275:11
passavant
241:13, 241:21
passcode
333:23
password
290:17, 291:15,
291:17
past
294:1, 350:18,
350:25
pathetic
316:1
patronize
248:12, 248:15,
249:2, 249:12,
249:23, 250:20
paula
169:24, 170:12,
367:2
pause
242:5, 242:18,
242:20
pay
232:7
pcp
240:24

penis
206:18, 207:16,
208:25, 209:3,
260:6, 338:2
penises
361:6, 361:16,
361:18, 362:15
pennsylvania
169:2, 169:18,
170:14
people
184:17, 185:9,
190:25, 193:24,
206:25, 213:2,
214:19, 225:2,
232:16, 237:3,
242:22, 248:14,
249:2, 249:15,
249:22, 250:4,
250:18, 250:20,
250:24, 251:7,
251:8, 252:24,
255:12, 258:6,
258:10, 258:13,
260:21, 262:10,
262:14, 262:17,
263:13, 265:11,
265:20, 270:6,
272:8, 272:13,
275:14, 276:2,
276:5, 276:19,
278:11, 287:21,
287:24, 289:7,
293:17, 295:8,
298:15, 299:9,
302:6, 302:10,
302:21, 303:7,
304:13, 304:17,
304:20, 304:21,
305:2, 305:3,
305:23, 308:1,
308:12, 309:23,
311:7, 313:8,
313:9, 314:10,
315:15, 321:18,
326:10, 331:2,
333:3, 333:5,
333:7, 339:24,

340:9, 340:11,
346:13, 356:19,
360:23, 361:4,
362:12, 362:14
**people's**
230:3, 251:5,
305:21
**percent**
176:4, 190:23,
191:8, 196:5,
256:20, 273:10,
309:10, 310:10,
319:6
**perception**
201:11
**performance**
314:18, 314:25
**period**
193:6, 196:1,
207:5, 247:4,
272:25, 290:6,
290:8, 304:21
**perjury**
341:9
**permanent**
255:10, 255:12,
255:13, 320:12
**person**
178:9, 226:20,
226:21, 227:3,
227:21, 236:12,
336:12, 359:23,
360:4
**persona**
319:3
**personal**
175:11, 238:24
**personality**
307:20
**pertinent**
214:11
**pete**
243:3
**pharmacist**
363:7
**pharmacy**
363:8, 363:14,
363:25, 364:7

**phone**
210:3, 217:9,
227:3, 227:4,
227:11, 227:12,
227:21, 227:22,
227:23, 227:24,
229:7, 235:19,
252:3, 253:24,
294:7, 300:2,
300:3, 315:2,
315:24, 333:22,
333:25, 334:1,
334:2, 334:7,
334:11, 334:13,
334:15, 334:17,
334:18, 334:19,
334:22, 334:24,
336:11, 336:21,
355:3, 355:11,
359:24, 360:4,
360:5, 360:6
**phones**
315:21
**phonetic**
220:19, 258:20,
306:13, 308:4,
309:20, 310:1,
310:9, 312:1
**photo**
259:14
**photos**
210:3, 335:19,
336:21, 337:1
**phrase**
248:3, 287:2
**physical**
210:18, 326:4,
326:11
**physically**
210:17, 232:24,
354:14, 357:11
**pic**
259:12, 259:13
**pick**
255:7, 284:6
**picture**
204:13, 234:25,
239:18, 280:12,

290:2, 336:22
**pictures**
204:12, 280:10
**pies**
250:11
**pill**
362:24
**pills**
361:10, 362:6,
363:9
**pin-needle**
261:23
**ping**
299:4
**pissed**
304:23, 312:15
**pittsburgh**
169:18, 170:7,
171:8, 171:16,
176:8, 241:13,
331:5, 332:23
**place**
193:22, 204:6,
204:9, 207:13,
210:19, 211:7,
233:21, 233:22,
257:15, 281:1,
321:10, 354:17
**places**
205:20, 240:23
**plaintiff**
169:5, 171:3,
213:13, 245:17
**plaintiff's**
219:23, 342:2,
342:3
**plan**
285:1
**play**
193:16, 241:25,
267:21
**played**
242:3, 242:16,
243:16, 244:2,
244:21, 245:4
**playing**
267:20, 319:1,
319:18

**please**
206:6, 209:18,
218:17, 222:16,
246:13, 254:18,
293:12, 359:9
**pleasure**
350:1
**pllc**
170:4, 171:13
**plotted**
337:22
**plus**
291:10
**podbean**
317:20, 317:21,
349:9
**podcast**
317:6, 317:9,
317:14, 317:22,
318:17, 344:11,
344:25, 349:4,
349:5, 349:11
**podcasts**
319:24
**point**
178:3, 201:11,
210:4, 229:8,
234:14, 238:11,
238:12, 247:13,
258:18, 271:13,
274:22, 279:24,
309:15, 310:4,
311:2, 321:15,
327:14, 330:19
**police**
220:4, 220:11,
220:22, 221:1,
355:5, 355:11
**political**
339:4, 339:7
**pong**
299:4
**poor**
346:24
**pop**
343:1, 344:7
**pornography**
334:3

pose
267:15
position
231:25, 232:13,
357:1
possible
277:10, 334:10,
335:1
possibly
181:16, 183:18,
183:23, 184:19,
186:20, 194:6,
196:4, 206:3,
243:22, 244:1,
244:20, 245:2,
360:20
post
185:23, 203:25,
204:16, 205:3,
205:10, 205:14,
205:15, 211:16,
211:17, 212:12,
213:3, 266:1,
266:20, 266:25,
276:9
posted
185:7, 247:14,
275:6, 276:12
posting
185:12
postings
265:6
posts
212:5, 212:13,
212:22, 212:25,
213:7, 229:14,
233:13, 272:4,
272:21
potential
341:21
potts
225:8
power
180:8
practices
292:14, 294:5
preferences
365:12

prescribed
264:7
prescription
361:1
presence
187:6
prettier
299:13
pretty
185:10, 193:18,
198:16, 206:21,
213:22, 231:7,
232:6, 235:4,
247:7, 249:20,
256:20, 262:2,
267:21, 268:2,
271:14, 273:15,
274:8, 275:25,
277:7, 278:2,
290:4, 293:20,
309:6, 312:5,
318:8, 319:23,
321:9, 358:22
previous
231:22, 261:10,
291:6, 331:1,
364:19
previously
174:9, 217:5,
217:18, 234:12,
245:22, 258:24,
264:16, 278:14,
281:18, 297:19,
304:10, 312:13,
322:16, 326:15,
327:4, 327:16
prime
251:3
printed
279:3
prior
360:14
privacy
209:18, 209:19,
209:24, 210:1,
210:17, 211:13,
213:11, 214:6,
215:4, 219:22

probably
176:1, 181:16,
191:25, 193:8,
194:24, 206:15,
228:18, 229:17,
243:22, 245:2,
286:11, 304:16,
335:24, 351:4,
364:2
problem
273:21, 289:25
problems
293:17
process
228:16
produce
220:6, 227:11,
227:23, 352:20
produced
181:12, 220:15,
239:6, 360:8
production
285:18
productive
320:21, 322:5,
322:13
profile
290:18
promote
293:24
promoted
297:16, 335:3
promotion
290:3, 301:22,
335:21
promotions
301:23, 302:1
property
275:24
protect
269:23, 296:3,
296:6, 306:20
proven
233:19
provide
238:16, 239:14
provided
235:22, 239:12

psych
241:8, 241:18
public
170:13, 211:4,
211:7, 211:10,
212:23, 213:4,
214:22, 299:21,
317:15, 367:1
publishing
213:12
pull
209:3
pulled
208:25, 316:5,
326:20
pulling
327:6
punish
251:7, 299:15
punishments
258:3, 258:4
pupils
261:23
purpose
176:19
purposes
265:12, 267:16,
350:12
pursuant
170:12
pushed
344:1
pushups
299:17
pussies
339:2
pussy
294:14
put
193:22, 204:24,
215:13, 259:3,
279:4, 280:12,
280:22, 280:23,
280:24, 292:21,
293:12, 296:14,
300:19, 320:18,
328:5, 329:19,
332:15, 333:19,

342:1, 342:6,
356:4
**putting**
274:21

## Q

**qualifications**
364:6
**qualified**
362:23
**qualify**
341:23
**qualifying**
346:20
**question**
179:2, 179:8,
182:13, 182:15,
187:7, 190:6,
190:8, 190:16,
192:25, 195:5,
202:17, 205:18,
207:10, 209:22,
213:6, 214:14,
215:18, 215:23,
215:24, 216:3,
216:6, 216:11,
216:18, 217:1,
218:12, 218:14,
218:16, 218:22,
219:16, 224:5,
226:19, 239:20,
296:6, 305:13,
341:18, 342:9,
343:15, 344:6,
345:10, 345:20,
346:10, 346:17,
346:23, 346:24,
347:18, 347:19,
348:5, 348:7,
348:15, 348:17,
348:19, 348:24,
351:2, 355:9,
355:24, 356:11,
357:17, 357:25,
358:10, 359:18,
360:10, 362:1,
363:1, 363:5,
363:19

**questioned**
250:22, 257:23,
305:23, 308:9,
356:3, 356:7
**questions**
189:14, 234:12,
248:3, 255:9,
276:22, 324:20,
343:16, 345:15,
347:18
**quick**
207:5
**quickly**
341:5
**quillen**
212:19, 224:14
**quit**
363:17, 363:20,
364:2
**quota**
254:8
**quote**
343:14
**quote-unquote**
283:14

## R

**rachel**
242:14, 359:19
**rage**
261:25
**rages**
274:20
**raise**
291:24, 292:2
**raising**
294:21
**ran**
295:14, 295:20,
295:22
**random**
242:22
**randomly**
215:8, 261:15,
300:21
**randy**
224:13
**rape**
325:1, 325:16,

325:20, 359:19
**raped**
310:15, 358:5,
358:13
**ray**
199:6, 253:5,
310:11, 310:24,
357:21, 358:6,
358:12, 358:14,
359:23, 360:7
**re-coded**
304:4, 320:8,
320:9
**re-engage**
238:18
**reach**
270:10
**reached**
237:18, 291:4
**react**
246:7
**reaction**
279:1
**reacts**
247:13
**read**
181:22, 182:24,
185:3, 187:2,
189:16, 190:13,
192:13, 192:18,
192:20, 192:22,
194:11, 196:24,
197:12, 197:24,
199:5, 199:13,
200:2, 200:10,
201:8, 203:1,
203:25, 204:2,
343:14, 365:8,
366:3
**reading**
200:21, 367:8
**ready**
350:21
**real**
201:9, 207:5,
283:10, 319:6
**realize**
315:23, 316:17

**realized**
271:14
**really**
175:21, 177:24,
180:1, 192:22,
196:12, 196:13,
202:20, 229:12,
231:24, 234:1,
240:6, 240:10,
240:11, 249:6,
267:4, 273:11,
286:1, 294:21,
295:18, 295:19,
299:10, 302:2,
305:25, 314:16,
314:21, 330:19,
330:25, 337:14,
357:8
**reason**
177:14, 246:22,
252:12, 274:13,
311:4, 311:5,
311:12, 339:8,
342:5, 346:10,
347:4
**reasons**
346:18, 348:13
**recall**
183:25, 185:19,
185:20, 185:25,
186:6, 186:11,
186:12, 186:25,
194:21, 199:8,
199:20, 201:4,
201:18, 201:20,
202:3, 202:20,
203:8, 240:1,
242:11, 243:4,
251:25, 264:22,
272:5, 276:24,
278:16, 315:2,
317:4, 317:5,
317:11, 318:6,
322:22, 322:23,
322:24, 323:23,
326:18, 326:23,
328:8, 331:8,
331:11, 332:3,

332:5, 332:6,
333:8, 335:7,
342:22, 359:16
**received**
215:10, 220:21,
259:11, 259:18,
283:10
**receiving**
217:14, 281:8,
281:12
**recent**
251:24
**recently**
211:2, 231:12,
360:2
**recess**
324:22
**recoded**
303:14, 303:15,
303:17, 303:20,
310:2, 310:7,
311:1, 311:7,
311:21, 312:4,
312:6, 321:4
**recommend**
204:7
**record**
181:7, 214:22,
234:5, 234:6,
324:23, 345:23,
360:6, 364:13,
365:15, 367:5
**recorded**
267:12
**records**
227:11, 227:24,
240:22, 314:5
**recruit**
225:3, 225:6,
265:11, 268:4,
268:5
**recruiting**
233:15, 265:12,
267:16
**recruitment**
228:15
**recruitments**
229:1

**reduced**
367:7
**reenter**
342:19
**reference**
264:20
**referred**
316:3, 327:18
**referring**
217:13, 217:14,
252:8
**refund**
292:19
**regard**
277:24, 278:15,
297:7, 313:22
**regarding**
237:18, 239:13,
240:3, 240:16,
302:16, 341:23,
344:11, 353:23
**regardless**
214:25, 301:2,
305:11
**rehab**
323:17, 323:18
**reimbursed**
237:15
**reiteration**
318:17
**relate**
318:9
**related**
178:8, 254:4,
299:19, 302:13,
305:5, 314:3,
318:15, 367:9
**relationship**
183:11, 184:6,
189:4, 297:4,
309:14, 309:19
**relevant**
363:24
**remain**
322:13
**remember**
178:19, 186:4,
198:12, 204:17,

206:2, 209:7,
227:6, 235:4,
235:13, 236:14,
263:2, 264:17,
275:5, 292:7,
293:4, 303:11,
303:13, 312:17,
321:2, 321:22,
333:3, 333:11,
333:16, 343:7,
343:8, 343:9,
354:6, 358:25,
359:1, 359:6,
359:11, 359:12,
359:14, 360:1,
363:23, 364:25
**removed**
300:4
**renee**
169:4, 169:17,
170:1, 172:2,
174:3, 174:9,
194:8, 204:1,
204:13, 229:17,
233:6, 234:11,
294:14, 316:2,
366:2
**renumber**
181:1
**repeat**
262:24
**repercussions**
298:3, 298:5,
298:18
**rephrase**
326:3, 352:7
**replaceable**
191:15
**report**
206:22, 206:23,
220:4, 220:12,
220:22, 223:5,
223:7, 223:9,
223:13, 268:9,
270:11, 271:1,
272:1, 292:11,
364:20, 365:1
**reported**
169:24, 278:11,

317:5, 317:6
**reporter**
181:2, 190:17,
348:22, 365:11,
367:1
**represented**
327:24
**request**
323:1, 323:2
**requested**
220:8, 322:21,
323:3, 367:8
**required**
253:17, 253:19,
344:25, 349:5
**requirement**
238:17
**requirements**
237:23, 238:3,
238:8, 238:10,
301:21, 301:22,
303:1
**resource**
239:12, 272:1
**respect**
189:1
**responded**
238:21
**response**
239:11, 291:22,
345:16
**responses**
342:21
**rest**
202:3, 204:8
**restart**
180:18
**restaurant**
204:22, 243:1,
328:24
**restaurants**
193:17
**restraining**
357:10
**result**
252:21, 258:11
**resume**
232:8

retake
364:10
return
322:1, 322:3,
323:17
review
204:9, 204:22,
205:19, 206:1,
206:2
reviews
202:9, 204:24,
265:23, 265:24,
265:25, 266:1,
266:7, 266:12,
266:16, 266:17,
266:21
reward
297:12
rga
225:2, 232:14,
232:22, 303:15,
303:17, 320:19
rgas
232:10, 232:12
rick's
257:16
ride
322:21, 323:1,
323:6, 332:16
rides
343:16, 352:11
ridicule
298:22
ridiculous
298:20, 299:4,
339:7, 339:9
rig
231:22, 232:5
right
174:24, 195:20,
196:16, 210:5,
213:19, 213:22,
221:24, 224:18,
228:7, 231:8,
231:14, 234:11,
243:8, 243:20,
245:24, 246:12,
248:11, 255:17,

267:10, 273:9,
275:2, 275:19,
295:24, 297:2,
300:16, 306:5,
308:19, 310:23,
321:12, 322:2,
327:3, 328:2,
329:5, 330:7,
332:5, 332:14,
335:6, 335:25,
337:6, 337:14,
337:16, 337:17,
339:20, 353:6,
355:1, 357:7,
359:12
ring
221:7, 246:10
ripped
251:25, 252:10,
252:12, 315:25
rise
341:20
road
288:20, 316:6
rocco
171:12, 245:15,
365:4
room
275:18, 276:1,
281:25, 282:1,
282:4, 282:6,
282:23, 284:2,
329:8, 329:17,
352:9, 352:12,
352:13, 352:18,
353:2, 353:8,
354:22, 355:2
ross
221:1
round
195:25, 343:12
rover
230:24, 231:2
ruins
214:20
rules
174:22
run
250:9, 254:1,

273:24, 286:14,
287:1, 295:23,
296:2
running
254:2, 255:20,
294:9
russin
169:7, 169:8,
175:1, 179:5,
179:14, 179:23,
182:21, 184:18,
186:6, 188:5,
188:15, 189:10,
189:23, 190:21,
206:5, 209:18,
213:1, 213:6,
213:11, 215:4,
215:21, 216:14,
216:23, 217:20,
219:7, 219:11,
219:14, 219:22,
222:5, 222:14,
223:24, 224:10,
245:23, 266:19,
275:6, 279:2,
280:15, 281:9,
312:10, 315:3,
325:1, 326:17,
327:17, 342:1,
343:14, 343:18,
343:20, 344:12,
347:12, 351:9,
351:12, 351:15,
351:19, 352:1,
352:3
russin's
239:13, 272:4,
272:21
ryan
260:25, 263:18,
263:23

S

sad
183:4, 183:9
safe
274:2, 306:7,
322:8

said
177:11, 178:4,
178:5, 192:18,
192:23, 195:19,
205:19, 207:18,
216:19, 218:23,
222:19, 223:10,
225:21, 225:22,
227:1, 228:16,
229:12, 230:17,
232:17, 234:22,
235:6, 238:3,
238:5, 241:16,
247:1, 247:25,
252:6, 252:10,
259:4, 263:4,
267:24, 268:1,
268:18, 269:3,
269:5, 269:8,
278:3, 278:18,
284:10, 284:14,
286:12, 287:17,
291:15, 292:8,
292:17, 296:2,
296:19, 303:4,
308:12, 309:4,
309:18, 311:2,
313:5, 313:22,
316:19, 320:4,
321:6, 323:16,
326:20, 326:24,
327:4, 330:1,
331:2, 338:16,
340:7, 344:10,
345:15, 346:21,
347:24, 349:4,
352:1, 354:7,
358:3, 358:8,
358:12, 367:6
saint
297:3, 306:17
salmon
199:6, 253:5,
310:11, 357:21,
358:6, 358:14,
359:20
salon
266:5, 266:10

sam
247:6, 296:12,
300:23, 309:18,
326:17, 327:10,
333:12
sam's
257:2, 257:3
same
178:18, 204:14,
215:9, 227:19,
227:23, 229:2,
231:7, 236:8,
243:23, 249:16,
280:25, 308:8,
312:21, 315:13,
319:15, 320:2,
325:15, 325:17,
348:19, 348:23,
349:1, 356:25,
366:4
sandra
237:20, 237:21
sanso
192:11, 285:19,
327:12
saraceno
309:25
sat
353:25
savage
287:16
saved
269:25, 297:3
saw
175:22, 176:22,
249:15, 252:3,
263:7, 263:8,
276:5, 278:20,
278:21, 284:19,
310:21, 310:22,
361:10, 361:16
say
178:14, 181:19,
184:16, 187:4,
191:17, 191:21,
194:8, 195:16,
196:22, 197:10,
197:22, 199:3,

203:15, 206:20,
212:10, 212:11,
219:5, 224:12,
224:17, 227:2,
228:3, 246:15,
247:23, 248:11,
248:14, 249:11,
249:15, 252:6,
252:20, 253:18,
254:15, 259:13,
262:13, 262:17,
263:1, 265:4,
266:15, 268:21,
269:21, 270:8,
270:16, 272:17,
273:17, 279:8,
280:19, 282:8,
282:24, 283:12,
286:25, 287:1,
289:15, 290:12,
293:1, 296:21,
299:10, 302:4,
304:16, 304:20,
306:3, 306:7,
306:8, 306:15,
306:20, 309:3,
310:14, 312:14,
314:13, 314:14,
319:17, 322:3,
324:8, 325:20,
328:23, 331:4,
332:25, 336:18,
338:24, 339:5,
347:15, 350:23,
362:9, 362:12,
362:14
saying
185:8, 210:22,
225:3, 233:4,
254:13, 260:4,
263:2, 264:18,
272:6, 275:18,
276:13, 292:22,
306:24, 321:3,
353:1
says
194:10, 194:11,
196:23, 196:24,

220:18, 319:24,
342:9
scare
219:5, 222:9
scared
273:13
scenario
253:13
scenarios
178:15
schedule
252:2, 316:12
schedules
267:3
school
360:16
scratch
241:16
screaming
275:1, 275:20,
294:11, 294:15
screen
187:10, 188:1
screenshot
172:8, 172:9,
172:10, 172:11,
172:12, 172:13,
172:14, 172:15,
194:1, 203:21,
335:20, 336:2,
336:7, 337:10
screenshots
239:23, 239:24
seal
367:13
seated
262:7
seclusion
209:17, 214:6
second
206:4, 227:15,
234:9, 243:13,
321:12, 336:6,
364:12
seconds
337:17, 337:20
secret
208:21, 261:3,

263:20, 340:1
secure
274:14
security
279:5, 279:9,
279:10
see
174:10, 174:11,
176:7, 187:6,
191:2, 202:5,
202:7, 212:21,
213:3, 232:7,
241:6, 243:21,
245:1, 246:7,
247:12, 252:23,
260:11, 260:21,
261:4, 263:12,
275:4, 275:7,
276:2, 276:21,
283:1, 283:4,
287:24, 289:3,
289:5, 289:7,
292:13, 293:16,
314:8, 316:4,
337:14, 342:2,
350:22, 361:1
seeing
185:9, 264:22,
272:25, 290:17,
304:6
seemed
208:15, 260:6,
262:1
seems
180:20, 232:7,
300:13
seen
178:14, 190:24,
205:9, 274:16,
276:16, 279:6,
282:10
seminar
327:19
send
185:19, 197:5,
197:16, 199:7,
199:19, 200:4,
201:3, 201:17,

201:24, 202:2,
202:13, 203:7,
213:7, 241:10,
270:13, 270:23,
293:13, 365:9
**sending**
201:20, 215:5,
215:12, 270:15
**sense**
180:4, 222:12,
362:13
**sent**
194:22, 199:16,
202:10, 203:4,
203:21, 212:25,
215:6, 215:15,
215:21, 216:9,
216:15, 216:22,
217:7, 217:19,
219:8, 219:11,
219:14, 236:3,
239:23, 292:3,
292:5, 334:10,
342:21, 352:24,
353:7
**sentence**
211:23, 218:17
**september**
206:16, 220:1,
270:24, 330:11,
343:5, 343:6,
343:8, 364:15
**series**
180:12, 196:17,
239:9
**serious**
183:3, 222:18,
233:10, 358:22
**seriously**
233:10, 340:6,
346:4, 348:8,
348:12
**sessions**
256:24
**set**
175:4, 176:8,
176:11, 176:12,
176:14, 367:12

**seven**
241:20, 341:4
**several**
241:1, 241:19
**sex**
284:9, 287:4,
287:6, 287:17,
287:22, 312:24,
313:3, 329:12,
335:5, 335:24
**sexual**
203:10, 205:8,
211:25, 214:8,
235:2, 240:7,
240:9, 240:10,
260:3, 278:1,
289:14, 304:9,
309:14, 309:18,
310:13, 312:25,
313:6, 313:9,
326:16, 338:3,
338:7, 343:13,
343:18
**sexually**
203:3, 203:18,
204:3, 205:3,
280:15, 325:12,
325:16
**sexy**
199:6
**sga**
232:15
**sgas**
232:10, 232:12
**shaking**
262:1
**shannon**
191:3, 192:10,
207:3, 212:18,
251:2, 260:25,
272:14, 272:15,
272:18, 281:14,
299:10
**shape**
356:17
**shaw**
290:14, 293:8
**she'll**
218:16

**sheet**
366:7
**shit**
183:1, 277:9
**shoot**
268:17, 268:21
**short**
193:6, 207:5,
270:18, 290:6,
304:21
**shortly**
252:2, 292:3,
292:8, 324:4
**shot**
250:1, 254:1,
255:18, 258:22,
268:17, 268:22
**shots**
250:6, 254:2
**should**
235:9, 306:7,
321:21, 349:15
**shove**
281:5
**show**
180:12, 182:20,
183:13, 184:8,
186:15, 188:25,
189:2, 196:16,
197:7, 202:22,
203:14, 203:20,
211:5, 227:12,
250:5, 279:21,
285:13, 317:13,
335:18, 335:19,
336:11
**showed**
202:1, 206:5,
362:15
**shower**
284:7
**showing**
207:16, 338:2
**shown**
201:20, 248:1
**shrooms**
261:14
**shut**
177:8, 246:11,

**seven**
289:24, 289:25,
292:6
**shy**
305:9
**sick**
364:18
**side**
316:6, 327:7
**sign**
351:8, 351:11,
351:14, 351:17
**signature**
366:10
**signature-1apgj**
367:16
**signed**
189:10, 189:17,
351:16, 351:18,
351:25, 352:3,
366:7
**signing**
367:8
**signs**
262:2, 263:8
**similar**
280:23, 330:15,
331:1
**simon**
169:9, 175:4,
177:25, 178:6,
223:12, 223:14,
223:15, 223:16,
268:2, 268:16,
268:18, 268:22,
276:8, 282:10,
289:12, 289:18,
290:10, 294:4,
294:10, 294:17,
294:20, 296:10,
320:9, 320:16,
320:23, 321:24,
322:10, 322:12,
323:14, 323:20,
344:20, 345:7,
345:8, 345:11,
345:16, 346:14,
346:21, 347:5
**simon's**
270:18, 271:3,

**271:8, 271:10,** 291:22
**since** 218:8, 238:1, 247:7, 350:7
**single** 191:12, 192:6, 248:20, 249:7, 287:4, 287:5, 342:16
**singled** 302:24
**sir** 360:25
**sister** 181:25, 182:7, 182:12, 247:25, 248:2
**sit** 262:7, 283:7, 299:17, 340:8
**site** 334:1
**sites** 265:25
**situation** 180:6, 315:13
**situations** 280:23, 337:25
**situps** 299:17
**six** 231:2
**six-month** 196:1
**skill** 307:17
**slap** 199:15, 199:16, 293:22, 338:14
**slurred** 261:22
**slut** 197:25, 200:23, 200:25
**smack** 343:21
**small** 204:2

**smart** 352:24
**smile** 222:19, 356:5
**smirk** 222:19
**smirnoff** 256:8
**snap** 336:8, 336:9
**snapchat** 194:2, 194:7, 242:4, 242:10, 243:19, 243:23, 244:16, 244:25, 259:15, 259:19, 290:2, 335:2, 337:16, 352:25, 353:3, 353:5, 353:10, 353:21
**snapchats** 281:8
**sober** 323:18
**social** 186:7, 247:14, 265:9, 317:17
**sole** 251:19
**solidified** 268:15
**some** 174:25, 178:10, 188:3, 193:24, 198:9, 200:11, 228:16, 233:25, 234:3, 234:14, 237:4, 239:23, 240:13, 242:22, 245:20, 247:23, 248:3, 249:1, 254:11, 257:7, 258:3, 259:6, 268:10, 272:4, 272:13, 279:4, 298:20, 299:10, 300:15, 304:9, 314:7, 317:20,

**329:9, 333:3,** 333:7, 339:4, 339:7, 344:4, 359:6, 359:11
**somebody** 183:8, 184:4, 213:24, 214:3, 231:25, 253:16, 262:2, 291:9, 295:1, 340:10, 350:22
**somebody's** 355:16
**somehow** 276:8, 306:4, 315:7
**someone** 191:7, 271:11, 275:2, 357:20, 358:5, 358:10, 358:14
**something** 196:13, 204:6, 218:25, 237:21, 237:24, 250:17, 254:4, 254:7, 255:1, 257:17, 258:25, 259:5, 262:3, 264:18, 274:20, 274:21, 283:17, 283:22, 292:22, 293:1, 295:20, 297:1, 302:11, 311:7, 315:10, 321:25, 334:11, 335:3, 337:22, 345:11, 345:16, 345:20, 346:1
**something's** 195:20
**sometime** 176:24, 239:3, 292:9, 303:18, 327:2, 342:20, 344:16, 359:21
**sometimes** 205:21, 208:10,

**208:18, 261:24,** 262:6, 264:10, 281:2, 359:11
**somewhere** 274:2, 280:5
**soon** 187:6, 193:18, 262:8
**sooner** 174:14
**sophomore** 360:16
**sorry** 190:11, 196:17, 204:1, 208:3, 211:22, 230:19, 236:1, 239:19, 248:1, 249:9, 251:11, 256:6, 264:6, 264:20, 268:13, 272:16, 277:14, 286:25, 308:25, 325:14, 326:3, 332:25, 346:7, 352:21
**sort** 298:20, 314:7, 339:4, 339:7
**sorts** 295:23
**sound** 242:1, 245:24, 270:20, 300:16, 319:9, 319:11, 319:14, 327:3, 328:1, 330:6
**sounds** 196:15, 273:13
**speak** 177:25, 178:6, 271:16, 293:20, 321:22, 340:13, 340:16, 346:14
**speaking** 340:2
**speaks** 319:24
**specific** 178:25, 179:3,

209:7, 209:9,
209:11, 210:11,
278:9, 278:10
**specifically**
184:18, 223:24,
233:5, 277:25,
290:19, 299:9,
309:8, 323:5,
324:10
**specifics**
234:24, 240:13
**speculate**
307:13, 314:14
**speculating**
355:16
**speculation**
305:6, 307:11,
307:22, 313:10,
339:18, 355:9,
355:15
**speech**
261:22
**spell**
198:18, 198:21
**spending**
328:8
**spoke**
178:3, 234:13,
348:10, 354:4
**spontaneous**
348:21
**spot**
221:22
**squats**
299:17
**squeeze**
281:4
**st**
243:3
**stacked**
257:11
**stakes**
255:4, 255:5
**stand**
206:19, 262:8
**standard**
208:12
**standards**
254:5, 254:20,

254:21, 254:22
**standing**
218:10
**start**
174:24, 180:23,
193:8, 200:21,
226:12, 228:4,
228:16, 275:1,
345:7
**started**
195:15, 272:22,
275:14, 286:12,
300:21, 313:16,
317:12, 330:15,
332:13, 344:14,
344:16, 345:3
**starting**
181:23
**starts**
187:3
**state**
175:6, 183:19,
190:20, 192:13,
246:16, 341:18,
342:4, 352:17,
362:18
**stated**
190:13, 192:17,
201:23, 202:2,
217:18, 226:25,
234:12, 239:12,
240:2, 295:15
**statement**
188:24, 191:14,
192:3, 322:23
**statements**
213:12, 213:13,
213:16, 224:20,
224:22, 295:13
**states**
169:1, 189:23
**stating**
210:23, 210:24
**stay**
226:24, 262:7,
273:9, 304:21,
356:9
**stayed**
355:2

**staying**
354:19, 354:25
**stays**
287:12
**steph**
308:23, 331:12
**stephanie**
308:23, 308:25,
309:1, 309:11
**stick**
305:3, 313:24
**still**
177:24, 214:18,
223:19, 224:15,
225:11, 232:20,
233:10, 233:18,
233:21, 233:22,
237:12, 238:12,
238:14, 260:5,
260:19, 273:4,
303:22, 303:25,
311:25, 312:10,
322:4, 322:12,
330:17, 344:17,
364:6
**stop**
183:6, 193:7,
294:13, 324:16
**stopping**
347:11
**store**
273:14, 278:21,
278:22, 279:11,
279:19, 280:11
**stories**
262:25
**story**
270:18
**straight**
206:21, 306:24
**straightforward**
282:22
**streams**
302:3, 302:5
**street**
221:20, 221:23,
314:3
**strip**
257:13, 257:14,

257:18, 285:16,
285:21, 285:22,
285:23, 286:4,
286:9, 287:14,
288:3, 288:9,
288:23, 354:7,
354:13, 354:14,
356:19
**stripper**
287:4
**strippers**
287:7, 287:22,
357:4, 357:5
**stroked**
249:11
**struggling**
175:9, 339:13
**stuff**
177:11, 214:19,
235:5, 236:8,
240:7, 263:24,
267:5, 287:13,
288:8, 314:9,
318:15, 319:6,
338:10, 339:9
**stumble**
262:4
**stupid**
196:13
**style**
307:18
**subordinates**
278:13, 309:24
**substances**
342:1
**succeed**
211:19
**sudden**
238:14
**sued**
213:25
**suffered**
224:19
**suite**
170:6, 171:7,
171:15
**summarizing**
235:22

summary
234:18, 234:22
sunglasses
246:18
super
308:6, 330:24
supervisors
301:19, 306:12
support
217:24, 247:23,
362:18
supportive
248:5
supposed
232:1, 285:3,
285:10, 288:7,
328:14, 335:21
supposedly
217:5
sure
174:12, 176:4,
190:23, 190:24,
196:5, 198:8,
200:8, 202:8,
202:14, 207:22,
210:3, 229:19,
232:13, 237:24,
241:2, 245:21,
265:5, 265:24,
271:5, 287:2,
293:20, 310:10,
312:5, 314:12,
319:23, 336:8,
357:1, 362:21
surveillance
221:8, 221:15
susan
290:14
sweating
261:24
sworn
174:4

**T**

table
299:5
tactics
222:15

tagged
198:1
tagging
185:8, 186:6
take
191:13, 191:16,
207:13, 208:23,
233:8, 233:9,
233:24, 242:10,
246:10, 251:8,
251:9, 253:15,
258:6, 258:9,
264:4, 264:9,
264:12, 269:5,
283:13, 283:14,
316:21, 324:13,
324:14, 336:20,
337:10, 339:8,
347:21
taken
237:15, 243:4,
243:17, 244:22,
245:8, 251:14,
253:6, 253:12,
258:1, 276:8,
298:6, 298:20,
324:22, 348:8,
348:12, 361:13,
367:3, 367:6
takes
222:9, 269:22
taking
208:19, 238:12,
250:6, 254:2,
260:21, 283:20,
294:24, 316:23,
346:4, 352:8,
352:11, 353:23,
360:23, 362:9,
362:10
talk
175:5, 177:5,
177:13, 219:9,
226:21, 232:2,
236:4, 236:7,
240:8, 268:17,
281:7, 283:9,
289:18, 316:14,

323:22, 325:23,
326:2, 338:8,
338:21, 339:1,
346:21, 348:21,
361:5
talked
176:17, 228:6,
230:23, 236:13,
245:20, 245:22,
276:6, 287:15,
289:13, 308:7,
313:15, 335:1
talked-about
262:19
talking
175:15, 177:15,
190:18, 211:24,
236:11, 237:25,
247:16, 247:18,
260:4, 265:7,
275:15, 277:23,
278:5, 313:18,
318:7, 323:11,
326:10
tangible
239:21
tanning
266:5, 266:10
tarnish
214:3
tarnished
224:25
taste
247:12
tattoo
243:21, 245:1,
255:7, 255:8,
255:10
tattoos
255:13
taxes
230:12
team
193:4, 193:9,
193:13, 193:21,
193:23, 194:16,
194:19, 195:1,
195:8, 195:14,

228:13, 257:6,
257:7, 258:7,
259:1, 264:21,
265:6, 265:7,
283:13, 283:15,
283:20, 283:25,
295:5, 306:12,
310:5, 316:21,
316:24, 318:18,
320:16, 323:14,
323:20, 325:25,
331:22, 332:12,
344:18, 352:9,
353:24
tears
294:11, 294:13
tech
363:8, 364:1,
364:7
technically
281:4
technician
363:15
telephone
236:15
tell
177:20, 178:5,
178:12, 178:23,
179:5, 179:14,
180:7, 183:8,
188:15, 188:20,
206:24, 213:2,
219:7, 219:10,
219:17, 234:15,
234:23, 235:16,
236:9, 241:19,
242:13, 244:24,
248:18, 251:23,
253:11, 260:15,
262:25, 266:20,
268:6, 272:8,
272:23, 280:14,
285:8, 287:6,
287:9, 287:21,
289:21, 294:4,
295:3, 295:4,
295:8, 295:10,
296:14, 299:14,

300:9, 300:11,
301:15, 302:18,
305:24, 306:1,
306:9, 306:11,
308:1, 308:14,
308:16, 310:18,
313:14, 314:5,
314:24, 315:5,
316:23, 317:1,
317:11, 319:18,
319:21, 320:23,
323:20, 328:11,
330:13, 332:10,
333:19, 335:9,
339:12, 339:22,
339:24, 340:15,
355:1, 358:5,
358:10, 358:14,
358:19, 359:23
**tell-tail**
262:2
**telling**
228:11, 228:21,
249:5, 277:6,
277:8, 289:13,
294:17, 315:20,
316:10, 328:5,
347:20, 348:25,
361:4, 361:11
**temporary**
320:12, 320:13
**ten**
337:17, 337:19,
351:3
**tequila**
204:11, 204:19
**term**
300:13
**terminate**
189:6, 189:11,
189:24, 190:21,
190:24, 191:2,
191:18
**terms**
247:19, 249:22,
268:9, 319:13,
319:14, 322:4
**terrible**
177:12, 233:19,

316:17, 316:19
**test**
364:10
**testified**
174:6, 192:15,
195:13, 205:7,
205:13, 230:23,
231:1, 281:18,
304:10, 312:13,
322:16, 326:16,
327:16, 327:21,
329:22, 343:11,
345:6, 345:22,
345:24, 346:6,
352:6, 355:13,
357:20, 360:13,
360:22, 364:15,
364:22
**testify**
174:4, 195:17,
361:20
**testifying**
312:17
**testimony**
182:11, 185:18,
192:8, 197:4,
202:4, 202:15,
202:18, 209:12,
245:21, 300:15,
322:24, 346:21,
347:25, 348:11,
353:7, 354:23,
355:16, 366:4,
366:5, 367:5,
367:6
**text**
172:8, 172:9,
172:10, 172:11,
172:12, 172:13,
172:14, 172:15,
180:12, 181:11,
182:20, 183:8,
183:13, 184:4,
185:16, 185:24,
186:15, 187:12,
187:23, 188:3,
188:16, 188:18,
196:17, 200:9,

201:3, 215:5,
235:1, 248:1,
264:17, 264:19,
300:3, 352:20,
353:1, 353:5,
353:9, 353:13,
353:20, 353:22
**texted**
176:16, 188:9,
275:15, 315:19,
352:17
**texts**
235:3, 360:8
**th**
327:25, 328:1
**thank**
185:8, 185:11,
185:13
**thanking**
186:7
**therapy's**
339:2
**thereafter**
324:4, 367:6
**they'd**
304:23, 304:24
**thing**
204:23, 214:20,
227:23, 243:23,
249:6, 253:21,
256:10, 260:18,
260:20, 262:19,
280:25, 286:17,
291:8, 296:5,
299:4, 308:8,
312:25, 314:2,
315:19, 315:22,
328:15
**things**
174:17, 178:15,
180:8, 180:9,
189:3, 193:17,
204:24, 207:1,
210:11, 223:7,
223:9, 233:19,
234:9, 239:21,
245:20, 248:11,
248:15, 249:2,

249:22, 249:23,
250:4, 250:13,
263:1, 264:25,
265:7, 272:23,
277:21, 279:14,
293:18, 295:23,
299:11, 306:23,
312:14, 318:13,
318:16, 337:5,
340:12, 342:18,
344:7, 358:21,
362:12, 362:14
**thinking**
204:5, 266:16,
293:15
**third**
213:13, 219:10,
219:12
**thought**
315:24, 321:24,
346:2
**thousand**
288:25
**threaten**
251:4, 258:6,
258:9, 270:2,
270:5, 279:23
**threatened**
250:23, 356:15
**threatening**
210:17, 246:10,
305:19, 305:21
**threats**
211:13, 222:14,
272:5, 276:17
**three**
186:22, 223:1,
237:3, 256:2,
256:4
**threesomes**
287:15
**throat**
281:3
**through**
174:21, 175:8,
188:3, 210:2,
328:1, 335:19,
336:10, 336:21,

336:25, 340:9,
349:9, 359:3,
359:4
**throughout**
262:20, 276:6
**throw**
312:16, 313:2
**throwing**
250:11
**throws**
274:20
**tight**
280:25
**time**
174:13, 174:18,
175:4, 175:22,
176:22, 177:23,
177:25, 178:3,
178:18, 179:22,
180:25, 191:13,
192:22, 192:24,
193:6, 198:16,
206:8, 207:5,
208:9, 227:12,
227:19, 229:2,
230:23, 233:14,
245:16, 246:16,
246:17, 246:18,
247:4, 247:19,
248:7, 248:9,
248:20, 249:17,
250:19, 252:14,
254:17, 256:20,
257:9, 260:6,
261:18, 265:1,
265:22, 266:3,
267:22, 270:9,
272:25, 273:10,
281:11, 283:10,
287:16, 287:18,
289:6, 290:6,
290:9, 291:4,
292:11, 292:15,
293:7, 301:12,
304:22, 308:5,
308:9, 317:5,
318:7, 320:20,
321:19, 323:10,

323:23, 325:24,
327:7, 328:4,
328:8, 328:9,
329:17, 332:17,
332:20, 333:20,
334:14, 338:15,
341:18, 342:11,
342:19, 344:17,
349:19, 349:21,
350:18, 354:19,
357:8, 364:19
**times**
192:25, 209:1,
222:22, 223:1,
246:5, 246:8,
247:2, 256:2,
257:10, 261:14,
263:3, 282:2,
285:9, 305:12,
334:15, 338:5,
338:6, 350:24,
356:15
**tips**
321:23
**to-go**
285:12
**today**
174:13, 202:4,
232:1, 232:3,
245:22, 258:24,
264:22, 268:8,
342:22
**together**
175:16, 313:24
**toilet**
204:4
**told**
176:16, 177:10,
178:7, 178:8,
178:9, 178:18,
182:12, 188:18,
189:8, 213:18,
219:2, 219:12,
222:7, 222:17,
224:7, 224:8,
225:14, 225:18,
225:25, 226:4,
233:9, 234:20,

234:25, 235:2,
235:11, 238:9,
239:16, 239:17,
240:11, 246:3,
252:4, 252:15,
262:25, 263:1,
264:24, 266:8,
266:24, 268:4,
268:12, 268:13,
269:8, 284:2,
289:22, 290:1,
290:2, 290:4,
290:7, 290:12,
290:18, 292:6,
294:9, 294:12,
297:2, 297:4,
300:5, 302:9,
304:24, 309:5,
309:8, 310:12,
314:16, 315:8,
317:12, 318:2,
321:20, 322:10,
329:19, 332:15,
339:25, 340:20,
340:22, 351:17,
357:21, 358:1,
358:17, 360:1
**tommy**
225:7, 225:19,
226:3, 226:4,
226:23, 227:15,
229:9, 232:9,
232:14, 268:2
**tone**
319:13, 319:14
**took**
208:16, 208:20,
209:1, 243:5,
252:4, 260:8,
260:15, 283:25,
284:7, 285:18,
286:10, 295:4,
326:5, 332:15,
336:2, 336:7,
340:5
**top**
181:17, 182:24,
183:19, 185:3,

185:15, 187:9,
187:18, 187:25,
190:18, 193:16,
196:22, 197:10,
197:22, 199:3,
199:25, 200:21,
201:8, 203:1,
230:10, 242:7,
293:5, 300:25,
313:25, 330:12,
331:5, 331:16,
343:5, 364:16
**top-dog**
268:3
**topic**
278:10
**topics**
318:7
**total**
228:19
**totally**
347:24
**touch**
209:25, 231:23,
236:13, 338:13,
343:22
**tough**
204:2
**towards**
176:5, 185:10,
191:22, 194:12,
194:20, 195:10,
195:23, 212:2,
212:12, 212:13,
226:16, 314:22,
330:14, 338:7
**township**
221:1
**toxicology**
364:20, 365:1
**track**
176:18
**train**
286:14, 287:1
**trained**
313:19
**trainee**
307:6, 308:5,

315:12, 316:9
**trainees**
252:14, 303:11,
303:13, 309:6,
315:8, 316:10
**training**
304:24, 304:25,
308:6, 313:18,
315:14, 315:15,
363:13
**transcript**
181:4, 181:9,
181:14, 183:16,
184:11, 184:22,
186:18, 187:15,
187:22, 194:4,
196:21, 197:9,
197:21, 199:2,
199:12, 199:24,
200:20, 201:7,
202:25, 203:24,
365:11, 366:5,
367:4
**transparent**
201:12
**trauma**
359:3, 359:4
**traveled**
349:20, 349:21,
350:5
**travis**
323:21, 323:22,
323:23, 324:5
**treat**
364:17, 364:23
**trend**
292:25
**tried**
204:3, 225:2,
270:15
**trip**
243:5, 285:17,
354:3, 354:24
**trouble**
240:23, 252:18,
294:19
**true**
214:10, 214:18,

232:20, 295:25,
366:4, 367:4
**truth**
174:5, 174:6
**truthful**
341:15
**try**
174:14, 175:7,
180:18, 209:8,
213:25, 264:1,
281:25, 282:15,
282:18, 306:2,
311:6, 341:5,
342:16, 359:4
**trying**
225:6, 237:10,
248:4, 263:12,
270:25, 276:12,
293:16
**tunnel**
330:22, 330:23
**turn**
206:19, 242:1,
285:11
**turned**
204:5, 228:9
**turning**
306:4
**turnover**
304:14
**twana**
315:20, 315:23
**two**
186:22, 198:12,
208:14, 226:12,
228:19, 231:15,
324:17, 324:21,
330:20, 336:20,
350:18, 350:25
**type**
175:15
**types**
294:5, 318:6
**typewriting**
367:7
**typical**
333:4, 333:5,
333:6

**typically**
206:18, 208:5

---
**U**
---

**uber**
355:25, 356:1
**uh-huh**
182:23, 259:2,
267:8, 300:17,
305:22, 311:3,
313:20, 319:16,
320:10, 330:2,
341:10
**ultimately**
301:10
**unauthorized**
291:13
**unbiased**
271:12
**uncomfortable**
240:8, 240:12,
289:13, 304:8,
307:17, 307:19,
321:5, 321:7,
338:1
**under**
181:23, 193:5,
194:11, 200:21,
258:8, 291:18,
304:7, 304:18,
305:24, 312:10,
314:20, 320:19,
341:8, 367:7
**underneath**
273:11
**understand**
177:13, 213:23,
214:7, 218:9,
260:20, 278:3,
291:6, 302:2,
341:13, 362:3
**understanding**
277:1, 277:5
**understood**
192:18
**underwear**
250:10
**unethical**
292:14

**unfortunately**
209:10, 343:1,
357:8
**united**
169:1
**unless**
282:2, 290:3
**unproductive**
219:18
**until**
179:22, 232:2,
284:7, 299:6,
323:17, 359:14
**up-line**
301:9
**updated**
183:2, 234:21
**upmc**
241:13
**upstairs**
299:5
**use**
295:12, 333:22,
334:7, 334:16,
334:19
**useless**
316:1
**user**
196:9, 199:25,
203:4, 204:1,
204:13, 204:21,
229:15
**uses**
317:20
**usually**
318:15

---
**V**
---

**vague**
239:19, 240:6
**validated**
235:10
**vandalism**
222:6, 278:19
**vandalized**
219:24, 219:25,
222:5, 278:16
**vandalizing**
219:22, 221:3

**vansuch**
270:20, 271:8
**vary**
254:11
**vaughn**
191:3, 192:10,
207:3, 212:18,
251:2, 323:21,
323:22
**vehicle**
278:16
**vena**
225:7, 225:19,
226:3, 226:4,
229:9, 232:9,
268:2
**venting**
178:7
**verbal**
219:3, 235:2,
298:25, 317:18
**verbally**
222:7, 354:1
**verbatim**
320:6
**verified**
341:11, 341:14
**verify**
227:24
**via**
238:22, 259:15,
259:19, 353:8,
353:9
**video**
173:4, 173:5,
173:6, 173:7,
173:8, 173:9,
221:8, 242:3,
242:4, 242:12,
242:16, 242:17,
242:21, 243:9,
243:16, 243:17,
243:20, 244:2,
244:3, 244:17,
244:21, 245:1,
245:4, 245:8,
267:19, 275:13,
276:9, 276:12,

323:11, 339:21
**videos**
211:20, 211:24,
242:1, 365:9
**videotaped**
267:13
**violence**
211:13, 272:5
**violent**
274:16, 276:17
**virginia**
287:11, 287:12,
287:13
**virgo**
211:1, 211:4,
230:25, 231:16,
231:22, 278:23
**virtual**
292:16
**vision**
330:22, 330:23
**visit**
176:8, 350:3
**volition**
191:6
**volume**
169:17

---
**W**
---

**wagely**
327:10
**wagley**
285:19, 329:12
**wait**
185:4
**waited**
315:21
**waiting**
177:25, 178:4,
178:6
**walk**
279:25, 280:1,
280:3, 299:2,
299:3, 330:18
**wall**
299:17, 312:16,
313:3, 314:3
**walnut**
175:5

**want**
174:24, 180:17,
180:18, 183:2,
196:10, 202:5,
218:1, 228:6,
233:25, 241:1,
247:11, 259:3,
282:22, 283:22,
284:11, 285:23,
285:25, 291:7,
292:18, 292:21,
296:2, 321:4,
321:11, 323:6,
324:5, 324:16,
337:4, 346:12,
356:4
**wanted**
176:16, 187:4,
204:5, 230:20,
246:6, 255:4,
277:9, 286:13,
295:14, 307:6,
311:6, 315:12,
320:24, 321:4,
321:6, 321:7,
321:8, 337:13,
345:7, 346:7,
346:15, 346:22,
347:7, 347:8,
356:8
**wanting**
288:3, 357:1
**wants**
348:25
**washes**
250:16, 255:22
**washing**
255:16
**watch**
334:2, 340:8,
346:12
**watched**
304:15
**waxed**
253:25
**waxing**
250:6
**way**
174:12, 183:11,

212:24, 214:2,
214:3, 218:6,
219:6, 228:7,
231:11, 253:22,
254:6, 265:10,
268:5, 295:20,
295:23, 296:7,
300:19, 305:16,
309:9, 313:6,
330:25, 356:16
**ways**
267:15, 267:16,
269:24, 295:24
**we'll**
174:13, 174:16,
174:17, 175:21,
180:23, 219:19,
234:1, 341:4
**we're**
180:15, 180:24,
182:25, 233:20,
240:23, 255:6,
267:22, 269:25,
285:14, 285:15,
285:16, 288:9,
292:17, 321:11,
324:19, 341:4,
361:24
**we've**
335:1
**weapon**
250:2
**wearing**
250:15
**webb**
171:11, 172:3,
174:8, 176:21,
179:9, 179:21,
180:11, 180:14,
180:23, 181:5,
181:10, 182:16,
182:19, 184:3,
186:14, 190:5,
192:20, 193:1,
193:3, 195:12,
196:19, 197:19,
198:25, 199:10,
199:22, 200:18,

201:5, 202:8,
202:12, 205:12,
207:23, 209:15,
210:15, 212:15,
213:9, 216:5,
217:4, 219:19,
219:20, 220:17,
220:24, 223:22,
224:6, 228:2,
230:7, 230:22,
233:6, 233:24,
234:7, 239:8,
239:10, 241:12,
243:12, 245:5,
245:13, 305:6,
307:11, 307:22,
339:18, 341:3,
341:7, 343:15,
345:22, 346:20,
347:10, 347:19,
348:18, 351:7,
352:5, 353:17,
355:15, 356:6,
358:4, 359:13,
360:18, 361:19,
361:24, 363:16,
364:9, 364:14,
365:3, 365:9,
365:13
**website**
266:18
**wednesday**
169:19, 199:14
**weed**
261:14, 264:3
**week**
208:13, 231:3,
291:3, 295:15
**weight**
299:14, 299:20,
338:8
**weird**
273:14, 286:19,
300:24, 301:5,
330:24, 330:25,
337:13
**well-known**
287:19

**wellness**
241:15, 241:17
**went**
188:3, 225:1,
238:15, 257:12,
266:6, 275:17,
284:1, 284:5,
284:14, 285:20,
285:21, 285:22,
287:14, 288:7,
288:10, 295:1,
316:6, 318:13,
321:10, 329:8,
330:12, 331:4,
331:7, 332:6,
332:11, 340:9,
343:5, 345:7,
346:6, 346:10,
347:4, 350:9,
350:11, 354:7
**weren't**
175:14, 175:21,
223:6, 253:14,
254:19, 272:20,
298:4, 298:5,
298:19, 302:24,
303:12, 304:13,
310:16, 362:10
**west**
287:11, 287:12
**western**
169:2
**wet**
196:25, 197:13,
201:10, 201:15,
284:6
**wexford**
208:7, 241:3,
241:4, 282:12
**whatever**
181:1, 222:8,
254:10, 269:22,
287:1, 290:11,
299:18, 303:1,
306:20, 318:13,
356:17
**whatsoever**
189:4, 205:11,

206:3
**whenever**
273:16, 279:2,
286:6, 295:13,
325:15, 326:5,
329:23
**whereof**
367:12
**whereupon**
174:2
**whether**
214:25, 258:25,
262:14, 265:6,
274:19, 278:5,
278:14, 296:4,
298:8, 322:20,
338:8, 362:5
**whoever**
230:1, 331:11,
354:10
**whole**
174:5, 174:13,
178:17, 214:20,
246:17, 246:18,
276:1, 357:7
**whore**
224:11, 225:16,
225:23, 226:6,
227:2, 277:19,
277:20
**wife**
175:19, 178:18,
182:6, 204:25,
205:21, 239:17,
273:21, 278:20,
290:4, 350:2
**win**
270:1
**winky**
215:9, 282:23
**wish**
221:16
**within**
228:18, 337:17,
337:19
**without**
183:4, 264:10,
288:3, 291:20,

306:3, 342:2,
343:22
**witness**
182:5, 184:1,
191:4, 192:2,
202:7, 202:9,
207:23, 216:4,
217:2, 220:16,
236:1, 278:19,
281:8, 281:12,
292:13, 299:25,
327:6, 347:22,
348:4, 348:8,
360:9, 361:17,
361:21, 362:8,
367:12
**witnessed**
294:6, 328:5,
360:22
**witnesses**
221:5, 222:2,
223:2, 278:15
**wits**
314:23
**wives**
181:25, 182:7,
182:13, 247:25,
248:2, 314:1
**woke**
329:10
**wolf**
314:3
**woman**
287:5
**women**
178:16, 211:25,
212:1, 247:8,
313:24
**women's**
338:6
**won**
285:17, 286:1
**woodward**
247:6, 309:18
**word**
259:7, 295:12,
300:13, 301:9,
319:12

**words**
179:11, 219:3,
259:4, 286:21,
292:21, 319:13,
339:4, 349:2
**wore**
246:18
**work**
175:16, 175:17,
175:18, 198:14,
200:16, 206:6,
207:18, 207:19,
208:4, 208:12,
210:22, 210:25,
224:23, 225:14,
225:21, 226:5,
226:25, 230:24,
231:12, 232:17,
232:21, 233:7,
233:17, 237:7,
239:1, 243:5,
256:16, 256:20,
260:9, 261:5,
261:9, 261:17,
262:14, 262:15,
266:21, 271:19,
274:1, 281:24,
302:16, 315:9,
315:10, 318:15,
320:21, 321:4,
322:1, 322:3,
322:6, 323:17,
323:24, 334:8,
347:8, 347:9
**work-related**
176:19, 331:21
**worked**
192:6, 193:25,
198:6, 198:9,
200:11, 225:1,
248:14, 249:16,
250:18, 252:24,
339:17, 357:6
**worker**
228:7
**workers**
268:3
**working**
193:4, 193:22,

214:20, 224:15,
231:2, 232:3,
233:10, 233:12,
233:13, 235:1,
252:1, 259:1,
316:12, 322:4,
347:11
**workplace**
267:1
**works**
309:11
**worry**
297:5
**worst**
251:10
**worthless**
300:6
**wouldn't**
232:17, 240:18,
279:24, 354:16
**wrestle**
282:5, 282:6
**wrestling**
282:11
**wrist**
280:24
**write**
205:22, 206:1,
232:23, 264:24,
318:14
**writing**
238:13, 253:14,
293:13, 314:21
**written**
235:21, 237:3,
264:18
**wrong**
198:23, 302:11
**wrote**
184:14, 197:3,
258:8, 335:2

**X**

**xanax**
261:13

**Y**

**ya**
197:25

**yalk**
310:1
**year**
220:1, 243:7,
252:6, 252:7,
266:9, 284:8,
360:16
**years**
186:22, 350:18,
350:25
**yellow**
194:9
**yep**
194:10, 196:8,
277:22, 327:1,
327:20, 327:23,
344:19, 345:1,
354:9, 354:12
**yesterday**
263:1
**yourself**
334:11

**Z**

**zero**
271:14, 271:15,
340:5, 349:12
**zinsky**
169:4, 169:17,
170:1, 172:2,
172:7, 173:2,
174:3, 204:1,
229:17, 233:6,
240:2, 366:2
**zinsky's**
204:14

**$**

**$200**
231:5

**0**

**00**
232:4, 297:21,
298:1, 298:5,
298:13, 298:15,
298:19, 329:11

**1**

**1**
232:4

**1,000**
177:3
**10**
172:8, 181:8,
341:18
**100**
176:4, 190:23,
191:8, 196:4,
252:3, 291:10,
304:16, 309:10,
310:10, 319:6
**1099**
270:1
**11**
172:9, 181:13,
324:22, 324:23
**12**
172:10, 183:14,
183:15, 365:15
**13**
172:11, 184:9,
184:10
**14**
172:12, 184:20,
184:21
**15**
172:13, 186:16,
186:17
**15219**
171:8
**15220**
170:7, 171:16
**16**
172:14, 187:12,
187:14, 364:4
**169**
169:23
**17**
172:15, 187:20,
187:21, 367:18
**174,341**
172:3
**18**
172:16, 194:1,
194:3, 328:1,
363:11
**181**
172:8, 172:9

**183**
172:10
**184**
172:11, 172:12
**186**
172:13
**187**
172:14, 172:15
**19**
172:17, 196:19,
196:20, 201:23,
328:1, 341:25,
365:15
**194**
172:16
**196**
172:17
**197**
172:18, 172:19
**199**
172:20, 172:21,
172:22

**2**

**20**
172:18, 197:7,
197:8, 243:6,
286:11, 298:8,
327:25, 328:1,
331:9, 333:17,
341:25
**200**
172:23, 298:8
**201**
172:24
**2010**
360:19
**2017**
363:11
**2018**
175:2
**2019**
192:1, 193:11,
193:12, 194:25,
195:10, 195:14,
195:23, 202:23,
206:10, 206:15,
206:16, 209:4,

230:10, 230:17,
284:18, 326:25,
327:1, 327:3,
327:22, 328:1,
332:11, 335:22,
341:25
**202**
172:25
**2020**
230:18, 230:19,
243:7, 275:6,
275:9, 330:3,
330:6, 330:11,
341:25, 343:5,
359:21, 364:16
**2021**
175:24, 176:5,
176:24, 176:25,
222:18, 226:16,
227:8, 228:23,
228:24, 228:25,
230:11, 230:18,
236:18, 243:6,
243:7, 245:24,
252:9, 268:23,
270:24, 292:9,
294:6, 301:12,
303:18, 315:3,
320:9, 323:10,
344:15, 344:16,
344:23, 345:4,
354:5
**2022**
227:9, 228:24,
229:1, 230:8,
236:23, 360:3
**2023**
169:19, 367:14
**2026**
367:18
**203**
173:3
**21**
172:19, 186:2,
197:19, 197:20,
237:1, 350:7
**210**
170:6, 171:15

**22**
169:5, 169:19,
172:20, 198:25,
199:1, 230:14
**23**
172:21, 199:10,
199:11, 202:23
**24**
172:22, 199:22,
199:23
**243**
173:4, 173:5
**244**
173:6, 173:7,
173:8
**245**
172:4, 173:9
**25**
172:23, 200:18,
200:19
**26**
172:24, 201:5,
201:6
**27**
172:25, 202:24
**2789**
171:17
**28**
173:3, 203:20,
203:23
**29**
173:4, 243:13,
243:14
**2:-cv**
169:5

**3**

**3**
329:11
**30**
169:20, 173:5,
243:13, 243:14,
341:3
**300**
171:7
**31**
173:6, 244:10,
244:11

**32**
173:7, 244:13,
244:14
**33**
173:8, 234:5,
244:18
**34**
173:9, 245:5,
245:6
**367**
169:23
**37**
324:22
**39**
324:23
**3p1**
230:24, 231:2

**4**

**4**
329:11
**400**
170:5, 171:14
**412**
171:17
**429**
171:7
**45**
234:6, 290:11
**482261**
169:22

**5**

**50**
304:16, 304:20
**547**
169:5
**5th**
367:13

**6**

**60**
304:16, 304:20

**7**

**790**
171:17

**8**

**8**
169:20, 297:21,

298:5, 298:13,
298:15

**9**

**9**
234:5, 234:6,
298:1, 298:19
**90**
256:20, 273:10