IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | Electronically Filed |
| Defendants. | | |

### [PROPOSED] ORDER STRIKING PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR CONTEMPT

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant's Motion to Strike Plaintiff's Brief in Support of her Motion for Contempt, it is hereby ORDERED that Defendant Russin's Motion to Strike is GRANTED. It is hereby further ORDERED that Plaintiff's Brief in Support of her Motion for Contempt (ECF Nos. 71 & 72) is hereby STRICKEN from the docket.

BY THE COURT:

_____
The Honorable Marilyn J. Horan
United States District Judge