**CERTIFICATE OF CONFERRAL**

I, Benjamin D. Webb, as counsel for the movant, Defendant, Michael Russin, hereby certify that I have made good faith efforts to confer with the non-moving party to determine whether she consents or opposes the foregoing Motion to Strike Plaintiff's Brief in Support of Motion for Contempt. At 11:23 a.m., on May 4, 2023, I sent counsel for the Plaintiff correspondence via electronic mail requesting that she withdraw her improperly filed Brief by 4 p.m. on May 4, 2023. Counsel for Plaintiff has not responded.

Dated: May 4, 2023                                    *s/Benjamin D. Webb*
                                                      Benjamin D. Webb