## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547 (MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw my appearance on behalf of Defendant, American Income Life Insurance Company, in the above-captioned matter.

Respectfully submitted,

Dated: 5/12/2023

*/s/ Rachel E. Lutz*
RACHEL E. LUTZ, ESQUIRE
PA. Bar No. 315462

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following person(s):

Amy Williamson, Esquire
WILLIAMSON LAW
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
awilliamson@awilliamsonlaw.com

*Attorney for Plaintiff Renee Zinsky*

Jean E. Novak, Esquire
STRASSBURGER MCKENNA GUTNICK
 AND GEFSKY
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
jnovak@smgglaw.com

*Attorney for Defendants
Simon Arias, III, Arias Agencies and S.A. Holdings, LLC*

Benjamin D. Webb, Esquire
COZZA LAW GROUP
510 Washington Avenue
Carnegie, PA 15106
bwebb@cozzalaw.com

*Attorney for Defendants,
Michael Russin, Russin Group, LLC and Russin Financial*

Andrea M. Kirshenbaum, Esquire
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
akirshenbaum@littler.com

*Attorney for Defendant,
American Income Life Insurance Company*

Dated: 5/12/2023        */s/ Rachel E. Lutz*
            RACHEL E. LUTZ, ESQUIRE