IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547 (MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

## MOTION TO WITHDRAW APPEARANCE OF RACHEL E. LUTZ

AND NOW, comes the undersigned and hereby files the following Motion to Withdraw Appearance of Rachel E. Lutz and in support thereof avers as follows.

1. Defendant American Income Life Insurance Company was originally represented in the instant matter by Andrea M. Kirshenbaum, Esquire and Post & Schell, P.C. Ms. Kirshenbaum entered her appearance on June 13, 2022.

2. Rachel E. Lutz, Esquire was employed by Post & Schell, P.C. and entered her appearance in this matter on July 12, 2022.

3. On January 26, 2023, Ms. Kirshenbaum left Post & Schell, P.C. and joined the law firm Littler Mendelsohn, P.C., located at 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102. She continues to represent Defendant American Income Life Insurance Company in this matter.

4. Ms. Lutz resigned her employment with Post & Schell, P.C. effective January 31, 2023.

5. As Defendant American Income Life Insurance Company continues to be represented by Ms. Kirshenbaum at her new firm, the undersigned respectfully requests that the Court withdraw the appearance of Rachel E. Lutz, Esquire in the above-captioned matter.

WHEREFORE, the undersigned respectfully requests that this Honorable Court enter the Order attached hereto.

                                                  Respectfully submitted,

                                                  */s/ Rachel E. Lutz*
                                                  RACHEL E. LUTZ
                                                  PA No.: 315462