IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547 (MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2023, upon due consideration of the Motion to Withdraw Appearance of Rachel E. Lutz, said Motion is hereby GRANTED and the appearance of Rachel E. Lutz, Esquire is withdrawn as counsel of record for Defendant, American Income Life Insurance Company.

BY THE COURT,

_____,J.