IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN | ) | |
| FINANCIAL, RUSSIN GROUP, | ) | |
| SIMON ARIAS, III, ARIAS AGENCIES, | ) | |
| S.A. ARIAS HOLDINGS, LLC, | ) | Electronically Filed |
| AMERICAN INCOME LIFE | ) | |
| INSURANCE COMPANY, | ) | |

Defendants.

**[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR CONTEMPT**

AND NOW, this _____ day of _____,     2023,     upon consideration of Plaintiff's Motion for Contempt and Defendant Michael Russin's Response to Plaintiff's Motion for Contempt, it is hereby ORDERED that Plaintiff's Motion for Contempt is DENIED. Additionally, Plaintiff is hereby ORDERED to pay Defendant Russin's attorneys fees and costs associated with responding to her Motion for Contempt in the amount of $3,500.00.

BY THE COURT:

_____
The Honorable Marilyn J. Horan
United States District Judge