# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | Judge Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2023 upon consideration of the foregoing, Plaintiff's Motion for Leave to File Supplemental Brief in Support of Plaintiff's Motion for Contempt and Second Supplemental Brief in Support of Plaintiff's Motion for Contempt is hereby GRANTED.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge