IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | Judge Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | JURY TRIAL DEMANDED |

**ORDER OF COURT**

AND NOW, this ____ day of _____, 2023 upon consideration of the foregoing, Plaintiff's Motion for Protective Order is hereby GRANTED. This Court specifically holds as follows:

1)  Defendant Russin is strictly prohibited from harassing, annoying, using threats, threats of violence, violence, intimidation tactics, or otherwise endangering the safety and privacy of Plaintiff, Plaintiff's counsel, and/or witnesses in this case;

2)  Defendant Russin is strictly prohibited from harassing, annoying, using threats, threats of violence, intimidation tactics, or otherwise impeding Plaintiff's ability to pursue justice in this case, including but not limited to allowing Plaintiff to cloak the identify of witnesses Plaintiff intends to rely upon at the time of trial;

3)  Criminal punishment for Defendant Russin, including but not limited to imprisonment, or other criminal punishment in line with the federal sentencing guidelines;

4)  Reasonable attorney's fees and costs related to the preparation of this Motion for Protective Order in the amount of $2,000.00; and,

5)  Any other relief this Court deems appropriate.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge