IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:22-cv-547-MJH |
| | ) |
| | ) Electronically Filed |
| v. | ) |
| | ) |
| | ) |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, | ) |
| | ) |
| | ) Jury Trial Demanded |
| Defendants. | ) |
| | ) |

**ORDER**

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED as follows:

a) the Clerk of Courts shall redact from public view paragraphs 14-18 of the Affidavit of Chatiqua Hemingway (wherever it appears);

b) Plaintiff Renee Zinsky and her counsel Amy Williamson, Esquire, are prohibited from using the unredacted Hemingway Affidavit for any purpose;

c) Plaintiff Renee Zinsky and her counsel Amy Williamson, Esquire, shall pay Simon Arias' reasonable counsel fees in preparing and presenting his Motion for Sanctions. Arias shall submit appropriate documentation of his fee request within 10 days of the date of this Order. Zinsky and Williamson may respond within 10 days thereafter; and

d) Amy Williamson, Esq., is reprimanded by this Court for including paragraphs 14-18 in the Hemingway Affidavit in violation of Rule 11(b)(1).

_____
Horan, J.