IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil Action<br><br>No. 2:22-cv-547<br><br>**ENTRY OF APPEARANCE OF COUNSEL**<br><br>FILED ON BEHALF OF PLAINTIFF<br><br>Counsel of Record for This Party:<br><br>Janice M. Savinis, Esquire<br>PA ID #51943<br><br>John R. Kane, Esquire<br>PA ID #87731<br><br>Michael J. Gallucci, Esquire<br>PA ID #92859<br><br>SAVINIS, KANE, & GALLUCCI, L.L.C.<br>436 7th Avenue, Suite 322<br>Pittsburgh, PA 15219<br>(412) 227-6556 |

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | |

**ENTRY OF APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record:

Michael J. Gallucci, of Savinis, Kane, & Gallucci, LLC, is admitted or otherwise authorized to practice in this court, and appear in this case as counsel for Plaintiff, Renee Zinsky. Amy Williamson, Esquire, still represents Ms. Zinsky in this matter alongside the undersigned counsel.

Respectfully Submitted,

SAVINIS, KANE, &
GALLUCCI, L.L.C.

_____
Michael Gallucci, Esq.
PA ID No.: 92859

436 Seventh Ave.
Suite 322 Koppers Bldg.
Pittsburgh, PA 15219
Tel.: (412) 227-6556
Fax: (412) 227-6445
mgallucci@sdklaw.com

## CERTIFICATE OF SERIVCE

I, John R. Kane, Esquire, hereby certify that a true and correct copy of Plaintiff's Entry of Appearance was electronically served upon counsel of record on this 20th day of July 2023 via email, addressed as follows:

| Benjamin D. Webb, Esq.<br>Cozza Law Group PLLC<br>400 Holiday Drive, Suite 210<br>Pittsburgh, PA 15220<br>bwebb@cozzalaw.com<br>*Counsel for Russin Defendants* | Jean E. Novak, Esq.<br>Strassburger, McKenna, et al<br>Four Gateway Cntr, Ste 2200<br>444 Liberty Ave.<br>Pittsburgh, PA 15222<br>jnovak@smgglaw.com<br>*Counsel for Arias Defendants* | Andrea Kirshenbaum, Esq.<br>Littler Mendelson, PC<br>1601 Cherry St., Ste 1400<br>Philadelphia, PA 19102<br>akirshenbaum@littler.com<br>*Counsel for AIL* |
|---|---|---|
| Amy Williamson, Esq.<br>Williamson Law LLC<br>355 Parkway Drive<br>Pittsburgh, PA 15228<br>awilliamson@awilliamsonlaw.com<br>*Counsel for Plaintiff Renee Zinsky* | | David B. White, Esq.<br>BURNS WHITE<br>48 26th Street<br>Pittsburgh, PA 15222<br>dbwhite@burnswhite.com<br>*Mediator* |

SAVINIS, KANE, & GALLUCCI, L.L.C.

_____
Michael J. Gallucci, Esq.
Attorney for Plaintiff