# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Renee Zinsky, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:22-cv-547 |
| | ) |
| v. | ) |
| | ) |
| Michael Russin, et al, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ADR SESSION

A Mediation session is scheduled in the above captioned matter for August 15, 2023 at 9:30 a.m. The session will be held at the law offices of Burns White LLC, Burns White Center, 48 26th Street, Pittsburgh, Pennsylvania 15222.

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date: July 21, 2023    /s/David B. White, Esquire
                       Signature of Neutral