



# About Us

Steel City Impact is a youth-centered program in the Greater Pittsburgh area that provides mind, body, and spirit-based development and mentoring opportunities to the youth of our communities. We know our youth is the future of our society and we want to make sure that they are equipped with all the necessary skills and knowledge to achieve success while making a positive impact on the world.

PROGRAM

GIVE TO SUPPORT



EXHIBIT
1

# Our Mission

To impact the lives of each and every child that walks through our doors. Giving them the ability to gain the knowledge and experience they need for the world of tomorrow. Empowering them to take control of their mind, body, and spirit to set them up for a successful future.

# Our Vision

To build a program that will help shape the lives of the youth of our city who otherwise would fall through the cracks of our educational system and society. Better equipping them to make an impact and create a better place for the generations that will follow in their footsteps.

# Our Goal

Our goal is to impact the future of our great community by giving children the tools they need to explore and learn about what they are passionate about in a safe and encouraging environment. Enabling them to be as big of an impact as possible in the world that they are inheriting.

# Get Involved

We are always looking to grow our Steel City Impact team, whether you're a student looking to participate in our program or you are a teacher or mentor looking to use the gifts you have been given to pour into the lives of the youth in our community to make an impact in their lives. You can also support our program through a financial gift to help fund supplies, field trips, and other needs for our youth centered programs.

**PROGRAM**

GIVE TO SUPPORT

Copyright © Steel City Impact | Privacy | Designed By ALLCAPSMEDIA