

**Strassburger McKenna Gutnick & Gefsky**
ATTORNEYS AT LAW SINCE 1919

Four Gateway Center, Suite 2200
444 Liberty Avenue, Pittsburgh, PA 15222
P: 412-281-5423  F: 412-281-8264
www.smgglaw.com

David A. Strassburger, Esquire
dstrassburger@smgglaw.com

March 29, 2023

**VIA PERSONAL SERVICE AND CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Ms. Chatiqua Hemingway
813 Cleveland Ave
Brackenridge, PA 15014

Re:   Removal as Director / Cease and Desist

Dear Ms. Hemingway:

This firm represents Steel City Impact, Inc. ("SCI"). It has come to our attention that you have made outrageous claims of child molestation and sexual assault against SCI's President and Founder Simon Arias. Specifically, a former SCI Board Member indicated you made these statements to him and to others. I enclose for your reference the signed Affidavit of Robert Steele attesting to the various statements you made.

SCI takes the nature of these statements very seriously. When Amya Soto, the alleged victim, learned of your statements, she refuted them entirely and signed the enclosed Affidavit attesting that she never had a sexual relationship with Mr. Arias. We interviewed Mr. Arias who also denied the statements.

Your failure to bring these matters to the attention of SCI's Board, McKees Rocks School District, the Pennsylvania Department of Human Services Child Abuse Hotline, and/or the local authorities further undermines the credibility and alleged veracity of your statements. SCI Board Members are mandatory reporters as defined by the Pennsylvania Department of Human Services. Were your statements true, your failure to report the matter would expose you to criminal responsibility. For these reasons, the SCI Board has concluded your statements to be without merit.

Your conduct does not demonstrate an intention to serve the best interests of SCI and violates the SCI Bylaws Article III, Sections 2 and 11. Your failure to act in good faith in carrying out your duties as a Director, and your recent arrest for assault and harassment, risk program participants' safety and are contrary to SCI's values.

Based upon the foregoing, the SCI Board convened a special meeting and voted to remove you as a Director effective immediately. You are no longer permitted to participate in any SCI programming or events.

Your Goals | Our Priority

**EXHIBIT 2**



SCI demands that you immediately cease and desist publicizing these false and defamatory statements regarding Mr. Arias. SCI and Mr. Arias reserve all rights to pursue any available claims and remedies. If we hear again that you have continued your pattern of actionable conduct, you may be hearing from us in another forum.

Sincerely,

David A. Strassburger

DAS/fjw
Enclosures
   cc: Josh Adamek *(via email)*
       Emre Basman *(via email)*