

# AMY N. WILLIAMSON
ATTORNEY AT LAW

June 22, 2023

Jean E. Novak
Strassburger McKenna Gutnick & Gefsky
Four Gateway Center 444 Liberty Avenue
Suite 2200
Pittsburgh, PA 15222
jnovak@smgglaw.com

*SENT VIA EMAIL*

      Re:   *Zinksy v. American Income Life Insurance Company et al.*
            Case No. 01-22-0004-0849

Dear Jean,

Please allow this correspondence to serve as Claimant's Second Supplemental Witness List with regard to the above referenced matter.

In addition to the witnesses previously identified by Claimant, Claimant identifies the below referenced 49 witnesses who have knowledge of facts relevant to her claims pending against Respondents in this matter. (The witnesses with an * indicates that they are clients of Williamson Law, LLC.) Specifically, those additional witnesses are as follows:

1. Kailey Andrasko*
2. Ky Andrew
3. Erin Antoncic*
4. Jeanine Barlettano*
5. Michael Barlettano*
6. Dominic Bertini
7. Janeen Bonnay*
8. Tiffany Brianna
9. Sarah Bunting*
10. Anna Carley
11. Bernadette Casciato
12. Joseph Crivelli
13. Christa Davis*
18. Michael Manna
19. Sophia Menelle *
20. Brooke Miller
21. Genna Miller
22. Jordan Miller*
23. Jocelyn Morose*
24. Ashley Morton*
25. Ted Mrkonja
26. Jean Novak
27. Ryan Ohm
28. Ryleigh Palmer*
29. Ryan Parrish
30. Peter Reichert
35. Michelle Kruse
36. Gabrielle Kolar*
37. Erica Laughlin
38. Corey Lemos*
39. Tyler Lindquist*
40. Laura Toney
41. Morgan Luptak
42. Tyler Turner
43. Alyssa Weston
44. Katie Thompson
45. David Strassburger
46. Linette Silverthorne
47. Brittany Ketner

1


EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| 14. | Scott Dehning* | 31. | Calene Rogers* | 48. | Chatiqua Hemingway* |
| 15. | Tristan Dlabik | 32. | Alyssa Sadler | 49. | Lee Ann Hefley* |
| 16. | Matt Ficarra* | 33. | Ashley Seddon | | |
| 17. | Emily Garrett* | 34. | Suna Shaw | | |

Thank you.

Sincerely,

*/s/Amy N. Williamson, Esq.*

429 Fourth Ave. Ste. 300, Pittsburgh, Pennsylvania 15219 | awilliamson@awilliamsonlaw.com