

## AMY N. WILLIAMSON
ATTORNEY AT LAW

May 14, 2023

David Strassburger
Strassburger McKenna Gutnik & Gefsky
Four Gateway Center
Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
dstrassburger@smgglaw.com

*SENT VIA EMAIL*

          Re:    Chatiqua Hemmingway
                 Steel City Impact Investigation
                 Notice of Preservation of Evidence

Dear David,

Please be advised that I have been retained by Chatiqua Hemmingway ("Hemmingway") with regard to the allegations outlined in your letter dated March 29, 2023 ("Letter"). To that end, please allow this letter to respond to same.

First, please be advised that Ms. Hemmingway is more than happy to cease her relationship with Steel City Impact ("SCI") and the SCI Board. While she was hopeful to give back to the community through SCI, it has become abundantly clear that is not possible.

Second, Ms. Hemmingway denies all allegations made against her in your Letter. Specifically, Ms. Hemmingway has done nothing but speak the truth and fulfill her duties to SCI and the SCI Board. More importantly, she expressed her concerns about Mr. Arias' highly inappropriate and/or illegal conduct out of the interest of the children involved in the SCI program.

Third, Ms. Hemmingway has indeed reported Mr. Arias' conduct to the appropriate authorities, including but not limited to SCI board members (per your Letter). Sadly, several of the SCI board members were similarly removed from the SCI Board by Mr. Arias for speaking up as well. It is curious that many, if not all, of the current SCI Board members are either employed by Mr. Arias or are engaged in business relationships with Mr. Arias wherein they receive financial payments from him (including but not limited to Erin Laughlin). In short, the current SCI Board members are anything but independent and unbiased. For that reason, the accusations and assumptions outlined in your Letter, i.e. *"Your failure to bring these matters to the attention of SCI's Board ... and/or the local authorities*



EXHIBIT 4

*further undermines the credibility and alleged veracity of your statements"* are not only wholly inaccurate but offensive.

Your Letter goes on to refer to "interviews" your firm allegedly conducted of Mr. Arias and others, presumably in the context of an investigation. Given the fact that your firm has at least one member on the SCI Board, makes financial contributions to SCI, and has a historic and ongoing business relationship with SCI and Mr. Arias, the integrity of any such investigation is questionable at best, self-serving and potentially criminal at worst. What is more, your firm never even bothered to contact or interview Ms. Hemmingway in any manner to determine the basis of her statements and concerns. Yet, your Letter makes broad conclusions and allegations against Ms. Hemmingway with little to no credible evidence.

Going forward, Ms. Hemmingway will continue to speak the truth about what she has seen and experienced firsthand, particularly in cooperation with authorities and future investigations. To that end, I will continue to represent Ms. Hemmingway. Please stop contacting Ms. Hemmingway directly and direct all future correspondence to my attention.

Finally, please consider this formal notice to preserve any and all evidence related to your firm's interviews, alleged investigation, or other steps taken leading up to your Letter and going forward related to this matter.

Sincerely,

*/s/Amy N. Williamson, Esq.*