## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| Defendants. | JURY TRIAL DEMANDED |

## PLAINTIFF'S CERTIFICATE OF CONFERRAL

Pursuant to this Honorable Court's Order dated July 13, 2023, I hereby certify that the parties have made a reasonable effort to resolve their dispute with regard to the issues raised in Plaintiff's Motion for Protective Order as filed on July 3, 2023.

Respectfully submitted,

_____/s/ Amy N. Williamson_____

**CERTIFICATE OF SERVICE**

I hereby certify on this 14th day of August, 2023, I served a copy of the foregoing **Certificate of Conferral** via first class mail, postage prepaid and via email upon the following:

Benjamin D. Webb
Cozza Law Group PLLC
400 Holiday Drive, Suite 210
Pittsburgh, PA 15220


　　　　　　　　　　　　　　　__/s/ Amy Williamson_____