IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Renee Zinsky, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action No.  2:22-cv-547 |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Russin, et al, | ) | |
| | ) | |
|     Defendants. | ) | |

### REPORT OF NEUTRAL

A Mediation session was held in the above-captioned matter on August 15, 2023.

The case (please check one):

_____ has resolved

_____ has resolved in part (see below)

____**X**____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Dated: August 22, 2023                    /s/David B. White, Esquire
                                          Signature of Neutral