**CERTIFICATE OF CONFERRAL**

I, Benjamin D. Webb, as counsel for the movant, Defendant, Michael Russin, hereby certify that I have made good faith efforts to confer with the non-moving party to determine whether she consents or opposes the foregoing Motion to Stay. On October 9, 2023, I sent counsel for the Plaintiff correspondence via electronic mail requesting her consent to file this motion to stay. Counsel for Plaintiff has not responded. I followed up via email on October 12, and October 18, via electronic mail and telephone, and have not received a response.

Dated: October 18, 2023                                     *s/Benjamin D. Webb*
                                                                                 Benjamin D. Webb