IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-cv-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Electronically Filed |
| | ) | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | | |

**AMENDED MOTION TO STAY PROCEEDINGS**

AND NOW, comes Defendant, Michael Russin, by and through his attorneys Benjamin D. Webb, Esquire and Cozza Law Group PLLC, and files the within Amended Motion to Stay the Proceedings, averring as follows:

1. Defendant, Michael Russin, and Plaintiff entered into mediation with David White of Burns White. Separately, Plaintiff entered into another mediation with Attorney White, with co-defendants, Simon Arias, American Income Life Insurance Company, et al. Due to ongoing settlement discussions, the parties would like additional time to work out the details of the settlement negotiations.

2. The deadline for parties to file dispositive motions in this case is November 22, 2023.

3. For the aforementioned reasons, the undersigned counsel requests that the instant proceedings be stayed for a period of 60 days.

4. Counsel for Plaintiff, Renee Zinsky, has stipulated to this Motion.

WHEREFORE, Defendant, Michael Russin, respectfully requests that this Honorable Court enter the Order attached hereto, granting Defendant's Amended Motion to Stay the Proceedings.

Dated: October 26, 2023                                        Respectfully submitted

Cozza Law Group PLLC                                           Savinis, Kane & Gallucci, LLC

*s/Benjamin D. Webb*                                           *s/Janice Savinis*
Benjamin D. Webb, Esquire                                      Janice M. Savinis, Esquire
PA I.D. No. 328170                                             PA I.D. No. 51943
400 Holiday Drive, Suite 210                                   436 Seventh Avenue #700
Pittsburgh, Pennsylvania 15220                                 Pittsburgh, Pennsylvania 15219
(412) 294-8444                                                 (412) 567-4931
bwebb@cozzalaw.com                                             jsavinis@sdklaw.com
*Counsel for Defendant Russin*                                 *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that a true and correct copy of the foregoing Motion to Stay has been sent via the CM/ECF system to all counsel and/or parties of record.

                                Cozza Law Group PLLC

                                */s/Benjamin D. Webb*

                                Benjamin D. Webb, Esquire