IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | Electronically Filed |
| Defendants. | | |

## [PROPOSED] ORDER GRANTING DEFENDANT MICHAEL RUSSIN'S AMENDED MOTION TO STAY

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant Michael Russin's Amended Motion to Stay, it is hereby ORDERED that Defendant Russin's motion is GRANTED and this action is stayed for 60 days.

BY THE COURT:

_____
The Honorable Marilyn J. Horan
United States District Judge