IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN | ) | |
| FINANCIAL, RUSSIN GROUP, | ) | |
| SIMON ARIAS, III, ARIAS AGENCIES, | ) | |
| S.A. ARIAS HOLDINGS, LLC, | ) | Electronically Filed |
| AMERICAN INCOME LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | | |
| Defendants. | | |

## ORDER GRANTING DEFENDANT  MICHAEL RUSSIN'S AMENDED MOTION TO STAY

AND NOW, this _____27th_____ day of _____October_____, 2023, upon

consideration of Defendant Michael Russin's Amended Motion to Stay, it is hereby ORDERED

that Defendant Russin's motion is GRANTED and this action is stayed for 60 days.

BY THE COURT:

_____

The Honorable Marilyn J. Horan
United States District Judge