IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | Electronically Filed |
| Defendants. | | |

### ORDER GRANTING DEFENDANT MICHAEL RUSSIN'S SECOND MOTION TO STAY

AND NOW, this 9th day of January, 2024, upon consideration of Defendant Michael Russin's Second Motion to Stay, it is hereby ORDERED that Defendant Russin's motion is GRANTED and this action is stayed for 90 days until April 12, 2024

BY THE COURT:

*[signature]*
The Honorable Marilyn J. Horan
United States District Judge