U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Pittsburgh Area Office
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
(412) 588-6905
Website:  www.eeoc.gov

Renee Zinsky                                                                                               Charging Party
5023 Sutton Place
Wexford, PA 15090

Arias Agencies                                                                                             Respondent
150 Lake Dr Ste 105
Wexford, PA 15090

## NOTICE OF INTENT TO RECONSIDER

Re:     Renee Zinsky v. Arias Agencies
        EEOC Charge No: 533-2022-00816

The EEOC may on its own initiative reconsider a final determination. Upon further review, the dismissal of the above-referenced charge is hereby revoked and investigation of the charge shall continue.  Please be advised that this notice of intent to reconsider shall not vacate the Notice of Right to Sue that was issued on 6/29/2022.

If you have any questions, please call this office at (412) 588-6905.

On behalf of the Commission:

Digitally Signed By: Deborah A. Kane
11/21/2023

Deborah A. Kane
Area Director

Cc:     Amy Williamson
        Williamson Law Office
        5301 Columbia Road Apartment C
        Columbia, MD 21044

        Jean E Novak
        Strassburger McKenna Gutnick & Gefsky
        444 LIBERTY AVE STE 2200
        Pittsburgh, PA 15222

Exhibit 1