**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Pittsburgh Area Office
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
(412) 588-6905
Website: www.eeoc.gov

| | |
|---|---|
| Renee Zinsky<br>5023 Sutton Place<br>Wexford, PA 15090 | Charging Party |
| American Income Life Insurance Co.<br>1200 Wooded Acres Drive<br>Waco, TX 76710 | Respondent |

## NOTICE OF INTENT TO RECONSIDER

Re: Renee Zinsky v. American Income Life Insurance Co.
EEOC Charge No: 533-2022-00761

The EEOC may on its own initiative reconsider a final determination of no reasonable cause. Upon further review, the dismissal of the above-referenced charge is hereby revoked and investigation of the charge shall continue. Please be advised that this notice of intent to reconsider shall not vacate the Notice of Right to Sue that was issued on 10/28/2022.

If you have any questions, please call this office at (412) 588-6905.

On behalf of the Commission:

Digitally Signed By: Deborah A. Kane
11/29/2023

Deborah A. Kane
Area Director

Cc: Amy Williamson
Williamson Law Office
5301 Columbia Road Apartment C
Columbia, MD 21044

Kathryn D. Terry, Esq.
Phillips Murrah PC
101 N. Robinson Avenue, Floor 13
Oklahoma City, OK 73102

Exhibit 2