IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | **PLAINTIFFS' F.R.C.P 60(b) MOTION FOR RELIEF FROM ORDER OF COURT AND TO STAY ARBITRATION** |
| Defendants. | |

## ORDER OF COURT

And now to-wit, this _____ day of _____, it is hereby ORDERED, ADJUDGED, and DECREED, that Plaintiff's Motion to Stay is hereby GRANTED and the arbitration proceeding is hereby STAYED. Plaintiff shall notify the Court within 30 days of when the EEOC has concluded its investigation of this matter or if the EEOC investigation has not concluded within 180 days. In its notification, Plaintiff shall request a status conference, shall advise the Court of the current procedural posture of the actions by the EEOC in the instant matter, and what relief, if any, Plaintiff is requesting due to the status of the EEOC's actions.

In the interim, Plaintiff shall file a motion and accompanying brief regarding what effect the newly uncovered evidence disclosed in Plaintiff's F.R.C.P. 60(b) motion has on the jurisdiction of the arbitration. Said motion and brief will be due within 30 days of the date of this Order of Court. Defendant's Response shall be due 30 days thereafter. Each brief shall not exceed 25 pages, excluding tables and exhibits. A reply will be due 15 days thereafter, and shall not exceed 15 pages. The Court will schedule a conference if necessary sometime thereafter.

_____ J.