IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:22-cv-547-MJH |
| | ) |
| | ) Electronically Filed |
| v. | ) |
| | ) |
| | ) |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, | ) |
| | ) |
| | ) Jury Trial Demanded |
| Defendants. | ) |
| | ) |

**ORDER**

AND NOW, this \_\_\_\_ day of _____, 2024, PLAINTIFF'S F.R.C.P 60(b) MOTION FOR RELIEF FROM ORDER OF COURT AND TO STAY ARBITRATION is DENIED.

_____
Horan, J.