IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action No. 2:22-cv-547(MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| | ELECTRONICALLY FILED |
| Defendants. | |

**[PROPOSED] ORDER DENYING PLAINTIFF'S F.R.C.P. 60(b) MOTION FOR RELIEF FROM ORDER OF COURT AND TO STAY ARBITRATION**

AND NOW, this _____ day of _____, 2024, upon consideration of Plaintiff Renee Zinsky's F.R.C.P. 60(b) Motion for Relief from Order of Court and to Stay Arbitration, it is hereby ORDERED that Plaintiff's Motion is DENIED, and the case remains STAYED as to Defendants AIL, Simon Arias, Arias Agencies, and S.A. Holdings, LLC, as set forth in the Court's July 22, 2022 Order (Dkt. 37).

BY THE COURT:

_____
The Honorable Marilyn J. Horan
United States District Judge