# EXHIBIT B

AMERICAN ARBITRATION ASSOCIATION

* * * * * * * * *

| | |
|---|---|
| RENEE ZINSKY, | * |
|    Claimant | *   Case No. |
|    vs. | *   01-20-0004-0849 |
| AMERICAN INCOME LIFE | * |
| INSURANCE COMPANY; ARIAS | * |
| AGENCIES; S.A. ARIAS | * |
| HOLDINGS; SIMON ARIAS, | * |
|    Respondents | * |

* * * * * * * * *

VIDEOTAPED DEPOSITION

OF

RENEE ZINKSY

August 29, 2023

Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

```
20   BY ATTORNEY HAMMER:
21   Q. It this is a Sales Agent Contract, and if you
22      look at the second to last page of the document, you
23      can see it's signed.  Well, is that your signature on
24      the --- the page ending in 62?
25   A. It looks like it, kind of.
```



```
18   Q. Ms. Zinsky, I've handed you what's been marked as
19   Exhibit 3.  It's a document, at the top it says Pre-
20   Contracting Acknowledgement and Certification, and is
21   that your signature at the bottom?
22                           ---
23   (Whereupon, Zinsky Deposition Exhibit 3,
24   Pre-Contracting Acknowledgement, was
25   marked for identification.)
```

```
1                          ---
2    THE WITNESS:
3    Yes.
4    BY ATTORNEY HAMMER:
5    Q. And you signed this at the time that you
6    originally contracted with AIL.
7    Is that right?
8    A. Yes.
```

```
 5   Q. This is an agent contract dated as of August 20,
 6   2021.  If you looked at the third to last page, is
 7   that your signature on the page ending in 1350?
 8   A. Yes.
 9   Q. Do you remember signing this?
10   A. Yes.
```