IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

RENEE ZINSKY,

                  Plaintiff,

                                        CIVIL ACTION NO. 2:22-CV-547(MJH)

    v.

MICHAEL RUSSIN, RUSSIN FINANCIAL,
RUSSIN GROUP, SIMON ARIAS, III, ARIAS
AGENCIES, S.A. ARIAS HOLDINGS, LLC,
AMERICAN INCOME LIFE INSURANCE      ELECTRONICALLY FILED
COMPANY,

                  Defendants.

**MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY HAMMER**

    Now comes, Jeffrey M. Hammer who moves this court to grant admission to appear and practice in the United States District Court, Western District of Pennsylvania in the above-captioned matter as counsel *pro hac vice* for Defendant, American Income Life Insurance Company.

    1.    Mr. Hammer is a member in good standing of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| California | 2009 |
| Illinois | 2007 |
| USDC Central District of CA | 2009 |
| USDC Northern District of CA | 2013 |
| USDC Northern District of IL | 2007 |
| USDC Western District of MI | 2023 |
| US Court of Appeals for the Second Circuit | 2018 |
| US Court of Appeals for the Third Circuit | 2018 |
| US Court of Appeals for the Ninth Circuit | 2011 |
| US Court of Appeals for the D.C. Circuit | 2008 |

    2.    Mr. Hammer has never been disbarred, suspended or disciplined by any court.

3. Mr. Hammer is a Partner with the law firm of King & Spalding LLP, with offices at 633 West Fifth Street, Suite 1600, Los Angeles, CA 90071. His email address is jhammer@kslaw.com.

4. The Affidavit of Jeffrey M. Hammer, in support of this motion is attached hereto as Exhibit A.

**WHEREFORE**, movant Jeffrey M. Hammer respectfully requests that an Order granting admission *pro hac vice*.

**DATED**: February 15, 2024

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Jeffrey M. Hammer*
Jeffrey M. Hammer
State Bar No. 264232
King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
213-443-4355 (Phone)
213-443-4310 (Fax)
Email: jhammer@kslaw.com