**IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA**

RENEE ZINSKY,

                        Plaintiff,

    v.

MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,

                        Defendants.

CIVIL ACTION NO. 2:22-CV-547(MJH)

ELECTRONICALLY FILED

## **ORDER**

      **AND NOW**, this _____ day of _____, 2024, it is hereby ORDERED and DECREED that the Motion for Admission *Pro Hac Vice* of attorney Jeffrey M. Hammer to appear on behalf of American Income Life Insurance Company, in the above-captioned matter is hereby GRANTED and attorney Jeffrey M. Hammer is hereby specially ADMITTED to the bar of this Court for purposes of this matter.

                                                                  _____
                                                                      Honorable Marilyn J. Horan