IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 2:22-CV-547(MJH)<br><br>ELECTRONICALLY FILED |

### CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Jeffrey M. Hammer was served by Electronic Court Filing (ECF) and/or first class mail to all parties of record.

**DATED**:  February 15, 2024

_____
Jeffrey M. Hammer
State Bar No. 264232
King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
213-443-4355 (Phone)
213-433-4310 (Fax)
Email: jhammer@kslaw.com