IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

RENEE ZINSKY,

          Plaintiff,

    v.

MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,

          Defendants.

CIVIL ACTION NO. 2:22-CV-547(MJH)

ELECTRONICALLY FILED

## **MOTION FOR ADMISSION *PRO HAC VICE* OF ANNE R. DANA**

Now comes, Anne R. Dana who moves this court to grant admission to appear and practice in the United States District Court, Western District of Pennsylvania in the above-captioned matter as counsel *pro hac vice* for Defendant, American Income Life Insurance Company.

1. Ms. Dana is a member in good standing of the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| New York | 2012 |
| US Court of Appeals for the Second Circuit | 2017 |
| USDC Western District of MI | 2023 |

2. Ms. Dana has never been disbarred, suspended or disciplined by any court.

3. Ms. Dana is a Partner with the law firm of King & Spalding LLP, with offices at 1185 Avenue of the Americas, 34th Floor, New York, NY 10036. Her email address is adana@kslaw.com.

4. The Affidavit of Anne R. Dana, in support of this motion is attached hereto as Exhibit A.

**WHEREFORE**, movant Anne R. Dana respectfully requests that an Order granting admission *pro hac vice*.

**DATED**: February 15, 2024

Respectfully submitted,

**KING & SPALDING LLP**

_____
ANNE R. DANA
State Bar No. 5011366
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
212-556-2100 (Phone)
212-556-2222 (Fax)
Email: adana@kslaw.com