IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

RENEE ZINSKY,

        Plaintiff,

v.

MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,

        Defendants.

CIVIL ACTION NO. 2:22-CV-547(MJH)

ELECTRONICALLY FILED

### AFFIDAVIT OF ANNE R. DANA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Anne R. Dana, make this Affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, American Income Life Insurance Company in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3. and this Court's Standing Order Regarding *Pro Hac Vice* Admission.

I, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm King & Spalding LLP.

2. My business address is 1185 Avenue of the Americas, 34th Floor, New York, NY 10036.

3. I am a member in good standing of the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| New York | 2012 |
| US Court of Appeals for the Second Circuit | 2017 |
| USDC Western District of MI | 2023 |

4. I have never been disbarred, suspended or disciplined by any court.

5. My New York bar identification number is 5011366.

6. A current certificate of good standing is attached to this Affidavit as Exhibit "A".

7. I attest I am a registered user of the ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of the Court for the United State District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

**DATED**: February 15, 2024

_____
Anne R. Dana
State Bar No. 5011366
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
212-556-2100 (Phone)
212-556-2222 (Fax)
Email: adana@kslaw.com