IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:22-CV-547(MJH) |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Anne R. Dana was served by Electronic Court Filing (ECF) and/or first class mail to all parties of record.

**DATED**:  February 15, 2024

_____
Anne R. Dana
State Bar No. 5011366
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
212-556-2100 (Phone)
212-556-2222 (Fax)
Email: adana@kslaw.com