IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

RENEE ZINSKY,

        Plaintiff,

                              CIVIL ACTION NO. 2:22-CV-547(MJH)

v.

MICHAEL RUSSIN, RUSSIN FINANCIAL,
RUSSIN GROUP, SIMON ARIAS, III, ARIAS
AGENCIES, S.A. ARIAS HOLDINGS, LLC,
AMERICAN INCOME LIFE INSURANCE      ELECTRONICALLY FILED
COMPANY,

        Defendants.

### MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES A. UNGER

Now comes, James A. Unger who moves this court to grant admission to appear and practice in the United States District Court, Western District of Pennsylvania in the above-captioned matter as counsel *pro hac vice* for Defendant, American Income Life Insurance Company.

1. Mr. Unger is a member in good standing of the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| California | 2018 |
| New York | 2015 |
| USDC Central District of CA | 2018 |
| USDC Northern District of CA | 2018 |
| USDC Eastern District of CA | 2018 |
| USDC Southern District of CA | 2018 |
| USDC Eastern District of NY | 2016 |
| USDC Southern District of NY | 2016 |
| US Court of Appeals for the Ninth Circuit | 2020 |

2. Mr. Unger has never been disbarred, suspended or disciplined by any court.

3. Mr. Unger is a Senior Associate with the law firm of King & Spalding LLP, with offices at 633 West Fifth Street, Suite 1600, Los Angeles, CA 90071. His email address is junger@kslaw.com.

4. The Affidavit of James A. Unger, in support of this motion is attached hereto as Exhibit A.

**WHEREFORE**, movant James A. Unger respectfully requests that an Order granting admission *pro hac vice*.

**DATED**:  February 15, 2024

Respectfully submitted,

**KING & SPALDING LLP**

_____
JAMES A. UNGER
State Bar No. 325115
King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
213-443-4355 (Phone)
213-443-4310 (Fax)
Email: junger@kslaw.com