IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | |
| Plaintiff, | CIVIL ACTION NO. 2:22-CV-547(MJH) |
| v. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| Defendants. | |

## ORDER

**AND NOW**, this _____ day of _____, 2024, it is hereby ORDERED and DECREED that the Motion for Admission *Pro Hac Vice* of attorney James A. Unger to appear on behalf of American Income Life Insurance Company, in the above-captioned matter is hereby GRANTED and attorney James A. Unger is hereby specially ADMITTED to the bar of this Court for purposes of this matter.

_____
Honorable Marilyn J. Horan