# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF PENNSYLVANIA

RENEE ZINSKY,

                Plaintiff,

v.

MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,

                Defendants.

CIVIL ACTION NO. 2:22-CV-547(MJH)

ELECTRONICALLY FILED

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of James A. Unger was served by Electronic Court Filing (ECF) and/or first class mail to all parties of record.

**DATED**: February 15, 2024

                                                              _____
                                                              James A. Unger
                                                               State Bar No. 264232
                                                               King & Spalding LLP
                                                               633 West Fifth Street
                                                               Suite 1600
                                                               Los Angeles, CA 90071
                                                               213-443-4355 (Phone)
                                                               213-433-4310 (Fax)
                                                               Email: junger@kslaw.com