IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

RENEE ZINSKY,

          Plaintiff,

v.

MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,

          Defendants.

CIVIL ACTION NO. 2:22-CV-547(MJH)

ELECTRONICALLY FILED

## ORDER

AND NOW, this 16th day of February, 2024, it is hereby ORDERED and DECREED that the Motion for Admission *Pro Hac Vice* of attorney Anne R. Dana to appear on behalf of American Income Life Insurance Company, in the above-captioned matter is hereby GRANTED and attorney Anne R. Dana is hereby specially ADMITTED to the bar of this Court for purposes of this matter.

_____
Honorable Marilyn J. Horan