# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547(MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| v. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | |
| | ELECTRONICALLY FILED |
| Defendants. | |

### DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO CONFIRM ARBITRATION AWARD

Pursuant to 9 U.S.C. § 9, Defendant American Income Life Insurance Company ("AIL") respectfully moves the Court for an order confirming the final award in American Arbitration Association ("AAA") Case Number 01-22-0004-0849, *Renee Zinsky vs. Arias Agencies et al., American Income Life Insurance Company* (the "Arbitration"). The Arbitration was conducted pursuant to this Court's order compelling arbitration of all claims against defendants AIL and Simon Arias, Arias Agencies, and S.A. Holdings, LLC (Docket No. 37) and entering a stay in this case as to those defendants pending completion of arbitration, and pursuant to the demand filed by Plaintiff Renee Zinsky with AAA on September 27, 2022 and Amended Demand filed on November 18, 2022. *See* Declaration of Jeffrey M. Hammer ¶¶ 2-4. A final award was issued in the Arbitration on March 4, 2024 ("Arbitration Award") dismissing all claims brought by Renee Zinsky with prejudice. *Id.* ¶ 5, Ex. A. Accordingly, AIL respectfully requests the Court enter an order confirming the Arbitration Award and dismissing all claims against AIL with prejudice.

AIL has not conferred with Zinsky's counsel regarding this motion, as regardless of Plaintiff's position, AIL would need to seek to confirm the award, and therefore such conferral would serve neither to preserve the parties' resources nor the Court's resources.

In support of this Motion, AIL refers the Court to the Declaration of Jeffrey M. Hammer sworn to on March 13, 2024, Exhibit A thereto (the Arbitration Award), and to the Memorandum of Law in Support of the Motion, and Proposed Order, filed herewith.

\* \* \*

*Remainder of page left intentionally blank.*

WHEREFORE, AIL respectfully requests that the Court issue an Order:

    a. Confirming the Arbitration Award;

    b. Dismissing all claims against AIL with prejudice; and

    c. Affording AIL any other relief that the Court deems just and proper.

Dated: March 13, 2024                                        Respectfully submitted,

                                                          By: */s/ Andrea Kirshenbaum*

**LITTLER MENDELSON, P.C.**
Andrea M. Kirshenbaum (Pa. Bar No. 88030)
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102Tel: (267) 402-3076
Fax: (267) 402-3131
Email: AKirshenbaum@littler.com

**KING & SPALDING LLP**
Jeffrey Hammer* (Cal. Bar No. 264232)
James A. Unger* (Cal. Bar No. 325115)
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Tel: (213) 218-4002
Fax: (213) 443-4310
Email: jhammer@kslaw.com
Email: junger@kslaw.com

Anne R. Dana* (NY Bar No. 5011366)
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: (212) 556-2100
Email: adana@kslaw.com

*\*Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024 a true and correct copy of the foregoing document was served and filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Amy Williamson, Esquire
WILLIAMSON LAW
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
awilliamson@awilliamsonlaw.com

Janice Marie Savinis
SAVINIS, KANE, & GALLUCCI
436 7th Avenue, Suite 322
Pittsburgh, PA 15219
jsavinis@sdklaw.com

John R. Kane
SAVINIS, KANE, AND GALLUCCI
436 7th Avenue, Suite 322
Pittsburgh, PA 15219
jkane@sdklaw.com

Michael J. Gallucci
SAVINIS, KANE, & GALLUCCI
436 7th Avenue, Suite 322
Pittsburgh, PA 15219
mgallucci@sdklaw.com

*Attorneys for Plaintiff Renee Zinsky*

Jean E. Novak, Esquire
STRASSBURGER MCKENNA GUTNICK AND GEFSKY
Four Gateway Center, Suite 2200 444
Liberty Avenue Pittsburgh, PA 15222
jnovak@smgglaw.com

*Attorneys for Defendants Simon Arias, III, Arias Agencies and S.A. Holdings, LLC*

Benjamin D. Webb, Esquire
COZZA LAW GROUP
510 Washington Avenue Carnegie, PA 15106
bwebb@cozzalaw.com

*Attorney for Defendants Michael Russin, Russin Group, LLC and Russin Financial*

        */s/ Andrea M. Kirshenbaum*
        Andrea M. Kirshenbaum