IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action No. 2:22-cv-547(MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| v. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANT
AMERICAN INCOME LIFE INSURANCE COMPANY'S
MOTION TO CONFIRM ARBITRATION AWARD**

And now, this _____ day of _____, 20__, upon consideration of Defendant American Income Life Insurance Company ("AIL")'s Motion to Confirm Arbitration Award, AIL's Memorandum in Support thereof, and all supporting papers and arguments made before this Court, and any opposition filed by Plaintiff, it is hereby ordered that AIL's Motion is GRANTED.

Pursuant to 9 U.S.C. § 9 the Final Order issued by the panel of arbitrators is confirmed, all claims brought against AIL by Plaintiff in this action are dismissed with prejudice, as are all claims brought by Plaintiff against AIL in American Arbitration Association Case No. 01-22-0004-0849 including:

> (1) Intentional violation of the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*); (2) Intentional violation of the Fair Labor Standards Act, Failure to Maintain Required Records (29 C.F.R. § 516, *et seq.*) (3) Violation of the Pennsylvania Minimum Wage Act of 1968 ("PMWA") (43 P.S. § 333.104(c) and 34 Pa. Code § 231.41); (4)

Violation of the Pennsylvania Wage Payment and Collection Law ("WPCL") (43 P.S. § 260.3); (5) Unjust Enrichment; (6) Breach of Contract - Failure to Act in Good Faith; (7) Declaratory Relief – Rescission of Agent Contract; (8) Violation of Title VII of the Civil Rights Act of 1964 (Title VII) and the Pennsylvania Human Relations Act ("PHRA"), Gender Discrimination; (9) Violation of Title VII and the PHRA, Sexual Harassment; (10) Violation of Title VII and the PHRA, Retaliation; (11) Negligent Retention; (12) Intentional Infliction of Emotional Distress; (13) Defamation; (14) Intrusion Upon Seclusion; (15) Sexual Assault; (16) Battery; and, (17) False Imprisonment.

Judgment is entered for Defendant AIL on all of Plaintiff's claims against it and AIL is dismissed as a party in this action with prejudice.

_____
The Honorable Marilyn J. Horan
United States District Court Judge