# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RENEE ZINSKY,

Plaintiff,

vs.

MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,

Defendants.

Civil Action

No. 2:22-cv-547-MJH

ELECTRONICALLY FILED

## MOTION OF SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, TO JOIN AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO CONFIRM ARBITRATION AWARD

Defendants Simon Arias, III, Arias Agencies, and S.A. Arias Holdings, LLC ("Arias Defendants"), by and through their undersigned counsel, hereby join and adopt as if fully set forth herein American Income Life Insurance Company's Motion to Confirm Arbitration Award. A proposed Order is filed contemporaneously.

Arias Defendants further join and adopt as if fully set forth herein American Income Life Insurance Company's Memorandum of Law in Support of the Motion to Confirm Arbitration Award.

Respectfully submitted,

STRASSBURGER McKENNA GUTNICK & GEFSKY

By: /s/ Jean E. Novak
Jean E. Novak
PA ID No. 69490
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222

Telephone: (412) 281-5423
Facsimile: (412) 281-8264
E-mail: jnovak@smgglaw.com

*Counsel for Defendants, Simon Arias, III, Arias Agencies, S.A. Arias Holdings, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANTS SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC'S MOTION TO JOIN DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION TO CONFIRM ARBITRATION AWARD** was served by the Court's ECF system, this 13th day of March 2024, on the following:

Amy N. Williamson, Esquire
WILLIAMSON LAW LLC
355 Parkway Drive
Pittsburgh, PA 15228
awilliamson@awilliamsonlaw.com

John R. Kane, Esquire
Janice Savinis, Esquire
Michael Gallucci, Esquire
SAVINIS KANE & GALLUCCI, LLC
436 Seventh Avenue
Suite 700, 436 Koppers Building
Pittsburgh, PA 15219
jkane@sdklaw.com
jsavinis@sdklaw.com
mgallucci@sdklaw.com
*(Counsel for Plaintiff, Renee Zinsky)*

Jeffrey M. Hammer, Esquire
Anne R. Dana, Esquire
James A. Unger, Esquire
KING & SPALDING, LLC
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
JHammer@KSLAW.com
junger@kslaw.com
ADana@KSLAW.com
*(Counsel for Defendant, American Income Life Insurance Company)*

STRASSBURGER McKENNA GUTNICK
& GEFSKY

/s/Jean E. Novak
Jean E. Novak