**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF PENNSYLVANIA**

RENEE ZINSKY,                                        Civil Action

        Plaintiff,                              No. 2:22-cv-547-MJH

vs.

MICHAEL RUSSIN, RUSSIN FINANCIAL,
RUSSIN GROUP, SIMON ARIAS, III, ARIAS
AGENCIES, S.A. ARIAS HOLDINGS, LLC,
AMERICAN INCOME LIFE INSURANCE
COMPANY,

        Defendants.

## ORDER OF COURT

AND NOW, this _____ day of_____ 2024 upon consideration of the joinder motion filed on behalf of Defendants Simon Arias, III, Arias Agencies, and S.A. Arias Holdings, LLC ("Arias Defendants), the joinder motion is GRANTED, and the Arias Defendants are joined to Motion of American Income Life Insurance Company to Confirm Arbitration Award (and its related memorandum of law).

By:_____ J.