IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE ZINSKY**, | Civil Action No. 2:22-cv-547(MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| v. | |
| **MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY**, | ELECTRONICALLY FILED |
| Defendants. | |

### DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO AIL'S MOTION TO CONFIRM ARBITRATION AWARD

Defendant American Income Life Insurance Company ("AIL") respectfully requests that the Court grant it leave to file a Reply in Support of its Motion to Confirm Arbitration Award (Docket No. 126), stating as follows:

1. On March 13, 2024, AIL filed its Motion to Confirm Arbitration Award. (Docket No. 126).

2. On March 18, 2024, Plaintiff filed her Response in Opposition to AIL's Motion to Confirm Arbitration Award. (Docket No. 130).

3. Pursuant to Rule 3 of this Court's Standing Order and Procedures on Civil Motion Practice ("Standing Order"), the Court must grant leave for a party to file a Reply in support of a non-dispositive motion.

4.	Because Plaintiff has made the novel argument in her Response that the Arbitration Panel's Final Order dismissing with prejudice all claims that this Court ordered arbitrated cannot be confirmed by the Court under the Federal Arbitration Act, good cause exists to permit AIL to file a Reply in Support of its Motion.

5.	Further, Plaintiff has selectively quoted the transcript of the conference preceding the Panel's Final Order and AIL therefore seeks to clarify the record.

6.	Pursuant to Rule 6(c) of the Standing Order, AIL's reply will not exceed ten (10) pages and will be filed on or before March 25, 2024.

7.	Accordingly, AIL respectfully requests leave to file a short Reply addressing this argument on or before Monday, March 25, 2024.

8.	AIL has not met and conferred with Plaintiff regarding this procedural motion.

WHEREFORE, AIL respectfully requests that the Court grant it leave to file a Reply to Plaintiff's Response in Opposition to its Motion to Confirm Arbitration Award.

Dated:  March 18, 2024                                          Respectfully submitted,


                                                                By:  /s/ *Andrea M. Kirshenbaum*

                                                                **LITTLER MENDELSON, P.C.**
                                                                Andrea M. Kirshenbaum (Pa. Bar No. 88030)
                                                                Three Parkway
                                                                1601 Cherry Street, Suite 1400
                                                                Philadelphia, PA 19102Tel: (267) 402-3076
                                                                Fax: (267) 402-3131
                                                                Email:  AKirshenbaum@littler.com

                                                                **KING & SPALDING LLP**
                                                                Jeffrey Hammer* (Cal. Bar No. 264232)
                                                                James A. Unger* (Cal. Bar No. 325115)
                                                                633 West Fifth Street, Suite 1600
                                                                Los Angeles, California 90071
                                                                Tel: (213) 218-4002
                                                                Fax: (213) 443-4310
                                                                Email: jhammer@kslaw.com
                                                                Email: junger@kslaw.com

                                                                Anne R. Dana* (NY Bar No. 5011366)
                                                                1185 Avenue of the Americas
                                                                34th Floor
                                                                New York, NY 10036
                                                                Tel: (212) 556-2100
                                                                Email:  adana@kslaw.com

                                                                **Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024 a true and correct copy of the foregoing document was served and filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Amy Williamson, Esquire
WILLIAMSON LAW
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
awilliamson@awilliamsonlaw.com

Janice Marie Savinis
SAVINIS, KANE, & GALLUCCI
436 7th Avenue, Suite 322
Pittsburgh, PA 15219
jsavinis@sdklaw.com

John R. Kane
SAVINIS, KANE, AND GALLUCCI
436 7th Avenue, Suite 322
Pittsburgh, PA 15219
jkane@sdklaw.com

Michael J. Gallucci
SAVINIS, KANE, & GALLUCCI
436 7th Avenue, Suite 322
Pittsburgh, PA 15219
mgallucci@sdklaw.com

*Attorneys for Plaintiff Renee Zinsky*

Jean E. Novak, Esquire
STRASSBURGER MCKENNA GUTNICK AND GEFSKY
Four Gateway Center, Suite 2200 444
Liberty Avenue Pittsburgh, PA 15222
jnovak@smgglaw.com

*Attorneys for Defendants Simon Arias, III, Arias Agencies and S.A. Holdings, LLC*

Benjamin D. Webb, Esquire  
COZZA LAW GROUP  
510 Washington Avenue Carnegie, PA 15106  
bwebb@cozzalaw.com

*Attorney for Defendants Michael Russin, Russin Group, LLC and Russin Financial*

        */s/ Andrea M. Kirshenbaum*
        Andrea M. Kirshenbaum