IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action No. 2:22-cv-547(MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| v. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| | ELECTRONICALLY FILED |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO ITS MOTION TO CONFIRM ARBITRATION AWARD**

And now, this _____ day of _____, 2024, upon consideration of Defendant American Income Life Insurance Company ("AIL")'s Motion for Leave to File a Reply to Plaintiff's Response in Opposition to Its Motion to Confirm Arbitration Award, it is hereby ordered that AIL's Motion is GRANTED.  AIL shall file a Reply brief on or before March 25, 2024.

                                                                    _____
                                                                    The Honorable Marilyn J. Horan
                                                                    United States District Court Judge

4867-5284-6511.1