IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil Action<br><br>No. 2:22-cv-547<br><br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S REPLY TO RESPONSE MOTION TO CONFIRM ARBITRATION AWARD**<br><br>FILED ON BEHALF OF PLAINTIFF<br><br>Counsel of Record for This Party:<br><br>Janice M. Savinis, Esquire<br>PA ID #51943<br><br>John R. Kane, Esquire<br>PA ID #83771<br><br>Michael J. Gallucci, Esquire<br>PA ID #92859<br><br>SAVINIS, KANE, & GALLUCCI, L.L.C.<br>436 7th Avenue, Suite 322<br>Pittsburgh, PA 15219<br>(412) 227-6556 |

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S REPLY TO RESPONSE MOTION TO CONFIRM ARBITRATION AWARD**

AND NOW comes Plaintiff, Renee Zinsky, by and through her attorneys, Amy Williamson, Esquire, John R. Kane, Esquire and the law firm of Savinis, Kane, & Gallucci, L.L.C. and files the following response:

1. Given AIL's Reply, it appears as though there are still areas of disagreement, but also areas of commonality. The ability to file a sur-reply would aid the parties and the Court in resolving this dispute and, at least, in minimizing the issues before the Court that need resolution.

2. AIL's reply raises the question of "alternative relief to resolve the federal action against AIL." Plaintiff's sur-reply would attach an alternative order of court reflecting that all claims had been dismissed at arbitration, without going beyond the confines of the arbitration proceeding and the panel's ruling.

2

3. Zinsky has no intention of resurrecting her claims in the arbitration proceedings, nor in the matter before this Court. Zinsky merely seeks to prevent AIL from obtaining that which it could not obtain at arbitration, and to transform the resolution before the arbitrators into an altogether different relief, with potentially different meaning and effect.

WHEREFORE, Plaintiff respectfully requests this Honorable Court Grant Plaintiff the ability to file a sur-reply.

                                        Respectfully Submitted,

                                        /s/ John R. Kane
                                        John R. Kane, Esquire

**CERTIFICATE OF SERIVCE**

I, John R. Kane, Esquire, hereby certify that a true and correct copy of Plaintiff's Motion to File Sur-reply to Defendant AIL's Motion to Confirm Arbitration Award was electronically served upon counsel of record on this 26th day of March 2024 via email, addressed as follows:

| | | |
|---|---|---|
| Benjamin D. Webb, Esq.<br>Cozza Law Group PLLC<br>400 Holiday Drive, Suite 210<br>Pittsburgh, PA 15220<br>bwebb@cozzalaw.com<br>*Counsel for Russin Defendants* | Jean E. Novak, Esq.<br>Strassburger, McKenna, et al<br>Four Gateway Cntr, Ste 2200<br>444 Liberty Ave.<br>Pittsburgh, PA 15222<br>jnovak@smgglaw.com<br>*Counsel for Arias Defendants* | Andrea Kirshenbaum, Esq.<br>Littler Mendelson, PC<br>1601 Cherry St., Ste 1400<br>Philadelphia, PA 19102<br>akirshenbaum@littler.com<br>*Counsel for AIL* |
| Amy Williamson, Esq.<br>Williamson Law LLC<br>355 Parkway Drive<br>Pittsburgh, PA 15228<br>awilliamson@awilliamsonlaw.com<br>*Counsel for Plaintiff Renee Zinsky* | Jeffrey Hammer, Esquire<br>King & Spalding LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA  90071<br>jhammer@kslaw.com | David B. White, Esq.<br>BURNS WHITE<br>48 26th Street<br>Pittsburgh, PA 15222<br>dbwhite@burnswhite.com<br>*Mediator* |

Respectfully Submitted,

SAVINIS, KANE, & GALLUCCI, LLC

  /s/ John R. Kane
John R. Kane, Esquire

4