IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of April 2024, it is hereby ORDERED, ADJUDGED, and DECREED, that Defendants' Motion is DENIED.  In its July 22, 2022 opinion, this Court Granted the motion to compel arbitration filed by Defendants, AIL, Simon Arias, Arias Agencies, and S.A. Holdings, LLC.  A stay against those defendants was entered pending completion of arbitration.  Prior to the commencement of the arbitration hearing, Plaintiff withdrew all of her claims against those Defendants.  The arbitrators accordingly dismissed the arbitration as no claims remained in arbitration.  As those claims in arbitration were withdrawn, they are correspondingly withdrawn in the instant matter, leaving no further claims by Plaintiff against Defendants, AIL, Simon Arias, Arias Agencies, and S.A. Holdings, LLC.

_____ J.