IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action No. 2:22-cv-547(MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| v. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S PROPOSED ORDER AND SUR-REPLY TO <u>MOTION TO CONFIRM ARBITRATION AWARD</u>**

And now, this _____ day of _____, 2024, upon consideration of Defendant American Income Life Insurance Company ("AIL")'s Motion for Leave to File Response to Plaintiff's Proposed Order and Sur-Reply to Motion to Confirm Arbitration Award, it is hereby ordered that AIL's Motion is GRANTED. AIL's Response brief, which was attached to its Motion as Exhibit A, will hereby be docketed in this action and considered by the Court.

_____
The Honorable Marilyn J. Horan
United States District Court Judge