## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-cv-547 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, | ) | |
| RUSSIN GROUP, SIMON ARIAS III, | ) | |
| ARIAS AGENCIES, S.A. HOLDINGS, LLC, | ) | |
| and AMERICAN INCOME LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | | |

### ORDER

Following consideration of Defendant, American Income Life Insurance's Motion to Confirm Arbitration Award (ECF No. 126), Defendant, Simon Arias, III, Arias Agencies, S.A. Holdings, LLC's, Motion for Joinder (ECF NO. 129), their respective briefs (ECF Nos. 127 and 133), Plaintiff, Renee Zinsky's, respective responses and briefs (ECF Nos. 130 and 136), and following careful review of the transcript of the Arbitration proceedings, the Court hereby lifts the stay entered on July 22, 2022 (ECF No. 37) as to these defendants. The Final Order entered by the Arbitrators dated March 4, 2024 (ECF No. 127-1) is hereby adopted and confirmed. All Plaintiffs' claims in this action filed against Defendants, American Income Life Insurance, Simon Arias, III, Arias Agencies, S.A. Holdings, LLC, are dismissed with prejudice.

SO ORDERED this 3rd day of April 2023.

_____
Marilyn J. Horan
United States District Judge