IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-cv-547 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, | ) | |
| RUSSIN GROUP, SIMON ARIAS III, | ) | |
| ARIAS AGENCIES, S.A. HOLDINGS, LLC, | ) | |
| and AMERICAN INCOME LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | | |

ORDER

In the light of the dismissal of Defendants, American Income Life Insurance, Simon Arias, III, Arias Agencies, S.A. Holdings, LLC, the Court will take no action on Defendant, Simon Arias, III's, Motion for Sanctions (ECF No. 94). Accordingly, the same is denied as moot and without prejudice.

SO ORDERED this 3rd day of April 2023.

_____
Marilyn J. Horan
United States District Judge