IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | Civil Action No.: 2:22-CV-547 |
| | ) | |
| Plaintiff, | ) | NOTICE OF SUBSTITUTION and |
| | ) | WITHDRAWAL |
| v. | ) | |
| | ) | |
| MICHAEL RUSSIN, RUSSIN | ) | |
| FINANCIAL, RUSSIN GROUP, | ) | |
| SIMON ARIAS, III, ARIAS AGENCIES, | ) | |
| S.A. ARIAS HOLDINGS, LLC, | ) | |
| AMERICAN INCOME LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | | |
| Defendants. | | |

To the Clerk of Court and all parties of record:

Kindly substitute the appearance of Matthew D. Gailey, Esquire as counsel for Defendants Michael Russin, Russin Financial, and Russin Group, in the above-captioned action. Benjamin D. Webb, Esquire withdraws as counsel from this action. All pleadings, papers, and documents should be served on the Defendants as follows:

Cozza Law Group PLLC
Matthew D. Gailey, Esquire
PA I.D. No. 90920
400 Holiday Drive, Suite 210
Pittsburgh, Pennsylvania 15220
(412) 294-8444
mgailey@cozzalaw.com

Dated: <u>March 21, 2024</u>

Cozza Law Group PLLC

<u>s/Benjamin D. Webb</u>
Benjamin D. Webb, Esquire
PA I.D. No. 328170
400 Holiday Drive, Suite 210
Pittsburgh, Pennsylvania 15220
(412) 294-8444
bwebb@cozzalaw.com
*Former Counsel for Defendants Michael Russin
Russin Financial, and Russin Group*

Cozza Law Group PLLC

<u>s/Matthew D. Gailey</u>
Matthew D. Gailey, Esquire
PA I.D. No. 90920
400 Holiday Drive, Suite 210
Pittsburgh, Pennsylvania 15220
(412) 294-8444
mgailey@cozzalaw.com
*Counsel for Defendants Michael Russin
Russin Financial, and Russin Group*