IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action No. 2:22-cv-547(MJH) |
| Plaintiff, | The Honorable Marilyn J. Horan |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY, | ELECTRONICALLY FILED |
| Defendants. | |

**[PROPOSED] ORDER SUSTAINING DEFENDANT
AMERICAN INCOME LIFE INSURANCE COMPANY'S
OBJECTION TO SETTLEMENT AGREEMENT**

And now, this _____ day of _____, 20__, upon consideration of Defendant American Income Life Insurance Company ("AIL")'s Objection to Settlement Agreement and all supporting papers and arguments made before this Court, AIL's Objection is SUSTAINED.

The Settlement Agreement submitted by Defendant Michael Russin, between himself and Plaintiff Renee Zinsky, states that Russin will provide specific testimony against other defendants in exchange for dismissal of Zinsky's claims against Russin and other inducements. Such an agreement is illegal and unenforceable. Therefore, Defendant Michael Russin's Petition to Enforce Settlement (ECF No. 146) is DENIED.

_____
The Honorable Marilyn J. Horan
United States District Court Judge