IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, ) | 2:22-CV-547 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge Marilyn J. Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, ) | |
| RUSSIN GROUP, SIMON ARIAS III, ) | |
| ARIAS AGENCIES, S.A. HOLDINGS, LLC ) | |
| and AMERICAN INCOME LIFE ) | |
| INSURANCE COMPANY, ) | |
| | |
| Defendants | |

**DEFENDANTS' MOTION TO WITHDRAW DEFENDANTS' PETITION TO ENFORCE SETTLEMENT**

FILED ON BEHALF OF:

Defendants

Michale Russin, Russin Financial, and Russin Group

Matthew D. Gailey, Esquire
PA ID No. 90920
Mgailey@cozzalaw.com
400 Holiday Drive, Suite 210
Pittsburgh, PA 15220

1

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, ) | 2:22-CV-547 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge Marilyn J. Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, ) | |
| RUSSIN GROUP, SIMON ARIAS III, ) | |
| ARIAS AGENCIES, S.A. HOLDINGS, LLC ) | |
| and AMERICAN INCOME LIFE ) | |
| INSURANCE COMPANY, ) | |
| Defendants | |

**DEFENDANTS' MOTION TO WITHDRAW DEFENDANTS' PETITION TO ENFORCE SETTLEMENT**

AND NOW, comes the Defendants, Michael Russin, Russin Financial, and Russin Group, hereinafter "Russin Defendants", by and through their attorneys, Cozza Law Group, and files the following Motion to Withdraw Petition to Enforce Settlement averring as follows:

1. Russin Defendants have asserted that a lawful Settlement Agreement exists between the Russin Defendants and Plaintiff in prior Court Filings.

2. Russin Defendants briefly outlined the various reasons that Plaintiff and Russin Defendants have entered into a lawful Settlement Agreement in their Reply to Defendant American Income Life Insurance's Objection to the Settlement Agreement.

3. Russin Defendants continue to believe that at lawful Settlement Agreement exists between the Russin Defendants and Plaintiff.

4. Nevertheless, for the sake of judicial economy and to avoid ongoing and costly litigation concerning this issue, Russin Defendants hereby Withdraw their Petition to Enforce Settlement.

|  |  |
|---|---|
| | Respectfully Submitted, |
| | COZZA LAW GROUP |
| Date:_____ | _____ |
| | Matthew D. Gailey, Esquire |
| | PA I.D. # 90920 |
| | mgailey@cozzaalaw.com |
| | 400 Holiday Drive, Suite 210 |
| | Pittsburgh, PA 15220 |
| | (412) 294-8444 |
| | *Counsel for Defendants Michael Russin, Russin Financial, and Russin Group* |

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, ) | 2:22-CV-547 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge Marilyn J. Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, ) | |
| RUSSIN GROUP, SIMON ARIAS III, ) | |
| ARIAS AGENCIES, S.A. HOLDINGS, LLC ) | |
| and AMERICAN INCOME LIFE ) | |
| INSURANCE COMPANY, ) | |
| Defendants | |

## ORDER OF COURT

AND NOW, it is hereby ORDERED, ADJUDGED, and DECREED that Russin Defendants' Petition to Enforce Settlement is Moot as Russin Defendants' Petition to Enforce Settlement is Withdrawn.

Date:_____                                              _____
                                                                                        J.