# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, ) | 2:22-CV-547 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge Marilyn J. Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, ) | |
| RUSSIN GROUP, SIMON ARIAS III, ) | |
| ARIAS AGENCIES, S.A. HOLDINGS, LLC ) | |
| and AMERICAN INCOME LIFE ) | |
| INSURANCE COMPANY, ) | |
| Defendants | |

## ORDER OF COURT

AND NOW, it is hereby ORDERED, ADJUDGED, and DECREED that Russin Defendants' Petition to Enforce Settlement is Moot as Russin Defendants' Petition to Enforce Settlement is Withdrawn.

Date:_____

_____
                           J.