IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE ZINSKY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-cv-547 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, | ) | |
| RUSSIN GROUP, SIMON ARIAS III, | ) | |
| ARIAS AGENCIES, S.A. HOLDINGS, LLC, | ) | |
| and AMERICAN INCOME LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | | |

ORDER

Following due consideration of Michael Russin's Motion to Withdraw (ECF No. 154) his Motion to Enforce Settlement Agreement (ECF No. 146), Responses and Replies by American Income Life Insurance Company, Renee Zinsky, and Michael Russin (ECF Nos, 148, 149, 150, 152, and 153), it is hereby ordered that Mr. Russin's Motion to Withdraw is granted. Therefore, Mr. Russin's Motion to Enforce Settlement Agreement is withdrawn, and filings related thereto are moot.

It is further ordered that, pursuant to this Court's Orders of January 9, 2024 and case management orders (ECF Nos. 86 and 110), the deadline for dispositive motions was extended until April 12, 2024, and the stay expired on April 12, 2024.  No dispositive motions having been filed and the stay period now expired, the stay is lifted, and this matter will now be scheduled for trial.  Accordingly, it is hereby ordered as follows:

1. A Video Initial Pre-Trial Conference shall be on **May 22, 2024 at 9:00 a.m.**  Counsel shall receive a video link via email.

2. Pretrial narrative statements shall comply with Local Rules 16.1.C.1 and 16.1.C.2 and be filed no later than **May 15, 2024.**

3. Jury Selection and Trial shall commence beginning on Monday, **July 22, 2024 at 9:00 a.m**.

SO ORDERED this 9th day of May 2024.

_____
Marilyn J. Horan
United States District Judge