IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY, | Civil Action |
| Plaintiff, | No. 2:22-cv-547 |
| vs. | |
| MICHAEL RUSSIN, RUSSIN FINANCIAL, and RUSSIN GROUP, | **PLAINTIFF'S PRETRIAL STATEMENT** |
| Defendants. | |

AND NOW come the above-named Plaintiff by and through her attorneys, Janice M. Savinis, Esquire, John R. Kane, Esquire, Michael J. Gallucci, Esquire, Amy Williamson, Esquire, and Savinis, Kane, & Gallucci, LLC and hereby file the following Pretrial Statement:

### A. NARRATIVE

On numerous occasions while working for Russin Financial, Arias Agencies ("Arias") and American Income Life ("AIL"), Defendant Michael Russin harassed, assaulted, battered, and otherwise violated Plaintiff, Renee Zinsky. Additionally, he defamed and otherwise intentionally inflicted emotional distress upon her, as more fully set forth below. Plaintiff's employment relationship began in early 2019 and continued into 2023. Russin's conduct occurred, generally, throughout that time period. From the outset, Michael Russin ("Russin") was her boss, supervisor, trainer, and direct superior at work, until he was removed from those positions due to her reporting of his conduct.

1

**i. Russin's Conduct Towards Plaintiff**

Plaintiff was forced to experience extreme, outrageous, atrocious, and utterly intolerable conduct by Russin, at work, while employed by Russin Financial, Arias, and AIL. Some of this conduct included the following:

- Russin sending Plaintiff naked photos of himself with an erection;
- Russin asked Plaintiff to hold his penis for him while he urinated;
- Russin grabbing Plaintiff's breasts and buttocks;
- During the course of making sales calls at MGA's homes, Russin forcibly pressed Plaintiff against a bedroom wall and tried to kiss her;
- Russin would point out that he had an erection and ask Plaintiff what she was going to do about it; Russin forcibly placed Plaintiff's hand on his crotch;
- On multiple occasions, Russin held work meetings in his car during work hours, where he would require Plaintiff to accompany him in his car while he (supposedly) instructed her about performing her work; Russin, while in the car, would grab Zinsky's head and force it onto his crotch, commanding her to perform fellatio on him; when Plaintiff refused he watched violent pornographic videos and masturbated to completion in front of Plaintiff, then tell her to help him clean up;
- Plaintiff was given date rape drugs during work events;
- Russin and other employees in the office abused cocaine, GHB, Xanax, Adderall, Percocet, and Cialis, creating an unsafe atmosphere;
- Russin would tell Plaintiff to "stop being a pussy";
- Russin stating in a work meeting in which Plaintiff was present that he liked "pussy, titties, ass and drugs";
- Russin exposed himself to Plaintiff during a work meeting in his office;
- Russin would receive blowjobs from other women and have sex with other women, while on work trips in which Plaintiff was required to attend, and required to remain in the car during these sexual encounters;
- Russin, while in the office, forced other agents to wear a dog collar and shocked them with the dog collar;
- Russin would refer to women as whores and bitches;
- Russin, all while knowing Plaintiff is gay, made comments in the office and in front of about the LGBTQ community saying they are living in sin, that they are disgusting, that they are a disgrace to the human race, and that they should be put to death;
- Russin exposed himself to Plaintiff in the "mat room" within Arias Agencies and said to Plaintiff "you can't tell me you don't want this";
- Russin would require work meetings out of the office, where alcohol was involved;
- Russin would drink heavily at work, as part of work;
- Russin would hold work meetings at strip clubs;

2

- Russin had a mental breakdown, which required hospitalization and his arrest, yet he was back at work shortly thereafter;

The above events occurred at work and at work events, making it extremely difficult for Plaintiff to limit exposure to Russin and his behavior. However, the far greater concern for Plaintiff was that <u>Russin threatened to kill Plaintiff if she ever reported any of this behavior to anyone</u>.

Russin is a large individual, much larger than Renee, and he regularly talks about his guns, and his gun use. Arias Agency was not a typical work environment. In addition to the drugs and alcohol that were present, Russin and Simon Arias had a "mat" room where they would drill with each other in jiu jitsu. Russin would pride himself on how violent an individual he was. Russin regularly posts on social media his gun usage, often posting messages or threats that coincide with his gun usage. Combine his physicality with his martial arts training and his gun usage, and his threats take on substantial meaning.

Nevertheless, Zinsky eventually got up the courage to report Russin's conduct to Russin's friend and boss, Simon Arias, the head of Arias Agency. While Renee was removed out from under the direct supervision of Russin, no action was taken directly against Russin for any of his behavior. After months of inaction by Simon Arias, Plaintiff went above Simon Arias, to AIL, and reported Russin's behavior. After an alleged investigation by AIL, Russin was terminated. However, the facts and conclusions of AIL's supposed investigation were hidden from Zinsky and the public.

### ii. Corroborating Witnesses

Third party witnesses who are former agents of AIL/Arias have come forward and signed affidavits in this case, corroborating Zinsky's claims that they witnessed. Some of the corroborating witnesses

- Described the culture at Arias as "highly toxic, misogynistic, and often violent working environment as an AIL sales agent."
- Admit that they "witnessed unwelcomed sexual comments and unwelcomed sexual contact from AIL's male leaders such as Michael Russin …." and that "Russin propositioned me for sexual favors in exchange for cash during the course and scope of our daily work."
- Described working "in a toxic and misogynistic working environment. For example, I witnessed unwelcomed sexual comments and unwelcomed sexual contact from AIL's male leaders such as Michael Russin toward subordinate female agents on a frequent basis."
- Noted that "Russin abusing alcohol and illegal drugs including but not limited to cocaine, Xanax, Adderall, and …GHB."
- Noted that "Male leaders such as Simon Arias and Michael Russin threatened subordinate agents against retaining legal counsel and/or otherwise attempting to speak up and/or report their misconduct."
- Indicated that "AIL's managers and business leaders (including but not limited to AIL corporate and Arias) often refer to females as 'sluts', 'bitches', and 'whores.'"
- Described that "Russin sent me sexual, lewd, and offensive messages while working in his capacity as my supervisor and a leader on behalf of American Income Life, Arias Agencies, and Russin Financial."
- Recalled "Russin acting in an intimidating and threatening manner, often screaming obscenities, insults, and threats of violence toward his subordinates at work."

### iii. Plaintiff's Claims

As a result of the conduct described in Section ii, and corroborated in Section iii, Plaintiff has brought claims for (sexual) assault, battery, false imprisonment, intentional infliction of emotional distress, defamation, and intrusion upon seclusion against Russin. All other claims have been severed or stayed.

## B. DAMAGES

As a result of the above actions of Russin, Plaintiff suffered non-economic damages in the form of physical and mental pain and suffering, embarrassment, humiliation, and inconvenience. Plaintiff makes no claim for purely economic damages.

## C. WITNESSES

Plaintiff may call any of the following witnesses at trial:

Kailey Andrasko
179 Moss Road
Cochranton, PA 16314
724-553-0111

Simon Arias
103 Indian Meadow Drive
Mars, PA 16046
330-565-6145

Michael Barlettano
302 Lynn Drive
Hockessin, DE 19707
201-438-6792

Janeen Bonnay
31125 Portside Dr., Unit 6109
Novi, MI 48377
813-344-7440

Emily Garrett
3922 Stanton St.
Erie, PA 16510
724-815-6299

Julia Gogol
2 Carderock Court
Simpsonville, SC 29680
724-989-0683

David Haak
2 Carderock Court
Simpsonville, SC 29680

412-854-0157

Matthew Mamros
1027 Freeport Road
Natrona Heights, PA 15065
724-882-5891

Natalie D'Achille Price
437 Heights Drive
Gibsonia, PA 15044
412-897-4044

Michael R. Russin
11 Noble Lane
Windham, ME 04062
406-280-3904

Shannon Vaughn
617 Deerwatch Dr.
Canonsburg, PA 15317
412-583-5426

Renee Margaret Zinsky, and
Mallory Fry
6 Beech Street
Ambridge, PA 15003
724-831-9368

## D. DEPOSITION DESIGNATIONS

While Plaintiff may use depositions to impeach witnesses, Plaintiff does not intend to designate any transcripts, and does not intend to read or play any depositions during the course of trial.

## E. EXHIBITS

| 1 | Mike Russin nude photo sent to Zinsky |
| 2 | Mike Russin to Zinsky – inappropriate comment Zinsky and her spouse. |
| 3 | Mike Russin text regarding work hours |
| 4 | Russin – Facebook – speaking at Executive Council Meeting. |
| 5 | Russin Instagram on loyalty |

6

| 6 | Instagram Russin and Arias |
|---|---|
| 7 | Russin Instagram post on testosterone (12/4/21) |
| 8 | Russin Instagram on women |
| 9 | Russin Instagram on feminism |
| 10 | Mike Russin Instagram – Photo of an erection |
| 11 | Russin Instagram - inappropriate comment on women |
| 12 | Facebook 7/6/20 – Simon Arias team |
| 13 | Facebook – Russin on mental illness and bipolar disorder. |
| 14 | Facebook – Executive Council Arias, Russin and others |
| 15 | Facebook – Arias Executive Council Live |
| 16 | Facebook – Russin and Arias – early morning grind – boxing |
| 17 | Instagram – Russin and Arias on loyalty |
| 18 | Instagram – Russin on government watch list |
| 19 | Russin Facebook on white supremacy |
| 20 | Facebook – 1/18/19 Simon and his team |
| 21 | Facebook with Gregg Rudolph |
| 22 | Facebook - Russin comment on Arias; photo of Simon and his team (11/17/18) |
| 23 | Facebook photo and reference to Steven Greer – CEO/Pres. of AIL with his team |
| 24 | Russin Instagram on diversity |
| 25 | Facebook – Russin and Arias in Vegas |
| 26 | Russin Facebook – Looking for hires – sign up bonus and wages |
| 27 | Russin on mandatory meetings. |
| 28 | Russin on cult and/or culture |
| 29 | Russin on vaccination and taxes |
| 30 | Russin Instagram – inappropriate statement |
| 31 | Email – Suna Shaw to Zinsky 4/7/21; issues of fraud. |
| 32 | Arias Incident Report Zinsky 8/26/21 |
| 33 | Russin Instagram on violence |
| 34 | Russin Instagram – Congratulations employees that exceeded quota |
| 35 | Russin Instagram on inclusion |
| 36 | Russin Instagram on the issue of being offensive |
| 37 | Mike Russin Instagram on his checking account |
| 38 | Russin Facebook – Looking to work at Arias |
| 39 | Russin Facebook – violation of guidelines |
| 40 | Russin Managers June 2021 inappropriate statement regarding participating in a meeting on Zoom |
| 41 | Mike Russin on the work ethic of Zinsky and Joe Ciliberti |

| | |
|---|---|
| 42 | Instagram – Michael Russin Financial – Exec. Council – leadership |
| 43 | Instagram – Top SA in March - #3 Zinsky $24,618 – Russin Financial (April 19, 2021) |
| 44 | Facebook – Mike Russin corresponding with Chuck Ferrari regarding female agents |
| 45 | Virgo & Garnett – Zinsky's employer (Anne Zacharias) at Ross Park Mall |
| 46 | Zinsky to Gamble – request to speak to with her |
| 47 | Picture of Zinsky in the hospital |
| 48 | Email from Logan Blackmore – lawyer for AIL.  AIL retained Janet Hendrick of Phillips Murrah as an independent 3d party investigator. |
| 49 | Zinsky's email to Katie McCabe requesting a meeting with Arias (July 25, 2021) |
| 50 | Inappropriate video picture of Russin |
| 51 | Russin Facebook post on lawsuits for sexual harassement |
| 52 | Callout; man wearing a diaper and panda costume head |
| 53 | Russin Instagram regarding drugs |
| 54 | Zinsky trophy – 2020 #2 Supervising Agent – greatest coaches Russin and Arias |
| 55 | Facebook – Arias and Russin receiving an IV |
| 56 | 11/18/21 Natalie Price email to Simon Arias, Soyla Villareal, Debbie Gamble – RE Mike Russin concerns |
| 57 | Agents Notice of Disciplinary Action as to Russin dated 8/26/21 |
| 58 | Russin's response to allegations by Zinsky |
| 59 | Zinsky Incident Report sent to Zinsky and response by Zinsky for signature by Natalie Price 8/26/21 |
| 60 | Zinsky's request to speak with Debbie Gamble 11/10/21 |
| 61 | Zinsky's follow-up statement as to Russin after meeting with Arias |
| 62 | Natalie Price email to Zinsky – Russin is to have no communication with Zinsky. |
| 63 | Logan Blackburn email to Arias regarding third party investigation 9/27/22 |
| 64 | Email Domenic Bertini to Russin 2/24/22 – negotiation to sign settlement agreement |
| 65 | Email from Janet Hendrick regarding Russin on property after termination. |
| 66 | Email from Soyla Villarreal to Debbie Gamble as to Zinsky's complaint against Russin. |
| 67 | Soyla Villarreal email to Arias 11/18/21 – allegations by Zinsky against Russin. |
| 68 | Email from Amy Williamson to Bianca Diaz 1/5/22 – Zinsky not at work due to mental state |

| | |
|---|---|
| 69 | Janet Hendrick corresponding with Russin; she needs a statement from him and she asks him who is representing him. |
| 70 | Magistrate District Court 5/2/12 Public Court Summary on Mike Russin |
| 71 | Awards to Zinsky from AIL |
| 72 | AIL – Happy Anniversary Zinsky – 2 years with AIL – signed by Steven Greer |
| 73 | Promotion of Zinsky to General Agent – by Steve Greer/AIL |
| 74 | Outstanding Performance |
| 75 | Zinsky asking Russin and Rachel Yocca about residuals. |
| 76 | Email exchange Zinsky with Russin 8/5/21 RE rescheduled meeting and anxiety & life |
| 77 | Affidavit of Matthew Mamros |
| 78 | Affidavit of Matthew Mamros |
| 79 | Affidavit of Emily Garrett |
| 80 | Affidavit of Kailey Adrasko |
| 81 | Affidavit Mike Barlettano |
| 82 | Affidavit of Julia Gogal |
| 83 | Affidavit of David Haak |
| 84 | Texts from Russin to Geneva Russin |
| 85 | Medical Records of Dr. Susan Federoff |
| 86 | UPMC Passavant Medical Records for March 11, 2020 Admission |
| 87 | Cranberry Psychological Records of Michelle Desilee Smith, LPC |
| 88 | Email to Arias to Price 1/7/22 Blackmore/Hendrick requests information and request to speak to Arias |

**VIDEOS AND AUDIO**

| | | |
|---|---|---|
| 89 | "I'm a Psycho" | |
| 90 | "Russin 1099" | |
| 91 | "Russin Cult Meeting" | |
| 92 | "Radical Honesty" | |
| 93 | Absideon Achievement podcast "Casual Sex & Partying" | |
| 94 | Adversity Kings Podcast #27 - Michael Russin | https://mail.google.com/mail/u/)/?tab=rm&ogbl#inbox/KtbxLzGPm1NHRnTSrlrjGqHrWzhPjGdPg?projector=1 |
| 95 | Mike Russin- Simon Arias - G.R.I.N.D.-Cast | https://www.youtube.com/watch?v=9xpUVSlmM-E |
| 96 | Get Uncomfortable - Mike Russin - G.R.I.N.D.-Cast | https://www.youtube.com/watch?v=xd_pkId9mUE |

| | | |
|---|---|---|
| 97 | Handling Success - Mike Russin - G.R.I.N.D. Message | https://www.youtube.com/watch?v=KIjSWFybu00 |
| 98 | Pit Bulls vs Poodles Mike Russin - G.R.I.N.D. Message | https://www.youtube.com/watch?v=eR5JcgaJ110 |
| 99 | Embrace the Pain - Mike Russin - G.R.I.N.D. Message | https://www.youtube.com/watch?v=4EhS5tQSgZ0 |
| 100 | Losing - Mike Russin - G.R.I.N.D. Message | https://www.youtube.com/watch?v=Vzf_4GdlP-4 |
| 101 | Building a Foundation Mike Russin - G.R.I.N.D. Message | |
| 102 | Mike Russin -The GRIND-Cast | https://www.youtube.com/watch?v=d6XTITGyM24 |
| 103 | The GRIND Life - Mike Russin, Trust the Process | https://www.youtube.com/watch?v=-4YOOsFDovg |
| 104 | The GRIND Life -Agency Meeting - Simon, Steve Dell, & Mike Russin | https://www.youtube.com/watch?v=5iB8tE-F7Jw |
| 105 | Hit Like a Train - Mike Russin - G.R.I.N.D. Message | https://www.youtube.com/watch?v=oMFLB-Bncvw |
| 106 | Two Ears - Mike Russin - G.R.I.N.D. Message | https://www.youtube.com/watch?v=TWrBGAwZfuU |
| 107 | 52 E43 Simon Arias w/ Special Guest Gregg Rudolph G.R.I.N.D. Message | https://www.youtube.com/watch?v=Ug3JIj9L0Ug&t=104s |
| 108 | Arias Agencies | https://www.youtube.com/watch?v=XkMEiS_bcWo&t=15s |
| 109 | Arias Agencies Now Hiring | https://www.youtube.com/watch?v=5IsN0phdxUs |
| 110 | Immigrant Mentality | https://www.youtube.com/watch?v=DPTHayrZwAE |
| 111 | Stamina - Simon Arias - G.R.I.N.D. Message | https://www.youtube.com/watch?v=FD3zbaV1mkl |
| 112 | Mo Money Mo Problems - Simon Arias - G.R.I.N.D. Message | https://www.youtube.com/watch?v=ApHH86oPCg8 |
| 113 | Grindcast - Pressure is a Privilege | https://www.youtube.com/watch?v=Svdt3MZBtLs |
| 114 | Simon Arias's Story | https://www.youtube.com/watch?v=y7R2rC5r2rY |
| 115 | College Dropout Ptl - Simon Arias - G.R.I.N.D. Cast | https://www.youtube.com/watch?v=ctl9YkEW15g |
| 116 | GRINDcast - Tristan Dlabik | https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox?projector=1 |

| | | |
|---|---|---|
| 117 | This is How Much Our Agents Made! | https://www.youtube.com/shorts/123FKG3FVOQ |
| 118 | GRINDcast - Gregg Rudolph | https://www.youtube.com/watch?v=iaDzc66cHs8&t=1109s |
| 119 | GRINDcast - Keeping it Real | https://www.youtube.com/watch?v=U4wWKpadCYw |
| 120 | GRINDcast Don't Be Soft | https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox?projector=1 |
| 121 | GRINDcast Suck it Up | https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox?projector=1 |
| 122 | Special Guest Steve Dell - Simon Arias - G.R.I.N.D. Cast | https://www.youtube.com/watch?v=BAxdzM8bcQI |
| 123 | Special Guest James Cunningham - Simon Arias - G.R.I.N.D. Cast | https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox?projector=1 |
| 124 | The GRIND Life - 6 Tips for Success | https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox?projector=1 |
| 125 | GRIND Cast Special Guest Trevor Paschall | https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox/KtbxLxGgKMSPhlBqJzkBVLDSBjQHNkKhHg |
| 126 | Adversity Kings Podcast #2 Rob Jackson | https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox/QgrcJHsBmHBWHngdmZNXJvWGjQCfzDpHDTQ |
| 127 | Adversity Kings Podcast #20 Jon Rindt | https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox/KtbxLwgxDGFfXMjrmfhtdGMHWxJQWcfLV |
| 128 | Agent Feature -Tristan Dlabik-The Grind Life | https://www.youtube.com/watch?v=V17gd8aoCGs&t=8s |
| 129 | Tristan Dlabik-The GRIND-Cast | https://www.youtube.com/watch?v=7nnnUUROyK0&t=866s |
| 130 | CEO Steve Greer The GRIND Life | https://www.youtube.com/watch?v=Wam6Hf0oI18 |
| 131 | GRINDcast Steve Greer, CEO of American Income Life | https://www.youtube.com/watch?v=JPN9YhNx1yk&t=97s |
| 132 | Life is about how Hard you Can Get Hit | https://www.youtube.com/watch?v=af_El74WLLc |
| 133 | Loyalty is Earned Not Commanded - Simon Arias | https://www.youtube.com/watch?v=C6YDc8AqbsM |
| 134 | Loyalty How to Get It, How to Give It | https://www.youtube.com/watch?v=QaM_L3LuaJM |
| 135 | Do More Than What You're Paid To Do | https://www.youtube.com/watch?v=KfnGspJtD4U |

11

| 136 | The Grind Pays Off | https://www.youtube.com/watch?v=wRR5Pfcb8dQ |
|---|---|---|
| 137 | 64k Per Week | |
| 138 | AIL Cancun 2023 | |
| 139 | Arias Boxing Gloves | |
| 140 | Jackson 74k Month | |
| 141 | Arias Not a Job a Lifestyle | |
| 142 | Arias The Edge | |
| 143 | Arias Workout | |
| 144 | Cornhole Agency Meeting | |
| 145 | Dlabik Be a Lion | |
| 146 | Dlabik Be a Patriarch | |
| 147 | Dlabik Blue Collar | |
| 148 | Dlabik Bribing College Dropouts | |
| 149 | Dlabik Cause I Failed | |
| 150 | Dlabik Culture Chant | |
| 151 | Dlabik Dissect Your Personal Life | |
| 152 | Dlabik It Will Cost You Everything | |
| 153 | Dlabik There's No Reason | |
| 154 | Dr. Parrish | |
| 155 | Globe Life Legacy Award 2022 | |
| 156 | Jackson Dlabik Celebration | |
| 157 | Job Description | |
| 158 | Nemacolin Arias Executive Counsel 2022 | |
| 159 | You Not a Man? | |
| 160 | Business Insider, *Inside The Tawdry, Drug-fueled, Violent World of America's Top Life Insurance Salesman*, February 24,2023 | https://www.insider.com/globe-life-insurance-lawsuit-american-income-arias-agency-toxic-workplace-2023-1 |
| 161 | Business Insider, *Globe Life Fallout After Allegations of Sexual Assault*, March 10, 2023 | https://www.insider.com/globe-life-fallout-after-allegations-of-sexual-assault-arias-agency-2023-3 |
| 162 | Businesswire, *Investigation Alert: Scott + Scott Attorneys at Law LLP Investigates Globe Life Inc.'s Directors and Officers for Breach of Fiduciary Duties - GL,* February 23, 2023 | https://www.businesswire.com/news/home/20230227005945/en/INVESTIGATION-ALERT-ScottScott-Attorneys-atLaw-LLP-Investigates-Globe-Life-Inc.%E2%80%99s-Directors-and-Officers-for-Breach-of-Fiduciary-Duties%E2%80%93-GL |

| 163 | Carey & Associates, P.C., *The Worst Sexual Harassment Case Ever!*, March 10, 2023 | https://capclaw.com/the-worst-sexual-harassment-story-ever/ |
|---|---|---|
| 164 | Globe News Wire, *GL Alert: Johnson Fistel is Investigating Potential Claims on Behalf of Globe Life Inc.*, March 2, 2023 | https://www.globenewswire.com/news-release/2023/03/02/2619654/0/en/GL-Alert-Johnson-Fistel-is-InvestigatingPotential-Claims-on-Behalf-of-Globe-Life-Inc.html |
| 165 | Insurance Newsnet, *Author: Financial Services Often "A Barbaric Culture" That Worships Money*, March 3, 2023 | https://insurancenewsnet.com/innarticle/author-financial-services-often-a-barbaric-culture-that-worships-money |
| 166 | OpenPR, *Investigation Announced for Investors in Shares of Globe Life Inc. (NYSE: GL)*, March 7, 2023 | https://www/openpr.com/news/2963434/investigation-announced-for-investors-in-shares-of-globe-life#:~:text=An%20investigation%20was%20announced%20over%20potential%20securities%20laws,mail%40shareholdersfoundation.com%20or%20call%20%2B1%20%28858%29%20779%20-%201554 |
| 167 | Stanford Law School, *Lawsuit Against American Income Life Alleges Sex Abuse, Hard Drugs, Fraud at Top Agency*, February 28, 2023 | https://law.stanford.edu/press/lawsuit-against-american-income-life-alleges-sex-abuse-hard-drugs-fraud-at-top-agency/ |
| 168 | WPXI, *Federal Lawsuit Filed Against Wexford Life Insurance Company*, June 1, 2023 | https://wpxi.com/news/local/federal-lawsuit-filed-against-filed-against-wexford-life-insurance-company/E7VLBV53LZF67FWJ6D2BLK5IQ4/#:~:text=Channel%2011%20also%20reached%20out%20to%20its%20parent,aware%20of%20any%20criminal%20investigations%20against%20the%20company |
| 169 | WTAE, *Lawsuit Alleges Fraud, Sexual Abuse and Illicit Drugs at Wexford Insurance Agency* | https://www.wtae.com/article/arias-agencies-wexford-insurance-allegations-drugs-sexual-abuse/43980886 |
| 170 | Yahoo News, *Federal Lawsuit Alleging Sexual Assault, Drug Use Filed Against Wexford Life Insurance Company*, June 1, 2023 | https://www.yahoo.com/news/federal-lawsuit-filed-against-wexford-213419791.html |

## F. LEGAL ISSUES

By order of Court dated July 22, 2022, this Honorable Court severed the claims brought by Plaintiff against her employers, AIL, Arias Agencies, and Simon Arias, sending those claims to arbitration. Those claims were dismissed after Plaintiff voluntarily withdrew her claims against AIL and Arias. However, prior to dismissal, the parties conducted discovery, including several depositions of parties as well as third-party witnesses in the arbitration. A protective order was entered in arbitration, over supposedly confidential documents, including deposition transcripts. Since he was not a party to the arbitration, Russin's deposition was taken as a third-party witness in the arbitration. To the extent that his testimony in the instant federal court trial differs from that testimony given under oath at his deposition, Plaintiff may seek to impeach Russin with that testimony. If that were to occur, Plaintiff may need to request that the Trial Court lift the confidentiality order solely as it pertains to Russin's transcript.

## G. EXPERT DISCLOSURES

Plaintiff has no expert reports or disclosures. The only experts that Plaintiff may call at the time of trial would be treating physicians to testify consistent with the medical records set for the below in subsection H.

## H. REPORTS

Plaintiff treated with:

Michelle Desilee Smith, LPC
Cranberry Psychological Center
100 Northpointe Circle, Suite 306
Seven Fields, PA 16046

Dr. Susan Federoff
Dr. Martin Gregorio

Rachel Pawlik, PA-C
Martin G. Gregorio M.D. & Associates
1500 Village Run Road, Suite 308
Wexford, PA 15090

UPMC Passavant
9100 Babcock Blvd.
Pittsburgh, PA 15237
Dr. Johnathan Landis
Hillary Hanwell, PA-C
March 11, 2020 Admission

Plaintiff's medical records contain confidential information that should not be disclosed on the public docket. Plaintiff will produce these documents upon request. *See Exhibits 85, 86, and 87 listed about in subsection E.*

 

                                                                                               Respectfully submitted,

                                                                                               */s/ John R. Kane*
                                                                                               John R. Kane, Esquire