IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE ZINSKY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RUSSIN, RUSSIN FINANCIAL, RUSSIN GROUP, SIMON ARIAS, III, ARIAS AGENCIES, S.A. ARIAS HOLDINGS, LLC, AMERICAN INCOME LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil Action<br><br>No. 2:22-cv-547<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, Renee Zinsky ("**Zinsky**"), and Defendants, Michael Russin, Russin Financial, The Russin Group, LLC, (together, "**Russin Parties**") hereby stipulate to dismissal, without prejudice, of all claims and causes of action, with each party bearing that party's own attorneys' fees and costs.


Date: November 5, 2024                     Savinis, Kane, & Gallucci, LLC

                                           /s/      John R. Kane
                                           By: John R. Kane, Esquire
                                           Attorneys for Plaintiff Zinsky


Date: November 5, 2024                     Cozza Law Group, PLLC

                                           /s/    Matthew Gailey
                                           By: Matthew D. Gailey, Esquire
                                           Attorneys for Defendants Russin Parties


It is so ordered this 6th Day of November 2024.

_____
Marilyn J. Horan
United States District Judge